UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC. | ) | CIVIL ACTION NO. |
| | ) | 3:01 CV 478 (AVC) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL NUTRITION COMPANY, | ) | |
| et al., | ) | |
| | ) | OCTOBER 23, 2003 |
| Defendants. | ) | |

### APPEARANCE OF ERIC D. BEAL

Please enter the appearance in the above-captioned action of Eric D. Beal as attorney for the Defendants, International Nutrition Company, Egbert Schwitters, Jack Masquelier, Norman H. Zivin, Integrated BioCeuticals, LLC, Primary Source, LLC, and Primary Services, Inc.

Dated: October 23, 2003

Respectfully submitted,

THE DEFENDANTS,
INTERNATIONAL NUTRITION CO.,
EGBERT SCHWITTERS, NORMAN H.
ZIVIN, JACK MASQUELIER, INTEGRATED
BIOCEUTICALS, LLC, PRIMARY SOURCE,
LLC, AND PRIMARY SERVICES, INC.


By: /s/ Eric D. Beal
    Eric D. Beal
    Federal Bar No. ct23167
    AXINN, VELTROP & HARKRIDER LLP
    90 State House Square
    Hartford, Connecticut 06103
    (860) 275-8100
    (860) 275-8101

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been served by first class U.S. mail this 23rd day of October, 2003 to:

Eric W. Wiechmann Esq.
Mark D. Giarratana, Esq.
Eric E. Grondahl, Esq.
Alexandra B. Stevens, Esq.
McCarter & English
CityPlace I
185 Asylum Street
Hartford, CT 06103

/s/ Eric D. Beal
Eric D. Beal
AXINN, VELTROP & HARKRIDER LLP