UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC. ) | CIVIL ACTION NO. |
| ) | 3:01 CV 478 (AVC) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| INTERNATIONAL NUTRITION COMPANY, ) | |
| et al. ) | |
| ) | OCTOBER 23, 2003 |
| Defendants. ) | |

### DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE

Defendants International Nutrition Company ("INC"), Egbert Schwitters, Jack Masquelier, Norman H. Zivin, Integrated BioCeuticals, LLC ("IBC), Primary Source, LLC ("PS"), and Primary Services, Inc. ("PSI") respectfully move in limine for an order excluding from trial any evidence plaintiff may seek to proffer to prove: (1) the relevant product and geographic markets; (2) the defendants' market shares in the relevant product and geographical markets and the likelihood that the defendants' alleged attempt to monopolize could have been successful; or (3) that INC's patent infringement action, which the plaintiff claims violated the antitrust laws, was "objectively baseless" under the law as it existed at the time the patent infringement action was initiated. Such evidence must be provided by expert witnesses, and the plaintiff has disclosed no expert qualified to do so on any of these points.

After the Court excludes all proffers by plaintiff of any such evidence, there is nothing left in this action to be tried and the Court should dismiss the entire case with prejudice.

**ORAL ARGUMENT IS REQUESTED**
10023

The pertinent facts and law are set forth in the accompanying memorandum of law, to which the Court is respectfully referred.

          DEFENDANTS,
          INTERNATIONAL NUTRITION CO.,
          EGBERT SCHWITTERS, NORMAN H.
          ZIVIN, JACK MASQUELIER,
          INTEGRATED BIOCEUTICALS, LLC,
          PRIMARY SOURCE, LLC, AND
          PRIMARY SERVICES, INC.

By: /s/ Richard S. Order
    RICHARD S. ORDER, ESQ.
    Federal Bar No. ct02761
    E-mail: rso@avhlaw.com
    ERIC D. BEAL, ESQ.
    Federal Bar No. ct23167
    E-mail: exb@avhlaw.com
    Axinn, Veltrop & Harkrider LLP
    90 State House Square
    Hartford, CT 06103-3702
    Telephone:   860-275-8100
    Facsimile:    860-275-8101

10023

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been served by first class U.S. mail this 23rd day of October, 2003 to:

Eric W. Wiechmann Esq.
Mark D. Giarratana, Esq.
Eric E. Grondahl, Esq.
Alexandra B. Stevens, Esq.
McCarter & English
CityPlace I
185 Asylum Street
Hartford, CT 06103

/s/ Eric D. Beal
Eric D. Beal
AXINN, VELTROP & HARKRIDER LLP

10023