UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC.                              )<br>                                                                    )<br>                                       Plaintiff,     )   CIVIL ACTION NO. 3:01-CV-00478 (AVC)<br>          v.                                                      )<br>                                                                    )<br>INTERNATIONAL NUTRITION                     )<br>COMPANY, INTEGRATED                            )<br>BIOCEUTICALS, LLC, PRIMARY                   )<br>SERVICES, INC., PRIMARY SOURCE,        )<br>LLC, EGBERT SCHWITTERS, NORMAN    )<br>H. ZIVIN, and JACK MASQUELIER,             )<br>                                                                    )<br>                                       Defendants   )   NOVEMBER 6, 2003 | |

**CONSENTED TO MOTION FOR EXTENSION OF TIME TO OPPOSE
DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE**

Pursuant to Federal Rule of Civil Procedure 6(b)(2) and Connecticut Local Rule 7(b), Plaintiff Jarrow Formulas, Inc. ("Plaintiff"), respectfully requests that it be granted an extension of time, up to and including December 1, 2003, in which to file an Opposition to the Motion in Limine to Exclude Evidence ("Motion in Limine") filed by Defendants International Nutrition Company, Integrated Bioceuticals, LLC, Primary Services, Inc., Primary Source, LLC, Egbert Schwitters, Norman H. Zivin, and Jack Masquelier ("Defendants") on October 23, 2003 [Dkt. # 176].

Plaintiff seeks this extension of time because Defendants' Motion in Limine involves numerous complicated factual and technical issues. This is the first extension of time that Plaintiff has requested with respect to Defendants' Motion in Limine.

-2-

Counsel for Defendants, Richard S. Order, Esq., has been contacted and consents to this Motion for Extension of Time.

WHEREFORE, Plaintiff respectfully requests that the Court grant its Consented to Motion for Extension of Time to Oppose Defendants' Motion in Limine and permit Plaintiff an extension of time up and until December 1, 2003 to file its Opposition Memorandum.

        THE PLAINTIFF,
        JARROW FORMULAS, INC.
        BY MCCARTER & ENGLISH, LLP
        ITS ATTORNEYS


By_____
   ERIC WATT WIECHMANN (CT 04331)
   JASON C. WELCH (CT 23418)
   CityPlace I
   185 Asylum Street
   Hartford, CT  06103
   (860) 275-6700
   (860) 724-3397 (fax)
      -and-
   ALEXANDRA B. STEVENS (CT 20300)
   Four Stamford Plaza
   107 Elm Street
   Stamford, CT  06901
   (203) 965-0823
   (203) 323-6513 (fax)
   astevens@mccarter.com

SO ORDERED:

_____            _____
Date                                        District Court Judge

-3-

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing CONSENTED TO MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION IN LIMINE has been mailed, postage prepaid, this 6th day of November 2003, to

      RICHARD S. ORDER, ESQ.
      ERIC D. BEAL, ESQ.
      Axinn, Veltrop & Harkrider LLP
      90 State House Square
      Hartford, CT  06103

                                                         _____
                                                         JASON C. WELCH

HARTFORD: 602278.01