179

(1)cv 478 m exttime

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC. ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:01-CV-00478 (AVC) |
| v. ) | |
| ) | |
| INTERNATIONAL NUTRITION ) | |
| COMPANY, INTEGRATED ) | |
| BIOCEUTICALS, LLC, PRIMARY ) | |
| SERVICES, INC., PRIMARY SOURCE, ) | |
| LLC, EGBERT SCHWITTERS, NORMAN ) | |
| H. ZIVIN, and JACK MASQUELIER, ) | |
| ) | |
| Defendants ) | NOVEMBER 6, 2003 |

**CONSENTED TO MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE**

Pursuant to Federal Rule of Civil Procedure 6(b)(2) and Connecticut Local Rule 7(b), Plaintiff Jarrow Formulas, Inc. ("Plaintiff"), respectfully requests that it be granted an extension of time, up to and including December 1, 2003, in which to file an Opposition to the Motion in Limine to Exclude Evidence ("Motion in Limine") filed by Defendants International Nutrition Company, Integrated Bioceuticals, LLC, Primary Services, Inc., Primary Source, LLC, Egbert Schwitters, Norman H. Zivin, and Jack Masquelier ("Defendants") on October 23, 2003 [Dkt # 176].

Plaintiff seeks this extension of time because Defendants' Motion in Limine

---

```
3:01CV00478(AVC).  November 14, 2003.  The motion for an extension of
time (document no. 179) is GRANTED.  The plaintiff shall have to and
including December 1, 2003, to file its opposition to the defendants'
motion in limine.
SO ORDERED.
                              _____
                              Alfred V. Covello, U.S.D.J.
```