```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF CONNECTICUT


    -----------------------------------)
    JARROW FORMULAS, INC.               )
              Plaintiff                 )  Civil Action No.
    VS                                  )  3:01 CV 478(AVC)
                                        )
    INTERNATIONAL NUTRITION COMPANY     )
    NORMAN H. ZIVIN, and                )
    JACK MASQUELIER,                    )
              Defendants                )
    -----------------------------------)




              DEPOSITION OF:  GREGORY RIS
              DATE:  MARCH 19, 2002
              HELD AT:  UPDIKE, KELLY & SPELLACY
              ONE STATE STREET
              HARTFORD, CONNECTICUT






         Reporter: WENDY J. ALLEN, RPR, CRR, LSR #00221
                   BRANDON REPORTING SERVICE
                      11-A Capitol Avenue
                      Hartford, CT 06106
                      Tel (860) 549-1850
```

Page 22

1  was the gist of it. Ours is much more expensive.
2      Q   Is Indena's gingko biloba product a finished
3  product, or raw material?
4      A   It's a raw material.
5      Q   And Jarrow Formulas' was a finished product,
6  right?
7      A   Correct. He would buy the raw materials and
8  have the products finished, and that's just when
9  we've -- it's almost become comical right now. Whenever
10 I see him, I chide him about ginkgo biloba. We've never
11 sold him any, but this is how my initial introduction to
12 Jarrow came about in a trade show, because he was
13 touting the benefits of a competitor's product.
14     Q   I see. Okay. And now how would you
15 characterize Indena's relationship with Jarrow Formulas
16 over the years?
17     A   Indena's relationship? Cordial.
18     Q   What do you mean?
19     A   He's visited Milan, I believe, on probably two
20 occasions, visited our facilities, has had a couple
21 meetings, couple dinners. So I believe there's a mutual
22 respect.
23     Q   And did he meet executives of Indena S.p.a. in
24 Milan?
25     A   Yes, he did.

Page 23

1      Q   Who in particular?
2      A   Commercial director, Dr. Matthew Malattuada,
3  M-A-L-A-T-T-U-A-D-A. First name, he goes by Max.
4      Q   Any others?
5      A   Yes. Dr. Giavini, G-I-A-V-I-N-I. Dr.
6  Bombardelli. There are probably six more. Do you want
7  me to keep going?
8      Q   Yes.
9      A   Dr. Bombardelli, B-O-M-B-A-R-D-E-L-L-I. Dr.
10 Morazonni, M-O-R-A-Z-Z-O-N-I. Dr. DiPierro, D-I capital
11 P-I-E-R-R-O. Mr. Bonacorsi, B-O-N-A-C-O-R-S-I. And,
12 let's see, who else would he have met? That should be
13 about it.
14     Q   Mr. Ris, do you read or speak Italian?
15     A   Some.
16     Q   Now, Mr. Ris, you're familiar with products
17 containing OPCs, in other words oligomeric
18 proanthocyanidins, correct?
19     A   Correct.
20     Q   And Indena sells those products for the
21 purpose of radical scavenging effect?
22     A   Not entirely.
23     Q   But partially, at least?
24     A   Partially at least.
25     Q   Are you aware of any other products that are

Page 24

1  interchangeable or fungible with OPC based products?
2      A   Well, let's see.
3      Q   Let me rephrase it. Is there any other
4  product that you consider to be fungible or
5  interchangeable with products containing OPCs?
6          MR. WIECHMANN: Object as to form.
7          THE WITNESS: OPCs can be derived from
8  several starting materials, such as pine bark, such as
9  grape seed extract, such as peanut skin. There are
10 several sources of that. As far as other things being
11 interchangeable, I will say no, not to my knowledge. If
12 you're saying, if I understand correctly, that another
13 product could be substituted not containing OPCs, or an
14 OPC product?
15 BY MR. ORDER:
16     Q   Yes.
17     A   I would say no. Has it been done in the
18 industry? Possibly.
19     Q   For example, would you consider garlic to be a
20 product --
21     A   Absolutely not.
22     Q   -- that's interchangeable with OPCs?
23     A   No.
24     Q   Now, Indena has been a supplier of grape seed
25 extract to Jarrow Formulas, correct?

