#8
6-11-86

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

U.S. Serial No          :    721,434

Filed                   :    April 9, 1985

Applicant               :    Jack MASQUELIER

For                     :    "A plant extract with a proanthocyanidins
                             content as therapeutic agent having a
                             radical scavenger effect and use thereof."

RECEIVED

JUN 4  1986

GROUP 120

D E C L A R A T I O N

    I, the undersigned, Jack MASQUELIER,

- Doctor es Natural Sciences 1948 - Thesis on the protection of the
vascular system through arachide polyphenols,

- Professor of Microbiology - 1948 at the School of Medicine and
Pharmacy of Bordeaux and Assistant professor at the Faculty of Agricultural
Science on Oenology and Agricultural Chemistry of Bordeaux,

- Dean of Medical Material Faculty - Pharmacognosy- from 1956 to 1984,

- Professor emeritus of the University of Bordeaux II, from 1984 onward,-

- Founder in 1970 of the Center of Phytochemistry of Aquitaine in Bordeaux,

- 2 -

- Author of approximately 200 scientific publications on phytochemistry -
  pharmacology - bacteriology - nutrition - oenology,

- Guest Lecturer on phytochemistry at the Universities of Oxford -
  Montreal - Basle - Turin - Pavia - Verona - Ankara - Istambul - Madrid -
  Dakar - Tananarive , etc. ,

- Doctor Honoris Causa 1974     University of Laval (Québec) (Canada)

- Member of the Consultative Committee of the Universities (PARIS),

- Rector of the National Council of Oenologists (PARIS),

- Founding member of the Oxford "Plant phenolics group",

- Member of the National Academy of Pharmacy (FRANCE),

- Member of the "Polyphenol Group" (FRANCE),

- Member of the Bio-Chemical Society, of the Society of Biology -  etc.,

domicilied at  "Les Magniolias"  Parc des Tourelles,
Rue Sainte Elisabeth,  33200 CAUDERAN, France,

declare as follows :

Remarks concerning the MARIDONNEAU et al. article

The reference to the article by MARIDONNEAU et al. is fortunate as it allows me the demonstration that my claims in no way concern conventional bioflavonoïds , a group of substances whose therapeutic value is of no interest today.  This is not only my personal opinion : it can already be found in "The Medical Letter" New York,Vol. 10, No 3 of Feb. 9, 1968 under the heading "REQUIEM FOR FLAVONOIDS DRUGS" .  The articles goes on to say and quote : "The Food and Drug Administration (F.D.A.) has decided , on the basis of both its own investigations and the findings of a review panel of the National Academy of Sciences/National Research Council  that flavonoïds are not effective in man for any condition and it has initiated action seeking withdrawal of flavonoid drugs from the market. "

In fact, the F.D.A., exposed to powerful lobbying by the pharmaceutical industry, has been unable to prohibit the use of these valueless drugs to date. Some important laboratories are desperately trying to show new therapeutic applications for these "medicines". R.S.E., the radical scavenger effect, a new therapeutic discovery,could prove to be the miracle saviour for otherwise condemned bioflavonoids, showing them to be the medication against cellular aging.  MARIDONNEAU et al. employ this strategy.(DIFRAREL, anthocyanic extract from huckle-berries, a Merck-Chibray product, must be given a new legitimacy, as the composition of this compound does not always give comparable results when submitted to modern chromatographic analytical methods, and as a result may not pass the rigorous examination now required for the new European drug registration).

- 4 -

The quoted MARIDONNEAU et al. article tells us only of the result of an _in vitro_ test : placing erythrocytes in a test tube, subjecting them to the action of a synthetic substance, phenazine methosulfate, vector of free radicals. The huckleberry extract is added to this mixture, showing a slight protection of the erythrocytes.

The author concludes that the huckleberry extract will act similarly _in vivo_ and consequently constitutes a protector against free radicals. This claim is only a hypothesis. MARIDONNEAU extra-polates from the test tube to the human organism. He appears to forget that, in order to be active in the human organism, an R.S.E. capable substance must also be of very low toxicity and demonstrate its bio-availability.

_Bio-availability_ is precisely the essential characteristic separating procyanidins from bio-flavonoids. To be bio-available means that a substance taken by mouth crosses the digestive barrier to pass into the blood stream and from there reaches the various tissues in the organism to perform its function. Procyanidins act in this manner as I have shown in animals and in man :

1. _In animals._ Through the use of radioactive molecules in comparative tests, marking with $^{14}C$ photosynthetically both pro-cyanidins and rutin, a well-known conventional bioflavonoid. Both types of substances were given per os to mice. Autoradiographies were made of whole animal cuts 30 minutes later. DOCUMENTS 1 and 2 (enclosed) show the distribution of the radio-active substances (white areas). Procyanidins are distributed throughout the organism : heart, liver, lungs, spleen, skin, etc.

By contrast, the bioflavonoid stays in the intestine where it will be rapidly destroyed by bacterial flora. The absence of radioactivity in the other tissus does not allow to show their shape (in outline). A measure of the concentration of radioactivity (in

- 5 -

disintegration per minute per millilitre - dpm/ml ) demonstrates the
rapid arrival and dissemination of procyanidins in the blood stream
and their subsequent travel to the target tissues (DOCUMENT No 3).
No similar curve can be obtained with a bioflavanoid which does not
pass into the blood stream.

     2.  In man.  The $^{14}C$ marker method cannot be utilized
but chemical or immunological techniques have allowed me
to find (to trace) the procyanidins specifically in the tissues and
body liquids thus proving that man reacts like test animals concerning
the bio-availability of procyanidins.

     These various arguments are in my  patent  applica-
tion (pages 4-5, paragraph II : Bio-availability of procyanidins).
Please also consult DOCUMENT 4 (MASQUELIER et al. 1979 - translation
enclosed)  which shows the procyanidins labelled from now on under
pycnogenols so as to avoid any confusion with conventional bio-flavonoids.

C O N C L U S I O N S

     In the light of the above  I can state, concerning
MARIDONNEAU et al.  cited article, that an extract of huckleberry con-
taining bio-flavonoids has R.S.E. in vitro, thus  acting like dozens
of other phenolic molecules  - no more, no less.  MARIDONNEAU et al.
bring no proof  (for instance  autoradiographies)  of any kind of bio-
availability of their product.

     By contrast , my present patent application proposes
a true innovation in the use of procyanidins as protective medication
against free radicals - as opposed to the use of ordinary bio-flavo-
noids.  It has been proven in animals and in man that procyanidins
with R.S.E. (non specific effect)  penetrate the organism after oral



- 6 -

administration (bio-availability as exclusive feature ).

It is the combination of these two major features which is claimed (in amended claim 1 )  as constituting a medication as yet unknown in this therapeutic category .

Far from being an anticipation opposable to my  present patent application, the article by MARIDONNEAU et al.  permits a better understanding of the originality of the personal research which I have conducted.

- 7 -

I further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true;  and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Signed at Bordeaux, this  30 th day of April 1986

Jack Masquelier

Jack MASQUELIER



1. PROCYANIDIN





3. *Radioactivity in the blood of a rat after oral ingestion of $^{14}C$ Procyanidin*