# OPC
## IN PRACTICE

THE HIDDEN STORY
OF PROANTHOCYANIDINS,
NATURE'S MOST
POWERFUL AND PATENTED
ANTIOXIDANT

*circulatory disorders*

*cerebral failure*

*cardiovascular protection*

*allergies*

*inflammations*

*aging*

D 00 2274

BY BERT SCHWITTERS IN COLLABORATION WITH PROF. JACK MASQUELIER

lates into different physiological behavior. So, there are two types of substances: the yellow vegetable pigments or bioflavonoids and the non-pigmented substances we call catechins and OPC.
"Szent-Györgyi only worked with yellow pigments, with flavonoids. Citrin was a mixture of quercitroside, rutoside (rutin), heriodictyol and hesperidinmethylchalcon. As you know, nature never makes single molecules. Every plant has a whole series of molecules. Generally speaking, it is exceptional to find a single molecule of a given type in one plant. Anyway, Szent-Györgyi only worked with yellow vegetable pigments, that is to say with flavonoids."

OPC TAKES COLOR .....

Still Nature doesn't let the non-pigmented OPC go unnoticed. Masquelier continues to explain: *"This is November, a time of the year when, at least in France, many tree leaves that were originally green due to their high chlorophyll content, turn bright red, sometimes overnight. This is simply a biological, enzymatic transformation. The OPC in these leaves is suddenly released by enzymes that become active on the death of the cells in the leaves. They transform the catechins or OPC into anthocyanins. The anthocyanins, a third part of the chemistry of vegetable polyphenols, are the red pigments. You find them in flowers and other plant parts. For those of us from Bordeaux, they are the pigments found in red wine.*
*"The colorless pigments (OPC) can become colored in an enzymatic process, but always tend towards red, never yellow. The colorless polyphenols are referred to as proanthocyanidins, because the coloration towards red is their major trait of authentication from a chemical point of view. They exist before, "PRO," the anthocyanins. Hence proanthocyanidins. Because these words look so much alike, please duplicate the differences:*

      p<u>ro</u> anthocyani <u>di</u> ns → anthocyanins
           (colorless)         (red)

*Wld Rev. Nutr. Diet., vol. 24, pp. 117-191*
*Joachim Kühnau,*
*Karger, Basel 1976.*

*p. 141: "The catechins or flavanols, colorless and water-soluble, oxygen-sensitive substances, may be regarded as the group of flavonoids with the lowest oxidation level of their pyran ring C since it contains only one hydroxyl in position C3 (therefore also the term 'flavan-3-ols' for catechins), and no double bonds."*
*"Together with the flavandiols and their oligomers, catechins represent that group of flavonoids which occur in highest concentrations in green plants (Lavollay et al., 1944); dried tea leaves, for instance, contain about 30% of monomolecular catechins. Like flavandiols, catechins are optically active substances, but they contain only two centers of asymmetry (C2 and C3), generating four active and two racemic isomers for each catechin. Only those with the 2R configuration, i.e., (+)-catechins and (-)-epicatechins, have been found so far in nature."*



ined the
between
nplest of
kingdom

the Latin
and che-
ame for
emons is
be called
ted from
ges, gra-
s clearly

e called
icturally
we call
that are
fferently
ce trans-

## PATENT IS ABOUT OPC, NOT ABOUT PYCNOGENOLS

For the "gourmets" amongst the readers, there is another very interesting aspect in Masquelier's patent. *"Please note,"* he remarks, *"that the word 'proanthocyanidin(s)' occurs 41 times in the text of patent '360, whereas 'pycnogenols' occurs only once."* With the sentence: *"Proanthocyanidins are included in the pycnogenols, a plant polyphenol group, ..."* (column 3 of the '360 patent), Masquelier makes it clear that, *"we are dealing here with a patent for proanthocyanidins and nothing else."*

With reference to page 24, we do note that Masquelier has been consistent throughout all the years of his research, not only differentiating between flavanols and bioflavonoids, but also between the whole group of "pycnogenols" and the various members of that group, such as the (oligomeric) proanthocyanidins, i.e. OPC. Masquelier didn't claim his invention for all pycnogenols, but for OPC.

This also clarifies that the patent is not about one or other particular vegetal extract, be it from pine bark or from grape-seeds. In the wonderworld of commercial propaganda, claims have been put forward that the '360 patent would exclusively refer to pine bark extract. This is absurd.

In his very own patent Masquelier wrote: *"In pine bark, it is the proanthocyanidins which show the radical scavenging effect (RSE). The proanthocyanidins from a class of natural polyphenols, defined by an exclusive property, namely the production of a red pigment (anthocyanidin) by the Bate-Smith reaction."*

A child is able to understand that all of Masquelier's extracts, from peanut skins, from grape seeds, from pine bark, from hawthorn, from whatever other vegetal source, being PLANT EXTRACTS WITH A PROANTHOCYANIDIN CONTENT (which is what the '360 patent is all about) fall under the FRSE claim.

covery. No one had written, published or talked about the anti-radical action of OPC. If they had, we would know, because bibliographical research is very easy these days. But a discovery is sometimes ignored."

A BROAD SPECTRUM OF DISEASES

When a medicine is indicated for many ailments, this is often a sign that it isn't very active. Still, Masquelier claims beneficial effects for OPC in his '360 patent, covering an almost full spectrum of diseases. *"The reason for this,"* he explains, *"is linked to the very nature of free radicals. Free radicals are active in our entire organism. If free radicals only played a part in bringing about dental caries, for example, things would be simple. The discovery would be related to protection against free radicals and dental caries prevention. Nobody would be surprised. But free radicals attack all cells, all living matter, all that is of a cellular nature in our organism. "I refer especially to cells, because the radical attack is first of all aimed at the lipids, the cell's membrane lipids. Free radicals cause the lipids to oxidize and become rancid. You could say that for our cells, aging is tantamount to becoming rancid. So every cell has to suffer due to the hyperoxidative activity of free radicals. And that's why when a disease is brought about by cellular disintegration, in one organ or another, or yet another, or another, in the teeth, in the eye, the brain, the fingers, the feet, the arteries and so on, there must be some common factor against which OPC fights. OPC doesn't fight 10,000 different kinds of free radicals. They fight oxygen radicals, which act in all possible and imaginable living cells. When these cells are destroyed, be it in the kidney, the eye or in the heart, this is a result of the action of free radicals."*



AGING

Powerful as OPC may be, Masquelier explains in the patent that, *"The radical scavenging effect* (of OPC) *does not*