

**Primary Services International, LLC**
P.O. Box 1099 • Southport, Connecticut 06490 • (203) 256-1188 • Fax: (203) 255-9402

August 23, 1995

Terry Holmes
Advanced Medical Nutrition, Inc.
P.O. Box 5012
Hayward, CA 94540

Dear Terry,

As promised during our phone conversation today, following is a copy of U.S. Patent # 4,698,360 issued to Professor Jacques Masquelier, the inventor. I took the liberty of underlining some salient points on the second page under the heading DESCRIPTION OF THE INVENTION. I consider these statements to be most germane to our discussion today. You see, whatever the plant source, including grape seed extract, to refer to proanthocyanidins (OPC) and it's extraordinary antioxidant activity in your marketing would be in violation of the patent unless the material was ours or Pycnogenol®.

This may be somewhat confusing, but please be aware that the patent was recently challenged by Consac Industries (Country Life Vitamins). After a lengthy and expensive legal battle, the Federal Court upheld the validity and enforceability of the patent. Country Life backed-off and admitted it's infringement of the patent.

If you require a more in-depth explanation of the patent and how making certain claims for a competitive material would expose you to litigation, I will have Masquelier's U.S. attorney contact you at your request.

Sincerely,

*Gary E. Senecal*

Gary E. Senecal

D 000 670