

**CardioPC** — 60 CAPSULES DIETARY SUPPLEMENT

The ingredients in CardioPC™ have been clinically validated to support heart function and vein, artery and capillary health.* Without optimal circulation, nutrients are not efficiently delivered to the sites where they are needed to do their work. A healthy circulatory system is essential for the best possible functioning of all organs and tissues, optimal energy level and efficient immune response.

This unique combination provides proven health benefits:
* supports specific muscular cell energy in the heart for optimal rhythm and function.*
* protects and strengthens blood vessels, which naturally weaken as part of the aging process.*
* protects cells against potential damage caused by free radicals and promotes the health of arterial walls.*
* supports the body's own cholesterol regulating mechanisms.*

Manufactured for and distributed by:
Primary Source • Fairfield, CT
1-888-666-1188 • www.primarysourceopc.com

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

PRIMARY SOURCE.

This proven product can only be obtained through a specialized, proprietary extraction process.

**Supplement Facts**
Serving Size 3 capsules

| Amount Per Serving | | % Daily Value |
|---|---|---|
| OPC Oligomeric Proanthocyanidins Complex | 150 mg | * |
| Co-enzyme Q-10 | 90 mg | * |

*Daily Value not established.

Other Ingredients: Brown Rice Flour (filler/flow agent).

Directions: As a food supplement, take 1 to 3 capsules with water daily, or as directed by a health professional.

Satisfaction Guaranteed or Your Money Back!
KEEP OUT OF THE REACH OF CHILDREN
STORE IN A COOL, DRY PLACE


7 99251 10017 0

---



**CardioPC** — 30 CAPSULES DIETARY SUPPLEMENT

The ingredients in CardioPC™ have been clinically validated to support heart function and vein, artery and capillary health.* Without optimal circulation, nutrients are not efficiently delivered to the sites where they are needed to do their work. A healthy circulatory system is essential for the best possible functioning of all organs and tissues, optimal energy level and efficient immune response.

This unique combination provides proven health benefits:
* supports specific muscular cell energy in the heart for optimal rhythm and function.*
* protects and strengthens blood vessels, which naturally weaken as part of the aging process.*
* protects cells against potential damage caused by free radicals and promotes the health of arterial walls.*
* supports the body's own cholesterol regulating mechanisms.*

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

Manufactured for and distributed by:
Primary Source
Fairfield, CT
1-888-666-1188
primarysourceopc.com

PRIMARY SOURCE.

This proven product can only be obtained through a specialized, proprietary extraction process.

**Supplement Facts**
Serving Size 3 capsules

| Amount Per Serving | | % Daily Value |
|---|---|---|
| OPC Oligomeric Proanthocyanidins Complex | 150 mg | * |
| Co-enzyme Q-10 | 90 mg | * |

*Daily Value not established.

Other Ingredients: Brown Rice Flour (filler/flow agent).

Directions: As a food supplement, take 1 to 3 capsules with water daily, or as directed by a health professional.

Satisfaction Guaranteed or Your Money Back!
KEEP OUT OF THE REACH OF CHILDREN
STORE IN A COOL, DRY PLACE


7 99251 10018 7

---



**OPC PineGold** — THE ORIGINAL FROM FRANCE — 50mg / 60 CAPSULES DIETARY SUPPLEMENT

The Primary Source® pine bark OPC in this product is the authentic, standardized and isolated, singular polyphenol complex as discovered and defined by Dr. Jack Masquelier, perfected and produced by OPC's premier French manufacturer. Primary Source® OPC is proven safe and effective by numerous human studies and used world-wide since 1950.

This unique complex from pine bark provides proven health benefits:
* is a powerful antioxidant that helps protect cells and tissues from free radical-initiated damage.*
* has a unique ability to strengthen and rebuild collagen.*
 -Collagen protein is found in the brain, heart, veins, arteries, capillaries, skin and all human tissues and organs.
* promotes healthy circulatory/cardiovascular health.*
* provides superior cellular protection against various types of enzymatic attack.*

Manufactured for and distributed by:
Primary Source • Fairfield, CT
1-888-666-1188 • www.primarysourceopc.com

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

PRIMARY SOURCE.

This proven product can only be obtained through a specialized, proprietary extraction process.

**Supplement Facts**
Serving Size 2 capsules

| Amount Per Serving | | % Daily Value |
|---|---|---|
| Vitamin C (as calcium ascorbate) | 200 mg | 333% |
| OPC Oligomeric Proanthocyanidins Complex | 100 mg | * |

*Daily Value not established.

Other Ingredients: Brown Rice Flour (filler/flow agent).

Directions: As a food supplement, take 1 to 2 capsules with water daily, on an empty stomach, or as directed by a health professional.

Satisfaction Guaranteed or Your Money Back!
KEEP OUT OF THE REACH OF CHILDREN
STORE IN A COOL, DRY PLACE


7 99251 10003 3

IBC 0397