**Used by millions world-wide . . .**

The scientifically tested, clinically proven health benefits of

# Primary Source® OPC

## the authentic Masquelier's™ OPC

*Fifty years ago in the Bordeaux region of France, Dr. Jack Masquelier made one of the most significant discoveries in nutritional science. He isolated and named the powerful antioxidant, cellular and tissue membrane protector known today as: Oligomeric ProanthoCyanidins (OPC).*

*Primary Source's® close association with Dr. Masquelier assures that Primary Source® OPC is the authentic product, the original French pycnogenol, as discovered by Dr. Masquelier. So extraordinary was this discovery, that in 1987, the U.S. government rewarded Dr. Masquelier – also the inventor of the extraction method – patent #4,698,360 for his pioneering research.*

*Primary Source® OPC is extracted through his precise process, guaranteed to produce the molecular compound that is proven safe and effective throughout nearly 50 years of research and world-wide use. Exclusively Berkem, in France, produces this substance to rigid pharmaceutical standards. Used as doctor prescribed products in France since 1950, Primary Source® OPC is rigidly monitored from natural source, through extraction and production to the product you can trust to provide significant health benefits.*

**OPCs are natural, health supporting compounds found in practically every plant. Highly concentrated in bark, stems, leaves and skins, OPCs are usually discarded prior or during vegetable or fruit consumption, or eliminated through cooking. Therefore, even those who eat balanced diets are likely to be OPC deficient.**



IBC 0388

Scientific research has identified how free radicals contribute to cell destruction. Because cell damage is at the root of most health problems and aging disorders, protecting ourselves from excess free radical activity is a significant preventative measure for a long and healthy life.

### Primary Source® OPC is one of the most powerful antioxidants.

The antioxidant effects of Primary Source® OPC have been extensively studied. Primary Source® OPC is the authentic OPC compound that is derived from grape seed and pine bark. It is the only one that is produced according to rigid pharmaceutical standards. The oligomers (monomer, dimer and trimer composition) contained in Primary Source® OPC protect cellular and tissue membranes by:

1.) neutralizing oxygen free radicals;
2.) chelating transition metals like iron, zinc, manganese and copper. These metals in ionic form, can become dangerous "pro-oxidants" in the body; and
3.) blocking destructive enzymes, attachment to cellular receptors and/or modifying the cellular receptors' response.

Unlike many other antioxidants and bioflavonoids, Primary Source® OPC is fully bioavailable, highly water soluble and provides lasting healthful benefits. Primary Source® OPC provides bi-phasic activity, i.e. it can penetrate both aqueous and lipid cellular membranes – an important factor in providing more complete cellular protection to the body's tissues and organs.

### Primary Source® OPC Neutralizes Free Radicals



Primary Source® OPC neutralizes unstable free radicals by donating electrons.

### Primary Source® OPC has an affinity for proteins.

Unlike bioflavonoids, Primary Source® OPC attaches to collagen and elastin, especially those tissues rich in glycosaminoglycans. These include vascular and lymphatic membranes, stomach, gastrointestinal linings, sinus and respiratory systems and joint and vertebral support areas.

Primary Source® OPC bonds with the proteins that form the vascular system walls. This thwarts cell destruction, while improving the healthy capillary's selective passing of essential substances. Primary Source® OPC protects intercellular structures, including the nuclear, mitochondrial, lysosomal and endoplasmic reticular membranes from free radical attack.

### How Free Radicals Disrupt Normal Cellular Functions



Free radicals breaking lysosomal membrane. Histamine leaks out.

Free radicals breaking nuclear membrane, altering DNA (genetic) material.

Free radicals attacking cell membrane from inside. Easy entry for destructive enzymes and pollutants.

IBC 0389

## Where Primary Source® OPC Works



Primary Source® OPC has a unique ability to strengthen and rebuild collagen. Collagen protein is found in all human tissues and organs.

