# MASQUELIER'S™ ORIGINAL OPCs




OPTIMAL PROTECTION COMPLEX

*A Body Shouldn't Be Without It!*

# MASQUELIER'S™ ORIGINAL OPCs

THIS TIME COULD WELL BE CONSIDERED THE RICHEST, MOST PRODUCTIVE PERIOD IN THE HISTORY OF NUTRITIONAL TECHNOLOGY. PERHAPS NOW MORE THAN EVER BEFORE, SCIENTISTS, RESEARCHERS AND MARKETERS ARE UTILIZING THE VERY BEST THAT NATURE OFFERS IN THE QUEST TO ENHANCE NATURAL HEALING. ACCORDINGLY, SCIENTISTS, MARKETERS AND CONSUMERS ALIKE ARE DEMANDING SCIENTIFIC VALIDATION TO SUBSTANTIATE PRODUCT INTEGRITY AND TO SATISFY THE COMPLEX LEGAL REQUIREMENTS THAT SURROUND PRODUCTS FEATURING STRUCTURE AND FUNCTION CLAIMS.

SuperNutrient

In 1948, Dr. Jack Masquelier began research on applications for human health benefits with a remarkable nutrient now known as Masquelier's™ Original OPCs. Now, after 50 years of extensive, continued research, we are proud to announce the publication of scientifically validated, Structure and Function Claims for Masquelier's™ Original OPCs. These Structure and Function Claims comply with U.S. DSHEA regulations.+ What is so significant about the supporting studies on this *Super*Nutrient is that the body systems affected are among the most critical to human health. The publication of these claims is also noteworthy because they apply to an unprecedented spectrum of human health systems and conditions including but not limited to: cardiovascular system, circulatory system, skin health, leg health, eye health, sports-related benefits, anti-aging, and antioxidant benefits.* It is indeed *"The Optimal Protection Complex."*

Since the discovery of Masquelier's™ Original OPCs, hospitals, institutes, universities and medical practitioners have continuously studied and proven the wide spectrum health benefits attributed to this nutrient. ***That's why we refer to it as Nature's Super*****Nutrient.**

IBC 0054

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

CIRCULATORY · CARDIOVASCULAR · EYES · SPORTS ACTIVITIES · ANTI-AGING · ANTIOXIDANT

# What Are OPCs?

Oligomeric ProanthoCyanidins (OPCs) are a complex of a specific molecule, technically known as a flavan-3-ol molecule. It is extremely unique that certain plants can bond flavan-3-ol molecules to form entirely new oligomeric molecular configurations called OPCs. Two flavan-3-ol molecules together form a "dimer," and three molecules bonded together form a "trimer." Interestingly, by itself, the flavan-3-ol molecule (also known as a catechin) is not highly bioavailable and has less biological activity than OPCs in the body. However, bonded together as dimers and trimers (OPCs) they become extremely biologically active in a profoundly effective way in the human body and are the source of a stunning array of proven health benefits.

OPCs are found in many plants throughout the plant kingdom with varying degrees of concentration. Grape seeds are one of the natural sources discovered by Dr. Masquelier from which to selectively extract OPCs for commercial use. However, it must be noted that OPCs and "grape seed extract" are not the same. Masquelier's™ Original OPCs is unique and distinctly different from not only grape seed extract, but any other nutritional supplement available today. This *Super*Nutrient can only be obtained through a highly specialized, proprietary extraction process. Specifically, it is this highly selective process which yields potent, 100% biologically active Masquelier's™ Original OPCs, the *Super*Nutrient that supports virtually every metabolic system in the body.

# Daily Health Benefits For EveryBody

The effects and benefits of Masquelier's™ Original OPCs, proven by 50 years of studies, are particularly compelling because it is the one nutrient that addresses so many diverse body conditions. Truly, it is the "Essential *Super*Nutrient for EveryBody." A strong case can be made that regardless of age, gender, lifestyle, etc., everyone should supplement their diet with Masquelier's™ Original OPCs every day. It is no wonder that many nutritional experts believe that this Optimal Protection Complex may well be the botanical supplement with the most potential for benefiting human health.



