# Comparison Between OPCs, the World's Most Powerful Antioxidants, and Grape Seed Extracts

*by Medical Journalist Morton Walker, D.P.M., USA*
© *Copyright 1998 by Dr. Morton Walker*

On May 19, 1998, during the annual Washington, D.C., U.S.A. science conference of the American Society for Biochemistry and Molecular Biology (ASBMB), a medical breakthrough was announced. At that meeting, American medical scientists were exposed to a nutritional supplement from natural sources shown to protect against heart attacks or strokes for all consumers. It works better than any drug! Even those people with a family history of heart disease and smokers who routinely harm themselves are safeguarded by this particular food supplement. While the ASBMB presentation is a newly announced medical approach for the avoidance of cardiovascular disease and cerebrovascular accidents that deserves recounting, it's actually a therapy that was discovered fifty years ago by a French professor at the University of Bordeaux in France. Finally it has reached the shores of North America.

## What this Old/New Medical Breakthrough Is

In a research study recently conducted by nutritional scientist Ronald Watson, Ph.D., Professor at the University of Arizona Medical School at Tucson, U.S.A., and by Peter Rohdewald, Ph.D., of the University of Munster, Germany, it was confirmed that oligomeric proanthocyanidins (OPCs) significantly reduce human platelet aggregation. Platelet aggregation is an abnormal condition that occurs when the smallest blood cells stick together and form clumps in the bloodstream. Such clumping of cells in a narrowed artery feeding one particular region of the brain can produce a stroke. In another case, aggregated platelets in restricted blood vessels feeding the heart may lead to heart attacks.

The pathological cycle of platelet aggregation begins when the body experiences stress, whether it's from daily activities, smoking or even excess exercising. After such stress comes on, large amounts of adrenaline are released. Adrenaline, a stress hormone, causes platelets to aggregate and this can lead to heart attack or stroke. By preventing such adverse platelet actions, therefore, the OPCs stop atherosclerotic blood vessel blockage. Indeed, OPCs tend to benefit the entire peripheral vascular and cardiovascular systems by eliminating excessive platelet aggregation brought on by smoking, a high fat diet, anxiety, environmental pollution, and other forms of stress.

As it happens, OPCs were discovered as long ago as 1948 by Professor Emeritus Jack Arthur Masquelier, Ph.D., at the University of Bordeaux, France. Because his investigations have proven so significant for the health of mankind, Dr. Masquelier has received numerous medals, plaques, diplomas, degrees, and other awards from most of the countries of Europe (see Photograph One).

The Professor invented and patented the extraction method used to produce a purified OPC nutrient from various food substances such as the exceedingly thin membrane surrounding grape seed pips and a layer of bark taken from the French maritime pine (*Pinus maritima*). Several years after his OPC discoveries, Dr. Masquelier invented the term, "Pycnogenol," by which trademark the good professor wished to identify and distinguish his OPC extracts. Unfortunately, the term "Pycnogenol" became the object of a legal trademark dispute. In the United States Dr. Masquelier's OPC extracts from pine bark and from grape seeds are available under his personal name as MASQUELIER's™ Original OPCs. In other countries Dr. Masquelier's extracts are available under his pycnogenol trademark. Whether Masquelier's™ Original OPCs or pycnogenol, the OPCs are the active ingredients.

"Pycnogenol serves as a natural shield, helping to prevent cell aggregation which would restrict the blood supply struggling to move through narrow arteries," says Dr. Ronald Watson, one of the breakthrough study authors. "Here's a completely natural substance with remarkable activity, producing effects within minutes. It may have enormous health implications for an aging population."

Since the early 1980s, Dr. Masquelier's™ Original Pine Bark OPCs has been marketed in Germany as a medicinal product. Professor Dr. Peter Rohdewald of the University of Munster had aided in preparing this product's pharmaceutical dossier which was approved for licensure by the German Ministry of Health. During the course of many years Professor Masquelier and his scientific coworkers have been providing medical information, detailed technical instructions, and scientific analyses to Professor Rohdewald.

Professor Rohdewald is quoted in his biochemical presentation of Dr. Masquelier's pine bark OPCs as saying, "Oligomeric proanthocyanidins are naturally occurring stereoisomers of condensation products of catechin and epicatechin. They are isolated from the bark of *Pinus maritima*. The condensation products are mainly [molecular] dimers; two [molecular] trimers have been identified at present, and higher polymeric, but water-soluble forms are found in the extract. These water soluble proanthocyanidins were defined in 1979 by Dr. Masquelier as pycnogenols."

