UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC. | ) | CIVIL ACTION NO. |
| | ) | 3:01 CV 478 (AVC) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL NUTRITION COMPANY, | ) | |
| et al., | ) | |
| | ) | DECEMBER 9, 2003 |
| Defendants. | ) | |

### DEFENDANTS' INITIAL MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure and Connecticut Local Rule 7 (b), defendants International Nutrition Company ("INC"), Egbert Schwitters, Jack Masquelier, Norman H. Zivin, Integrated BioCeuticals, LLC ("IBC), Primary Source, LLC ("PS"), and Primary Services, Inc. ("PSI") hereby respectfully request that the Court grant an extension of time of nine days, from December 15 to and including December 24, 2003, for the defendants to file a reply to plaintiff Jarrow Formulas, Inc.'s Memorandum of Law in Opposition to Defendants' Motion in Limine dated December 1, 2003. In support of this Motion, the defendants represent as follows:

1. The defendants filed a Motion in Limine to Exclude Evidence and Memorandum of Law in support thereof on October 23, 2003;

2. On November 6, 2003, the plaintiff requested an extension of time to December 1, 2003, to oppose the Motion in Limine, to which the defendants consented, and which was granted by the Court on November 14, 2003.

3. Plaintiff's counsel has consented to the extension of time requested by the defendants.

4. This is the first such motion for extension of time filed by the defendants.

5. The extra time is necessary to fully respond to plaintiff's arguments, particularly in light of the holidays.

WHEREFORE, the defendants respectfully request that the Court extend the deadline for filing a reply brief up to and including December 24, 2003.

Dated: December 9, 2003

          DEFENDANTS,
          INTERNATIONAL NUTRITION CO.,
          EGBERT SCHWITTERS, NORMAN H.
          ZIVIN, JACK MASQUELIER,
          INTEGRATED BIOCEUTICALS, LLC,
          PRIMARY SOURCE, LLC, AND
          PRIMARY SERVICES, INC.

By: /s/ Eric D. Beal
    RICHARD S. ORDER, ESQ.
    Federal Bar No. ct02761
    E-mail: rso@avhlaw.com
    ERIC D. BEAL, ESQ.
    Federal Bar No. ct23167
    E-mail: exb@avhlaw.com
    Axinn, Veltrop & Harkrider LLP
    90 State House Square
    Hartford, CT 06103-3702
    Telephone:  860-275-8100
    Facsimile:  860-275-8101

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been served by first class U.S. mail this 9th day of December, 2003 to:

Eric W. Wiechmann Esq.
Alexandra B. Stevens, Esq.
Jason C. Welch, Esq.
McCarter & English
CityPlace I
185 Asylum Street
Hartford, CT 06103

/s/ Eric D. Beal
Eric D. Beal
AXINN, VELTROP & HARKRIDER LLP