182

01cv478 mexttime

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC. | ) | CIVIL ACTION NO. |
| | ) | 3:01 CV 478 (AVC) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL NUTRITION COMPANY, | ) | |
| et al., | ) | |
| | ) | DECEMBER 9, 2003 |
| Defendants. | ) | |

### DEFENDANTS' INITIAL MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure and Connecticut Local Rule 7 (b), defendants International Nutrition Company ("INC"), Egbert Schwitters, Jack Masquelier, Norman H. Zivin, Integrated BioCeuticals, LLC ("IBC), Primary Source, LLC ("PS"), and Primary Services, Inc. ("PSI") hereby respectfully request that the Court grant an extension of time of nine days, from December 15 to and including December 24, 2003, for the defendants to file a reply to plaintiff Jarrow Formulas, Inc.'s Memorandum of Law in Opposition to Defendants' Motion in Limine dated December 1, 2003. In support of this Motion, the defendants represent as follows:

1. The defendants filed a Motion in Limine to Exclude Evidence and Memorandum of Law in support thereof on October 23, 2003;

2. On November 6, 2003, the plaintiff requested an extension of time to December 1, 2003, to oppose the Motion in Limine, to which the defendants consented, and which was granted by the Court on November 14, 2003.

3. Plaintiff's counsel has consented to the extension of time requested by the

```
3:01CV478(AVC).  December 12, 2003.  The defendants' motion for an
extension of time to file a reply brief (document no. 182) is
GRANTED.  The defendants shall have to and including December 24,
2003, to file their reply brief.
SO ORDERED.
                         _____
                         Alfred V. Covello, U.S.D.J.
```