UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:01-CV-00478 (AVC) |
| v. | ) | |
| | ) | |
| INTERNATIONAL NUTRITION COMPANY, INTEGRATED BIOCEUTICALS, LLC, PRIMARY SERVICES, INC., PRIMARY SOURCE, LLC, EGBERT SCHWITTERS, NORMAN H. ZIVIN, and JACK MASQUELIER, | ) ) ) ) ) ) ) | |
| Defendants | ) | January 6, 2004 |

**MOTION FOR PERMISSION TO FILE SURREPLY MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE**

Plaintiff Jarrow Formulas, Inc. respectfully requests permission from this Court to file the accompanying Surreply Memorandum in Opposition to Defendants' Motion in Limine to Exclude Evidence. Defendants' Reply Brief in Further Support of Their Motion in Limine to Exclude Evidence raises, for the first time, the argument that pursuant to Rule 37(c) of the Federal Rules of Civil Procedure the Plaintiff's expert, Greg Ris, should not be allowed to testify as to market definition. The accompanying Surreply Memorandum is submitted to address that specific issue as well as other arguments raised by Defendants in their Reply Memorandum dated December 23, 2003.

THE PLAINTIFF,
JARROW FORMULAS, INC.
BY MCCARTER & ENGLISH, LLP
ITS ATTORNEYS

By_____
ERIC WATT WIECHMANN (CT 04331)
ewiechmann@mccarter.com
JASON C. WELCH (CT 23418)
jwelch@mccarter.com
CityPlace I
185 Asylum Street
Hartford, CT  06103
(860) 275-6700
(860) 724-3397 (fax)
        -and-
ALEXANDRA B. STEVENS (CT 20300)
Four Stamford Plaza
107 Elm Street
Stamford, CT  06901
(203) 965-0823
(203) 323-6513 (fax)
astevens@mccarter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing <u>MOTION FOR PERMISSION TO FILE SURREPLY MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE</u> has been mailed, postage prepaid, this 6th day of January 2004 to

      RICHARD S. ORDER, ESQ.
      ERIC D. BEAL, ESQ.
      Axinn, Veltrop & Harkrider LLP
      90 State House Square
      Hartford, CT  06103



                        JASON C. WELCH

HARTFORD: 605776.01