UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC., | ) | CIVIL ACTION NO. |
| | ) | 3:01 CV 478 (AVC) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL NUTRITION COMPANY, | ) | |
| et al., | ) | |
| | ) | JANUARY 7, 2004 |
| Defendants. | ) | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR PERMISSION TO FILE SURREPLY**

Defendants International Nutrition Company ("INC"), Egbert Schwitters, Jack Masquelier, Norman H. Zivin, Integrated BioCeuticals, LLC ("IBC), Primary Source, LLC ("PS"), and Primary Services, Inc. ("PSI") respectfully submit this memorandum in opposition to plaintiff Jarrow Formulas, Inc.'s ("JFI") Motion for Permission to File Surreply Memorandum in Opposition to Defendants' Motion in Limine to Exclude Evidence dated January 7, 2004.

**ARGUMENT**

**POINT I**

**THERE IS NO REASON TO PERMIT PLAINTIFF
TO FILE AN EIGHTH SURREPLY BRIEF**

Plaintiff has fallen into the habit of moving for permission to file a surreply brief to get the last word in on many of the motions made by defendants in this case, including:

- Motion for leave to file surreply filed August 21, 2001 in further opposition to defendants' motion to dismiss for lack of personal jurisdiction (docket nos. 23 and 25)

- Motion for leave to file surreply filed August 22, 2001 in further opposition to defendants' motion to dismiss for failure to state a claim (docket nos. 24 and 26)

- Motion for leave to file surreply filed September 16, 2002 in further opposition to defendants' motion in limine (docket nos. 86 and 88)

10743

- Motions for leave to file three surreply briefs filed December 4, 2002 in further opposition to three separate motions by defendants INC, Masquelier, and Zivin for summary judgment (docket nos. 127-130, 132, 133)

- Motion for leave to file surreply filed September 12, 2003 in further opposition to IBC, PS, and PSI's motion for summary judgment (docket nos. 173-74)

Contrary to plaintiff's assertion in its proposed eighth surreply, it cannot be making a surreply "[p]ursuant to Connecticut Local Rule 7(d)," because that local rule is confined to reply briefs and there is no provision in the local rules for filing surreply briefs. Although at times it may be appropriate for the Court to permit the filing of a surreply brief, such occasions should be rare. Plaintiff, however, acts as if the exception should swallow the rule.

The only reason plaintiff proffers for its surreply is that defendants' reply "raises, for the first time, the argument that pursuant to Rule 37(c) of the Federal Rules of Civil Procedure the Plaintiff's expert, Greg Ris, should not be allowed to testify as to market definition." This reason is specious. In defendants' motion in limine and initial brief, they argued that plaintiff should be completely precluded from offering any evidence whatsoever of market definition and other matters and defendants attached to the initial brief a copy of Mr. Ris' and Mr. Willoughby's expert reports and explained the lack of disclosure of expert testimony concerning these topics. In its opposition brief, plaintiff argued that Mr. Ris would provide expert testimony concerning market definition. Consequently, in the reply brief, defendants appropriately responded to that argument by stating that Mr. Ris in particular should be precluded from testifying about market definition because his report did not disclose opinions on market definition. Accordingly, plaintiff was fully on notice from the motion and initial brief that defendants sought to preclude Mr. Ris' testimony, plaintiff responded to that argument in its opposition, and defendants replied to plaintiff's arguments about why Mr. Ris should be allowed to testify. There is no reason for plaintiff to enjoy another bite at the apple.

10743

## CONCLUSION

For the foregoing reasons, the Court should deny plaintiff's motion for permission to file a surreply brief in further opposition to defendants' motion in limine.

DEFENDANTS,
INTERNATIONAL NUTRITION CO.,
EGBERT SCHWITTERS, NORMAN H.
ZIVIN, JACK MASQUELIER,
INTEGRATED BIOCEUTICALS, LLC,
PRIMARY SOURCE, LLC, AND
PRIMARY SERVICES, INC.

By: /s/
RICHARD S. ORDER, ESQ.
Federal Bar No. ct02761
E-mail: rso@avhlaw.com
ERIC D. BEAL, ESQ.
Federal Bar No. ct23167
E-mail: exb@avhlaw.com
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702
Telephone:    860-275-8100
Facsimile:    860-275-8101

10743                                3

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been served by first class U.S. mail this 7th day of January, 2004 to:

Eric W. Wiechmann Esq.
Mark D. Giarratana, Esq.
Eric E. Grondahl, Esq.
Alexandra B. Stevens, Esq.
McCarter & English
CityPlace I
185 Asylum Street
Hartford, CT 06103

/s/_____
Richard S. Order
AXINN, VELTROP & HARKRIDER LLP

10743                                    4