FILED

2004 JAN 29 P 12: 32

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### AT HARTFORD

DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| JARROW FORMULAS, INC., ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> INTERNATIONAL NUTRITION ) <br> COMPANY, EGBERT SCHWITTERS, ) <br> NORMAN H. ZIVIN, and JACK ) <br> MASQUELIER, ) <br> Defendants. ) | CASE NUMBER:  3:01 CV 478 DJS <br><br><br><br><br> JANUARY 28, 2004 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned respectfully requests leave to withdraw his

appearance in this action as to defendant Egbert Schwitters.  Richard S. Order, Esq., of Axinn

Veltrop & Harkrider represents this defendant in this action.

THOMAS W. EDGINGTON, ESQ.
  Federal Bar No. ct22277
UPDIKE, KELLY & SPELLACY, P.C.
One State Street
P.O. Box 231277
Hartford, CT  06123-1277
(860) 548-2600

351564

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the foregoing Request for Leave to Withdraw Appearance was mailed on January 28, 2004 to the following:

Eric W. Wiechmann, Esq.
Mark D. Giarratana, Esq.
Eric E. Grondahl, Esq.
Cummings & Lockwood
CityPlace I
185 Asylum Street
Hartford, CT 06103
*(representing the Plaintiff)*

Norman H. Zivin, Esq.
Cooper & Dunham
1185 Avenue of the Americas
Floor 23
New York, New York 10036

Dr. Jack Masquelier
c/o Mr. Frédéric Benech
69, Avenue Victor Hugo
75783 Paris
Cedex 16
FRANCE

Mr. Bert Schwitters
International Nutrition Company
De Zodde 16
1231 MB Loosdrecht
The Netherlands

Mr. Gary Senecal
Mr. Rick LeFebre
Intergrated BioCeuticals, LLC
120 Eider Lane
Eastham, MA  02642

Mr. Gary Senecal
Mr. Rick LeFebre
Primary Services, Inc.
120 Eider Lane
Eastham, MA  02642

351564

Mr. Gary Senecal
Mr. Rick LeFebre
Primary Source, LLC
120 Eider Lane
Eastham, MA  02642

Richard S. Order, Esq.
Axinn, Veltropp & Harkrider, LLP
90 State House Square
Hartford, CT  06103

THOMAS W. EDGINGTON, ESQ.

351564