UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:01-CV-00478 (AVC) |
| v. ) | |
| ) | |
| INTERNATIONAL NUTRITION ) | |
| COMPANY, INTEGRATED ) | |
| BIOCEUTICALS, LLC, PRIMARY ) | |
| SERVICES, INC., PRIMARY SOURCE, ) | |
| LLC, EGBERT SCHWITTERS, NORMAN ) | |
| H. ZIVIN, and JACK MASQUELIER, ) | |
| ) | |
| Defendants ) | January 6, 2004 |

## MOTION FOR PERMISSION TO FILE SURREPLY MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE

Plaintiff Jarrow Formulas, Inc. respectfully requests permission from this Court to file the accompanying Surreply Memorandum in Opposition to Defendants' Motion in Limine to Exclude Evidence. Defendants' Reply Brief in Further Support of Their Motion in Limine to Exclude Evidence raises, for the first time, the argument that pursuant to Rule 37(c) of the Federal Rules of Civil Procedure the Plaintiff's expert, Greg Ris, should not be allowed to testify as to market definition. The accompanying Surreply Memorandum is submitted to address that specific issue as well as other arguments raised by Defendants in their Reply Memorandum dated December 23, 2003.

February 2, 2004. GRANTED
SO ORDERED.
Alfred V. Covello, U.S.D.J.