Page 1

1          UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF CONNECTICUT
2
3
4
5  ---------------------------------)
   JARROW FORMULAS, INC.             )
6        Plaintiff                   ) Civil Action No.
   VS                                ) 3:01 CV 478(AVC)
7                                    )
   INTERNATIONAL NUTRITION COMPANY   )
8  NORMAN H. ZIVIN, and              )
   JACK MASQUELIER,                  )
9        Defendants                  )
   ---------------------------------)
10
11                    **COPY**
12
13
14         DEPOSITION OF:  GREGORY RIS
           DATE: MARCH 19, 2002
15         HELD AT: UPDIKE, KELLY & SPELLACY
           ONE STATE STREET
16         HARTFORD, CONNECTICUT
17
18
19
20
21
22
        Reporter: WENDY J. ALLEN, RPR, CRR, LSR #00221
23              BRANDON REPORTING SERVICE
                   11-A Capitol Avenue
24                 Hartford, CT 06106
                   Tel (860) 549-1850
25

Page 24

1   interchangeable or fungible with OPC based products?

2        A    Well, let's see.

3        Q    Let me rephrase it.  Is there any other

4   product that you consider to be fungible or

5   interchangeable with products containing OPCs?

6              MR. WIECHMANN:  Object as to form.

7              THE WITNESS:  OPCs can be derived from

8   several starting materials, such as pine bark, such as

9   grape seed extract, such as peanut skin.  There are

10  several sources of that.  As far as other things being

11  interchangeable, I will say no, not to my knowledge.  If

12  you're saying, if I understand correctly, that another

13  product could be substituted not containing OPCs, or an

14  OPC product?

15  BY MR. ORDER:

16       Q    Yes.

17       A    I would say no.  Has it been done in the

18  industry?  Possibly.

19       Q    For example, would you consider garlic to be a

20  product --

21       A    Absolutely not.

22       Q    -- that's interchangeable with OPCs?

23       A    No.

24       Q    Now, Indena has been a supplier of grape seed

25  extract to Jarrow Formulas, correct?

3/19/2002   Jarrow Formulas vs International Nutrition   Gregory Ris

Page 37

```
 1    A    That's the name of the company, I believe, is
 2  Syvex, S-Y-V-E-X.
 3    Q    What did you say first?
 4    A    BioVin is the trade name of their grape seed
 5  extract.
 6    Q    Okay.  Any others?
 7    A    U.S. based manufacturers?
 8    Q    No, no, that sell raw grape seed extract in
 9  the United States.
10    A    Okay.  Euromed.
11    Q    Anyone else?
12    A    E-U-R-O-M-E-D.  And yeah, there is one other
13  one.  From Spanish origin.  Give me a moment, I'll find
14  their name.  And there are a number of others right now,
15  from China that I don't know, by specific name.  I'll
16  include Draco in that.
17    Q    Okay.  What about Chemco?
18    A    Yes, Chemco, also.
19    Q    Do you have any reliable estimate for the
20  share of the market for selling raw grape seed extract
21  in the United States for any of the companies that
22  you've identified?
23    A    Current market share?
24    Q    Yes.
25    A    Richard, I don't have any data that would
```

Page 38

```
 1   support that.  It's just that kind of data is not
 2   available.
 3        Q    Do you have a reasonably reliable estimate for
 4   Indena's share of the market in the United States for
 5   the sale of raw grape seed extract?
 6        A    It could be 15 to 20 percent, and that's a
 7   very rough estimate.
 8        Q    Do you think that Indena's share of the market
 9   of U.S. sales for raw grape seed extract is higher or
10   lower today than it was in the mid 1990's?
11             MS. STEVENS:  Objection.
12             THE WITNESS:  It's lower today than it
13   was.
14   BY MR. ORDER:
15        Q    And what do you believe Indena's market share
16   was in the mid 1990's?
17             MS. STEVENS:  Objection.  Define mid
18   '90's for him?
19   BY MR. ORDER:
20        Q    1995.
21        A    In 1995 what was our market share?
22        Q    Yes.
23        A    Again, with no data to support that, this
24   would just be a very crude estimate.
25        Q    Well, do you have any?
```

```
 1      Q    Was there a defendants' committee in the INC
 2   case?
 3      A    A defendants' committee?  You mean a group of
 4   people representing as a whole the defendants named?
 5      Q    A committee comprised of principals.
 6      A    Not to my knowledge.
 7      Q    Did you attend any meetings of defendants, any
 8   joint meetings of defendants?
 9      A    Yes.
10      Q    How many?
11      A    One or two.
12      Q    And at such meetings were representatives from
13   the defendants and their counsel present?
14      A    Yes.
15      Q    Getting back to a couple sentences prior to
16   that in the second paragraph, you referred to Indena's
17   market share, and what market were you referring to?
18      A    OPC market.
19      Q    Raw OPC?
20      A    Grape seed extract market.  Not pine bark,
21   just grape seed.
22      Q    Raw material?
23      A    Raw material.
24      Q    Did the defendants in the Connecticut action
25   receive a survey that had been prepared by a law firm
```