UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC. | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| v. | ) 3:01 CV 478 (AVC) |
| | ) |
| INTERNATIONAL NUTRITION COMPANY, et al. | ) |
| | ) OCTOBER 23, 2003 |
| Defendants. | ) |

## DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE

Defendants International Nutrition Company ("INC"), Egbert Schwitters, Jack Masquelier, Norman H. Zivin, Integrated BioCeuticals, LLC ("IBC), Primary Source, LLC ("PS"), and Primary Services, Inc. ("PSI") respectfully move in limine for an order excluding from trial any evidence plaintiff may seek to proffer to prove: (1) the relevant product and geographic markets; (2) the defendants' market shares in the relevant product and geographical markets and the likelihood that the defendants' alleged attempt to monopolize could have been successful; or (3) that INC's patent infringement action, which the plaintiff claims violated the antitrust laws, was "objectively baseless" under the law as it existed at the time the patent infringement action was initiated. Such evidence must be provided by expert witnesses, and the plaintiff has disclosed no expert qualified to do so on any of these points.

After the Court excludes all proffers by plaintiff of any such evidence, there is nothing left in this action to be tried and the Court should dismiss the entire case with prejudice.

3:01V478(AVC). February 3, 2004. The defendants' motion in limine (document no. 176) to exclude from trial certain evidence is DENIED without prejudice to its renewal by the defendants ten days prior to trial.
SO ORDERED.
           Alfred V. Covello, U.S.D.J.