187

01cv478mwthapr

FILED

2004 JAN 29 P 12: 32

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### AT HARTFORD

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| JARROW FORMULAS, INC., ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> INTERNATIONAL NUTRITION ) <br> COMPANY, EGBERT SCHWITTERS, ) <br> NORMAN H. ZIVIN, and JACK ) <br> MASQUELIER, ) <br> Defendants. ) | CASE NUMBER: 3:01 CV 478 AVC <br><br><br><br><br><br><br> JANUARY 28, 2004 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned respectfully requests leave to withdraw his appearance in this action as to defendant Egbert Schwitters. Richard S. Order, Esq., of Axinn Veltrop & Harkrider represents this defendant in this action.

THOMAS W. EDGINGTON, ESQ.
Federal Bar No. ct22277
UPDIKE, KELLY & SPELLACY, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
(860) 548-2600

February 10, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

351564