

/65

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC., | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:01-CV-0478 (AVC) |
| v. | ) |
| | ) |
| INTERNATIONAL NUTRITION | ) |
| COMPANY, INTEGRATED | ) |
| BIOCEUTICALS, LLC, PRIMARY | ) |
| SERVICES, INC., PRIMARY SOURCE, | ) |
| LLC, EGBERT SCHWITTERS, NORMAN H. | ) |
| ZIVIN, and JACK MASQUELIER, | ) |
| | ) |
| Defendants. | ) August 14, 2003 |

## MOTION TO STRIKE AFFIDAVIT OF GARY SENECAL

Plaintiff Jarrow Formulas, Inc. ("JFI") hereby moves to strike Paragraphs 5, 6 and 7 of the Affidavit of Mr. Gary Senecal dated July 22, 2003, as conclusory and as contradicting the prior deposition testimony he offered as the Federal Rules of Civil Procedure Rule 30(b)(6) deponent for Defendants Integrated Bioceutical, LLC ("IBC") and Primary Source, LLC ("PS").

Paragraphs 5, 6 and 7 contain conclusory statements such as "PS was not a successor in interest to Primary Services International LLC", which clearly contradict Mr. Senecal's deposition testimony otherwise.

WHEREFORE, for these reasons, which are more precisely set forth in the JFI's Memorandum in Opposition To Defendants Integrated Bioceuticals, LLC's, Primary Source,

3:01CV478(AVC).  March 15, 2004.  The plaintiff's motion to strike (document no. 165) is DENIED as moot.
SO ORDERED.

  Alfred V. Covello, U.S.D.J.