UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:01-CV-00478 (AVC) |
| v. | ) | |
| | ) | |
| INTERNATIONAL NUTRITION | ) | |
| COMPANY, INTEGRATED | ) | |
| BIOCEUTICALS, LLC, PRIMARY | ) | |
| SERVICES, INC., PRIMARY SOURCE, | ) | |
| LLC, EGBERT SCHWITTERS, NORMAN | ) | |
| H. ZIVIN, and JACK MASQUELIER, | ) | |
| | ) | |
| Defendants | ) | April 14, 2004 |

**CONSENTED TO MOTION FOR EXTENSION OF TIME
TO FILE JOINT TRIAL MEMORANDUM**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Connecticut Local Rule 7(b), Plaintiff Jarrow Formulas, Inc. ("Plaintiff") respectfully requests that it and Defendants be granted an extension of time of sixty (60) days from the conclusion of the Court-ordered settlement conference in which to file their Joint Trial Memorandum.

Plaintiff seeks this extension of time so that the parties may concentrate their efforts on resolving this action through the alternative dispute process. Presently, the parties have an April 22, 2004 settlement conference scheduled before PJO J. Read Murphy, Esq. However, the parties have recently requested by an April 9, 2004 letter that Magistrate Judge Garfinkel conduct that settlement conference at a later date (letter attached hereto).

Moreover, the parties anticipate filing a rather extensive trial memorandum due to the complex nature of this case.

Counsel for Defendants, Richard S. Order, Esq., has been contacted and consents to this Motion for Extension of Time.

WHEREFORE, Plaintiff respectfully requests that the Court grant its Consented to Motion for Extension of Time to File the Joint Trial Memorandum and permit Plaintiff and Defendants an extension of time of sixty days (60) days from the conclusion of a Court-ordered settlement conference to file the same.

THE PLAINTIFF,
JARROW FORMULAS, INC.
BY MCCARTER & ENGLISH, LLP
ITS ATTORNEYS

By _____
ERIC WATT WIECHMANN (CT 04331)
JASON C. WELCH (CT 23418)
CityPlace I
185 Asylum Street
Hartford, CT  06103
(860) 275-6700
(860) 724-3397 (fax)
ewiechmann@mccarter.com
        -and-
ALEXANDRA B. STEVENS (CT 20300)
Four Stamford Plaza
107 Elm Street
Stamford, CT  06901
(203) 965-0823
(203) 323-6513 (fax)
astevens@mccarter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing CONSENTED TO MOTION FOR

EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM has been mailed, postage

prepaid, this 14th day of April 2004, to

        RICHARD S. ORDER, ESQ.
        ERIC D. BEAL, ESQ.
        Axinn, Veltrop & Harkrider LLP
        90 State House Square
        Hartford, CT  06103

        JASON C. WELCH

HARTFORD: 612964.01