UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JARROW FORMULAS, INC.

V.    CASE NO. 3:01CV00478(AVC)

INTERNATIONAL NUTRITION
CO., ET AL

## ORDER OF REFERRAL

The above-identified case is hereby referred to the Honorable Thomas P. Smith, United States Magistrate Judge, for purposes of settlement discussions. A settlement conference shall take place on June 17, 2004 at 10:00 a.m.

SO ORDERED.

Dated at Hartford, Connecticut, this 16TH day of April, 2004.

Alfred V. Covello
United States District Judge