#195

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED 2004 APR 14 P 3:40

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| JARROW FORMULAS, INC. | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:01-CV-00478 (AVC) |
| v. | ) |
| | ) |
| INTERNATIONAL NUTRITION COMPANY, INTEGRATED BIOCEUTICALS, LLC, PRIMARY SERVICES, INC., PRIMARY SOURCE, LLC, EGBERT SCHWITTERS, NORMAN H. ZIVIN, and JACK MASQUELIER, | ) ) ) ) ) ) ) |
| | ) |
| Defendants | ) April 14, 2004 |

## CONSENTED TO MOTION FOR EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Connecticut Local Rule 7(b), Plaintiff Jarrow Formulas, Inc. ("Plaintiff") respectfully requests that it and Defendants be granted an extension of time of sixty (60) days from the conclusion of the Court-ordered settlement conference in which to file their Joint Trial Memorandum.

Plaintiff seeks this extension of time so that the parties may concentrate their efforts on resolving this action through the alternative dispute process. Presently, the parties have an April 22, 2004 settlement conference scheduled before PJO J. Read Murphy, Esq.

```
3:01CV478(AVC). April 15, 2004. The motion for an extension of
time (document no. 195) is GRANTED as follows: The parties shall
have to an including July 17, 2004 to file a joint trial
memorandum.
SO ORDERED.

                    Alfred V. Covello, U.S.D.J.
```