UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>INTERNATIONAL NUTRITION )<br>COMPANY, INTEGRATED )<br>BIOCEUTICALS, LLC, PRIMARY )<br>SERVICES, INC., PRIMARY SOURCE, )<br>LLC, EGBERT SCHWITTERS, NORMAN )<br>H. ZIVIN, and JACK MASQUELIER, )<br>)<br>Defendants ) | CIVIL ACTION NO. 3:01-CV-00478 (AVC)<br><br><br><br><br><br><br><br><br><br><br>May 3, 2004 |

## CONSENTED TO MOTION FOR POSTPONEMENT OF DEADLINE TO FILE JOINT TRIAL MEMORANDUM

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Connecticut Local Rule 7(b), Plaintiff Jarrow Formulas, Inc. ("Plaintiff") respectfully requests that the Court postpone the date for filing of the parties' Joint Trial Memorandum until a date to be determined after the conclusion of the Court-ordered settlement conference.

Plaintiff seeks this postponement so that the parties may concentrate their efforts on resolving this action through the alternative dispute process. Presently, the parties have an August 17, 2004 settlement conference scheduled before Magistrate Judge Smith. That settlement conference had originally been scheduled for June 17, 2004. The Court then set July 17, 2004 as the filing deadline for the Joint Trial Memorandum, presumably with the original date of the settlement conference in mind. The June 17th date for the settlement conference,

however, proved to be in conflict with an important trade show for plaintiff and several defendants. Consequently, the settlement conference has been rescheduled to August 17, 2004, the earliest date convenient for the Hon. Thomas P. Smith, the parties, and counsel.

Consequently, the current deadline of July 17, 2004 for the filing of the Joint Trial Memorandum now precedes the settlement conference, resulting in a situation that contravenes a major purpose of the settlement conference.

Moreover, the parties anticipate filing a rather extensive trial memorandum due to the complex nature of this case.

Counsel for Defendants, Richard S. Order, Esq., has been contacted and supports this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court postpone the deadline *sine die* for the parties to file their Joint Trial Memorandum and issue a new deadline for filing the Joint Trial Memorandum if the Court-ordered settlement conference scheduled for August 17, 2004 is unsuccessful.

THE PLAINTIFF,
JARROW FORMULAS, INC.
BY MCCARTER & ENGLISH, LLP
ITS ATTORNEYS

By_____
ERIC WATT WIECHMANN (CT 04331)
JASON C. WELCH (CT 23418)
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
ewiechmann@mccarter.com
         -and-
ALEXANDRA B. STEVENS (CT 20300)
Four Stamford Plaza
107 Elm Street
Stamford, CT 06901
(203) 965-0823
(203) 323-6513 (fax)
astevens@mccarter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing CONSENTED TO MOTION FOR POSTPONEMENT OF DEADLINE TO FILE JOINT TRIAL MEMORANDUM has been mailed, postage prepaid, this 3rd day of May 2004, to

      RICHARD S. ORDER, ESQ.
      ERIC D. BEAL, ESQ.
      Axinn, Veltrop & Harkrider LLP
      90 State House Square
      Hartford, CT 06103

_____
JASON C. WELCH

HARTFORD: 613920.01