UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**
2004 MAY 12 P 2:09
U.S. DISTRICT COURT
HARTFORD, CT

JARROW FORMULAS, INC.,
    Plaintiff(s)

- v -

3:01-CV-478 (AVC)

INT'L CO., ET AL,
    Defendant(s)

## ORDER

A settlement conference shall be held before the undersigned on **August 17, 2004, at 10:00 a.m., at 450 Main Street, Room 258, Hartford, Connecticut.** The parties shall submit <u>ex parte</u> statements (including damages analyses) **to the Chambers of Judge Smith**, Room 258, not to exceed three pages, no later than August 13, 2004.

**Counsel shall be accompanied by the appropriate persons with authority to settle.** It will not be sufficient for such individuals to be "available by telephone." See <u>Nick v. Morgan's Foods, Inc.</u>, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000).

Dated at Hartford, Connecticut, this 12th day of May, 2004.

                              Thomas P. Smith
                              United States Magistrate Judge