199

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:01-CV-00478 (AVC) |
| v. | ) | |
| | ) | |
| INTERNATIONAL NUTRITION | ) | |
| COMPANY, INTEGRATED | ) | |
| BIOCEUTICALS, LLC, PRIMARY | ) | |
| SERVICES, INC., PRIMARY SOURCE, | ) | |
| LLC, EGBERT SCHWITTERS, NORMAN | ) | |
| H. ZIVIN, and JACK MASQUELIER, | ) | |
| | ) | |
| Defendants | ) | May 3, 2004 |

### CONSENTED TO MOTION FOR POSTPONEMENT OF DEADLINE TO FILE JOINT TRIAL MEMORANDUM

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Connecticut Local Rule 7(b), Plaintiff Jarrow Formulas, Inc. ("Plaintiff") respectfully requests that the Court postpone the date for filing of the parties' Joint Trial Memorandum until a date to be determined after the conclusion of the Court-ordered settlement conference.

Plaintiff seeks this postponement so that the parties may concentrate their efforts on resolving this action through the alternative dispute process. Presently, the parties have an August 17, 2004 settlement conference scheduled before Magistrate Judge Smith. That

```
3:01CV478(AVC).  May 6, 2004.  The motion for an extension of
time (document no. 199) is GRANTED as follows: The parties shall
have to an including September 30, 2004 to file a joint trial
memorandum.
SO ORDERED.
                    Alfred V. Covello, U.S.D.J.
```