UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 3:01-CV-00478 (AVC) |
| | ) | |
| INTERNATIONAL NUTRITION COMPANY, INTEGRATED BIOCEUTICALS, LLC, PRIMARY SERVICES, INC., PRIMARY SOURCE, LLC, EGBERT SCHWITTERS, NORMAN H. ZIVIN, and JACK MASQUELIER, | ) | |
| | ) | |
| Defendants. | ) | AUGUST 16, 2004 |

## CONSENTED TO MOTION FOR POSTPONEMENT OF DEADLINE TO FILE JOINT TRIAL MEMORANDUM

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Connecticut Local Rule 7(b), the defendants respectfully request that the Court postpone the date for filing of the parties' Joint Trial Memorandum from September 30, 2004, to January 25, 2005, after the conclusion of the Court-ordered settlement conference that is scheduled for December 8, 2004.

Defendants seek this postponement so that the parties may concentrate their efforts on resolving this action through the alternative dispute process. The settlement conference had been scheduled for August 17, 2004, but a death in the family of one of the foreign defendants has caused a postponement to December 8, 2004. Consequently, the current deadline of September 30, 2004, for the filing of the Joint Trial Memorandum now precedes the settlement conference, resulting in a situation that undermines a major purpose of the settlement conference.

CTDOCS:12340.1

Moreover, the parties anticipate filing a rather extensive trial memorandum due to the complex nature of this case. A postponement to January 25, 2005 will approximate the same schedule between the settlement conference and filing date for the Joint Trial Memorandum as before and takes into account the intervening holiday season.

Counsel for plaintiff, Eric Wiechmann, has been contacted and supports this Motion. This is the first motion for extension of the September 30, 2004 deadline, but the second motion for extension of a deadline for filing the Joint Trial Memorandum, due to an earlier rescheduling of the initial settlement conference.

WHEREFORE, Defendants respectfully request that the Court postpone the deadline for the parties to file their Joint Trial Memorandum to January 25, 2005.

DEFENDANTS,
INTERNATIONAL NUTRITION CO.,
EGBERT SCHWITTERS, NORMAN H.
ZIVIN, JACK MASQUELIER,
INTEGRATED BIOCEUTICALS, LLC,
PRIMARY SOURCE, LLC, AND
PRIMARY SERVICES, INC.

By: _____
RICHARD S. ORDER, ESQ.
Federal Bar No. ct02761
E-mail: rso@avhlaw.com
ERIC D. BEAL, ESQ.
Federal Bar No. ct23167
E-mail: exb@avhlaw.com
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702
Telephone:   860-275-8100
Facsimile:    860-275-8101

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been sent by first class U.S. mail this 16th day of August, 2004 to:

Eric W. Wiechmann Esq.
Mark D. Giarratana, Esq.
Eric E. Grondahl, Esq.
Alexandra B. Stevens, Esq.
McCarter & English
CityPlace I
185 Asylum Street
Hartford, CT 06103

_____
Eric D. Beal
AXINN, VELTROP & HARKRIDER LLP