204

FILED

UNITED STATES DISTRICT COURT

2004 AUG 16  A 11: 02

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC. ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| v.  ) | 3:01-CV-00478 (AVC) |
| ) | |
| INTERNATIONAL NUTRITION ) | |
| COMPANY, INTEGRATED ) | |
| BIOCEUTICALS, LLC, PRIMARY ) | |
| SERVICES, INC., PRIMARY SOURCE, ) | |
| LLC, EGBERT SCHWITTERS, NORMAN ) | |
| H. ZIVIN, and JACK MASQUELIER, ) | |
| ) | |
| Defendants. ) | AUGUST 16, 2004 |

## CONSENTED TO MOTION FOR POSTPONEMENT OF DEADLINE TO FILE JOINT TRIAL MEMORANDUM

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Connecticut Local Rule 7(b), the defendants respectfully request that the Court postpone the date for filing of the parties' Joint Trial Memorandum from September 30, 2004, to January 25, 2005, after the conclusion of the Court-ordered settlement conference that is scheduled for December 8, 2004.

Defendants seek this postponement so that the parties may concentrate their efforts on resolving this action through the alternative dispute process. The settlement conference had been

```
3:01CV478(AVC).  August 16, 2004.  The joint motion for an extension
of time to file the joint trial memorandum (document no. 204) is
GRANTED.  The parties shall have to and including December 20, 2004
to file the joint trial memorandum.
SO ORDERED.

                    Alfred V. Covello, U.S.D.J.
```