UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>INTERNATIONAL NUTRITION )<br>COMPANY, INTEGRATED )<br>BIOCEUTICALS, LLC, PRIMARY )<br>SERVICES, INC., PRIMARY SOURCE, )<br>LLC, NORMAN H. ZIVIN, AND JACK )<br>MASQUELIER, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:01-CV-00478 (AVC)<br><br><br><br><br><br><br><br><br><br><br>October 13, 2004 |

## PLAINTIFF'S MOTION FOR LEAVE TO FURTHER AMEND COMPLAINT

Pursuant to Rules 15 and 16 of the Federal Rules of Civil Procedure, Plaintiff Jarrow Formulas, Inc. ("JFI") hereby moves the Court for leave to amend its Amended Verified Complaint in the above-captioned matter. Accordingly, the Second Amended Verified Complaint and Demand for Jury is attached hereto.

By this Motion, JFI seeks to amend its Amended Verified Complaint [Dkt. # 114] to add allegations, primarily Paragraphs 22 through 40, based on recently uncovered facts demonstrating that Defendants Masquelier, Schwitters and INC all had knowledge, or should have had knowledge, of invalidating material, prior art to U.S. Patent No. 4,698,360 (the '360 patent), either before the application for such patent was filed with the U.S. Patent & Trademark Office ("USPTO"), prior to reexamination of the '360 patent in 1996 and 1997, and/or prior to the initiation of sham lawsuits in 1996 and 1999 to enforce the '360 patent. Such conduct is

**ORAL ARGUMENT REQUESTED**

further evidence of the anticompetitive and unlawful conduct found in JFI's Amended Verified Complaint.

The Second Amended Verified Complaint seeks merely to add such factual allegations and to conform the Amended Verified Complaint to evidence that will be presented at trial. No new parties and no new causes of action are added by this amendment. Neither will JFI require additional discovery. JFI has obtained what it needs through independent investigations. Moreover, the Defendants already have knowledge as to their own conduct that gives rise to these additional allegations. JFI will seek to present an expert to opine as to the materiality of the prior art. Presumably, the Defendants will want to depose that expert.

Good cause for this amendment exists. As set forth in more detail in the accompanying memorandum of law, discovery of the new information was precipitated upon an event that occurred after the close of discovery and after the time allowed to amend the pleadings passed. In April of 2003, Horphag Research Ltd., ("Horphag"), a defendant in underlying litigation and purported co-owner of the '360 patent, entered into an agreement with Centre D'Expirimentation Pycnogenol Sarl ("CEP"), the other purported co-owner of the '360 patent and subsidiary of Defendant INC, that resolved numerous litigations between the two world-wide. With that agreement, on September 4, 2003, Defendants INC and Egbert Schwitters threatened to bring an action against JFI alleging infringement of the '360 patent. Because of these threats, JFI began to review literature to the determine the validity and/or enforceability of the patent. Such review led to discovery of the facts JFI now seeks to add to its complaint.

JFI has made this motion as soon as practicable after discovering the grounds that give rise to these amended allegations and the recent postponement of a scheduled mediation in

August. JFI has also commenced a parallel suit in the United States District Court for the District of Connecticut seeking a declaratory ruling that the '360 patent is invalid and/or unenforceable based on these facts (Civil Action No. 3:04-CV-00535 (JBA)) service of which was recently effected.

WHEREFORE, Jarrow Formulas, Inc. moves the Court to Order that JFI is granted leave to serve the attached Second Amended Verified Complaint and Demand for Jury within thirty days of this Order.

THE PLAINTIFF,
JARROW FORMULAS, INC.
BY McCARTER & ENGLISH, LLP
ITS ATTORNEYS

By _____
ERIC W. WIECHMANN     (CT 04311)
MARK D. GIARRATANA    (CT 10401)
ALEXANDRA B. STEVENS  (CT 20300)
JASON C. WELCH        (CT 23418)
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
ewiechmann@mccarter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FURTHER AMEND COMPLAINT and SECOND AMENDED VERIFIED COMPLAINT AND DEMAND FOR JURY, have been mailed, postage prepaid, this 13th day of October 2004 to:

RICHARD S. ORDER, ESQ.
ERIC D. BEAL, ESQ.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103

_____
JASON C. WELCH