INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirteen

condensed flavanols.  Given the patent examiner's obviousness objections based on flavanoids, i.e., that FRS was predictable, disclosure of the literature on flavanols should have been fatal to all claims because Masquelier would have had no basis for claiming novelty.

Masquelier's failure to disclose five (5) categories of prior art is as follows:

(1) <u>Flavanols - analytical methods and chemical structure</u>.

360 cites the Bate-Smith test as the basis for determining the presence of a procyanidin.  360 then cites Masquelier's use of NBT (nitro blue tetrazolium) as the test for the FRS claim made by the 360.  However the NBT test is actually redundant to Bate-Smith.  T.W. Goodwin (*Chemistry and Biochemistry of Plant Pigments*, 1965, Academic Press, pp. 544 *et seq.*) explains the colorimetric test, i.e., Bate-Smith, are all tests of *redox potential*.  In other words, the analysis for identity simultaneously demonstrates the compound's redox status.

Even while stating "R.S.E... varies... depending on the molecular structure," all of the 360's structural and chemical citations omitted existing literature on the antioxidant functionality of structure, particularly regarding radical scavenging, for the flavans -- the building blocks of the entire proanthocyanidolic

INC vs. ~~Horphag~~, etc., et al.
Patent Addendum
28 August 1996 -- page fourteen

class.

### (2) Prior use of proanthocyanidins

Though the 360 states that proanthocyanidin containing products had been in use for 30 years (actually, it is ancient herbal art), the application did not disclose publications that identified OPCs as the active component of such herbal preparations e.g., hawthorn extracts. Masquelier did not disclose that it was not 30 years of serendipity: The utility of OPCs in these products was known and published. (See *infra*.)

### (3) Free radical scavenging by antioxidants and its role in disease

While a 1983 Science article (Kensler) was referenced, there is still earlier art. (Without limitation Del Maestro, 1980, 1982.) See discussion *infra*.

### (4) Antioxidant activity by flavanoids (bilberry extract) cited by patent examiner was irrelevant to literature on flavanols.

The Maridonneau paper (1981, *Proceeding of the Int'l Bioflavonoid Symposium*, Farkas L *et al.*, eds., Elsiviaer, NY, pp. 427-36) on bilberry extract flavonoids was cited by the U.S. Patent Office as prior art as grounds for the

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page fifteen

Patent Office's first rejection for "obviousness."  The Patent Office, though not entirely wrong in principle, had missed the real issue -- which was flavanols and not flavonoids.  Masquelier seized with alacrity the opportunity to avoid examination on the subject of flavanols:  Masquelier "distinguished" the art of the 360 flavanol patent:  It was, however, a red herring:  By centering the discussion around flavonoids -- why Pycnogenols are better than bilberries --  Masquelier further distracted the patent office from the substantial body of knowledge on flavanols.  If the art on flavonoids had seemed obvious to the examiner, who twice rejected the 360, how much more obvious would have been the art on flavanols?  To compound his misrepresentation of the science, Masquelier admittedly used an oxidized bottle of bilberries when he performed a comparison to "pycnogenols" from pine bark and presented the corrupted data to the Patent Office to obtain the final approval.  (See Patent file.)  For reasons utterly inexplicable, the Patent Office never objected to nor demanded an explanation from Masquelier as to why he compared pine bark to an expired bilberry product.  Perhaps worse, the Patent Office failed to point out that the comparison of flavanols to anthocyanidins (flavonoids) had already been made in Masquelier's 407 patent of 1969.

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page sixteen

(5) <u>Bioavailability of proanthocyanidins</u>

Again, taken as a class, flavanols were known to be bioavailable. Extensive blood work existed on catechins:  OPCs were otherwise identified as the active principle in hawthorn extracts used for arterial disease.  Masquelier failed to discuss that the mechanisms of OPC-containing products known to be bioavailable presented apparent FRS mechanisms.

