INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page forty three

(Randoin, 1920; Bentsath A, Rusznyak S and Szent-Gyorgi A, 1937, *Nature*, 139, 326). Endotelon, an OPC-based pharmaceutical was labeled for treatment of the microcirculation. The literature on Endotelon was undoubtedly published in the United States though this product was sold in Europe. A modest review of effects/bioavailability is preferred:

Beginning with the monomers, biological effects were known. Due largely to the interest in green tea, the antioxidant capabilities and metabolism of the flavanol monomers -- catechin, epicatechin, catechin gallate, epigallocatechin gallate -- were well studied, published and understood by the early 1980s. To claim that the metabolism or scavenging capabilities of the condensed flavanols -- the procyanidins or OPCs -- were somehow mysteriously distant in understanding from either class of monomers and represented a surprise in the art would be flimflammery: To assert that oxidative linkage (condensation) of the monomers -- resulting in further hydroxylated dimers and trimers, etc. -- would yield a "surprising " result would, as Lewis Carroll might have put it, "annoy the pig," so supercilious would be the contrivance.

The bioavailability and metabolism of the monomers was as well understood as their molecular structure. Das NP, 1971, *Biochem. Pharmacol*,

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page forty four

"Studies on Flavonoid Metabolism:  Absorption and Metabolism of (+)-catechin in man," 20:3435-45; Sipos J et al.,  1984, *Int J Tiss Reac*, "Effect of (+)-cyanidinol-3 on receptor activity of lymphocytes and hepatocytes and on hepatocyte-lymphocyte conjugation in liver disease," VI(2): 145-54.

Further to his 1977 paper on the same subject, it is stated by Gendre, *et al.*, 1985, "Effet protecteur des oligomeres procyanidoliques sur la lathyrisme experimental chez le rat,"  *Annales Pharmaceutiques Francaises*, 43(1): 61-71:

"Procyanidolic oligomers (extracted from grapes were tested for a preventive action against lathyric induced lesions.... All the treated rats [with OPCs and a toxin] have revealed arterial ultrastructures quite comparable with the normal ones....  The way in which this remarkable preventive action is to be done is unknown.  But the procyanidolic oligomers are supposed to stimulate cellular connective tissue biosytheis...."

Gendre's puzzlement over the molecular mechanism aside, the inhibition of lysine-oxidase (antilathyrogen effect that *prevents oxidation* of lysine into allysine and subsequent degeneration due to lathyrogens) was elucidated by

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page forty five

Cetta G *et al.* (1971, "Protective effect of flavonoid on the collagen of lathyric rat," *Experientia*, 27:1046-8); see also: Gendre P *et al.* (1977, "Etude Infrastructurale de l'action de certains flavonoides sur le lathyrisme experimental chez le rat," *Annis Pharm Fr.*, 35(5-6):61 - 71). All three studies cite the procyanidins/flavan-3-ols/flavan-3,4-diols. The prevention of the oxidation of lysine is an anti-oxygen effect, and therefore bioavailability of a metal chelator is self-evident.

Likewise, the inhibition by OPCs of hyaluronidase and elastase which act against connective tissue structure mucopolysaccharides was studied by Jonadet M *et al.* (1977, " Catechines et oligomeres flavanoliques du Cupressus semper Vireus L. Activities inhibitrices vis-a-vis de l'elastase in vitro et activities angioprotectrices comparees in vivo." *Annis Pharm Fr.*, 42(2):117-913).

Thus, Roger CR (1988, "The nutritional incidence of flavonoids: Some physiological and metabolic consideration," *Experientia*, 44(9):725- 33) concludes:

> "These activities appear to be the result of the antioxidizing activity of the flavonoids and their capacity to form complexes with metals, particularly with copper, which is necessary for the efficient activity of the above-mentioned enzymes." (Roger at 727.)

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page forty six

Roger describes an antioxidant cascade whereby chelating to copper prevents the initiation of a radical cascade. This effect was known for at least ten years. Roger's paper explains that this effect is an antioxidative mechanism, but the issue of obviousness predates Roger's 1988 publication.

An additional antioxidant role of flavan-3-ols that might be unique to them while other flavonoids are unable to participate along with PACs is the reduction of dehydroascorbic acid (DHAA, oxidized vitamin C). (This redox potential of PACs could be the basis for once having considered it the vitamin P which was attributed to be the secondary anti-scurvy factor.) The restoration of vitamin C from DHAA is described by Regnault RC (1982, "Reduction de l'acide dehydroascorbique par les thiols en presence de biocatalyseurs: etude polarographique," *Int J Vit Res*, 52:159-68.) This is an antioxidant reducing effect other than radical trapping. It is not, however, a "discovery" in the art that a reducing agent would also have scavenging capacity. The latter frequently entails the capacity to do the former.

