4-24-1996 5:134M    FROM PRIMARY SERVICES INC 203 255 9492    P 3



**Primary Services International, LLC**

P.O. Box 1099 • Southport, Connecticut 06490 • (203) 256-1186 • Fax: (203) 255-9492

Proforma Price Sheet
Effective March 15, 1996



# OPC 85™ ANTIOXIDANT
# FROM GRAPE SEED
## (Vitis Vinifera)

OPC 85™ is extracted from Grape Seeds *(Vitis Vinifera)*. Produced via the methods established by Professor Emeritus Jack Masquelier, the discoverer of *proanthocyanidins* (OPC). The extract guarantees a minimum polyphenol activity level of 98% (derived from OPC and it's precursors). Masquelier's OPC 85™ is the *only* source of *proanthocyanidins* endorsed by the discoverer himself as the true product of his invention.

- Minimum purchase: 1 kilogram

- Price per kilogram: $ 1,400.00 U.S.

Orders must be confirmed by fax or mail. All prices subject to change, please confirm at time of order. Orders are shipped FedEx FOB - Fairfield, CT unless otherwise specified. Payment terms are proforma without exception.

THANK YOU FOR YOUR BUSINESS !

Exhibit 6

# Antioxidant Activities of Phenolic Compounds from Seeds and Skins of 33 Grape Varieties.

Kazuhiko Nozaki, Tadae Kushida, Tomoyoshi Nakajima*

Mizuo Yajima* and Koki Yokotsuka

*Laboratory of Wine Chemistry, The Institute of Enology and Viticulture, Yamanashi University, Kofu 400. * Asama Chemicals Co., Ltd., 20-3, Nihonbashi Kodenma-cho, Chuoku, Tokyo 103, Japan.*

Phenolic compounds were extracted from the seeds and skins of 33 grape varieties with 50% ethanol. The contents of total phenol, tannins, flavonoids, catechin, and epicatechin of the extracts were determined. The large difference in their contents among the varieties was obserbed. Antioxidant activities of the ethanol extracts on the oxidation of linoleic acid were investigated. The extracts had obvious antioxidant activity. Among the 66 extracts, the activities of several extracts were stronger than that of catechin, but those of most of the extracts were smaller than or similar to that of catechin. The antioxidant activities of the seed extracts decreased as the tannin cotents in the extracts increased. On the contrary, the activities increased as the sum of the contents of catechin and epicatechin increased. From these, major antioxidant components seem to be some flavonoids of low molecular weights. A clear relationship between individual phenolic components in the skin extracts and their antioxidant activities was not found.

*Fax → Office*

In the production of wine, polypheno: cause browning, turbidity, precipitation and the like during the brewing process and subsequent aging and storage. On the other hand, they serve to develop the color and flavor of wine and hence constitute one of the components most important to the quality of wine. We previously analyzed polyphenols present in 67 white wines, 39 red wines and 6 rosé wines which had been made from Japanese grapes, and found that the total phenol content was 46-1,980 mg/l for white wines, 800-2,372 mg/l for red wines, and 570-742 mg/l for rosé wines.[1,2]  In white wine, some of the polyphenols present in skins migrate

*Exhibit 7*

into wine.  In red wine, a large amount of polyphenols present in seeds and skins dissolve out during brewing fermentation, and the polyphenol content of wine varies according to the degree of dissolution.  Thus, phenolic compounds are important components contributing to the flavor, color and other properties of wine and, at the same time, are causative substances responsible for the browning and turbidity of wine. On the contrary, some phenols are said to have reducing properties and prevent the oxidation of wine.  For example, flavonoid type polyphenols such as catechin and quercetin are typical antioxidant polyphenols[3)4)], and it is thought that many flavonoid type polyphenols exist in wines and grapes[5)] and take part in the oxidation and reduction phenomena of wines and grapes.  In this experiment, therefore, polyphenols were first extracted from the seeds of 33 grape varieties with 50% ethanol, and the contents of total phenol, tannins, flavonoids, catechin and epicatechin in these ethanol extracts were determined.  Next, each ethanol extract was made to act on linoleic acid, and its antioxidant activity was calculated from the degree of inhibition of peroxide formation by using catechin as a reference material.  As a result, it was recognized that the antioxidant activities of the ethanol extracts from seeds tended to increase with increasing content of catechin and epicatechin, and major antioxidant components were low-molecular polyphenols such as catechin and epicatechin rather than high-molecular compounds such as tannins.  The purpose of this report is to report these results.

## EXPERIMENTAL METHODS

**Grape seeds and skins**   Thirty-three varieties (17 varieties for white wine and 16 varieties for red wine) harvested in 1983 at a breeding test field attached to our research institute.   Immediately after 1-3 kg of grapes of each variety were crushed, they were separated into seeds and skins in running water.   These seeds and skins were washed with water and then air-dried.

**Separation of polyphenols from grape seeds and skins**   Two milliliters of ethanol was added to each gram of seeds or skins, and this mixture was placed in a Waring blender and stirred at 18,000 rpm for 5 minutes (10 minutes for skins). The ground and extracted product was centrifuged at 6,000 rpm for 15 minutes, and 2 volumes of chloroform was added to the precipitate.   The resulting mixture was placed in a Waring blender, stirred for one minute, and then filtered through filter paper (Toyo No. 101) to separate chloroform-soluble components and obtain a filter cake.   Two milliliters of ethanol was added to each gram of the filter cake, and this mixture was stirred and centrifuged in the same manner as described above.   Then, 2 ml of 50% ethanol was added to each gram of the resulting precipitate, and this mixture was stirred and centrifuged in the same manner as described above. The supernatants obtained in the foregoing three centrifugation steps were combined and freed of alcohol by concentration under reduced pressure in a stream of nitrogen. The resulting concentrate was freeze-dried.

- 3 -

<u>Total phenol content</u>  Fifty milligrams of the freeze-dried material was dissolved in 50 ml of 50% ethanol and then filtered through a membrane filter (Toyo TM-2P, 0.45 μm) to obtain a total phenol solution.  The total phenol content was determined by means of an automatic total phenol analyzer[6] made on trial in our laboratory.

<u>Tannin and flavonoid contents</u>  The tannin content was determined according to the gelatin precipitation method[2]. Specifically, tartaric acid was added to 40 ml of the total phenol solution so as to give a final concentration of 0.02M, and this solution was adjusted to pH 4.0 with 0.5N NaOH. Then, 2 ml of a 0.5% gelatin-10% NaCl solution was added to 2 ml of the above solution and the resulting mixture was allowed to stand at ambient temperature overnight.  After this mixture was centrifuged at 3,000 rpm for 10 minutes, the supernatant was filtered through a membrane filter (Toyo TM-2P, 0.45 μm). The total phenol content of the filtrate was determined by means of the above-described automatic analyzer, and this content was defined as the non-tannin type phenol content. The tannin content was calculated by subtracting the non-tannin type phenol content from the total phenol content.  The flavonoid content was determined according to the formaldehyde precipitation method of Kramling and Singleton[7].

<u>Catechin and epicatechin contents</u>  These contents were determined by thin-layer chromatography and high-performance liquid chromatography.

Thin-layer chromatography:  A sample containing 2 mg of

- 4 -

phenols as expressed in terms of gallic acid equivalent (2 mg/0.2 ml 50% ethanol) was applied to a 0.8 mm thick Kieselgel 60G (Merck) plate in the form of a band. Using a solvent system composed of toluene, ethyl formate and formic acid (5:4:2, v/v)[8], this sample was developed in the ascending mode at a temperature of 26°C and a relative humidity of 45-50% for 40 minutes. After completion of the development, the plate was air-dried for about an hour. After the vanillin-HCl reagent[9] was sprayed on both end portions of the plate, the gel corresponding to the region (Rf 0.31-0.51) having developed a red color was scraped off and suspended in methanol. This suspension was stirred for 5 minutes and centrifuged. After this procedure was repeated three times and the resulting supernatants were combined and evaporated to dryness.

*Red Color*

High-performance liquid chromatography: The dry material obtained as described above was dissolved by the addition of 0.4 ml of methanol. This solution was filtered through a membrane filter and used as a sample. One hundred microliters of the sample was applied to a Zorbax ODS (Shimazu) column (0.46 x 15 cm) and eluted at room temperature by using a methanol solution (0.02M tartaric acid:methanol = 80:20, v/v) at a flow rate of 0.5 ml/min.[10] Detection was made at 280 nm, and (+)-catechin and (-)-epicatechin (manufactured by SIGMA) were used as standard materials. When these standard materials were fractionated and determined by thin-layer chromatography and high-performance liquid chromatography, the recoveries of catechin and epicatechin were found to be 59.2% and 78.7%, respectively.

