山梨大学発酵研究所研究報告
編 集 委 員 会

編集委員長　後藤昭二

編集幹事　横塚弘毅

編集委員　加賀美元男, 田中健太郎, 村木弘行, 野々村英夫

編集顧問　横塚　勇, 梅田忠衛

連絡先　〒400　甲府市北新一丁目13番1号
　　　　　山梨大学工学部発酵化学研究施設


Journal of the Institute of Enology and
Viticulture, Yamanashi University
Publications Committee

Editorial Board
　　Chairman : Shoji GOTO
　　Editor of Publications : Koki YOKOTSUKA
　　Motoo KAGAMI, Hiroyuki MURAKI, Hideo NONOMURA,
　　and Kentaro TANAKA

Advisoary Board
　　Isami YOKOTSUKA and Tadae KUSHIDA

All correspondence should be addressed to :
　　The Institute of Enology and Viticulture
　　Yamanashi University
　　13-1 Kitashin-1-chome, Kofu
　　Yamanashi 400
　　Japan

---

山梨大学発酵研究所　研 究 報 告　第19号　　昭和59年12月10日　印刷
　　　　　　　　　　　　　　　　　　　　　　昭和59年12月25日　発行

編集兼発行者　山梨大学工学部発酵化学研究施設　　印刷所　中央印刷株式会社
　　　　　　　甲府市北新一丁目13番1号　　　　　　　　　　甲府市住吉五丁目6-33
　　　　　　　電話　(0552)52-1111

# Phenolic, Sulfur, and Nitrogen Compounds in Food Flavors

**George Charalambous,** EDITOR
*Anheuser-Busch, Inc.*

**Ira Katz,** EDITOR
*International Flavors and Fragrances*

A symposium sponsored by the Division of Agricultural and Food Chemistry at the 170th Meeting of the American Chemical Society, Chicago, Ill., August 25–26, 1975

ACS  SYMPOSIUM  SERIES  **26**

AMERICAN CHEMICAL SOCIETY
WASHINGTON, D. C.    1976

Exhibit 8

1

# Role of Flavones and Related Compounds in Retarding Lipid–Oxidative Flavor Changes in Foods

DAN E. PRATT

Department of Foods and Nutrition, Purdue University, West Lafayette, Ind. 47907

The term flavonoid is generally used to denote the group of plant phenols characterized by the carbon skeleton $C_6-C_3-C_6$. The basic structure of these compounds consists of two aromatic rings linked by a three carbon aliphatic chain which normally has been condensed to form a pyran or less commonly a furan ring. As the name implies flavone may be considered the general type compound of the flavonoid group. Based chiefly on the oxidation state of the aliphatic fragment, these compounds may be subdivided into several groups (1, 2, 3). The widest and most inclusive classification (2) places the flavonoids into three classes:

1) The <u>anthoxanthins</u> include all flavonoids that possess a carbonyl group in the 4-position. The center condensed ring may be either the pyran or furan structure; or in one case (the chalcones) the alphatic fragment is not condensed into a ring.
2) The <u>flavans</u> include flavonoids that do not possess a carbonyl in the 4-position. The center condensed ring is always intact and is the pyran structure.
3) The <u>anthocyanins</u> are flavylium salts. These may be considered as flavans in the highest state of oxidation.

These three classes may be further divided as shown in Figures 1 and 2.

Several phenolic compounds that are not flavonoids, but are closely related to flavonoids biosynthetically and in their distribution, must also be considered. These compounds are in the cinnamic acids (3-phenyl propenoic acid derivatives), esters of cinnamic acids and hydroxy and/or methoxy derivative of coumarin.

In the plant kingdom, the angiosperms account for

2    PHENOLIC, SULFUR, AND NITROGEN COMPOUNDS IN FOOD FLAVORS

A. ANTHOXANTHINS

| TYPE COMPOUND | DESCRIPTION OF CLASS |
|---|---|
| 1. Flavones | Hydroxylated and/or methoxylated derivatives of flavone. The 3-hydroxyflavones are commonly referred to as flavonols. |
| 2. Flavanones | Hydroxylated and/or methoxylated derivatives of flavanone (2,3-dihydroflavone). The 3-hydroxyflavanones are commonly referred to as flavanonols. |
| 3. Isoflavones | Analogous to the flavones with the aromatic ring linked to carbon 3 instead of carbon 2. |
| 4. Chalcones | Hydroxylated and/or methoxylated derivatives of two aromatic rings linked by a three carbon aliphatic fragment. |

