206

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC. ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:01-CV-00478 (AVC) |
| v. ) | |
| ) | |
| INTERNATIONAL NUTRITION ) | |
| COMPANY, INTEGRATED ) | |
| BIOCEUTICALS, LLC, PRIMARY ) | |
| SERVICES, INC., PRIMARY SOURCE, ) | |
| LLC, NORMAN H. ZIVIN, AND JACK ) | |
| MASQUELIER, ) | |
| ) | |
| Defendants. )  October 13, 2004 | |

## PLAINTIFF'S MOTION FOR LEAVE TO FURTHER AMEND COMPLAINT

Pursuant to Rules 15 and 16 of the Federal Rules of Civil Procedure, Plaintiff Jarrow Formulas, Inc. ("JFI") hereby moves the Court for leave to amend its Amended Verified Complaint in the above-captioned matter. Accordingly, the Second Amended Verified Complaint and Demand for Jury is attached hereto.

By this Motion, JFI seeks to amend its Amended Verified Complaint [Dkt. # 114] to add allegations, primarily Paragraphs 22 through 40, based on recently uncovered facts demonstrating that Defendants Masquelier, Schwitters and INC all had knowledge, or should have had knowledge, of invalidating material, prior art to U.S. Patent No. 4,698,360 (the '360 patent), either before the application for such patent was filed with the U.S. Patent & Trademark Office ("USPTO"), prior to reexamination of the '360 patent in 1996 and 1997, and/or prior to

3:01CV478(AVC) December 1, 2004. The plaintiff's motion for leave to further amend the complaint (document no. 206) is DENIED.
SO ORDERED.

Alfred V. Covello
United States District Judge