UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 3:01-CV-00478 (AVC) |
| | ) | |
| INTERNATIONAL NUTRITION COMPANY, INTEGRATED BIOCEUTICALS, LLC, PRIMARY SERVICES, INC., PRIMARY SOURCE, LLC, EGBERT SCHWITTERS, NORMAN H. ZIVIN, and JACK MASQUELIER, | ) | |
| | ) | |
| Defendants. | ) | DECEMBER 1, 2004 |

**DEFENDANTS' MOTION FOR POSTPONEMENT OF DEADLINE TO FILE JOINT TRIAL MEMORANDUM**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Connecticut Local Civil Rule 7(b), defendants International Nutrition Company ("INC"), Egbert Schwitters, Jack Masquelier, Norman H. Zivin, Integrated BioCeuticals, LLC ("IBC), Primary Source, LLC ("PS"), and Primary Services, Inc. ("PSI") respectfully request that the Court postpone the date for filing of the parties' Joint Trial Memorandum in light of plaintiff's Motion to Amend its complaint, which is pending.

Currently, the deadline for the Joint Trial Memorandum is December 20, 2004. This motion is made in light of plaintiff's Motion for Leave to Further Amend the Complaint filed on October 13, 2004, which, if granted, will require additional extensive discovery, including patent expert reports and depositions, as pointed out in defendants' opposition brief dated November 5,

2004 and at least partially acknowledged by plaintiff in its briefs. As a matter of efficiency and fairness to the parties, preparation of the Joint Trial Memorandum – and the related exchange of drafts – should occur only when the parties know the universe of claims, issues and evidence that the Court has determined will be presented at trial.

This is the first motion for postponement of the December 20, 2004 deadline, but the third motion for extension of a deadline for filing the Joint Trial Memorandum, due to prior reschedulings of the settlement conference. In the Consented to Motion for Postponement of Deadline to File Joint Trial Memorandum filed on August 16, 2004, the parties requested an extension of the deadline from September 30, 2004 to January 25, 2005. The Court granted that motion but set the deadline for its current date, December 20, 2004.

Plaintiff's counsel has been contacted regarding this motion and takes no position on the defendants' request for a postponement of the deadline.

WHEREFORE, defendants respectfully request that the Court postpone the deadline for the parties to file their Joint Trial Memorandum and, at the time the Court decides plaintiff's motion to amend the complaint, issue a new deadline for filing the joint trial memorandum of 45 days after that date (if the Court denies the motion to amend) or 45 days after the close of discovery on the new allegations and/or the filing of dispositive motions regarding such allegations (if the Court grants the motion to amend).

DEFENDANTS,
INTERNATIONAL NUTRITION CO., EGBERT SCHWITTERS, NORMAN H. ZIVIN, JACK MASQUELIER, INTEGRATED BIOCEUTICALS, LLC,PRIMARY SOURCE, LLC, AND PRIMARY SERVICES, INC.

By: ______________________

RICHARD S. ORDER, ESQ.
Federal Bar No. ct02761
E-mail: rso@avhlaw.com
ERIC D. BEAL, ESQ.
Federal Bar No. ct23167
E-mail: exb@avhlaw.com
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702
Telephone: 860-275-8100
Facsimile: 860-275-8101

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been served by first class U.S. mail this 1st day of December, 2004 to:

Eric Watt Wiechmann, Esq.
Mark D. Giarratana, Esq.
Eric E. Grondahl, Esq.
McCarter & English
CityPlace I
185 Asylum Street
Hartford, CT 06103

Alexandra B. Stevens, Esq.
McCarter & English
107 Elm Street
Stamford, CT 06902

Eric D. Beal
AXINN, VELTROP & HARKRIDER LLP

HARTFORD: 613920.01



CTDOCS:13083.2