3:01CV478(AVC) December 6, 2004. The motion for an extension of time to file the joint trial memorandum (document no.211) is GRANTED. The parties shall have up to and including January 7, 2005 to file the joint trial memorandum. SO ORDERED.

Alfred V. Covello
U.S.D.J.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC. | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| v. | ) 3:01-CV-00478 (AVC) |
| | ) |
| INTERNATIONAL NUTRITION COMPANY, INTEGRATED BIOCEUTICALS, LLC, PRIMARY SERVICES, INC., PRIMARY SOURCE, LLC, EGBERT SCHWITTERS, NORMAN H. ZIVIN, and JACK MASQUELIER, | ) ) ) ) ) ) |
| Defendants. | ) DECEMBER 1, 2004 |

## DEFENDANTS' MOTION FOR POSTPONEMENT OF DEADLINE TO FILE JOINT TRIAL MEMORANDUM

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Connecticut Local Civil Rule 7(b), defendants International Nutrition Company ("INC"), Egbert Schwitters, Jack Masquelier, Norman H. Zivin, Integrated BioCeuticals, LLC ("IBC), Primary Source, LLC ("PS"), and Primary Services, Inc. ("PSI") respectfully request that the Court postpone the date for filing of the parties' Joint Trial Memorandum in light of plaintiff's Motion to Amend its complaint, which is pending.

Currently, the deadline for the Joint Trial Memorandum is December 20, 2004. This motion is made in light of plaintiff's Motion for Leave to Further Amend the Complaint filed on October 15, 2004, which, if granted, will require additional extensive discovery, including patent expert reports and depositions, as pointed out in defendants' opposition brief dated November 5,

CTDOCS:13083.2