UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:01-CV-00478 (AVC) |
| v. | ) | |
| | ) | |
| INTERNATIONAL NUTRITION | ) | |
| COMPANY, INTEGRATED | ) | |
| BIOCEUTICALS, LLC, PRIMARY | ) | |
| SERVICES, INC., PRIMARY SOURCE, | ) | |
| LLC, EGBERT SCHWITTERS, NORMAN | ) | |
| H. ZIVIN, and JACK MASQUELIER, | ) | |
| | ) | |
| Defendants | ) | December 30, 2004 |

## NOTICE OF ISSUES CONCERNING FOREIGN LAW

Pursuant Rule 44.1 of the Federal Rules of Civil Procedure, Plaintiff Jarrow Formulas, Inc. ("JFI") herby provides further notice of issues concerning the law of a foreign country. Plaintiff contends such rulings and statutes are relevant to its claims. They are as follows:

1.    Holding of the March 25, 1997 decision of the Bordeaux High Court, First Chamber, in Horphag Research v. SCIPA et al., Gen. Roll No. 13618/95 (TAB A);

2.    Article L 613-29 (c) – (e) of the French Code of Intellectual Property (TAB B);

3.    Holding of the May 28, 1998 Judgment Delivered by the Court of Appeals of Bordeaux in SCIPA et al. v. Horphag Research Ltd., Roll No. 97003242 (TAB C); and

4.    Holding of the February 5, 2001 Judgment of the Commercial Court of

Grasse in <u>Horphag Research Ltd. v. Centre d'Expirimentation Pharmaceutique</u>, et al., No. RG

1999F00237 (TAB D).

THE PLAINTIFF,
JARROW FORMULAS, INC.
BY MCCARTER & ENGLISH, LLP
ITS ATTORNEYS

By _____
ERIC WATT WIECHMANN (CT 04331)
ewiechmann@mccarter.com
MARK D. GIARRATANA (CT 10410)
mgirratana@mccarter.com
ERIC E. GRONDAHL (CT 08988)
egrondahl@mccarter.com
JASON C. WELCH (CT 23418)
jwelch@mccarter.com
CityPlace I
185 Asylum Street
Hartford, CT  06103
(860) 275-6700
(860) 724-3397 (fax)
          -and-
ALEXANDRA B. STEVENS (CT 20300)
Four Stamford Plaza
107 Elm Street
Stamford, CT  06901
(203) 965-0823
(203) 323-6513 (fax)
astevens@mccarter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing NOTICE OF ISSUES

CONCERNING FOREIGN LAW has been mailed, postage prepaid, this 30th day of December

2004, to

           RICHARD S. ORDER, ESQ.
           ERIC D. BEAL, ESQ.
           Axinn, Veltrop & Harkrider LLP
           90 State House Square
           Hartford, CT  06103

JASON C. WELCH

HARTFORD: 629540.01