| Name / Address | Possible Testimony |
|---|---|
| Mr. Richard LeFebvre<br>107 Ardmore Street<br>Fairfield, CT 06430<br><br>**Estimated time for direct and cross-examination: 3 hours** | Mr. LeFebvre's testimony may include without limitation the following topics: (1) structure of and competition in the supplements industry; (2) nature and characteristics of PACs; (3) the underlying action, publicity about such litigation, and any effect of the litigation on PAC products; (4) advertisement of products covered by the '360 patent; (5) corporate organization and structure; (6) distribution of products containing PACs; (7) Mr. Rogovin's misconduct at the October 1996 trade show in Baltimore |
| Mr. Victor Ferrari<br>Horphag<br>Geneva, Switzerland<br><br>**Estimated time for direct and cross-examination: 2 hours** | Mr. Ferrari's testimony may include without limitation the following topics: (1) prior action by Horphag under the '360 patent; (2) structure of and competition in the supplements industry; (3) litigation in connection with the '360 patent |
| Marvin S. Gittes, Esq.<br>Mintz, Levin, Cohn, Ferris,<br>Glovsky & Popeo<br>Chrysler Center<br>666 Third Avenue<br>New York, NY 10017<br><br>**Estimated time for direct and cross-examination: 3 hours** | Mr. Gittes' testimony may include without limitation the following topics: (1) the underlying action; (2) prior action by Horphag under the '360 patent; (3) litigation in connection with the '360 patent |
| Dr. Jack Masquelier<br>BY DEPOSITION<br><br>**Estimated time for direct and cross-examination: 2 hours** | Dr. Masquelier's testimony may include without limitation the following topics: (1) lack of involvement in the underlying action; (2) his defense of lack of personal jurisdiction; (3) plaintiff's claims against him |
| Ms. Karen Lewis<br>Wild Oats Community Markets<br>3375 Mitchell Lane<br>Boulder, CO<br>BY DEPOSITION<br><br>**Estimated time for direct and cross-examination: ½ hour** | Ms. Lewis's testimony may include without limitation the following topics: (1) Wild Oats' business practices in the vitamins and supplements area; (2) Wild Oats' relationship with the plaintiff; (3) competition in the supplements industry; (4) the underlying lawsuit, publicity about such litigation, and lack of effect of the litigation on Wild Oats' ordering of PAC products from plaintiff |

| Name / Address | Possible Testimony |
|---|---|
| Mr. Jarrow L. Rogovin<br>President<br>Jarrow Formulas, Inc.<br>1824 S. Robertson Blvd.<br>Los Angeles, CA 90035-4317<br><br>**Estimated time for direct and cross-examination: 6 hours** | Mr. Rogovin's testimony may include without limitation the following topics: (1) his claims against the Defendants; (2) other litigation to which he has been a party; (3) his communications with the Defendants; (4) competition in the supplements industry |
| Mr. Dick Keeley<br>443 Airport Rd.<br>Burlingame, CA<br><br>**Estimated time for direct and cross-examination: 2 hours** | Mr. Keeley's testimony may include without limitation the following topics: (1) competition in the supplements industry; (2) Polyphenolics' sales of grape seed extract |
| Mr. Nels Pearsall<br>Charles River Associates<br>1201 F. Street. NW<br>Suite 700<br>Washington, DC 20004-1204<br><br>**Estimated time for direct and cross-examination: 4 hours** | Mr. Pearsall's testimony may include without limitation the following topics: (1) plaintiff's damages claims; (2) the expert reports, methodology, conclusions, and testimony of the plaintiff's experts, Mr. Ris and Mr. Willoughby; (3) Mr. Pearsall's expert reports |
| Mr. Frederic Benech<br>Cabinet Benech<br>146-150,<br>Avenue des Champs-Elysées<br>75008 Paris<br>FRANCE<br><br>**Estimated time for direct and cross-examination: 2 hours** | Mr. Benech's testimony may include without limitation the following topics: (1) trademark and patent litigation between Horphag and INC |
| Philippe Lief<br>34 rue Servandoni<br>33000 Bordeaux, France<br><br>**Estimated time for direct and cross-examination: 2 hours** | Mr. Lief's testimony may include without limitation the following topics: (1) trademark and patent litigation between Horphag and INC |

| Name / Address | Possible Testimony |
|---|---|
| Mark Timon<br>432 Lime Rock Rd.<br>Lakeville, CT<br><br>**Estimated time for direct and cross-examination:  2 hours** | Mr. Timon's testimony may include without limitation the following topics:  (1) competition in the supplements industry |
| Mr. Robert Lemon<br>BY DEPOSITION<br><br>**Estimated time for direct and cross-examination:  1 hour** | Mr. Lemon's testimony may include without limitation the following topics:  (1) competition in the supplements industry |
| Mr. Robert Sands<br>Constellation Brands<br>Fairport, NY<br><br>**Estimated time for direct and cross-examination:  2 hours** | Mr. Sands's testimony may include without limitation the following topics:  (1) competition in the supplements industry; (2) licensing the '360 patent |
| Mr. Sid Shastri<br>VP, Product Development<br>Jarrow Formulas, Inc.<br>1824 S. Robertson Blvd.<br>Los Angeles, CA  90035-4317<br><br>**Estimated time for direct and cross-examination:  4 hours** | Mr. Shastri's testimony may include without limitation the following topics:  (1) the Plaintiff's claims against the Defendants; (2) communications with Plaintiff's witnesses; (3) competition in the supplements industry |
| Mr. Gregory Ris<br>Vice President of Sales<br>Indena USA Inc.<br>811 First Avenue, Suite 218<br>Seattle, WA  98104<br><br>**Estimated time for direct and cross-examination:  3 hours** | Mr. Ris' testimony may include without limitation the following topics:  (1) the Plaintiff's claims against the Defendants; (2) communications with Plaintiff's witnesses; (3)  competition in the supplements industry; (4) Indena's sales of PAC products |

CTDOCS:13370.1

| Name / Address | Possible Testimony |
|---|---|
| Dr. Michael G. Willoughby<br>Associate Managing Director<br>Kroll Consulting Group<br>Kroll, Inc.<br>660 South Figueroa Street<br>Ninth Floor<br>Los Angeles, CA  90017<br><br>**Estimated time for direct and cross-examination:  3 hours** | Dr. Willoughby's testimony may include without limitation the following topics:  (1) the Plaintiff's damages claims; (2) the Plaintiff's claims against the Defendants |

The defendants reserve the right to call any and all witnesses listed by the plaintiffs to testify as to the subject matters identified by the plaintiffs or related topics.

