| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 302. | 03/25/02 | Various letters/emails between Richard Order and Nels Pearsall from 3/25/02 - 4/15/02 | (Bates DEXP0021-DEXP0031) Nels Pearsall -Exp. Wit. 137 |
| 303. | 03/25/02 | Deposition: Mark Timon | |
| 304. | 03/26/02 | Court Rulings on Defendants' Motion for Attorney Fees, in *INC v. Horphag*, 3:96CV00386 (D. Conn. 1996) | |
| 305. | 04/15/02 | Expert Report of Nels Pearsall | Pearsall Ex. 136 |
| 306. | 04/24/02 | Amended Expert Report of Nels Pearsall | Pearsall Ex. 135 |
| 307. | 04/24/02 | Freedonia report, "Nutraceuticals to 2004" | DEXP0001-DEXP0023 Pearsall Ex. 141 |
| 308. | 07/30/02 | Written Deposition of Defendant Jack Masquelier dated 7/30/02, in Jarrow v. INC | |
| 309. | 08/16/02 | Affidavit of Michael Willoughby | |
| 310. | 08/26/02 | Affidavit of Michael Willoughby | |
| 311. | 08/28/02 | Plaintiff Jarrow Formulas, Inc.'s Amended Redirect Questions to Defendant Jack Masquelier, in Jarrow v. INC | |
| 312. | 09/16/02 | Affidavit of Michael Willoughby | |
| 313. | 09/17/02 | Written Answers of Professor Jack Masquelier's to Deposition Questions, in Jarrow v. INC | |
| 314. | 04/24/03 | Patent ownership confirmatory agreement between Horphag and CEP | D011128-11130 |
| 315. | No date | FRENCH DOCUMENT: Assignation Devant le Tribunal de Commerce de Grasse (and Certified Translation) | |
| 316. | No date | FRENCH DOCUMENT: Proposed merger "Projet de Fusion" (and Certified Translation) | D10956-11025 |
| 317. | No date | FRENCH DOCUMENT: "Il A Ete Declare Et Convenu. Ce Qui Suit: Fusion." (and Certified Translation) | Tab 9 |
| 318. | 00/00/51 | FRENCH DOCUMENT: Bulletin de la Societe De Pharmacie De Bordeaux (and Certified Translation) | D10671-10674 |
| 319. | 06/05/70 | FRENCH DOCUMENT: Patent application of Masquelier and Michaud (and Certified Translation) | D10613-10626 |

-41-

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 320. | 00/00/71 | FRENCH DOCUMENT:  Contract between CEP, Horphag Overseas (and Certified Translation) | Depo Ex. Mark Timon 107 D9137-9139 |
| 321. | 04/28/82 | FRENCH DOCUMENT:  Contract titled, "Contrat de Vente a la Commission" (and Certified Translation) | Depo Ex. Mark Timon 108 |
| 322. | 00/00/84 | FRENCH DOCUMENT:  Publication in a news journal or newspaper (and Certified Translation) | D10675-10676 |
| 323. | 10/11/84 | FRENCH DOCUMENT:  Attestation by Bugat (Certified Translation) | D10693-10696 |
| 324. | 04/29/85 | FRENCH DOCUMENT:  Agreement signed by Haimoff and Laparra (and Certified Translation) | D10691-10692 |
| 325. | 04/29/85 | FRENCH DOCUMENT:  Agreement between SCIPA and Horphag | Timon 106 |
| 326. | 05/07/85 | FRENCH DOCUMENT:  Letter to Haimoff re: confirming cooperative agreement signed on 4/26 by Horphag and 4/29 by SCIPA (and Certified Translation) | D10697 |
| 327. | 07/24/87 | FRENCH DOCUMENT:  Letter from Barraud to Haimoff (and Certified Translation) | Schwitters 85 and 85A |
| 328. | 01/25/88 | FRENCH DOCUMENT:  Exclusive Distribution Agreement for a Health Food Supplement (Certified Translation) | D10680-10683 |
| 329. | 06/28/90 | FRENCH DOCUMENT:  Exclusive Agent Agreement between Horphag & Holland Health (and Certified Translation) | D10718-10725 D10726-10735 (in French) |
| 330. | 09/25/90 | FRENCH DOCUMENT:  Agreement between CEP and Holland Health (and Certified Translation) | D10643-10645 |
| 331. | 10/3/86 | FRENCH DOCUMENT:  Contract btw CEP & DRT (and Certified Translation) | |
| 332. | 10/24/90 | FRENCH DOCUMENT: Procuration, Masquelier, Schwitters, Mulder (and Certified Translation) | D8891-8892 Tab 33 |
| 333. | 11/26/90 | FRENCH DOCUMENT:  Letter from Horphag Overseas Limited to Masquelier re:  uncontrolled sales of pycnogenol (and Certified Translation) | Tab 15 |
| 334. | 03/22/91 | FRENCH DOCUMENT:  Letter from Horphag Research Limited to Masquelier re:  requesting formal denial (and Certified Translation) | Tab 16 |
| 335. | 04/05/91 | FRENCH DOCUMENT:  Memo re:  Masquelier's visit on 3/21/91 (Certified Translation) | D10699 |

-42-

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 336. | 04/21/93 | FRENCH DOCUMENT:  Letter from Schwitters to Masquelier, Michaud, Barraud re;  American Patent (and Certified Translation) | D6057 |
| 337. | 08/03/93 | FRENCH DOCUMENT:  Letter from E. Facquez to Bert Schwitters (and certified translation) | D6059-6060 |
| 338. | 10/22/93 | FRENCH DOCUMENT:  Letter from E. Facquez to Sir re:  Transfer of CEP and others (and Certified Translation) | D6061-6062 |
| 339. | 12/14/93 | FRENCH DOCUMENT:  Letter from Schwitters to Masquelier, Michaud, Barraud re:  Sale of possessions (and Certified Translation) | D6063-6065 |
| 340. | 01/14/94 | FRENCH DOCUMENT:  Letter from Schwitters to Masquelier, Michaud, Barraud re:  demanding payment (and Certified Translation) | D6038-6039 |
| 341. | 02/15/94 | FRENCH DOCUMENT:  Letter from Schwitters to Masquelier, Michaud, Barraud re:  patents/brands (and Certified Translation) | D6068 |
| 342. | 03/30/94 | FRENCH DOCUMENT:  Letter from John Iglehart to Colleague re: Horphag Research Limited (and Certified Translation) | D2350-2351 |
| 343. | 04/26/94 | FRENCH DOCUMENT:  Assignment of shares in company (and Certified Translation) | D8882-8887 |
| 344. | 05/06/94 | FRENCH DOCUMENT:  Letter from John Iglehart to Colleague re: CEP Case, American '360 patent (and Certified Translation) | D2352-2353 |
| 345. | 06/28/94 | FRENCH DOCUMENT:  Letter from Bugat to Barraud re:  Haimoff 's non-payment (and Certified Translation) | D10642 |
| 346. | 08/26/94 | FRENCH DOCUMENT:  Les Soussignes (Certified Translation) | D11090-11095 |
| 347. | 08/26/96 | FRENCH DOCUMENT:  Letter from Schwitters to Masquelier re; lawsuit of Bordeaux (and Certified Translation) | D6042-6043 |
| 348. | 10/23/96 | FRENCH DOCUMENT:  Extrait Kbis – Imatriculation Au Registre du Commerce et Des Societes (and Certified Translation) | D11034-11035 |
| 349. | 03/25/97 | FRENCH DOCUMENT:  French decision from the Court of Primary General Jurisdiction of Bordeaux, Docket No. 13618/95 (and Certified Translation) | |
| 350. | 03/25/97 | FRENCH DOCUMENT:  French Decision - Tribunal de Grande Instance de Bordeaux (and Certified Translation) | INC - Bert Scwhitters 80 |
| 351. | 03/25/97 | FRENCH DOCUMENT:  Judgment – Tribunal De Grande Instance De. Bordeaux (and Certified Translation) | D9495-9518 Translation is D9519-9563 |

