218

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JARROW FORMULAS, INC.            )
                                 )
                    Plaintiff,   )   CIVIL ACTION NO.
            v.                   )   3:01-CV-00478 (AVC)
                                 )
INTERNATIONAL NUTRITION          )
COMPANY, INTEGRATED              )
BIOCEUTICALS, LLC, PRIMARY       )
SERVICES, INC., PRIMARY SOURCE,  )
LLC, EGBERT SCHWITTERS, NORMAN   )
H. ZIVIN, and JACK MASQUELIER,   )
                                 )
                    Defendants.  )   FEBRUARY 7, 2005

## DEFENDANTS' INITIAL MOTION FOR CONTINUANCE OF JURY SELECTION AND TRIAL

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Connecticut Local Civil Rule 7(b), defendants International Nutrition Company ("INC"), Egbert Schwitters, Jack Masquelier, Norman H. Zivin, Integrated BioCeuticals, LLC ("IBC), Primary Source, LLC ("PS"), and Primary Services, Inc. ("PSI") respectfully request that the Court continue jury selection presently scheduled for March 10, 2005 and the trial to July 18, 2005 due to previously scheduled trial and other commitments of defendants' counsel and certain defendants.

On February 2, 2005, the parties received electronic notice that jury selection was scheduled for March 10, 2005. Defendants' counsel has learned from the courtroom deputy that trial is scheduled to begin March 21, 2005. In the joint trial memorandum filed January 7, 2005, the parties estimated that the trial would last three weeks.

CTDOCS:13542.1

---

3:01CV478(AVC) February 16, 2005 The motion for an extension of time is GRANTED. Jury selection is set for July 14, 2005 at 10:00am. The court will hold a hearing on evidentiary issues immediately following jury selection on July 14, 2005. Trial will begin on July 18, 2005. SO ORDERED.