UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:01-CV-00478 (AVC) |
| v. | ) | |
| | ) | |
| INTERNATIONAL NUTRITION COMPANY, INTEGRATED BIOCEUTICALS, LLC, PRIMARY SERVICES, INC., PRIMARY SOURCE, LLC, EGBERT SCHWITTERS, NORMAN H. ZIVIN, and JACK MASQUELIER, | ) ) ) ) ) ) | |
| | ) | |
| Defendants | ) | MAY 23, 2005 |

**CONSENTED TO MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO BIFURCATE THE NONJURY AND JURY COMPONENTS OF THE TRIAL**

Pursuant to Federal Rule of Civil Procedure 6(b)(2) and Connecticut Local Rule 7(b), Plaintiff Jarrow Formulas, Inc. ("Plaintiff"), respectfully requests that it be granted an extension of time of one week, up to and including June 1, 2005, in which to file an Opposition to the Motion to Bifurcate the Nonjury and Jury Components of the Trial ("Motion for Bifurcation") filed by Defendants International Nutrition Company, Integrated Bioceuticals, LLC, Primary Services, Inc., Primary Source, LLC, Egbert Schwitters, Norman H. Zivin, and Jack Masquelier ("Defendants") on May 4, 2003 [Dkt. # 221]. Plaintiff's Opposition Memorandum is currently due on May 25, 2005.

Plaintiff seeks this extension of time due to the business travel schedule of its counsel during the month of May. This is the first extension of time that Plaintiff has requested with respect to Defendants' Motion for Bifurcation.

Counsel for Defendants, Eric D. Beal, Esq., has been contacted and consents to this Motion for Extension of Time.

WHEREFORE, Plaintiff respectfully requests that the Court grant its Consented to Motion for Extension of Time to Oppose Defendants' Motion for Bifurcation and permit Plaintiff an extension of time up and until June 1, 2005 to file its Opposition Memorandum.

> THE PLAINTIFF,
> JARROW FORMULAS, INC.
> BY MCCARTER & ENGLISH, LLP
> ITS ATTORNEYS
>
> By _____
> ERIC WATT WIECHMANN (CT 04331)
> JASON C. WELCH (CT 23418)
> CityPlace I
> 185 Asylum Street
> Hartford, CT 06103
> (860) 275-6700
> (860) 724-3397 (fax)
> jwelch@mccarter.com
>           -and-
> ALEXANDRA B. STEVENS (CT 20300)
> Four Stamford Plaza
> 107 Elm Street
> Stamford, CT 06901
> (203) 965-0823
> (203) 323-6513 (fax)

SO ORDERED:

_____          _____
            Date                              District Court Judge

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing CONSENTED TO MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO BIFURCATE THE NONJURY AND JURY COMPONENTS OF THE TRIAL has been mailed, postage prepaid, this 23rd day of May, 2005, to

        RICHARD S. ORDER, ESQ.
        ERIC D. BEAL, ESQ.
        Axinn, Veltrop & Harkrider LLP
        90 State House Square
        Hartford, CT  06103

                      JASON C. WELCH

HARTFORD: 639859.01