UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
JARROW FORMULAS, INC.,         :
    Plaintiff,                 :
                               :
v.                             :      Civil No. 3:01CV478(AVC)
                               :
INTERNATIONAL NUTRITION        :
CO., et al.                    :
    Defendants.                :
```

## RULING ON THE PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The plaintiff, Jarrow Formulas, Inc.'s, unopposed motion for extension of time (document no. 223) is GRANTED. The plaintiff shall have to and including June 2, 2005 to file its response to the defendants' motion to bifurcate the trial.

It is so ordered, this 31st day of May, 2005 at Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge