# Exhibit – D

18/12 '98  10:29  FAX 31 20 6393916          Int-Nutrition-Cy ↦↦ PSI                    ☒003

Fortunately, the Bordeaux Higher Court's decision denying Horphag a "right of first refusal", confirmed that the agreement that once governed SCIPA's and Horphag's joint ownership in U.S. Patent 4,698,360 expired on April 29, 1995. The French Court also held that an <u>American</u> Court should decide whether Dr. Masquelier's subsequent Assignment of the entirety of the '360 patent to INC is valid or not. Whether INC is or isn't 100% owner of the '360 patent is the truly important issue to be dealt with in the USA.

According to Schwitters: "If these rights reverted to Dr. Masquelier, then INC controls the entire patent. If they didn't revert, then we'll remain joint owner with Horphag. The French case brought Horphag nothing in terms of increased patent ownership. The best that Horphag can now hope for is that it will remain a 50% joint owner. The best we can hope for is that we'll become 100% owner of that wonderful patent."

+++++++++++++++++++++++++++++++++++

IBC 0522

# Exhibit – E

INTERNATIONAL NUTRITION COMPANY ESTABLISHMENT



Mailing address: L'Estoril, Bloc C
31, Avenue Princesse Grace
Monte Carlo
MC 98000 Monaco
Phone: (377) 93506785
Fax: (31) (0)20 6393916

**FAXMAIL**

International Nutrition Company / INC
ANNOUNCEMENT
29 May 1998
for immediate release

==================================================================

JACK MASQUELIER WINS

HORPHAG's '360 PATENT CLAIMS REJECTED IN APPEAL

On Thursday, May 28, 1998, the Bordeaux Higher Court of Appeal has rejected Horphag's claims against Professor Jack Masquelier and INC. While rejecting Horphag's claims for damages, the Court upheld damages awarded to Dr. Masquelier as compensation for attacks on his private life, made by Charles Haimoff, Chairman of Horphag Research Ltd.

The French Higher Court confirmed that the agreement that once governed SCIPA's and Horphag's joint ownership in U.S. Patent 4,698,360 expired on April 29, 1995. In the SCIPA company, Dr. Masquelier and his associates held intellectual property, such as the American '360 patent.

In the beginning of 1996 INC asked an American Court to decide that on the date of expiration of the SCIPA-Horphag agreement Horphag's rights in the '360 patent reverted to the inventor, Jack Masquelier. Dr. Masquelier provisorily assigned these rights to INC in October 1996. The Bordeaux Court now rejected Horphag's claim to exert a right of preemption on Masquelier's provisory assignment of these reversionary rights to INC.

The Court also rejected Horphag's claim for damages, allegedly suffered by Horphag because INC had alluded to Masquelier's reversionary rights assignment in a March 27, 1997 Press Release.

In March 1994, two and half years before Dr. Masquelier assigned his reversionary rights, SCIPA had assigned its half of the '360 patent to INC in 1994. In an attempt to obtain SCIPA's half of the patent Horphag had asked the Bordeaux Court to be allowed to exert a right of preemption. The Higher Court has now upheld the Lower Court's rejection of Horphag's claim to exert a right of preemption in the matter of SCIPA's 1994 assignment of its half of the '360 patent to INC.

Head office
Josef Rheinberger strasse
PO Box 329
FL 9490 Vaduz
Liechtenstein

"EX-E"

IBC 0542

INTERNATIONAL NUTRITION COMPANY ESTABLISHMENT



Mailing address: L'Estoril, Bloc C
31, Avenue Princesse Grace
Monte Carlo
MC 98000 Monaco
Phone: (377) 93506295
Fax. (31) (0)70 6393916

*FAXMAIL*

- 2 -

Even though the Court of Appeal concluded that SCIPA should not have assigned its half of the '360 patent to INC, Horphag gained nothing with this in terms of patent ownership. And because a French Court has no jurisdiction to change the records in the U.S. Patent Office, INC solidly remains on public record as an owner of this patent. Under U.S. Patent Law INC acquired clear title of SCIPA's ownership in the '360 patent <u>as a matter of law</u>

Now, the matter of Horphag's contested ownership in the '360 patent will come up when the Judge in the American case will deal with INC's claim that in April 1995 Horphag's rights reverted to Dr. Masquelier

In March 1997, on the occasion of Bordeaux' Lower Court's preliminary decision, Mr. Charles Haimoff commented: "The fraudulent and misleading claims for products not related to Horphag's #360 patent have been ordered to cease." Referring to MASQUELIER's™ Original OPCs products, Horphag's Chairman of the Board then also stated: "The courts will not tolerate anybody selling cheap and dangerous products ...."

