# Exhibit – I

INC

*+ B R I E F +*

*=============*

*REGARDING*

*U.S. PATENT 4,698,360*
*AND*
*PYCNOGENOL TRADEMARK*

*DATE: 24 MARCH 2001*

*THE PYCNOGENOL TRADEMARK*

*-1-*

*On 20 December 2000, in the matter of Horphag Research Ltd's infringement on INC's French PYCNOGENOL trademark, the Paris High Court confirmed INC's title to the French PYCNOGENOL trademark.*

*The essential parts of the decision are as follows:*

++++++++++++++++++++++++++++++++

The Court

Rules that HORPHAG RESEARCH, by using on an Internet site accessible in France, the PYCNOGENOL name for its nutritional supplements, by offering for sale through an intermediary on this site on French territory the PYCNOGENOL nutritional supplements and by using the PYCNOGENOL name to describe these products at symposiums organised in France in 1997 and 1999;

rules that HORPHAG RESEARCH M&B, by requesting an extension to France of its international trademark PYCNOGENOL registered under No. 666.367; and QUIMDIS, by selling in France the PYCNOGENOL nutritional supplements, all the above without the authorisation of INC, have committed infringements of the French PYCNOGENOL trademark No. 94.515.501 owned by the latter company;

Prohibits HORPHAG RESEARCH M&B, HORPHAG RESEARCH M&B and QUIMDIS from continuing the above behaviour on penalty of a fine of 5,000 FRF for each recorded offence as of two months of service of this judgement;

"EX - I"

INC

Orders HORPHAG RESEARCH, HORPHAG RESEARCH M&B and QUIMDIS, jointly and severally, to pay INC 100,000 FRF in damages;

Orders HORPHAG RESEARCH M&B to pay INC 30,000 FRF in damages;

Authorises INC to have the enacting terms of this judgement published, in whole or in part, in two newspapers or magazines of its choice, at the defendants' joint and several expense, the total cost of these insertions not exceeding the total, excluding taxes, of 40,000 FRF;

Enjoins HORPHAG RESEARCH to insert on the home page of its "pycnogenol.com" Internet site, subject to a daily fine of 5,000 FRF per day of delay as of 8 days of service of this judgement and for two months, after which the case may be heard again, the following notice:

<u>The PYCNOGENOL name was registered as a trademark in France on 14 April 1994 to describe nutritional supplements by the company, INTERNATIONAL NUTRITION COMPANY (INC);</u>

Orders the provisional enforcement of the prohibition measures and insertion of the notice only;

Orders the defendants jointly and severally to pay INC the amount of 50,000 FRF pursuant to Article 700 of the New Code of Civil Procedure;

Orders them, further, to pay legal costs including the costs of the confiscation carried out on 30 July 1998 and awards Maître BENECH, lawyer, the benefit of Article 699 of the New Code of Civil Procedure;

DONE IN PARIS ON 20 DECEMBER 2000

++++++++++++++++++++++++++++++++

*-2-*

*The decision of the Paris High Court (Exhibit A) is relevent in foreign countries, because INC's PYCNOGENOL product was invented, developed and researched <u>in France</u> by professor Jack Masquelier. From 1965-1968 until today, INC's authentic French PYCNOGENOL has been consistently produced in France. In the country of origin of the authentic PYCNOGENOL product, INC clearly holds the rights to the PYCNOGENOL trademark.*

INC

-3-

*In the USA, INC's Petition for Cancellation of Horphag's American PYCNOGENOL trademark registration is in progress. In these proceedings, INC seeks to take the depositions of Horphag's owner Mr. Charles Haimoff and of various Horphag directors.*

*U.S. P A T E N T 4,698,360 IN T H E U S A*

-1-

*The United States Court of Appeals for the Federal Circuit will make a decision concerning ownership of U.S. Patent 4,698,360 in Appeal case No. 00-1408 (August 14, 2000) (Exhibit B).*

*Briefs and Reply Briefs have been filed in this Appeal case. (Exhibit C). The parties await a date for oral argument.*

-2-

*In Appeal case No. 00-1408, INC is plaintiff and companies such as Horphag Research Ltd and Indena USA are defendants.*

-3-

*Until the Court of Appeals for the Federal Circuit will have taken a conclusive and final decision in this Appeal, INC remains on record at the U.S. Patent Office as a joint owner of 50% of U.S. Patent '360.*

-4-

*In Appeal case No. 00-1408, Horphag Research Ltd's, Indena USA's and other defandants' arguments rest on their opinion that comity shall be extended to a decision taken by the Court of Appeals of Bordeaux (France / 28 May 1998). (See Exhibits B and C)*

INC

U.S. PATENT 4,698,360 IN FRANCE

-1-

The companies INC and CEP took notice of the decision of the Commercial Court of Grasse (France) of 5 February 2001. (Exhibit D), denying INC, CEP and SCIPA ownership in U.S. Patent '360.

-2-

The "Grasse" decision is inconsistent with an existing French judgement made by the Court of Appeals of Bordeaux in the matter of ownership of the U.S. '360 Patent in 1998.

The execution of the "Bordeaux" decision (extending comity to the French judgement) against INC in the USA is explicitly requested by all defendants in Appeal case No. 00-1408.

-3-

The judgement made by the Court of Appeals of Bordeaux says:

a) The French company SCIPA is a joint owner of the '360 Patent per early 1994;

b) Horphag Research Ltd of Guernsey may not exert any right of preemption on what the Court of Appeals of Bordeaux considered to be SCIPA's joint ownership in U.S. Patent '360.

c) SCIPA shall preserve its right to request the annullment of all of Horphag Research Ltd's '360 Patent licenses, which Horphag has given to Indena USA and other competitors of INC.

