228

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT   FILED

| | |
|---|---|
| JARROW FORMULAS, INC., ) | CIVIL ACTION NO. |
| ) | 3:01 CV 478 (AVC) |
| Plaintiff, ) | US DISTRICT COURT |
| ) | HARTFORD CT |
| v. ) | |
| ) | |
| INTERNATIONAL NUTRITION COMPANY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | JUNE 6, 2005 |

### DEFENDANTS' MOTION FOR EXPEDITED HEARING
### ON THEIR MOTION TO BIFURCATE

Defendants International Nutrition Company ("INC"), Egbert Schwitters, Jack Masquelier, Norman H. Zivin, Integrated BioCeuticals, LLC ("IBC), Primary Source, LLC ("PS"), and Primary Services, Inc. ("PSI") respectfully submit this motion for expedited hearing on their Motion to Bifurcate the Nonjury and Jury Components of the Trial dated May 4, 2005. On June 1, 2005, plaintiff filed its opposition to the bifurcation motion after defendants agreed to a one-week extension of time. Simultaneously with this motion, defendants are filing their reply brief. As a result, the briefing is now complete, and the motion is ripe for hearing and resolution.

In light of the current trial schedule with jury selection on July 15, 2005, a hearing on defendants' two motions in limine to follow jury selection on July 15, and trial beginning on July 18, a prompt ruling on the crucial, preliminary issue raised in the defendants' bifurcation motion is necessary to the practical logistics of preparation for all parties and the Court and to the avoidance of unnecessary costs.

**ORAL ARGUMENT IS REQUESTED**

CTDOCS:14174.1

01cv478end228

---

3:01CV478(AVC) June 9, 2005. The motion for expedited hearing on the motion to bifurcate (document no.228) is DENIED for the reasons set forth in the court's ruling on the motion to bifurcate issued this day. SO ORDERED.

Alfred V. Covello, U.S.D.J.