UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>INTERNATIONAL NUTRITION )<br>COMPANY, INTEGRATED )<br>BIOCEUTICALS, LLC, PRIMARY )<br>SERVICES, INC., PRIMARY SOURCE, )<br>LLC, EGBERT SCHWITTERS, NORMAN )<br>H. ZIVIN, and JACK MASQUELIER, )<br>)<br>Defendants ) | CIVIL ACTION NO. 3:01-CV-00478 (AVC)<br><br><br><br><br><br><br><br><br><br>June 13, 2005 |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS'
MOTION FOR EXPEDITED HEARING AND IN FURTHER
OPPOSITION TO DEFENDANTS' MOTION TO BIFURCATE**

Plaintiff Jarrow Formulas, Inc. ("JFI"), files this Memorandum in opposition to the Defendants' Motion for Expedited Hearing on Their Motion to Bifurcate [Dkt. # 228] ("Expedited Hearing Motion") and in further opposition to the Defendants' Motion to Bifurcate the Nonjury and Jury Components of the Trial dated May 4, 2003 ("Motion to Bifurcate") [Dkt. # 221].

The Defendants' Expedited Hearing Motion reveals their motive of delay. They claim to want to avoid trial preparation and trial costs on a case that was initiated in 2001 and almost went to trial earlier this year. (Expedited Hearing Motion, at 1 & 3.) Preparation for trial should be nearly complete and the majority of the costs in this action have already been incurred. Thus, the Defendants have feigned reasons to delay the inevitable.

The Defendants' Reply Memorandum in Further Support of Their Motion to Bifurcate is equally lacking substance. There, the Defendants regurgitate rejected legal theories and take misleading inconsistent positions, which only underscores their futile position.

For example on Page 8, they claim that JFI's evidence pertaining to Defendants' fraud on the Patent Office, and thus the invalidity of the patent, is irrelevant. Yet, on Page 7 the Defendants contended that Federal Circuit law, instead of Second Circuit law, should apply because this case is about the validity of the patent.

The Defendants' misstatements of law, misapplication of law to the current facts, and circuitous logic do not form a basis to postpone this trial. The Defendants' Motion to Bifurcate and Expedited Hearing Motion should be denied and the parties should proceed to trial.

THE PLAINTIFF,
JARROW FORMULAS, INC.
BY MCCARTER & ENGLISH, LLP
ITS ATTORNEYS

By_____
ERIC WATT WIECHMANN (CT 04331)
ERIC E. GRONDAHL (CT 08988)
JASON C. WELCH (CT 23418)
CityPlace I
185 Asylum Street
Hartford, CT  06103
(860) 275-6700
(860) 724-3397 (fax)
jwelch@mccarter.com
    -and-
ALEXANDRA B. STEVENS (CT 20300)
Four Stamford Plaza
107 Elm Street
Stamford, CT  06901
(203) 965-0823

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MEMORANDUM IN OPPOSITION TO MOTION FOR EXPEDITED HEARING AND IN FURTHER OPPOSITION TO MOTION TO BIFURCATE has been hand-delivered this 13th day of June, 2005, to

        RICHARD S. ORDER, ESQ.
        ERIC D. BEAL, ESQ.
        Axinn, Veltrop & Harkrider LLP
        90 State House Square
        Hartford, CT  06103

                                        _____
                                        JASON WELCH

HARTFORD: 641926.01