UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC., <br>   Plaintiff, | : <br> :    2005 JUL -5 P 5: 36 <br> : |
| v. | :    Civil No. 3:01CV478 (AVC) <br> : |
| INTERNATIONAL NUTRITION <br> CO., et al. <br>   Defendants. | : <br> : <br> : |

**AMENDED SCHEDULING ORDER**

    In accordance with the court's ruling on the defendants' motion to bifrucate the trial, the defendants shall have to and including July 18, 2005 to file a motion for summary judgment. The plaintiffs shall have to and including August 10, 2005 to file a response.

    It is so ordered this 5th day of July, 2005 at Hartford, Connecticut.

                                                 Alfred V. Covello
                                                 United States District Judge