UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC., | ) | CIVIL ACTION NO. |
| | ) | 3:01 CV 478 (AVC) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL NUTRITION COMPANY, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | JULY 18, 2005 |

## DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PATENT INVALIDITY, INEQUITABLE CONDUCT, OR FRAUD

Defendants International Nutrition Company ("INC"), Egbert Schwitters, Jack

Masquelier, Norman H. Zivin, Integrated BioCeuticals, LLC ("IBC"), Primary Source, LLC

("PS"), and Primary Services, Inc. ("PSI") respectfully submit this motion in limine to preclude

plaintiff Jarrow Formulas, Inc. ("JFI") from making the following types of evidentiary proffers

in connection with defendants' motion for summary judgment and at trial:  (1) evidence seeking

to prove that the '360 patent is invalid;  (2) evidence seeking to prove that the '360 patent is

unenforceable due to fraud or inequitable conduct; and (3) evidence seeking to prove that any

defendant committed fraud or inequitable conduct before the United States Patent and Trademark

Office ("USPTO").

As discussed in the Memorandum of Law filed concurrently with this motion, JFI simply

has never alleged that the '360 patent was invalid, unenforceable, or obtained by fraud on the

USPTO or that any defendant knew or should have known that the '360 patent was invalid,

unenforceable, or obtained by fraud on the PTO.  Thus JFI's purported evidence in support of

such claims is not material.  Not only did JFI not make such allegations, but JFI expressly

**ORAL ARGUMENT REQUESTED**
CTDOCS:14576.1

disclaimed that its case concerned the validity or enforceability of the '360 patent or assertions of fraud on the USPTO in opposing INC's motion to dismiss in 2001. Thus, JFI is estopped from taking the position that its claims include invalidity, inequitable conduct, or fraud.

Accordingly, JFI should be precluded from proffering evidence of patent invalidity, inequitable conduct, or fraud in connection with defendants' motion for summary judgment and at trial.

DEFENDANTS,
INTERNATIONAL NUTRITION CO.,
EGBERT SCHWITTERS, NORMAN H.
ZIVIN, JACK MASQUELIER,
INTEGRATED BIOCEUTICALS, LLC,
PRIMARY SOURCE, LLC, AND
PRIMARY SERVICES, INC.

By:  /s/ Eric D. Beal
　　　RICHARD S. ORDER, ESQ.
　　　Federal Bar No. ct02761
　　　E-mail: rso@avhlaw.com
　　　ERIC D. BEAL, ESQ.
　　　Federal Bar No. ct23167
　　　E-mail: exb@avhlaw.com
　　　Axinn, Veltrop & Harkrider LLP
　　　90 State House Square
　　　Hartford, CT 06103-3702
　　　Telephone:　　860-275-8100
　　　Facsimile:　　860-275-8101

CTDOCS:14576.1

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been served by hand this 18th day

of July, 2005 to:


Eric W. Wiechmann Esq.
Mark D. Giarratana, Esq.
Eric E. Grondahl, Esq.
Alexandra B. Stevens, Esq.
McCarter & English
CityPlace I
185 Asylum Street
Hartford, CT 06103


                              /S/ Eric D. Beal
                              Eric D. Beal
                              AXINN, VELTROP & HARKRIDER LLP


CTDOCS:14576.1                        3