# ASSIGNMENT

DEFENDANT'S EXHIBIT 17  11/16/94

In consideration of the sum of One Dollar ($1.00) in hand paid, and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned,

**Inventor(s) full name(s):** Jack Masquelier

hereby sell, assign and transfer to

**Assignee Name and Address:**
1) SOCIETE CIVILE D'INVESTIGATIONS PHARMACOLOGIQUES D'AQUITAINE of Résidence Maintenon, Entrée B, Appt. 211, rue de Ségur, 33000 Bordeaux, France, and
2) HORPHAG OVERSEAS LTD. of P.O. Box 165, St. Peter Port, Guernsey, Channel Islands, United Kingdom

(hereinafter called the Assignee) the entire right, title, and interest in and to any and all improvements which are disclosed in the application for United States Letters Patent entitled

**Title of Invention:** A plant extract with a proanthocyanidins content as therapeutic agent having a radical scavenger effect and use thereof.

which application was

**Complete either (a) or (b):**
(a) executed by the undersigned on the ___1st___ day of ___April___ 19_85_.
(b) filed on the _____ day of _____ 19__, Serial No. _____

including any and all United States Letters Patents which may be granted therefor and any and all extensions, divisions, reissues, substitutes, renewals or continuations thereof, and the right to all benefits under the International Convention for the Protection of Industrial Property.

It is hereby authorized and requested that the Commissioner of Patents issue any and all of said Letters Patent, when granted, to said Assignee.

Further, it is agreed that, when requested, without charge to but at the expense of said Assignee, the undersigned will execute all divisional, continuing, substitute, renewal, and reissue patent applications; execute all rightful other papers; and generally do everything possible which said Assignee shall consider desirable for aiding in securing and maintaining proper patent protection.

Signed at __BORDEAUX CAUDERAN__

this __first__ day of __April__, 1985.

INVENTOR(S):

_Jack Masquelier_

**WITNESSES:**

_ELIAN BARRAUD_

_Jean LATASTE_

Tobin Declaration
Exhibit C