## LAWYERS' AND MERCHANTS' TRANSLATION BUREAU INC.

Legal, Financial, Scientific, Technical and Patent Translations
11 BROADWAY
NEW YORK, NY 10004



# Certificate of Accuracy

**TRANSLATION**
From French into English

STATE OF NEW YORK } s.s.:
COUNTY OF NEW YORK

On this day personally appeared before me
who, after being duly sworn, deposes and states:

That he is a translator of the French and English languages by profession and as such connected with the LAWYERS' & MERCHANTS' TRANSLATION BUREAU;

That he is thoroughly conversant with these languages;

That he has carefully made the attached translation (on the official paper of the LAWYERS' & MERCHANTS' TRANSLATION BUREAU) from the original document written in the French language; and

That the attached translation is a true and correct English version of such original, to the best of his knowledge and belief.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS       NOV 4 1996

Susan O'Connor
Notary Public, State of New York
NO. 41-4999804
Qualified in Queens County
Certificate filed in New York County
and Kings County
Commission Expires July 27, 1998

Tobin Declaration
Exhibit D

TRANSLATION
*from:*

By and between the undersigned:

1. **SOCIÉTÉ CIVILE D'INVESTIGATIONS PHARMACOLOGIQUES D'AQUITAINE (S.C.I.P.A.),**

    Résidence Maintenon, app. 211, entrée B, Rue de Ségur,

    33000 BORDEAUX, France,

    represented herein by Mr. J. LAPARRA,

    hereinafter called "the DONOR",

    party of the first part;

2. **HORPHAG OVERSEAS LTD.**

    PO Box 165, Commerce House, les Banques,

    SAINT PETER PORT, Guernesey, CI,

    represented herein by Mr. Ch. HAIMOFF,

    hereinafter called "the TAKER",

    party of the second part;

**THE FOLLOWING HAS BEEN STIPULATED AND AGREED UPON:**

S.C.I.P.A. has acquired great experience in the research of processes for obtaining vegetable extracts, the analysis of their active ingredients, their possibilities of use for medical purposes, as well as the pharmacological, toxicological and chemical studies necessary for their exploitation.

HORPHAG OVERSEAS, for its part, benefits from a network of international commercial relations, capable of promoting new products for medical or cosmetological use, or to guide

new research.

This is why the parties have agreed to unite their efforts and to combine their means in order to intensify this research and achieve, should the occasion arise, the invention of new products for medical use or for any other use that may be discovered.

They have come to the following agreement:

### ARTICLE ONE - MISSION

The Taker herewith is charged with the work of promotion of the products that the Donor deems it useful to promote with potential clients.

### ARTICLE TWO - PROCEDURE

Periodically, at the initiative of one of the parties, a meeting will be convened to take stock of the research in progress, as well as the steps undertaken with potential clients.

### ARTICLE THREE - MEANS TO BE UTILIZED

The present joint research contract presupposes each's participation, whether through contributions in work, or through financial or material contributions.

- **Financial means** -

The financial expenditures to be brought into play will be shared equally. Only expenditures mutually agreed upon between the two parties may be taken into account.

LAWYERS' AND MERCHANTS' TRANSLATION BUREAU INC.
Legal, Financial, Scientific, Technical and Patent Translations
11 BROADWAY, NEW YORK, NY 10004

Tel: (212) 344-2930/2931
Consultant
WM. BERTSCHE, J.D., CH.E., A.C.S.

Fax: (212) 422-6877
Founded in 1902

CAI

TRANSLATION
from:

- 3 -

The expenditures undertaken by each of the parties in order to cover the costs resulting from its share of work do not fall within this framework.

## ARTICLE FOUR - SECRECY

By express agreement, the innovations realized during the course of the present contract must remain strictly confidential between the parties.

## ARTICLE FIVE - INDUSTRIAL PROTECTION

In the event that the work stipulated in these presents should allow for the application of a patent of invention, an application for a patent of application will be filed in the name of the undersigned parties jointly.

The costs and fees of this application will be advanced by S.C.I.P.A.

In the case of assignment or grant of the industrial property rights arising from the present contract, the proceeds will be shared equally by the parties.

## ARTICLE SIX - TERM

These presents will be entered into for a term of FIVE YEARS, with the possibility of extension for a new five-year period, by tacit agreement. However, each of the parties reserves the possibility to terminate this collaboration unilaterally at the end of each of the periods, by simple registered letter sent to the other party six months before

TRANSLATION
from:

- 4 -

the expiration of that period.

**ARTICLE SEVEN - DISPUTE**

Any dispute on the interpretation or the performance of the present contract will fall under the exclusive jurisdiction of the courts of BORDEAUX.

| | |
|---|---|
| Done in Bordeaux on: | Done in Saint-Peter Port on April 29, 1985. |
| For S.C.I.P.A. | For HORPHAG OVERSEAS LTD. |
| J. LAPARRA | Ch. HAIMOFF [Signed/Signature] |