# HORPHAG RESEARCH LIMITED



Mr Robert SIMPSON
DUNN ASSISTANTS
P O Box 96
Nefana
New York 14108 (USA)

REG. HEAD OFFICE:
P.O. Box 165, Quay House, South Esplanade
St. Peter Port, Guernsey, Channel Islands

16th October 1990

Re : Infringement of US Pat nr 4,698,360
     by Bossard Inc., Atlanta

Dear Mr. Simpson,

Following your conversation with Mr. Charles Haimoff, and Mr. Mark Timon's letters of October 10th and 13th on the above mentioned subject, we would like to inform you that a clear understanding has been signed in April 1985 between the two co-owners of the patent to the effect that both parties will inform and take steps to protect the other of any infringement - and that the licensing of the patent to third parties requires the consent of both co-owners of this patent.

A certified translation of this contract and other related papers is being readied for you.

Also, we point out that the two parties to this patent are the S.C.I.P.A. (Marquelier's Group) and Horphag Overseas, Ltd., since re-named Horphag Research Ltd. Guernsey.

Other licenses like the one quoted by BOSSARD, are irrelevant to this matter as they concern French patents.

We ask you to request Bossard most energetically to immediately cease any reference to the U.S. Patent nr 4,698,360 anywhere (publicity, packing material or other communication), and, of course, to "Pycnogenol".

Yours sincerely,

HORPHAG RESEARCH LIMITED

cc Mr Charles HEIMOFF

   Mr Mark TIMON

Tobin Declaration
Exhibit O