Int. Cls.: 3, 5 and 32

Prior U.S. Cls.: 18, 45, 46, 51 and 52

Reg. No. 1,684,990

# United States Patent and Trademark Office
Registered May 5, 1992

## TRADEMARK
PRINCIPAL REGISTER

### OPC 85

INTERNATIONAL NUTRITION COMPANY (LIECHTENSTEIN CORPORATION)
RHEINBERGERSTRASSE 6
9490 VADUZ, LIECHTENSTEIN

FOR: TOILET SOAP, PERFUME AND COLOGNE, ESSENTAIL OILS FOR PERSONAL USE, FACIAL CREAM, NON-MEDICATED HAIR LOTIONS, DENTIFRICES, IN CLASS 3 (U.S. CLS. 51 AND 52).

FOR: DIETETIC FOOD SUPPLEMENTS ADAPTED FOR MEDICAL USE, FOOD FOR BABIES, AND VITAMIN AND MINERAL SUPPLEMENTS, HERBAL EXTRACTS AND HERB TEAS FOR MEDICINAL PURPOSES, IN CLASS 5 (U.S. CLS. 18 AND 46).

FOR: MINERAL AND AERATED WATERS, CARBONATED SOFT DRINKS, FRUIT DRINKS AND FRUIT JUICES; SYRUPS FOR MAKING SOFT DRINKS, IN CLASS 32 (U.S. CLS. 45 AND 46).

PRIORITY CLAIMED UNDER SEC. 44(D) ON BENELUX CONV APPLICATION NO. 738359, FILED 12-8-1989, REG. NO. 471590, DATED 12-8-1989, EXPIRES 12-8-1999.

SER. NO. 74-068,133, FILED 6-4-1990.

HOWARD B. LEVINE, EXAMINING ATTORNEY

Exhibit B


DEFENDANT'S EXHIBIT 29

D 00 3506