

## Dietary Supplement

Endorsed by Professor Jack Masquelier...

Each capsule provides:

patented Oligomeric ProanthoCyanidins botanical extract

Elemental OPC antioxidant............100mg.

Masquelier's **OPC-85**™ is 90% active principles: proanthocyanidins (OPC) and a balance of OPC precursors derived from combining standardized OPC extracts from grape seed and pine bark. The authentic, patented antioxidant extract as invented by Dr. Jack Masquelier, and recognized by U.S. Patent No. 4,698,360.

**Direction:** As a food supplement, take (1) to (3) capsules daily preferably between meals or as directed by a health professional.

KEEP OUT OF THE REACH OF CHILDREN
STORE IN A COOL, DRY PLACE

Ingredients:
Patented Masquelier's OPC-85™—combined standardized OPC extracts from pine bark and grape seeds, brown rice flour (filler/flow agent).
The proanthocyanidins (OPC) in Masquelier's OPC-85™ are powerful free radical scavengers (antioxidants) helping protect against traumatic and age-resulting damage to cells and connective tissue as recognized by Dr. Masquelier's U.S. Patent No. 4,698,360.
This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

601002
Manufactured for and distributed by
Primary Source •
Fairfield, CT 06430
1-800-667-1538

0 79925 10007 2