| Form PTO-1594 | RECORDATION FORM COVER SHEET | U.S. DEPARTMENT OF COMMERCE |
|---|---|---|
| | **PATENTS ONLY** 40-581 | Patent and Trademark Office |

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

**1. Name of conveying party(ies):**
Societe Civile D'Investigations Pharmacologiques D'Aquitaine

Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No

**2. Name and address of receiving party(ies):**
Name: International Nutrition Company
Internal Address: _____

Street Address: Josef Rheinbergerstrasse 6, Vaduz
City: Liechtenstein  State: ___  ZIP: ___

Additional name(s) & address(es) attached? ☐ Yes ☒ No

**3. Nature of conveyance:** 40
☒ Assignment – 50% undivided ☐ Merger
   interest
☐ Security Agreement  ☐ Change of Name
☐ Other _____

Execution Date: March 18, 1994

**4. Application number(s) or patent number(s):** 4,698,360

If this document is being filed together with a new application, the execution date of the application is:

A. Patent Application No.(s)

B. Patent No.(s)
4,698,360

Additional numbers attached? ☐ Yes ☒ No

94 APR -7 PM 3:32
ASSIGNMENT BRANCH
RECEIVED

**5. Name and address of party to whom correspondence concerning document should be mailed:**
Name: Norman H. Zivin, Esq.
Internal Address: c/o COOPER & DUNHAM
Street Address: 30 Rockefeller Plaza
City: New York  State: NY  ZIP: 10112

**6. Total number of applications and patents involved:** 1

**7. Total fee (37 CFR 3.41):** $ 40.00
☒ Enclosed
☐ Authorized to be charged to deposit account

**8. Deposit account number:**

(Attach duplicate copy of this page if paying by deposit account)

DO NOT USE THIS SPACE

040 TD 04/06/94 4698360    2 581    40.00 CK

**9. Statement and signature.**
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

Norman H. Zivin                   [signature]           91786010  3/23/94
Name of Person Signing            Signature              Date

Total number of pages comprising cover sheet: 3

OMB No. 0651-0011 (exp. 4/94)

Tobin Declaration
Exhibit A

## U.S. PATENT
## ASSIGNMENT

WHEREAS, SOCIETE CIVILE D'INVESTIGATIONS PHARMACOLOGIQUES D'AQUITAINE ("SCIPA"), having a place of business at Bordeaux, France, is the owner of the undivided fifty percent (50 %) of the right, title and interest, for the United States, in and to any invention which is disclosed and claimed in, and any invention which is disclosed but not claimed in, United States Patent No. 4,698,360, issued October 6, 1987, entitled PLANT EXTRACT WITH A PROANTHOCYANIDINS CONTENT AS THERAPEUTIC AGENT HAVING RADICAL SCAVENGER EFFECT AND USE THEREOF, and in and to any reissue, certificate of reexamination, and related property right in the United States (hereinafter "Patent");

and,

WHEREAS, INTERNATIONAL NUTRITION COMPANY ("INC"), a corporation of Liechtenstein, having a place of business at Josef Rheinbergerstrasse 6, Vaduz, Liechtenstein, is desirous of acquiring such undivided fifty percent (50 %) of the right, title and interest in said Patent;

NOW, THEREFORE, in consideration of One Dollar ($ 1.00) and other good and valuable consideration, the receipt of which is hereby acknowledged, SCIPA hereby sells, assigns and transfers to INC, and its successors and assigns, all of the undivided fifty percent (50 %) of the right, title and interest in and to such Patent as is owned by SCIPA; authorizes the Commissioner of Patents and Trademarks of the United States to issue to INC, and its successors and assigns, any and all United States Patent on the invention disclosed in the aforesaid United States Patent; and conveys to INC, and its successors and assigns, all rights to sue for past, present or future infringement of such Patent.

SOCIETE CIVILE D'INVESTIGATIONS
PHARMACOLOGIQUES D'AQUITAINE

By: _____

Title: _____

U.S. PATENT
**ASSIGNMENT**

On this _____th day of _____, 1994, before me personally appeared:

_____
the person who signed this instrument on behalf of SOCIETE CIVILE D'INVESTIGATIONS PHARMACOLOGIQUES D'AQUITAINE, a company of the Republic of France, who acknowledged to me that he signed it on behalf of the company as an authorized signatory thereof and that he has the authority to sign the instrument on behalf of the company.

_____
Notary Public

Ce jour, le _18 mars_____, 1994, s'est personnellement présenté devant moi:

_le Professeur MICHAUD Jean_____
qui est la personne ayant signé cet acte au nom de SOCIETE D'INVESTIGATIONS PHARMACOLOGIQUES D'AQUITAINE, société française, et qui m'a déclaré l'avoir signé pour le compte de la société, en sa qualité de représentant légal de celle-ci et être habilité à signer cet acte pour le compte de la société.

A Léognan le 18 mars 1994
Notaire

RECORDED
PATENT & TRADEMARK OFFICE

MAR 28 94



Je soussigné, M° Paul FABRE, Notaire Associé à Léognan (Gironde), certifie exacte et véritable signature de M. Jean RICHARD............