Page 25

1      A   Correct.
2      Q   And isn't it true that Indena made no sales to
3  Jarrow Formulas from 1998 until mid 2001 of -- let me
4  rephrase that question.
5          Isn't it true that Indena made no sales of
6  grape seed extract to Jarrow Formulas from 1988 until
7  mid 2001?
8          MS. STEVENS: Object.
9          THE WITNESS: 1998?
10 BY MR. ORDER:
11     Q   Yes.
12     A   We sold them product in 1998.
13     Q   How much dollar-wise?
14     A   200 kilos worth.
15     Q   And then in 1999 did Indena sell any grape
16 seed extract to Jarrow Formulas?
17     A   No.
18     Q   Did Indena sell any grape seed extract to
19 Jarrow Formulas in the year 2000?
20     A   No.
21     Q   And did Indena sell any grape extract to
22 Jarrow Formulas in 2001?
23     A   Yes.
24     Q   And what month did Indena sell grape seed
25 extract to Jarrow Formulas in 2001?

3/19/2002 Jarrow Formulas vs International Nutrition

Gregory Ris

Page 30

1  1999, 2000, up to mid 2001 during which Jarrow Formulas
2  did not order any grape seed extract from Indena, was
3  Jarrow Formulas ordering any other products from Indena
4  during that same time?
5      A   Yes.
6      Q   Now, let's go back. You said that you had
7  pulled up some sales data for annual sales from Indena
8  to Jarrow Formulas.
9      A   Correct.
10     Q   Total annual sales from 1994 through the
11 present. What type of document did you pull up?
12     A   From our statistics.
13     Q   So for 1994 what was the total dollar amount?
14     A   131,000.
15         MR. WIECHMANN: Richard, is there any
16 chance we could get these documents faxed to us, see
17 what he was referring to?
18         MR. ORDER: That could be, but right now
19 I just want to have him read it off.
20         THE WITNESS: I'll read it off, 131,855.
21         MR. WIECHMANN: Also designate this as
22 restricted confidential.
23 BY MR. ORDER:
24     Q   1995?
25     A   599,850.

Page 31

1      Q   1996?
2      A   318,000.
3      Q   1997?
4      A   410,270.
5      Q   1998?
6      A   270,500.
7      Q   1999?
8      A   121,650.
9      Q   2000?
10     A   227,650.
11     Q   2001?
12     A   160,300.
13     Q   And sales to date, do you have sales to date
14 in 2002?
15     A   Give me a minute.
16         7,700. That's through February, not through
17 March.
18     Q   Okay. Now, these figures represent total
19 sales of all products from Indena to Jarrow Formulas
20 during the years, those years.
21     A   All products, correct.
22     Q   Because I notice, for example, for 1996 you
23 said $318,000, and I notice that on JAR EXP 80, that
24 that was the same amount that was ordered for
25 Leucoselect.

Page 32

1      A   JAR EXP 80?
2      Q   Yes.
3      A   Hold on one second, please.
4          I'm back. You're correct, that total is
5  517,556 in '96.
6      Q   Okay, thank you.
7          Does Indena currently have a license agreement
8  with Horphag to sell under the 360 patent?
9      A   That's correct.
10     Q   And when did Indena enter into that license
11 agreement with Horphag?
12     A   Signed in the end of '96 and '97, got the
13 final signatures January of '97.
14     Q   Why did Indena obtain a license from Horphag?
15     A   To reassure our customers that they didn't
16 have to worry about threatening litigation from
17 International Nutrition Company.
18     Q   Isn't it true that Indena first asked INC for
19 a license before it asked Horphag for a license?
20     A   I'm sorry, Richard, say that again.
21     Q   Isn't it true that Indena first asked INC for
22 a license before it asked Horphag for a license?
23     A   That I couldn't answer. I'm not sure.
24     Q   Does Indena believe that the 360 patent is
25 valid?

Page 33

1      A   Yes.
2      Q   Did Indena believe that it needed to have a
3  license because it was infringing the patent?
4      A   May I back up? Let me retract the last
5  statement. Indena, I don't know how strong they felt
6  the patent was. I think there were some issues or
7  concerns on their part that there may have been existing
8  prior art, but they chose not to take that path. I
9  don't think they felt they were ever in violation, but
10 this, again, provided reassurance to our customers by
11 having this licensing agreement and access to the 360
12 patent.
13     Q   How much did Indena pay Horphag for the
14 license?
15     A   I'm not sure. That was handled in Milan.
16     Q   Now, Indena claims that it sells grape seed
17 extract in France under the mark Endotelon, correct?
18     A   Correct.
19     Q   Isn't it true that Indena is the contract
20 manufacturer for Sanofy-Wintrop?
21         MS. STEVENS: Object as to form.
22         THE WITNESS: We are the raw material
23 supplier for Sanofi Forta product.
24 BY MR. ORDER:
25     Q   So Indena is not the contract manufacturer for