### The need for OPC and Primary Source® OPC intake.

OPC, like vitamin C and many other essential nutrients, cannot be produced in our bodies and must be obtained from food sources. The compound can only be found in vegetables and fruit, but is often destroyed during cooking or lost because its most plentiful sources (bark, skins, seeds, etc.) are removed before eating. Therefore, even those who eat balanced diets are likely to be OPC deficient.

Entry of Primary Source® OPC from the digestive tract occurs immediately, within 10 minutes. Maximum level is reached in 45 minutes. Its biological half-life is five hours and after seven hours the level is still more than a third of maximum. Radiographic studies have shown that Primary Source® OPC migrates to organs and body systems rich in glycosaminoglycans and connective tissue. It is retained in these tissues longer (approximately 72 hours) and rapidly eliminated from those that are of a different structure.

Clinical studies have shown the optimal daily intake of Primary Source® OPC to range between 50 to 150 mgs. per day, depending on individual needs. Because of its intense affinity for proteins, it is best to take on an empty stomach. Plenty of water should be taken with Primary Source® OPC to insure its tissue penetration and maximize its purification benefits.

### A powerful antioxidant and a superior cellular and tissue protector.

All antioxidants have a special way in which they work. One of the ways they work is to protect one another. When vitamin E is destroyed by neutralizing free radicals, it can be restored to full potency by vitamin C, which in turn is restored by Primary Source® OPC.

Primary Source® OPC as nature's most powerful antioxidant, can help protect every cell of the body, including the brain. The most intensely studied of these nutritional benefits, however, are the angioprotective, for which Primary Source® OPC has been used in France for over forty years. Primary Source® OPC provides effective antioxidant protection to safeguard the integrity of vascular networks – arterial, venous and lymphatic, and can help protect lymphatic vessels, retina and cornea of the eye. Primary Source® OPC is found wherever connective tissue is located – joints, vertebrae, tendons, stomach, intestines, lungs, skin and bone. It is truly nature's gift for better health.



*"By their high radical scavenging effect, combined with their rapid diffusion in the connective tissue, OPC provides the body with effective nutritional support to protect cells from the harmful effects of free radicals and reactive molecules that can induce alterations in cellular structures and disrupt local tissue environments."*

– Dr. Masquelier

### Primary Source® OPC protects the vascular system.

Healthy blood flow is essential to human health and life. Primary Source® OPC is scientifically proven to support the body in maintaining normal circulatory function. Primary Source® OPC strengthens capillary walls and microcapillaries, improves capillary resistance and capillary leakage in the legs, eyes, and skin.

Primary Source® OPC protects the vascular wall against the potentially harmful effects of cholesterol by inhibiting cholesterol deposits from forming on the elastin tissue of vascular walls.

Destructive enzymes can attack the arterial walls' collagen structure. Free radicals further degenerate the cellular membranes and lesions occur. Low density lipoproteins (LDL cholesterol) that have been oxidized by free radicals can easily get trapped in these lesions and attract calcium. These LDL/calcium deposits build-up and form "plaque" which narrows the artery encouraging blood clot formation.

Primary Source® OPC strengthens the collagen against destructive enzymes and neutralizes free radicals, thus inhibiting LDL oxidation and plaque formation.

### Primary Source® OPC Effect on Strengthening Capillaries



Primary Source® OPC was tested double-blind on a group of elderly people who had very fragile capillaries. Eighty-nine percent had noticeable improvement after two weeks with 100 to 150 mgs. per day.

*Évolution de la résistance capillaire, spontanément ou artificiellement diminuée par l'action d'une substance capillaro-toxique chez personnes âgées. G. Dubos, G. Durst et R. Hogonot. [illegible], Tome 5, no 6, septembre 1980.*

### Primary Source® OPC Strengthens Collagen Preventing Enzymatic Attack, Free Radical Destruction and Excessive Cross-Linking



Fig. 1 — Destructive enzymes elastase and collagenase lock onto specific receptors on collagen. Locked into place, these enzymes create weak collagen and cause "cross-linking."