IBC 0055

# Why is Masquelier's™ Original OPCs The Superior *Super*Nutrient?

Clearly the marketing advantages provided by Masquelier's™ Original OPCs are unparalleled. With what other nutrient can a marketer present as many diversified body-specific structure and function claims? Masquelier's™ Original OPCs by itself, without requiring the synergy of other nutrients or co-factors,† supports virtually every metabolic system in the body.* For example, while vitamin E is known for its positive effect on the heart, the cardiovascular system is made up of the heart, arteries, veins and capillaries. Masquelier's™ Original OPCs can restore and support the health of all of those systems in ways that vitamin E alone can not.* So far-reaching are the influences of Masquelier's™ Original OPCs on the body's vital support systems, it is regarded by many who have studied it to be a nutritional miracle capable of transforming our entire experience of health.*

# Patented, Certified & Guaranteed

Dr. Masquelier discovered OPCs, invented its proprietary extraction process, and pioneered the research that validated the human health benefits nearly fifty years ago. So extraordinary were his findings, the U.S. government issued him patent number 4,698,360, stating that Masquelier's™ Original OPCs provides a method for preventing and fighting the harmful biological effects of free radicals. Masquelier's™ Original OPCs is patented, certified and guaranteed to effectively counter the damaging effects of free radicals, strengthen and rebuild collagen and provide superior cellular protection against various enzymatic attack. Masquelier's™ Original OPCs is the authentic compound. The exact compound ratio proven to produce health benefits can only be obtained through Dr. Masquelier's precise extraction process. It is this exclusive process that enables Masquelier's™ Original OPCs to make the Structure and Function Claims contained herein.

† Many nutrients, such as vitamin E and vitamin C, are dependent on other nutrient co-factors that must be present in the body for proper absorption and utilization of that vitamin. For example, a sufficient level of copper must be present for the body to efficiently utilize vitamin C.

* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.



# Statements of Nutritional Support for MASQUELIER'S™ ORIGINAL OPCs



HEALTH BENEFITS FOR THE

## Cardiovascular System

Masquelier's™ Original OPCs provides the nutritional support necessary for the maintenance of a healthy heart.* Through reducing platelet aggregation, strengthening vascular membranes, and safeguarding against cellular destruction, normal blood flow is supported and maintained.* The following supportable Structure and Function Claims can be made for Masquelier's™ Original OPCs regarding Cardiovascular System benefits:

CLAIMS

- **Supports vascular systems, helping to maintain normal blood flow.***
- **Helps reduce platelet aggregation and supports cardiovascular health.***
- **Provides nutritional support for the maintenance of a healthy heart.***
- **Helps maintain normal cardiovascular function.***

*Supporting Studies: 1,10-14,16-23,34,53,60-62.*



HEALTH BENEFITS FOR THE

## Circulatory System

Healthy blood flow is essential to human health and life. Masquelier's™ Original OPCs promotes a healthy circulatory system by strengthening capillary walls and micro-capillaries and improving capillary resistance and reducing leakage.* The following supportable Structure and Function Claims can be made for Masquelier's™ Original OPCs regarding Circulatory System benefits:

CLAIMS

- **Helps support the body in maintaining healthy circulatory function in the legs, eyes and skin.***
- **Helps to protect veins from the effects of destructive enzymes.***
- **Promotes healthy circulatory function.***
- **Helps to maintain venous sufficiency and supports a healthy circulatory system.***
- **Helps to protect and strengthen capillary walls.***

*Supporting Studies: 1,5,6,13,14,15,20-25,34-39,41,42,53.*

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.