## The Watson/Rohdewald Breakthrough Study

The Watson and Rohdewald clinical study announced to the ASBMB was conducted jointly at the University of Arizona and the University of Munster with a group of thirty-eight healthy smokers. Volunteers were given a single dose of 100 to 120 mg of OPCs or 500 mg of aspirin. Then they smoked to purposely increase platelet aggregation and blood clumping



Photograph One: Depicted is the discoverer of OPCs, French Professor Emeritus Jack Arthur Masquelier, Ph.D., who has been awarded the Golden Medal for Distinguished Services by the Portuguese Minister of Health. Dr. Masquelier stands beside his wife who shows off her husband's well-deserved medal for bringing good health to the world.



Photograph Two: Here we see a typical stand of French Maritime Pine trees whose bark contains the OPC ingredients which Dr. Masquelier had extracted, identified, and used for human health application already half a century ago.

during the two hours prior to having their blood drawn. Within a couple of hours after smoking, participants were evaluated to measure the effects of OPCs or aspirin in reducing smoking-induced platelet aggregation.

The breakthrough study focused on smokers because it is easier to measure their dramatically increased clumping of platelets. The researcher's results showed that both the OPCs and the aspirin reduced platelet aggregation significantly. A single, smaller dose of the natural nutrient OPCs was as effective as a five times larger amount of the aspirin drug.

This is good news for the substantial portion of the population that cannot tolerate long-term aspirin use with its side effects, including increased bleeding and stomach problems. OPCs did not accelerate or elevate bleeding while aspirin did. More studies are now underway to assess the long-term effects of such OPC supplementation in nonsmokers as well as smokers.

"While aspirin is currently recommended by cardiologists to prevent platelet aggregation, this current research suggests that Pycnogenol [OPCs] is efficacious and safer for people needing reduction in platelet aggregation," said Dr. Ronald Watson.[1]

## Oligomeric Proanthocyanides in Grape Seeds

In 1534, the French explorer Jacques Cartier and his crew of one hundred and ten men were exploring the Gulf of St. Lawrence on the east coast of North America. In December of that year their sailing vessel was blocked by an ice jam, and ravaged by a severe winter storm. Cartier's crew survived on biscuits and salted meat. Soon, however, the crew was struck down with scurvy from their lack of vitamin C; twenty-five men died and fifty others became seriously ill and approached death themselves.

That's when a native North American taught Cartier the old Indian antidote for this scurvy affliction. it involved making a tea from the bark of maritime pine trees in Quebec. These are the same species of pine tree that grows in and around the forests of Bordeaux, France (see Photograph Two). The knowledge saved Cartier and the balance of his crew, but it was lost to the world until Professor Jack Masquelier's discovery more than four hundred and fifty years later. He uncovered that the same ingredients in the Native American remedy, which cured Cartier's crew, were a collection of unique bioflavonoids (flavanols) and vitamin C lodged deep within the tree's bark (see Photograph Three).

Later Dr. Masquelier discovered that extracts made from the seeds of grapes, growing abundantly around Bordeaux and used for making French wine, were also shown to contain the powerfully anti-oxidant and water-soluble oligomeric proanthocyanidins. These are the food substanc-



Photograph Three: Shown is close-up of the bark itself of *Pinus maritima* containing deep within the oligomeric proanthocyanidins that prevent heart attack, stroke, and other diseases resulting from free radical attack.

**Antioxidant Research**

31

IBC 0028

IBC 0029

es so extremely effective in curing scurvy, atherosclerosis, and other types of cardiovascular disease. Such a valuable finding has been proven by "the French Paradox."

### The French Paradox Derived from Antioxidants in Wine

The French people live an unhealthy lifestyle. They smoke like clogged chimneys, eat the "French cuisine" consisting of massive amounts of highly marbleized fatty meats, and enjoy unlimited portions of smoked meats anytime of the day or night. Additionally, the French gobble down carbohydrate-laden pastries and buttery croissants by the ton. On their vegetables, fruits, and salads they spread gooey creamed sauces, gravies, and dressings from full pitchers. Moreover each French person must drink multi-gallons of red wine. Yet, even with such bad living the French population have a remarkable 40 percent lower risk of peripheral vascular disease, heart disease and cancer. This is the very phenomenon mentioned above that's known as *the French Paradox*.