2. <u>Prior Art had already established the antioxidant functionality of the molecular structure of the flavanols.</u>

a) <u>The vascular activity of flavans (monomers) was discovered in 1942, and the activity of flavans is predictive of the activity of the flavanols (PACs)</u>

Lavollay and Neumann (1959, "Problems posed by the activity of certain flavonoids on vascular resistance," in:  "The Pharmacology of Plant Phenolics," J.W. Fairburn, ed., Academic Press, Inc., New York, pp. 103-122,

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page seventeen

[Proceedings of a Symposium Held at Oxford, April 1958]*) state:

"The activity of catechins was discovered in 1942

[citing Lavollay *et al.*, *C R Acad Sci*, (1942) 215:496;

(1943) 217:50]...."

Hughes and Parkes [citing Volume Jubile E.C. Barrell.

F. Rheinhardt, Basil, 216 (1949)] later found that

3:4 dihydroxy chalkone was active, and Tayeau and

Masquelier [citing *Bull Soc Chim Biol* (1948) 30:1107;

(1949) 31:72] isolated a leuco-anthocyanidin from

ground nuts which had a positive effect on vascular

resistance.  In 1952, Ozawa and his co-workers

[citing *S J Pharm Soc Japan*, 1951, 71:1173] demonstrated

that 3':4'-dihydroxyflavonol reinforced pulmonary

capillary resistance.'

The activity of some ['flavonoids'], catechins...and

---

*The following paper in the Symposium Proceedings was presented
by Masquelier so he certainly was aware of Lavollay's paper.

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page eighteen

leucoanthocyanidins is obviously of particular importance."
[Lavollay at 110.]

It has been suggested that the inhibition of hyaluronidase by certain flavonoids accounts for their action on the *permeability* of capillaries (citing Beiler and Martin, 1947, *J Biol Chem*, 171:507), but it should be noted that whereas eriodictyol, (+) catechin, and quercetin are inhibitors of the enzyme, hesperidin, quercitirn, and rutin are not.

Histidine decarboxylase, which produces histamine, is inhibited *in vitro* by quercetin, (+) catechin, aesculetin, and homoeriodictyol, but not by rutin, hesperidin, or aesculin (citing Martin GJ *et al.*, 1949, *Arch Biochem*, 21:177; Moss JN *et al.*, 1950, *Science*, 112:16). Moreover, Malkiel and Werle (citing Malkiel and Werle, 1951 *Science*, 114:98) have shown (+) catechin has an antihistamino-genetic activity. Finally, it should be mentioned that the

INC vs. Herphag, etc., et al.
Patent Addendum
28 August 1996 -- page nineteen

decarboxylation of dihydroxyphenylalanine is strongly

inhibited by several flavonoid compounds.  In this system

catechin is the most active inhibitor, phloretin is slightly less

active, and rutin only slightly inhibitory; aesculin has no

activity but aesculetin-4-carboxylic acid is active (citing

Clark and MacKay, 1950, *JAMA*, 143:1411).


The oldest interpretation of the mechanism of the action

of active flavonoids upon vascular resistance was given

by Lavollay and Neumann (citing Lavollay J, 1945

Congres de Paris, *Ass Franc Avanc Sci*, 3:367; Lavollay

and Neumann, 1949, *Expos Ann Biochim Med*, 10:59;

Lavollay and Neumann, 1941, *C R Acad Sci*, 212:251):  this

interpretation was based on the fact that these compounds

have the ability of increasing the intensity and lengthening

the duration of the effects of adrenaline on isolated

muscle.  (Figs 9-10 omitted).  This effect had been related

to an inhibition of the oxidation of adrenaline in the solution

in which the muscle is immersed (citing Lavollay, 1943;

Lavollay, *C R Soc* Biol, 1941, 135:1193; 1942, 214:287)

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page twenty

by chelating metallic ions which catalyse the oxidation; it

was suggested that flavonoids exert similar effects *in vivo*.

[Lavollay at 115-116.]

As discussed *infra.* regarding the 1977 review by Pratt, the metal

chelating role and the direct free radical scavenging activity of the flavan-based

molecules are both a function of the hydroxylated B ring.  Though Lavollay

discusses only metal ion chelating (which *prevents* free radical formation) in the

1940s and 1950s (!), the connection between such metal-binding and direct

radical scavenging by B-ring OH groups was a foregone conclusion by 1985:  It

was *at least* readily foreseeable regarding the PACs and an established fact with

regard to the monomers.