Bioavailability was self-evident and it was well published by the early 1980s. Reviews including the subject of metabolism were published by Griffiths

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page forty seven

LA (1982, "Mammalian Metabolism of Flavonoids, in: The Flavonoids: Advances in Research," pp. 681-718, eds J.B. Harbone and T.J. Mabry, Chapman Hall, London); Hacklett AM (1986, "The Metabolism of flavonoid compounds in mammals," in: Plants, Flavonoids in Biology and Medicine: Biochemical, Pharmocological and Structure Relationships, pp. 174-194. Eds V. Cody *et al.,* Alan Riss, Inc., New York.

Leng-Levy J and Masquelier J, 1968 Oct., "Renewal in protective vascular therapy." *Semaine Therapeutique,* 44(8):460-1; Masquelier J *et al.,* 1967 Jan., "Current vitamin P therapy and diabetic retinitis." *Bulletin des Societies D'Opthalamologie de France.* 67(1):204-9.

Masquelier himself had pre-published on biological effects and therefore on bioavailability because it was a known phenomena. As to Masquelier's claims of cardiac protection or antiatherogensis, these claims had already been published for OPCs:

Rewerski VW et al., 1971, "Some pharmacological properties of oligomeric procyanidins isolated from hawthorn *Crataegus oxyacantha.*" *Arzneimittel - Forschung.* 21(6): 886-8.

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page forty eight

A decade later, Rewerski's work is cited in a paper on the same subject by Nikolov at the 1981 symposium in Hungary. (*Infra*.); Roddewig C and Hensel H. 1977. "Reaction of local myocardial blood flow in non-anesthetized dogs and anesthetized cats to the oral and parental administration of a *Crateagus* fraction (oligmere procynidines)." *Arzneimittel-Furschung*. 27(7):1407-10. [Note: language of "OPC fraction."]

It seems hardly a defensible position for Masquelier to admit that hawthorn may be administered for its OPC content to treat hypoxia due to restricted blood flow, *etc.*, but then to *restrict* any claim for the mode of efficacy, i.e., antioxidant FRS effect, particularly when the antioxidant capacity of OPCs was already known, as was the FRS effect of antioxidants on hypoxia and repercussion injury.

Another paper "overlooked" by Masquelier from the same 1981 *Hungarian Proceedings* as the patent's cited Maridonneau paper is N. Nikolov *et al.*, "Recent investigations of Crataegus flavonoids," which states:

"*Crataegus* flavonoids participate significantly in the cardiac effects of hawthorn extracts. First a cardioprotective heptahydroxyflavan glycoside was found (citing Bersin *et al.*, 1955), which is a

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page forty nine

component of the preparation "Eurhyton" (Hausmann) (citing Engelking *et al.*, 1958). According to other authors, a compound isolable from *Crataegus* extract by acid treatment [Bate-Smith, which identifies PACs] is the factor responsible for the beneficial effect due to increased coronary flow caused by the dilation of blood vessels (Hahn, 1960). This product should be a poly-condensation product [OPCs] of flavan units [the flavanol monomers] (citing Boser *et al.*, 1962). It has been pointed out (citing Rewerski *et al.*, 1967; Lewak *et al.*, 1970) that flavan polymers [procyanidins] isolated from the leaves of hawthorn have remarkable prolonged hypotensive and cardiotonic effects. With oligomeric procyanidins, isolated from *Crataegus* leaves, hypotensive and body temperature decreasing effects were detected (citing Rewerski *et al.*, 1971)."

Rewerski specifically cites PACs as the active, bioavailable components in hawthorn.

Other articles post-date the patent but are reviews and their references and substance pre-dates the 360 patent:

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page fifty

Boissin JP *et al.*, 1988 Feb, "Chorioretinal circulation and dazzling:  Use of procyanidol oligomers (Endotelon*)." Bull des Soc Ophtal de France,*  88(2):173-4.

The use of Endoleton predates the patent date of April 1985.

Codget J, 1988 Apr-Jun, "Medical and surgical therapies: Their respective indications in lymphedema." *Phebologie.*  41(2): 359-69, stating:

The treatment of lymphadema, medical or surgical remains a difficult one...procyanoside oligomers are the most prescribed."

This prescriptive activity predates the patent.

Brasseur T, 1989 Nov-Dec, "Flavonoids as Medicines.*" J de Pharmacie de Belgique,* 44(6):403-10.  Brasseur's review cites procyanindin containing medicines that pre-date the 360 patent.