- 5 -

Table 1. Berry numbers of grapes, and weights and phenol contents of seeds skins.

| Variety | | Berries (Numbers/kg grape) | Seeds Weights(g/kg grape) | Phenols(mg, GAE/g seed) | Skins Weights(g/kg grape) | Phenols(mg, GAE/g skin) |
|---|---|---|---|---|---|---|
| *Vitis vinifera* | Koshu | 2 6 3 | 1 9.7 | 1 3.8. | 1 3 3.4 | 3.3 |
| | Koshu Sanjaku | 2 0 4 | 1 0.4 | 4 3.2 | 7 5.1 | 3.3 |
| | Chardonnay | 5 1 3 | 3 0.4 | 6 1.2 | 1 4 2.0 | 3.4 |
| | Riesling | 5 4 9 | 3 0.7 | 3 4.6 | 1 6 3.6 | 1.0 |
| | Semillon | 5 2 9 | 1 2.6 | 3 0.5 | 1 0 8.2 | 2.5 |
| | Pinot Gris | 6 3 7 | 4 9.3 | 5 7.5 | 1 6 5.7 | 2.8 |
| | Sauvignon Blanc | 4 7 8 | 2 3.4 | 3 6.5 | 8 8.3 | 2.6 |
| | Saint Emilion | 3 4 6 | 1 4.4 | 2 7.9 | 8 0.9 | 2.7 |
| | Sylvaner | 3 1 6 | 2 5.9 | 4 9.9 | 1 1 7.1 | 5.5 |
| | Cabernet Sauvignon | 6 3 8 | 3 9.9 | 4 5.1 | 1 5 6.5 | 5.9 |
| | Cabernet Franc | 5 6 8 | 4 0.7 | 6 6.1 | 1 3 1.4 | 4.4 |
| | Pinot Noir | 5 5 6 | 3 5.1 | 6 1.4 | 2 0 5.9 | 1.2 |
| | Arumenia | 2 0 8 | 8.7 | 2 6.2 | 5 3.0 | 4.3 |
| Hybrid | Suntory Blanc | 4 0 0 | 2 2.2 | 3 5.8 | 1 3 1.5 | 1.5 |
| | Jubileum 75 | 4 3 9 | 3 1.8 | 5 5.4 | 1 8 3.1 | 2.0 |
| | Zala Gyöngye | 2 8 2 | 9.1 | 4 8.5 | 8 8.7 | 2.4 |
| | Ezer Furtu | 5 5 6 | 2 4.9 | 3 0.4 | 2 5 1.9 | 2.6 |
| | Egri Csillagok No. 26 | 3 8 9 | 3 7.5 | 3 0.6 | 1 4 3.9 | 1.3 |
| | Egri Csillagok No. 28 | 4 0 0 | 2 9.5 | 2 8.0 | 1 7 1.0 | 2.0 |
| | Egri Csillagok No. 34 | 4 2 6 | 2 7.5 | 3 6.0 | 4 4.0 | 2.5 |
| | Egri Csillagok No. 40 | 4 5 2 | 3 4.5 | 3 5.5 | 1 0 5.3 | 1.5 |
| | Muscat Bailey A | 1 9 1 | 1 7.4 | 1 6.4 | 4 5.1 | 9.3 |
| | Bailey Alicante A | 4 3 5 | 2 3.0 | 3 8.4 | 5 9.6 | 1 1.7 |
| | Cabernet Suntory | 6 7 1 | 3 9.4 | 6 1.4 | 1 8 2.3 | 2.4 |
| | Seibel 8745 | 4 5 5 | 2 5.2 | 5 1.4 | 9 3.1 | 5.5 |
| | Csaba 162 | 3 9 2 | 2 7.6 | 5 9.7 | 1 4 2.4 | 1 0.4 |
| | Zweigelt Rebe | 6 2 5 | 1 2.3 | 5 9.9 | 3 8.2 | 1 2.4 |
| | Egri Csillagok No. 7 | 5 3 8 | 1 2.3 | 3 2.1 | 3 4.5 | 5.4 |
| | Bujtur | 7 8 1 | 3 3.7 | 6.8 | 1 2 5.4 | 6.0 |
| *Vitis amurensis* | Yamanashi | 1 1 3 6 | 7 3.7 | 3.8 | 2 0 7.2 | 5.3 |
| *Vitis coignetiae* | Misaka | 1 0 7 5 | 8 1.4 | 4.8 | 3 4.1 | 2.4 |
| | Tomioka | 1 0 3 1 | 5 3.4 | 8.0 | 9 8.9 | 3.5 |
| | Ikeda | 1 2 1 9 | 7 7.5 | 6.7 | 2 0 0.7 | 1 3.0 |

- 6 -



Fig. 1.  Effect of heating time on POV of linoleic acid at 50°C.



Fig. 3.  Inhibitory effect of Koshu seed phenols on oxidation of linoleic acid for 15 h at 50°C.



Fig. 2.  Inhibitory effect of D−(+)−catechin on oxidantion of linoleic acid for 15 h at 50°C.



Fig. 4.  High performance liquid chromatography of the flavonoid fraction of 50% ethanol extract of Koshu grape seeds on Zorbax ODS.

__Antioxidant activity__  Peroxide value (POV) was determined in the usual manner[11]) by using linoleic acid (Kanto Chemical Co., Inc.) as the substrate.  Specifically, 100 µl of linoleic acid and 50 µl of the total phenol solution were placed in a test tube having an inner diameter of 1.6 cm and a height of 10 cm and provided with a screw cap.  After this test tube was stoppered tightly and kept at 50°C in a thermostatic water bath shielded from light, the formed peroxides were analyzed according to the standard methods for the analysis and testing of fats and oils[11]).  The antioxidant activity was defined as the value calculated by subtracting the peroxide value (POVs) obtained by adding polyphenols to linoleic acid, from the peroxide value (POVc) obtained by using linoleic acid alone.


## RESULTS AND DISCUSSION

Thirty-three grape varieties, their berry numbers, their seed and skin weights, and their total phenol contents of seeds and skins are shown in Table 1.  The berry numbers, seed weights and skin weights were expressed as numbers or weights per kilogram of grape.  The total phenol contents were expressed in terms of gallic acid equivalent (GAE) per kilogram of seeds or skins.

The berry numbers of species native to the eastern part of Asia, such as _V_. _coignetiae_ and _V_. _amurensis_, were significantly greater than those of _V_. _vinifera_ and its hybrids.  The seed weight comprised about 1-8% of the total grape weight, and the phenol content of seeds varied with the variety.  The contents of phenols in each gram of the seeds of _V_. _coignetiae_ and _V_. _amurensis_ were several times as low as

- 8 -

those for the species native to the western part of Asia (V. vinifera).  The skin weight varied widely with the variety and comprised about 3-20% of the total grape weight.  The content of phenols in each gram of skins also varied with the variety.

Total phenol samples obtained from these seeds and skins were made to act on linoleic acid and their antioxidant activities were investigated on the basis of the degree of inhibition of peroxide formation.  First of all, when linoleic acid used as the substrate was heated at 50°C for 18 hours, its peroxide value (POV) increased linearly (Fig. 1).  The antioxidant activity of commercially available D-(+)-catechin was examined by adding it to linoleic acid at various concentrations.  As a result, the antioxidant activity of catechin increased linearly in proportion to its concentration until at least a catechin concentration of 3.0 mg/ml was reached (Fig. 2).  Next, the antioxidant activities of the total phenol samples were examined.  When a total phenol sample obtained from the seeds of Koshu grapes was used (Fig. 3), a linear relationship between total phenol concentration and antioxidant activity was observed in the total phenol concentration range of 1-5 mg (GAE)/ml.  On the basis of these results, the antioxidant activities of other seed and skin phenol samples were determined under the following conditions: One hundred microliters of linoleic acid was used as the substrate, and 50 µl of a 50% ethanol solution containing 2.5 mg (as expressed in terms of gallic acid equivalent)/ml of total phenol [i.e., 125 µg (GAE) of total phenol] was added to the substrate solution.  This mixture was placed in a test tube.  After the test tube was tightly stoppered and heated at

- 9 -

50°C for 15 hours, the resulting peroxide value was measured.
The antioxidant activity was determined from the peroxide
value and the ratio of this antioxidant activity to that of
catechin was calculated. Thus, the antioxidant activities of
phenolic compounds obtained from various grape varieties were
compared.

Table 2 shows the results of evaluation of the antioxidant
activities of the total phenol samples obtained from the seed
s and skins of the 33 grape varieties. The antioxidant
activity of each phenol sample was expressed as a relative
value based on the antioxidant activity of catechin. That is,
an activity of 1 means that the sample has an antioxidant
activity equal to that of catechin. The seed phenol samples
of 3 varieties and the skin phenol samples of 8 varieties
exhibited an antioxidant activity equal to or higher than that
of catechin. However, when used in the same amount as
expressed in terms of gallic acid equivalent, the phenol
samples of most grape varieties varied considerably in
antioxidant activity. From these results, it is considered
that the phenol compositions of seeds and skins may vary
considerably with the variety.

Next, the contents of tannins, flavonoids, catechin and
epicatechin in each phenol sample were examined (Table 4) and
the relationship between various phenolic components and their
antioxidant activities was investigated. While the seed
phenol samples had a tannin content of 210-794 μg (GAE)/mg
total phenol, they had a flavonoid content of 810-990 μg
(GAE)/mg total phenol and its differences among the varieties
were smaller than those of the tannin content. In the skin

- 10 -

phenol samples of 7 hybrid varieties, tannins were scarcely detected. These varieties were all produced in Hungary. The skin phenol samples had a flavonoid content of 242-980 μg (GAE)/mg total phenol and showed larger differences among the varieties as compared with the seed phenol samples. Moreover, there was one variety in which no flavonoids were detected. The contents of catechin and epicatechin in seeds and skins are shown in Table 4. The content of each phenolic component varied considerably with the variety. When the seeds and skins of grapes of the same variety were compared, the sum of the contents of catechin and epicatechin was higher in skins for 4 varieties and in seeds for the other 29 varieties.