Figure 1. Classification of flavonoids

---

1. PRATT    Flavones and Related Compounds    3

A. ANTHOXANTHINS

| TYPE COMPOUND | DESCRIPTION OF CLASS |
|---|---|
| 5. Aurones | Hydroxylated and/or methoxylated derivatives of benzalcoumranone. |

B. FLAVANS

| | |
|---|---|
| Catechins | 3,7,4'-Hydroxyflavans which may also be hydroxylated at the 5, 3', and/or 5' positions. |
| Leucoanthocyanins | Hydroxylated and/or methoxylated derivatives of 3,4-dihydroxyflavan. |

Figure 1. Classification of flavonoids (continued)

PHENOLIC, SULFUR, AND NITROGEN COMPOUNDS IN FOOD FLAVORS

4

1. PRATT    *Flavones and Related Compounds*

between 250 and 300 thousand species. Of this number less than 400 species are cultivated or gathered as human foods. These 400 species include 33 of the 51 orders and 89 of the 279 families. All parts of plants are eaten - roots, stems, leaves, flowers, fruit, and seeds - but in most species the edible portions are restricted to one part. Flavonoids and related compounds have been isolated from, or detected in about one-half of these edible plants, but not always in the edible portions. The same compound, or group of compounds, are not always present throughout the plant.

Flavonoids occur in all types of higher plant tissue - wood, bark, stems, leaves, fruit, roots, flower, pollen and seeds. Table I shows the general distribution of flavonoids and cinnamic acids in the various parts of the plant. Certain groups of flavonoids are more characteristic of some tissues than others. In fruit bearing plants, however, the same groups of flavonoids that occur in the leaves also occur in the fruit in a lesser amount. Anthocyanins are typically in fruits, flowers, and some leaves. The greatest natural source of flavans - catechins - leucoanthocyanins - are from woods and barks. However, these do occur in non-woody tissue as tea leaves, cocoa beans, and fruit pulps. Chalcones and aurones are chiefly found in flower petals, and to a lesser extent in leaves and stems of some species but are not as widely distributed as other groups of flavonoid compounds. Flavones and flavonones are present in many plant tissues and cannot be considered as components of any one type of tissue.

Perhaps the greatest stimulus to the study of flavonoids and related compounds came with the development of paper chromatography and its evolution into thin-layer techniques. Paper chromatography provided the first satisfactory procedures of surveying plant tissues for the presence of flavonoids (4). These compounds possess just the right range of solubility characteristics for ease in separation (5, 6) and most of them possess characteristic spectra in ultraviolet and/or visible regions (6, 7).

Nearly thirty years ago paper chromatography was employed for the separation of flavonoids. There have been many excellent reviews on the subject (5, 6, 8, 9, 10, 11). The selection of a specific chromatographic procedure depends on the objectives of an investigation. The isolation and purification of a flavonoid (or a cinnamic acid) can be achieved by various preparation techniques using either one- or two-dimensional procedures. In preparative procedural work in our

Cinnamic acids (3-phenylpropanoic acid derivatives)



Quinic acid (1,3,4,5-tetrahydroxycyclohexanecarboxylic acid),



Quinic acid esters of cinnamic acids, and coumarins (hydroxy and/or methoxy derivatives of coumarin).

*Figure 2. Classification of related compounds*

1. PRATT  Flavones and Related Compounds

TABLE I. The General Distribution of Flavonoid Compounds in Plant Tissues

| Plant Tissue | Relative Concentration of Compounds |
|---|---|
| Wood | Catechins ≃ Leucoanthocyanins > flavonols > cinnamic acids |
| Bark | As wood but greater total quantity |
| Leaf | Flavonols ≃ cinnamic acids > catechins ≃ Leucoanthocyanins |
| Fruit | Cinnamic acids > catechins ≃ Leucoanthocyanins > flavonols |

TABLE II. Antioxidant Activity of Flavones

| Compound | Antioxidant Index ($5 \times 10^{-4}$ M) |
|---|---|
| Aglycones: | |
| Quercetin (3,5,7,3',4'-Pentahydroxy) | 3.8 |
| Fisetin (3,7,3',4'-Tetrahydroxy) | 3.8 |
| Myricetin (3,5,7,3',4',5'-Hexahydroxy) | 4.5 |
| Robinetin (3,7,3',4',5'-Pentahydroxy) | 4.5 |
| Rhamnetin (3,5,3',4'-Tetrahydroxy 7-Methoxy) | 3.6 |
| Glycosides: | |
| Quercetin (Quercetin 3-Rhamnoside) | 3.7 |
| Rutin (Quercetin 3-Rhamnoglucoside) | 1.6 |