IX.     **Exhibits**

A.  For the Plaintiff:

# PLAINTIFF'S TRIAL EXHIBIT LIST

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 1. | 8/29/01 | Docket in *INC v. Interhealth Nutrition, 3:97CV00377 (N.D. Calif. 1997)* | |
| 2. | 6/20/97 | Memorandum in Opposition to Motion to Dismiss in *INC v. Interhealth Nutrition, 3:97CV00377 (N.D. Calif. 1997)* | |
| 3. | 6/20/97 | Declaration of Egbert M. Schwitters in *INC v. Interhealth Nutrition, 3:97CV00377 (N.D. Calif. 1997* | |
| 4. | 1/1/99 | Agreement between INC and CEP and Qualtec Labs, Inc. | D002318-2325 |
| 5. | 4/23/96 | Letter from Norman Zivin to Anthony H. Handal re INC v. Horphag | D007206-7207 |
| 6. | 3/13/96 | Facsimile from Robert Sands to Norman Zivin | D002553-2558 |
| 7. | No date | Copy of 37 CFR § 3.54, "Effect of recording" | Zivin 41 |
| 8. | 2/15/02 | Portion of AdIfinitum's website  that says, "…to make the industry aware that OPC and grape seed extract are not the same…" | IBC Ex. 19 |

-24-

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 9. | 2/19/02 | Printout of INC's website "Masquelier's Original OPC's for the USA and Canada" depicts IBC as main distributor | IBC Ex. 20 |
| 10. | 12/4/02 | Printout from PSI's website "About OPC" | IBC Ex. 21 |
| 11. | 2/14/02 | Printout from PSI's website "About OPC Background" | IBC Ex. 22 |
| 12. | 2/14/02 | Printout from PSI's website "About OPC Dr. Masquelier" | IBC Ex. 23 |
| 13. | No date | Primary Source packaging and product literature | IBC Ex. 31 (IBC 0395-0405; 0388-0394; 0363-0387; 0052-0062; 0048-0051; 0032-0047; 0027-0031) |
| 14. | No date | Report titled, "Vein Treatment Cream - Recommended 3 month Schedule" | AdInfinitum - Sue Taggart 73 |
| 15. | No date | Letters regarding public interest after recent mailings sent out on INC's behalf (1/97 timeframe) | AdInfinitum - Sue Taggart 75 |
| 16. | No date | Various letters, information news letters, news releases regarding Traco Labs | AdInfinitum - Sue Taggart 76 |
| 17. | No date | Packet of materials used in connection to the promotion of wrinkle cream, RENOVA | AdInfinitum - Sue Taggart 77 |
| 18. | 4/22/81 | INC Corporate Registration Document, Liechtenstein | DD005539-5540 |
| 19. | No date | TAAG Division Primary Services International, LLC White Paper, "Your Primary Source for Procyanidins, an Essential White Paper." | Mark Timon 117 |
| 20. | No date | Handwritten notes of Nels Pearsall | DEXP0027 (Nels Pearsall -Ex. 138) |
| 21. | No date | Page from the Expert Report of Pearsall titled, "Summary of Materials Considered" | Nels Pearsall –Ex. 139 |
| 22. | No date | Regression Statistics from Mr. Willoughby's report (1 page) | Nels Pearsall -Ex. 140 |
| 23. | No date | Book titled, "Econometric Models and Economic Forecasts" by Pindyckand Rubinfeld | DEXP0015-DEXP0017 (Nels Pearsall - Ex. 142) |
| 24. | No date | Book titled, "Using Econometrics, a Practical Guide", Studenmund | DEXP0010-DEXP0014 (Nels Pearsall -Ex. 143) |
| 25. | No date | Excel spreadsheet prepared by Mr. Willoughby | Nels Pearsall - Ex. 144 |
| 26. | No date | Documents brought to deposition by Mr. Pearsall used in connection with his research (Pearsall's backup binder) | Nels Pearsall - Ex. 147 |

-25-

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 27. | No date | Chart: "Masquelier's OPC Annual Sales in U.S. Dollars", 1994 - 2001 | IBC 0001-0003; D002560 Michael Willoughby – Ex. 36 |
| 28. | No date | Chart from Willoughby's Excel spreadsheet, "Exhibit 1" | Michael Willoughby Ex. 38 |
| 29. | No date | Chart from Willoughby's Excel spreadsheet, "Exhibit 2" | Michael Willoughby – Ex. 39 |
| 30. | No date | Chart from Willoughby's Excel spreadsheet, "Exhibit 2a" | Michael Willoughby – Ex. 40 |
| 31. | No date | Jarrow Formulas, Inc. OPC Sales Summary Chart | |
| 32. | No date | Jarrow Formulas, Inc., OPC sales invoices from 1994 | JAR 4998 - 9529 |
| 33. | No date | Jarrow Formulas, Inc., OPC sales invoices from 1995 | JAR 9530 - 16041 |
| 34. | No date | Jarrow Formulas, Inc., OPC sales invoices from 1996 | |
| 35. | No date | Jarrow Formulas, Inc., OPC sales invoices from 1997 | |
| 36. | No date | Jarrow Formulas, Inc., OPC sales invoices from 1998 | |
| 37. | No date | Jarrow Formulas, Inc., OPC sales invoices from 1999 | |
| 38. | No date | Jarrow Formulas, Inc., OPC sales invoices from 2000 | |
| 39. | No date | Jarrow Formulas, Inc., OPC sales invoices from 2001 | |
| 40. | No date | Chart reflecting attorneys fees for:  3:96-CV-386 and 3:01-CV-478 | |
| 41. | No date | Invoices from P. Scott Polisky, Esq. for  3:96-CV-386 | |
| 42. | No date | Invoices from Pennie & Edmonds for 3:96-CV-386 | |
| 43. | No date | Invoices from Neal Weiner, Esq.  for 3:96-CV-386 | |
| 44. | No date | Invoices from McCormick, Paulding for 3:96-CV-386 | |
| 45. | No date | Invoices from Cummings & Lockwood, LLP for 3:96-CV-386 | |
| 46. | No date | Invoices from Cummings & Lockwood, LLP  3:01-CV-478 | |
| 47. | No date | Invoices from McCarter & English, LLC for  3:96-CV-386 | |
| 48. | No date | Invoices from McCarter & English  for 3:01-CV-478 | |