-43-

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 352. | 12/09/97 | FRENCH DOCUMENT: Hearing of 12/9/97 – Court of Appeals (and Certified Translation) | D10858-10905 |
| 353. | 05/28/98 | FRENCH DOCUMENT: Judgment delivered by the Court of Appeals of Bordeaux (and Certified Translation) | D11036-11066 |
| 354. | 06/03/98 | FRENCH DOCUMENT: Contract between CEP and SCIPA (and Certified Translation) | |
| 355. | 06/03/98 | FRENCH DOCUMENT: Minutes of Deliberations by the Board of Directors (and Certified Translation) | Tab 29 |
| 356. | 06/25/98 | FRENCH DOCUMENT: Minutes of Deliberations Regular and Special General Assembly (Certified Translation) | D011026-11033 |
| 357. | 09/03/98 | FRENCH DOCUMENT: Posting in the Grasse Trade and Corporate Register (and Certified Translation) | Tab 31 |
| 358. | 04/10/00 | FRENCH DOCUMENT: Hearing of 4/10/00; Response and Summary of Findings (and Certified Translation) | Tab 18 |
| 359. | 09/11/00 | FRENCH DOCUMENT: of 9/11/00 hearing on Pleadings in Response and Summary Pleadings (and CT) | D010243-10287 |
| 360. | 02/05/01 | FRENCH DOCUMENT: Judgment – Commercial Court of Grasse (and Certified Translation) | D010223-10233 |
| 361. | 03/17/01 | FRENCH DOCUMENT: Power of Proxy (and Certified Translation) | D002329 |
| 362. | 04/07/97 | Letter from Marvin Gittes to Norman Zivin re: INC v. Horphag (96 CV 386) and INC v Horphag (97 CV 377) | |
| 363. | 04/11/97 | Letter from Norman Zivin to Marvin Gittes re: response to 4/7/97 letter from Gittes | |
| 364. | 10/28/98 | Declaration of Frederic Benech (INC v. Horphag,96 CV 386) | |
| 365. | 09/29/98 | Plaintiff's Memo in Opposition to the Motions by Defendants to Lift or Remove Stay; Dismiss Counts I and /or II of the Complaint Pursuant to Rule 12(b) FRCP and Other Relief; (INC v. Horphag, 96 CV 386) | |
| 366. | 03/31/00 | Declaration of Frederic Benech (INC v. Horphag,96 CV 386) (includes exhibits A-C) | |
| 367. | 3/25/02 | Letter from Richard Order to Nels Pearsall enclosing Willoughby's Depo Ex.'s 30, 33 and 35-40 | Pearsall Ex. 145 |

-44-

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 368. | | Report from Freedonia titled, "Herbal & Related Extracts", and other attached documents | Pearsall Ex. 146 |
| 369. | | Letters, correspondence btw INC/Schwitters and AdInfinitum/Sue Taggart (dated 11/96 to 2/6/97) | Zivin Ex. 44 |
| 370. | 04/30/86 | Declaration of Jack Masquelier (filed with USPTO) | |
| 371. | 09/08/95 | Cease & Desist letter from Zivin to Estee Lauder | DD005719-5720 Zivin Ex. 90 |
| 372. | | Bates stamped documents showing redacted version of Jarrow Formulas Sales etc. | JAR 1575 through JAR 1584 (Jarrow Rogovin 6) |
| 373. | 04/14/94 | USPTO Notice of Recordation of Assignment Document (for assignment dated 3/18/94, SCIPA to INC) | D1007 |
| 374. | 01/15/97 | USPTO Notice of Recordation of Assignment Document (for assignment dated 10/10/96, Masquelier to INC) | D5544-5547 |
| 375. | 05/31/02 | Responses of Defendant Norman H. Zivin to Plaintiff's Second Set of Interrogatories, in Jarrow v. INC | |
| 376. | 11/04/97 | Reexamination Certificate:  US Patent No. 4,698,360 | |
| 377. | 10/24/90 | FRENCH DOCUMENT:  Contract btw DEP and Holland Health (and Certified Translation) | D10736-10746 |
| 378. | 6/20/97 | Declaration of Donna A. Tobin in *INC v. Interhealth Nutrition, 3:97CV00377 (N.D. Calif. 1997)* | |
| 379. | 4/5/00 | Updated Statement by plaintiff in *INC v. Interhealth Nutrition, 3:97CV00377 (N.D. Calif. 1997)* | |
| 380. | 6/2/00 | Supplemental Statement by plaintiff in *INC v. Interhealth Nutrition, 3:97CV00377 (N.D. Calif. 1997)* | |
| 381. | 6/30/00 | Letter to Court from plaintiff in *INC v. Interhealth Nutrition, 3:97CV00377 (N.D. Calif. 1997)* and Amended Complaint. | |
| 382. | 7/25/00 | Motion and supporting  Memorandum to Amend Complaint in *INC v. Interhealth Nutrition, 3:97CV00377 (N.D. Calif. 1997)* | |
| 383. | 3/21/96 | Letter from Robert S Sands to Norman Zivin | DD002395 |
| 384. | | Defendant INC's Interrogatory responses | |
| 385. | | Defendant INC's Interrogatory responses in Jarrow Formula's, Inc. v. Centre D'Expirimentation Pycnogenal Sarl et al., 3:04-CV-00535 (AVC) | |

| EX. No. | DATE | CONTENTS | CONTROL INFORMATION |
|---|---|---|---|
| 386. | | CEP's Interrogatory responses in Jarrow Formula's, Inc. v. Centre D'Expirimentation Pycnogenal Sarl et al., 3:04-CV-00535 (AVC) | |
| 387. | | | |