The Bordeaux Court of Appeal's decision has completely shattered Horphag's claims against Professor Masquelier and INC, as well as Mr. Haimoff's remarkable public statements.

In the USA, through its American distributor, Primary Services International, INC steadily continues the marketing of MASQUELIER's™ Original OPCs as antioxidants, for use under U.S. Patent 4,698,360.

+++++++++++++++++++++++++++++++++

Head office:
Josef Rheinbergerstrasse
PO Box 338
FL 9490 Vaduz
Liechtenstein

IBC 0543

# Exhibit – F

**A N N O U N C E M E N T**
31 July 1998

for **immediate** release

==============================================================

WHY THE '360 PATENT "BORDEAUX DECISION"

DOES NOT CHANGE THINGS

On May 28, 1998 the Bordeaux Higher Court of Appeal gave its French views in the "who owns the '360 patent" case. What was the French case all about ?

In March 1994, the French SCIPA company, in which Dr. Jack Masquelier, the inventor of U.S. Patent 4,698,360, and his associates, held their intellectual property, assigned its half of the '360 patent to INC. In an attempt to obtain that assigned half of the patent, Horphag Research Ltd asked the Bordeaux Court to be allowed to exert a "first right of refusal" against INC. The Higher Court upheld a Lower Court's rejection of Horphag's claim to exert this right of preemption.

However, the French Court of Appeal also concluded that SCIPA should not have assigned its half of the '360 patent to INC. The French Court reinstated SCIPA as a 50% joint owner. But because a French Court has no jurisdiction to change the records in the U.S. Patent Office, INC solidly remains on public record as one half owner of this patent. Under U.S. Patent Law INC acquired clear title to SCIPA's ownership in the '360 patent <u>as a matter of law</u>. The matter will eventually be decided by the Federal Court of Connecticut.

Even if an American Court would validate the "Bordeaux Decision" and reinstate SCIPA as a 50% owner of the '360 patent, this would not change the fact that in the USA MASQUELIER'S™ Original OPCs will continue to be sold for use under the '360 patent. This stems from the fact that INC's owner, Bert Schwitters, has a controlling interest in the SCIPA company. Schwitters says: "Whether SCIPA or INC controls 50% of the '360 patent is not really relevant to our customers. What is important, is that our customers will continue to receive the genuine product approved by Dr. Masquelier and protected by the patent."

"EX - F"                                    D 00 2287

-2-

Schwitters continues, "What the Connecticut Judge wil decide is Horphag's rights in the patent after April 1995. INC has asked the Connecticut Court to decide that upon expiration of the SCIPA-Horphag agreement, Horphag's rights in the '360 patent reverted to the inventor, Jack Masquelier. Dr. Masquelier then assigned these rights to INC in October 1996."

The French Higher Court confirmed that the agreement that once governed SCIPA's and Horphag's joint ownership in U.S. Patent 4,698,360 expired on April 29, 1995. The French Court also held that an American Court should decide whether Dr. Masquelier's Assignment is valid or not, i.e. whether INC is or isn't 100% owner of the '360 patent. This important issue is to be dealt with in the USA.

According to Schwitters: "If these rights reverted to Dr. Masquelier, then INC controls the entire patent. If they didn't revert, then we'll remain joint owner with Horphag. The French case brought Horphag nothing in terms of increased patent ownership. The best that Horphag can hope for is that it will remain a 50% joint owner. The best we can hope for is that we'll become 100% owner of that wonderful patent."

++++++++++++++++++++++++++++++++++

D 00 2288

# Exhibit – G

<u>J O I N T   A N N O U N C E M E N T</u>

International Nutrition Company / INC
&
Centre d'Expérimentation Pycnogenol - CEP

Monaco - Valbonne (France)

23 March 2000

US DISTRICT COURT RULES
=========================
'360 PATENT JOINTLY OWNED BY CEP AND HORPHAG


On 18 March 2000, in a Ruling that may still be appealed, the US DISTRICT COURT OF CONNECTICUT stated that the former SCIPA company still is a joint owner of Dr. Jack Masquelier's U.S. Patent 4,698,360. Until SCIPA merged with the French Centre d'Expérimentation Pycnogenol sarl (CEP), SCIPA was Prof. Masquelier's research company. SCIPA was one of the two original assignees, to which Prof. Masquelier assigned his '360 patent.

If confirmed in appeal, the Connecticut Ruling would make CEP a joint owner of the '360 patent and it would make French law govern the ownership of the '360 patent.