-4-

If the Court of Appeals for the Federal Circuit approves the execution of the "Bordeaux" decision by extending comity to the French jugement (the "Bordeaux" decision) against INC in the USA, such execution would implicitly reinstate SCIPA's joint ownership in U.S. Patent '360 as of March 1994.

INC

-5-

*Before the Court of Appeals for the Federal Circuit, defendant Horphag Research Ltd's arguments against INC rest on the French judgement that squarely denies Horphag Research Ltd the right of preemption. By having requested extension of comity to the French judgement, Horphag Research Ltd denies itself the right of preemption.*

-6-

*Moreover, by having requested extension of comity to the French judgement (the "Bordeaux" decision), Horphag Research Ltd confirms SCIPA's right to request the annullment of all of Horphag Research Ltd's '360 Patent licenses, which Horphag has given to Indena USA and other competitors of INC.*

-7-

*On other points, such as e.g. French laws pertaining to mergers between companies, the decision of the Commercial Court of Grasse is not commensurate with French law.*

-8-

*On 26 February 2001, INC and CEP have filed a Notice of Appeal at the Court of Appeals of Aix-en-Provence (France) to obtain full dismissal of the decision taken by the Commercial Court of Grasse. (Exhibit E)*

-10-

*CEP and INC obtained a date (9 April 2001) for a Hearing before the Court of Appeals of Aix-en-Provence to obtain an expedited decision on CEP/INC's Motion to dismiss the provisional execution of the Grasse decision. (Exhibit F). An expedited decision is expected by the end of April 2001.*

-11-

*The "Grasse" decision is not a final and irrevocable decision, that can be executed in the USA against INC without the final and ultimate approval of a competent U.S. Court.*

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

# Exhibit – J

# Joint Announcement

The International Nutrition Company Establishment

Centre d'Expérimentation Pycnogenol® sarl

International Nutrition Company - INC
&
Centre d'Expérimentation Pycnogenol - CEP

Vaduz (Liechtenstein) - Valbonne (France)

19 JULY 2001

## U.S. COURT OF APPEALS DECIDES CEP IS CO-OWNER OF U.S. PATENT 4,698,360

On July 16, 2001 the U.S. Court of Appeals for the Federal Circuit has decided to validate a decision that was made by the Court of Appeals of Bordeaux (France) on May 28, 1998. By accepting the French Court's decision, the U.S. Court of Appeals has now acknowledged that the French company CEP is a joint owner of U.S. Patent 4,698,360. The 1998 French decision annulled CEP's (then SCIPA's) 1994 assignment of half of the '360 patent to INC.

CEP and INC cooperate closely in the supply of MASQUELIER's® Original OPCs to the USA and to many other countries around the world. In fact, INC holds the majority ownership in CEP. In France, where INC owns the PYCNOGENOL trademark, CEP sells MASQUELIER's® Original OPCs as the authentic French PYCNOGENOL. Therefore, American distributors of MASQUELIER's® Original OPCs may rest assured that they can continue to sell MASQUELIER's® Original OPCs as an antioxidant under the '360 patent.

Unfortunately, the U.S. Court's decision makes it impossible for INC to proceed with its defense of Prof. Jack Masquelier's invention against the widespread infringement by companies which make use of the antioxidant claim in an unauthorized way, thus making it difficult for consumers to distinguish the patented MASQUELIER's® Original OPCs from non-patented competing products.

"EX-J"

D 00 2302

Be that as it may, the U.S. Court decided that the ownership of the '360 patent is properly the subject of French law. French law does not allow the assignment and/or licensing of a patent without the consent of the other joint owner. Per the recent American decision conflicts regarding the ownership and licensing of the '360 patent must be dealt with by applying the laws of France, the country where Prof. Jack Masquelier's authentic PYCNOGENOL was developed and brought to perfection.

CEP's director, Bert Schwitters, comments as follows: "At least, the recent decision of the U.S. Court of Appeals has brought clarity in the ownership conflict and in the issue of applicable law. We regret that the U.S. Court's decision leaves the American consumer at the mercy of infringers, who use the antioxidant claim for products that differ very much in quality from our patented MASQUELIER's® Original OPCs, which we sell in France as the authentic PYCNOGENOL. INC has done its best to maintain and uphold the integrity of the '360 patent. CEP will continue this effort."

++++++++++++++++++

# Exhibit – K

194

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
APR 17 3 47 PM '97
CLERK
U.S. DISTRICT COURT
HARTFORD, CT

INTERNATIONAL NUTRITION CO.,
Plaintiff,

v.

HORPHAG RESEARCH LTD., *ET AL.*,
Defendants.

CIVIL NO. 3:96-386 (DJS)

**ORDER**

On March 21, 1997, this Court stayed all proceedings in this action pending a final ruling in two proceedings related to this action -- one before the *Bordeaux High Court, First Chamber,* in France, and a second proceeding before the United States Patent & Trademark Office ("USPTO").

Recently, the Plaintiff informed this Court (and all parties of record) that the *Bordeaux High Court, First Chamber,* rendered a decision in the matter of *Horphag v. SCIPA,* on March 25, 1997; this Court has received a copy of that decision. The Plaintiff also has informed this Court that the USPTO decision is forthcoming. Pursuant to this Court's prior order, parties shall inform this Court within **21 days** after the USPTO matter is resolved.

In the meantime, the stay of all proceedings in this case shall remain in effect until further notice of this Court. Accordingly, parties need not respond at this time to the *Bordeaux High Court* decision.

It is so ordered. Dated at Hartford, Connecticut, this 16th day of April 1997.

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE

"EX-K"