Jarrow Formulas vs International Nutrition
3/19/2002
Gregory Ris

Page 34

1  Sanofi Forta?
2      A   When you say contract manufacturer, when we
3  use that term in the U.S. it means we are putting it
4  into tablets or capsules. That's what a contract
5  manufacturer does here.
6      Q   That's what I meant by the term.
7      A   I don't, you know -- to my knowledge, we don't
8  do that. To my knowledge, we do not produce the
9  finished product for them. We are the raw material
10 supplier. But my French colleagues would know better
11 than that.
12     Q   Are you aware of whether Sanofi has a license
13 from SCIPA?
14     A   I am not aware.
15     Q   Is Sanofi the largest customer of Indena's for
16 grape seed extracts?
17     A   Yes.
18     Q   Now, let's focus on the United States. Do you
19 know how many suppliers of raw grape seed extract there
20 are in the United States today?
21     A   I do not.
22     Q   Do you have an estimate for how many there
23 are?
24     A   There are a number of brokers, there can be a
25 number of brokers selling from one particular

Page 35

1  manufacturer. Depending on which industry report you
2  read, there could be 25 to 50. How much original
3  suppliers manufacturers are there? I would say less
4  than 20.
5      Q   And we're talking about the raw grape seed
6  extract, correct?
7      A   Correct.
8      Q   You mentioned some type of resource to look
9  at. What would be in your mind a definitive listing?
10     A   There's no definitive list. The industry puts
11 out supplier guides in some of the trade publications.
12 It's an annual publication that they offer, and it lists
13 a number of suppliers. For example, this is the latest
14 publication, the spring/summer 2002 buyer guides, Virgo
15 Publishing, The Natural Product Outsider.
16     Q   Where is it from, spring/summer 2000?
17     A   2002 Buyers Guide.
18     Q   Buyers Guide. And who publishes this?
19     A   Virgo Publishing out of Phoenix, Arizona.
20     Q   Could you spell that, please?
21     A   V-I-R-G-O.
22        I'm going to look under grape seed here to
23 give you an example. The list here is pretty extensive,
24 so -- and I must say, I haven't heard of probably three
25 quarters of these. So it could be that they've at one

Page 36

1  time sold it, or created it. It's difficult to tell.
2  But this is not, this is certainly not the bible.
3      Q   Okay. But you have the Virgo Publishing Byers
4  Guide in your office, correct?
5      A   I do, yes. And each magazine in our industry
6  tries to put out something similar to this each year.
7      Q   For example, have you ever seen the Whole
8  Foods Source Book?
9      A   Yes, I have.
10     Q   Do you consider that to be reliable?
11     A   No more reliable than this one. Because some
12 of these companies have already gone out of business,
13 and they may or may not have sold. It's just, when
14 these questionnaires go out, some of these companies
15 check everything, because at one time they may have sold
16 it.
17     Q   Who are Indena's competitors in the United
18 States in the sale of raw grape seed extract?
19     A   Well, the Primary Services, olophonics,
20 activan, which is now -- used to be Interhealth.
21 They're now by another name. BioVin, which is now
22 Syvex.
23     Q   Could you spell that?
24     A   B-I-V-E-X.
25     Q   And it's now Syvex?

Page 37

1      A   That's the name of the company, I believe, is
2  Syvex, S-Y-V-E-X.
3      Q   What did you say first?
4      A   BioVin is the trade name of their grape seed
5  extract.
6      Q   Okay. Any others?
7      A   U.S. based manufacturers?
8      Q   No, no, that sell raw grape seed extract in
9  the United States.
10     A   Okay. Euromed.
11     Q   Anyone else?
12     A   E-U-R-O-M-E-D. And yeah, there is one other
13 one. From Spanish origin. Give me a moment, I'll find
14 their name. And there are a number of others right now,
15 from China that I don't know, by specific name. I'll
16 include Draco in that.
17     Q   Okay. What about Chemco?
18     A   Yes, Chemco, also.
19     Q   Do you have any reliable estimate for the
20 share of the market for selling raw grape seed extract
21 in the United States for any of the companies that
22 you've identified?
23     A   Current market share?
24     Q   Yes.
25     A   Richard, I don't have any data that would