Fig. 2 — Elastase and collagenase cannot "lock" onto their receptors in collagen because Primary Source® OPC blocks the receptors.

### Primary Source® OPC inhibits premature aging by strengthening collagen.

Primary Source® OPC strengthens collagen protein by affixing itself to collagen thus providing elasticity, and resiliency. Collagen is an essential and major component of muscles, tendons, cartilage, ligaments, bones, gums, teeth, eyes and blood vessels. Functioning as an antioxidant, Primary Source® OPC neutralizes the potentially harmful effects of reactive molecules such as hyaluronidase, collagenase, elastase and histidine decarboxylase by blocking their attachment to collagen microfibrils (Fig. 1 & 2).

Although no substance can completely prevent the aging process, Primary Source® OPC helps to avert premature aging by reducing free radical-induced weakening of collagen.

Collagen, the protein constituent of connective tissues, exists throughout the body in the form of pairs of intertwined collagen polypeptides strands held together by hydrogen

IBC 0391

bridges (see Fig. 2). This gives the entire structure stability in somewhat the same way that rungs stabilize a ladder. Collagen's strength is determined by the hydrogen bridges that connect the intertwined strands. As we grow older, collagen is weakened by excessive "cross-linking." Cross-linking is crooked and weakened bonds between collagen protein strands induced by free radicals. Primary Source® OPC helps form and strengthen the hydrogen bridges that hold the collagen microfibrils together.

Collagen that is weak and inflexible contributes to premature aging. Visible signs of weak collagen are wrinkles and sagging skin. Non-visible signs of aging are damage to arterial walls which leaves them less resilient and subject to plaque formation.

Primary Source® OPC supports the body's own natural mechanisms to maintain and enhance the health of connective tissue and the elasticity of skin.

### Primary Source® OPC is the essential co-factor of vitamin C.

Vitamin C is essential for the maintenance of collagen's elasticity and strength. Vitamin C helps build collagen by converting the amino acids lysine and proline into hydroxy lysine and hydroxy proline, the major amino acid forms found in collagen. Primary Source® OPC is an essential partner (co-factor) with vitamin C, and therefore helps to preserve collagen protein and maintain the health of the skin.

Primary Source® OPC also preserves vitamin C by blocking the formation of ascorbate oxidase, an enzyme that destroys vitamin C. Vitamin C can become a pro-oxidant if exposed to ionic iron, copper, and other minerals. Primary Source® OPC chelates these metals before they can oxidize vitamin C, other antioxidants or body tissues.

### Primary Source® OPC and its effect on Histamine.

Histamine is contained in the lysozome of cells. When destructive enzymes attack the cells' lysozome, the release of histamine can occur.

Primary Source® OPC prevents the release of histamine by forming a barrier around cell membranes to block the entry of destructive enzymes onto the cells' lysozome.

Histamine production is also slowed as Primary Source® OPC interferes with its manufacture by blocking the enzymatic processes by which it is produced. In other words, Primary Source® OPC prevents the enzyme histidine decarboxylase from converting the amino acid histidine into histamine.

### How Primary Source® OPC is a Stronger Antioxidant than Vitamin E or Vitamin C



Primary Source® OPC free radical scavenging capacity is greater than either vitamin E or vitamin C because it has more free radical quenching stations to neutralize free radicals. Within a free radical generating environment, Primary Source® OPC traps 8 free radicals while vitamin E can trap two and vitamin C can trap one.

As a co-factor to vitamin C, Primary Source® OPC acts to preserve vitamin C, an essential nutrient in the process of collagen biosynthesis. This is an important factor in maintaining the elasticity of skin and the health of connective tissue.

IBC 0392

**PRIMARY SOURCE.**

www.primarysourceopc.cc
1-888-666-1188
203-256-1188

The statements herein have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

## Where Primary Source® OPC Works



Primary Source® OPC has a unique ability to strengthen and rebuild collagen. Collagen protein is found in all human tissues and organs.