*Brain*
*Eyes*
*Nose*
*Gums*
*Skin*

*The Optimal Prevention Complex*

*It is well documented that this SuperNutrient can benefit a number of different systems and body parts. This product has been shown to benefit many more parts of the body than represented by the structure and function claims contained in this document. Through additional comprehensive review of past studies and on-going studies, other statements of nutritional support can be developed.*

HEALTH BENEFITS FOR THE

## Skin

Visible signs of weak collagen are wrinkles and sagging skin. Masquelier's™ Original OPCs works to strengthen and rebuild collagen.* Through preserving the body's natural collagen proteins, Masquelier's™ Original OPCs enhances the elasticity of skin, helping to offset visible signs of premature aging.* The following supportable Structure and Function Claims can be made for Masquelier's™ Original OPCs regarding Skin health benefits:

CLAIMS

- **Supports collagen biosynthesis, a vital factor in maintaining healthy-looking skin.***
- **Protects against the breakdown of skin collagen, a process that produces visible signs of aging.***
- **Helps the body to preserve collagen protein and enhance elasticity of skin.***
- **Helps support the body in maintaining healthy circulatory function in the skin.***

*Supporting Studies: 35,36,37,38,45,66.*

HEALTH BENEFITS FOR

## Leg Veins

Masquelier's™ Original OPCs helps to improve capillary strength and reduces capillary leakage.* It also helps support the body in maintaining healthy circulatory function in leg veins.* The following supportable Structure and Function Claim can be made for Masquelier's™ Original OPCs regarding Leg Vein health benefits:

- **Helps support the body in maintaining healthy circulatory function in leg veins.***

*Supporting Studies: 15,20,21,22,23,24,25,34.*



IBC 0058

* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

*Heart*
*Arteries*
*Veins*
*Lymphatic Vessels*

*Lungs*
*Stomach*
*Abdomen*

*Venous Microcirculation*
*Bones*
*Joints*





HEALTH BENEFITS FOR THE

# Eyes

Through supporting the body's overall circulatory function, Masquelier's™ Original OPCs enhances visual adaptation of the eye to different light environments.* It also provides nutritional support in protecting the health of the retina.* The following supportable Structure and Function Claims can be made for Masquelier's™ Original OPCs regarding Eye health benefits:

- **Possesses vasculo protective properties which help to support the health of the eye.***
- **Has been shown to enhance visual adaptation to different light environments.***
- **Provides nutritional support in protecting the health of the retina of the eye.***
- **Helps support the body in maintaining healthy circulatory function in the eyes.***

*Supporting Studies: 26,29.*



HEALTH BENEFITS FOR

# Sports Activities

Masquelier's™ Original OPCs strengthens the body's collagen which is a major component of muscles, tendons, cartilage, ligaments and bones.* Since Masquelier's™ Original OPCs strengthens collagen, it can be helpful in minimizing damage potential and reducing the recovery time from sports-related activities.* Masquelier's™ Original OPCs enhances the body's recovery following strenuous workouts.* The following supportable Structure and Function Claims can be made for Masquelier's™ Original OPCs regarding Sports Activities health benefits:




- **An essential dietary component to help minimize sports recovery times.***
- **Enhances the body's recovery following strenuous workouts.***
- **Helps neutralize the naturally occurring pro-oxidative effects of cellular metabolism, particularly following sports activities.***

*Supporting Studies: 2,3,4,6,8,9,33,35,40.*



IBC 0059

* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.





HEALTH BENEFITS FOR

## Anti-Aging Support

Masquelier's™ Original OPCs neutralizes the free radical reactions that are responsible for the progressive deterioration of biological systems.* It is 100% bioavailable and its high free radical scavenging effect is believed to be associated with a longer, healthier life with an increased functional life span.* The following supportable Structure and Function Claims can be made for Masquelier's™ Original OPCs regarding Anti-Aging health benefits:

- **Supports the body's ability to combat the aging process by providing important protection to cell membranes.***
- **Helps protect the skin against the effects of aging by preventing free radical damage to cells.***
- **Protects against the breakdown of skin collagen, a process that produces visible signs of aging.***

*Supporting Studies: 3,4,9,37,40,41,42,44,45,46,48,55,57,58,59,68.*

HEALTH BENEFITS FOR

## Antioxidant Support

Unlike other antioxidants and bioflavonoids, Masquelier's™ Original OPCs can penetrate both aqueous and lipid cellular membranes. It possesses greater free radical scavenging capacity than other known antioxidants such as Vitamin C and E.* Masquelier's™ Original OPCs works to protect, support and restore the potency of Vitamins E & C as they work in the body.* The following Structure and Function Claims can be made for Masquelier's™ Original OPCs regarding Antioxidant benefits:

- **A powerful antioxidant that helps prevent oxidative damage to cellular membranes.***
- **Helps to protect cellular and tissue membranes from free radical-initiated damage.***
- **Possesses superior free radical scavenging capacity than other known antioxidants such as Vitamin C and E.***
- **Readily bio-available and helps protect against cellular damage by inactivating free radicals.***
- **Helps prevent free radical initiated chemical reactions.***
- **Helps protect cells from reactive pro-oxidant molecules that can cause cellular damage.***
- **Helps protect cells from the damaging effects of free radicals.***

*Supporting Studies: 3,4,9,37,40,41,42,44,45,46,48,55,57,58,59,68.*

IBC 0060

* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

# Scientific Citings:

CARDIOVASCULAR

## Cardiovascular-Related Studies:


1 Meunier, Marie-Therese, Villie, Francoise, et al. "Inhibition of Angiotensin I Converting Enzyme by Flavanolic Compounds: in Vitro and in Vivo Studies." Planta Medica, May 26, 1986. pp. 12-15.

10 Barbier, A. Maffrand J.P. Savi P. Unkovic J. Vilain P. "Activite Angioprotectrice Des Oligomeres Procyanidoliques Chez l'Animal - Oedeme De La Patte" Sanofi Research Toulouse Cedex France pp. 31-40.

11 Barbier, A. Maffrand J.P. Savi P. Unkovic J. Vilain P. "Activite Angioprotectrice Des Oligomeres Procyanidoliques Chez l'Animal - Activite Antiagoniste Vis-a-Vis Des Mediateurs De l'Inflamation" Sanofi Research Toulouse Cedex France pp. 31-40.

12 Barbier, A. Maffrand J.P. Savi P. Unkovic J. Vilain P. "Activite Angioprotectrice Des Oligomeres Procyanidoliques Chez l'Animal - Erytheme Aux Ultraviolets (UV)" Sanofi Research Toulouse Cedex France pp. 31-40.

13 Barbier, A. Maffrand J.P. Savi P. Unkovic J. Vilain P. "Activite Angioprotectrice Des Oligomeres Procyanidoliques Chez l'Animal - Fragilite Capillaire" Sanofi Research Toulouse Cedex France pp. 31-40.

14 Barbier, A. Maffrand J.P. Savi P. Unkovic J. Vilain P. "Activite Angioprotectrice Des Oligomeres Procyanidoliques Chez l'Animal - Permeabilite Capillaire" Sanofi Research Toulouse Cedex France pp. 31-40.

16 Dubos. G. Durst. G. Hugonot, H. "Evolution de la Resistance Capillaire, Spontanement ou Artificiellement Diminuee par l'Action d'Une Substance Capillaro-Toxique Chez des Personnes Agees-Action Benefique d'un Agnet Actif sur la Micro-Circulation: l'Endotelon." Inform. Therapeut. 1980. pp. 302-305.

17 Dartenuc, J.Y. Marache, P. Choussat, H. "Resistance Capillaire en Geriatrie Etude d'un Microangioprotecteur-Endotelon." Bordeaux Med. (13), 1990. pp. 903-7.

18 Lagrue, G. Olivier-Martin, F. Grillot, A."Etude des Effets des Oligomeres du Procyanidol sur las Resistance Capillaire dand l'Hypertension Arterielle et Certaines Nephropathies." Sen. Hosp. Paris 18-25 Septembre, 1981.

19 Beylot, C. Bioulac P. "Essai Therapeutique d'un Angioprotecteur Peripherique, l'Endotelon." Actualite Therapeutique Gaz. Med. de France (87)22. 1980. pp. 2919-24.

20 Lesbre, F.X. Tigaud, J.D. "Effet de l'Endotelon sur l'Indice de Fragilite Capillaire dan une Population Specifique: les Sujets Cirrhotiques." Gaz. Med. de France (90)24 1983.