It's the red wine they drink that saves so many French persons from succumbing to early deaths arising from atherosclerosis and heart disease. For decades, scientists have studied the lifestyles of these people living in the wine producing regions of France. The discovery made is that health enhancing benefits of drinking wine from squeezed grapes come primarily from the qualities of OPCs in the crushed grape seeds.

The antioxidant qualities of OPCs is what makes them so very potent against free radical attacks usually responsible for the many forms of atherosclerosis, heart disease, and cancer. Medical studies conducted at the University of Illinois demonstrate the antioxidant and anti-inflammatory effects of OPCs in the membranes of grape seeds. They have the ability to inhibit all three phases of the cancer process: initiation, promotion, and progression.

Subsequent studies have shown that according to the method of extraction, the best grape seed extract contains 95 percent OPCs, which is at least 10 percent more than those found in pine bark. But some grape seed extracts are more potent as antioxidants than are others. Comparisons have been drawn among the various types of grape seed extracts, and an independent, reproducible state-of-the-art comparative analysis of eleven of them is presented below.

**TABLE A**
Grape Seed Extract Comparative Analysis in Percentages
(For Trolox/ACAP, #5 & #6 represents 100%, for ECA, #7 represents 100%)

| SAMPLE | TROLOX EQUIVALENT (ACAP) | ECA TOTAL AREA-ALL PEAKS |
|---|---|---|
| #1 | 3 % | 22 % |
| #2 | 66 % | 2 % |
| #3 | 55 % | 22 % |
| #4 | 34 % | 41 % |
| #5 Masq. OPC grape | 100 % | 89 % |
| #6 Masq. OPC pine | 100 % | 76 % |
| #7 Masq. OPC grape | 93 % | 100 % |
| #8 | 24 % | 15 % |
| #9 | 21 % | 2 % |
| #10 | 76 % | 74 % |
| #11 | 14 % | 6 % |
| #12 | 76 % | 33 % |
| #13 | 68 % | 5 % |

### The Most Powerful Antioxidants in the World

In Chelmsford, Massachusetts, during 1997, a highly qualified and respected, independent biochemistry laboratory performed elaborate and in-depth investigations to put in perspective the qualitative differences among eleven types of grape seed extracts. Currently supplied as raw or bulk powder to the North American natural foods industry, PhytoChem Technologies (formerly ESA Laboratories) analyzed this extracted material which usually gets turned into capsules, spantules, powders, and tablets. Most commonly the grape seed material is sold to wholesalers, distributors, encapsulators, and finally consumers and classified in the "grape seed extract" product category.

Evaluated by PhytoChem Technologies was the electrochemical activity and antioxidant capacity of these various grape seed extracts. The Laboratory's evaluation was carried out in the same manner as had been accomplished in 1966 by Professor Masquelier for his original pine bark OPCs and in 1978 for his original grape seed OPCs. Thus we have Masquelier's™ Original Grape Seed OPCs compared with ten grape seed extracts sold today and labeled as bulk powdered grape seed extract. The method of analysis followed had been laid down in 1990 by Marie-Claude Dumon, Ph.D., in her Doctoral Thesis, presented to the credentials committee of the Universite' de Bordeaux. Then, the thesis won Dr. Dumon a Ph.D. in biochemistry, and it was published in the *Bulletin of the Society of Pharmacology*.[2,3]

Known by a variety of generic names such as "procyanidoliques oligomeres", "leucocyanidins", "leucocianidols", "procyanidines", "flavanols", "proanthocyanidins", "oligomeric proanthocyanidins", and the chemical identity of "2-(3,4 dihydroxyphenyl)-chromane 3,4,5,7 tetrol", these polyphenolic substances found in most plants, protect the organism (animal or plant) from oxidation, which ordinarily leads to rancidity and aging. Contrasting them with other similar protectants such as coEnzyme $Q_{10}$ and selenium indicates that these OPCs are the most powerful antioxidants in the world. They are fifty times more potent than vitamin C and twenty times more active than the gamma tocopherol of vitamin E.

### The Comparison of Twelve Grape Seed Extracts

To analyze for OPC content plus antioxidant proficiency and magnitude, profile-to-profile comparisons and comparative analyses of twelve "grape seed

EXPLORE! VOLUME 8, NUMBER 6, 1998

xtracts" plus one "pine bark extract" (thirteen in all) were conducted in 1997 by PhytoChem Technologies. Three of Masquelier's™ Original OPCs were among these effective products, all of which were investigated by use of five independent, reproducible analytical methods. The definite aim of PhytoChem Technologies was to cross-check for consistent results relating to the various grape seed products' antioxidant capacity (ACAP) and their Electrochemical Activity (ECA). The ACAP was tested to determine each product's capability to neutralize the peroxyl radical by use of three reference materials: Trolox, ascorbic acid and lipoic acid. The ECA shows the ability of a substance to protect the biological system or organism from harmful oxidative stress.