Throughout this discussion of Lavollay, it must be borne in mind that

Masquelier himself states in the 1969 407 patent that catechin and the flavanols

have "a close chemical link."  How close could they be if they are not both free

radical scavengers?  Indeed, Masquelier falsely states in the 407 that catechins

are unstable (407 at 5:52) in order to dispense with these otherwise inconvenient

-- that is, unpatentable -- molecules.

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page twenty one

### b) <u>Further evidence of the structural significance of flavans</u>

The condensation of monomers into longer chain PACs was known to involve oxidation and addition of hydroxyl (OH) groups which *increased* the antioxidant (and FRS) capacity of the molecules' B rings.

The Israeli scientist A. Letan (1966, "The relation of structure to antioxidant activity of quercetin and some of its derivatives," *J Food Science*, 31(4): 518-23) cites Heiman and Reiff (1953, "The relationship between chemical constitution and antioxidant activity of flavonols," *Fette u. Seifen*, 55:451), and states:

"...studied the antioxidant effects of a number of flavonoids...and deduced that the ...3',4'-o-diphenolic [another term for the monomeric flavan-3-ol catechin] grouping in the B ring were the main contributors to antioxidant capacity in flavonoids...."
["Flavonoids" is used generally and generically to include flavanols  rather than as precise nomenclature]

BI Medovar (1967, Mar-Apr, 26(2):  53-6, <u>Voprosy Pitaniia</u>) published a paper entitled "Relationship between the structure and antioxidant properties of

INC vs. Herphag, etc., et al.
Patent Addendum
28 August 1996 -- page twenty two

polyphenols" nearly twenty years before Masquelier's "patent."  This aspect of applied phenolic biochemistry was well understood decades before the 360 patent application.

An American Chemical Society (ACS) symposium held in Washington, D.C., April 25-26, 1975 was published in 1976 under the title "Phenolic, Sulfur, and Nitrogen Compounds in Food Flavors," Charalambous G and Katy I, eds., in which author Pratt (at pg. 6-9) explicitly anticipates Masquelier's "discovery."  In a single paragraph, so the context cannot be mistaken, Pratt states:

> "**Flavanols** are known to form complexes with metals... An
> o-quniol grouping on the B-ring can also demonstrate metal-
> complexing activity (citing Kelly and Watts, 1957; DeWitt, 1955).
> However, **the major value of flavonoids and cinnamic acids
> is in their antioxidant activity (i.e., as free radical acceptors
> and as chain breakers**)."
> (Parenthetical in original text.  Emphasis added.)

Pratt clearly uses "flavonoids" in its broadest sense, as embracing the flavonol classification mentioned in the previous sentence.  (Though Pratt distinguishes between metal-complexing and the "major value of flavonoids...free

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page twenty three

radical acceptors," metal-complexing actually inhibits free radical initiation.)  Pratt

states:

> "1)  The major evidence that these compounds work mainly as
>
> antioxidants is their ability to work equally well in metal catalyzed
>
> and uncatalyzed systems."

(As will be discussed infra., metal catalyzed activity means the ability of

proanthocyanidins to inhibit tissue degrading enzymes which are copper

dependent [e.g., collgenase] and thereby protect various connective tissues.  This

author speculates that this metal-binding ability probably applies as well to the

ferric-dependent Fenton and Haber-Weiss reactions which generate free iron

which produces hydroxyl radical from $O_2^-$.  Non-metal catalyzed activity is the

ability to quench ROS (reactive oxygen species) such as $O_2\bullet$ and $OH\bullet$ or quench

radical-initiated chain lipoperoxidation.  The 360 patent fails to specify whether

the FRS activity claimed is metal catalyzed.)

The significance for flavanols (from monomers to proanthocyanidins) of

Pratt's observation regarding FRS becomes clearer in his following paragraphs:

> "All flavonoids with the 3',4'-dihydroxy configuration possess

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page twenty four

antioxidant activity....  Hydroxylation of the B ring is a major consideration

for antioxidant activity."