An early work on monomers and procyanidins is by Lavollay J and

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page fifty

Boissin JP *et al.*, 1988 Feb, "Chorioretinal circulation and dazzling:  Use of procyanidol oligomers (Endotelon*)." Bull des Soc Ophtal de France*,  88(2):173-4.

The use of Endoleton predates the patent date of April 1985.

Codget J, 1988 Apr-Jun, "Medical and surgical therapies: Their respective indications in lymphedema." *Phebologie.*  41(2): 359-69, stating:

The treatment of lymphadema, medical or surgical remains a difficult one...procyanoside oligomers are the most prescribed."

This prescriptive activity predates the patent.

Brasseur T, 1989 Nov-Dec, "Flavonoids as Medicines." *J de Pharmacie de Belgique*, 44(6):403-10.  Brasseur's review cites procyanindin containing medicines that pre-date the 360 patent.

An early work on monomers and procyanidins is by Lavollay J and

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page fifty one

Neumann J, "Problems posed by the activity of certain flavonoids on vascular resistance," in: The Pharmacology of Plant Phenolics, Proceedings of a Symposium Held in Oxford April 1958, J.W. Fairbairn, ed., Academic Press, 1959, New York, pp. 103-22. (At the same symposium, Masquelier presented a paper on "The bactericidal action of certain phenolics of grapes and wine.")

Even Masquelier's cancer claim was anticipated by prior art in a paper on the herb Uncaria (cat's claw) which author S. Montenegro de Matta mentions contains PACs and has a reputed antitumor activity (1975, "Alkaloids and procyanidins of an *Uncaria* sp. from Peru." *Il Farmaco*, 31(7):527-35.

### 3. Claim that mode of efficacy is AOX/FRS activity

Having established prior art that OPCs were known to be free radical scavenging antioxidants and that the biological effects of OPCs were known to be antioxidant related, Masquelier and Schwitters have a further problem: Masquelier did not discover the concept of free radical pathology and antioxidant adaptation. Numerous authors precede him: Richard Passwater (1980, "Selenium As Food and Medicine"); Del Maestro RF *et al.*, (1980, "Free radicals as mediators of tissue injury," *Acta Physiol Scand., Supp.* 492-43-57) and:

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page fifty two

Rolando F. Del Maestro *et al.*, (1982) concludes:

It is suggested that the permeability changes and resultant edema observed during release of $O^-_2$ from activated polymorphonuclear leukocytes and other cells.  This results in further generation of HO. and possibly $O^-_2$ which may mediate the cellular and bipolymer damage resulting in altered microvascular permeability." ("Role of superoxide anion radicals in microvascular permeability and leukocyte behavior," *Canadian J, Phys Pharm*, 60 (11):1406-14.)  [OH• is hydroxyl radical and $O_2$-is superoxide radical.]

There is no patentable surprise that antioxidants scavenge radicals; there is no lack of prior art that procyanidins are antioxidants.  To "discover" that PACs scavenge radicals as their pharmacological mode of action is to state the obvious to anyone versed in the art.

Conclusion re 360 Patent

To summarize what was known about flavanols by 1985:

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page fifty three

1. OPCs were discovered in 1920 by Rosenheim.

2. The structure of OPCs was elucidated by Weinge (Germany) by 1962.

3. By the 1960s if not before, it was understood that PACs are condensations of flavan-3-ols (catechin, epicatechin) and flavan-3,4-diols (leucoanthocyanidins), though the latter were also known to be PACs as well.

4. Masquelier's 1969 407 patent uses the term hydroxy-flavan 3,4-diols to describe the entire class of flavanols from monomers and PACs through condensed tannins. The 407 identifies the molecules of interest to be "in particular" the monomers up to the pentamers. 16 years before filing the 360, the 407 in 1969 describes flavanols as a single class with a basically common structure, particularly hydroxylated B rings.

5. The commonality of structure and function of the hydroxy-flavan 3,4-diols (from monomers through *all* polymer linkages)

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996  -- page fifty four

described in the 407 in 1969 is abandoned in the 1987 360

patent when the term "proanthocyanidin" is used exclusively

to deflect attention away from the monomers and to avoid the

well-proven activity of FRS by the monomers.  This is particularly

significant because the 407 describes the monomers and

proanthocyanidins as having a "close chemical link."


6.  The 407 patent claims a method to extract hydroxyflavan

3,4-diols and their use, particularly "PACs" to treat abnormal

capillary fragility and permeability, which use was known by

1942 (Lavollay).  The 1987 360 patent constitutes a fraudulent

extension of the 1969 407 patent in that the 360 merely claims

discovery of an already-known mechanism:  free radical

scavenging by PACs (and monomers) and other duplicates

the 407.