The total phenol sample obtained from the seeds of Koshu grapes was fractionated by thin-layer chromatography. The portion of the thin layer corresponding to the region (Rf 0.31-0.51) having developed a red color by the vanillin-HCl reaction was scraped off and extracted with methanol to obtain a flavonoid fraction. Fig. 4 shows an elution pattern obtained by analyzing this flavonoid fraction by high-performance liquid chromatography. Although the elution pattern varied with the variety, the elution pattern of the flavonoid fraction of the total phenol sample obtained from Koshu grape seeds is given by way of example.

In order to investigate the relationship between various phenolic components and their antioxidant activities on the basis of the above-described results, the contents of various phenolic components were plotted as abscissa and various values of antioxidant activity as ordinate (Figs. 5 and 6). In these figures, the abscissa indicates the tannin content in

- 11 -

a), the flavonoid content in b), and the sum of the catechin and epicatechin contents in c). As a general tendency, the antioxidant activity decreases with increasing seed tannin content (Fig. 5a), and there is an inversely proportional relationship between the tannin content and the antioxidant activity. Substantially the same amount (about 800 μg/mg total phenol) of flavonoids are contained in the seeds of various grape varieties, but the antioxidant activity varies widely with the variety. Thus, no relationship between the flavonoid content and the antioxidant activity is recognized. Assuming that flavonoids have antioxidant activities, it is presumed that there must be considerable differences in the composition of flavonoids contained in the seeds of various grape varieties because the antioxidant activity varies even at the same flavonoid content. In the case of catechin and epicatechin, the antioxidant activity tends to increase with increasing content of them. Contrary to tannins, there is a proportional relationship. To sum up, the antioxidant activities of the seed phenol samples increase with decreasing content of tannins including relatively high-molecular compounds such as flavonoid polymers, and their activities become stronger with increasing content of flavonoid monomers such as catechin and epicatechin. This suggests that major components exhibiting antioxidant activity are low-molecular flavonoids. On the other hand, the skin phenol samples showed no distinct relationship between the tannin, flavonoid, catechin and epicatechin contents and their antioxidant activities, as contrasted with the seed phenol samples. Antioxidant activities were observed even when the catechin

- 12 -

*Catechins/Epicatechins are flavanols, not flavonoids.*

*flavonoids, flavanols.*

*Skin contain, seeds contain.*

Table 2. Antioxidant activities of seed and skin phenols.*

| Variety | | Seeds | | Skins | |
|---|---|---|---|---|---|
| | | POVs/POVc (meq/kg) | Antioxidant activity (catechin equivalent) | POVs/POVc (meq/kg) | Antioxidant activity (catechin equivalent) |
| *Vitis vinifera* | Koshu | 297.3 / 422.4 | 0.4 8 | 230.1 / 422.4 | 0.7 3 |
| | Koshu Sanjaku | 202.0 / 302.8 | 0.3 8 | 213.8 / 302.8 | 0.3 4 |
| | Chardonnay | 170.1 / 307.3 | 0.5 2 | 98.1 / 307.3 | 0.8 0 |
| | Riesling | 248.1 / 355.2 | 0.4 1 | 90 1 / 355.2 | 1.0 1 |
| | Semillon | 270.9 / 435.0 | 0.6 3 | 189.7 / 435.0 | 0.9 3 |
| | Pinot Gris | 209.8 / 427.8 | 0.8 3 | 95.7 / 427.8 | 1.2 7 |
| | Sauvignon Blanc | 149.1 / 409.4 | 0.9 9 | 101.7 / 409.4 | 1.1 7 |
| | Saint Emilion | 81.4 / 217.9 | 0.5 2 | 140.9 / 217.9 | 0.2 9 |
| | Sylvaner | 208.7 / 352.1 | 0.5 5 | 172.7 / 352.1 | 0.6 8 |
| | Cabernet Sauvignon | 353.0 / 414.0 | 0.2 3 | 219.9 / 414.0 | 0.7 4 |
| | Cabernet Franc | 153.5 / 313.0 | 0.6 1 | 123.5 / 313.0 | 0.7 2 |
| | Pinot Noir | 117.1 / 368.5 | 0.9 6 | 80.5 / 368.5 | 1.1 0 |
| | Arumenia | 159.5 / 359.2 | 0.7 6 | 168.4 / 359.2 | 0.7 3 |
| | Suntory Blanc | 241.7 / 365.8 | 0.4 7 | 190.2 / 365.8 | 0.6 7 |
| | Jubileum 75 | 267.8 / 408.7 | 0.5 4 | 273.1 / 408.7 | 0.5 2 |
| | Zala Gyongye | 116.7 / 329.9 | 0.8 1 | 142.0 / 329.9 | 0.7 2 |
| | Ezer Furtu | 172.8 / 455.1 | 1.0 4 | 233.5 / 455.1 | 0.8 4 |
| | Egri Csillagok No. 26 | 180.2 / 389.4 | 0.8 4 | 196.5 / 389.4 | 0.7 3 |
| | Egri Csillagok No. 28 | 176.4 / 360.2 | 0.7 0 | 114.9 / 360.2 | 0.9 3 |
| | Egri Csillagok No. 34 | 147.6 / 336.1 | 0.7 2 | 122.9 / 336.1 | 0.8 1 |
| | Egri Csillagok No. 40 | 129.9 / 411.3 | 1.0 7 | 77.8 / 411.3 | 1.2 7 |
| | Muscat Bailey A | 213.1 / 409.9 | 0.7 5 | 165.7 / 409.9 | 0.9 3 |
| | Bailey Alicante A | 281.9 / 415.2 | 0.5 1 | 186.8 / 415.2 | 0.8 7 |
| | Cabernet Suntory | 225.0 / 337.1 | 0.4 3 | 182.7 / 337.1 | 0.5 9 |
| | Seibel 8745 | 158.5 / 366.0 | 0.7 9 | 136.5 / 366.0 | 0.8 7 |
| | Csaba 162 | 230.4 / 435.2 | 0.7 8 | 227.4 / 435.2 | 0.7 9 |
| | Zweigelt Rebe | 209.9 / 356.6 | 0.5 6 | 97.7 / 356.6 | 0.9 9 |
| | Egri Csillagok No. 7 | 164.9 / 471.8 | 1.1 7 | 177.2 / 471.8 | 1.1 2 |
| | Bujtur | 198.9 / 451.2 | 0.9 6 | 207.4 / 451.2 | 0.9 3 |
| *Vitis amurensis* | Yamanashi | 182.0 / 323.3 | 0.5 4 | 158.9 / 323.3 | 0.6 3 |
| *Vitis coignetiae* | Misaka | 147.9 / 396.9 | 0.9 5 | 115.9 / 396.9 | 1.0 7 |
| | Tomioka | 167.8 / 318.3 | 0.5 7 | 67.7 / 318 3 | 0.9 6 |
| | Ikeda | 241.9 / 417.4 | 0.6 7 | 130.6 / 417.4 | 1.0 9 |

* A 125 µg (GAE) of phenols was used for the determination of antioxidant activity.

Table 3. Tannin and flavonoid contents of seed and skin phenols.