TABLE III. Antioxidant Activity of Flavanones

| Compound | Antioxidant Index ($5 \times 10^{-4}$ M) |
|---|---|
| Aglycones: | |
| Naringenin (5,7,3'-Trihydroxy) | 1.9 |
| Dihydroquercetin (3,5,7,3',4'-Pentahydroxy) | 3.8 |
| Hesperitin (5,7,3'-Trihydroxy-4'-Methoxy) | 1.2 |
| Glycosides: | |
| Hesperidin (Hesperitin 7-Rhamnoglucoside) | 1.2 |
| Neohesperidin (Hesperitin 7-glucoside) | 1.3 |

---

6    PHENOLIC, SULFUR, AND NITROGEN COMPOUNDS IN FOOD FLAVORS

laboratory has usually been by series of one-dimensional techniques. In either case, several separations are required and several detection techniques must be used.

Many of the flavonoids and related compounds have strong antioxidant characteristics in lipid-aqueous and lipid food systems (Tables II, III, Figure 3). As may be seen certain flavones, flavonols, flavanones, flavanonals and cinnamic acid derivatives have considerable antioxidant activity. The very low solubility of these compounds in lipids is often considered a disadvantage and is considered a serious disadvantage if an aqueous phase is also present (12). However, flavonoids suspended in the aqueous phase of a lipid-aqueous system offer appreciable protection to lipid oxidation (13, 14, 15, 16, 17, 18). Also, Lea and Swoboda (12), nearly twenty years ago, found that flavonols were effective antioxidants when suspended in lipid systems.

The antioxidant activity was measured using 20 mg. of linoleic acid, 200 mg. of Tween 40, and 1 ml. of 0.02% B-carotene in chloroform. The chloroform was removed by evaporation on a water-bath at 50°C., using a rotary evaporator. 50 ml. of oxygenated water was added, and 5 ml. aliquots of this emulsion were placed in spectrometer tubes with 2 ml. of the antioxidant solution under test. For the control, 2 ml. of deionized, distilled water, or ethanol, as appropriate, were added to the emulsion. Readings at 470 nm. were taken immediately. The tubes were stoppered, and placed in a water-bath at 50°C. Readings of the optical density were taken at regular intervals until the control was bleached. The antioxidant index was calculated by dividing the loss of optical density of the control at the end of the induction period, by the loss of optical density of the test solution at that time.

Polyphenolic antioxidants, sparingly soluble in lipid systems, have been converted into readily fat-soluble form by alkylation or esterification with long chain fatty acids or alcohols. Such a procedure offers promising results with flavonoids.

The action flavonol antioxidation is bi-modal. Flavanols are known to form complexes with metals. Chelation occurs at the 3-hydroxy, 4-keto grouping and/or at the 5-hydroxy, 4-keto group, when the A ring is hydroxylated in the 5 position. An o-quinol grouping on the B-ring can also demonstrate metal-complexing activity (19, 20). However, the major value of flavonoids and cinnamic acids is in their primary

8      PHENOLIC, SULFUR, AND NITROGEN COMPOUNDS IN FOOD FLAVORS

1. PRATT   *Flavones and Related Compounds*

antioxidant activity (i.e., as free radical acceptors and as chain-breakers).

The major evidence that these compounds work mainly as primary antioxidants is their ability to work equally well in metal cayalyzed and uncatalyzed systems. They are also efficient antioxidants in systems catalyzed by relatively large molecules, such as heme and other porphyin compounds. They are also effective against lipoxygenase catalyzed reactions with flavonols. These compounds cannot be enfisaged as forming complexes with flavonols. In addition, hesperitin (5,7,3-trihydroxy-4'methoxyflavone) which possesses an active metal-complexing site has demonstrated neglibible antioxidant activity.

The position and the degree of hydroxylation is of primary importance in determining antioxidant activity. There is general agreement that ortho-dihydroxylation of the B ring contributes markedly to the antioxidant activity of flavonoids (12, 13, 14, 21, 22, 23, 24). The para-quinol structure of the B ring has been shown to impart even greater activity than the ortho-quinol structure; while the meta configuration has no effect on antioxidant activity (21). However, para- and meta hydroxylation of the B ring apparently does not occur commonly in nature.