-26-

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 49. | No date | Book: "Dr. Masquelier's Mark on Health", by Bert Schwitters | |
| 50. | No date | Article titled, "Pycnogenol: Exposing the Truth, Facts and Comparison Data Sheet, Pinebark v. Grapeseed" | D10666-10667 |
| 51. | No date | Book: "OPC in Practice", by Schwitters and Masquelier | D2274 |
| 52. | No date | Product labels: "Cardio PC", says, "this proven product can only be obtained through a specialized, proprietary extraction process" | IBC 397 |
| 53. | No date | Brochure, "Masquelier's Original OPC's" | IBC 0052-0062 |
| 54. | No date | INC website articles – "OPC: The Miracle Antioxidant" by Chris Kilham | JAR-EXP 289-306 |
| 55. | No date | Website printout – "About OPC Background" | IBC Ex. 22 |
| 56. | No date | Flyer, "Ethics and Dietary Supplements" | LP595 |
| 57. | No Date | Flyer; "Taag – When you choose OPC-85 or OPC-85+" | D8878 |
| 58. | 04/01/85 | 1985 Assignment documents dated 4/1/85 to 11/9/96 | DD001006-1012 Scwh. Ex. 81 |
| 59. | 04/09/85 | Assignment recorded on April 9, 1985, with the United States Patent and Trademark Office | D005550-D005551 (Ex-3) |
| 60. | 10/03/86 | Contract between CEP, Horphag Overseas, DRT (and Certified Translation) | |
| 61. | 10/03/86 | Agreement between DRT and CEP-SAROL where CEP grants license to DRT to utilize extraction of pine procyanidins described in French Patent No. 2-92743. Valid in French territory for life of patent (signed by Barrand) | Timon Ex. 109 |
| 62. | 07/24/87 | Exhibit 85 and Exhibit 85-A to Deposition of Mr. Egbert Schwitters, dated July 24, 1987 | Exhibit 85 an/d Exhibit 85-A |
| 63. | 10/06/87 | US Patent No. 4,698,360 | |
| 64. | 03/19/90 | Letter from Schwitters to Haimoff | D8864-8865 |
| 65. | 06/28/90 | Agreement between DRT, Horphag and CEP dated 10/3/86, where CEP and DRT have agreed to associate Horphag in negotiations on furnishing pure OPC's for Horphag's customers. | Timon Ex. 110 |

-27-

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 66. | 06/28/90 | Exclusive Agent Agreement between Horphag overseas and Holland Health (includes (1) letter in French dated 9/10/91; and (2) handwritten memo from "Charles Haimoff" to Edwards, Timon, Senecal, Schwitters where Mark Timon is "the only stateside source (authority) on technical and scientific information on Pycnogenal." | Timon Ex. 111 |
| 67. | 07/10/90 | Press release, "Professor Jack Masquelier receives Honorary Doctorate" | IBC525-526 |
| 68. | 08/09/90 | Letter from Schwitters to "Gary" re: marketing | |
| 69. | 10/10/90 | (English) Handwritten notes to "Mark, Gary,..." | D10662-10663 |
| 70. | 11/15/90 | Agreement between Holland Health Mulder and Masquelier | D008888-8890 |
| 71. | 12/05/90 | Letter from Schwitters to Daniel McSweeney re: Holland Health | D8849 |
| 72. | 02/01/91 | Letter from Schwitters to Gary Crossover re;  Pycno | |
| 73. | 02/07/91 | Letter from Mr. Egbert Schwitters to Mr. Gary Crossover  re:  action plan USA | |
| 74. | 03/00/91 | Open Letter from Jack Masquelier | JAR3305-JAR3306 (Ex-42) |
| 75. | 03/06/91 | Letter from Schwitters to Gary/Crossover Marketing, re:  Open letter | |
| 76. | 03/14/91 | Health Food Agreement between Holland health, CEP and SARPAP | D8893-8898 |
| 77. | 10/00/91 | Various documents:  (1) article entitled, "Procyanidins de France"; (2) article entitled, "Taag Presents Patented Proanthocyanidins OPC-85 (pine bark extract) OPC-85+ (grape seed extract) licensed under U.S. Patent '360)"; (3) 1994 letter from Dunn & Simpson (Peter Simpson re: infringement of Pycnogenal trademark and patent '360). | Timon Ex. 116 |
| 78. | 08/04/92 | Memo from Mark Timon to Schwitters re: U.S. market update | Timon Ex. 119 |
| 79. | 10/05/92 | Letter from Schwitters to Mark Timon re;  10-02 fax | |
| 80. | 01/14/93 | Letter from Schwitters to Mark Timon re:  OPC | |
| 81. | 01/23/93 | FRENCH DOCUMENT:   Letters from Schwitters to Masquelier, Barraud, dated 1/21/93, 3/29/93, 3/30/93, 4/6/93 re:  procuration and Certified Translations | D 6054, D 6051, D 6032, D 6056 |
| 82. | 02/01/93 | Letter from Schwitters to Mark re:  OPC | |
| 83. | 04/13/93 | Letter from Bert Schwitters to Jack Masquelier, M.J. Michaud and E. Barraud and certified translation | D6057 |
| 84. | 05/10/93 | "U.S. Patent '360 Licensee Agreement" between Taag Division, Health Improvement, Inc. and OPC France Ltd. (not signed). | Timon Ex. 120 |