B. For the Defendants:

## DEFENDANTS' EXHIBIT LIST

| Def. Exh. No. | Date | Description | Depo. Exh. No. | Bates No. |
|---|---|---|---|---|
| 1 | 1989 | Nutrition News article re: antioxidants | | JAR 3358 - JAR 3361 |
| 2 | 1991 | Horphag ad re: pycnogenol price | | JAR 3498 - JAR 3501 |
| 3 | 1991 | Sonofi buying large quantities from Sarpap | | |
| 4 | 1994 | Thorne research ad re: pine & grape extracts | | JAR 3234 |
| 5 | 1995 | Bio-Tech News article re: antioxidants | | LP 0788 - LP 0790 |
| 6 | 1997 | Interhealth ad | | JAR 3133 - JAR 3138 - JAR 3139 |
| 7 | 1997 | Activin ad | | JAR 3142 |
| 8 | 1997 | Polyphenolics newsletter | | JAR 3164 - JAR 3165 |
| 9 | 1997 | Herkle/pycnogerol ad | | JAR 3648 - JAR 3655 |
| 10 | 1998 | Indena ad | | JAR 3140 |
| 11 | 1998 | Jarrow advertising Budget | | JAR 3560 |
| 12 | 1999 | 1999 statistical abstract of the United States | D 33 | JAR-EXP 0001 - JAR-EXP 0067 |
| 13 | 2000 | Freedona spreadsheet and IBC data | P 146 | |
| 14 | 2001 | Jarrow product info/OPC & 95 | | JAR 1444 - JAR 1500 |
| 15 | 2002 | Written deposition questions to Dr. Masquelier and written responses | | |
| 16 | 4/1/1985 | Assignment from Masquelier to SCIPA and Horphag | | D 00 1006 |
| 17 | 4/29/1985 | Exhibit to Declaration of Donna Tobin | | D 00 4403 - D 00 4417 |
| 18 | 10/6/1987 | U.S. Patent 4,698,360 | | D 00 1070 - D 00 1078 |
| 19 | 7/9/1990 | Trademark Assignment to INC | | D 00 5611 |
| 20 | 8/12/1990 | Letter from Gary Senecal to Bert Schwitters | | |
| 21 | 10/16/1990 | Letter from Horphag to Robert Simpson | | D 00 5660 |
| 22 | 10/24/1990 | Exhibit to Declaration of Donna Tobin | | D 00 4390 - D 00 4393 |

-46-

| 23 | 12/3/1990 | Letter from TAAG to Jarrow Rogovin | | JAR 3366 - JAR 3367 |
|---|---|---|---|---|
| 24 | 12/16/1990 | Exhibit to Declaration of Donna Tobin | | D 00 3507 - D 00 3510 |
| 25 | 1/11/1991 | Bossard, Inc. letter to Jarrow | | JAR 3372 - JAR 3387 |
| 26 | 1/15/1991 | Letter from TAAG to Jarrow Rogovin | | JAR 3370 - JAR 3371 |
| 27 | 3/14/1991 | Correspondence Holland Health & CEP | | D 00 8893 - D 00 8898 |
| 28 | 6/3/1991 | Chemco sales letter | | JAR 3489 - JAR 3491 |
| 29 | 5/5/1992 | INC trademark registration for OPC 85 | | D 00 3506 |
| 30 | 6/18/1992 | Fax from Mark Timon to Gary Senecal re: price | | |
| 31 | 6/30/1992 | Fax from Mark Timon to Bert Schwitters re: price | | |
| 32 | 8/4/1992 | Letter from Timon to Bert Schwitters re: price | | |
| 33 | 10/5/1992 | Fax from Bert Schwitters and Mark Timon re: Indena | | |
| 34 | 1/13/1993 | Letter from Mark Timon to Bert Schwitters re: Indena | | |
| 35 | 1/14/1993 | Letter from Bert Schwitters to Mark Timon re: price | | |
| 36 | 1/20/1993 | Letter to Mark Timon from Bert Schwitters re: Indena | | |
| 37 | 1/22/1993 | Letter from Bert Schwitters to Mark Timon re: pricing | | |
| 38 | 2/3/1993 | Fax from Bert Schwitters to Mark Timon re: pricing | | |
| 39 | 3/3/1993 | Letter from Mark Timon to Bert Schwitters re: Indena | | |
| 40 | 3/19/1993 | Fax from Mark Timon to Bert Schwitters re: Horphag | | |
| 41 | 3/29/1993 | Fax from Bert Schwitters to Mark Timon re: price | | |
| 42 | 3/31/1993 | Fax from Bert Schwitters to Mark Timon re: price | | |
| 43 | 4/20/1993 | Fax from Mark Timon to Bert Schwitters re: price | | |
| 44 | 5/4/1993 | Fax from Bert Schwitters to Mark Timon re: KAL | | |
| 45 | 5/4/1993 | Fax from Bert Schwitters to Mark Timon re: price | | |
| 46 | 5/4/1993 | Fax from Mark Timon to Bert Schwitters re: pricing | | |
| 47 | 5/10/1993 | Patent license agreement TAAG/OPC France | | |
| 48 | 5/17/1993 | Fax from Mark Timon to Bert Schwitters re: demand | | |
| 49 | 5/18/1993 | Fax from Bert Schwitters to Mark Timon re: VRX | | |

-47-

| 50 | 5/19/1993 | Payment from TAAG to INC | | |
| 51 | 5/25/1993 | Fax to Bert Schwitters from Mark Timon re: quality | | |
| 52 | 6/21/1993 | Letter from Mark Timon to Bert Schwitters re: price | | |
| 53 | 6/29/1993 | Letter from Bert Schwitters INC to Mark Timon re:  patent | | |
| 54 | 7/13/1993 | Letter from Mark Timon to Bert Schwitters re:  sales | | |
| 55 | 9/10/1993 | Fax from Mark Timon to Bert Schwitters re: antioxidants | | |
| 56 | 10/5/1993 | Fax from Mark Timon to Bert Schwitters re: supplements | | |
| 57 | 10/19/1993 | Fax re: Inverni | | |
| 58 | 10/25/1993 | Fax from Mark Timon to Bert Schwitters re: manufacturers | | |
| 59 | 10/26/1993 | Fax from Mark Timon to Bert Schwitters re: OPC | | |
| 60 | 12/22/1993 | Fax from Mark Timon to Bert Schwitters re: sales | | |
| 61 | 12/27/1993 | Fax from Mark Timon to Bert Schwitters re: sales | | |
| 62 | 12/30/1993 | Indena sales data 1/93 - 12/00 | D 32 | JAR-EXP 0068 - JAR-EXP 0110 |
| 63 | 1/5/1994 | Mark Timon and Bert Schwitters letter re: sales | | |
| 64 | 1/11/1994 | INC/PSI agreement | | D 00 2561 - D 00 2574 |
| 65 | 1/18/1994 | Fax from Mark Timon to Bert Schwitters re: new competitor | | |
| 66 | 1/20/1994 | Faxes re: pricing | | |
| 67 | 1/20/1994 | Correspondence between Momentum Marketing and Robert Simpson | | D 00 5661 - D 00 5666 |
| 68 | 1/25/1994 | Letter from Mark Timon to Bert Schwitters re:  Horphag patent/trademark threats | | |
| 69 | 2/1/1994 | Letter from Bert Schwitters to Mark Timon re:  patent assignment | | |
| 70 | 2/2/1994 | Letter from Mark Timon to Bert Schwitters re: sales | | |
| 71 | 2/4/1994 | Sales | | |
| 72 | 3/23/1994 | Fax from Bert Schwitters to Mark Timon re:  patent license | | |
| 73 | 3/24/1994 | Fax from Mark Timon to Bert Schwitters re: sales | | |
| 74 | 3/28/1994 | Assignment from SCIPA to INC | | D 00 5542 - D 00 5543 |
| 75 | 3/31/1994 | Letter re: patent | | |