CENTRE d'EXPERIMENTATION PYCNOGENOL sarl is the company from which Prof. Jack Masquelier's authentic French PYCNOGENOL product originated. Founded in 1969, CEP is owned today by Prof. Jack Masquelier, his original CEP-partners and INC, which has a controlling interest in CEP.

In the USA, INC's distributor Integrated BioCeuticals (IBC) markets the authentic French PYCNOGENOL as MASQUELIER's° Original OPCs. IBC's clients and millions of satisfied consumers may thus rest assured that MASQUELIER's° Original OPCs will continue to be provided to them as an antioxidant, for use under U.S. Patent 4,698,360.

The 18 March 2000 Ruling will not affect the patented status of MASQUELIER's° Original OPCs and the availability of this unique product.

INC takes pride in its partnership with Dr. Masquelier and will not stop its efforts to protect the integrity and availability of the authentic French PYCNOGENOL products developed by the inventor of the '360 patent.

++++++++++++++

" EX - 6 "

D 00 2291

# Exhibit – H



The International Nutrition
Company Establishment

**Joint Announcement**

Centre d'Expérimentation
Pycnogenol® sarl

Monaco

*For immediate release*

Valbonne

*April 3, 2000*

*AMENDED COMPLAINT FILED IN '360 PATENT CASE*

*TO UNDO ILLEGAL LICENSING*

*OF GRAPE SEED EXTRACTS*

*+++++++++++++++++++++++++++++++++++*

*On March 31, 2000, INTERNATIONAL NUTRITION COMPANY (INC) and the French company CENTRE D' EXPERIMENTATION PYCNOGENOL (CEP) filed a motion at the Federal Court in Connecticut to join CEP as a party in the lawsuit that concerns infringement of Dr. Jack Masquelier's U.S. Patent 4,698,360.*

*INC and CEP have asked the Federal Court for the impartial and consistent execution of French law against INDENA and possible other "grape seed extract" licensees of Horphag Research Ltd. The Court must rule, so ask INC and CEP, that Horphag's licenses to these "grape seed extract" suppliers were null and void from the beginning and that the defendants cease their infringement of the '360 patent.*

*====================*

*On March 21, 2000, Instead of applying US law in favor of INC, the Connecticut Court applied French law in*

"EX - H"

D 00 2292

-2-

favor of the French CEP company, granting CEP ownership in 50%
of the '360 patent. INC holds the controlling interest in CEP.

According to INC and CEP, if French law applies to
the goose, it applies to the gander. Horphag, INDENA and
their co-defendants got what they asked for: CEP and Horphag
are co-owners and French law applies to this co-ownership.
INC and CEP contend that French law makes Horphag's licenses
illegal and turns INDENA and possible other licensees into
infringers.

=======================

CEP is the company that shipped the first kilos of
authentic French PYCNOGENOL to the USA in July 1987. In 1991,
CEP's commercial agent (Horphag) stopped selling CEP's
authentic French PYCNOGENOL, replacing CEP's authentic
PYCNOGENOL material with its own pine bark extract. Having
come to own the American PYCNOGENOL trademark registration,
Horphag has been selling its own extract as PYCNOGENOL since
it stopped selling Dr. Masquelier's pine bark extract, which
INC and CEP still manufacture and sell in France under the
authentic French PYCNOGENOL trademark. Today, INC sells this
authentic French PYCNOGENOL in the USA as MASQUELIER's™
Original OPCs. INC holds the controlling interest in CEP.

-3-

In their attempts to thwart INC in its loyal defense of Dr. Masquelier's '360 patent, Horphag, Indena and the other defendants have adamantly insisted that French law is the applicable law in this case and that CEP is the joint owner of the '360 patent. INC and CEP are advised that the French legal statute squarely prohibits the licensing of a patent without the consent of the other owner. Without the consent of CEP and contravening the French law it so loudly invoked, the Horphag Research company has licensed at least the INDENA company and perhaps also other suppliers of "grape seed extract".

INC's Bert Schwitters, who has also headed CEP for many years, says: "In their haste to get this case dismissed, the defendants must have overlooked the pitfalls in Horphag's strategy. Consequently, the infringers must now themselves deal with the legal challenge they had created against INC. All in all, we believe that CEP's position to stop infringement is better than ever before and in the event we don't succeed in Connecticut, INC and CEP will pursue the matter on appeal in Washington. In the meantime, INC and CEP jointly continue deliveries of the authentic French PYCNOGENOL for use as an antioxidant, for sale in the USA as MASQUELIER's™ Original OPCs. The truth and the Integrity of Dr. Masquelier's products will eventually prevail."

+++++++++++++++++++++++++++++++

D 00 2294