Jarrow Formulas vs International Nutrition

3/19/2002   Gregory Ris

Page 54

1  in general to prepare your --
2     A  Yes, that was in general as far as preparation
3  for today. As far as how do you mean preparation for
4  today's deposition?
5     Q  For today's deposition, to be questioned by me
6  about your role as the expert in this case, did you do
7  anything in particular to prepare for that examination
8  that's occurring today?
9     A  How do you mean, Richard? What kind of
10 special preparation? I mean I have my notes organized,
11 I have my files, statistics, references.
12    Q  Well, let's just backtrack. The answer that
13 you just gave me, or two questions ago, that you
14 reviewed statistics, journals, articles, press releases?
15    A  That was in total preparation for this
16 deposition.
17    Q  Well, was it in preparation for the
18 deposition, or was it to prepare your expert report?
19    A  Both.
20    Q  In the past week or so -- well, your opinion
21 was finalized on February 28th, right?
22    A  Correct.
23    Q  Now, since February 28th, have you spoken to
24 anybody about either today's deposition, or serving as
25 an expert witness in this case?

Page 55

1        MS. STEVENS:  Object to form.
2        THE WITNESS:  When you say anybody, you
3  mean customers, attorneys, things like that, or anybody?
4  BY MR. ORDER:
5     Q  Anybody.
6     A  People in my office know what's happening
7  right now. My wife knows what's happening. And that's
8  about it. My colleagues in Milan know what's happening
9  as well.
10    Q  In preparation for today's deposition did you
11 speak to any attorneys?
12    A  No. Oh, when you say other attorneys, outside
13 of Eric and Alexandra, correct?
14    Q  I said any attorneys, but including them.
15    A  Yes. I spoke with them yesterday. Just they
16 walked me through what I could expect, you know, just as
17 kind of a dress rehearsal.
18    Q  So you spoke with both Attorney Wiechmann and
19 Attorney Stevens yesterday?
20    A  That's correct.
21    Q  For how long?
22    A  I think we spoke for an hour, hour and a half,
23 maybe.
24    Q  And what did they say?
25    A  Just because I've never been through one of

Page 56

1  these, just what you can expect, the kind of
2  questioning, and just to kind of review in advance, how
3  do I anticipate the questions that you might be asking.
4     Q  Do you recall any in particular topics that
5  you covered with them?
6     A  No. In general, it was just a general review,
7  general review of my opinion.
8     Q  Did Attorney Stevens or Attorney Wiechmann
9  tell you about the testimony of any other witness in
10 this case?
11    A  No.
12    Q  They didn't tell you about the deposition of
13 any other witness in this case?
14    A  I asked, but it was not -- I asked about it,
15 but it was not given. They did not respond.
16    Q  Have you read the transcript of any witness,
17 the transcript of the deposition of any witness in this
18 case?
19    A  I have not.
20    Q  What is it that you were asked to do as an
21 expert in this case?
22    A  I was asked to review the situation from 19 --
23 from the time we started selling grape seed extract to
24 the year 2000, review sales history, and to review the
25 impact of the INC lawsuit, what that may have had on the

Page 57

1  industry, the sale of grape seed extract in general.
2     Q  When you say the sale of grape seed extract in
3  general, is there a particular geographic territory that
4  you were focusing on?
5     A  We referred to the U.S.
6     Q  And when is it that Indena started selling
7  grape seed extract?
8     A  1993.
9     Q  Is that just in the United States, or was
10 that --
11    A  No, we've been selling it in France for, since
12 the early '70's, but this was just in the U.S. that I'm
13 referring to.
14    Q  And when you say that part of your task was to
15 evaluate the impact of the INC lawsuit on the sales of
16 grape seed extract, in general, do you mean -- what form
17 of grape seed extract were you referring to?
18    A  Well, we referred to it as, our trademark name
19 is Leucoselect, but it's referred to, everyone referred
20 to it at the time as OPCs.
21    Q  But I guess what I'm saying is, were you
22 focusing on the sale of raw grape seed extract, or
23 finished product?
24    A  Just raw grape seed extract.
25    Q  Was there anything else that you were asked to

15 (Pages 54 to 57)