### The need for OPC and Primary Source® OPC intake.

OPC, like vitamin C and many other essential nutrients, cannot be produced in our bodies and must be obtained from food sources. The compound can only be found in vegetables and fruit, but is often destroyed during cooking or lost because its most plentiful sources (bark, skins, seeds, etc.) are removed before eating. Therefore, even those who eat balanced diets are likely to be OPC deficient.

Entry of Primary Source® OPC from the digestive tract occurs immediately, within 10 minutes. Maximum level is reached in 45 minutes. Its biological half-life is five hours and after seven hours the level is still more than a third of maximum. Radiographic studies have shown that Primary Source® OPC migrates to organs and body systems rich in glycosaminoglycans and connective tissue. It is retained in these tissues longer (approximately 72 hours) and rapidly eliminated from those that are of a different structure.

Clinical studies have shown the optimal daily intake of Primary Source® OPC to range between 50 to 150 mgs. per day, depending on individual needs. Because of its intense affinity for proteins, it is best to take on an empty stomach. Plenty of water should be taken with Primary Source® OPC to insure its tissue penetration and maximize its purification benefits.

### A powerful antioxidant and a superior cellular and tissue protector.

All antioxidants have a special way in which they work. One of the ways they work is to protect one another. When vitamin E is destroyed by neutralizing free radicals, it can be restored to full potency by vitamin C, which in turn is restored by Primary Source® OPC.

Primary Source® OPC as nature's most powerful antioxidant, can help protect every cell of the body, including the brain. The most intensely studied of these nutritional benefits, however, are the angioprotective, for which Primary Source® OPC has been used in France for over forty years. Primary Source® OPC provides effective antioxidant protection to safeguard the integrity of vascular networks – arterial, venous and lymphatic, and can help protect lymphatic vessels, retina and cornea of the eye. Primary Source® OPC is found wherever connective tissue is located – joints, vertebrae, tendons, stomach, intestines, lungs, skin and bone. It is truly nature's gift for better health.



*"By their high radical scavenging effect, combined with their rapid diffusion in the connective tissue, OPC provides the body with effective nutritional support to protect cells from the harmful effects of free radicals and reactive molecules that can induce alterations in cellular structures and disrupt local tissue environments."*