21 Sarrat, L. "Abord Therapeutique des Troubles Fonctionnels des Membres Inferieurs par un Microangioprotecteur l'Endotelon." Bordeaux Med. (11) 1981. pp. 685-8.

22 Delacroix, P. "Etude en Double Aveugle de l'Endotelon dans l'Insuffisance Veineuse Chronique." Therapeutique, la Revue de Medicine (27-28) Sept. 1981. pp. 1793-1802.

23 Thebaut, J.F., Thebaut, P. Vin, F. "Etude de l'Endotelon dand les Manifestations Fonctionnelles de l'Insuffisance Veineuse Peripherique-Resultats d'une Etude en Double Aveugle Portant sur 92 Patients." Gazette Medicale (92)1, 1985. pp. 96-100.

34 Wegrowski, J. Robert, A.M. Moczar, M. "The Effect of Procyanidolic Oligomers on the Composition of Normal and Hypercholesterolemic Rabbit Aortas." Biochem. Pharmacol. (33)21, 1984. pp. 3491-3497.

53 Masquelier, Jack "Pycnogenols: Recent Advances in the Therapeutical Activity of Procyanidins." Supplement of Planta Medica, Journal of Medicinal Plant Research and Journal of Natural Products July 1980 pp. 243-256.

60 Henning, Bernhard & Chow, Ching K. "Lipid Peroxidation and Endothelial Cell Injury: Implications in Atherosclerosis" Free Rad. Path. & Med. (4)1988 pp. 99-106.

61 Masquelier, J. "Les Procyanidols du Vin Leur Role Dans l'Alcoolisme." pp. 88-93.

62 Gazave, J.M. "Notions Recentes sur les Capillaires" unpublished bulletin from the Laboratoire De Physiologie Pathologie pp. 26-29.


CIRCULATORY

## Circulatory-Related Studies:

Studies 1, 13, 14, 20, 21, 22, 23, 34, 53 cited above and:


5 Blazso, G. Gabor, M. "Oedema-Inhibiting Effect of Procyanidin." Acta Physiologica Academiae Scientiarum Hungaricae. Tomus 56(2) pp. 235-240 (1980).

6 Tayau, M.F. LeFevre, G. "Action du Leucocyanidol sur l'Hyalaluronidase." Bull. Soc. Pharm. Bordeaux. 1956 (95) pp. 132-136.

24 Lamy, M. "Utilization Des Oligomeres Procyanidoliques En Gynecologie." Essai Therapeutique Tome1(14) September 2, 1981. pp. 1021-22.

25 Henriet, J.P. "Une Etude Exemplaire Pour Un Phlebotrope: l'etude EIVE." Unpublished, pp. 77-83.

35 Tixier, J.M., Godeau, G. Robert A.M., and Hornebeck "Evidence by in Vivo and in Vitro Studies That Binding of Pycnogenols to Elastin Affects its Rate of Degradation by Elastases." Laboratoire de Biochimie du Tissu Conjonctif, Faculte de Medecine, University of Paris, 25 June, 1984.

36 Pfister, A. Simon, M.T. Gazave, J.M. "Sites De Fixation Des Oligomeres Procyanidoliques Dans La Paroi Des Capillaires Sanguins du Poumon Decobaye." Acta Therapeutica (8) 1982. pp. 223-237.

37 Masquelier, J., Dumon M.C., Dumas, J. "Stabilization du Collagene Par Les Oligomeres Procyanidoliques." Acta Therapeutica (7) 1981. pp. 101-105.

38 Kuttan, R., Donnelly, P., Di Ferrante, N. "Collagen Treated with (+)-Catechin Becomes Resistant to the Action of Mammalian Collagenase." Laboratory of Connective Tissue Research, Dept. of Biochem. Baylor College of Medicine, Houston TX. 28, May, 1980.

39 Gendre Phillippe, Laparra Jean, Barraud Elian. "Effet Protecteur des Oligomeres Procyanidoliques sur le Lathyrisme Experimental Chez le Rat." Ann. Pharm. Francaises. (43)1, 1985 pp. 61-73.