The test results from these exceedingly sophisticated and complex laboratory methods of measurement shown in TABLE A of Sidebar One have been calculated to simple percentage values. On a scale ranging downward from 100 percent for both measurements, ACAP and ECA, the relative differences between the OPC substances are seen in an easy-to-understand format. Three of the thirteen OPC products consist of Masquelier's™ Original OPCs, two derived from grape seed extract and one from pine bark extract.

Please note that every product has a slight deviation due to the high variability of the source plant material and some other less important factors. Samples #5 and #6, both Masquelier's™ Original OPCs, were each assigned percentage values of 100, and each of the tested products were graded against them. Sample #7 is also Masquelier's™ Original OPCs. Deviations of all samples provided do not exceed the differences between Masquelier's™ Original OPCs and the other products. For example, Sample #4 in TABLE A has only 34 percent of the antioxidant capacity (ACAP) of Masquelier's™ Original OPCs and is just 41 percent as electrochemically active (ECA) as Masquelier's™ Original OPCs.

### Tests Used for the Findings of TABLE A

As mentioned, PhytoChem Technologies of Chelmsford, Massachusetts used five scientific yardsticks to compare the thirteen products which are depicted in TABLE A. These five reported tests consisted of HPLC or High Performance Liquid Chromatography in (1) normal phase and in (2) reverse phase, TLC or (3) Thin Layer Chromatography, ECA or (4) ElectroChemical Activity, and ACAP or (5) Antioxidant Capacity.

In HPLC, scientists can visualize individual OPC molecules as graphical areas (peaks) which present a specific profile so as to make a profile-to-profile comparison of products. Using normal phase HPLC and reverse phase HPLC minimizes the risk of undetected variations.

In TLC, OPCs show up as spots on a chromatograph. This was one of the analytical methods employed by Dr. Marie-Claude Dumon in her original research work.

In ECA, reduction and oxidation reactions take place in a two-way electron communication and exchange between molecules. Such an exchange acts to quench the pathology created by damaging free radicals. A profile-to-profile comparison along with a comparative analysis between products becomes available through this PhytoChem Technologies Coulometric Array Detection method.[4]

In ACAP, the products' capacity to neutralize the peroxyl radical is accomplished by using "Trolox" as the measurement yardstick. Trolox is a soluble analogue of vitamin E. Additionally, ascorbic acid and lipoic acid were incorporated as reference materials.

At the conclusion of these five tests, very accurate and reproducible results were reported about the various grape seed extracts.

### Comparison Results Between Grape Seed Extracts

Among nutritional scientists it's known that oligomeric proanthocyanidins or OPCs have the greatest capacity to scavenge and then quench free radicals, as illustrated by the peroxyl radical. In comparing the OPCs generated by grape seed extracts (GSE) commonly manufactured and distributed in the wholistic medicine and Natural Foods industry, it has been learned by means of this PhytoChem Technologies evaluation that products #5 and #7, Masquelier's™ Original Grape Seed OPCs extract, and product #6, Masquelier's™ Original Pine Bark OPCs extract, are the most powerful antioxidants to have ever evolved from the mind of man. Their discovery and development during the past fifty years by Emeritus Professor Jack Arthur Masquelier is an absolute blessing, for it encourages the good health of humankind.

Yet, certain imitation OPC products are being aggressively marketed for their so-called "health benefits" when the test results reported here do not warrant such inappropriate advertised statements.

An example to look at is grape seed extract #13, a leading American brand of grape seed material. It was observed from the test, for instance, that no OPCs could be detected in this material in the TLC procedure. And it scored very low using the ECA testing procedure too.

#13 did score somewhat higher for ACAP in terms of neutralizing the peroxyl radical, probably because it contains substances not yet identified by the product's manufacturer which do bring about *in vitro* (in the test-tube) antioxidant capacity. No *in vivo* (in a living organism) activity has ever been demonstrated by #13. Remember, this is a popular brand of Pycnogenol product and the United States market.

In fact, #13 grape seed extract may not fit the OPCs product category into which it has been placed by the Natural Foods industry. Certainly this product's producer should never make any OPC-related health claims such as that it brings about collagen protection, vitamin C boosting, the prevention of blood flow problems, and more. Other potent OPC products really do provide those health benefits.