Pratt refers to 3 prime and 4 prime molecules which can denominate the

flavan *monomers* with hydroxylated C rings but which can also include

proanthocyanidins, but then he returns his discussion to the B ring to identify the

more functional antioxidant hydroxyl structure.  The structure of OPCs and their

monomers having been long established as including a hydroxylated B ring, the

subsequent observation that such a structure is "a major consideration for

antioxidant activity" precludes any claim of "discovery" by Masquelier.  Pratt

further states:


"The position and degree of hydroxylation is of primary importance

in determining antioxidant activity.  There is general agreement that

orthodihydroxylation of the B ring contributes markedly to the antioxidant

activity of flavonoids."


He cites seven papers between 1953 and 1965.  (In using "flavonoids,"

Pratt specifies the flavanol-distinctive 3'-4'-dihydroxy configuration and the

hydroxylated B ring.)  It was already understood that multiple hydroxyl groups

increased the antioxidant reducing capacity -- free radical scavenging -- of a

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page twenty five

molecule, and OPCs were noted for their structure as containing multiple OH groups.  Pratt's observations exemplify Medovar's principle published eight years prior.  The significance of the site of hydroxylation was also studied by Lea and Swoboda (1956), Simpson (1956), Mehta and Seshadri (1959) and Uri (1961).

Pratt makes quite clear that he considers antioxidant activity, i.e., free radical acceptance, as the *sine quo non* -- "the major value" -- of flavanols and that they are endowed with the requisite configuration to perform FRS.

Ironically, Pratt (*Op cit.*) anticipates Masquelier's true claim to fame, an extract from trees:  "Perhaps the greatest potential source of flavonoids for food antioxidants is from wood as a by-product of lumber and pulping operations." (Pratt at 11 citing Hergert and Kirth, 1952 *Tappi*, 35:59; Kirth 1953, *Ind Eng Chem*, 45:2096; and Anon., 1958, *Chem Eng. News*, 36(7):58.)

The general characteristics and the history of polyphenol research was reviewed extensively by Bors W *et al., 1990,* "Flavonoids as Antioxidants: Determination of Radical-Scavenging Efficiencies," *Methods in Enzymology,* 186:343-55;  (see also *Free Rad Res Comm*, 1987, 2 (4-6):289 94).  Though

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page twenty six

published in 1990, to support his review of "radical scavenging efficiency," Bors'
*Enzymology* paper cites Slabbert's (1977) discussion of procyanidin B ring
trapping.  What is not explicitly prior art in Slabbert, is at least obviousness as
elucidated by Bors.

Bors cites the authority of NP Slabbert (1977, *Tetrahedron,* Íonisation of
some flavanols and dihydroflavonols," 33:821-4) in identifying:

"[T]hree structural groups [that] are important determinants for radical
scavenging and/or antioxidant  potential: (a) the o-dihydroxy (catechol)
structure in the B ring, which is the obvious radical target site for all
flavonoids with a saturated 2,3-bond (flavan-3-ols, flavanones ...).  (c) the
additional presence of both 3- and 5-hydroxyl groups for maximal radical-
scavenging potential and strongest radical absorption (from a kinetic
standpoint, the 3- and 5-hydroxyl groups are equivalent owing to their

hydrogen bonds with the keto group)." [Proanthocyanids have OH groups
in the 3 and 5 positions.]
Bors at 353, 354.  (Parenthetical is original.)

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page twenty seven

Bors deftly summarizes the complex chemical equations in the Slabbert paper. Bors' lucid prose makes clear that Slabbert's 1977 discussion of ionisation constants, etc., is sweeping in its scope against the patent: Radical trapping by the B ring with the specific example of flavan-3-ols -- which is structurally representative of the entire class of flavanols, including the proanthocyanidins -- if not literally prior art, is at least overwhelming obviousness.

It must be borne in mind during this entire discussion of structure-as-function that Masquelier first proposed "Pycnogenol" as a *generic*, trivial substitute name for condensed flavanols -- PACs -- but it became synonymous with a mixture also containing flavan-3-ol monomers. Simply put, the monomers and PACs reside in the same mixture and share equivalent structure and functionality.

Having established the existence of pre-1985 publications concerning the effect of the molecular structure of flavanols (the orthodihydroxylation [or catechol structure] of the B ring as scavengers), Jarrow Formulas proceeds to a discussion of direct observations of FRS involving the subject class of polyphenols.