7.  It was reiterated in 1962 (Weinge) and 1977 (Pratt) from still

earlier work that hydroxylation of the B ring determines the

antioxidant activity including FRS of flavans and flavanols.

It was published in Russia (Medovar; 1967) that the antioxidant

activity of *any* flavonoid, which nomenclature includes the

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page fifty five

flavanols, could be predicted from it molecular structure.

8. It was known that flavans and flavanols have a hydroxylated B ring which has FRS activity. It is also stated in Masquelier's 1969 407 patent that *all* hydroxyflavan 3,4-diols have B rings.

9. It was known that monomers were free radical scavengers due to their B rings and that the condensation of monomers *increases* hydroxylation of the B ring. Therefore, PACs were known to have multiple OH groups on their B rings and would be expected to maintain FRS activity.

10. PACs were identified as the active component in hawthorn products already on the market. Hawthorn was and is used to treat circulatory problems.

11. Nozaki (1984) specifically demonstrated FRS effects against lipoperoxides by PACs from grape seeds. The 360 references "lipid peroxidation" in relation to carcinogenesis at 5:51.

12. The monomers and PACs were known to be bioavailable.

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page fifty six

13.  PACs were known to be cardioprotective and suspected to have anti-tumor effects.

14.  Masquelier failed to disclose to the Patent Office -- if not consciously concealed -- all of the above.

Speaking of prior art, it appears that Masquelier's patent in some sense "trespasses" on traditional folk medicine -- along with well-established phenolic chemistry.  It seems incongruous that Masquelier promotes his product by telling the ancient tale of French explorers rescued by Indians making pine bark tea and then turns around and claims a patent that might very well have prevented the legendary rescue of old.

Masquelier made no FRS discovery for proanthocyanidins:  He merely obfuscated what was known in order to gainsay the obvious.  He was less the scientist and more the frustrated entrepreneur when he wrote the patent. Masquelier's legitimate claim to fame was his pycogenols from pine bark, a novel name for a new source to the market of OPCs.  In the aggregate, Masquelier overreached himself and apparently deliberately misrepresented the science to the U. S. Patent Office.  If Masquelier did not omit by design, he was at the least incredulously incompetent.

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page fifty seven

In either event, the patent is not worth a paltry pittance.  The suit is moot.

Respectfully submitted:

JARROW FORMULAS, INC.

By_____
    Jarrow L. Rogovin, President

See following "Appendix - U.S. Patent No. 3,436,407"

Appendix re Patent No. 3,436,407

Date:  28 August 1996

The background description and discovery claims of the 1987 360 patent are most disturbing in light of Masquelier's own 1969 U.S. patent no. 3,436,407 ("the 407 patent" or "the 407").  Basically, the 407 patent claims a method of extracting flavanols, but other statements in the 407 render the 360 no more than an illegal extension of the first patent.

First, the 407 states that the "therapeutic indications" of the patented extract are treatment of capillary fragility and abnormal capillary permeability. Various polyphenol-based preparations were already being marketed, but the 407 distinguishes between these preparations by stating that the "flavonoids" of the hydroxyflavan 3,4-diols type are preferable to other "flavonoids," i.e., anthocyanidins.  (The science for this claim, however, can be traced to Lavollay and others who published in the 1940s and 1950s.)  The 360, at best, can claim only to have "discovered" the mechanism of efficacy:  Free radical scavenging. Not only is such a "discovery" an inadequate basis for another patent, but this mechanism was, essentially, known by 1985.  (See accompanying Addendum to 360 Patent.)

Second, the 407 and the 360 differ in little other than their style and nomenclature: stylistically -- and though not without problems -- the 407 is a more specific and scientifically written document. The 360 attempts to be more persuasive, to be more concerned with justifying its existence while eluding its origins in the 407.

It is the change in nomenclature, however, that defies explanation other than a finding of fraud on the part of Masquelier: The 407 consistently, and correctly, uses the term "hydroxyflavan 3,4-diols." The 407 agrees with the definitions used in JFI's 360 Patent Addendum herein, most particularly that the flavanols should be considered as a single class for purposes of basic structure and their associated FRS function. Accordingly, JFI states (360 Addendum, supra.) that Masquelier's exemplar product -- pine bark -- contains a flavanol mixture ranging from monomers to PACs that are dimers and oligomers if not polymers; that these very same flavanols from monomers through oligomers share a general, common molecular structure with the hydroxylated B ring being of particular significance for free radical scavenging; and that whatever was known about the monomers (FRS and bioavailability) could be presumed true of the various polymers. Thus, the voice of the 407 becomes chillingly telling:

"The present invention has essentially as object a process of extraction of hydroxyflavan 3,4-diols which enables these substances to be obtained undegraded.  In plants the hydroxyflavan 3,4-diols exist in the form of *complex mixtures including all degrees of polymerisation ranging from monomers to condensed polymers* of the phlobaphene type [condensed tannins], and the process according to the invention has the advantage of isolating the less polymerised forms of the hydroxyflavan 3,4-diols, *compromising in particular the monomer, the dimers, trimers, tetramers and pentamers.*  (Emphasis added.)