| Variety | | Seeds | | Skins | |
|---|---|---|---|---|---|
| | | Tannins | Flavonoids | Tannins | Flavonoids |
| | | | (µg, GAE/mg total phenol) | | |
| *Vitis vinifera* | Koshu | 5 8 0 | 9 0 1 | -5 4 3 | 9 1 3 |
| | Koshu Sanjaku | 7 6 9 | 9 6 6 | 1 7 6 | 9 1 4 |
| | Chardonnay | 6 8 5 | 9 7 9 | 4 9 7 | 9 1 3 |
| | Riesling | 7 8 5 | 9 8 9 | 5 6 2 | 8 3 4 |
| | Semillon | 7 4 6 | 9 8 4 | 5 9 9 | 9 6 0 |
| | Pinot Gris | 5 1 9 | 9 8 6 | 3 4 1 | 9 1 6 |
| | Sauvignon Blanc | 4 5 5 | 9 7 9 | 6 8 9 | 9 5 0 |
| | Saint Emilion | 7 9 7 | 9 8 3 | 5 4 1 | 9 2 8 |
| | Sylvaner | 6 6 5 | 9 9 0 | 2 3 1 | 9 8 0 |
| | Cabernet Sauvignon | 7 9 4 | 9 7 5 | 6 1 4 | 8 8 7 |
| | Cabernet Franc | 7 4 0 | 9 7 4 | 4 6 5 | 7 8 3 |
| | Pinot Noir | 5 1 8 | 9 7 8 | 5 6 4 | 8 9 4 |
| | Arumenia | 5 4 8 | 9 6 9 | 6 4 8 | 8 9 9 |
| Hybrid | Suntory Blanc | 7 0 6 | 9 8 2 | 5 4 3 | 9 1 3 |
| | Jubileum 75 | 7 3 0 | 9 8 1 | 0 | 8 3 6 |
| | Zala Gyöngye | 4 9 9 | 9 8 2 | 0 | 9 3 5 |
| | Ezer Furtu | 5 8 6 | 9 8 6 | 4 | 9 4 1 |
| | Egri Csillagok No. 26 | 2 1 0 | 9 3 0 | 0 | 9 1 4 |
| | Egri Csillagok No. 28 | 2 8 0 | 9 6 8 | 0 | 8 6 0 |
| | Egri Csillagok No. 34 | 5 6 3 | 9 7 8 | 0 | 9 3 9 |
| | Egri Csillagok No. 40 | 3 7 8 | 9 8 2 | 0 | 8 3 7 |
| | Muscat Bailey A | 4 4 9 | 9 5 0 | 3 2 1 | 4 2 9 |
| | Bailey Alicante A | 4 8 4 | 9 5 4 | 2 7 4 | 2 4 2 |
| | Cabernet Suntory | 6 3 2 | 9 7 2 | 3 4 0 | 7 0 8 |
| | Seibel 8745 | 4 6 0 | 9 7 1 | 4 7 0 | 7 0 0 |
| | Csaba 162 | 7 7 6 | 9 7 7 | 4 1 3 | 7 5 9 |
| | Zweigelt Rebe | 6 1 8 | 9 7 9 | 2 9 8 | 7 8 9 |
| | Egri Csillagok No. 7 | 5 1 5 | 9 7 3 | 4 1 7 | 7 0 3 |
| | Bujtur | 4 9 5 | 9 1 5 | 4 7 3 | 5 5 3 |
| *Vitis amurensis* | Yamanashi | 4 6 4 | 8 4 7 | 8 5 | 0 |
| *Vitis coignetiae* | Misaka | 3 0 1 | 8 1 0 | 5 2 3 | 5 7 8 |
| | Tomioka | 5 6 6 | 9 5 2 | 4 4 2 | 4 9 7 |
| | Ikeda | 4 2 1 | 9 2 7 | 5 2 5 | 3 8 8 |

Table 4. Catechin and epicatechin contents of seed and skin phenols.

| Variety | | Seeds | | | Skins | | |
|---|---|---|---|---|---|---|---|
| | | Catechin | Epicatechin | Catechin + Epicatechin | Catechin | Epicatechin | Catechin + Epicatechin |
| | | | | (μg/mg total phenol) | | | (μg/mg total phenol) |
| **Vitis vinifera** | Koshu | 2.5 | 7.2 | 9.7 | 6.7 | 0.4 | 7.1 |
| | Koshu Sanjaku | 1.3 | 2.0 | 3.3 | 3.6 | 3.2 | 6.8 |
| | Chardonnay | 1 5.0 | 1 3.4 | 2 8.4 | 3.2 | 0.8 | 4.0 |
| | Riesling | 1.7 | 0.8 | 2.5 | 0.3 | 0.0 | 0.3 |
| | Semillon | 2.5 | 0.9 | 3.4 | 1.1 | 0.0 | 1.1 |
| | Pinot Gris | 1.3 | 1 3.1 | 1 4.4 | 4 6.7 | 2 5.9 | 7 2.6 |
| | Sauvignon Blanc | 8 0.6 | 5 3.4 | 1 3 4.0 | 4.8 | 1.3 | 5.9. |
| | Saint Emilion | 1.0 | 0.1 | 1.1 | 0.0 | 0.7 | 0.7 |
| | Sylvaner | 7.0 | 3.5 | 1 0.5 | 0.9 | 0.0 | 0.9 |
| | Cabernet Sauvignon | 2.6 | 0.8 | 3.4 | 0.0 | 0.4 | 0.4 |
| | Cabernet Franc | 2.2 | 1.5 | 3.7 | 0.0 | 7.0 | 7.0 |
| | Pinot Noir | 5 3.5 | 3 3.9 | 8 7.4 | 1.0 | 1.0 | 2.0 |
| | Arumenia | 2 4.5 | 1 5.9 | 4 0.4 | 0.0 | 0.4 | 0.4 |
| Hybrid | Suntory Blanc | 1.3 | 1 3.1 | 1 4.4 | 2.2 | 0.0 | 2.2 |
| | Jubileum 75 | 7.9 | 2.2 | 1 0.1 | 1.0 | 0.0 | 1.0 |
| | Zala Gyongye | 4 2.9 | 3 3.0 | 7 5.9 | 2.3 | 0.2 | 2.5 |
| | Ezer Furtu | 2 5.6 | 2 2.6 | 4 8.2 | 2.2 | 0.2 | 2.4 |
| | Egri Csillagok No. 26 | 4 9.0 | 4 8.8 | 9 7.8 | 0.3 | 0.0 | 0.3 |
| | Egri Csillagok No. 28 | 4 9.4 | 5 4.3 | 1 0 3.7 | 1 1.6 | 5.5 | 1 7.1 |
| | Egri Csillagok No. 34 | 3 7.0 | 1 8.5 | 5 5.5 | 1 0.3 | 2.9 | 1 3.2 |
| | Egri Csillagok No. 40 | 9 2.6 | 5 9.7 | 1 5 2.3 | 0.8 | 0.3 | 1.1 |
| | Muscat Bailey A | 6.1 | 9.5 | 1 5.6 | 3.0 | 7.2 | 1 0.2 |
| | Bailey Alicante A | 0.4 | 4 3.2 | 4 3.6 | 3.3 | 1 9.2 | 2 2.5 |
| | Cabernet Suntory | 1 4.0 | 1 0.0 | 2 4.0 | 2.2 | 1.6 | 3.8 |
| | Seibel 8745 | 4 1.9 | 9.4 | 5 1.3 | 1.7 | 0.0 | 1.7 |
| | Csaba 162 | 1 9.6 | 5.1 | 2 4.7 | 1 0.6 | 7.1 | 1 7.7 |
| | Zweigelt Rebe | 1 1.4 | 1 9.5 | 3 0.9 | 0.5 | 0.0 | 0.5 |
| | Egri Csillagok No. 7 | 3 4.1 | 2 8.1 | 6 2.2 | 0.2 | 0.0 | 0.2 |
| | Bujtur | 7.9 | 8.1 | 1 6.0 | 0.0 | 0.0 | 0.0 |
| **Vitis amurensis** | Yamanashi | 0.7 | 0.5 | 1.2 | 4.1 | 2 7.7 | 3 1.8 |
| **Vitis coignetiae** | Misaka | 1.0 | 2.0 | 3.0 | 1.2 | 2.7 | 3.9 |
| | Tomioka | 0.8 | 0.2 | 1.0 | 2.9 | 0.4 | 3.3 |
| | Ikeda | 0.0 | 0.0 | 0.0 | 2.2 | 1.2 | 3.4 |



Fig. 5. Relationship between the amounts of
various phenolic fractions from seeds and
their antioxidant activities.



Fig. 6. Relationship between the amounts of
various phenolic fractions from skins and
their antioxidant activities.

and epicatechin content was substantially zero, and some samples showed a relatively high antioxidant activity at high flavonoid contents. It is presumed from these facts that other flavonoids than catechin and epicatechin may exhibit antioxidant activity.

## SUMMARY

Phenolic compounds were extracted from the seeds and skins of 33 grape varieties with 50% ethanol. The contents of total phenol, tannins, flavonoids, catechin and epicatechin were determined. Considerable differences in the contents of various phenolic components were observed among the varieties. When the antioxidant activities of total phenol samples extracted from the seeds and skins of the 33 varieties were examined by using linoleic acid as the substrate, they showed considerable differences among the varieties. We considered that these differences are due to differences in the composition of seed and skin phenols, and investigated the relationship between antioxidant activities and various phenolic components. As a result, it was found that the seed phenol samples of varieties having a relatively low tannin content exhibited high antioxidant activities, and differences in antioxidant activity were recognized even at the same flavonoid content. Accordingly, we examined the content of flavonoid monomers such as catechin and epicatechin to investigate their correlation with antioxidant activity. Thus it was found that the antioxidant activity increased with increasing content of catechin and epicatechin. From the relationship between the composition of grape seed phenol

- 17 -

samples and their antioxidant activities, it is presumed that the antioxidant activity of seed phenols arises chiefly from low-molecular flavonoids. However, no distinct relationship between the composition of skin phenol samples and their antioxidant activities was not found.

Finally, we would like to express their grateful acknowledgments to Mr. Sakyo Amemiya for a help in part of the experiments and to Mr. Takashi Sano and Mr. Yoshio Kitaosachi (Suntory Ltd., Research Institute of Liquors, Laboratory of Viticulture) for advice about the names of grape varieties.

## LITERATURE

1) Koki Yokotsuka and Tadae Kushida; J. Inst. Enol. Vitic. Yamanashi Univ., 18, 43(1983).

2) Koki Yokotsuka, Toshihide Matsudo, Kazuhiko Nozaki and Tadae Kushida; J. Inst. Enol. Vitic. Yamanashi Univ., 18, 51(1983).