All flavonoids with the 3',4'-dihydroxy configuration possess antioxidant activity. Two (robinetin and myricetin) have an additional hydroxyl group at the 5' position, which increases the antioxidant activities over those of the corresponding flavones with the 5'-hydroxyl group, fisetin and quercetin. Two flavanones (naringenin and hesparitin) having a single hydroxyl group on the B ring possesses only slight antioxidant activity. Hydroxylation of the B ring is a major consideration for antioxidant activity.

Meta 5,7-hydroxylation of the A ring apparently has little, if any, effect on antioxidant activity. This is efidenced by the findings that quercetin and fisetin have relatively the same activity and myricetin possesses the same activity as robinetin. Heimann and his associates (23, 24) reported that meta 5,7-hydroxylation lowered antioxidant activity. To the contrary, Mehta and Seshadri (22) found quercetin to be a more effective antioxidant than 3,3',4'-trihydroxyflavone. Data from our laboratory support the finding of Mehta and Seshadri.

The importance of other sites of hydroxylation were studied by Lea and Swoboda (12); Mehta and Seshadri (22); Simpson and Uri (21); and Uri (25). The two former groups found quercetagetin (3,4,5,7,3',4'-hexa-

| Compound | Structure | Antioxidant Index (5 x 10⁻⁴ M) |
|---|---|---|
| Hesperidin Methyl Chalcone | | 1.3 |
| D-Catechin | | 3.5 |
| Chlorogenic Acid | | 3.7 |
| Caffeic Acid | | 3.6 |
| Quinic Acid | | 1.5 |
| Propyl Gallate | | 2.1 |

*Figure 3. Antioxidant indices of some flavonoids and related compounds*

| | Antioxidant Index $(S \times 10^{-4} M)$ |
|---|---|
| | 1.3 |
| OCH$_3$ | |
| -side | 3.5 |
| OH, OH | 3.7 |
| H, OH, COOH | 3.6 |
| | 1.5 |
| | 2.1 |

*...onoids and related compounds*

antioxidant activity (i.e., as free radical acceptors and as chain-breakers).

The major evidence that these compounds work mainly as primary antioxidants is their ability to work equally well in metal cayalyzed and uncatalyzed systems. They are also efficient antioxidants in systems catalyzed by relatively large molecules, such as heme and other porphyin compounds. They are also effective against lipoxygenase catalyzed reactions. These compounds cannot be enfisaged as forming complexes with flavonols. In addition, hesperitin (5,7,3'-trihydroxy-4'methoxyflavone) which possesses an active metal-complexing site has demonstrated neglibible antioxidant activity.

The position and the degree of hydroxylation is of primary importance in determining antioxidant activity. There is general agreement that ortho-dihydroxylation of the B ring contributes markedly to the antioxidant activity of flavonoids (12, 13, 14, 21, 22, 23, 24). The para-quinol structure of the B ring has been shown to impart even greater activity than the ortho-quinol structure; while the meta configuration has no effect on antioxidant activity (21). However, para and meta hydroxylation of the B ring apparently does not occur commonly in nature.

All flavonoids with the 3',4'-dihydroxy configuration possess antioxidant activity. Two (robinetin and myricetin) have an additional hydroxyl group at the 5' position, which increases the antioxidant activities over those of the corresponding flavones with the 5'-hydroxyl group, fisetin and quercetin. Two flavanones (naringenin and hesparitin) having a single hydroxyl group on the B ring possesses only slight antioxidant activity. Hydroxylation of the B ring is a major consideration for antioxidant activity.

Meta 5,7-hydroxylation of the A ring apparently has little, if any, effect on antioxidant activity. This is efidenced by the findings that quercetin and fisetin have relatively the same activity and myricetin possesses the same activity as robinetin. Heimann and his associates (23, 24) reported that meta 5,7-hydroxylation lowered antioxidant activity. To the contrary, Mehta and Seshadri (22) found quercetin to be a more effective antioxidant than 3,3',4'-trihydroxyflavone. Data from our laboratory support the finding of Mehta and Seshadri.

The importance of other sites of hydroxylation were studied by Lea and Swoboda (12); Mehta and Seshadri (22); Simpson and Uri (21); and Uri (25). The two former groups found quercetagetin (3,4,5,7,3,4'-hexa-

1. PRATT  *Flavones and Related Compounds*

quercetin was still present after 12 hours in the system.