-28-

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 85. | 06/14/93 | Fax from Mark Timon to Schwitters re: Banks | |
| 86. | 09/24/93 | Letter from Robert Simpson to SCIPA re: Horphag v. Consac | D11085 |
| 87. | 12/29/93 | Letter from Schwitters to Mark and Gary re: OPC | |
| 88. | 12/30/93 | Indena sales report | JAR-EXP 0068 - 0110 (Ris Ex. 32) |
| 89. | 12/30/93 | Letter from Schwitters to Mark and Gary re: OPC | |
| 90. | 02/01/94 | Memo from Schwitters to Taag/Mark Timon re: OPC's and problem with shipment; good news though - - transfer of patent is in works and LOI signed today | Timon Ex. 122 |
| 91. | 02/11/94 | Memo from Schwitters to Taag/Timon/Senecal re: establishing Taag as having right and title to distribution of patented material; send out letter before Anaheim [show]. | Timon Ex. 123 |
| 92. | 02/14/94 | Letter from Schwitters to Timon and Senecal re: Dr. M's letter - - needs to be mailed soon to be read before Anaheim show. | Timon Ex. 124 |
| 93. | 02/21/94 | Memo from Timon to Schwitters re: various issues: licensure, mailing list, book. | Timon Ex. 125 |
| 94. | 02/21/94 | Memo from Jack Masquelier to "Dear American Marketer of Natural Products" | D008862 |
| 95. | 03/18/94 | US Patent Assignment | D5542-5543 |
| 96. | 03/21/94 | Memo from Timon to Schwitters re: OPC update; patent has become powerful since people decided they want OPC's; U.S. licensure agreement | Timon Ex. 126 |
| 97. | 03/22/94 | Letter from Schwitters and Timon to Country Life/ H. Drexler | D008845-8846 |
| 98. | 03/22/94 | Letter from Schwitters to Mark re: OPC | |
| 99. | 03/28/94 | Letter from Norman Zivin to Schwitters re: License Under US Patent No. 4,698,360 | |
| 100. | 03/31/94 | Letter from Schwitters to Mark re: your orders SA011 and SA012 | |
| 101. | 04/14/94 | Memo from Timon to Bob Rose/anabolic re: 9/89 Taag became exclusive import agent for Pycnogenol; trademarked material is protected by '360 patent | Timon Ex. 127 |
| 102. | 04/28/94 | Memo from Schwitters to Timon re: outline of Haimoff's history "Spread the word Mark! You'll be having great fun! Put Haimoff on the stage as the con man." | Timon Ex. 128 |

CTDOCS:13370.1

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 103. | 04/28/94 | Memo from Schwitters to Timon re: lyophylisation; "should now go for the final kill of this German-Parisian rat . . . ." | Timon Ex. 129 |
| 104. | 05/25/94 | Letter from Schwitters to Senecal, re: Haimoff: ". . . sent some "kill-Haimoff" faxes and Ideas." | Timon Ex. 131 |
| 105. | 05/26/94 | Letter from Schwitters to Timon, Senecal, LeFebvre re: U.S. Patent. | Timon Ex. 130 |
| 106. | 05/30/94 | Letter from Schwitters to Rick re:  various | |
| 107. | 06/21/94 | Letter from Schwitters to Mark and Rick re:  OPC Explosion; includes 6/21/94 memo from Rich to Schwitters re: Jack Brown and future OPC sales | |
| 108. | 06/24/94 | Draft of Mark Timon Depo Ex. 117 | Timon Ex. 118 |
| 109. | 11/01/94 | Letter from Vital/Michael Murray re PCO's from grape seeds vs. PCO's from pine bark | Rogovin Ex. 18 |
| 110. | 11/11/94 | Distribution Agreement between INC and Primary Services, Inc. | D002561-2574 |
| 111. | 11/17/94 | Deposition:  Egbert Schwitters (Consac v. INC; 94 CV 4576) (Pages 9-12, 17-20, 69-72, 73-76, & 81-84) | |
| 112. | 11/23/94 | Letter from Jarrow to Burt Kallman re: false marketing claims by "Vital" - the "information" agency, for Enzymatic Therapy, Inc.; cc: Indena USA | Rogovin Ex. 17 |
| 113. | 02/09/95 | Consac v. INC, 94 CV 4576;  "Transcript of Motion", (one page) | |
| 114. | 03/19/95 | Letter from Schwitters to Mark of Taag re:  OPC/SARPAP | |
| 115. | 06/01/95 | Horphag v. Consac, 93 CV 2522, "Transcript of Civil Cause for Conference" (pages 7 - 11) | |
| 116. | 06/10/95 | Letter from Schwitters to Bill Spires, Sterling Health (could be dated 6/10/96) | LP229 |
| 117. | 07/25/95 | Pleading:  Stipulation and Order of Settlement and Dismissal; Horphag v. Consac, 93 CV 2522 | D5636-5638 |
| 118. | 08/07/95 | Cease & Desist letter from Zivin to Tri-K Industries | DD005696 - 5697 |
| 119. | 08/07/95 | Cease & Desist letter from Zivin to Dr. Myron Wantz/USANA | DD005694 - 5695 |
| 120. | 08/17/95 | Cease & Desist letter from Zivin to William Seroy/Interhealth | DD005796 - 5797 |
| 121. | 08/21/95 | Cease & Desist letter from Schwitters/INC to Bill Logan/Nutraceutical Corp re: their product KAL | D005751-5752 |

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 122. | 08/23/95 | Letter from Gary Senecal to Terry Holmes | D 000670 |
| 123. | 09/29/95 | Cease & Desist letter from Norman Zivin to Arkopharma | DD005711-5712 |
| 124. | 10/17/95 | Cease & Desist letter from Norman Zivin to Nutraceuticals Corp. | D5753-5754 D5702-5703 |
| 125. | 10/26/95 | Agreement: PSI and Life Plus Associates | LP 723-727 Lemon Ex. 157 |
| 126. | 10/27/95 | Cease and Desist letter from Norman Zivin to Barbara Mulgrum Corp. | DD005805-5806 Zivin Ex. 37 |
| 127. | 10/27/95 | Cease and Desist letter from Norman Zivin to Enzymatic Therapy | DD005802-5803 |
| 128. | 10/27/95 | Cease and Desist letter from Norman Zivin to Whole Herb Company | DD005800-5801 |
| 129. | 10/27/95 | Cease and Desist letter from Norman Zivin to Free Life | D5807-5808 |
| 130. | 11/03/95 | Letter from Bert Schwitters to Gary Senecal, "Rick" and Robert Lemon regarding "the battle with Horphag/Kaire is heating up" | Lemon Ex. 153 LP 575-577 |
| 131. | 11/03/95 | Memo from Schwitters to "Gary, Rich/Bob", re: Kaire/Horphag | LP575-577 |
| 132. | 11/06/95 | Press Release from INC "Cornered and beleaguered, Horphag between a stone and a hard rock" | IBCEx. 24 IBC 534 |
| 133. | 11/06/95 | Memo from Gary Senecal to Schwitters re: response for Whole Food Magazine | IBC Ex. 25 |
| 134. | 11/06/95 | Letter from Gary Senecal to Alan Richman re: statement | IBC494-496 |
| 135. | 11/09/95 | Cease and Desist letter from Norman Zivin to Twin Laboratories, Inc. | DD 5721-5722 |
| 136. | 11/16/95 | Letter from Robert Lemon, Timothy Nolan, Ernest Swisher cc: Gary Senecal, "Rick" to Bert Schwitters, re: commitment to each others business ventures | Lemon Ex. 154 |
| 137. | 11/22/95 | Memo "How can others make the patented antioxidant claim for OPC" | LP383 |
| 138. | 12/01/95 | Letter from Gary Senecal to Bob Lemon, re: response to the Horphag lawsuit in France | LP 573-574 Lemon Ex. 152 |
| 139. | 12/06/95 | Letter from M. Lattuada/Indena to Schwitters re: thanking Schwitters for a complete picture of Pycnogenol and grape seed extract market in US | Scwh Ex. 86 |