-48-

| 76 | 4/6/1994 | Fax from Bert Schwitters to Mark Timon re: FDA | | |
| 77 | 4/7/1994 | Letter from Bert Schwitters to Mark Timon re: green tea | | |
| 78 | 4/7/1994 | Fax from Mark Timon to Bert Schwitters re: shipments | | |
| 79 | 4/8/1994 | Fax from letter Bert Schwitters to Mark Timon re: sales | | |
| 80 | 4/12/1994 | Letters from John Iglehart | | D 00 2350 - D 00 2353 |
| 81 | 4/15/1994 | INC invoice | | |
| 82 | 4/20/1994 | OPC white paper | | LP 0944 - LP 0955 |
| 83 | 4/25/1994 | Fax from Mark Timon to Bert Schwitters re: sales | | |
| 84 | 4/28/1994 | Letter from Bert Schwitters to Mark Timon re: pine and grape extracts | | |
| 85 | 6/21/1994 | Letter from Rich to Bert Schwitters & Mark Timon re: sales | | |
| 86 | 7/1/1994 | Pycnogenol article | | JAR 3295 - JAR 3300 |
| 87 | 7/10/1994 | White paper | | |
| 88 | 8/9/1994 | Fax to Rich from Bert Schwitters re: ad budget | | |
| 89 | 8/17/1994 | Fax from Bert Schwitters to Mark Timon re: Indena | | |
| 90 | 9/1/1994 | Jarrow price lists Sept. 1994 to March 2002 | | JAR 3846 - JAR 3916 |
| 91 | Oct-94 | TAAG customer list & invoices | | |
| 92 | 10/28/1994 | Transcript of Motion to dismiss cross claims in Horphag v. Consac, CV-93-2522 (E.D.N.Y.) | | |
| 93 | 11/1/1994 | Letter from Michael T. Murray to customers | D 18 | JAR 3285 - JAR 3286 |
| 94 | 11/13/1994 | INC/IBC contract | | IBC 0433 - IBC 0458 |
| 95 | 11/23/1994 | Letter from Jarrow Rogovin to Burt Kallman | D 17 | JAR 3127 - JAR 3128 |
| 96 | 11/23/1994 | Article re: Kaire | | JAR 3330 |
| 97 | 7/21/1995 | Stipulation and Order of Settlement and Dismissal in Horphag v. Consac CV-93-2522 (E.D.N.Y.) | | A338 - A340 |
| 98 | 7/25/1995 | Exhibit to Declaration of Donna Tobin | | D 00 4497 - D 00 4499 |
| 99 | 10/2/1995 | Letter from Henkle to Norm Zivin re: sales | | D 00 2523 |
| 100 | 10/16/1995 | Agreement between TAGG, PSI, Richard LeFebvre, Mark Timon and Gary Senecal | | |
| 101 | 10/26/1995 | PSI/Life Plus agreement | P 157 | LP-0723 - LP-0727 |
| 102 | 11/15/1995 | Kaire letter to distributors | | D 00 10665 - D 00 10670 |
| 103 | 11/16/1995 | Letter from Bob Lemon to Bert Schwitters | P 154 | LP-0301 - LP-0303 |

| 104 | 11/16/1995 | Letter from Life Plus to INC | | D 00 8499 - D 00 8501 |
|---|---|---|---|---|
| 105 | 11/20/1995 | Draft letter from LP to Bert Schwitters, Gary, & Richard | | D 00 8502 - D 00 8508 |
| 106 | 12/1/1995 | Letter to Bob Lemon from Gary Senecal | P 152 | LP-0573 - LP-0574 |
| 107 | 12/1/1995 | PS ad | | JAR 3349 |
| 108 | 12/1/1995 | Jarrow costs & invoices Dec. 1995 | | JAR 3917 - JAR 4311 |
| 109 | 12/3/1995 | Letter from Bert Schwitters to Gary Senecal, Rick LeFabvre and Bob Lemon | P 153 | LP-0575 - LP-0577 |
| 110 | 12/6/1995 | Letter from Indena to Bert Schwitters | | D 00 5790 |
| 111 | 1/1/1996 | "Members Month" Jan 1996 issue | | LP 0357 - LP 0361 |
| 112 | 1/17/1996 | Assignment report on '360 patent | | D 00 5549 - D 00 5551 |
| 113 | 1/30/1996 | Letter from Bert Schwitters to Bob Lemon | P 159 | LP-0718 |
| 114 | 2/8/1996 | Letter from "Bob, Tim & Ernie" at Life Plus to Bert Schwitters | | D 00 8532 - D 00 8533 |
| 115 | 2/8/1996 | Letter from Bert Schwitters to Henkle re: pine and grape extracts | | D 00 2527 - D 00 2528 |
| 116 | 2/8/1996 | Letter from Bob Lemon to Bert Schwitters re: infringement | | D 00 8532 - D 00 8533 |
| 117 | 2/9/1996 | Letter from Bert Schwitters to Gary Senecal, Rick LeFabvre and Bob Lemon | P 155 | LP-0530 - LP -0531 |
| 118 | 2/14/1996 | Invoice from Jarrow Formulas to Sweetwater Health Food Store | | D 00 5772 |
| 119 | 2/14/1996 | Letter from Bert Schwitters to Life Plus | | D 00 8536 |
| 120 | 2/21/1996 | Fax from Sid Tracy to Jarrow | D 19 | JAR 3351 - JAR 3352 |
| 121 | 3/1/1996 | "On Source" | | LP 0366 - LP 0367 |
| 122 | 3/6/1996 | IBC press release | D 34 | IBC 0532 - IBC 0533 |
| 123 | 3/7/1996 | Letter from Bert Schwitters to Life Plus | | D 00 8544 |
| 124 | 3/13/1996 | Letter from Sands to Norm Zivin re: license | | D 00 2553 - D 00 2558 |
| 125 | 3/18/1996 | Life Plus marketing material | P 113, 114 | |
| 126 | 3/19/1996 | Letter of Intent re: 360 patent | | D 00 2354 - D 00 2357 |
| 127 | 3/28/1996 | Draco sales letter to Jarrow | | JAR 3170 - JAR 3172 |
| 128 | 3/29/1996 | Letter from Bob Lemon to Bert Schwitters | | D 00 8545 - D 00 8547 |
| 129 | 4/5/1996 | Correspondence and communications between Jarrow Rogovin, Norm Zivin, and Thomas Rowan | D 28 | D 000 504 - D 000 510 |
| 130 | 4/5/1996 | transcripts of Jarrow Rogovin voicemail messages for Norm Zivin | | D 00 5769 - D 00 5771 |
| 131 | 4/9/1996 | Letter from Jarrow Rogovin to Richard LeFebvre | D 22 | JAR 2790 - JAR 2791 |
| 132 | 4/16/1996 | Letter from Anthony Handel to Norm Zivin re INC v Horphag | | D 00 7237 - D 00 7238 |
| 133 | 4/17/1996 | Decl. Lewis N. Wayne - Sales 91-96 | | D 00 5653 - D 00 5656 |
| 134 | 4/22/1996 | Letter from Jarrow Rogovin to Karl Reidel | D 21 | JAR 2786 - JAR 2787 |
| 135 | 4/23/1996 | Letter from Norm Zivin to Anthony Handal | | D 00 7206 - D 00 7207 |