– Dr. Masquelier

# Selected Scientific Citings:

## Cardiovascular-Related Studies:

1. Meunier, Marie-Therese, Villie, Francoise, et al. "Inhibition of Angiotensin I Converting Enzyme by Flavanolic Compounds: in Vitro and in Vivo Studies." Planta Medica, May 26, 1986. pp. 12-15.
10. Barbier, A. Maffrand J.P. Savi P. Unkovic J. Vilain P. "Activite Angioprotectrice Des Oligomeres Procyanidoliques Chez l'Animal - Oedeme De La Patte" Sanofi Research Toulouse Cedex France pp. 31-40.
11. Barbier, A. Maffrand J.P. Savi P. Unkovic J. Vilain P. "Activite Angioprotectrice Des Oligomeres Procyanidoliques Chez l'Animal - Activite Antiagoniste Vis-a-Vis Des Mediateurs De l'Inflamation" Sanofi Research Toulouse Cedex France pp. 31-40.
12. Barbier, A. Maffrand J.P. Savi P. Unkovic J. Vilain P. "Activite Angioprotectrice Des Oligomeres Procyanidoliques Chez l'Animal - Erytheme Aux Ultraviolets (UV)" Sanofi Research Toulouse Cedex France pp. 31-40.
13. Barbier, A. Maffrand J.P. Savi P. Unkovic J. Vilain P. "Activite Angioprotectrice Des Oligomeres Procyanidoliques Chez l'Animal - Fragilite Capillaire" Sanofi Research Toulouse Cedex France pp. 31-40.
14. Barbier, A. Maffrand J.P. Savi P. Unkovic J. Vilain P. "Activite Angioprotectrice Des Oligomeres Procyanidoliques Chez l'Animal - Permeabilite Capillaire" Sanofi Research Toulouse Cedex France pp. 31-40.
16. Dubos, G. Durst, G. Hugonot, H. "Evolution de la Resistance Capillaire, Spontanement ou Artificiellement Diminuee par l'Action d'Une Substance Capillaro-Toxique Chez des Personnes Agees-Action Benefique d'un Agnet Actif sur la Micro-Circulation: l'Endotelon." La Revue de Geriaurie, Tome 5. No. 6, Sept. 1980 pp. 302-305.
17. Dartenuc, J.Y. Marache, P. Choussat, H. "Resistance Capillaire en Geriatrie Etude d'un Microangioprotecteur-Endotelon." Bordeaux Med. (13), 1990. pp. 903-7.
18. Lagrue, G. Olivier-Martin, F. Grillot, A. "Etude des Effets des Oligomeres du Procyanidol sur las Resistance Capillaire dand l'Hypertension Arterielle et Certaines Nephropathies." Sem. Hosp. Paris 18-25 Septembre, 1981.
19. Beylot, C. Bioulac P. "Essai Therapeutique d'un Angioprotecteur Peripherique, l'Endotelon." Actualite Therapeutique Gaz. Med. de France (87)22. 1980. pp. 2919-24.
20. Lesbre, F.X. Tigaud, J.D. "Effet de l'Endotelon sur l'Indice de Fragilite Capillaire dan une Population Specifique: les Sujets Cirrhotiques." Gaz. Med. de France (90)24 1983.
21. Sarrat, L. "Abord Therapeutique des Troubles Fonctionnels des Membres Inferieurs par un Microangioprotecteur l'Endotelon." Bordeaux Med. (11) 1981. pp. 685-8.
22. Delacroix, P. "Etude en Double Aveugle de l'Endotelon dans l'Insuffisance Veineuse Chronique." Therapeutique, la Revue de Medicine (27-28) Sept 1981 pp. 1793-1802.
23. Thebaut, J.F., Thebaut, P. Vin, F. "Etude de l'Endotelon dand les Manifestations Fonctionnelles de l'Insuffisance Veineuse Peripherique-Resultats d'une Etude en Double Aveugle Portant sur 92 Patients." Gazette Medicale (92)1, 1985. pp. 96-100.
34. Wegrowski, J. Robert, A.M. Moczar, M. "The Effect of Procyanidolic Oligomers on the Composition of Normal and Hypercholesterolemic Rabbit Aortas." Biochem. Pharmacol. (33)21, 1984. pp. 3491-3497.
53. Masquelier, Jack "Pycnogenols: Recent Advances in the Therapeutical Activity of Procyanidins." Supplement of Planta Medica, Journal of Medicinal Plant Research and Journal of Natural Products July 1980 pp. 243-256.
60. Henning, Bernhard & Chow, Ching K. "Lipid Peroxidation and Endothelial Cell Injury: Implications in Atherosclerosis." Free Rad. Path. & Med. (4)1988 pp. 99-106.
61. Masquelier, J. "Les Procyanidols du Vin Leur Role Dans l'Alcoolisme." pp. 88-93.
62. Gazave, J.M. "Notions Recentes sur les Capillaires" unpublished bulletin from the Laboratoire De Physiologie Patholigie pp. 26-29.