41 Masquelier, Jacques "Aspects Pharmacologiques Nouveaux de Certains Flavonoides." A Vie Medicale. December, 1969.

42 Laparra, J. Michaud, J. Lesca, M.F. Blanquet, P. Masquelier, J. "Etude Pharmaco-cinetique des Oligomers Procyandoliques Totaux du Raisin." Acta Therapeutica 4 (1978).


SKIN

## Skin-Related Studies:

Studies 35, 36, 37, 38 cited above and:


45 Harmand, M.F. Blanquet, P. "The Fate of Total Flavanolic Oligomers (OFT) Extracted from 'Vitis vinifera L.' in the Rat" European Journal of Drug Metabolism and Pharmacokinetics. 1978, No. 1 pp. 15-30.

66 Delrieu, P., Ding J., Escande, B., Samain, D. "Free-radical Scavenging Activity of Proanthocyanidolic Oligomers Encapsulated in Glycospheres: an in Vivo and in Vitro Study." Cosmetology Department a & S Biovectors, Ramonville St. Agne France. pp. 1-9.


## Leg-Related Studies:

Studies 15, 20, 21, 22, 23, 24, 25, 34 cited above.

EYES

## Eye-Related Studies:


26 Verin, M.M. Vildy, A. Maurin, J.F. "Retinopathies et O.P.C." Bordeaux Medicale, (16)11. 1978. pp. 1467-74.

29 Corbe, C. Boissin, J.P. Siou, A. "Sens Lumineux et Circulation Chorioretinienne-Etude de l'Effet des O.P.C." (Endotelon). Jn. Fr. Opthalmol. (11)5, 1988 453-460.


IBC 0061

SPORTS ACTIVITIES

## Sports-Related Studies:

Studies 6, 35 cited above and:


2 Laparra, J., Michaud, J., Masquelier, J. "Action des Oligomeres Procyanidoliques sur le Cobaye Carence en Vitamin C." Tavaux Originaux, University of Bordeaux, 1976.

3 Masquelier, J. "Action Comparee de Divers Facteurs Vitaminiques P sur l'Oxydation de l'Acide Ascorbique par les Ions Cuivriques." Bull. de la Societe de Chimie Biologique XXXIII (3-4) 1951. pp. 302-304.

4 Masquelier, J. "Action Comparee de Divers Facteurs Vitaminiques P sur l'Acide Ascorbique Oxydase." Bull. de la Societe de Chimie Biologique XXXIII (3-4) 1951 pp. 304-306.

8 Kakegawa, H. Matsumoto, H. Endo, K. Satoh, T. Nonaka, G. Mishioka, I. "Inhibitory Effects of Tannins on Hyaluronidase Activation and on the Degranulation from Rat Mesentery Mast Cells." Chem. Pharm. Bull. 33(11)1985. 5079-5082.

9 Reiman, H.J., Lorenz, M. Fischer, R. Frolich, H. Meyer, J. "Histamine and Acute Haemorrhagic Lesions in Rat Gastric Mucosa: Prevention of Stress Ulcer Formation by (+)-Catechin, an Inhibitor of Specific Histidine Decarboxylase in Vitro." Dirkhauser Verlag Vol. 7/1, 1977.

33 Parienti, J. J. Parientl-Amsellem, J. "Les Oedemes Post-Traumatoqies Chez le Sportif: Essai Controle de l'Endothelon." Actualite Therapeutique 90(3) 2/11 1983 pp. 231-235.

40 Masquelier, J., Michaud, J., Laparra J., Dumon, M. C. "Flavonoids et Pycnogenols" International Journal of Vitamin Nutrition Research (49)3;1979 pp. 307-311.


ANTIOXIDANT AGING

## Anti-Aging & General Antioxidant-Related Studies:

Studies 3, 4, 9, 37, 40, 41, 42, 45 cited above and:


44 Laparra, J. Michaud, J. Masquelier, J. "Etude Pharmacocinetique des Oligomeres Flavonoliques" Plantes Medicinales et Phytotherapie, 1977 Tome XI, pp. 133-142.