Taking #13 as typical of the lack of OPCs in so many popular grape seed extracts, these products risk the loss of "access" to the claim of being behind the claim of a French Paradox effect. The key to the French Paradox quite simply is that OPCs cause it alone and not any unknown substance with poor OPCs, ACAP, and ECA profiles.

### Conclusions about Grape Seed Extract Mislabeling

As observed by looking at TABLE A and analyzing its listing of product percentages, one comes easily to the conclusion that most brands of grape seed extract are mislabeled. Some of them contain little or no therapeutic ingredients, probably because of the processing technique employed. Even when one of the products shows a reasonably acceptable level of *in vitro* antioxidant capacity, there is no guarantee of bioavailability for an *in vivo* effect.

That is unfortunate, for it reflects badly on the health foods industry's entire category of OPCs. From raw materials such

as grape seeds and pine bark, Professor Masquelier's known, patented, and recognized extraction method produces well balanced, reproducible, constant mixtures of OPCs and their building blocks, the flavanols. The Professor does advise, "One should not try to go any purer, because the proven efficacy of my products may be lost." Yes, the more processing by "ersatz" methods, the more danger there is in producing worthless nutritional supplements for public retail sale.

In contrast, Masquelier's™ Original OPC product has stood the test of time. It has passed the pharmaceutical registration tests, measurements, and other evaluations by the Health Ministries of France, Germany, and other countries. The product has done this by exactly the type of analysis presented for your edification in this special report. Such routine and extensive analytical testing both in France and in the United States serves today as a guarantee of constancy and uniqueness for this classic, authentic, researched, and renowned nutritional supplement.

Although the oligomeric proanthocyanidins have been announced as a "new" breakthrough preventative against heart attack and stroke even if such knowledge actually is half-a-century old, that's all right. One must occasionally allow some university scientists to "rediscover the wheel"; it brings them a little more grant money from industry that's put to good use. ♦

### RESOURCE

*If you wish to receive additional information about the most powerful antioxidant in the world, Masquelier's™ Original OPCs, see ad below.*

### REFERENCES

1. Watson, R.R.; Araghi-Niknam, M.; Putter, M., et al. "Pycnogenol® inhibits platelet aggregation in vivo." presented at the American Society for Biochemistry and Molecular Biology annual meeting, Washington, D.C., May 20, 1998.
2. Dumon, M.C. "Recherches analytiques sur les Pycnogenols." Universite' de Bordeaux II, 1990.
3. Dumon, M.C.; Michaud, J.; Masquelier, J. "Proanthocyanidin content in vegetable extracts to be used in the preparation of medicines." Bulletin of the Society of Pharmacology. Bordeaux 129:51-56, 1990.
4. ESA Coulorometric Array Detection. PhytoChem Technologies, Chelmsford, Massachusetts 01824-4171.

### ABOUT THE AUTHOR



Dr. Morton Walker writes fulltime as a professional medical journalist. He specializes in topics concerning wholistic medicine, orthomolecular nutrition, and alternative methods of healing. Dr. Walker has authored 70 published books plus 1900 magazine and clinical journal articles. His most recently published book title is Heartburn and What to Do About It.

### CHECK US OUT:

http://www.explorepub.com

---



*On Dr. Jack Masquelier's unsurpassed scientific work in the field of OPCs rest his revolutionary and patented antioxidant herbal extracts, known in the USA as MASQUELIER's™ Original OPCs.*

*Dr. Masquelier's™ Library of OPC contains the unrevised, authentic and original story of this unique and humble man, his products and what they mean to your health.*

# Dr. Masquelier's™ Library of OPC

The tool to separate facts from fallacies



The "OPC in Practice" book and video tape bring you the true story of oligomeric proanthocyanidins and their beneficial role in premature aging, cardiovascular protection and many other seemingly unrelated conditions caused by free radicals. (ISBN 88-86035-10-1)





The "A Lifetime Devoted to OPC and Pycnogenols" audiotape brings the English translation of Dr. Masquelier's American Scientific Address of October 18, 1996. The colorfully illustrated "A Lifetime..." book brings the transcript of this Address and the concise history of the origins, research and development of Dr. Masquelier's OPC products. (ISBN 88-86035-14-4)



Distribution in the USA: Primary Services International, Fairfield, Connecticut; 1 888-666-1188 ; or click to LIBRARY in www.INC-OPC.com