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page twenty eight

3. <u>Studies of FRS by flavan-3-ols and proanthocyanidins</u>.

   a. <u>The Patent Office's citation of the Maridonneau paper, while not inappropriate, misses the substantial existing art on flavanols, and Masquelier's response constitutes contrivance, and his subsequent failure to reveal existing art on flavanols -- which is directly related to the substance of the Maridonneau paper -- appears to rise to the level of defrauding the U.S. Patent Office</u>.

The overwhelming paucity of the 360's cited art betrays Masquelier's utterly disingenous "disclosures" as being little more than stonewalling.  The patent examiner cited Maridonneau *et al.* (*supra.*) as the basis for his rejection of the 360 for obviousness.  Masquelier used the Maridonneau papers as a fortuitous opportunity to use flavonoids as a red herring to mislead and distract the examiner:  Masquelier's "response" focuses more on flavonoids than it does on flavanols.

Some background on the Maridonneau paper is instructive.  One of the co-authors of the Maridonneau paper is Pierre Braquet, who during the '70s was a student of Masquelier's.  During that time, Braquet and other co-students -- *not*

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page twenty nine

Masquelier -- discovered that the major function of flavonoids was antioxidant free radical scavenging.  The cited Maridonneau paper studied the FRS effect of anthocyanidins (flavonoids) in a bilberry extract.  The gist of the Maridonneau paper is to claim that FRS is bilberry's mode of efficacy.

The patent examiner's citation of Maridonneau was not that far afield.  As will be seen, Masquelier's counter that the difference between an anthocyanidin and a *pro*anthocyanidin is "surprising," unique, and patent-worthy appears to have been intellectually dishonest and smacks of taking credit for the work of his former students by misapplying it:  In other words, Masquelier's claim of discovering the mode of efficacy for flavanols must provoke an opinion of utter dishonesty considering the work of Maridonneau, his former student and renowned researcher Pierre Braquet, and other notables.

Masquelier's statement in this regard must be seen for what it is:  "The body of science concerns flavonoids.  It's wrong to confuse that with procyanidins, which science I've developed."  (The latter claim is quite open to challenge since none of these molecules was characterized by him.)

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirty

The totality of Masquelier's response to the patent examiner constitutes little more than an averment that whatever was *known* to be true about flavonoids (anthocyanidins) is even more true about flavanols (proanthocyanidins). Further, whatever science Masquelier claims to have "developed" must be decreased by what was known from the various other researchers of the basic science questions such as nomenclature, molecular structure, antioxidant and free radical trapping, and -- most importantly -- the general relationship between molecular structure and anti-radical function.

Rather than being "wrong" to confuse flavonoids with procyanidins, the science on flavonoids is illuminating of procyanidins -- bearing in mind that researchers often used the term "flavonoids" in a broad, generic sense that includes the flavanols. Indeed, it was Masquelier who sought to sow confusion.

Regarding the body of the science of flavanols, it concerned at the time mostly of flavans -- the monomers. Masquelier no more dealt with the enormous literature on catechin FRS effects than he dealt with the functionality of the B ring catechol structures -- from monomers to oligomers. Masquelier went on to selectively quote, compare and "demonstrate" his way to approval after two

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirty one

rejections for obviousness -- all based on a comparison to an *expired* bilberry

product.


Masquelier contrasted his "novel" procyanidin compound -- pine bark

extract (while claiming patent rights over other OPC-containing plants!) -- to

bilberry -- an *expired* bottle of bilberry at that!  Would his application have fared

as well using a fresh bottle of bilberry, or, more pointedly, an existing hawthorn

extract given the literature on hawthorn and OPC? (See *infra*.)  The Maridonneau

paper (*supra*.) was co-authored by Pierre Braquet who co-authored the 1981

*Proceedings* paper following Maridonneau's which also examined bilberry and

other flavonoids ("Comparison of the scavenger effect of bilberry

anthocyanosides with various flavonoids," pp. 437-42).  The study includes an

evaluation of the radical scavenging ability of the flavan-3-ols catechin and

epicatechin against superoxide ($O_2-$):


> "-the most antioxidant flavonoids were...catechin,
>
> epicatechin...." (pg. 438)