"The hydroxyflavan 3,4-diols have the following general formula:



where *rings A and/or B are substituted with one or more hydroxy-groups.  The preferred compound is tetrahydroxy 5,7,3',4'-flavan 3,4-diol, having the formula:*



(Emphasis added.)  407 Patent at 1:67-2:42.

Using scientifically correct nomenclature, the 407 treats the entire flavanolic class as sharing distinct and important features and though the dimer (5,7,3'4', etc.) is preferred, neither that PAC nor any other is distinguished from the monomer in its essential structure or function. Indeed, they are acknowledged for their commonality and the monomers are described as being part of the "advantage" afforded by the patented method.

It becomes apparent why the 360 Patent deliberately lacks precision. The more trivial, less scientific term "proanthocyanidins" -- which pragmatically encompasses the broader range of molecules than just the dimers preferred in the 407 -- in the 360 is substituted for the 407's terminology: hydroxyflavan 3,4-diols. The 407 uses the term hydroxyflavan 3,4-diols in a broad, inclusive way including diagrams such that statements regarding the functionality of the monomers would include the condensations of the monomers. (The 407 tries to elude this problem by creating a false paradigm of pragmatism: Monomers [i.e., catechins] are "unstable." But this argument merely begs the issue of what molecules one actually finds in an extract, *not* whether monomers, when found, behave differently as free radical scavengers from their condensations.)

As stated in the 360 Addendum, the 360 relies on a sleight of kitchen chemistry: turning a powder red with a little warm-acid. The 360 uses the term

407 Appendix
28 August 1996 -- page five

proanthocyanidin (cyan means red) exclusively in an obvious effort to distract attention from what was known about monomers, etc.

The argument in the 407 is misplaced when it is repeated in the 360:  That flavanols are preferrable to flavonoids.*  (The issue is not which molecule is preferable but whether Masquelier discovered in 1985 that flavans/flavanols are free radical scavengers.)  Regarding the role of bioflavonoids, the 407 seems to contradict itself and the 360:

"The therapeutic indications of tetrahydroxy 5,7,3',4'-flavan 3,4-diol are those of the bioflavanoids (sic) or vitamin P factors in general, that is to say for the treatment of the under-mentioned disorders or diseases [capillary fragility and abnormal permeability]." 407 at 4:38-41.

"The advantage of the utilisation of tetrahydroxy 5,7,3',4'-flavan 3,4-diol in human therapeutics, as compared with other hydroxyflavan diols, arise from the properties of the new compound used as an active product, that is to

*Lavollay and others, not Masquelier, discovered that the flavan monomer catechin had the most vascular protective effect.

leas of others as its

':... More intense vascular action than that

ɔflavanoids (sic)....

7.

ɪn. The 407 implicitly

ɪnoids and another PAC-

ions of bioflavonoids and flavanols are the same in

n 1985 if flavanols were also preferred in 1969?

ɪ therapeutic indication for the dimers but not the

es was in the literature

ers were actually proven and published?  At 4:73-5:7

ɪners was known (and

ɘs a completely nonsensical statement:  The

nd the 407 recognizes

ɪpared to *other* hydroxyflavan diols

ɪds including the

superior efficacy to...."the usual bioflavonoids"!

ɪtatement is ultimately *not* supported by the 407's

l formula [diagram omitted] where rings A and/or B

orted to be

ɔre hydroxy-groups."*  Whether Masquelier prefers

ɪstability catechin

Nhat is inescapable is that Masquelier's 407 has

ɔses. *However,*

ɪ on his patent world and the 360 is exposed as a

*of vegetable*

ɘchin: these are

flavan 3-ols, while

ic approach to the hydroxyflavans opens the door

ɪs."