3) Leis, E.T., Watts, B.M.; Food Res., 23, 274(1958).

4) Pratt, D.E., Watts, B.M.; J. Food Sci., 29, 27(1964).

5) Hennic, K., Burkkardt, R.; Am. J. Enol. Vitic., 11, 64(1960).

6) Koki Yokotsuka, Tsunemasa Tanzawa, Takanori Hagiwara, Hiroshi Niki, Izumi Kato and Tadae Kushida; J. Inst. Enol. Vitic. Yamanashi Univ., 18, 37(1983).

7) Kramling, T.E., Singleton, V.L.; Am. J. Enol. Vitic., 20, 86(1969).

8) Peri, C., Pompei, C.; Am. J. Enol. Vitic., 22, 55(1971).

9) El Sayed, A.S., Lue, B.S.; J. Food Sci., 30, 1016(1965).

10) Yokotsuka, K., Shinkai, S., Kushida, T.; J. Ferment. Technol., 58, 107(1980).

11) Japan Oil Chemistry Society (ed.); Standard Methods for the Analysis and Testing of Fats and Oils, Second Edition, (Asakura Shoten), p. 170 (1967).

(Received on September 13, 1984)

ブドウフェノールの抗酸化性

29

〔 J. Inst. Enol. Vitic. Yamanashi Univ. 19  29〜38  1984 〕

# 33ブドウ品種の種子及び果皮から分離した
# フェノール化合物の抗酸化性

野崎　一彦・櫛田　忠衛・中島　智恭・矢嶋　瑞夫・横塚　弘毅

## Antioxidant Activities of Phenolic Compounds from Seeds and Skins of 33 Grape Varieties.

Kazuhiko Nozaki, Tadae Kushida, Tomoyoshi Nakajima[*]

Mizuo Yajima[*] and Koki Yokotsuka

*Laboratory of Wine Chemistry, The Institute of Enology and Viticulture,
Yamanashi University, Kofu 400. * Asama Chemicals Co., Ltd., 20-3,
Nihonbashi Kodenma-cho, Chuoku, Tokyo 103, Japan.*

Phenolic compounds were extracted from the seeds and skins of 33 grape varieties with 50% ethanol. The contents of total phenol, tannins, flavonoids, catechin, and epicatechin of the extracts were determined. The large difference in their contents among the varieties was obserbed. Antioxidant activities of the ethanol extracts on the oxidation of linoleic acid were investigated. The extracts had obvious antioxidant activity. Among the 66 extracts, the activities of several extracts were stronger than that of catechin, but those of most of the extracts were smaller than or similar to that of catechin. The antioxidant activities of the seed extracts decreased as the tannin cotents in the extracts increased. On the contrary, the activities increased as the sum of the contents of catechin and epicatechin increased. From these, major antioxidant components seem to be some flavonoids of low molecular weights. A clear relationship between individual phenolic components in the skin extracts and their antioxidant activities was not found.

ワインの製造において，ブドウのポリフェノールは，醸造過程およびその後の熟成，貯蔵中に褐変，濁り，沈殿などを引起こす反面，ワインの色調，香味を発現し，ワインの品質上最も重要な成分の一つである。我々は先に日本産ブドウより製造した白ワイン67種，赤ワイン39種，ロゼワイン6種のポリフェノールを分析したが，全フェノール含量は白ワインでは46〜1,980mg／l，赤ワインでは800〜2,372mg／l，ロゼワインでは，570〜742mg／lであった。[1)2)]　白ワインでは果皮中

のポリフェノールの一部がワインに移行するが，赤ワインでは種子，果皮中のポリフェノールがかもし発酵により多量に溶出し，その溶出度合によりワインのポリフェノール含量に差が生ずる。このようにフェノール化合物はワインの香味，色調などに関与する重要な成分であり，同時にまたワインの褐変，濁りを生ずる原因物質ともなるが，逆にいくつかのフェノールは還元性を有し，ワインの酸化を防止していると言われる。たとえば，カテキン，クエルセチンなどのフラボノイ

ド型ポリフェノールは典型的な抗酸化性ポリフェノールであるが[3][4]、ワインやブドウ中にも多くのフラボノイド型ポリフェノールが存在し[5]、ブドウやワインの酸化や還元現象に関与していると考えられるので、本実験ではまず33ブドウ品種の種子について50%エタノールを用いてポリフェノールを抽出し、このエタノール抽出物の全フェノール、タンニン、フラボノイド、カテキン、およびエピカテキンを定量した。次いで、エタノール抽出物をリノール酸に作用させ、カテキンを標準として過酸化物の生成を抑制する度合から抗酸化活性を算出した。その結果、種子からのエタノール抽出物はカテキン、エピカテキン含量の増加とともに抗酸化活性が増大する傾向があり、タンニンなど高分子化合物よりはカテキン、エピカテキンなどの低分子のポリフェノールが抗酸化性の主体であることが認められたので報告する。

## 実　験　方　法

**ブドウ種子及び果皮**　1983年に当研究施設付属育種試験地で収穫した33品種（白ワイン用17品種、赤ワイン用16品種）を用いた。各品種のブドウ1〜3kgを破砕後、直ちに流水中で種子と果皮に分離し、水で洗浄後風乾した。

**ブドウ種子及び果皮からのポリフェノールの分離**

種子又は果皮1gにつき2mlのエタノールを、ワーリングブレンダーで18,000rpm、5min（果皮の場合は10min）撹拌した。破砕抽出物を6,000rpm、15min遠心分離後、沈殿に2倍量のクロロホルムを加え、ワーリングブレンダーで1min撹拌後、クロロホルム可溶成分を沪紙（東洋No101）で沪別して沪過物を得た。この沪過物1gにつき2mlのエタノールを添加し、上と同様に撹拌、撹拌物を遠心し、得られた沈殿1gにつき2mlの50%エタノールを添加し、同様に撹拌、遠心分離した。以上の三回の遠心で得られる上溶を合し、窒素気流下で減圧濃縮して脱アルコールを行い、濃縮物を凍結乾燥した。

**全フェノール量**　凍結乾燥物50mgを50%エタノール50mlに溶解し、メンブランフィルター（東洋TM-2P, 0.45μm）で沪過して全フェノール溶液とした。全フェノールの定量は当研究室で試作した全フェノール自動定量装置[6]を用いて行った。

**タンニン、フラボノイド量**　タンニンの定量はゼラチン沈殿法によった[2]。すなわち、全フェノール溶液40mlに終濃度0.02Mとなるように酒石酸を加え、0.5NNaOHでpH4.0とした。この溶液2mlに0.5%ゼラチン-10%NaCl溶液2mlを加え、空温

で1夜放置した。これを3,000rpm、10min遠心分離後、上溶をメンブランフィルター（東洋TM-2P, 0.45μm）で沪過した。沪液の全フェノール量を上記自動分析装置で定量し、これを非タンニン型フェノールとした。全フェノール量から非タンニン型フェノール量を差引いた値をタンニン量として表わした。フラボノイドの定量は *Kramling, Singleton* のホルムアルデヒド沈殿法[7]によった。

**カテキン、エピカテキン量**　薄層クロマトグラフィーおよび高速液体クロマトグラフィーを用いて定量した。

**薄層クロマトグラフィー**：没食子酸当量で2mgのフェノールを含む試料（2mg/0.2ml 50%エタノール）を0.8mmの厚さの *Kieselgel 60G* (Merk) プレート（20×20cm）に帯状に添加し、トルエン：ギ酸エチル：ギ酸（5/4/2, v/v）[8]の溶媒系を用いて26℃、相対湿度45〜50%で40min上昇法で展開した。展開終了後、約1h風乾した。バニリン-HCl試薬[9]をプレートの両端に噴霧し、赤色に発色した部分（Rf0.31〜0.51）に相当する部分のゲルをかきとり、メタノールに懸濁して5min撹拌しこれを遠心した。これを3回繰返し、上溶を合して減圧乾固した。

**高速液体クロマトグラフィー**：上の乾固物にメタノール0.4mlを加えて溶解し、メンブランフィルターで沪過したものを試料とした。試料100μlを *Zorbax ODS* (島津) カラム（0.46×15cm）に添加し、メタノール溶液（0.02M酒石酸：メタノール、80/20, v/v）を用いて流速0.5ml/min、室温で溶出した[10]。検出は280nmで行った。標準物質はSIGMA社の（＋）-カテキン、（－）-エピカテキンを用いた。標準物質を薄層クロマトグラフィーおよび高速液体クロマトグラフィーで分画、定量したところ、カテキン、エピカテキンの回収率はそれぞれ59.2%、78.7%であった。

**抗酸化活性**　リノール酸（関東化学）を基質として用い、過酸化物価（POV）の測定は常法[11]通り行った。すなわち、リノール酸100μlと全フェノール溶液50μlを内径1.6cm高さ10cmのスクリューキャップ付試験管に入れ、密栓した後、遮光した恒温水槽に50℃に保ち、生成した過酸化物を基準油脂分析試験法[11]により分析した。抗酸化活性はリノール酸単独の過酸化物価（POVc）からポリフェノールを添加して得られた過酸化物価（POVs）を差引いた値とした。