Perhaps the greatest potential source of flavonoids for food antioxidants is from wood as a by-product of lumber and pulping operations. Whole bark of the Douglas fir contains about five percent dihydroquercetin (3,4,7,3',4 pentohydroxyflavonone). The cork fraction, readily separated from the bark, contain up to 22% dihydroquercetin (27). Kirth (28) reported that approximately 150 million pounds of dihydroquercetin are potentially available annually in Oregon and Washington alone. Quercetin (3,5,7,3',4'-pentohydroxyflavone) has been produced commercially as an antioxidant from wood sources (29). Quercetin is present in much lower amounts in wood and bark than is dihydroquercetin but quercetin can be obtained in quantity by oxidation of dihydroquercetin.

As mentioned earlier other plant constituents which might be expected to show antioxidant powers would be primarily phenolic compounds, especially o- and p- dihydroxy phenols such as the hydroxy cinnamic acids, caffeic and ferulic acids. While these acids usually occur in plant tissue as water soluble esters, commonly chlorogenic acid or daffeoyl quinic acid, and sugar esters, they have also been isolated as complex lipophilic esters of glycerol, long-chain diols, and ω-hydroxy acids. These lipophilic esters have been revealed as antioxidants in a comprehensive investigation of the antioxidants in oats (30, 31, 32, 33). The caffeoyl esters have considerably more antioxidant activity than do those of ferrulic acid. Other lipid-soluble esters of ferulic acid with cycloartenol and other triterpenoids have been shown by Ohta et al. (34) to occur in rice bran oil, while a ferulate of dihydroxy-β-sitosterol has been isolated from maize by Tamura et al. (35). Wheat has also been shown to contain similar steroid esters (36).

The presence of two isomers of chlorogenic acid, also ferulic acid, and several other phenolic acids has been confirmed in hexane defatted soy flour by Arai et al. (37).

Literature Cited

1. Geissman, T. A. and Hinreiner, E. Botan. Rev. (1952) 18:77.
2. Bate-Smith, E. C. Advances in Food Research. (1954) 5:261.
3. Geissman, T. A. "The Chemistry of Flavonoid Com-

---

hydroxyflavone) and gossypetin (3,5,7,8,3',4'-hexahydroxyflavone) to be very effective antioxidants. Uri (25) found that the ortho-dihydroxy grouping on one ring and the paradihydroxy grouping on the other (i.e., 3,5,8,3',4'- and 3,7,8,2',5'-pentahydroxyflavones) produced very potent antioxidants. These four polyhydroxyflavones are the most potent flavonoids as antioxidants, yet reported in non-aqueous systems. Simpson and Uri (21) found 7-n-butoxy-3,2',5'-trihydroxyflavone to be the most effective antioxidant of 30 flavones studied in aqueous emulsions of methyl linoleate.

The 3 glycosides possess approximately the same antioxidant activity as the corresponding aglycone when the glycosyl substitution is with monosaccharide. In the case of rutin where the substitution is with a disaccharide antioxidant activity is reduced. The antioxidant capacity of a commercial preparation of rutin is considerably lower than the corresponding aglycone, quercetin. Kelley and Watts (19) studied the antioxidant effect of several flavonoids and found rutin somewhat inferior to quercetin and quercitrin but the differences were not as great as we have found. Chromatographic purification and the use of several commercially available samples (to eliminate the effect of possible contamination) did not alter the finding. Kelley and Watts (19), using a carotene-lard system also found that quercitrin had approximately the same protection as quercetin. Crawford et al. (26) found that methylation of the 3-hydroxyl group of quercetin only slightly lowered antioxidant activity. However, considerable importance has been attached to the free 3-hydroxyl by others (12, 21, 22, 23). Mehta and Seshadri (22) postulated that the 3-hydroxyl and the 2,3 double bond allowed the molecule to undergo isomeric changes to diketo forms which would possess a highly reactive -CH group (position 2).