-31-

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---------|------|----------|---------------------|
| 140. | 12/12/95 | Industry memo from Schwitters/INC. re: OPC industry growing; discoverer of OPC's is Masquelier; joins Life Plus' efforts in correcting industry misrepresentations of OPC's. | Timon Ex. 113 |
| 141. | 12/12/95 | Article entitled, "Dr. Jack Masquelier, Life Plus and OPC-85." | Timon Ex. 114 |
| 142. | 12/18/95 | Cease and Desist letter from Norman Zivin to Sid Tracy/Traco Lab's | DD005830-5831 |
| 143. | 01/05/96 | Letter from Anne Pellegrini to Zivin re: Bill Logan | D005757-5759 |
| 144. | 01/09/96 | Letter from P. Morico, Esq. representing Free Life, to Zivin in response to C&D letters | DD005811-5812 |
| 145. | 01/10/96 | Letter response from Zivin to P. Morico, Esq. representing Free Life to Zivin's C&D letter | Zivin Ex. 38 |
| 146. | 01/30/96 | Letter from Bert Schwitters to Robert Lemon re: Sterling Health and concentrating on Kaire, which is Bert's biggest enemy | Lemon Ex. 159 |
| 147. | 02/09/96 | Letter from Bert Schwitters to Robert Lemon, Timothy Nolan, Ernest Swisher cc: Gary Senecal, "Rick" re: answers to list of requests to fight aggression of Haimoff's goons | Lemon Ex. 155 |
| 148. | 02/14/96 | Fax from Sue Taggart to Gary Senecal re: confidential contact list | IBC808-816 |
| 149. | 02/21/96 | Fax/memo from Traco Labs/Sid Tracy to Jarrow re: comparison of OPC's in raw materials for Masquelier's OPC, PSI and Traconal | Rogovin Ex. 19 |
| 150. | 03/06/96 | Press release from INC "Complaint filed against infringers of '360 Patent" | IBC Ex. 30 |
| 151. | 03/06/96 | Complaint - INC v. Horpag; 3-96cv386 | |
| 152. | 03/06/96 | Fax stating that complaint was filed in U.S. District Court of Connecticut, INC. v. Horphag, et al. | Timon Ex. 115 |
| 153. | 03/07/96 | Letter from Schwitters to Life Plus re: anti-infringement complaint | LP689 |
| 154. | 03/13/96 | Declaration of Lewis Wayne | D7516-7520 |
| 155. | 03/18/96 | Memo from Life Plus titled, "Dear Valued Life Plus Member:" signed by Robert Lemon, Timothy Nolan and Ernest Swisher | Lemon Ex. 150 |
| 156. | 04/04/96 | Letter from Zivin to Marvin Gittes re: Settlement | D2389-2392 |
| 157. | 04/09/96 | Letter from Jarrow to Richard LeFebvre/PSI re: false advertising Masquelier's OPC-85 and Green Vibrance; cc: Neal T. Weiner, Esq.; Scott Polisky, Esq.; Bert Schwitters | Rogovin Ex. 22 |
| 158. | 04/18/96 | Fax from Sid Tracy to Robert Ullman and Jim Czaban re: PSI announcing they are back with grape seed OPC. | Timon Ex. 112 |

-32-

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 159. | 5/2/96 | Supply Agreement between Primary Services International LLC and KOBO | D7214-7216 |
| 160. | 05/17/96 | INC's letter to public that PSI is INC's exclusive distributor for OPC's | IBC 430 |
| 161. | 05/17/96 | Pleading: Defendants' Motion and Memo in Support to Dismiss and to Stay the Present Action, INC v. Horphag, 3:96 CV 386 | D000066-97 |
| 162. | 05/23/96 | Supply/sublicense Agreement – PSI an Changes International | D7219-7220 |
| 163. | 05/28/96 | Announcement from INC "Why the '360 patent "Bordeaux Decision" Does not Change Things" | Zivin Ex. 40 |
| 164. | 05/31/96 | Declaration of Gary Senecal INC v. Horpag; 3-96cv386 | IBC Ex. 15 |
| 165. | 05/31/96 | Declaration of Richard Lefebvre (INC v. Horphag case) | IBC Ex. 16 |
| 166. | 05/31/96 | Declaration of Donna A. Tobin - INC v. Horpag; 3-96cv386 | Zivin Ex. 35 |
| 167. | 06/21/96 | Memo from Robert Lemon to Rick Lefebvre, PSI, re: attached letter from Schwitters to Bill Sires of Sterling Health. | Lemon Ex. 158 |
| 168. | 07/10/96 | Press release of PSI "Professor Jack Masquelier receives Honorary Doctorate", with handwritten notes of Schwitters | IBC Ex. 27 |
| 169. | 07/12/96 | Letter from R. Sands (Canandaigua Wine) to Zivin regarding reviewing the licensing agreement in light of the investigation of respective claims of Horphag and INC, both in the US and French actions | Zivin Ex. 57 |
| 170. | 07/12/96 | Letter from Zivin to Sands (Canandaigua Wine) regarding INC being pressured to issue other licenses under the '360 patent; also mention of French translation of documents | Zivin Ex. 58 |
| 171. | 08/01/96 | Letter from Zivin to S. Lee at Kenyon & Kenyon regarding enclosing translation of Masquelier's deposition | Zivin Ex. 59 |
| 172. | 08/20/96 | License Agreement btw INC and Canandaigua Wine Company, Inc. | D002304-2316 Zivin Ex. 56 |
| 173. | 02/14/96 | Agreement to Respect Confidential Information | D002358-2359 |
| 174. | 09/05/96 | Agreement of 9/5/96 btw Schwitters and INC and PSI; Distribution Agreement of 11/11/94 btw INC and PSI | IBC Ex. 12 |
| 175. | 09/05/96 | Letter from Schwitters to Rick and Gary re: PSI being able to count on INC and Schwitters support | IBC 0431-432 IBC Ex. 13 |