-50-

| 136 | 5/1/1996 | Pronthocyaidins Article | | JAR 3645 |
|---|---|---|---|---|
| 137 | 5/1/1996 | Letter from Anthony Handel to Norm Zivin re INC v Horphag | | D 00 7230 - D 00 7231 |
| 138 | 5/2/1996 | Supply Agreement between PSI and Kobo | | D 00 7214 - D 00 7216 |
| 139 | 5/6/1996 | Letter from Anthony Handel to Norm Zivin re INC v Horphag | | D 00 7223 - D 00 7224 |
| 140 | 6/21/1996 | Letter from Bob Lemon to Rick Lefebvre with enclosures | P 158 | LP-0228 - LP-0230 |
| 141 | 8/15/1996 | Morningside fax re: pycnogenols | | LP 0485 |
| 142 | 8/19/1996 | NY Post article re: pycnogenol | | LP 0486 |
| 143 | 8/20/1996 | Polyphenolics sales | | D 00 2417 |
| 144 | 8/28/1996 | Letter from Jarrow Rogovin to Norm Zivin and Jonathan Flatow | | D 000 514 - D 000 530 |
| 145 | 8/28/1996 | Exhibits & addendum to Letter from Jarrow Rogovin to Norm Zivin and Jonathan Flatow | | D 000 531 - D 000 644 |
| 146 | 8/28/1996 | Rogovin letter to Norm Zivin and Flatow re: patent | | D 00 5154 - D 00 5287 |
| 147 | 9/5/1996 | Letter Bert Schwitters to PSI re: license | | D 00 2534 - D 00 2536 |
| 148 | 9/18/1996 | Letter from Norm Zivin to Thomas Rowan | | D 000 645 |
| 149 | 9/26/1996 | Letter from Jarrow Rogovin to Norm Zivin | | D 000 646 - D 000 647 |
| 150 | 9/26/1996 | Handwritten letter from Jarrow Rogovin to Norm Zivin | | D 000 648 |
| 151 | 10/1/1996 | Chemco ad; Indena ad; | | JAR 3232 - JAR 3233 |
| 152 | 10/1/1996 | Letter from Sands to Bert Schwitters | | D 00 2516 |
| 153 | 10/2/1996 | Letter from Sands to Norm Zivin | | D 00 2513 - D 00 2514 |
| 154 | 10/10/1996 | Confirmatory assignment | | D 00 5546 - D 00 5547 |
| 155 | 10/14/1996 | Auditing testing ad | | JAR 3235 |
| 156 | 10/16/1996 | Letter from Neil Wiener to Norman Zivin and Jonathan Flatow | | D 000 649 - D 000 650 |
| 157 | 10/16/1996 | Letter from Neil Wiener to Norman Zivin and Jonathan Flatow | | |
| 158 | 10/18/1996 | Letter from Brian Poissant to Norman Zivin with enclosures | | |
| 159 | 10/22/1996 | Letter from Richard LeFebvre to Frank Fisher | | D 000 681 |
| 160 | 10/23/1996 | Letter from Norm Zivin to Neil Wiener | | D 000 684 - D 000 685 |
| 161 | 10/23/1996 | Letter from Rick LeFebvre to Norm Zivin | | |
| 162 | 11/5/1996 | Letter from Sid Tracy to Jarrow Rogovin | D 20 | JAR 2905 - JAR 2906 |
| 163 | 11/6/1996 | Letter from Norm Zivin to Brian Poissant | | D 000 694 |
| 164 | 11/6/1996 | Letter from Jarrow Rogovin in 396 CV 00386 (DJS) | | D 000 695 - D 000 700 |
| 165 | 11/6/1996 | Letter from Norm Zivin to Sands | | D 00 2499 - D 002500 |
| 166 | 11/8/1996 | Affidavit of Craig Allen Nard | | D 00 7016 - D 00 7028 |
| 167 | 12/19/1996 | INC press release | D 34 | D 00 5552 - D 00 5554 |

-51-

| 168 | 1/13/1997 | Letter from Sands to Norm Zivin | | D 00 2485 |
|---|---|---|---|---|
| 169 | 1/13/1997 | Letter from Sands to Norm Zivin | | D 00 2485 |
| 170 | 1/16/1997 | Letter from Jarrow Rogovin to Lewis Wayne | | JAR 1572 - JAR 1573 |
| 171 | 1/16/1997 | Jarrow letter to MW | | JAR 1572 - JAR 1573 |
| 172 | 2/1/1997 | Article in Altpa | | JAR 3744 - JAR 3745 |
| 173 | 2/3/1997 | Documents produced by Adinfinitum | | |
| 174 | 2/3/1997 | Article re: antioxidants | | JAR 3230 - JAR 3231 |
| 175 | 2/4/1997 | Jarrow press release | D 23 | D 000 768 - D 000 771 |
| 176 | 2/5/1997 | Letter from Jarrow Rogovin to Neil Smith | D 27 | JAR 1567 - JAR 1568 |
| 177 | 2/5/1997 | Jarrow Letter | | JAR 1567 - JAR 1568 |
| 178 | 2/5/1997 | Web pose LIFEPLUS products | | |
| 179 | 2/7/1997 | INC press release | D 26 | JAR 1241 - JAR 1242 |
| 180 | 2/7/1997 | INC press release | D 34 | D 00 5555 - D 00 5556 |
| 181 | 2/10/1997 | Letter from Jarrow Rogovin to Neil Smith | | JAR 1565 - JAR 1566 |
| 182 | 2/10/1997 | Jarrow Letter to Neil Smith | | JAR 1565 - JAR 1566 |
| 183 | 2/10/1997 | Letter Sands to Norm Zivin | | D 00 2446 - D 00 2448 |
| 184 | 2/10/1997 | Letter from Sands to Schwitters re: Folexco | | D 00 2438 |
| 185 | 2/20/1997 | Letter from Jarrow Rogovin to Ken Fox | | JAR 1559 - JAR 1560 |
| 186 | 2/20/1997 | Jarrow Letter | | JAR 1559 - JAR 1560 |
| 187 | 2/21/1997 | Letter from Jarrow Rogovin to Ernest Szoke | | JAR 1557 - JAR 1558 |
| 188 | 2/21/1997 | Jarrow letter to Henkle | | JAR 2223 - JAR 2224 |
| 189 | 3/20/1997 | Letter from Norm Zivin to Sands | | D 00 2431 |
| 190 | 3/27/1997 | INC press release | D 34 | D 00 2277 - D 00 2294 |
| 191 | 4/8/1997 | Robert Sands letter to Norm Zivin re Folexco and Norm Zivin response | | D 00 2423 - D 002425 |
| 192 | 4/9/1997 | Norm Zivin letter to Sands/Canandaigua | | D 00 2421 |
| 193 | 4/9/1997 | Letter from Rogovin to Ferrari | | JAR 2843 |
| 194 | 4/10/1997 | News article from Whole Foods Newsletter | D 24 | D 000 829 - D 000 830 |
| 195 | 5/19/1997 | Pycnogenol/Henkle press release | | JAR 3166 - JAR 3168 |
| 196 | 5/22/1997 | Article from Business and Product News | D 25 | JAR 1341 - JAR 1343 |
| 197 | 5/29/1997 | Jarrow letter to Ris | | JAR 2860 |
| 198 | 7/1/1997 | Editorial by Jarrow Rogovin in Health Foods Business | | D 000 831 |
| 199 | 8/26/1997 | Notice of Intent to Issue Reexamination Certificate | | D 000 841 - D 000 845 |
| 200 | Nov-97 | Article in Vitamins Dealer | | JAR 3148 - JAR 3153 |
| 201 | Nov-97 | Trade ad | | JAR 3154 |
| 202 | 12/31/1997 | Complaint in Jarrow v. Harf et al. | D 1 | D 000 787 - D 000 800 |
| 203 | 1/23/1998 | Jarrow Formulas Monthly Sales Report 1996 -1997 | D 6 | JAR 1575 - JAR 1584 |
| 204 | 2/4/1998 | Letter from Jarrow Rogovin to Norm Zivin | D 1 | D 000 786 |
| 205 | 5/12/1998 | Indena conference | | JAR 3288 - JAR 3807 |