## Circulatory-Related Studies:

Studies 1, 13, 14, 20, 21, 22, 23, 34, 53 cited above and:
5. Blazso, G. Gabor, M. "Oedema-Inhibiting Effect of Procyanidin." Acta Physiologica Academiae Scientiarum Hungaricae, Tomus 56(2) pp. 235-240 (1980).
6. Tayau, M.F. LeFevre, G. "Action du Leucocyanidol sur l'Hyalaluronidase." Bull. Soc. Pharm. Bordeaux. 1956 (95) pp. 132-136.
24. Lamy, M. "Utilization Des Oligomeres Procyanidoliques En Gynecologie." Est-Medecine Tome1(14) September 2, 1981. pp. 1021-22.
25. Henriet, J.P. "Une Etude Exemplaire Pour Un Phlebotrope: l'etude EIVE." Unpublished, pp. 77-83.
35. Tixier, J.M., Godeau, G. Robert A.M., and Hornebeck "Evidence by in Vivo and in Vitro Studies That Binding of Pycnogenols to Elastin Affects its Rate of Degradation by Elastases." Laboratoire de Biochimie du Tissu Conjonctif, Faculte de Medecine, University of Paris, 25 June, 1984.
36. Pfister, A. Simon, M.T. Gazave, J.M. "Sites De Fixation Des Oligomeres Procyanidoliques Dans La Paroi Des Capillaires Sanguins du Poumon Decobaye." Acta Therapeutica (8) 1982. pp. 223-237.
37. Masquelier, J., Dumon M.C., Dumas, J. "Stabilization du Collagene Par Les Oligomeres Procyanidoliques." Acta Therapeutica (7) 1981. pp. 101-105.
38. Kuttan, R., Donnelly, P., Di Ferrante, N. "Collagen Treated with (+)-Catechin Becomes Resistant to the Action of Mammalian Collagenase." Laboratory of Connective Tissue Research, Dept. of Biochem. Baylor College of Medicine, Houston TX. 28, May, 1980.
39. Gendre Phillippe, Laparra Jean, Barraud Elian. "Effet Protecteur des Oligomeres Procyanidoliques sur le Lathyrisme Experimental Chez le Rat." Ann. Pharm. Francaises. (43)1, 1985 pp. 61-73.
41. Masquelier, Jacques "Aspects Pharmacologiques Nouveaux de Certains Flavonoides." A Vie Medicale. December, 1969.
42. Laparra, J. Michaud, J. Lesca, M.F. Blanquet, P. Masquelier, J. "Etude Pharmaco-cinetique des Oligomeres Procyanidoliques Totaux du Raisin." Acta Therapeutica 4 (1978).

## Skin-Related Studies:

Studies 35, 36, 37, 38 cited above and:
45. Harmand, M.F. Blanquet, P. "The Fate of Total Flavanolic Oligomers (OFT) Extracted from 'Vitus vinifera L.' in the Rat" European Journal of Drug Metabolism and Pharmacokinetics. 1978, No. 1 pp. 15-30.
66. Delrieu, P., Ding J., Escande, B., Samain, D. "Free-radical Scavenging Activity of Proanthocyanidolic Oligomers Encapsulated in Glycospheres: an in Vivo and in Vitro Study." Cosmetology Department a & S Biovectors, Ramonville St. Agne France. pp. 1-9.

## Leg-Related Studies:

Studies 15, 20, 21, 22, 23, 24, 25, 34 cited above.

## Eye-Related Studies:

26. Verin, M.M. Vildy, A. Maurin, J.F. "Retinopathies et O.P.C." Bordeaux Medicale, (16)11. 1978. pp. 1467-74.
29. Corbe, C. Boissin, J.P. Siou, A. "Sens Lumineux et Circulation Chorioretinienne-Etude de l'Effet des O.P.C." (Endotelon). Jn. Fr. Opthalmol. (11)5, 1988 453-460.