46 Robert A.M.; Groult, N.; Six, C.; Robert, L. "Etude de l'Action des Oligomeres Procyanidoliques sur des Cellules Mesenchymateuses en Culture. II l'Attachment des Fibres Elastiques aux Cellules." (Study of the effect of procyanidolic oligomers on mesenchymal cells in culture. II Attachment of elastic fibers to the cells) Pat. Biol.1990, (38)6, pp. 601-607.

48 Porter, Lawrence J., Wong Rosalind Y. Chan, Bock G. "The Molecular and Crystal Structure of (+)-2,3-trans-3,4-trans-Leucocyanidin [(2R,3S,4R)-(+)-3,3', 4,4', 5,7'-Hexahydroxyflavan] Dihydrate, and Comparison of its Heterocyclic Ring Conformation in Solution and the Solid State." Journal of the Chemical Society, Perkin Transactions I 1985. pp. 1413-17.

55 Masquelier, Jacques "Proanthocyanidins et Radicaux Libres." "Radical Scavenger Effect (R.S.E.) of Proanthocyanidins." 1985.

57 Uchida, Shinji et al. "Condensed Tannins Scavenge Active Oxygen Free Radicals." Med. Sci. Res. (15) 1987. pp. 831-832.

58 Ariga, Toshiaki "Radical Scavenging Action and its Mode in Procyanidins B-1 and B-3 from Azuki Beans to Peroxyl Radicals." Agric. Biol. Chem. 54(10) 1990, pp. 2499-2504.

59 Da Silva, Ricardo et. al. "Radical Scavenger Capacity of Different Procyanidins from Grape Seeds." Presented at a symposium "Free Radicals in Biotechnology and Medicine." Royal Society of Chemistry, London January 1990, pp. 79-80.

68 Bauman, Joachim Wurm, Gotthard Bruchhausen, Franz "Hemmung der Prostaglandinsynthetase durch Flavonoide und Phenolderivate im Vergleich nit deren O2 Radikalfangereigenschaften" Arch. Pharm. (Weinheim) 313 (1980) pp. 330-337.



Founded in 1969 by Dr. Masquelier and three associates, the world's primary source of Masquelier's™ Original OPCs has been Centre Expérimentation Pharmaceutique sarl (CEP), now located in Valbonne, France. In 1994, International Nutrition Company Establishment (INC) of Vaduz, Liechtenstein, merged CEP's activities with its existing world-wide marketing and distribution, affirming its position of international exclusive source of Masquelier's™ Original OPCs products.

INC continued CEP's use of the ISO 9002 quality certified extraction facility of Berkem S.A. (Gardonne, France), to produce Masquelier's™ Original OPCs. Berkem is the facility that was chosen by Dr. Masquelier to utilize his extraction method and perfect it on an industrial scale. Unparalleled in extraction technique, the Berkem plant is licensed by the French Ministry of Health to produce Masquelier's™ Original OPCs for use in various French pharmaceutical preparations. This original, authentic Masquelier's™ Original OPCs is the same compound material used in studies, human clinical trials, and therapeutic applications in France and throughout the world.

## Integrated BioCeuticals™

**Integrated BioCeuticals™ is the exclusive North American source for Masquelier's™ Original OPCs. Now that you know something about the distinct marketing advantages provided by this essential *super*nutrient, we would be happy to furnish you with our comprehensive Masquelier's™ Original OPCs technical support package consisting of technical specifications, health benefits, documentation, formulation information, etc.**

**Integrated BioCeuticals™ supplies premium quality scientifically validated, pharmaceutical-grade botanical extracts to dietary supplement, beverage, food and cosmetic manufacturers world-wide. Through a collaboration of business alliances, an integrated approach to raw material supply, product development, production, marketing and promotion is offered.**

**We would like to discuss your needs and requirements, please call 203-255-8947 for more information.**

IBC 0062




***i*.BioCeuticals**

**Integrated BioCeuticals™, LLC**

P.O. Box 1099, Southport, CT 06490
Call: 203-255-8947