> "It appears from these studies that 3-hydroxylation,
>
> metahydroxylation of nucleus A and orthohydroxylation

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirty two

of nucleus B are essential to their activity."  (pg. 441)

Salvayre, co-author Braquet, *et al*, state at 437:

"Hypoxia factors can augment the tissular (sic) concentration

of superoxide ion and/or of very reactive radical forms (cites

omitted) and alkoxy-radicals (cites omitted) in cell membranes

induces severe functional perturbations, *for instance permeability*

(cite omitted) or increased uptake of lipoproteins, *which are*

*atherosclerosis-inducing factors.  These disorders can be cured*

*by using antioxidant substances capable of opposing the lipid*

*peroxide formation* (cites omitted) and settling on the membranes

(cite omitted).  So we tested *in vitro* the protective effect against

the superoxide ion of anthocyanosides and various flavonoids."

(Emphasis added.)

The use of "flavonoid" as inept nomenclature aside, this paper co-authored

by Braquet explicitly pre-dates Masquelier regarding diseases, mechanisms and

treatment by polyphenols in the flavanol family.  It becomes difficult to view the

360 as anything other than intellectual theft:  Masquelier's "rejection" of catechin

and epicatechin as being "unstable" (they are not) may justify the 407 patents'

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirty three

claim (in 1969) for the extraction of pine bark, but it cannot be dragged on stage

to perform -- or fail to perform -- regarding the 360's claim for FRS: The

catechins -- stable or not -- present a stableful of molecules that render flavanols,

as an entire class, obvious radical scavengers.

Masquelier's selective bibliography overlooked another 1981 *Proceedings*

paper (Siegers C-P and Younes M, "Effects of bioflavonoids on lipid peroxidation

induced by glutathione depletion," pp. 403-9). Liver cell homogenates were

prepared from GSH-depleted rats, and various flavonoids including catechin and

epicatechin were tested for their ability to inhibit lipid peroxidation in the

homogenates:

"In conclusion, it must be assumed that all flavonoids tested are well

able to inhibit the enhanced spontaneous lipid peroxidation. The

3',4'-dihydroxy-structure in connection with the aromatic ring seems

to be of major importance for the effectiveness of these compounds....

These antioxidant effects must be considered in connection with the

hepatoprotective or anti-inflammatory activities of these compounds."

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirty four

The above study concerns lipoperoxidation and demonstrates lipophilic radical scavenging.

Again, in the 1981 *Proceedings,* Baumann *et al.,* ("Flavonoids and arachidonic acid metabolism," pp. 411-9) investigate the influence of various flavonoids on arachidonic acid lipid peroxidation including inhibition of prostaglandins and cyclo- and lipooxygenase. It was understood in 1981 that the arachindonate cascade and the generation of prostaglandins was free radical oxidation-dependent. In the closing remarks (pg. 418) on interactions of arachidonate and superoxide free radical ($O_2-$), Baumann states:

"B: Inhibitory efficacy [of lipoxygenase] is enhanced by....

b) 3,'4-dihydroxy substitution of the B-ring."

"Oxygen radicals are generated as by-products of the cyclo-oxygenase and lipoxygenase pathway and are also supposed to be involved in the inflammatory response.... Since several flavonoids are known to possess radical scavenging properties, we had tried to correlate flavonoid structures and their $O_2-$ radical scavenging activities.

INC vs Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirty five

"Most active were flavonoids with catechol configuration in the

A-ring and B-ring [citing Baumann *et al.*, 1980, (see following).

Such flavonoids also inhibit both the cyclo-oxygenase and

lipoxygenase pathway."

Again, use of the term "flavonoids" is generic but the discussion clarifies

the matter of nomenclature as referring to the flavanols. The structures

described by Baumann are inclusive of the flavanols from monomers to

condensed PACs. Another Baumann paper (1980, *Archiv. Pharm.*,

"Prostaglandin synthetase inhibition by flavonoids and phenolic compounds in

relation to their $O_2$-•-Scavenging properties," 313, 330-7) confirms the "strong"

radical scavenging effects of the o-dihydroxy structure. The anti-lipid

peroxidation effects reported by Baumann supersede any claim of discovery of an

anti-carcinogenesis mechanism in the 360.