ɪe anti-radical molecules *in vivo* are the monomers

t 5:52-8 cites Lavollay on this issue), but the issue

e is the most potent scavenger is not dispositive of

s the foreknowledge of *any* radical scavenging by

t voids the 360.  See the extensive discussion of

ɘndum at page 16 *et seq.*

407 Appendix
28 August 1996 -- page three

"The present invention has essentially as object a process

of *extraction of hydroxyflavan 3,4-diols which enables these substances*

*to be obtained undegraded.*  In plants the hydroxyflavan 3,4-diols exist in

the form of *complex mixtures including all degrees of polymerisation*

*ranging from monomers to condensed polymers* of the phlobaphene

type [condensed tannins], and the process according to the invention

has the advantage of isolating the less polymerised forms of the

hydroxyflavan 3,4-diols, *compromising in particular the monomer, the*

*dimers, trimers, tetramers and pentamers.*  (Emphasis added.)

"The hydroxyflavan 3,4-diols have the following general formula:



where *rings A and/or B are substituted with one or more hydroxy-*

*groups.  The preferred compound is tetrahydroxy 5,7,3',4'-flavan*

*3,4-diol, having the formula:*



(Emphasis added.)  407 Patent at 1:67-2:42.

publications and how the 360 could be distinguished from that context. Of

course, no such "distinctions" could withstand examination.

Second, the patent examiner did not write a 60-page research paper.

Respectfully submitted:

_____

Jarrow L. Rogovin
President

JARROW FORMULAS, INC.
SUPERIOR NUTRITION
AND FORMULATION

1824 South Robertson Boulevard
Los Angeles, CA 90035-4317
(310) 204-6936
Toll Free (800) 726-0886
FAX (310) 204-2520



28 August 1996

EXHIBITS:

I.  To letter dated 28 Aug '96, to Norman H. Zivin, Esq. and Jonathan A. Flatow, Esq:

  1 - Analysis from Plant Bioactives laboratory, dated April 19, 1996, showing
      OPC content of an INC product as 51.2%.  (See pg. 9 of letter to Zivin/Flatow)
      (Source Naturals is distributor of this sample.)

  2 - Copy of ad from PSI stating OPC-85 standardized at minimum of 95% and
      85% proanthocyanidin content....  (See pg. 9 of letter to Zivin/Flatow)

  3 - Analysis from Plant Bioactives laboratory, dated February 20, 1996,
      showing content of an INC product (PSI is distributor of this sample)
      as 56.5% and 60.6% proanthocyanidin content.

  4 - NOT REFERENCED AS AN EXHIBIT IN 28 AUG '96 LETTER TO ZIVIN/FLATOW:
      "Important Bulletin" passed out by Schwitters and PSI at booth #853B
      at the March, 1996 Natural Foods Expo convention held in Anaheim,
      California, March 1996.  (See pg. 7 of letter to Zivin/Flatow)

  5 - NOT REFERENCED AS AN EXHIBIT IN 28 AUG '96 LETTER TO ZIVIN/FLATOW:
      Handout sheet from PSI entitled "Asquelier's OPC-85$^{TM}$ Maximum Antioxidant
      Powder," stating _inter alia_:  "Professor Jack Masquelier of France, the
      discoverer of OPC, was awarded U.S. Patent...for his startling research...."
      (See page 10 of letter to Zivin/Flatow)

  6 - NOT REFERENCED AS AN EXHIBIT IN 28 AUG '96 LETTER TO ZIVIN/FLATOW:
      PSI letterhead entitled "Proforma Price Sheet Effective March 15, 1996,"
      stating _inter alia_:  "Professor Emeritus Jack Masquelier, the discoverer
      of proanthocyanidins (OPC)."  (See pg. 10 of letter to Zivin/Flatow)

II.  To Addendum to 360 Patent and Appendix to 407 Patent:

  7 - Nozaki K et al, 1984, "Antioxidant Activities of Phenolic Compounds from Seeds
      and Skins of 33 Grape Varieties," Japanese Institute of Enology and Viticulture,
      (Yamanashi Univ), 19:29-38.  (Original Japanese article accompanies translation.)

  8 - Pratt DE, 1976, "Role of Flavones and Related Compounds in Retarding Lipid--
      Oxidative Flavor Changes in Foods," in Phenolic, Sulfur, and Nitrogen Compounds
      in Food Flavors, Charalambous G and Katz I, editors, American Chemical Society,
      ACS Symposium Series, Washington, D.C.  (Proceedings of symposium sponsored
      by the Division of Agricultural and Food Chemistry, 170th meeting of the ACS,
      Chicago, IL, August 25-26, 1975).