## 結　果　及　び　考　察

Table 1 に33ブドウ品種とそれらの果粒数、種

ブドウフェノールの抗酸化性                                                                31

Table 1. Berry numbers of grapes, and weights and phenol contents of seeds skins.

| Variety | | Berries (Numbers/kg grape) | Seeds | | Skins | |
|---|---|---|---|---|---|---|
| | | | Weights(g/ kg grape) | Phenols(mg, GAE/g seed) | Weights(g/ kg grape) | Phenols(mg, GAE/g skin) |
| *Vitis vinifera* | Koshu | 2 6 3 | 1 9.7 | 1 3.8. | 1 3 3.4 | 3.3 |
| | Koshu Sanjaku | 2 0 4 | 1 0.4 | 4 3.2 | 7 5.1 | 3.3 |
| | Chardonnay | 5 1 3 | 3 0.4 | 6 1.2 | 1 4 2.0 | 3.4 |
| | Riesling | 5 4 9 | 3 0.7 | 3 4.6 | 1 6 3.6 | 1.0 |
| | Semillon | 5 2 9 | 1 2.6 | 3 0.5 | 1 0 8.2 | 2.5 |
| | Pinot Gris | 6 3 7 | 4 9.3 | 5 7.5 | 1 6 5.7 | 2.8 |
| | Sauvignon Blanc | 4 7 8 | 2 3.4 | 3 6.5 | 8 8.3 | 2.6 |
| | Saint Emilion | 3 4 6 | 1 4.4 | 2 7.9 | 8 0.9 | 2.7 |
| | Sylvaner | 3 1 6 | 2 5.9 | 4 9.9 | 1 1 7.1 | 5.5 |
| | Cabernet Sauvignon | 6 3 8 | 3 9.9 | 4 5.1 | 1 5 6.5 | 5.9 |
| | Cabernet Franc | 5 6 8 | 4 0.7 | 6 6.1 | 1 3 1.4 | 4.4 |
| | Pinot Noir | 5 5 6 | 3 5.1 | 6 1.4 | 2 0 5.9 | 1.2 |
| | Arumenia | 2 0 8 | 8.7 | 2 6.2 | 5 3.0 | 4.3 |
| Hybrid | Suntory Blanc | 4 0 0 | 2 2.2 | 3 5.8 | 1 3 1.5 | 1.5 |
| | Jubileum 75 | 4 3 9 | 3 1.8 | 5 5.4 | 1 8 3.1 | 2.0 |
| | Zala Gyöngye | 2 8 2 | 9.1 | 4 8.5 | 8 8.7 | 2.4 |
| | Ezer Furtu | 5 5 6 | 2 4.9 | 3 0.4 | 2 5 1.9 | 2.6 |
| | Egri Csillagok No. 26 | 3.8 9 | 3 7.5 | 3 0.6 | 1 4 3.9 | 1.3 |
| | Egri Csillagok No. 28 | 4 0 0 | 2 9.5 | 2 8.0 | 1 7 1.0 | 2.0 |
| | Egri Csillagok No. 34 | 4 2 6 | 2 7.5 | 3 6.0 | 4 4.0 | 2.5 |
| | Egri Csillagok No. 40 | 4 5 2 | 3 4.5 | 3 5.5 | 1 0 5.3 | 1.5 |
| | Muscat Bailey A | 1 9 1 | 1 7.4 | 1 6.4 | 4 5.1 | 9.3 |
| | Bailey Alicante A | 4 3 5 | 2 3.0 | 3 8.4 | 5 9.6 | 1 1.7 |
| | Cabernet Suntory | 6 7 1 | 3 9.4 | 6 1.4 | 1 8 2.3 | 2.4 |
| | Seibel 8745 | 4 5 5 | 2 5.2 | 5 1.4 | 9 3.1 | 5.5 |
| | Csaba 162 | 3 9 2 | 2 7.6 | 5 9.7 | 1 4 2.4 | 1 0.4 |
| | Zweigelt Rebe | 6 2 5 | 1 2.3 | 5 9.9 | 3 8.2 | 1 2.4 |
| | Egri Csillagok No. 7 | 5 3 8 | 1 2.3 | 3 2.1 | 3 4.5 | 5.4 |
| | Bujtur | 7 8 1 | 3 3.7 | 6.8 | 1 2 5.4 | 6.0 |
| *Vitis amurensis* | Yamanashi | 1 1 3 6 | 7 3.7 | 3.8 | 2 0 7.2 | 5.3 |
| *Vitis coignetiae* | Misaka | 1 0 7 5 | 8 1.4 | 4.8 | 3 4.1 | 2.4 |
| | Tomioka | 1 0 3 1 | 5 3.4 | 8.0 | 9 8.9 | 3.5 |
| | Ikeda | 1 2 1 9 | 7 7.5 | 6.7 | 2 0 0.7 | 1 3.0 |

32                                野城・櫛田・中島・横塚



Fig. 1.  Effect of heating time on POV of linoleic acid at 50℃.



Fig. 3.  Inhibitory effect of Koshu seed phenols on oxidation of linoleic acid for 15 h at 50℃.



Fig. 2.  Inhibitory effect of D−(+)−catechin on oxidantion of linoleic acid for 15 h at 50℃.



Fig. 4.  High performance liquid chromatography of the flavonoid fraction of 50％ ethanol extract of Koshu grape seeds on Zorbax ODS.

ブドウフェノールの抗酸化性                                33

子および果皮重量，種子および果皮から抽出した全フェノール量を示した．果粒数，種子，および果皮の重量はブドウ 1 kg 当たりの重さで表わし，全フェノールは種子あるいは果皮 1 g 当たりの量を没食子酸換算（GAE）で表示した．

　V. coignetiae や V. amurensis などのアジア東部原産種の果粒数は V. vinifera やその交雑種のそれらよりかなり多い．種子重量はブドウ果の約 1〜8％で，これらのフェノール含量は品種間で差があるが，V. coignetiae や V. amurensis の種子 1 g に含まれているフェノール含量はアジア西部原産種（V. vinifera）のそれらの数分の 1 であった．果皮重量は品種により非常に異なり，ブドウ果の約 3〜20％を占め，果皮 1 g に含まれているフェノールもまた品種間で差がある．

　これらの種子及び果皮から得た全フェノールをリノール酸に作用させ，過酸化物の生成を抑制する度合から抗酸化活性を調べた．まず，基質として用いたリノール酸は 50℃ において 18時間まで直線的に過酸化価（POV）が上昇した（Fig. 1）．このリノール酸に様々な濃度の市販 D−（＋）−カテキンを添加し，抗酸化活性を調べた結果，カテキン濃度に比例して抗酸化活性は少なくとも 3.0 mg/ml のカテキン濃度では直線的に増大した（Fig. 2）．次に種子及び果皮の全フェノールの抗酸化活性を調べた．甲州種子全フェノールを用いた時（Fig. 3）全フェノール濃度が 1〜5 mg. GAE/ml の範囲でフェノール濃度と抗酸化活性に直線関係が認められた．この結果から，他の種子及び果皮フェノールの抗酸化活性を次の条件で行うことにした．すなわち，リノール酸 100 μl を基質とし，没食子酸換算で 2.5 mg/ml の全フェノール 50％エタノール溶液 50 μl（125 μg，GAE）を基質溶液に添加し密栓後，50℃ で 15時間後に過酸化物価を求めた．この値より抗酸化活性を求めカテキンの抗酸化活性に対する比を算出し，各ブドウ品種間のフェノール化合物の抗酸化活性を比較した．

　Table 2 は 33 ブドウ品種の種子及び果皮の全フェノールの抗酸化活性を求めた結果である．抗酸化活性はカテキンの抗酸化活性を 1 とした時の各フェノール試料の相対的な値である．すなわち，活性 1 はカテキンと同等の抗酸化活性を持つことを意味する．種子フェノールでは 3 品種，果皮フェノールでは 8 品種がカテキンと同等かそれ以上の抗酸化活性が認められたが，ほとんどのブドウ品種のフェノールの抗酸化活性は没食子酸換算で同じフェノール量を用いた時品種によりかなり差が生じた．これより種子及び果皮のフェ

ノール組成が品種によってかなり異なっていることが考えられる．

　次に，各フェノール試料中のタンニン，フラボノイド含量，カテキン及びエピカテキン量を調べ（Table 4），各フェノール成分と抗酸化活性との関係を検討した．種子フェノールではタンニンは 210〜794 μg. GAE/mg total phenol であるのに対し，フラボノイド含量は 810〜990 μg. GAE/mg total phenol でタンニン含量よりは品種間の差が小さい．果皮フェノールではハイブリッドの 7 品種ではタンニンがほとんど検出されなかった．これらの品種はいずれもハンガリー作出の品種である．果皮のフラボノイド含量は 242〜980 μg. GAE/mg total phonol で種子フェノールの場合に比べてより品種間に差があった．また，まったくフラボノイドが検出されない品種が 1 つあった．Table 4 には種子及び果皮中のカテキンとエピカテキン量を示した．品種により各々のフェノール成分量にはかなり差がある．同じ品種のブドウで種子と果皮を比べた場合，カテキンとエピカテキンの合計量が多い品種が 4 品種，残りの 29 品種は全て種子のほうが多い結果を得た．