Dihydroquercetin was found to have the same antioxidant activity as quercetin indicating either that the 2,3 double bond is not of major importance to antioxidant activity or that conversion of dihydroquercetin to quercetin took place while the compound was in contact with the oxidizing fat. Mehta and Seshadri (22) suggested that conversion might account for the antioxidant activity of dihydroquercetin. However, chromatographic tests demonstrated that dihydroquercetin is not converted to quercetin by the hydrolysis procedure, nor could quercetin be chromatographically detected in the carotene-lard system in which dihydroquercetin was used as antioxidant. Dihydro-

1. PRATT    *Flavones and Related Compounds*

27. Hergert, H. L. and Kurth, E. F. Tappi (1952) 35:59.
28. Kirth, E. F. Ind. Eng. Chem. (1953) 45:2096.
29. Anon. Chem. Eng. News (1958) 36 (No. 7):58
30. Daniels, D. G. H., King, H. G. C. and Martin, H. F. J. Sci. Food Agr. (1963) 14:385.
31. Daniels, D. G. H. and Martin, H. F. Chem. Ind. (1964) 2058.
32. Daniels, D. G. H. and Martin, H. F. J. Sci. Food Agr. (1967) 18:589.
33. Daniels, D. G. H. and Martin, H. F. J. Sci. Food Agr. (1968) 19:710.
34. Ohta, G. and Shimuzu, M. Pharm. Bull. (Tokyo) (1957) 5:40.
35. Tamura, T., Sakaedani, N. and Matsumoto, T. Nippon Kagaku Zasshi (1958) 29:1011.
36. Tamura, T., Hibino, T., Yokoyama, D. and Masumura, T. Nippon Kagaku Zasshi (1959) 80:215.
37. Arai, S., Suzuki, H., Fujimaki, M. and Sakurai, Agr. Biol. Chem. (Tokyo) (1966) 30:364.

---

12    PHENOLIC, SULFUR, AND NITROGEN COMPOUNDS IN FOOD FLAVORS

pounds", Chapter 1. (Edited by T. A. Geissman) The Macmillan Company, New York. (1962).
4. Bate-Smith, E. C. Chem. Ind. R. (1956) 32.
5. Harborne, J. B. J. Chromatography. (1959) 2:581.
6. Mabry, T. J., Markham, K. R. and Thomas, M. B. "The Systematic Identification of Flavonoids". Springer-Verlag, Berlin (1970).
7. Jurd, L. "The Chemistry of Flavonoid Compounds", Chapter 5. (Edited by T. A. Geismann) The Macmillan Company, New York. (1962).
8. Harborne, J. B. J. Chromatography (1958) 1:473.
9. Thompson, J. F., Honda, S. I., Hunt, G. E., Krupka, R. M., Morris, C. J., Powell, Jr., L. E., Silberstein, O. O., Towers, G. H. N., and Zacharius, R. M. Botan. Rev. (1959) 25:1.
10. Seikel, M. K. "The Chemistry of Flavonoid Compounds", Chapter 3 (Edited by T. A. Geismann) The Macmillan Company, New York. (1962).
11. Seikel, M. K. "Biochemistry of Phenolic Compounds", Chapter 2 (Edited by J. B. Harborne) Academic Press, New York (1964).
12. Lea, C. H. and Swoboda, P. A. T. Chem. Ind. (1956) 1426.
13. Pratt, D. E. and Watts, B. M. J. Food Sci. (1964) 29:27.
14. Pratt, D. E. J. Food Sci. (1965) 30:737.
15. Cofer, A. Unpublished data. (1961) Florida State University.
16. Cofer, A. Unpublished data. (1963) Florida State University.
17. Cofer, A. Ph.D. Thesis. (1965) Florida State University.
18. Ramsey, M. B. and Watts, B. M. Food Technol. (1963) 17:1056.
19. Kelley, G. G. and Watts, B. M. Food Research (1957) 22:308.
20. DeWitt, K. W. Chem. Ind. (1955) 1551.
21. Simpson, T. H. and Uri, N. Chem. Ind. (1956) 1551.
22. Mehta, A. C. and Seshadri, T. R. J. Sci. Ind. Research (1959) 18B:24.
23. Heimann, W., Heimann, A., Gremminger, M. and Holman, H. H. Fette u. Soifen (1953) 55:394.
24. Heimann, W. and Reiff, F. Fette u. Soifen (1953) 55:451.
25. Uri, N. (1961) Mechanism of antioxidation. "Autoxidation andAntioxidants", Chapter 4 (Edited by W. O. Lundbert) Interscience Publishers, New York.
26. Crawford, D. L., Sinnhuber, R. O. and Aft. H. J. Food Sci. (1962) 26:139.