-33-

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 176. | 10/10/96 | Confirmatory Assignment – Masquelier assigns rights to SCIPA for $1.00 | D005546-5547 |
| 177. | 10/18/96 | Letter from Brian Poissant to Norman Zivin w/ attachments | D000651-680 |
| 178. | 11/04/96 | 1996 Assignment documents (includes "Confirmatory Assignment" of 10/10/96) | Scwh. Ex. 99 |
| 179. | 11/09/96 | Agreement:  between Masquelier and Schwitters granting INC exclusive rights | DD002326-2328 |
| 180. | 11/15/96 | Letter from Norman Zivin to Sid Tracy, Traco Labs | D5826-5827 |
| 181. | 11/19/96 | Letter from Sid Tracy to Norman Zivin | D5824-5825 |
| 182. | 11/25/96 | Letter from Schwitters to Sue Taggart re:  press release/cooperation | |
| 183. | 11/27/96 | Press Release, "INC, OPC and Dr Jack Masqueilier on the web" | D2275-2276 |
| 184. | 11/30/96 | Multiple AdInfinitum invoices to INC for services;  dates 11/30/96 to 5/31/97 | Taggart Ex. 65 |
| 185. | 12/01/96 | Letter from Schwitters to Sue Taggart re:  Announcement | |
| 186. | 12/03/96 | Letter from Taggart to Schwitters regarding billing for services performed | Taggart Ex. 64 |
| 187. | 12/11/96 | Letter from Tricia Lefebvre to Sue Taggart re:  Confidential mailing list to Adinfinitum | |
| 188. | 12/19/96 | Press Release, "Traco Formally Apologizes to INC" | D005552-5554 |
| 189. | 12/30/96 | Letter from Zivin to Robert Sands re: Canandaigua | D002521-2522 |
| 190. | 12/30/96 | Letter from Schwitters to Zivin re:  CWC 12/12/96 press release | |
| 191. | 01/02/97 | Letter from R. Sands to Norman Zivin | D002486-2487 |
| 192. | 01/03/97 | Letter from Schwitters to Taggart regarding Zivin and Senecal having "scrutinized" first announcement for the year | Taggart Ex. 74 |
| 193. | 01/05/97 | Letter from Schwitters to "Tina and Sue…" re: 1/6/97 announcement | |
| 194. | 01/16/97 | Fax from Schwitters to Taggart regarding meeting in New York | Taggart Ex.69 |
| 195. | 01/16/97 | Letter from Schwitters to Lisa Guay re: Alan Richman | |
| 196. | 01/31/97 | Complaint in *INC v. Interhealth Nutrition, 3:97CV00377 (ND Calif. 1997)* | |

-34-

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 197. | 02/03/97 | Letter from Taggart to Schwitters outlining PR promotional campaign | Taggart Ex. 70 |
| 198. | 02/03/97 | Fax from Taggart to Schwitters regarding Activin "out-gunning" INC with ads showing their products potency | AdInfinitum - Sue Taggart 71 |
| 199. | 02/05/97 | Letter from Jarrow to Neil Smith, Esq. re: actions filed in San Francisco and Connecticut; cc: McCormick, Paulding; Scott Polisky, Esq.; Neal T. Weiner, Esq. | Jarrow Rogovin 27 |
| 200. | 02/06/97 | Letter from Schwitters to Sue Taggart re: new announcement and new announcement | Portion of Taggart Ex. 78 DD00555-5556 |
| 201. | 02/13/97 | Fax from Taggart to Schwitters/Senecal outlining recommendations for a direct response advertising campaign for the new inner/outer vein treatment | Taggart Ex. 72 |
| 202. | 03/17/97 | USPTO Document: Communication In Response to 1/15/97 OA and accompanying Declarations | DD00900-917 |
| 203. | 03/21/97 | Order in *INC v. Horphag, 3:96CV00386* | |
| 204. | 03/24/97 | Announcements and letters to and from AdInfinitum regarding "French decision" | Taggart Ex. 66 |
| 205. | 03/27/97 | Announcement from INC "INC Reaches Agreement with Dr. Masquelier, Ownership Position in US Patent '360 Strengthened" | DD002277-2278 Zivin Ex. 45 |
| 206. | 04/00/97 | Article from spring 1997 *Business & Product News* titled, "Dispute Flares Between Rival Grape Seed Extract Suppliers" | JAR 1341-1343 |
| 207. | 04/01/97 | Letter from Schwitters to Robert Sands re: current patent situation | D002426-2430 |
| 208. | 04/11/97 | Letter from Norman H. Zivin, Esq. to Hon. Dominic J. Squatrito | |
| 209. | 04/16/97 | Order in *INC v. Horphag, 3:96CV00386* | |
| 210. | 04/20/97 | Letter from Schwitters to Sue Taggart re: announcement | |
| 211. | 04/22/97 | Pleading: Memo in Support of JFI's Motion to Dismiss | DD00313-337 |
| 212. | 05/27/97 | Response to Office Action of 5/1/97 by Zivin, requesting examiner to issue a re-examination certificate for '360 | Zivin Ex. 50 |
| 213. | 06/20/97 | Opposition by Plaintiff International Nutrition Company to Motion to Dismiss Complaint, dated June 20, 1997, *INC v. Interhealth Nutrition, 3:97CV00377 (ND Calif. 1997)* and accompanying filings. | DD004252-4333 |