| 206 | 8/7/1998 | Products | | JAR 3758 |
|---|---|---|---|---|
| 207 | 8/20/1998 | Letter from Dick Feeley to Jarrow | | JAR 1519 |
| 208 | 9/1/1998 | Omega Industry report | | JAR 3617 - JAR 3644 |
| 209 | 9/15/1998 | Letter from Dr. Malandrino to Jarrow Rogovin | | JAR 1570 - JAR 1571 |
| 210 | 10/26/1998 | Polyphenolics news release | | JAR 3146 - JAR 3147 |
| 211 | 6/19/1999 | Ruling in Jarrow v. Bio-genisis/Harf | D 11 | |
| 212 | Jul-99 | Nutrition Science News article | | JAR 3144 - JAR 3145 |
| 213 | 9/3/1999 | Fax from Ron Martin Polyphenolics | | JAR 3616 |
| 214 | 10/21/1999 | Letter from Larry Garcia to Bob Lemon, Bill Evans and Bob Christian | P 156 | LP-0859 - LP-0860 |
| 215 | 11/1/1999 | Herb news article | | JAR 3647 |
| 216 | 11/13/1999 | Letter from Bert Schwitters to Bob Lemon | | D 00 8557 - D 00 8558 |
| 217 | 11/13/1999 | Letter from Bert Schwitters to Bob Lemon | | D 00 8557 D 00 8558 |
| 218 | 12/22/1999 | Fax from Bert Schwitters to Bob Lemon | | LP 0451 - LP 0452 |
| 219 | 3/10/2000 | Letter from Norm Zivin to Robert Ullman re: settlement | | D 00 7358 - D 00 7359 |
| 220 | 3/21/2000 | Fax from Bert Schwitters to Bob Lemon | | LP 0453 |
| 221 | 5/31/2000 | Jarrow Motion for Attorney's fees | | D 000 401 - D 000 479 |
| 222 | 8/28/2000 | Letter from Robert Ullman to Norm Zivin | | D 00 7386 |
| 223 | 10/27/2000 | INC Joint Announcement | D 34 | D 00 2300 - D 00 2301 |
| 224 | 11/13/2000 | Complaint in Jarrow v. Nutrition Now, Inc. | D 12 | |
| 225 | 11/14/2000 | Ruling (D.Cal.) Summary Judgment re: Jarrow | | |
| 226 | 11/14/2000 | Decision granting summary judgment in Jarrow v. Nutrition Now, Inc. | | |
| 227 | 3/13/2001 | Procuration | | D 00 2329 |
| 228 | 3/14/2001 | Letter to Bob Lemon from Bert Schwitters | P 151 | LP-0643 |
| 229 | 3/23/2001 | Verified Complaint in Jarrow v. INC | D 15 | |
| 230 | 3/24/2001 | INC press release | D 34 | D 00 5842 - D 00 5846 |
| 231 | 4/15/2001 | Expert report of Nels Pearsall | P 136 | |
| 232 | 5/7/2001 | Ruling of Court of Appeals of Aix en Province in CEP v. Horphag (english translation) | | D 00 5667 - D 00 5684 |
| 233 | 5/21/2001 | IBC documents | | IBC 0395 - IBC 0405 |
| 234 | 5/22/2001 | Pycnogenol ad | | JAR 3155 - JAR 3162 |
| 235 | 7/19/2001 | Plaintiff's initial disclosures under rule 26(A)(1) | D 14 | |
| 236 | 7/24/2001 | Declaration of Jarrow Rogovin in Jarrow v. INC | D 13 | |
| 237 | 7/25/2001 | Ruling on Motion for Attorney's Fees in INC v. Horphag | | D 000 503 |
| 238 | 9/1/2001 | Vitamin retailer - list of pine bark and grape seed suppliers, finished product producers | | JAR 3841 - JAR 3845 |
| 239 | 9/17/2001 | Jarrow webpages | D 4 | JAR 1494 - JAR 1500 |

CTDOCS:13370.1

| | | | | |
|---|---|---|---|---|
| 240 | 9/18/2001 | Jarrow Formulas Responses and Objections to Defs. First Request for Production | D 3 | |
| 241 | 2/4/2002 | Willoughby report | D 35 | |
| 242 | 2/19/2002 | Deposition transcript of Gary Senecal | | |
| 243 | 2/20/2002 | Jarrow Formulas OPC, DOPC, KKOPC total production and packaging costs | D 9 | JAR 2248 - JAR 2250 |
| 244 | 2/26/2002 | Deposition transcript of Susan Taggart | | |
| 245 | 2/27/2002 | Jarrow Priv Log in Jarrow v INC | D 16 | |
| 246 | 2/28/2002 | Willoughby report | D 8 | |
| 247 | 2/28/2002 | Mr. Ris's expert report | D 31 | |
| 248 | 3/7/2002 | Plaintiff's attorney's fees in antitrust case | | JAR 2907 - JAR 3120 |
| 249 | 3/14/2002 | Defendants' objections to plaintiff's notice of another method to record deponent's testimony | D 7 | |
| 250 | 3/14/2002 | Jarrow Formulas OPC, DOPC, KKOPC total production and packaging costs | D 10 | JAR 3556 - JAR 3557 |
| 251 | 3/15/2002 | Letter from Alexandra Stevens to Richard Order | D 30 | |
| 252 | 3/15/2002 | Letter from Alexandra Stevens to Richard Order with enclosed documents reviewed by Mr. Willoughby and Mr. Ris | | |
| 253 | 3/25/2002 | Deposition transcript of Mark Timon | | |
| 254 | 4/15/2002 | Expert report of Nels Pearsall with exhibits | P 147 | |
| 255 | 4/24/2002 | Freedona report | P 141 | DEXP0001- DEXP0009 |
| 256 | 5/7/2002 | Letter from Joyce Childs to Richard Order, Esq. plus attachments re: sales | | |
| 257 | 5/9/2002 | Letter from Michael Messina to Richard Order, esq. with attachments re: sales | | |
| 258 | 5/15/2002 | Letter from Michael Messina to Kate Kotsaftis, Esq re:  sales | | |
| 259 | 5/22/2002 | Declaration of Helen Lucero with attached documents re: sales | | |
| 260 | 7/1/2002 | Draft press release from Dry Creek Nutrition re ActiVin grape seed extract product | | |
| 261 | 7/26/2002 | Letter from Paul Reidl, Esq. to Kate Kotsaftis, Esq. with attachments re: sales data | | |
| 262 | 8/7/2002 | Deposition transcript of Robert Lemon of Life Plus | | |
| 263 | 1/15/2003 | Statement by Philippe Lief with exhibits and English translation | | |
| 264 | | Reexamination Certificate for '360 patent | | D 000 837 - D 000 840 |
| 265 | 1994-2001 | Masquelier OPC & PS sales | | IBC 0001 - IBC 0003 |
| 266 | 1994-2001 | Masquelier OPC sales; INC invoices | | IBC 0343 - IBC 0361 |