## Sports-Related Studies:

Studies 6, 35 cited above and:
2. Laparra, J., Michaud, J., Masquelier, J. "Action des Oligomeres Procyanidoliques sur le Cobaye Carence en Vitamin C." Tavaux Originaux, University of Bordeaux, 1976.
3. Masquelier, J. "Action Comparee de Divers Facteurs Vitaminiques P sur l'Oxydation de l'Acide Ascorbique par les Ions Cuivriques." Bull. de la Societe de Chimie Biologique XXXIII (3-4) 1951. pp. 302-304.
4. Masquelier, J. "Action Comparee de Divers Facteurs Vitaminiques P sur l'Acide Ascorbique-Oxydase." Bull. de la Societe de Chimie Biologique XXXIII (3-4) 1951. pp. 304-306.
8. Kakegawa, H. Matsumoto, H. Endo, K. Satoh, T. Nonaka, G. Mishioka, I. "Inhibitory Effects of Tannins on Hyaluronidase Activation and on the Degranulation from Rat Mesentery Mast Cells." Chem. Pharm. Bull. 33(11)1985. 5079-5082.
9. Reiman, H.J., Lorenz, M. Fischer, R. Frolich, H. Meyer, J. "Histamine and Acute Haemorrhagic Lesions in Rat Gastric Mucosa: Prevention of Stress Ulcer Formation by (+)-Catechin, an Inhibitor of Specific Histidine Decarboxylase in Vitro." Dirkhauser Verlag Vol. 7/1, 1977.
33. Parienti, J. J. Parienti-Amsellem, J. "Les Oedemes Post-Traumatoqies Chez le Sportif: Essai Controle de l'Endothelon." Actualite Therapeutique 90(3) 2/11 1983 pp. 231-235.
40. Masquelier, J., Michaud, J., Laparra J., Dumon, M. C. "Flavonoids et Pycnogenols" International Journal of Vitamin Nutrition Research (49)3;1979 pp. 307-311.

## Anti-Aging & General Antioxidant-Related Studies:

Studies 3, 4, 9, 37, 40, 41, 42, 45 cited above and:
44. Laparra, J. Michaud, J. Masquelier, J. "Etude Pharmacocinetique des Oligomeres Flavonoliques" Plantes Medicinales et Phytotherapie, 1977 Tome XI, pp. 133-142.
46. Robert A.M.; Groult, N.; Six, C.; Robert, L. "Etude de l'Action des Oligomeres Procyanidoliques sur des Cellules Mesenchymateuses en Culture. II l'Attachment des Fibres Elastiques aux Cellules." (Study of the effect of procyanidolic oligomers on mesenchymal cells in culture. II Attachment of elastic fibers to the cells) Pat. Biol.1990, (38)6, pp. 601-607.
48. Porter, Lawrence J., Wong Rosalind Y. Chan, Bock G. "The Molecular and Crystal Structure of (+)-2,3-trans-3,4-trans-Leucocyanidin [(2R,3S,4R)-(+)-3,3', 4,4', 5,7-Hexahydroxyflavan] Dihydrate, and Comparison of its Heterocyclic Ring Conformation in Solution and the Solid State." Journal of the Chemical Society, Perkin Transactions I 1985. pp. 1413-17.
55. Masquelier, Jacques "Proanthocyanidins et Radicaux Libres." "Radical Scavenger Effect (R.S.E.) of Proanthocyanidins." 1985.
57. Uchida, Shinji et al. "Condensed Tannins Scavenge Active Oxygen Free Radicals." Med. Sci. Res. (15) 1987. pp. 831-832.
58. Ariga, Toshiaki "Radical Scavenging Action and its Mode in Procyanidins B-1 and B-3 from Azuki Beans to Peroxyl Radicals." Agric. Biol. Chem. 54(10) 1990, pp. 2499-2504.
59. Da Silva, Ricardo et al. "Radical Scavenger Capacity of Different Procyanidins from Grape Seeds." Presented at a symposium "Free Radicals in Biotechnology and Medicine." Royal Society of Chemistry, London January 1990, pp. 79-80.
68. Bauman, Joachim Wurm, Gotthard Bruchhausen, Franz "Hemmung der Prostaglandinsynthetase durch Flavonoide und Phenolderivate im Vergleich nit deren O2 Radikalfangereigenschaften" Arch. Pharm. (Weinheim) 313 (1980) pp. 330-337.

---

The statements herein have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.



PRIMARY SOURCE®

1-888-666-1188 toll-free
203-256-1188
www.primarysourceopc.com
email: info@primarysourceopc.com

IBC 0394

11/00