The "Pycnogenol" *mixture* of Masquelier is a combination of flavanols

ranging from monomers to oligomers. The mixture must be viewed as a whole:

The FRS of the proanthocyanidins is the predictable activity of molecules that are

simply polymerizations of smaller FRSs: The surprise would be if the linking of

two scavengers negated the activity. Rather, it is no surprise that the most potent

flavanolic scavengers are the smaller, more bioavailable, pre-oligomer molecules

INC vs Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirty six

called dimers, the modest condensation of just two monomers.  Again, Masquelier is disingenous on this point:  While commercially popularizing the longer-chained OPCs, his patent slyly refers only to "proanthocyanidins, " which term is appropriate use for all flavanols from the smaller dimers but also for certain monomers (see *infra*.)  Does Masquelier contend that the FRS effect of the monomers in his mixture is irrelevant?  Or does he concede that they are intrinsic to and typical of the entire class of pycnogenols?  Why does Masquelier focus on procyanidins -- and the 360's casual reader's mistaken assumption may be that only condensed oligomeric molecules are pertinent -- when the mixture contains active monomers also?  Because Masquelier wished to avoid the overwhelming problem's of obviousness and prior art.  Disclosure of molecular structures and the free radical scavenging of monomers both procyanidolic and not, would have immediately raised obviousness.


Four additional pre-1985 papers provide conclusive data that the catechin (flavan monomer) molecule was being actively studied for its FRS capacity:


Videla LA, 1983, "Assessment of the scavenging action of reduced glutathione, (+)-cyanidanol-3 [catechin] and ethanol by the chemiluminescent response of the xanthine oxidase reaction," *Experientia*, 39:500-2;

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirty seven

Danni O, Sawyer BC, Slater TF, 1977, "Effects of (+)-catechin in vitro and in vivo on disturbances produced in rat liver endoplasmic reticulum by carbon tetrachloride," *Biochem Soc Trans*, 5: 1029-30;

Pignatelli B, Bereziat JC, Descotes G, Bartsch H, 1982, "Catalysis of nitrosation *in vitro* and *in vivo* in rats by catechin and resorcinol and inhibition by chlorogenic acid," *Carcinogenesis*, 3: 1045-49;

Steele CM, Lalies M, Ioannides C, 1985, "Inhibition of the mutagenicity of aromatic amines by the plant flavonoid catechin," *Cancer Res*, 45: 3573-77.

b) <u>In addition to the obviousness of flavan-3-ols and their condensations as FRSs, specific art exists on PACs as FRSs.</u>

Nozaki K. *et al.*, 1984, "Antioxidant activities of phenolic compounds from seeds and skin of 33 grape varieties," *Japanese Inst. Enology Vitacul.* (Yamanashi University, Kofu, Japan) 19:29-38, concerns the antioxidant activity of the very product Jarrow Formulas vends, *Vitis vinifera*. The Nozaki paper (translation at pg. 11) describes a "flavonoid fraction" that "developed a red color by the vanillin-HCL reaction" [Bate-Smith]. Nozaki consistently refers to grape-

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirty eight

derived PACs as "flavonoids" while delineating three categories of

polyphenols in his study:  1) catechins, 2) flavonoids (including PACs), and

3) tannins.  Nozaki's paper is rife with specific art on the subject of FRS by

PACs.  It must first be understood that though he does not specifically use

the term "PAC," and he uses "flavonoids" interchangeably between the

anthocyanidins in grape *skin* and the PACs in grape *seed*, Nozaki's

paper nevertheless presents graphic prior art:  By meticulously separating

and analyzing the different classes of polyphenols from 33 varieties of

grapes and seeds, Nozaki thoroughly documents the issue.


His work is particularly significant because grape pips contain no --

or virtually no -- "bioflavonoids" or anthocyanins.  Grape pip polyphenolic

contents are most   specific to the 360 patent:  Grape pips contain

predominately condensed flavanols, or PACs,   and lesser amounts of

catechin monomers and tannin polymers.  Nozaki carefully differentiates

between catechin monomers and *tannin* polymers (while he presents data

on FRS activity for all three classes).  The remaining compounds he

groups as "flavonoids," but there is no mistaking the correct nomenclature

of the compounds he tests:  Proanthocyanidins, the red-yielding

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirty nine

components referred to on pg. 11 of the translation which describe the

red reaction to acid.