THE ABOVE IS INCLUDED IN THE 28 August 1996 letter aforedescribed.  WITNESSETH:

Jarrow L. Rogovin, President
JARROW FORMULAS, INC., defendant



**PLANT BIOACTIVES**
RESEARCH INSTITUTE
APPLICATIONS FOR HUMAN HEALTH

## Results of Percent Proanthocyanidin Analysis
## for Pine Bark Extract
## for Jarrow Formulas, Inc.
April 19, 1996

| Sample | % Proanthocyanidins | Average |
|---|---|---|
| Source Naturals OPC-85* | 48.8 | 47.4 |
| SN 564 REV G953 | 46.1 | |

### Corrected Values for Dried Sample

| | | |
|---|---|---|
| Source Naturals OPC-85* | 51.2 | 49.8 |
| SN 564 REV G953 | 48.4 | |

\* Calculated using a tablet weight of 0.2047 g and 50 mg of extract per tablet, which yielded 23.7 mg per tablet and 24.9 mg per tablet corrected.

Exhibit 1



# MASQUELIER'S OPC-85™

**M**asquelier's OPC-85™, standardized extracts of grape seed and pine bark, are arguably the most powerful natural antioxidants yet discovered. Professor Masquelier's startling research proving the ultra-powerful free radical scavenging effects of OPC (Oligomeric ProanthoCyanidins) was awarded U.S. Patent Number 4,698,360 in 1987. Since then, the growing awareness of this extraordinary antioxidant has generated industry excitement and higher expectations in the battle for hard-hitting free radical control.

Produced in accordance with the precise extraction process used by Masquelier in his original research, OPC-85/grape seed extract, and OPC-85/pine bark extract are standardized at the minimum of 92% and 85% proanthocyanidin content respectively for maximum antioxidant activity.

Masquelier's OPC-85 are the only proanthocyanidin materials endorsed by the inventor himself as true products of his patented process.

*Masquelier's OPC-85™. The Primary Source.*

Masquelier's OPC-85 is a registered trademark.

Available from Primary Services International (PSI), P.O. Box 1099, Southport, CT 06490, (203) 256-1188, Fax (203) 255-9402

*See us at Booth #1513*
*Circle Reply #222*

EXHIBIT 2

# PLANT BIOACTIVES
## RESEARCH INSTITUTE
### APPLICATIONS FOR HUMAN HEALTH

Results of Percent Proanthocyanidin Analysis
for Grape Seed Extract

February 20, 1996

| Sample (Lot Number) | % Proanthocyanidins | Average |
|---|---|---|
| Grape Seed Extract (488550) | 56.9 56.2 | 56.5 – PSI – R63 (Rc.85) |
| Grape Seed Extract (507021) | 63.1 58.1 | 60.6 – PSI ( reg. Grape ) |

Plant Bioactives Research Institute • 95 S. Mountain Way Drive • Orem, UT 84058 • Tel (801) 226-3002 • Fax (801) 226-3083

EXHIBIT
3

**Primary Services International, LLC**                    *IMPORTANT BULLETIN*

**Linda Sparrow York · Western Regional Sales · PHONE (408) 464-1805 · FAX (408) 464-1496**

# AN INVITATION TO SPEAK WITH US AT THE ANAHEIM TRADE SHOW
## REGARDING THE CONFUSION AROUND GRAPE SEED EXTRACTS AND THE PATENT ON PROANTHOCYANIDINS

### PRIMARY SOURCE / PRIMARY SERVICES INTL. BOOTH #853B

- The sought-after active ingredient in both grape seed and pine bark extracts is the potent antioxidant "OLIGOMERIC PROANTHOCYANIDINS (OPC)": a flavan-3-ol molecule compound. Although "OPC" is found throughout plant life, specific grape seeds and the French Maritime pine bark are proven to yield high levels of "OPC" and thus have become the most common commercial sources.

- "OPC" was discovered nearly fifty years ago by French Professor Jack Masquelier.  Dr. Masquelier dedicated his entire professional lifetime to the scientific research that has allowed "OPC" to claim specific health benefits and to gain status as a pharmaceutical in foreign countries. Masquelier holds a U.S. patent on "OPC" recognizing antioxidant activity (PATENT#4,698,360). Masquelier individually created the core of the body of knowledge and understanding that concerns flavanol compounds and their applications.

- The technology to extract practically pure flavanol compounds from plant materials was perfected by Masquelier over many years of hard work. The ability to isolate proanthocyanidins ("OPC") from a plant source can only be achieved through a precise scientific extraction process which automatically results in a standardized raw material potency of 85% or better of "OPC" and its precursors. "OPC-85™" is the current term coined by Masquelier to represent the "oligomeric proanthocyanidin (OPC)" potency standard.