　Fig. 4 は甲州ブドウ種子全フェノールを薄層クロマトグラフィーで全フェノールを分画後，バニリン−HCl 反応で赤色を呈した部分（Rf 0.31〜0.51）の薄層をかきとり，これよりメタノールで抽出したフラボノイド画分を高速液体クロマトグラフィーで分析した溶出図である．溶出パターンは品種により異なるが 1 例として甲州種子全フェノールのフラボノイド画分の溶出パターンを示した．

　以上の結果に基づいて各フェノール成分と抗酸化活性の関連性を調べるために横軸に各フェノール成分含量を，縦軸に抗酸化活性の各々の値をプロットした（Fig. 5. Fig. 6）．a）はタンニン，b）はフラボノイド，c）はカテキンとエピカテキンの合計値を横軸にとり，全体的な傾向を見ると，種子タンニン（Fig. 5 a）の含量が増加すると抗酸化活性が低下し，タンニン含量と抗酸化活性とは反比例の関係にある．フラボノイドは各品種でほぼ同じ量（約800 μg/mg total phenol）が含まれているが，抗酸化活性は様々であり，フラボノイド含量と活性の関係は認められない．仮にフラボノイドが抗酸化性を有すると仮定すれば，同じ含量でありながら抗酸化活性が異なることから各ブドウ種子に含まれているフラボノイドの成分にかなり大きな違いがあることが推定される．カテキンとエピカテキンでは含量の増加とともに抗酸化活性は上昇する傾向にあり，タンニンとは逆に比例

34　　　　　　　　　　野崎・椙田・中島・横塚



Fig. 5. Relationship between the amounts of various phenolic fractions from seeds and their antioxidant activities.



Fig. 6. Relationship between the amounts of various phenolic fractions from skins and their antioxidant activities.

ブドウフェノールの抗酸化性

35

Table 2. Antioxidant activities of seed and skin phenols.*

| Variety | | Seeds | | Skins | |
|---|---|---|---|---|---|
| | | POVs/POVc (meq/kg) | Antioxidant activity (catechin equivalent) | POVs/POVc (meq/kg) | Antioxidant activity (catechin equivalent) |
| *Vitis vinifera* | Koshu | 297.3／422.4 | 0.4 8 | 230.1／422.4 | 0.7 3 |
| | Koshu Sanjaku | 202.0／302.8 | 0.3 8 | 213.8／302.8 | 0.3 4 |
| | Chardonnay | 170.1／307.3 | 0.5 2 | 98.1／307.3 | 0.8 0 |
| | Riesling | 248.1／355.2 | 0.4 1 | 90.1／355.2 | 1.0 1 |
| | Semillon | 270.9／435.0 | 0.6 3 | 189.7／435.0 | 0.9 3 |
| | Pinot Gris | 209.8／427.8 | 0.8 3 | 95.7／427.8 | 1.2 7 |
| | Sauvignon Blanc | 149.1／409.4 | 0.9 9 | 101.7／409.4 | 1.1 7 |
| | Saint Emilion | 81.4／217.9 | 0.5 2 | 140.9／217.9 | 0.2 9 |
| | Sylvaner | 208.7／352.1 | 0.5 5 | 172.7／352.1 | 0.6 8 |
| | Cabernet Sauvignon | 353.0／414.0 | 0.2 3 | 219.9／414.0 | 0.7 4 |
| | Cabernet Franc | 153.5／313.0 | 0.6 1 | 123.5／313.0 | 0.7 2 |
| | Pinot Noir | 117.1／368.5 | 0.9 6 | 80.5／368.5 | 1.1 0 |
| | Arumenia | 159.5／359.2 | 0.7 6 | 168.4／359.2 | 0.7 3 |
| | Suntory Blanc | 241.7／365.8 | 0.4 7 | 190.2／365.8 | 0.6 7 |
| | Jubileum 75 | 267.8／408.7 | 0.5 4 | 273.1／408.7 | 0.5 2 |
| | Zala Gyongye | 116.7／329.9 | 0.8 1 | 142.0／329.9 | 0.7 2 |
| | Ezer Furtu | 172.8／455.1 | 1.0 4 | 233.5／455.1 | 0.8 4 |
| | Egri Csillagok No. 26 | 180.2／389.4 | 0.8 4 | 196.5／389.4 | 0.7 3 |
| | Egri Csillagok No. 28 | 176.4／360.2 | 0.7 0 | 114.9／360.2 | 0.9 3 |
| | Egri Csillagok No. 34 | 147.6／336.1 | 0.7 2 | 122.9／336.1 | 0.8 1 |
| | Egri Csillagok No. 40 | 129.9／411.3 | 1.0 7 | 77.8／411.3 | 1.2 7 |
| | Muscat Bailey A | 213.1／409.9 | 0.7 5 | 165.7／409.9 | 0.9 3 |
| | Bailey Alicante A | 281.9／415.2 | 0.5 1 | 186.8／415.2 | 0.5 9 |
| | Cabernet Suntory | 225.0／337.1 | 0.4 3 | 182.7／337.1 | 0.5 9 |
| | Seibel 8745 | 158.5／366.0 | 0.7 9 | 136.5／366.0 | 0.8 7 |
| | Csaba 162 | 230.4／435.2 | 0.7 8 | 227.4／435.2 | 0.7 9 |
| | Zweigelt Rebe | 209.9／356.6 | 0.5 6 | 97.7／356.6 | 0.9 9 |
| | Egri Csillagok No. 7 | 164.9／471.8 | 1.1 7 | 177.2／471.8 | 1.1 2 |
| | Bujtur | 198.9／451.2 | 0.9 6 | 207.4／451.2 | 0.9 3 |
| *Vitis amurensis* | Yamanashi | 182.0／323.3 | 0.5 4 | 158.9／323.3 | 0.6 3 |
| *Vitis coignetiae* | Misaka | 147.9／396.9 | 0.9 5 | 115.9／396.9 | 1.0 7 |
| | Tomioka | 167.8／318.3 | 0.5 7 | 67.7／318.3 | 0.9 6 |
| | Ikeda | 241.9／417.4 | 0.6 7 | 130.6／417.4 | 1.0 9 |

* A 125 μg (GAE) of phenols was used for the determination of antioxidant activity.

36                                     野崎・櫛田・中島・横塚

Table 3. Tannin and flavonoid contents of seed and skin phenols.

| Variety | | Seeds | | Skins | |
|---|---|---|---|---|---|
| | | Tannins | Flavonoids | Tannins | Flavonoids |
| | | | ($\mu$g, GAE/mg total phenol) | | |
| *Vitis vinifera* | Koshu | 5 8 0 | 9 0 1 | 5 4 3 | 9 1 3 |
| | Koshu Sanjaku | 7 6 9 | 9 6 6 | 1 7 6 | 9 1 4 |
| | Chardonnay | 6 8 5 | 9 7 9 | 4 9 7 | 9 1 3 |
| | Riesling | 7 8 5 | 9 8 9 | 5 6 2 | 8 3 4 |
| | Semillon | 7 4 6 | 9 8 4 | 5 9 9 | 9 6 0 |
| | Pinot Gris | 5 1 9 | 9 8 6 | 3 4 1 | 9 1 6 |
| | Sauvignon Blanc | 4 5 5 | 9 7 9 | 6 8 9 | 9 5 0 |
| | Saint Emilion | 7 9 7 | 9 8 3 | 5 4 1 | 9 2 8 |
| | Sylvaner | 6 6 5 | 9 9 0 | 2 3 1 | 9 8 0 |
| | Cabernet Sauvignon | 7 9 4 | 9 7 5 | 6 1 4 | 8 8 7 |
| | Cabernet Franc | 7 4 0 | 9 7 4 | 4 6 5 | 7 8 3 |
| | Pinot Noir | 5 1 8 | 9 7 8 | 5 6 4 | 8 9 4 |
| | Arumenia | 5 4 8 | 9 6 9 | 6 4 8 | 8 9 9 |
| Hybrid | Suntory Blanc | 7 0 6 | 9 8 2 | 5 4 3 | 9 1 3 |
| | Jubileum 75 | 7 3 0 | 9 8 1 | 0 | 8 3 6 |
| | Zala Gyöngye | 4 9 9 | 9 8 2 | 0 | 9 3 5 |
| | Ezer Furtu | 5 8 6 | 9 8 6 | 4 | 9 4 1 |
| | Egri Csillagok No. 26 | 2 1 0 | 9 3 0 | 0 | 9 1 4 |
| | Egri Csillagok No. 28 | 2 8 0 | 9 6 8 | 0 | 8 6 0 |
| | Egri Csillagok No. 34 | 5 6 3 | 9 7 8 | 0 | 9 3 9 |
| | Egri Csillagok No. 40 | 3 7 8 | 9 8 2 | 0 | 8 3 7 |
| | Muscat Bailey A | 4 4 9 | 9 5 0 | 3 2 1 | 4 2 9 |
| | Bailey Alicante A | 4 8 4 | 9 5 4 | 2 7 4 | 2 4 2 |
| | Cabernet Suntory | 6 3 2 | 9 7 2 | 3 4 0 | 7 0 8 |
| | Seibel 8745 | 4 6 0 | 9 7 1 | 4 7 0 | 7 0 0 |
| | Csaba 162 | 7 7 6 | 9 7 7 | 4 1 3 | 7 5 9 |
| | Zweigelt Rebe | 6 1 8 | 9 7 9 | 2 9 8 | 7 8 9 |
| | Egri Csillagok No. 7 | 5 1 5 | 9 7 3 | 4 1 7 | 7 0 3 |
| | Bujtur | 4 9 5 | 9 1 5 | 4 7 3 | 5 5 3 |
| *Vitis amurensis* | Yamanashi | 4 6 4 | 8 4 7 | 8 5 | 0 |
| *Vitis coignetiae* | Misaka | 3 0 1 | 8 1 0 | 5 2 3 | 5 7 8 |
| | Tomioka | 5 6 6 | 9 5 2 | 4 4 2 | 4 9 7 |
| | Ikeda | 4 2 1 | 9 2 7 | 5 2 5 | 3 8 8 |