polymeric proanthocyanidins; i.e. procyanidin (XVII), procyanidin-3-gallate (XVIII), prodelphinidin (XIX), prodelphinidin-3-gallate (XX). The chemistry of the thearubigins is only poorly understood at the present time, but it is known that they are a heterogeneous group of polymers formed by the oxidative condensation of the simple flavanols (I-VI) (11). Further, the thearubigins have been characterized as polymeric proanthocyanidins (12, 13, 14), with molecular weights ranging from 700-40,000 (7). Finally, the exact composition of the thearubigins probably varies with the conditions of their formation; i.e. the conditions of black tea manufacture, which has made their determination a most difficult matter (15). The reactions of the tea polyphenols during tea fermentation and firing are outlined in Figure 1. Fermentation and firing leads to the insolubilization of the tea leaf proteins, some of the tea polyphenolic material, and other substances, but considerable solid matter remains extractable with boiling water. Those black tea substances that are extracted in the "normal" brewing of black tea leaf are listed in Table I.

In green tea manufacture, the harvested tea shoot tips are steamed prior to maceration in order to inactivate the endogenous catechol oxidase enzyme. As a result, the tea flavanols undergo very little change in this process and green tea is rich in unoxidized flavanols (I-VI). In black tea manufacture, the tea fermentation process is allowed to proceed to near completion so there are usually only traces of unoxidized flavanols (I-VI) remaining in the finished product. However, the exact mix of flavanol oxidation products (VIII-XX, and others) will vary depending on the precise conditions under which the tea manufacturing process takes place. Oolong tea (commonly called Chinese tea in the United States) is produced by a partial fermentation so it contains an appreciable residue of unoxidized flavanols (I-VI) as well as the flavanol oxidation products (VIII-XX and others).

In addition to the polyphenolic compounds, aroma is most important in determining the flavor and quality of tea products. Many chemical changes take place during the tea manufacturing process, especially during tea fermentation and the subsequent firing (drying) step, that are essential to the formation of the aroma characteristic of tea. It has been shown (16) that the oxidation of the tea flavanols that takes place during tea fermentation is itself an essential driving force for reactions that are required to develop the aroma that is characteristic of tea products, and firing has been shown to be essential for black tea aroma formation (17, 18). The chemistry of flavor formation during the manufacture of black tea was recently reviewed (19, 20), and it is summarized in Figure 2.

Attention should be drawn to caffeine (XXI) since caffeine does play a part in determining the taste of a cup of tea. Caffeine is biosynthesized in the tea plant (21, 22), and it undergoes practically no change during the black tea manufacturing process (2). Therefore, the amount of caffeine present in tea prod-

XV, Epitheaflavid ac;
   R=H
XVI, 3'-Galloyl epith(
      acid; R=VIIb

XXI, Caffeine

din (XVII), procyanidin-
rodelphinidin-3-gallate
s only poorly understood
they are a heterogeneous
condensation of the sim-
hearubigins have been
.ns (12, 13, 14), with
(7). Finally, the ex-
ily varies with the con-
itions of black tea manu-
on a most difficult
lyphenols during tea
igure 1. Fermentation
of the tea leaf proteins,
d other substances, but
able with boiling water.
cted in the "normal"
'able I.
ited tea shoot tips are
.nactivate the endogenous
ie tea flavanols undergo
reen tea is rich in un-
manufacture, the tea
ed to near completion so
zed flavanols (I-VI) re-
r, the exact mix of flava-
ers) will vary depending
e tea manufacturing pro-
called Chinese tea in the
fermentation so it con-
ed flavanols (I-VI) as
(VIII-XX and others).
ipounds, aroma is most im-
iality of tea products.
the tea manufacturing pro-
i and the subsequent firing
formation of the aroma
m (16) that the oxidation
iring tea fermentation is
:actions that are required
stic of tea products, and
or black tea aroma forma-
formation during the
eviewed (19, 20), and it is

ine (XXI) since caffeine
te of a cup of tea. Caf-
it (21, 22), and it under-
ilack tea manufacturing pro-
feine present in tea prod-

XV, Epitheaflavid acid; R=H
XVI, 3'-Galloyl epitheaflavic acid; R=VIIb

XVII, Procyanidin; $R_1$=H; $R_2$=H
XVIII, Procyanidin gallate, $R_1$=H; $R_2$=VIIb
XIX, Prodelphinidin; $R_1$=OH; $R_2$=H
XX, Prodelphinidin gallate; $R_1$=OH; $R_2$=VIIb

XXI, Caffeine