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 214. | 07/22/97 | Letter from Sands (Canandaigua Wine) to Schwitters terminating the license agreement effective 8/31/97 | Zivin Ex. 60 |
| 215. | 08/27/97 | Press release | D002279-D002280 |
| 216. | 11/04/97 | Reexamination Certificate US Patent No. B1, 4,698,360 | D00837-840 |
| 217. | 12/02/97 | Letter from Schwitters to Taggart enclosing announcement pertaining to a comparative study performed by ESA Labs | Taggart Ex. 67 |
| 218. | 12/10/97 | Fax from Taggart to Schwitters enclosing marketing info on Total Wellness | Taggart Ex. 68 |
| 219. | 00/00/98 | Article, "Comparison Between OPC's, the world's most powerful antioxidants and Grape Seed Extracts" by Morton Walker | IBC 0027-31 |
| 220. | 03/00/98 | Press release, "Results From New, Unprecedented Comparative Analysis of Grape Seed Extracts and Masquelier's Original OPC - Independent lab confirms wide differences between Masquelier's Original OPC and grape seed extracts" | IBC 0551-0556 IBC Ex. 18 |
| 221. | 05/18/98 | Website printout, "Pycnogenol, true state of affairs report, "by Schwitters and Masquelier | |
| 222. | 05/29/98 | Press release | IBC0542-IBC543 Zivin Ex. 42 |
| 223. | 05/29/98 | Website announcement from INC "Jack Masquelier Wins, Horphag's '360 Patent Claims Rejected in Appeal" | DD002281-2282 IBC 546-547 |
| 224. | 07/31/98 | Announcement from INC "Why the '360 Patent "Bordeaux Decision" Does not Change Things" | Zivin Ex. 46 |
| 225. | 09/28/98 | Second Declaration of Donna A. Tobin - INC v. Horpag; 3-96cv386 | Norman Zivin 34 |
| 226. | 12/15/98 | Letter from Schwitters to Gary Senecal re: Bordeaux | IBC540-541 |
| 227. | 12/16/98 | Announcement from INC "Historic Bonds between US Patent '360 and Masquelier's Original OPC's Products Affirmed and Secured" | DD00228-2290 Zivin Ex. 47 |
| 228. | 00/00/99 | The National Data Book - Statistical Abstract of the United States - 1999 | JAR-EXP 0001-0067 Ris Ex. 33 |
| 229. | 00/00/99 | "Report of Economic Survey 1999" | |
| 230. | 01/01/99 | Agreement: between INC and CEP and Traco Lab's/Qualtec | D2318-2325 Scwh. Ex. 101 |

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 231. | 04/29/99 | International Nutrition Company's Opposition to Defendants' Summary Judgment Motions, in *INC v. Horphag, 3:96CV00386 (D. Conn. 1996)* | |
| 232. | 05/27/99 | Letter from Gary Senecal to Bob Lemon re: Exclusivity | LP823-826 |
| 233. | 07/15/99 | Letter from Schwitters to Gary Senecal re: The French Court and '360 license | IBC487-493 |
| 234. | 10/21/99 | Letter from Larry Garcia/ Rocky Mountain Management to Bill Evans, Robert Lemon, Robert Christian re: upset with new Proanthenols label | Robert Lemon - Life Plus 156 |
| 235. | 11/13/99 | Letter from Schwitters to Bob Lemon re: the future | LP728-729 |
| 236. | 12/20/99 | Cease & Desist letter from Zivin to Donald R. Grice | D005740-5741 Scwh. 95 |
| 237. | 12/22/99 | Letter for Gary Senecal to Sid Tracy re: Lawsuit settlement | D7359 |
| 238. | 03/18/00 | Ruling on the Defendant's Motion for Partial Summary Judgment, in *INC v. Horphag, 3:96CV00386 (D. Conn. 1996)* | DD000020-32 DD000380-391 |
| 239. | 03/22/00 | Deposition: Michael Willoughby | |
| 240. | 03/23/00 | Jarrow Formulas, Inc. OPCs + 95 bottle labels | JAR 1183-1184 Rogovin Ex. 2 |
| 241. | 03/23/00 | Joint Announcement "US District Court rules '360 Patent Jointly Owned by CEP and Horphag" | DD002291 IBC 511 Zivin Ex. 49 |
| 242. | 03/31/00 | Motion to Amend the Complaint and Motion for Leave to Join a Party in *INC v. Horphag, 3:96CV00386 (D. Conn. 1996)* | |
| 243. | 04/03/00 | Press release – Joint, "Amended Complaint filed in '360 patent case to undo illegal licensing of Grape Seed Extracts" | D002292-D002294 (Ex-35) |
| 244. | 04/04/00 | Letter from Schwitters to Gary Senecal re: attached motion and amended complaint in '360 case | IBC572-595 |
| 245. | 07/07/00 | Court Order in *INC v. Interhealth Nutrition, 3:97CV00377 (ND Calif. 1997)* | D3771 |
| 246. | 07/14/00 | Joint Announcement btw INC and CEP "Masquelier's Original OPC's Contains Standard Amount of Natural Resveratrol" (with handwritten notes in margin) | IBC 0515-518 IBC Ex. 28 |
| 247. | 07/24/00 | Plaintiff's Motion for Leave to Amend Complaint, dated July 24, 2000, *INC v. Interhealth Nutrition, 3:97CV00377 (ND Calif. 1997). And Amended Complaint* | |

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 248. | 07/30/00 | Copies of INC invoices to IBC dated, 7/30/00 - 6/29/01 | IBC Ex. 3 |
| 249. | 08/08/00 | Plaintiff's Opposition to Defendant's Motion for Summary Judgment, dated August 8, 2000, *INC v. Interhealth Nutrition, 3:97CV00377 (ND Calif. 1997)* | |
| 250. | 08/14/00 | Appeal, *INC v. Horphag, United States Court of Appeals for the Federal Circuit, Docket No. 00-1408* | |
| 251. | 09/14/00 | Supply Agreement – Kobo Products and PSI | |
| 252. | 09/14/00 | Agreement between INC, CEP, Qualtec Labs, IBC | D2318-2325 |
| 253. | 09/30/00 | Agreement dated 1/1/99, signed 9/30/00 | D002318-D002325 (Ex-9) |
| 254. | 10/27/00 | Press Release, "INC and Traco settle '360 patent lawsuit" | D002300-2301 |
| 255. | 11/00/00 | Article" The scientifically tested, clinically proven health benefits of Primary Source OPC the authentic Masquelier's OPC" | IBC 388-394 |
| 256. | 11/14/00 | Order Granting Defendants' Motion pursuant to Fed. R. Civ. P. 56; CV-00-08839; Jarrow Formulas v. Nutrition Now; U.S. District Court - Central, CA | Rogovin Ex. 12 |
| 257. | 11/28/00 | Cease & Desist letter from Zivin to Clinton Howard/Royal Body Care, Inc. | DD005738-739 Scwh. Ex. 96 |
| 258. | 00/00/01 | Sales figures from INC relating to sales to PSI/IBC | D2560 |
| 259. | 00/00/01 | Chart titled, "Price Per Unit" for years 1/00/94 – 12/00/01 (for Jarrow products) | JAR-EXP60-62 |
| 260. | 00/00/01 | Chart titled, "Annual $ Sales" for years 1/00/94 – 12/00/01 (for Jarrow products) | |
| 261. | 00/00/01 | Chart titled, "Annual Unit Sales" for years 1/00/94 – 12/00/01 (for Jarrow products) | |
| 262. | 00/00/01 | Chart titled, "Jarrow Formulas Sales" for years 1/00/94 – 12/00/01 (for Jarrow products) | JAR-EXP67 |
| 263. | 00/00/01 | Chart titled, "Jarrow Formuals, Inc, units sold for OPC, SOPC and KKOP frm 1995 - 2001" for years 1/00/95 – 12/00/01 (for Jarrow products) | |