CTDOCS:13370.1

| 267 | 1994-2001 | Masquelier OPC sales | | IBC 0406 - IBC 0428 |
|---|---|---|---|---|
| 268 | 1996-2001 | OPC sales data | | JAR 1575 - JAR 1584 |
| 269 | 4/41/2001 | Amended Expert report of Nels Pearsall | P 135 | |
| 270 | 7/0/2004 | Euromonitor Report | | |
| 271 | | Labels of Jarrow OPCs + 95 | D 2 | JAR 1183 - JAR 1184 |
| 272 | | Bottle 100 mg Jarrow OPC-95 | D 5 | |
| 273 | | Bottle 100 mg PS Masquelier's OPC-85 | | |
| 274 | | Masquelier OPC U.S.sales 1994 - 2001; PS OPC sales 1999 - 2001 | D 36 | IBC 0001 - IBC 0003, IBC 0362 |
| 275 | | INC sales to PSI & IBC 1996 - 2001 | | D 00 2560 |
| 276 | | Exhibit 1 to 2/28 Willoughby report | D 38 | |
| 277 | | Exhibit 2 to 2/28 Willoughby report | D 39 | |
| 278 | | Exhibit 2a to 2/28 Willoughby report | D 40 | |
| 279 | | Polyphenolics sales data grape seed extract sold 1999-2001 | | |
| 280 | | Declaration of Richard Drees | | |
| 281 | | Notes re INC sales | P 138 | DEXP0027 |
| 282 | | PSI press release | P 18 | IBC 0551 - IBC 0556 |
| 283 | | Adinfinitum web page | P 19 | |
| 284 | | Correspondence from Bert Schwitters to Susan Taggart | P 44 | |
| 285 | | Henkel document re Pycnogenol symposium | | |
| 286 | | Various correspondence and documents re Adinfinitum | | |
| 287 | | Reexam Documents | | JAR 1- JAR 696 |
| 288 | | Reexam Documents | | JAR 697 - JAR 1165 |
| 289 | | Pycnogenol | | JAR 1248 - JAR 1262 |
| 290 | | INC press releases | | JAR 1263 - JAR 1268 |
| 291 | | PS OPC marketing | | JAR 1269 - JAR 1272 |
| 292 | | Masquelier Library of OPC article | | JAR 1273 - JAR 1280 |
| 293 | | Advertisment | | JAR 1281 - JAR 1283 |
| 294 | | Bio-Complex ad | | JAR 1285 - JAR 1289 |
| 295 | | Articles on OPC | | JAR 1290 - JAR 1294 |
| 296 | | OPC ad | | JAR 1295 - JAR 1298 |
| 297 | | Various ads | | JAR 1299 - JAR 1308 |
| 298 | | Advertisment | | JAR 1309 - JAR 1317 |
| 299 | | Website ads | | JAR 1318 - JAR  1338 |
| 300 | | Ad infinitim ads | | JAR 1339 - JAR 1346 |
| 301 | | OPC ads | | JAR 1347 - JAR 1584 |
| 302 | | Letter | | JAR 1522 - JAR 1527 |
| 303 | | Jarrow OPC marketing OPC & 95 | | JAR 2244 - JAR 2247 |
| 304 | | Attorneys bills | | JAR 2252 - JAR 2421 |
| 305 | | Jarrow OPC costs & sales | | JAR 2248 - JAR 2250 |
| 306 | | INC opposition | | D 000 480 - D 000 492 |
| 307 | | Jarrow reply | | D 000 493 - D 000 502 |

| 308 | | Pictures of INC & Jarrow OPC marketing | | D 00 2266 - D 00 2267 |
|---|---|---|---|---|
| 309 | | Re: OPC | | D 00 2270 |
| 310 | | Ad for Activin | | D 00 2483 |
| 311 | | Letter from Sands to Norm Zivin | | D 00 2503 |
| 312 | | INC sales to PSI/IBC | | D 00 2560 |
| 313 | | Horphags dismissal v. Consac | | D 00 5636 - D 00 5638 |
| 314 | | Ad infinitim | | D 00 2575 - D 00 2617 |
| 315 | | SCIPA assignment | | D 00 6032 - D -- 6073 |
| 316 | | Indena paper | | JAR 3236 - JAR 3254 |
| 317 | | Country Life ad | | JAR 3216 - JAR 3217 |
| 318 | | Indena paper | | JAR 3224 - JAR 3229 |
| 319 | | Pycnogenol ad | | JAR 3307 |
| 320 | | Twinlab antioxidants | | JAR 3388 - JAR 3393 |
| 321 | | Bio-Life International ad | | JAR 3537 |
| 322 | | Enzymatic therapy ad | | JAR 3539 - JAR 3542 |
| 323 | | Chemco/Optipure ad | | JAR 3563 - JAR 3589 |
| 324 | | Euromed ad | | JAR 3590 - JAR 3609 |
| 325 | | Activin ad | | JAR 3610 - JAR 3614 |
| 326 | | KAL ad - OPC - 95+ | | JAR 3656 - JAR 3657 |
| 327 | | Grapevine Vol. 2, No. 2 | | JAR 3762 - JAR 3781 |
| 328 | | Polypherolics sales literature | | JAR 3825 - JAR 3834 |
| 329 | | INC invoices to IBC | | IBC 0009 - IBC 0018 |
| 330 | | IBC purchase orders | | IBC 0019 - IBC 0026 |
| 331 | | PS OPC financials | | IBC 0362 |
| 332 | | License Agreement with TAAG | | |
| 333 | | OPC pricing data folder | | |
| 334 | | Competition folder | | |
| 335 | | Jarrow sales records by transaction | | JAR 4312 - JAR 4696 |
| 336 | | Jarrow OPC labels | | JAR 4697 - JAR 4708 |
| 337 | | TAAG prices 1993 | | D 00 7647 - D 00 7653 |
| 338 | | TAAG pricing | | D 00 7659 - D 00 7662 |
| 339 | | Vitamin retailer - 1995 - 2000 | | JAR 4709 - JAR 4730 |
| 340 | | Jarrow OPC labels | | JAR 4731 - JAR 4738 |
| 341 | | Jarrow OPC invoice list | | JAR 4739 |
| 342 | | U.S.Court of Appeals for the Federal Circuit decision denying costs | | |
| 343 | | Declaration of Frederic Benech in Jarrow v. INC | | |
| 344 | | Documents reviewed by Willoughby in connection with his expert testimony | | JAR-EXP 0001 - JAR EXP 0067 |
| 345 | | Documents reviewed by Willoughby in connection with his expert testimony | | JAR-EXP 0188 - JAR EXP 0734 |
| 346 | | Documents reviewed by Ris in connection with his expert testimony | | JAR-EXP 0068 - JAR-EXP 0110 |
| 347 | | Correspondence between Richard Order and Nels Pearsall | P 137 | |

-56-

| 348 | | Summary of materials considered | P 139 | |
|-----|---|---|---|---|
| 349 | | Summary output | P 140 | |
| 350 | | Book excerpt | P 142 | |
| 351 | | Book excerpt | P 143 | |
| 352 | | Willoughby report exhibits | P 144 | |
| 353 | | Exhibits of Willoughby deposition | P 145 | |
| 354 | | USA Today legal notice and verification | | D 00 5685 - D 00 5686 |
| 355 | | Complaint in INC v. Horphag (D. Conn.) | | |
| 356 | | Complaint in INC v. Horphag (N.D. Cal.) | | |
| 357 | | Innerhealth sales data | | |
| 358 | 9/18/2001 | Plaintiff's Responses to Defendants' First Set of Interrogatories | | |
| 359 | 2/11/2002 | Plaintiff's Responses to Defendants' Second Set Interrogatories | | |
| 360 | 4/4/2002 | Plaintiff's Responses to Defendants' Third Set of Interrogatories | | |

## X.    Trial to Jury

*A.* Stipulation of Uncontroverted Facts

The parties stipulate to the following uncontroverted facts:

1.  Plaintiff Jarrow Formulas, Inc. ("JFI") is a California corporation having a place of business in Los Angeles, California.