In fact, Nozaki states of the *seed* extracts:

"Antioxidant activities were observed even when the catechin and

epicatechin content was substantially zero, and some samples

showed a relatively high antioxidant activity at high flavonoid

contents. *It is presumed from these facts that other flavonoids than*

*catechin and epicatechin may exhibit antioxidant activity.*"

(Emphasis added.)

Nozaki's study uses a lipoperoxide challenge to linoleic fatty acid

and reports on the degree of lipoperoxide radical quenching by various

polyphenols. The polyphenols were extracted from 33 varieties of grapes

using both seeds and skins. After determining total polyphenols of each

pip and skin (66 categories), he painstakingly separated all 66 samples

into 3 further subdivisions: catechins, "flavonoids," and tannins.

(The "flavonoids" classification seems to have been based upon

molecular weight since Nozaki does not differentiate between the colorless

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page forty

*pro*anthocyanidins and the brightly pigmented anthocyanidins Bioavailability is not at issue in Nozaki's paper and so there was no particular reason -- nor an oversight -- in not further subdividing the flavanols from the bioflavonoids, but Nozaki did perform the requisite Bate-Smith test to demonstrate the presence of PACs.)

Commercial D-(+)-catechin was used as the antioxidant (lipoperoxide radical scavenging) standard, and each of the components extracted from the 33 seeds and 33 skins was measured for its AOX activity in comparison to the commercial standard. What was the commercial standard for FRS in this 1984 paper? Catechin, the flavan-3-ol monomer.

The 360 patent (at 5:51) references "lipid peroxidation" in relation to carinogenesis. The peroxide value challenge in a lipophilic system employed by Nozaki establishes FRS for all relevant subclasses of flavanols -- which confirms the issue of obviousness discussed *supra*. The Nozaki paper was published and available in the United States in 1984. Neither should it be discounted that the Nozaki paper is in an enology journal and much of Masquelier's work was in the wine industry.

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page forty one

The product sold by Jarrow Formulas was presaged by Nozaki and the

360 patent is utterly defeated.

Thus, the monomers are a fundamental problem for Masquelier's

claim of radical scavenging by PACs since monomers were already known

to be scavengers:  And one class of monomers were also known to be

PACs:

"The terminology of *leucoanthocyanidin* was reserved

(Weinges *et al.*, 1969) for the monomeric proanthocyanidins such

as the phenolic flavan-3,4-diols and the name condensed

proanthocyanidin for the various flavan-3-ol dimers and

higher oligomers which, on the basis of present evidence, constitute

the overwhelming majority of proanthocyanidins found in plants."

(At 417-8.)  Haslam E. *Proanthocyanidins* (Chapter 7) in:  "The Flavonoids:

Advances in Research."  Harborn JB and Marby TJ, eds. 1982,

Chapman and Hall; New York, pp. 417-47.

See also Haslam, pg. 424 which states:

"The hallmark of phenolic flavan-3,4-diols is their

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page forty two

partial (up to 50%) conversion with hot mineral acid to

the corresponding anthocyanidin."  (citing Robertson AV,

1959, *Can J. Chem*, 37:1946).


The 360 patent describes " a plant extract with a

proanthocyanidin content as therapeutic agent with radical scavenger

effect."  360 does not specify "oligomeric" PACs; 360 does not specify

PACs derived from condensed catechin-type monomers; 360 does not

differentiate between monomeric or condensed proanthocyanidins.

Baumann, Haslam and other authors are clearly fatal to the 360.

Whatever claim is not disallowable due to specific prior art, that claim

must, in the aggregate also fall from obviousness.


2. Patent claims of bioavailability and pre-existing product.


It belabors the point to state that publications of pharmacological

effects are *prima facie* evidence of bioavailability.  To contend

otherwise is pettifoggery. The bioavailability of flavanol compounds,

including OPCs, was already known at the time of the patent.  Flavanols

even strongly appear to have been the molecules intended by the

designation   Vitamin P by Szent-Gyorgyi, the discoverer of Vitamin C