- Sufficient scientific agreement substantiates "OPC" to be an extraordinary antioxidant which is 20 times more potent than vitamin C and 50 times more potent than vitamin E; a master cardiovascular protector; and a formidable collagen cross-linking regulator. "OPC" has been extensively tested for bioavailability, toxicity, pharmacodynamic properties and efficacy—of all the vegetable polyphenols, "OPC" is unmatched.

- The simple term "grape seed extract" claiming antioxidant activity on a product label, without reference to Masquelier's "OPC-85™", has become virtually meaningless in today's market. There are sources for grape seed extract (whose extraction processes are unknown) with claims that their material is "high in antioxidant activity." However, in most cases, the results of ongoing independent testing indicate zero to only trace amounts of an "OPC" content. Therefore, these questions must be asked: What is the extracted ingredient causing the antioxidant activity? What is the standard potency of that active ingredient? What is the science and clinical tests that corroborate specific health benefit claims (note that all antioxidants do not perform the same in the body). And finally, what percentage of the raw material represents the actual active ingredient? When a consumer buys "grape seed extract," the specific active ingredient, expressed as a percentage, should be stated on the label. Thus, if a consumer is specifically looking for the antioxidant "OPC", they can be assured that is what they are buying.

- Uniquely, "OPC-85™" has 50 years of ample science and clinical tests which is further substantiated by world-wide scientific agreement regarding the profound health benefits derived specifically from "OPC". Furthermore, "OPC-85™" represents a clean, high-concentration standard potency of "OPC" which has always been and still is being manufactured by the same company that was originally selected by Jack Masquelier. The "OPC-85™" extracts are exclusively being imported, sold and distributed in North America by PRIMARY SERVICES INTERNATIONAL, LLC.

- It is reasonable that the rights of the patent be upheld and it is significantly important that the U.S. natural food industry's integrity become resolute in the use and promotion of this valuable ingredient. For both of these reasons, patent infringements are being legally pursued.

*THE TREND OF THE INDUSTRY IS TOWARD STANDARDIZATION. ONE OF THE BENEFITS OF THE DSHEA (DIETARY SUPPLEMENT HEALTH AND EDUCATION ACT) IS THE MANDATE FOR GOOD MANUFACTURING AND GOOD LABELING PRACTICES—THIS WILL ENSURE THAT WHEN A CONSUMER READS A LABEL, THEY WILL KNOW THAT THEY ARE GETTING A STANDARDIZED PERCENTAGE OF THE ACTIVE INGREDIENT.*

*Primary Services International, LLC • P.O. Box 1099 • Southport, Connecticut 06490 · Phone (203) 256-1188 • Fax (203) 255-9402*

Exhibit 4

# MASQUELIER'S
# OPC-85™

## Maximum Antioxidant Power

In the microscopic world of molecules, free radicals are an incredibly destructive force. In their erratic, out-of-control behavior they are like a ricocheting bullet that damage cells so severely the cells die or are irreversibly damaged. To our bodies that means premature aging, a compromised immune system and, ultimately, disease. Allowed to increase without control, free radicals will multiply through a chain reaction that produces them at a frightening geometric rate.

Our bodies primary defense against free radical damage are categorically known as *antioxidants*. Natural cell protectors, antioxidants have the ability to scavenge free radicals and render them harmless. *In the world we live in, their work on a biological level are enormously important to human health and well being.* Traditionally, the best known antioxidants have been vitamins A, C, E and beta carotene.

*Now there is a new, more powerful generation of antioxidants -*

### Oligomeric ProanthoCyanidins - OPC abbreviated

**MASQUELIER'S OPC-85™** standardized extracts of grape seed and pine bark are the most powerful natural antioxidants yet discovered. Professor Jack Masquelier of France, the discoverer of OPC, was awarded U.S. Patent # 4,698,360 in 1987 for his startling research proving the ultra-powerful free radical scavenging effects of OPC. Research has shown OPCs to be, for example, 50 times more powerful than vitamin E, and 20 times more powerful than vitamin C in antioxidant activity.

**MASQUELIER'S OPC-85™** from Primary Source combines the two best natural antioxidants known to man. Stronger in combination with each other than either is alone, Professor Masquelier's standardized OPC extracts from pine bark and grape seed together creates a balanced formulation that gives you the richest compliment of oligomeric proanthocyanidins (OPC) ever!

**MASQUELIER'S OPC-85™** from Primary Source.... The most complete, evenly balanced OPC supplement on the market today.

## Primary Source™
### P.O. Box 1099
### Southport, CT 06490
### Phone: 203-255-8947 / Fax: 203-255-9402
### Toll Free 1-800-242-1835

MASQUELIER'S OPC-85 is a registered trademark    *Exhibit 5*