ブドウフェノールの抗酸化性

Table 4.  Catechin and epicatechin contents of seed and skin phenols.

| Variety | | Seeds | | | Skins | | |
|---|---|---|---|---|---|---|---|
| | | Catechin | Epicatechin | Catechin + Epicatechin | Catechin | Epicatechin | Catechin + Epicatechin |
| | | (μg/mg total phenol) | | | (μg/mg total phenol) | | |
| *Vitis vinifera* | Koshu | 2.5 | 7.2 | 9.7 | 6.7 | 0.4 | 7.1 |
| | Koshu Sanjaku | 1.3 | 2.0 | 3.3 | 3.6 | 3.2 | 6.8 |
| | Chardonnay | 15.0 | 13.4 | 28.4 | 3.2 | 0.8 | 4.0 |
| | Riesling | 1.7 | 0.8 | 2.5 | 0.3 | 0.0 | 0.3 |
| | Semillon | 2.5 | 0.9 | 3.4 | 1.1 | 0.0 | 1.1 |
| | Pinot Gris | 1.3 | 13.1 | 14.4 | 46.7 | 25.9 | 72.6 |
| | Sauvignon Blanc | 80.6 | 53.4 | 134.0 | 4.8 | 1.3 | 5.9. |
| | Saint Emilion | 1.0 | 0.1 | 1.1 | 0.0 | 0.7 | 0.7 |
| | Sylvaner | 7.0 | 3.5 | 10.5 | 0.9 | 0.0 | 0.9 |
| | Cabernet Sauvignon | 2.6 | 0.8 | 3.4 | 0.0 | 0.4 | 0.4 |
| | Cabernet Franc | 2.2 | 1.5 | 3.7 | 0.0 | 7.0 | 7.0 |
| | Pinot Noir | 53.5 | 33.9 | 87.4 | 1.0 | 1.0 | 2.0 |
| | Arumenia | 24.5 | 15.9 | 40.4 | 0.0 | 0.4 | 0.4 |
| Hybrid | Suntory Blanc | 1.3 | 13.1 | 14.4 | 2.2 | 0.0 | 2.2 |
| | Jubileum 75 | 7.9 | 2.2 | 10.1 | 1.0 | 0.0 | 1.0 |
| | Zala Gyongye | 42.9 | 33.0 | 75.9 | 2.3 | 0.2 | 2.5 |
| | Ezer Furtu | 25.6 | 22.6 | 48.2 | 2.2 | 0.2 | 2.4 |
| | Egri Csillagok No. 26 | 49.0 | 48.8 | 97.8 | 0.3 | 0.0 | 0.3 |
| | Egri Csillagok No. 28 | 49.4 | 54.3 | 103.7 | 11.6 | 5.5 | 17.1 |
| | Egri Csillagok No. 34 | 37.0 | 18.5 | 55.5 | 10.3 | 2.9 | 13.2 |
| | Egri Csillagok No. 40 | 92.6 | 59.7 | 152.3 | 0.8 | 0.3 | 1.1 |
| | Muscat Bailey A | 6.1 | 9.5 | 15.6 | 3.0 | 7.2 | 10.2 |
| | Bailey Alicante A | 0.4 | 43.2 | 43.6 | 3.3 | 19.2 | 22.5 |
| | Cabernet Suntory | 14.0 | 10.0 | 24.0 | 2.2 | 1.6 | 3.8 |
| | Seibel 8745 | 41.9 | 9.4 | 51.3 | 1.7 | 0.0 | 1.7 |
| | Csaba 162 | 19.6 | 5.1 | 24.7 | 10.6 | 7.1 | 17.7 |
| | Zweigelt Rebe | 11.4 | 19.5 | 30.9 | 0.5 | 0.0 | 0.5 |
| | Egri Csillagok No. 7 | 34.1 | 28.1 | 62.2 | 0.2 | 0.0 | 0.2 |
| | Bujtur | 7.9 | 8.1 | 16.0 | 0.0 | 0.0 | 0.0 |
| *Vitis amurensis* | Yamanashi | 0.7 | 0.5 | 1.2 | 4.1 | 27.7 | 31.8 |
| *Vitis coignetiae* | Misaka | 1.0 | 2.0 | 3.0 | 1.2 | 2.7 | 3.9 |
| | Tomioka | 0.8 | 0.2 | 1.0 | 2.9 | 0.4 | 3.3 |
| | Ikeda | 0.0 | 0.0 | 0.0 | 2.2 | 1.2 | 3.4 |

38                          野崎・櫛田・中島・横塚

関係にある．以上種子フェノールをまとめると，フラボノイドポリマーなど比較的高分子物質を含むタンニン含量が低い程抗酸化活性を有し，フラボノイドモノマーのカテキン，エピカテキンの含量が高い程活性が強い．このことから抗酸化性を発揮する主体は低分子フラボノイドであることが示唆された．一方，果皮フェノールについてはタンニン，フラボノイド，カテキンとエピカテキンの各含量と抗酸化活性との関連性は種子の場合のようにはっきり現われていない．カテキン，エピカテキン含量がほとんどない場合でも抗酸化性があるが，フラボノイド含量の高いところで比較的抗酸化活性が高いものがあることからカテキンやエピカテキン以外のフラボノイドが抗酸化活性を発揮しているものと推定する．

要　　　約

33ブドウ品種の種子及び果皮から50%エタノールを用いてフェノール化合物を抽出し，全フェノール，タンニン，フラボノイド，カテキン，およびエピカテキン量を調べた．各々のフェノール成分は品種間でかなり差が認められた．

33品種の種子及び果皮から抽出した全フェノールについてリノール酸を基質として抗酸化活性を調べた結果，品種によりかなり差が示された．これは種子及び果皮フェノールの組成の違いによるものと考え，抗酸化活性と各フェノール成分との相関関係を調べた．その結果，種子フェノールはタンニン含量の比較的低い品種に抗酸化活性の高いものが認められた．またフラボノイド含量が同じ場合でも抗酸化活性に差が認められた．そこで，フラボノイドモノマーであるカテキン及びエピカテキンの含量を調べ抗酸化活性との関連を検討したところ，カテキンとエピカテキンの含量に比例して抗酸化活性は上昇した．これらのことからブドウ

種子フェノールの組成と抗酸化活性との関係から，種子フェノールの抗酸化活性は主に低分子フラボノイドに由来することが推定される．しかし，果皮フェノールの組成と抗酸化活性との明確な関連性は見い出せなかった．

終りに，実験の一部に協力いただいた雨宮左沢氏に，またブドウの品種名について助言をいただきましたサントリー株式会社，酒類研究所，ブドウ栽培研究室の佐野孝氏及び北尾吉雄氏に深謝します．

文　　　献

1) 横塚弘毅，櫛田忠衛：山梨大醗研報告，18，43 (1983)．

2) 横塚弘毅，松土俊秀，野崎一彦，櫛田忠衛：山梨大醗研報告，18，51 (1983)．

3) Leis, E. T., Watts, B. M. : *Food Res.*, 23, 274 (1958).

4) Pratt, D. E., Watts, B. M. : *J. Food Sci.*, 29, 27 (1964).

5) Hennic, K., Burkkardt, R. : Am. *J. Enol. Vitic.*, 11, 64 (1960).

6) 横塚弘毅，丹沢恒正，荻原隆徳，二木弘，加藤泉，櫛田忠衛：山梨大醗研報告，18，37 (1983)．

7) Kramling, T. E., Singleton V. L. : Am. *J. Enol. Vitic.*, 20, 86 (1969).

8) Peri, C., Pompei, C. : Am. *J. Enol. Vitic.*, 22, 55 (1971).

9) El Sayed, A. S., Lue, B. S. : *J. Food Sci.*, 30, 1016 (1965).

10) Yokotsuka, K., Shinkai, S., Kushida, T. : *J. Ferment. Technol.*, 58, 107 (1980).

11) 日本油化学協会編：基準油脂分析試験法，再版（朝倉書店），P170 (1967)．

(1984・9・13受付)