CTDOCS:13370.1

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 264. | 00/00/01 | Various Charts titled, "Masquelier OPC Sales in Kilos by Month from both Grape Seed and Pine Bark"; "Masquelier'sOPC Annual Sales in U.S. Dollars"; "Primary Source Product Sales"; "Primary Source OPC Product Sales" | IBC 0001-3, 0343, 0362, (IBC Ex. 9, Ex 10, Ex. 11) JAR-EXP 608-612 |
| 265. | 03/23/01 | Letter from Bert Schwitters to Robert Lemon cc Gary Sencal in rebuttal to Mr. Gittes 3/14/01 letter | Lemon Ex. 151 |
| 266. | 03/24/01 | Brief by INC outlining the essential parts of the 12/20/00 decision by the French Tribunal De Grande Instance De Paris | IBC Ex. 26 |
| 267. | 03/24/01 | Press release: "The Pycnogenol Trademark" | D005842-5846 |
| 268. | 03/29/01 | Joint Announcement btw INC and CEP "INC wins court battle over Pycnogenol Trademark" | D005560-5566 Zivin Ex. 36 |
| 269. | 04/06/01 | Letter from Zivin to Robert Ulman re: Traco | D5835-5837 |
| 270. | 04/16/01 | IBC invoice to INC | IBC Ex. 6 |
| 271. | 04/19/01 | Letter from Richard Lefebvre to Sid Tracy re: Horphag threat | D005834 |
| 272. | 04/30/01 | Cease & Desist letters from Norman Zivin to Roex, Inc. | DD005726-5727 |
| 273. | 05/08/01 | Letter from Schwitters to Sid Tracy re: Suspension of Grasse Decision | D005832-5833 |
| 274. | 07/16/01 | Decision of the United States Circuit Court for Federal Circuit No. 00-1408 | |
| 275. | 07/19/01 | Press release – Joint, "US Court of Appeals Decides CEP is Co-Owner of US Patent '360" | D002302-D002303 |
| 276. | 08/28/01 | Letter from Schwitters to Gary Senecal re: US Patent '360 | IBC466-467 |
| 277. | 08/29/01 | Pleading: Defendant's Response to Plaintiff's 1st RFP | Scwh. Ex. 82 |
| 278. | 08/29/01 | Pleading: Defendant's Response to Plaintiff's 1st Set of Interrogatories | Scwh. Ex. 84 |
| 279. | 09/10/01 | IBC invoice to HVL Inc. | IBC Ex. 7 |
| 280. | 11/26/01 | IBC invoice to PRO HEALTH | IBC Ex. 8 |
| 281. | 11/26/01 | Letter from Taggart to Schwitters initializing AdInfinitum's relationship with INC to represent them to the market | Taggart Ex. 63 |
| 282. | 11/29/01 | Copies of CEP invoices to IBC dated, 9/10/01 - 11/29/01 | IBC 0009-0015 IBC Ex. 2 |

-39-

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 283. | 12/00/01 | Chart: Masquelier OPC sales in kilos by month from both Grape Seed and Pine Bark | IBC Ex. 9 |
| 284. | 12/00/01 | Chart: Masquelier's OPC Annual Sales in U.S. Dollars | IBC Ex. 10 |
| 285. | 12/00/01 | Chart: Primary Source OPC Product Sales | IBC Ex. 11 |
| 286. | 01/15/02 | Pleading: Defendant's Supplemental Response to Plaintiff's 1st RFP | Scwh. Ex. 83 |
| 287. | 01/29/02 | Deposition: Jarrow Rogovin | |
| 288. | 02/19/02 | Deposition: Gary Senecal | |
| 289. | 02/20/02 | Jarrow Formulas OPC, DOPC and KKOPC total production and packaging costs | Rogovin Ex. 9 |
| 290. | 02/22/02 | Deposition of Norman Zivin | |
| 291. | 02/26/02 | Deposition: Susan Taggart | |
| 292. | 02/28/02 | Expert Report of Michael G. Willoughby of BVS | Rogovin Ex. 8 |
| 293. | 02/28/02 | Report: "Effect of INC Lawsuit on Grape Seed Extract Market - A Raw Material Supplier's Perspective" (Greg Ris concludes that the Grape Seed Market was severely impacted by the action brought by INC | Ris Ex. 31 |
| 294. | 02/28/02 | Report from BVS, Mr. Willoughby | Willoughby Ex. 37 |
| 295. | 03/12/02 | Deposition Transcript of Egbert Schwitters | |
| 296. | 03/13/02 | Deposition Transcript of Egbert Schwitters | |
| 297. | 03/13/02 | Print out of INC's website on March 13, 2002, "Frequently Asked Questions About OPC" | Scwh. Ex. 103 |
| 298. | 03/13/02 | Print out of INC's website on March 13, 2002, "US. Patent 4,698, 360" | Scwh. Ex. 104 |
| 299. | 03/13/02 | Print out of INC's website on March 13, 2002, "News Flashes" (a timeline of events as per INC between 7/19/01 and 4/29/97) | Scwh. Ex.105 |
| 300. | 03/14/02 | Jarrow Formulas OPC, DOPC and KKOPC total production and packaging costs | Rogovin Ex. 10 |
| 301. | 03/19/02 | Deposition: Greg Ris | |

-40-