2.  Defendant International Nutrition Company ("INC") is incorporated in Liechtenstein.

3.  Defendant Professor Jack Masquelier ("Masquelier") is a citizen of France and resides in Bordeaux, France.

4.  Defendant Egbert Schwitters ("Schwitters") is a citizen of and resides in The Netherlands.

5.  Defendant Integrated BioCeuticals, LLC ("IBC") is a Connecticut limited liability company.

6.  Defendant Primary Services, Inc. is a Connecticut corporation.

7.  Defendant Primary Source, LLC ("Primary Source") is a  Connecticut limited liability company.

-57-

8.  Defendant Norman H. Zivin ("Zivin") is a citizen of the State of New York and resides in Chappaqua, New York. He has been admitted *pro hac vice* before the United States District Court for the District of Connecticut.

9.  In July 1969, Masquelier, two of his colleagues, and another person formed Centre D'Experimentation Pharmaceutique ("CEP"). Masquelier was a partner of CEP.

10. In 1970, Masquelier and his colleagues formed a company called Societe Civile d'Investigations Pharmacologiques D'Aquitaine ("SCIPA").

11. On April 1, 1985, Masquelier assigned interests in the application, which matured to U.S. Patent No. 4,698,360 (the "'360 patent"), to SCIPA and to Horphag Overseas Ltd. ("Horphag"). That assignment was recorded with the United States Patent and Trademark Office ("USPTO") on April 9, 1985.

12. On April 9, 1985, the '360 patent application entitled, "Plant Extract with a Proanthocyanidin Content as Therapeutic Agent Having Radical Scavenger Effect and Use Thereof" was filed and named Masquelier as the inventor.

13. On April 29, 1985, SCIPA and Horphag Overseas entered into an agreement.

14. On October 6, 1987, the '360 patent was issued in the name of Masquelier as the inventor. SCIPA and Horphag were listed as assignees.

15.  The '360 patent is a method of use patent and does not claim a product or the manufacture of a product.

16. On March 23, 1994, Zivin sent for recording in the USPTO a March 18, 1994 Assignment.

17. In October 1995, Horphag summoned SCIPA, Masquelier, and INC before the District Court of Bordeaux, France (Horphag v. SCIPA, et al.; Gen. Roll no.: 13618/95).

18. On March 6, 1996, INC filed a lawsuit in the United States District Court for the District of Connecticut ("District of Connecticut") against Horphag, JFI, and sixteen other defendants (INC v. Horphag, et al.; Civ. Action No. 3:96-CV-386 (DJS)).

19. On January 31, 1997, INC filed suit in the United States District Court for the Northern District of California against Horphag, Interhealth Nutritionals, Inc., Natrol, Inc., General Nutrition, Inc., Nat-Trop, and Melaleuca, Inc.

20. On October 10, 1996, Masquelier executed a document entitled "Confirmatory Assignment." Zivin sent this Confirmatory Assignment for recording in the USPTO on or about October 30, 1996.

-58-

21. In 1996, an unidentified entity filed a request in the Patent Office for reexamination of the '360 patent. On November 4, 1997, the Patent Office issued a reexamination certificate confirming the patentability of the claims in the '360 patent.

22. On May 5, 1997, July 4, 1997, July 11, 1997 and September 4, 1997, appeals were taken from a March 25, 1997 decision of the District Court of Bordeaux France.

23. On May 28, 1998, the French Appellate court issued a decision respecting the appeals (SCIPA, et al. v. Horphag; Roll no.: 97003242).

24. In 1998, SCIPA merged with CEP.

25. On March 26, 1999, JFI filed a Motion for Summary Judgment in the lawsuit brought by INC in the District of Connecticut.

26. On March 18, 2000, the District of Connecticut granted Summary Judgment on the patent infringement count in favor of defendants in the lawsuit brought by INC.

27. On March 31, 2000, INC filed a Motion for Reconsideration of the summary judgment order that the District of Connecticut issued on March 18, 2000 and for Leave to File an Amended Complaint.

28. On April 27, 2000, the District of Connecticut denied INC's Motion for Reconsideration and for Leave to File Amended Complaint and entered judgment for defendants.

29. INC and defendants JFI, Nutraceutical Corporation, New Vision International Inc., and Changes International stipulated to dismiss the trademark claims in the District of Connecticut action with prejudice.

30. On May 8, 2000, INC appealed to the United States Court of Appeals for the Federal Circuit.

*B. The Plaintiff contends that the following facts should also be uncontroverted facts.*

*Defendants disagree.*

1. In filing its March 6, 1996 Complaint in the District of Connecticut, INC did not name Horphag Research, Ltd. as a voluntary plaintiff.

2. In filing its March 6, 1996 Complaint in the District of Connecticut, INC did not request a declaratory judgment as to the ownership rights in the '360 patent as to INC or Horphag Research, Ltd.

CTDOCS:13370.1

3.    In filing its January 31, 1997 Complaint in the Northern District of California, INC did not name Horphag Research, Ltd. as a voluntary plaintiff.

4.    In filing its January 31, 1997 Complaint in the Northern District of California, INC did not request a declaratory judgment as to the ownership rights in the '360 patent as to INC or Horphag Research, Ltd.

5.    On March 25, 1997, the District Court of Bordeaux, France entered judgment in the afore-referenced action an adjudged, among other things, the following:

(a)    that French law governed the assignment of the '360 patent;

(b)    that the March 18, 1994 assignment from SCIPA to INC was invalid; and

(c)    that SCIPA and Masquelier were to jointly and severally pay Horphag 200,000 F for damage to its reputation.

6.    After the March 27, 1997, decision of the District Court of Bordeaux France, INC did not withdraw its claims in the United States District Court for the District of Connecticut or the Northern District of California.

7.    Masquelier submitted a declaration to the Patent Office in connection with the reexamination.

8.    In 1996, Defendant Masquelier assigned to INC the right to use his name, and for this was compensated 50,000 Francs.

9.    Neither INC, Schwitters, nor any other company, has used Masquelier's name or likeness in a manner in which Masquelier did not approve.

10.    Masquelier granted Schwitters for compensation the right to personally own the "Masquelier's" trademark.

11.    Masquelier and Schwitters never had a disagreement or dispute over the '360 patent in any way.

12.    Masquelier receives 110,000.00 French Francs per year from INC for agreements relating to the '360 patent, the use of Masquelier's name and other consideration.

13.    In October 1996, Prof. Masquelier presented a talk in Baltimore, Maryland, on the history and development of proanthocyanidins.

14.    On March 27, 1997, the Defendants issued a press release in which INC indicates that, despite the March 25, 1997, decision issued by the Court of Primary General

-60-