*** 

1  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK
2  ------------------------------------X

   HORPHAG RESEARCH LTD.,               :
3  M. W. INTERNATIONAL, INC.,
   SOCIETE CIVILE d'INVESTIGATIONS  :
4  PHARMACOLOGIQUES d'AQUITAINE,
   and SOCIETE CIVILE pour            :
5  L'ETUDE et la RECHERCHE
   ET PHYTOCHIMIE APPLIQEE,            :
6
              Plaintiffs and           :   C-93-2522
7         Counterclaim-Defendants

8              v.                       :   U.S. Courthouse
                                            Uniondale, New York
9  CONSAC IND., ET AL,                  :

10             Defendant and            :   TRANSCRIPT OF MOTION
          Counterclaim-Plaintiff.       :   October 28, 1994
11 - - - - - - - - - - - - - -  X          11:00 a.m.

12 BEFORE:

13         HONORABLE THOMAS C. PLATT,
           Chief United States District Judge
14
   APPEARANCES:
15
   For the Plaintiffs:     COBRIN GITTES & SAMUEL
16                          750 Lexington Avenue
                            New York, New York 10022
17                          By:  MARVIN S. GITTES, ESQ.

18
   For the Defendants:     JORDAN & HAMBURG
19                          122 East 42nd Street
                            New York, New York  10017
20                          By:  THOMAS M. FURTH, ESQ.

21 For Counterclaimant:    LACHER & LOVELL-TAYLOR.
                            770 Lexington Avenue
22                          New York, New York  10021-8165
                            By:  HERBERT JACOBY, ESQ.

23
              R & R Reporting Services
24               75 Clinton Street
              Brooklyn, New York  11201
25                (718) 624-3287

2

***

<pre>
 1    Other Appearances:        COOPER & DUNHAM
 2                              Attorneys for International
                                Nutrition
 3                              1185 Avenue of the Americas
                                New York, New York  10036
 4                              By:  NORMAN H. ZIVIN, ESQ.
                                ***
 5
</pre>

6           COURTROOM DEPUTY:  Civil motion, Horphag Research

7    versus Consac.

8           THE COURT:  This is a motion by the defendants,

9    two of the defendants, am I right?  You represent the

10   defendants?  Who represents the defendants, they do?  They

11   are sitting at the plaintiffs table.

12          MR. ZIVIN:  There are two cases here, Your

13   Honor.

14          THE COURT:  Dealing with Horphag against Consac

15   and the others are all plaintiffs.  I see.  This is the

16   plaintiffs' motion to dismiss the cross claims of Horphag

17   Research.  Which are seated over there.  Over here are

18   Consac.

19          MR. GITTES:  I represent Horphag and M and W.

20   With the Court's permission, I would like to sit at the

21   defendants table.

22          THE COURT:  Who do you represent?

23          MR. GITTES:  Horphag and M and W.  We are the

24   plaintiffs in this case.  We are the original plaintiffs,

25   Your Honor.

\*\*\*

3

1    THE COURT:  You're the original plaintiffs?

2    MR. GITTES: Yes.

3    THE COURT:  You dropped your claim against--

4    MR. GITTES:  Consac dropped their claim against

5  Scipa and Scerpa.  Scipa and Scerpa have a motion before

6  the Court to drop their cross-claims against Horphag and M

7  and W without prejudice.

8    MR. ZIVIN:  I am Norman Zivin.  I represent

9  International Nutrition Company.  We were noticed for a

10  motion to consolidate a case that was before Judge Sifton

11  and transferred to Your Honor with this case.

12    THE COURT:  That is the second motion.

13    MR. ZIVIN:  I don't know which table I should sit

14  at.

15    THE COURT:  You are a defendant.  Anyway, you are

16  over there.

17    MR. JACOBY:  Your Honor, my name is Herbert

18  Jacoby. I have reached that age where, unfortunately, I am

19  suffering from deficient hearing.

20    THE COURT:  You want to drop your claims against

21  Horphag Research?

22    MR. JACOBY:  Without prejudice.

23    THE COURT:  They don't want you asserting the

24  cross claims against them in this Country again.

25    MR. JACOBY:  That is right.  We will not

\*\*\*

4

1   affirmatively assert it again.

2          THE COURT:  You would consent with prejudice to

3   your bringing any affirmative claims against Horphag in

4   this Country, and you would reserve only your right to

5   bring such claims in a defensive posture in the event they

6   should bring any claims against you.

7          MR. JACOBY:  That is right.

8          THE COURT:  Why isn't that satisfactory?

9          MR. GITTES:  Because, Your Honor, with respect

10  particularly to the trademark Pycnogenol, we have been--

11         THE COURT:  Wait a moment.  They are not going to

12  say that you are not violating any agreement, or what have

13  you, you have with them or whatever it may be.  It is only

14  in the event that you serve something against them.  Don't

15  you understand his offer?

16         MR. GITTES:  Your Honor, his offer, he will only

17  raise these counts again in defense of a suit against them

18  in France.  One of these counts involve a U.S. Trademark.

19  That is the count--

20         THE COURT:  He is not going to assert it here,

21  either, except in the defensive posture.

22         MR. GITTES:  Your Honor, we need the cloud that

23  has been cast on our U.S. Trademark--

24         THE COURT:  He is taking off your cloud here.

25  Don't you understand what he is saying?  He is not going

5

***

1   to assert it against you here.

2           MR. GITTES:  Your Honor, we need dismissal with

3   prejudice on that one count to remove the cloud.  They

4   have consistently sort to weaken our trademark and confuse

5   the purchasing public as to the nature of the goods.

6           THE COURT:  If you don't bring him in here,

7   counsel.  If you don't bring him into the Court again, he

8   will not assert any claims against you.  Don't you

9   understand what he is offering?  How can that pass a cloud

10  on your product?

11          MR. GITTES:  He is speaking with respect to

12  France.

13          THE COURT:  He is speaking with respect to the

14  United States of America.  I asked him that specific

15  question.  He said he would limit any claims against you

16  to cross claims or counterclaims in the event that you sue

17  him here.

18          MR. GITTES:  I believe that I heard him say in

19  France.

20          THE COURT:  No, he didn't.  I asked him if he

21  said the United States, and he said yes.

22          MR. GITTES:  Your Honor--

23          THE COURT:  You want to talk yourself out of a

24  win, go ahead.  You are way ahead, and you want to lose.

25  I don't understand lawyers today.  I must be out of tune

6

***

1    with the world.

2              MR. GITTES:  With all respect, did Mr. Jacoby

3    agree to dismiss his trademark count with prejudice in the

4    U.S.?

5              THE COURT:  With prejudice in the U.S. against

6    you, but not with prejudice against asserting any

7    counterclaim or cross claim against you, should you sue

8    him.

9              MR. JACOBY:  That is right.

10             MR. GITTES:  Your Honor, with all respect, I

11   don't understand that representation.  The second cross

12   claim said we fraudulently misappropriated their

13   trademark.  It's our U.S. trademark.

14             THE COURT:  He is not going to assert any claims

15   against you unless you sue him.

16             MR. GITTES:  Your Honor, that would be with

17   prejudice then?

18             THE COURT:  With prejudice against any/claims by

19   his client against your client, where your client sues

20   him, it is without prejudice.  He is entitled to reassert

21   them and counterclaim and cross claim.  Is that

22   agreeable?

23             MR. GITTES:  Your Honor, I am in a situation

24   where--

25             THE COURT:  I don't really care, Counselor.  Take

7

***

1    it or leave it.

2              MR. GITTES:  I have no choice but to take it.

3              THE COURT:  I would think so.  What have you got

4    to lose?

5              MR. GITTES:  May I explain to the Court.

6              THE COURT:  You are way ahead.  As long as you

7    don't sue him, you don't get anything against you.  I am

8    talking about the claims, I am talking about here.  I am

9    not talking about some other claims.  The claims asserted

10   in this lawsuit.

11             MR. GITTES:  Your Honor, we have a situation

12   where he consistently clouded our trademark.

13             THE COURT:  Only because you asserted claims

14   against him.

15             MR. GITTES:  No, sir.  I did not assert claims

16   against him.  When we applied for the trademark, his

17   company opposed it.

18             MR. JACOBY:  We have the French trademark.

19             MR. GITTES:  Your Honor, may I point out that in

20   my moving papers I showed the Court a series of letters--

21             THE COURT:  There is no way that I can preclude

22   him from suing or not suing in France.

23             MR. GITTES:  I am not asking you to.

24             THE COURT:  He says he has a French trademark.

25   There is nothing that I can do with respect to a French

*** 

8

1   trademark.  The only thing I can do is preclude him from

2   asserting claims against you affirmatively in the United

3   States.  Defensively, he reserves the right to continue to

4   assert defenses should you sue him.

5           MR. GITTES:  But will the second cross claim be

6   dismissed with prejudice?

7           THE COURT:  It will be dismissed as far as

8   assertive claims against you are concerned, yes.  But not

9   defensively.  He has to assert claims against you or sue

10  you.

11          MR. GITTES:  All right.

12          THE COURT:  Okay?

13          MR. GITTES:  Yes, sir.

14          THE COURT:  Okay.  The next motion.

15          MR. JACOBY:  Thank you.

16          MR. FURTH:  My name is Tom Furth.  I represent

17  Consac Industries.

18          THE COURT:  This is the second action.

19          MR. FURTH:  Yes.  This is the action that was

20  transferred from the District of Columbia.

21          THE COURT:  You have sued International

22  Nutrition, represented by this gentleman over here.  What

23  is your suit against him?  I didn't get the papers until

24  this morning.  I am not up on them.

25          MR. FURTH:  As a matter of fact, I just became

***

9

1    aware that the case was transferred as of yesterday

2    afternoon.  Judge Sifton had not acted on our request.

3            THE COURT:  What are you suing him for?

4            MR. FURTH:  This concerns the same patent that

5    was asserted against Consac in the first action.

6    International Nutrition Company has purchased the fifty

7    percent interest in the patent that was previously owned

8    by Scipa, which is the French part.  They were, as you

9    know, counterclaim defendants brought in by Consac where

10   we are seeking, very briefly, a declaration of invalidity

11   of the patent.

12           THE COURT:  This interest belongs to these guys?

13           MR. FURTH:  As of March.  While the lawsuit was

14   pending, they sold it--

15           THE COURT:  You can't sue affirmatively here

16   against this other party on the patent question that is

17   Scipa.  If you want another name, I don't see that you are

18   barred by the settlement with respect to Scipa.

19           MR. FURTH:  Your Honor, if I may, the settlement

20   doesn't involve any issues concerning the patent.  As of

21   last year when the lawsuit started, Horphag and Scipa were

22   each 50 percent owners of the patent.  Halfway through the

23   proceedings, Scipa assigned its 50 percent share to Mr.

24   Zivin's client, International Nutrition.  We now seek to

25   bring International Nutrition before this Court as the 50

***

10

1    percent co-owner of the patent to get a complete

2    adjudication of whether this patent is valid or whether it

3    is infringed.

4         THE COURT:  What happened to Scerpa in this whole

5    proceeding?

6         MR. FURTH:  They never had an interest in the

7    patent.  They are an affiliate that was involved in the

8    trademark issues.

9         THE COURT:  You want a declaration that the

10   patent is 50 percent owned by International, and, does

11   Horphag own the other 50 percent?

12        MR. FURTH:  Yes.  Horphag and INC.

13        THE COURT:  They are not even a party to your

14   case?

15        MR. FURTH:  They are not a party to our case.  We

16   were prepared to make a motion here to join them, just as

17   we had joined Scipa and Scerpa in the past, when we

18   learned that the district of Columbia had transferred our

19   declaratory judgment action up here.  When that happened,

20   the decision went, well, if we can get both cases in the

21   same forum and consolidate the two cases, there is no

22   advantage.  There is no difference in amending the caption

23   of the first case.  The fact is, everybody will be before

24   Your Honor for an adjudication of the validity and

25   infringement of this patent.  All Consac now seeks is to

***

11

1    have this patent adjudicated once and for all, which we

2    were brought into here accused of infringing.

3            THE COURT:  Now, to the extent that-- you own

4    fifty percent of the patent?

5            MR. ZIVIN:  That is correct, Your Honor.

6            THE COURT:  And Horphag owns the other fifty

7    percent?

8            MR. ZIVIN:  That is my understanding, Your Honor.

9            THE COURT:  I did not talk to Horphag's counsel

10   about this, he may have other ideas about this.

11           MR. GITTES:  Would you like me to speak, Your

12   Honor?

13           THE COURT:  Not for the moment.  You are not

14   really in this case yet.

15           MR. ZIVIN:  Your Honor, I don't know what papers

16   you have, but we had filed when the case was before Judge

17   Sifton a motion to dismiss Consac's case against

18   International Nutrition on the grounds of lack of subject

19   matter jurisdiction and lack of personal jurisdiction and

20   lack of proper service.  That motion has been fully

21   briefed and is probably in the package that was

22   transferred.

23           THE COURT:  I may not even have to determine this

24   validity question, is what you are saying, at this

25   juncture.

\*\*\*

1      MR. ZIVIN:  Your Honor, my client, International

2  Nutrition, has no interest in being involved in a lawsuit

3  to determine the validity or infringement of this patent.

4      THE COURT:  You just want to get out of it and no

5  subject matter and no--

6      MR. ZIVIN:  Service of process.

7      THE COURT:  And no service of process.

8      MR. ZIVIN:  Yes.

9      THE COURT:  We are way ahead of the game if we

10  have to determine the validity of the patent.  Of course,

11  we've got a complex question now, assuming the plaintiff

12  decides to join Horphag and serves him with a summons and

13  complaint in this action, then we've got a question of

14  whether-- I assume he can do that.  He is not barred in

15  anyway by the Scipa question.

16      MR. ZIVIN:  I don't think so.  What the dispute

17  is between Consac and Horphag is their business.

18  International Nutrition has no interest in it.  They are

19  not aligned with either party.  They are competitors.

20  They really could not care less if they want to fight

21  about something.  My client, which had nothing to do with

22  this, really should not be dragged into the case.

23      THE COURT:  I understand that.  You do have a

24  problem, don't you?  He claims that you are infringing the

25  patent in some fashion.

***

1        MR. ZIVIN:  No.  We are an owner.  We are not

2    infringing.

3        MR. FURTH:  We're claiming that the patent, which

4    he is a 50 percent owner of, is invalid.  Under the

5    Supreme Court case MacKenzie, in order to adjudicate the

6    patent, we need to have the co-owners on that patent in on

7    the question.  If INC is prepared to be bound by a finding

8    of this Court to determine the validity of this patent,

9    they don't have to participate in the litigation.

10        THE COURT:  You are seeking a declaratory

11    judgment?

12        MR. FURTH:  Yes, Your Honor.

13        THE COURT:  First, we have to determine the

14    personal jurisdiction and the proper service of process.

15    I assume that is an elementary question.

16        MR. ZIVIN:  That's correct, Your Honor.  We

17    submitted a declaration and a reply declaration on that

18    issue, and they are to our papers and our reply papers.

19        THE COURT:  I assume you have some papers on it.

20        MR. ZIVIN:  We had a brief and attachment, but no

21    declaration.

22        THE COURT:  Is there an affidavit of service?

23        MR. FURTH:  There is one in the District of

24    Columbia.

25        MR. ZIVIN:  They had published the notice of the

***

1    lawsuit in the newspaper in Washington D.C.

2         MR. FURTH:  Pursuant to the patent statute, Your

3    Honor.

4         THE COURT:  That is not a question of law.  It is

5    a question of patent?

6         MR. ZIVIN:  Well, that's the question of what is

7    proper service under the patent law and New York Law and

8    proper service.  We think it was improper.

9         THE COURT:  Let's assume arguendo that if it is

10   sufficient service under the patent law, then you say he

11   doesn't have personal jurisdiction of you.  Why?  Because

12   you weren't doing any business?

13        MR. ZIVIN:  Yes, Your Honor.  International

14   Nutrition Company is simply a holder of patent and

15   trademark rights.  It's a Liechtenstein Corporation.  It's

16   place of business is in Liechtenstein.  It does not do any

17   business in the United States.  It doesn't have any of the

18   criteria that Your Honor enumerated in the last motion

19   argument for personal jurisdiction.  It doesn't do

20   anything here.  It does own a 50 percent interest in this

21   patent we are discussing, which it acquired from Scipa in

22   March of this year.

23        THE COURT:  Does Scipa do any business here?

24        MR. ZIVIN:  As far as I know, Scipa doesn't do

25   any business here either.  They could well have moved for

*** 

15

1    lack of jurisdiction as well.  Perhaps they have.  I don't

2    know.

3              THE COURT:  That is an evidentiary question.

4              MR. FURTH:  Yes, Your Honor.  There are two basis

5    that we assert for jurisdiction.  One, the presence of

6    INC's agent in the state, and they've acknowledged in a

7    letter from INC's owner to the President of Consac that

8    this outfit TAAG is their agent, and they've even

9    solicited that we buy products from TAAG.  TAAG is under

10   license from INC.  That is one basis.  Also, it is

11   disingenuous, Your Honor, for a party to purchase a 50

12   percent interest in a patent when they know that that

13   patent is in the middle of litigation where there are

14   counterclaims alleging invalidity of the patent, and then

15   to say, we have nothing to do with this.

16             THE COURT:  I am not concerned about that.  I am

17   only concerned whether this agent is sufficiently

18   obligated to warrant a claim that they had an agent for

19   the service of process and what have you.

20             MR. FURTH:  We say that they are.

21             THE COURT:  He says they are not.

22             MR. FURTH:  In addition Your Honor, if arguendo

23   there is no personal jurisdiction in this Court, and INC

24   is not subject to Your Honor's jurisdiction, then this

25   case, the second case, Consac against INC, just has to go

*\*\*\**

16

1   back to the District of Columbia, because the patent

2   statute provides for personal jurisdiction over a patent

3   to use outside of the United States, and provides for

4   service of process by publication.  We've complied in

5   every respect with that statute.  The District of Columbia

6   Court sua sponte decided to transfer that case up here

7   because it knew of the other action up here in New York.

8         THE COURT:  The other action is not pending here

9   anymore, is what you are saying.

10        MR. FURTH:  No, it is pending.  The Horphag

11  versus Consac action is absolutely pending.  That's why

12  both cases are before, Your Honor.  They are related

13  cases.  I think it is absolutely not so, but if, in fact,

14  you were to find that there is no personal jurisdiction in

15  this Court over INC, then INC has to be the defendant on

16  the declaratory judgment action in Washington D.C., under

17  the patent action.

18        THE COURT:  So, it goes back.  What I do, as I

19  see it, is I refer you to our Magistrate Judge, and have

20  him hold an evidentiary hearing on the capacity of this

21  agent, if you will, and also the adequacy of the process,

22  and make a determination.  It may well be subject matter

23  jurisdiction in the event that it is a personal

24  jurisdiction.

25        MR. ZIVIN:  I think it is an entirely different

***

17

1    issue, Your Honor, on subject matter jurisdiction.  One

2    doesn't become embroiled in a lawsuit.  One can't be made

3    a defendant merely because one owns a patent.  One has to

4    do something.  A defendant has to be put into some sort of

5    apprehension, some sort of reasonable fear that they are

6    going to be sued.

7         THE COURT:  Here, again, I think we can refer

8    this question to the Magistrate Judge.  I assume they can

9    show that Scipa was doing business here.

10        MR. ZIVIN:  It's not a question of doing

11   business, Your Honor.  It's a question of whether Consac

12   was ever threatened with a lawsuit, whether by

13   International Nutrition or even by it's predecessor

14   Scipa.  They've never been threatened by a lawsuit.  They

15   were sued by somebody else.  They are mixing up all the

16   parties here, Your Honor.  There is no claim by either

17   Scipa or it's successor, International Nutrition, that

18   Consac has infringed on a patent.  Nobody's has accused

19   them.  Nobody's threatened to sue.

20        MR. FURTH:  Horphag has.

21        MR. ZIVIN:  But Horphag doesn't speak for--

22        THE COURT:  They're 50 percent owner of the

23   patent.

24        MR. ZIVIN:  Your Honor, there is a case in this

25   district which I think is right on point.  It's an old

\*\*\*

1   case, it's a <u>Bendix</u> case.  We've cited it in our papers.

2   It's a 1950 case.  The problem that both Consac and

3   Horphag have is that they lack an indispensable party, the

4   other owner of this patent.  They cannot bring in this

5   indispensable party.  Their case really should be

6   dismissed because there is no subject matter jurisdiction

7   to resolve the issue of validity of this patent in the

8   absence of the other co-owner.  The other co-owner has no

9   obligation whatsoever to join in this lawsuit.

10        THE COURT:  You have two co-owners here.  You and

11   Horphag are the two co-owners.

12        MR. ZIVIN:  My client, International Nutrition,

13   as the other co-owner, is probably an indispensable

14   party.  They can't join this indispensable party.  This

15   case really should be dismissed.  There shouldn't be any

16   litigation here.

17        MR. FURTH:  There is provision, Your Honor, for

18   joining them.

19        THE COURT:  That doesn't make any sense.  As I

20   understand it, Horphag is suing Consac for infringement of

21   the patent.  That is your 50 percent co-owner.  How does

22   that get you out of the picture?

23        MR. ZIVIN:  Because the 50 percent owner of the

24   patent has the right to license the patent or use the

25   patent and need not account for the other company.

19

\*\*\*

1    They've done whatever they've wanted to do.  They've gone

2    off and filed a lawsuit.  Whether they have failed to join

3    an indispensable party is something that they should have

4    raised.  But they haven't done that.  Instead, these two

5    parties would rather litigate about this.  It doesn't

6    affect anybody else.  It really shouldn't be in Court.

7            MR. FURTH:  In the case which is cited in our

8    papers, the Court said they don't have to litigate.

9            THE COURT:  I will not let him out.  He will be

10   bound by whatever a verdict is rendered.

11           MR. FURTH:  If they are bound, that is fine by

12   us.

13           THE COURT:  I could use the old vouching in

14   process and keep him in here so he can't say that I wasn't

15   bound by that verdict.  I didn't have notice.  He has full

16   notice of what is happening here now.  I think if you are

17   going to keep him in as a technical matter, then you

18   better have a hearing on the personal jurisdiction

19   question.

20           MR. FURTH:  Yes, Your Honor.

21           THE COURT:  Make sure that you have jurisdiction

22   over him to that extent, so I can validly vouch him into a

23   U.S. action.  He says he is a foreign corporation.

24           MR. FURTH:  He is a foreign corporation, but he

25   owns 50 percent of the U.S. patent.

***

1    THE COURT:  If you can establish that this agent

2    is one who is authorized to accept service for a company

3    here, or he is doing business on behalf of a company here,

4    then he is in.

5    MR. FURTH:  I think we can establish that.

6    THE COURT:  He doesn't have to litigation it--

7    MR. FURTH:  We are set to see Judge Orenstein

8    later on today.

9    THE COURT:  Good foresight.

10    MR. FURTH:  We try to minimize our trips out to

11    Long Island if we can.  There was the additional question

12    raised, and I don't know if this is properly before you or

13    before Judge Orenstein, but the question of discovery in

14    France that has been scheduled.  We went through

15    considerable administrative acts getting the approval of

16    the French Ministry of Justice.

17    THE COURT:  Who are you going to take discovery

18    of?

19    MR. FURTH:  We are going to take discovery of

20    Scipa and Scerpa principals at one time.  I don't know if

21    he still is, but the named inventor on the patent,

22    Professor Masquelier.  He is also knowledgeable on the

23    trademark issue.  His testimony is absolutely essential.

24    It's vital to this case.  It is scheduled to take place

25    for mid November.

***

1        THE COURT:  When do you want it?

2        MR. FURTH:  There is application from Mr. Zivin

3    pending to hold off on the discovery, and we would urge

4    that discovery be permitted to go forward with Professor

5    Masquelier.

6        THE COURT:  He is in full notice of this matter.

7    He can participate.  He will not get out by them saying--

8    even if you are not able to prove him doing business or

9    having the nature of the transaction for business.  He is

10   on notice of what goes here.  He may well be bound.  You

11   may serve a vouching in notice and keep him on for that

12   purpose.  So, he might as well plan on being aware of what

13   is going on.  If he doesn't want to participate, that's

14   his business.

15       MR. FURTH:  Thank you, Your Honor.

16       MR. ZIVIN:  Your Honor, it's really a question of

17   costs, if they are going to take a deposition.

18       THE COURT:  You don't have to go.

19       MR. ZIVIN:  If I don't, I pretty much waive my

20   right to examine this defendant.

21       THE COURT:  That is right.

22       MR. ZIVIN:  Well--

23       THE COURT:  It is a deposition for use at trial

24   and not just a deposition for discovery purposes.

25       MR. ZIVIN:  That is right, Your Honor.

\*\*\*                                                            22

1          THE COURT:  That is one of the risks you take.   I

2     said this off the record.

3          MR. FURTH:  Thank you, Your Honor.

4          MR. JACOBY:  Thank you, Your Honor.

5          MR. ZIVIN:  Thank you Your Honor.

Horphag vs. Consac 10/28/94     CondenseIt™     00 - claiming

**00** [1]  1:11
**10017** [1]  1:19
**10021-8165** [1] 1:22
**10022** [1]  1:16
**10036** [1]  2:3
**11** [1]  1:11
**11201** [1]  1:24
**1185** [1] 2:3
**122** [1]  1:19
**1950** [1] 18:2
**1994** [1] 1:10
**28** [1]  1:10
**42nd** [1] 1:19
**50** [12]  9:22  9:23
  9:25  10:10  10:11
  13:4  14:20  15:11
  17:22  18:21  18:23
  19:25
**624-3287** [1]  1:25
**718** [1]  1:25
**75** [1]  1:24
**750** [1]  1:16
**770** [1]  1:21
**a** [75]  2:8  3:5
  3:9  3:10  3:15
  4:5  4:11  4:17
  4:18  5:9  5:23
  6:23  7:11  7:20
  7:24  7:25  8:25
  9:10  10:1  10:9
  10:13  10:15  10:16
  11:17  12:2  12:11
  12:12  12:13  12:23
  13:4  13:7  13:10
  13:17  13:17  13:20
  14:4  14:5  14:14
  14:15  14:20  15:6
  15:11  15:11  15:12
  15:18  16:2  16:22
  16:23  17:2  17:3
  17:3  17:4  17:10
  17:11  17:12  17:14
  17:18  17:24  18:1
  18:2  19:2  19:10
  19:17  19:18  19:22
  19:23  19:24  20:2
  20:3  21:11  21:16
  21:17  21:23  21:24
  23:3
**a.m** [1]  1:11
**able** [1]  21:8
**about** [8]  7:8
  7:8  7:9  11:10
  11:10  12:21  15:16
  19:5
**absence** [1]  18:8
**absolutely** [3]  16:11
  16:13  20:23
**accept** [1]  20:2
**account** [1]  18:25
**ACCURATE** [1]
  23:3
**accused** [2]  11:2
  17:18
**acknowledged** [1]
  15:6

**acquired** [1]  14:21
**acted** [1] 9:2
**action** [11]  8:18
  8:19  9:5  10:19
  12:13  16:7  16:8
  16:11  16:16  16:17
  19:23
**acts** [1]  20:15
**addition** [1]  15:22
**additional** [1]  20:11
**adequacy** [1]  16:21
**adjudicate** [1]  13:5
**adjudicated** [1] 11:1
**adjudication** [2] 10:2
  10:24
**administrative** [1]
  20:15
**advantage** [1]  10:22
**affect** [1]  19:6
**affidavit** [1]  13:22
**affiliate** [1]  10:7
**affirmative** [1]  4:3
**affirmatively** [3]
  4:1  8:2  9:15
**afternoon** [1]  9:2
**again** [5] 3:24  4:1
  4:17  5:7  17:7
**against** [30]  2:14
  3:3  3:4  3:6
  3:20  3:24  4:3
  4:6  4:14  4:17
  5:1  5:8  5:15
  6:5  6:6  6:7
  6:15  6:18  6:19
  7:7  7:14  7:16
  8:2  8:8  8:9
  8:23  9:5  9:16
  11:17  15:25
**age** [1]  3:18
**agent** [6] 15:6  15:8
  15:17  15:18  16:21
  20:1
**agree** [1] 6:3
**agreeable** [1]  6:22
**agreement** [1]  4:12
**ahead** [4]  5:24
  5:24  7:6  12:9
**AL** [1]  1:9
**aligned** [1]  12:19
**all** [7]  2:15  6:2
  6:10  8:11  10:25
  11:1  17:15
**alleging** [1]  15:14
**also** [3]  15:10  16:21
  20:22
**am** [11]  2:9  3:8
  3:18  6:23  7:7
  7:8  7:8  7:23
  8:24  15:16  15:16
**amending** [1]  10:22
**America** [1]  5:14
**Americas** [1]  2:3
**an** [15]  10:6  10:7
  10:24  13:1  13:15
  13:22  15:3  15:18

**16:20**  16:25  17:25
  18:3  18:13  19:3
  23:3
**and** [65]  1:4  1:6
  1:10  2:15  2:19
  2:19  2:23  2:23
  3:5  3:5  3:6
  3:7  3:11  4:4
  5:4  5:21  5:24
  6:21  6:21  9:21
  10:10  10:12  10:17
  10:21  10:24  11:1
  11:6  11:19  11:19
  11:21  12:4  12:5
  12:7  12:12  12:12
  12:17  13:14  13:17
  13:18  13:18  13:20
  14:7  14:7  14:14
  15:6  15:8  15:14
  15:19  15:23  16:3
  16:19  16:21  16:22
  18:2  18:10  18:25
  19:2  19:14  20:12
  20:20  21:3  21:11
  21:24  23:3  23:7
**another** [1]  9:17
**any** [16]  4:3  4:6
  4:12  5:8  5:15
  6:6  6:14  6:18
  9:20  14:12  14:16
  14:17  14:23  14:25
  18:15  18:19
**anybody** [1]  19:6
**anymore** [1]  16:9
**anything** [2]  7:7
  14:20
**anyway** [2]  3:15
  12:15
**Appearances** [2]
  1:14  2:1
**application** [1]  21:2
**applied** [1]  7:16
**APPLIQEE** [1]  1:5
**apprehension** [1]
  17:5
**approval** [1]  20:15
**are** [48]  2:11  2:12
  2:15  2:17  2:17
  2:23  2:24  3:15
  3:15  4:11  4:12
  5:24  7:6  8:8
  9:3  9:10  9:17
  10:7  10:13  10:15
  11:13  11:24  12:9
  12:18  12:19  12:24
  13:1  13:1  13:10
  13:18  14:21  15:4
  15:13  15:20  15:21
  16:9  16:12  16:12
  17:5  17:15  18:11
  19:11  19:16  20:7
  20:17  20:19  21:8
  21:17
**arguendo** [2]  14:9
  15:22
**argument** [1]  14:19
**as** [20]  5:5  7:6
  7:6  8:7  8:7
  8:25  9:1  9:8
  9:13  9:20  9:25

**10:16**  14:24  14:24
  15:1  16:18  18:13
  18:19  19:17  21:12
**asked** [2]  5:14
  5:20
**asking** [1]  7:23
**assert** [9]  4:1
  4:20  5:1  5:8
  6:14  7:15  8:4
  8:9  15:5
**asserted** [3]  7:9
  7:13  9:5
**asserting** [3]  3:23
  6:6  8:2
**assertive** [1]  8:8
**assigned** [1]  9:23
**assume** [5]  12:14
  13:15  13:19  14:9
  17:8
**assuming** [1]  12:11
**at** [6]  2:11  2:20
  3:14  11:24  20:20
  21:23
**attachment** [1]  13:20
**Attorneys** [1]  2:2
**authorized** [1]  20:2
**Avenue** [3]  1:16
  1:21  2:3
**aware** [1]  9:1
**B** [1]  23:7
**back** [2] 16:1  16:18
**barred** [2]  9:18
  12:14
**basis** [2] 15:4  15:10
**be** [20]  4:13  5:25
  6:16  8:5  8:7
  10:23  12:22  13:7
  16:15  16:22  17:2
  17:4  17:6  18:5
  18:15  18:15  19:6
  19:9  21:4  21:10
**became** [1]  8:25
**because** [8]  4:9
  7:13  14:11  16:1
  16:7  17:3  18:6
  18:23
**become** [1]  17:2
**been** [5]  4:10  4:23
  11:20  17:14  20:14
**before** [10]  1:12
  3:5  3:10  9:25
  10:23  11:16  16:12
  20:12  20:13  23:5
**behalf** [1]  20:3
**being** [2] 12:2  21:12
**believe** [1]  5:18
**belongs** [1]  9:12
**Bendix** [1]  18:1
**better** [1]  19:18
**between** [1]  12:17
**both** [3]  10:20  16:12
  18:2
**bound** [5]  13:7
  19:10  19:11  19:15

**21:10**
**brief** [1] 13:20
**briefed** [1]  11:21
**briefly** [1]  9:10
**bring** [6] 4:5  4:6
  5:6  5:7  9:25
  18:4
**bringing** [1]  4:3
**Brooklyn** [1]  1:24
**brought** [2]  9:9
  11:2
**business** [12]  12:17
  14:12  14:16  14:17
  14:23  14:25  17:9
  17:11  20:3  21:8
  21:9  21:14
**but** [12]  6:6  7:2
  8:5  8:8  11:16
  13:20  16:13  17:21
  19:4  19:24  20:13
  20:21
**buy** [1]  15:9
**by** [23]  1:17  1:20
  1:22  2:4  2:8
  6:18  8:22  9:8
  9:9  9:18  10:10
  12:15  13:7  16:4
  17:12  17:13  17:14
  17:15  17:16  19:10
  19:11  19:15  21:7
**C** [1]  1:13
**C-93-2522** [1]  1:6
**can** [13]  5:9  7:21
  7:25  8:1  10:20
  12:14  17:7  17:8
  19:22  20:1  20:5
  20:11  21:7
**can't** [4] 9:15  17:2
  18:14  19:14
**cannot** [1]  18:4
**capacity** [1]  16:20
**caption** [1]  10:22
**care** [2]  6:25  12:20
**case** [23]  2:24  3:10
  3:11  9:1  10:14
  10:15  10:23  11:14
  11:16  11:17  12:22
  13:5  15:25  15:25
  16:6  17:24  18:1
  18:1  18:2  18:5
  18:15  19:7  20:24
**cases** [5] 2:12  10:20
  10:21  16:12  16:13
**cast** [1]  4:23
**CERTIFY** [1]  23:2
**Chief** [2] 1:13  23:6
**choice** [1]  7:2
**cited** [2]  18:1  19:7
**Civil** [1]  2:6
**CIVILE** [2]  1:3
  1:4
**claim** [8]  3:3
  3:4  6:7  6:12
  6:21  8:5  15:31
  17:36
**claiming** [1]  13:3

Horphag vs. Consac 10/28/94 — CondenseIt™ — claims - go-

claims [20] 2:16
3:20  3:24  4:3
4:5  4:6  5:8
5:15  5:16  6:14
6:18  7:8  7:9
7:9  7:13  7:15
8:2  8:8  8:9
12:24
client [7]  6:19
6:19  6:19  9:24
12:1  12:21  18:12
Clinton [1]  1:24
cloud [4]  4:22
4:24  5:3  5:9
clouded [1]  7:12
co-owner [5]  10:1
18:8  18:8  18:13
18:21
co-owners [3]  13:6
18:10  18:11
COBRIN [1]  1:15
Columbia [5]  8:20
10:18  13:24  16:1
16:5
company [7]  3:9
7:17  9:6  14:14
18:25  20:2  20:3
competitors [1] 12:19
complaint [1]  12:13
complete [2]  10:1
23:3
complex [1]  12:11
complied [1]  16:4
concerned [2]  8:8
15:16  15:17
concerning [1]  9:20
concerns [1]  9:4
confuse [1]  5:4
Consac [18]  1:9
2:7  2:14  2:18
3:4  8:17  9:5
9:9  10:25  12:17
15:7  15:25  16:11
17:11  17:18  18:2
18:20  23:7
Consac's [1]  11:17
consent [1]  4:2
considerable [1]
20:15
consistently [2] 5:4
7:12
consolidate [2]  3:10
10:21
CONSTITUTE [1]
23:8
continue [1]  8:3
COOPER [1]  2:1
corporation [3]  14:15
19:23  19:24
correct [2]  11:5
13:16
costs [1] 21:17
could [3]  12:20
14:25  19:13
counsel [2]  5:7
11:9

Counselor [1]  6:25
count [3]  4:19
5:3  6:3
counterclaim [3]
6:7  6:21  9:9
Counterclaim-Defendants
[1]  1:7
Counterclaim-Plaintiff
[1]  1:10
Counterclaimant [1]
1:21
counterclaims [2]
5:16  15:14
Country [2]  3:24
4:4
counts [2]  4:17
4:18
course [1]  12:10
Court [91]  1:1
2:8  2:14  2:22
3:1  3:3  3:6
3:12  3:15  3:20
3:23  4:2  4:8
4:11  4:20  4:24
5:6  5:7  5:13
5:20  5:23  6:5
6:14  6:18  6:25
7:3  7:5  7:6
7:13  7:20  7:21
7:24  8:7  8:12
8:14  8:18  8:21
9:3  9:12  9:15
9:25  10:4  10:9
10:13  11:3  11:6
11:9  11:13  11:23
12:4  12:7  12:9
12:23  13:5  13:8
13:10  13:13  13:19
13:22  14:4  14:9
14:23  15:3  15:16
15:21  15:23  16:6
16:8  16:15  16:18
17:7  17:22  18:10
18:19  19:6  19:8
19:9  19:13  19:21
20:1  20:6  20:9
20:17  21:1  21:6
21:18  21:21  21:23
22:1  23:5  23:15
Court's [1]  2:20
Courthouse [1]  1:8
COURTROOM [1]
2:6
criteria [1]  14:18
cross [7] 2:16  3:24
5:16  6:7  6:11
6:21  8:5
cross-claims [1] 3:6
d'AQUITAINE [1]
1:4
d'INVESTIGATIONS
[1]  1:3
D.C [2]  14:1  16:16
Dealing [1]  2:14
decided [1]  16:6
decides [1]  12:12
decision [1]  10:20
declaration [5]  9:10

10:9  13:17  13:17
13:21
declaratory [3] 10:19
13:10  16:16
defendant [6]  1:10
3:15  16:15  17:3
17:4  21:20
defendants [7]  1:18
2:8  2:9  2:10
2:10  2:21  9:9
defense [1]  4:17
defenses [1]  8:4
defensive [2]  4:5
4:21
defensively [2] 8:3
8:9
deficient [1]  3:19
deposition [3]  21:17
21:23  21:24
DEPUTY [1]  2:6
determination [1]
16:22
determine [5]  11:23
12:3  12:10  13:8
13:13
did [3]  6:2  7:15
11:9
didn't [3]  5:20
8:23  19:15
difference [1]  10:22
different [1]  16:25
discovery [6]  20:13
20:17  20:19  21:3
21:4  21:24
discussing [1]  14:21
disingenuous [1]
15:11
dismiss [3]  2:16
6:3  11:17
dismissal [1]  5:2
dismissed [4]  8:6
8:7  18:6  18:15
dispute [1]  12:16
district [1]  1:1
1:1  1:13  8:20
10:18  13:23  16:1
16:5  17:25  23:5
23:6
do [16]  2:10  2:22
7:25  8:1  12:14
12:21  12:23  14:16
14:19  14:23  14:24
15:15  16:18  17:4
19:1  21:1
does [5]  10:10  14:16
14:20  14:23  18:21
doesn't [11]  9:20
14:11  14:17  14:19
14:24  17:2  17:21
18:19  19:5  20:6
21:13
doing [5]  14:12
17:9  17:10  20:3
21:8
don't [23]  3:13
3:23  4:14  4:25
5:6  5:7  5:8

5:25  6:11  6:25
7:7  7:7  9:17
11:15  12:16  12:24
13:9  15:1  19:8
20:12  20:20  21:18
21:19
done [2] 19:1  19:4
dragged [1]  12:22
drop [2]  3:6  3:20
dropped [2]  3:3
3:4
DUNHAM [1]  2:1
E [2]  23:2  23:14
each [1]  9:22
East [1]  1:19
EASTERN [2]  1:1
23:5
either [4]  4:21
12:19  14:25  17:16
elementary [1]  13:15
else [2]  17:15  19:6
embroiled [1]  17:2
ENTIRE [1]  23:4
entirely [1]  16:25
entitled [1]  6:20
enumerated [1]  14:18
ESQ [4]  1:17  1:20
1:22  2:4
essential [1]  20:23
establish [2]  20:1
20:5
et [3]  1:5  1:5
1:9
even [5] 10:13  11:23
15:8  17:13  21:8
event [4] 4:5  4:14
5:16  16:23
ever [1]  17:12
every [1] 10:5
everybody [1]  10:23
evidentiary [2]  15:3
16:20
examine [1]  21:20
except [1]  4:21
explain [1]  7:5
extent [2]  11:3
19:22
fact [3]  8:25  10:23
16:13
failed [1]  19:2
far [2]  8:7  14:24
fashion [1]  12:25
fear [1]  17:5
fifty [1] 9:6  11:4
11:6
fight [1] 12:20
filed [2] 11:16  19:2
find [1] 16:14
finding [1]  13:7
fine [1]  19:11
first [3]  9:5  10:23
13:13
for [28]  1:15  1:18

1:21  2:2  3:9
7:16  9:3  10:24
11:1  11:13  14:19
14:25  15:5  15:11
15:18  16:2  16:3
17:21  18:17  18:20
18:25  20:2  20:25
21:9  21:11  21:23
21:24  23:5
FOREGOING [1]
23:3
foreign [2]  19:23
19:24
foresight [1]  20:9
forum [1]  10:21
forward [1]  21:4
France [5]  4:18
5:12  5:19  7:22
fraudulently [1] 6:12
French [5]  7:18
7:24  7:25  9:8
20:16
from [9] 3:19  7:22
8:1  8:20  14:21
15:7  15:9  15:10
21:2
full [2]  19:15  21:6
fully [1] 11:20
Furth [32]  1:20
8:16  8:16  8:19
8:25  9:4  9:13
9:19  10:6  10:12
10:15  13:3  13:12
13:23  14:2  15:4
15:20  15:22  16:10
17:20  18:17  19:7
19:11  19:20  19:24
20:5  20:7  20:10
20:19  21:2  21:15
22:3
game [1] 12:9
gentleman [1]  8:22
get [7]  7:7  8:23
10:1  10:20  12:4
18:22  21:7
getting [1]  20:15
GITTES [27]  1:15
1:17  2:19  2:23
3:2  3:4  4:9
4:16  4:22  5:2
5:11  5:22  5:22
6:2  6:10  6:16
6:23  7:2  7:5
7:11  7:15  7:19
7:23  8:5  8:11
8:13  11:11
go [4]  5:24  15:25
21:4  21:18
goes [16:18  21:10
going [10]  4:11
4:20  4:25  6:14
17:6  19:17  20:17
20:19  21:13  21:17
gone [1] 19:1
Good [1] 20:9
goods [1]  5:5
got [3]  7:3  12:11

Case 3:01-cv-00478-AVC    Document 238-13    Filed 07/18/2005    Page 25 of 28

Horphag vs. Consac 10/28/94          CondenseIt™                    grounds - M

12:13
grounds [1]    11:18
guys [1] 9:12
H [1]    2:4
had [9]  9:2    10:6
10:17  10:18  11:16
12:21  13:20  13:25
15:18
Halfway [1]    9:22
HAMBURG [1] 1:18
happened [2]   10:4
10:19
happening [1]  19:16
has [18]  4:23   7:24
8:9    9:6    11:20
12:2   12:18  13:25
16:15  17:3   17:4
17:18  17:18  17:20
18:8   18:24  19:15
20:14
have [58] 3:5   3:18
4:10   4:12   4:13
5:4    7:2    7:3
7:11   7:18   8:21
11:1   11:10  11:16
11:23  12:10  12:23
13:6   13:9   13:13
13:19  14:11  14:17
14:25  15:1   15:15
15:19  16:19  18:3
18:10  19:2   19:3
19:8   19:15  19:18
19:21  20:6   21:18
haven't [1]    19:4
having [1]    21:9
he [47]  4:16   4:20
4:24   4:25   4:25
5:7    5:9    5:11
5:13   5:15   5:15
5:20   5:20   5:21
6:14   6:20   7:12
7:24   7:24   8:3
8:9    11:10  12:14
12:14  12:24  13:4
14:10  15:21  19:9
19:14  19:15  19:23
19:23  19:24  19:24
20:3   20:4   20:6
20:21  20:22  21:6
21:7   21:7   21:9
21:10  21:12  21:13
heard [1] 5:18
hearing [3]    3:19
16:20  19:18
Herbert [2]    1:22
3:17
here [19] 2:12  2:17
4:20   4:24   5:1
5:6    5:17   7:8
8:22   9:15   10:16
10:19  11:2   14:20
14:23  14:25  16:6
16:7   16:8   17:7
17:9   17:16  18:10
18:16  19:14  19:16
20:3   20:3   21:10
HEREBY [1]    23:2
him [26] 5:6    5:7
5:14   5:17   5:18
5:20   6:8    6:15
6:20   7:7    7:14
7:16   7:22   8:1
8:4    8:23   9:3
12:12  16:20  19:9
19:14  19:17  19:22
19:22  21:8   21:11
his [7]  4:15   4:16
6:3    6:19   7:16
20:23  21:14
hold [2]  16:20  21:3
bolder [1]    14:14
Honor [42]    2:13
2:25   3:11   3:17
4:9    4:16   4:22
5:2    5:22   6:10
6:16   6:23   7:11
7:19   9:19   10:24
11:5   11:8   11:12
11:15  12:1   13:12
13:16  14:3   14:13
14:18  15:4   15:11
15:22  16:12  17:1
17:11  17:16  17:24
18:17  19:20  21:15
21:16  21:25  22:3
22:4   22:5
Honor's [1]   15:24
HONORABLE [1]
1:13
Horphag [21]  1:2
2:6    2:14   2:16
2:19   2:23   3:6
3:21   4:3    9:21
10:11  10:12  11:6
12:12  12:17  16:10
17:20  17:21  18:3
18:11  18:20
Horphag's [1]  11:9
HORPLAG [1] 23:7
How [2] 5:9    18:21
I [72]   2:9    2:15
2:19   2:20   3:8
3:8    3:13   3:13
5:18   3:18   5:14
5:18   5:18   5:20
5:25   5:25   6:10
6:23   6:25   7:2
7:3    7:5    7:7
7:8    7:8    7:15
7:19   7:20   7:21
7:23   7:25   8:1
8:16   8:23   8:24
8:25   9:17   9:19
11:9   11:15  11:23
12:14  12:16  12:23
13:15  13:19  14:24
15:1   15:16  15:16
16:13  16:18  16:18
16:19  16:25  17:7
17:8   17:25  18:19
19:9   19:13  19:14
19:15  19:16  19:22
20:5   20:12  20:20
21:19  21:19  22:1
23:2
ideas [1] 11:10
if [23]  5:6    5:7
5:20   9:17   9:19
10:20  12:9   12:20
13:7   14:9   15:22
16:13  16:21  19:11
19:16  20:1   20:11
20:12  20:20  21:8
21:13  21:17  21:19
improper [1]   14:8
in [76]  2:24   3:24
4:3    4:5    4:5
4:14   4:17   4:18
4:21   5:6    5:16
5:18   6:3    6:5
6:23   7:10   7:19
7:22   8:2    9:5
9:7    9:9    10:4
10:6   10:7   10:17
10:20  10:22  11:14
11:21  12:2   12:2
12:13  12:14  12:18
12:25  13:5   13:6
13:9   13:23  14:1
14:1   14:16  14:17
14:18  14:20  14:21
15:6   15:6   15:12
15:13  15:22  15:23
16:4   16:7   16:13
16:14  16:16  16:23
17:2   17:24  18:1
18:4   18:7   18:9
19:6   19:7   19:7
19:13  19:14  19:17
20:4   20:13  21:6
21:11  23:6
INC [8]  1:3    10:12
13:7   15:10  15:23
15:25  16:15  16:15
INC's [1]    15:6
15:7
IND [1]  1:9
indispensable [5]
18:3   18:5   18:13
18:14  19:3
Industries [1]  8:17
infringed [2]  10:3
17:18
infringement [3]
10:25  12:3   18:20
infringing [3]  11:2
12:24  13:2
Instead [1]   19:4
interest [7]   9:7
9:12   10:6   12:2
12:18  14:20  15:12
International [15]
1:3    2:2    3:9
8:21   9:6    9:24
9:25   10:10  11:18
12:1   12:18  14:13
17:13  17:17  18:12
into [5]  5:7    11:2
12:22  17:4   19:22
invalid [1]   13:4
invalidity [2]  9:10
15:14
inventor [1]   20:21
involve [2]   4:18
9:20
involved [2]   10:7
12:2
is [106]  2:8    2:15
3:12   3:17   3:25
4:7    4:13   4:19
4:20   4:24   4:25
4:25   5:9    5:11
5:13   6:9    6:14
6:20   6:20   6:21
7:21   7:25   8:1
8:16   8:18   8:19
8:23   9:8    9:16
10:2   10:3   10:10
10:21  10:22  10:23
10:25  11:5   11:8
11:21  11:24  12:14
12:17  12:17  13:4
13:4   13:7   13:15
13:22  13:23  14:4
14:4   14:6   14:9
14:14  14:16  15:3
15:8   15:9   15:10
15:10  15:13  15:17
15:23  15:24  16:8
16:9   16:10  16:11
16:13  16:14  16:19
16:23  16:25  17:16
17:24  17:25  18:3
18:6   18:13  18:17
18:20  18:21  19:3
19:7   19:10  19:11
19:16  19:23  19:24
20:2   20:2   20:3
20:4   20:12  20:21
20:22  20:23  20:24
21:2   21:6   21:9
21:13  21:21  21:23
21:25  22:1
Island [1]    20:11
isn't [1]  4:8
issue [4] 13:18  17:1
18:7   20:23
issues [2]    9:20
10:8
it [41]   4:1    4:13
4:13   4:20   5:1
6:20   7:1    7:1
7:2    7:17   8:7
9:14   10:2   12:4
12:18  13:19  14:4
14:8   14:9   14:16
14:17  14:19  14:20
14:21  15:10  16:7
16:10  16:13  16:18
16:19  16:22  16:23
16:25  18:1   18:20
19:5   19:6   20:6
20:24  21:1   21:23
it's [12]  6:13   14:15
14:15  17:10  17:11
17:13  17:17  17:25
18:1   18:2   20:24
21:16
its [1]   9:23
Jacoby [11]    1:22
3:17   3:18   3:22
3:25   4:7    6:2
6:9    7:18   8:15
22:4
join [5] 10:16  12:12
18:9   18:14  19:2
joined [1]    10:17
joining [1]   18:18
JORDAN [1]   1:18
Judge [9]    1:13
3:10   9:2    11:16
16:19  17:8   20:7
20:13  23:6
judgment [3]   10:19
13:11  16:16
juncture [1]   11:25
jurisdiction [17] 11:19
11:19  13:14  14:11
14:19  15:1   15:5
15:23  15:24  16:2
16:14  16:23  16:24
17:1   18:6   19:18
19:21
just [5]  8:25   10:16
12:4   15:25  21:24
Justice [1]   20:16
keep [3] 19:14  19:17
21:11
knew [1] 16:7
know [8] 3:13   9:9
11:15  14:24  15:2
15:12  20:12  20:20
knowledgeable [1]
20:22
L'ETUDE [1]   1:5
la [1]   1:5
LACHER [1]    1:21
lack [5] 11:18  11:19
11:20  15:1   18:3
last [2]  9:21   14:18
later [1]  20:8
law [4]  14:4   14:7
14:7   14:16
lawsuit [10]   7:10
9:13   9:21   12:2
14:1   17:2   17:12
17:14  18:9   19:2
lawyers [1]   5:25
learned [1]   10:18
leave [1] 7:1
less [1]  12:20
let [1]  19:9
Let's [1] 14:9
letter [1] 15:7
letters [1]    7:20
Lexington [2]  1:16
1:21
license [2]   15:10
18:24
Liechtenstein [2]
14:15  14:16
like [2]  2:20   11:11
limit [1] 5:15
litigate [2]   19:5
19:8
litigation [4]  13:9
15:13  13:16  20:6
long [2] 7:6    20:11
lose [2] 5:24   7:4
LOVELL-TAYLOR
[1]    1:21
LTD [1] 1:2
M [1]   1:3    1:20
2:19   2:23   3:6

Case 3:01-cv-00478-AVC   Document 238-13   Filed 07/18/2005   Page 26 of 28

Horphag vs. Consac 10/28/94          CondenseIt™          MacKenzie - provision

MacKenzie [1]   13:5
made [1] 17:2
Magistrate [2]   16:19
17:8
make [4] 10:16   16:22
18:19   19:21
March [2]        9:13
14:22
MARVIN [1]       1:17
Masquelier [2] 20:22
21:5
matter [9]       8:25
11:19   12:5   16:22
17:1   18:6   19:17
21:6   23:7
may [9] 4:13     7:5
7:19   9:19   11:10
11:23   16:22   21:10
21:11
me [1]   11:11
merely [1]       17:3
mid [1] 20:25
middle [1]       15:13
might [1]        21:12
minimize [1]     20:10
Ministry [1]     20:16
misappropriated [1]
6:12
mixing [1]       17:15
moment [2]       4:11
11:13
morning [1]      8:24
motion [12]      1:10
2:6    2:8    2:16
3:5    3:10   3:12
8:14   10:16  11:17
11:20  14:18
moved [1]        14:25
moving [1]       7:20
Mr [94] 2:12    2:19
2:23   3:2    3:4
3:8    3:13   3:17
3:22   3:25   4:7
4:9    4:16   4:22
5:2    5:11   5:18
5:22   6:2    6:2
6:9    6:10   6:16
6:23   7:2    7:5
7:11   7:15   7:18
7:19   7:23   8:5
8:11   8:13   8:15
8:16   8:19   8:25
9:4    9:13   9:19
9:23   10:6   10:12
10:15  11:5   11:8
11:11  11:15  12:1
12:6   12:8   12:16
13:1   13:3   13:12
13:16  13:20  13:23
13:25  14:2   14:6
14:13  14:24  15:4
15:20  15:22  16:10
16:25  17:10  17:20
17:21  17:24  18:12
18:17  18:23  19:7
19:11  19:20  19:24
20:5   20:7   20:10
20:19  21:2   21:2

21:15   21:16   21:19
21:22   21:25   22:3
22:4    22:5
much [1] 21:19
must [1] 5:25
my [8]   3:17    7:20
8:16   11:8    12:1
12:21  18:12   21:19
name [3] 3:17    8:16
9:17
named [1]        20:21
nature [2]       5:5
21:9
need [4] 4:22    5:2
13:6   18:25
never [2] 10:6   17:14
New [14] 1:1     1:8
1:16   1:16    1:19
1:19   1:22    1:22
1:24   2:3     2:3
14:7   16:7    23:6
newspaper [1]    14:1
next [1] 8:14
no [19]  5:20    7:2
7:15   7:21    10:21
10:22  12:2    12:4
12:5   12:7    12:18
13:1   13:20   15:23
16:10  16:14   17:16
18:6   18:8
Nobody's [2]     17:18
17:19
Norman [2]       2:4
3:8
not [39]  3:25   4:11
4:12   4:20    4:25
5:8    6:6     6:14
7:9    7:15    7:22
7:23   8:8     8:24
9:2    10:13   10:15
11:9   11:13   11:13
11:23  12:14   12:19
12:20  12:22   13:1
14:4   14:16   15:16
15:21  15:24   16:8
16:13  17:10   18:25
19:9   21:7    21:8
21:24
nothing [3]      7:25
12:21  15:15
notice [6]       13:25
19:15  19:16   21:6
21:10  21:11
noticed [1]      3:9
November [1]     20:25
now [5] 9:24     10:25
11:3   12:11   19:16
Nutrition [13]   2:2
3:9    8:22    9:6
9:24   9:25    11:18
12:2   12:18   14:14
17:13  17:17   18:12
obligated [1]    15:18
obligation [1]   18:9
October [1]      1:10
of [99]   1:1    1:10
2:3    2:9     2:16
4:17   4:18    5:5

5:14   5:23    5:25
7:20   8:20    8:25
9:1    9:10    9:11
9:13   9:20    9:22
10:1   10:2    10:18
10:23  10:24   10:25
11:2   11:4    11:18
11:18  11:19   11:20
12:3   12:4    12:6
12:7   12:9    12:10
12:10  12:13   13:4
13:8   13:8    13:14
13:22  13:23   13:25
14:4   14:5    14:6
14:11  14:14   14:16
14:17  14:22   15:1
15:5   15:7    15:13
15:14  15:19   16:1
16:3   16:4    16:5
16:7   16:20   16:21
17:4   17:5    17:10
17:11  17:22   18:4
18:7   18:7    18:8
18:20  18:22   18:23
19:16  19:25   20:3
20:13  20:15   20:16
20:18  20:19   21:6
21:9   21:10   21:12
21:16  22:1    23:4
23:4   23:6    23:7
23:8
off [4]   4:24   19:2
21:3   22:2
offer [2] 4:15   4:16
offering [1]     5:9
Okay [2] 8:12    8:14
old [2]   17:25  19:13
on [26]   4:23   5:3
5:10   8:24    9:2
9:16   11:18   13:6
13:6   13:17   13:19
16:15  16:20   17:1
17:18  17:25   19:18
20:3   20:8    20:21
20:22  21:3    21:10
21:11  21:12   21:13
once [1] 11:1
one [12]  4:18   5:3
13:23  15:5    15:10
17:1   17:2    17:3
17:3   20:2    20:20
22:1
only [6] 4:4     4:13
4:16   7:13    8:1
15:17
opposed [1]      7:17
or [15]   4:12   4:13
5:16   6:7     7:1
7:22   8:9     10:2
12:3   17:13   17:17
18:24  20:3    20:12
21:8
order [1] 13:5
Orenstein [2]    20:7
20:13
original [3]     2:24
3:1    23:8
other [13]       2:1
7:9    9:16    30:11
11:6   11:10   16:7

16:8   18:4    18:8
18:8   18:13   18:25
others [1]       2:15
our [13]  4:23   5:4
6:13   7:12    9:2
10:15  10:18   13:18
13:18  16:19   18:1
19:7   20:10
out [8]   5:23   5:25
7:19   12:4    18:22
19:9   20:10   21:7
outfit [1]       15:8
outside [1]      16:3
over [7]  2:17   2:17
3:16   8:22    16:2
16:15  19:22
own [3]  10:11   11:3
14:20
owned [2]        9:7
10:10
owner [6]        13:1
13:4   15:7    17:22
18:4   18:23
owners [1]       9:22
owns [3] 11:6    17:3
19:25
package [1]      11:21
PAGES [1]        23:3
23:7
papers [8]       7:20
8:23   11:15   13:18
13:18  13:19   18:1
19:8
part [1] 9:8
participate [3] 13:9
21:7   21:13
particularly [1] 4:10
parties [2]      17:16
19:5
party [10]       9:16
10:13  10:15   12:19
15:11  18:3    18:5
18:14  18:14   19:3
pass [1] 5:9
past [1] 10:17
patent [43]      9:4
9:7    9:11    9:16
9:20   9:22    10:1
10:2   10:7    10:10
10:25  11:1    11:4
12:3   12:10   12:25
13:3   13:6    13:6
13:8   14:2    14:5
14:7   14:10   14:14
14:21  15:12   15:13
15:14  16:1    16:2
16:17  17:3    17:18
17:23  18:4    18:7
18:21  18:24   18:24
18:25  19:25   20:21
21:4
pending [5]      9:14
16:8   16:10   16:11
21:3
percent [15]     9:7
9:22   9:23    10:1
10:10  10:11   11:4
11:7   13:4    14:20
15:12  17:22   18:21

16:8   18:4    18:8
18:8   18:13   18:25
18:23  19:25
Perhaps [1]      15:1
permission [1]   2:20
permitted [1]    21:4
personal [9]     11:19
13:14  14:11   14:19
15:23  16:2    16:14
16:23  19:14
PHARMACOLOGIQUES
[1]    1:4
PHYTOCHIMIE [1]
1:5
picture [1]      18:22
place [2] 14:16  20:24
plaintiff [1]    12:11
plaintiffs [7]   1:6
1:15   2:11    2:15
2:24   2:24    3:1
plaintiffs' [1]  2:16
plan [1] 21:12
PLATT [2]        1:13
23:6
point [2] 7:19   17:25
posture [2]      4:5
4:21
pour [1] 1:4
preclude [2]     7:21
8:1
predecessor [1] 17:13
prejudice [11]   3:7
3:22   4:2     5:3
6:3    6:5     6:6
6:17   6:18    6:20
8:6
prepared [2]     10:16
13:7
presence [1]     15:5
President [1]    15:7
PRESIDING [1]
23:6
pretty [1]       21:19
previously [1]   9:7
principals [1]   20:20
probably [2]     11:21
18:13
problem [2]      12:24
18:2
proceeding [3]   10:5
23:4   23:8
proceedings [1] 9:23
process [7]      12:6
12:7   13:14   15:19
16:4   16:21   19:14
product [1]      5:10
products [1]     15:9
Professor [2]    20:22
21:4
proper [4]       11:20
13:14  14:7    14:8
properly [1]     20:12
prove [1]        21:8
provides [2]     16:2
16:3
provision [1]    18:17

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| public [1] | 5:5 | rights [1] | 14:15 | sit [2]  2:20 | 3:13 | taking [1] | 4:24 | 9:16  9:18  9:19 |
| publication [1] | 16:4 | risks [1] 22:1 | | sitting [1] | 2:11 | talk [2]  5:23 | 11:9 | 9:20  9:21  9:22 |
| published [1] | 13:25 | RONALD [2] | 23:2 | situation [2] | 6:23 | talking [3] | 7:8 | 9:22  9:25  10:1 |
| purchase [1] | 15:11 | 23:14 | | 7:11 | | 7:8    7:9 | | 10:4  10:6  10:7 |
| purchased [1] | 9:6 | S [1]    1:17 | | so [7]    7:3 | 12:16 | technical [1] | 19:17 | 10:9  10:9  10:11 |
| purchasing [1] | 5:5 | said [6]  5:15 | 5:21 | 16:13  16:18 | 19:14 | testimony [1] | 20:23 | 10:13  10:17  10:18 |
| purpose [1] | 21:12 | 5:21    6:12 | 19:8 | 19:22  21:12 | | Thank [5] | 8:15 | 10:20  10:20  10:21 |
| purposes [1] | 21:24 | 22:2 | | SOCIETE [2] | 1:3 | 21:15  22:3 | 22:4 | 10:22  10:23  10:23 |
| Pursuant [1] | 14:2 | same [2] 9:4 | 10:21 | 1:4 | | 22:5 | | 10:24  11:3  11:3 |
| put [1]   17:4 | | SAMUEL [1] | 1:15 | sold [1]  9:14 | | that [85]  3:10 | 3:12 | 11:4  11:6  11:6 |
| Pycnogenol [1] | 4:10 | satisfactory [1] | 4:8 | solicited [1] | 15:9 | 3:18    3:25 | 4:7 | 11:9  11:13  11:13 |
| question [19] | 5:15 | say [6]  4:12 | 5:18 | some [5] 7:9 | 12:25 | 4:8    4:12 | 4:14 | 11:16  11:18  11:21 |
| 9:16   11:24 | 12:11 | 14:10  15:15 | 15:20 | 13:19  17:4 | 17:5 | 4:19    4:22 | 5:3 | 11:23  12:3  12:4 |
| 12:13  12:15 | 13:7 | 19:14 | | somebody [1] | 17:15 | 5:9    5:14 | 5:16 | 12:7  12:9  12:9 |
| 13:15  14:4 | 14:5 | saying [4] | 4:25 | something [4] | 4:14 | 5:18    6:9 | 6:11 | 12:10  12:10  12:11 |
| 14:6   15:3 | 17:8 | 11:24  16:9 | 21:7 | 12:21  17:4 | 19:3 | 6:16    6:21 | 7:19 | 12:15  12:16  12:22 |
| 17:10  17:11 | 19:19 | says [3] 7:24 | 15:21 | sort [3]  5:4 | 17:4 | 7:21    7:25 | 8:19 | 12:23  12:24  13:3 |
| 20:11  20:13 | 21:16 | 19:23 | | 17:5 | | 9:1    9:4 | 9:7 | 13:4  13:5  13:6 |
| R [2]    1:23 | 1:23 | Scerpa [5] | 3:5 | speak [2] | 11:11 | 9:16    9:17 | 10:7 | 13:7  13:8  13:9 |
| raise [1] 4:17 | | 3:5    10:4 | 10:17 | 17:21 | | 10:9  10:18 | 10:19 | 13:10  13:13  13:13 |
| raised [2] | 19:4 | 20:20 | | speaking [2] | 5:11 | 11:3  11:5 | 11:8 | 13:14  13:19  13:22 |
| 20:12 | | scheduled [2] | 20:14 | 5:13 | | 11:20  11:21 | 12:14 | 13:23  13:25  13:25 |
| rather [1] | 19:5 | 20:24 | | specific [1] | 5:14 | 12:23  12:24 | 13:3 | 14:1  14:2  14:4 |
| reached [1] | 3:18 | Scipa [16] | 3:5 | sponte [1] | 16:6 | 13:6  13:15 | 13:17 | 14:6  14:7  14:9 |
| really [8] | 6:25 | 3:5    9:8 | 9:17 | started [1] | 9:21 | 14:4  14:9 | 14:18 | 14:10  14:17  14:17 |
| 11:14  12:20 | 12:22 | 9:18    9:21 | 9:23 | state [1] 15:6 | | 15:3  15:5 | 15:7 | 14:18  14:23  15:3 |
| 18:5   18:15 | 19:6 | 10:17  12:15 | 14:21 | States [8] | 1:1 | 15:9  15:10 | 15:12 | 15:5  15:6  15:7 |
| 21:16 | | 14:23  14:24 | 17:9 | 1:13    5:14 | 5:21 | 15:12  15:16 | 15:18 | 15:13  15:14  15:16 |
| reasonable [1] | 17:5 | 17:14  17:17 | 20:20 | 8:3    14:17 | 16:3 | 15:20  16:5 | 16:6 | 15:19  15:21  15:25 |
| reassert [1] | 6:20 | seated [1] | 2:17 | 23:5 | | 16:14  16:23 | 17:5 | 16:1  16:1  16:3 |
| RECHERCHE [1] | | second [5] | 3:12 | statute [3] | 14:2 | 17:9  17:17 | 18:2 | 16:5  16:7  16:8 |
| 1:5 | | 6:11    8:5 | 8:18 | 16:2    16:5 | | 18:3  18:19 | 18:21 | 16:8  16:10  16:15 |
| record [2] | 22:2 | 15:25 | | still [1]  20:21 | | 18:22  19:3 | 19:4 | 16:16  16:17  16:18 |
| 23:4 | | see [4]  2:15 | 9:17 | Street [2] | 1:19 | 19:11  19:14 | 19:15 | 16:20  16:21  16:21 |
| refer [2] 16:19 | 17:7 | 16:19  20:7 | | 1:24 | | 19:21  19:22 | 20:1 | 16:23  17:7  17:8 |
| related [1] | 16:12 | seek [1] 9:24 | | sua [1]  16:6 | | 20:5  20:14 | 21:4 | 17:15  17:22  17:22 |
| remove [1] | 5:3 | seeking [2] | 9:10 | subject [6] | 11:18 | 21:11  21:21 | 21:25 | 18:2  18:3  18:7 |
| rendered [1] | 19:10 | 13:10 | | 12:5  15:24 | 16:22 | 22:21  23:2 | | 18:7  18:8  18:8 |
| reply [2] 13:17 | 13:18 | seeks [1] 10:25 | | 17:1  18:6 | | that's [4] | 13:16 | 18:10  18:11  18:13 |
| REPORTER [1] 23:15 | | sense [1] 18:19 | | submitted [1] | 13:17 | 14:6  16:11 | 21:13 | 18:19  18:21  18:22 |
| Reporting [1] | 1:23 | series [1] | 7:20 | successor [1] | 17:17 | the [259]  1:15 | 1:18 | 18:23  18:23  18:24 |
| represent [6] | 2:9 | serve [2] 4:14 | 21:11 | such [1]  4:5 | | 2:3    2:8 | 2:8 | 18:24  18:24  18:25 |
| 2:19    2:22 | 3:8 | serves [1] | 12:12 | sue [8]  5:16 | 6:7 | 2:9    2:9 | 2:10 | 19:7  19:8  19:9 |
| 8:16    23:3 | | service [11] | 11:20 | 6:15    7:7 | 8:4 | 2:11    2:14 | 2:15 | 19:13  19:13  19:18 |
| representation [1] | | 12:6  12:7 | 13:14 | 8:9    9:15 | 17:19 | 2:15    2:16 | 2:20 | 19:21  19:25  20:1 |
| 6:11 | | 13:22  14:7 | 14:8 | sued [3] 8:21 | 17:6 | 2:20    2:22 | 2:23 | 20:6  20:9  20:11 |
| represented [1] | 8:22 | 14:10  15:19 | 16:4 | 17:15 | | 2:24    3:1 | 3:1 | 20:13  20:15  20:16 |
| represents [1] | 2:10 | 20:2 | | sues [1]  6:19 | | 3:3    3:6 | 3:12 | 20:17  20:21  20:21 |
| request [1] | 9:2 | Services [1] | 1:23 | suffering [1] | 3:19 | 3:12  3:15 | 3:20 | 20:22  21:1  21:3 |
| Research [5] | 1:2 | set [1]  20:7 | | sufficient [1] | 14:10 | 3:23  3:23 | 4:2 | 21:6  21:9  21:9 |
| 2:6    2:17 | 3:21 | settlement [2] | 9:18 | sufficiently [1] | 15:17 | 4:5    4:8 | 4:10 | 21:18  21:21  21:23 |
| 23:7 | | 9:19 | | suing [4] 7:22 | 7:22 | 4:11  4:14 | 4:19 | 22:1  22:1  22:2 |
| reserve [1] | 4:4 | share [1] 9:23 | | 9:3    18:20 | | 4:20  4:21 | 4:22 | 23:3  23:4  23:4 |
| reserves [1] | 8:3 | should [8] | 3:13 | suit [2]  4:17 | 8:23 | 4:24  5:3 | 5:5 | 23:5  23:4  23:6 |
| resolve [1] | 18:7 | 4:6    6:7 | 8:4 | summons [1] | 12:12 | 5:5    5:5 | 5:6 | their [6]  3:4  3:6 |
| respect [8] | 4:9 | 12:22  18:5 | 18:15 | Supreme [1] | 13:5 | 5:7    5:13 | 5:13 | 6:12  12:17  15:8 |
| 5:11    5:13 | 6:2 | 19:3 | | sure [1]  19:21 | | 5:16  5:20 | 5:21 | 18:5 |
| 6:10    7:25 | 9:18 | shouldn't [2] | 18:15 | TAAG [3] | 15:8 | 5:23    6:1 | 6:3 | them [10]  3:24 |
| 16:5 | | 19:6 | | 15:9    15:9 | | 6:5    6:5 | 6:11 | 4:13  4:14  4:17 |
| right [2] 2:9 | 3:25 | show [1] 17:9 | | table [3] 2:11 | 2:21 | 6:14    6:18 | 6:25 | 6:21  8:24  10:16 |
| 4:4    4:7 | 6:9 | showed [1] | 7:20 | 3:13 | | 7:3    7:5 | 7:6 | 17:19  18:18  21:7 |
| 8:3    8:11 | 17:25 | Sifton [3] | 3:10 | take [1]  6:25 | 7:2 | 7:8    7:9 | 7:13 | then [6]  6:17  12:13 |
| 18:24  21:20 | 21:21 | 9:2    11:17 | | 20:17  20:19 | 20:24 | 7:16    7:18 | 7:20 | 14:10  15:14  15:24 |
| 21:25 | | simply [1] | 14:14 | 21:17  22:1 | | 7:21    7:24 | 8:1 | 16:15  19:17  20:4 |
| | | sir [2]  7:15 | 8:13 | | | 8:2    8:3 | 8:5 | there [20]  2:12 |
| | | | | | | 8:7    8:12 | 8:14 | 2:17  3:16  7:21 |
| | | | | | | 8:14  8:18 | 8:18 | 7:25  10:21  10:22 |
| | | | | | | 8:19  8:20 | 8:21 | 13:22  13:23  15:4 |
| | | | | | | 8:23    9:1 | 9:3 | 15:13  15:23  16:14 |
| | | | | | | 9:4    9:5 | 9:6 | 17:16  17:24  18:6 |
| | | | | | | 9:7    9:8 | 9:11 | 18:15  18:17  20:11 |
| | | | | | | 9:12    9:13 | 9:15 | 21:2 |

Horphag vs. Consac 10/26/94                    Condenselt™

these - Zivin

**these** [2] 4:17  4:18
9:12  19:4  23:7
**they** [19] 2:10  2:10
3:23  4:5  4:11
5:3  9:8  9:14
10:6  10:7  10:13
10:15  12:18  12:19
12:20  12:20  13:9
13:18  13:25  14:25
15:1  15:12  15:18
15:20  15:21  16:12
17:5  17:8  17:14
17:15  18:3  18:4
18:14  19:2  19:3
19:4  19:8  19:11
21:17
**They're** [1]          17:22
**they've** [6]          15:6
15:8  17:14  19:1
19:1  19:1
**thing** [1] 8:1
**think** [9] 7:3          12:16
14:8  16:13  16:25
17:7  17:25  19:16
20:5
**this** [33] 2:8          2:15
2:24  3:11  3:24
4:4  7:10  8:18
8:19  8:22  8:24
9:4  9:12  9:16
9:25  10:2  10:4
10:25  11:1  11:10
11:10  11:14  11:23
11:24  12:3  12:13
12:22  13:8  13:8
14:20  14:22  15:8
15:15  15:17  15:23
15:24  16:15  16:20
17:8  17:24  18:4
18:4  18:7  18:9
18:14  18:14  19:5
20:1  20:12  20:24
21:6  21:20  22:2
**THOMAS** [2]          1:13
1:20
**threatened** [3]          17:12
17:14  17:19
**through** [2]          9:22
20:14
**time** [1] 20:20
**to** [103]  2:16  2:20
3:6  3:10  3:11
3:20  4:2  4:4
4:10  4:11  4:20
5:1  5:3  5:4
5:5  5:11  5:13
5:16  5:23  5:24
6:3  6:14  6:20
7:2  7:4  7:5
7:23  7:25  8:3
8:3  8:9  9:12
9:18  9:23  9:24
10:1  10:4  10:13
10:15  10:16  10:16
10:25  11:3  11:9
11:11  11:17  11:23
12:3  12:4  12:10
12:12  12:20  12:21
13:5  13:6  13:7
13:8  13:9  13:13
13:18  14:2  15:7

15:11  15:15  15:15
15:18  15:24  15:25
16:1  16:3  16:6
16:14  16:15  16:19
17:3  17:4  17:6
17:8  17:19  18:7
18:9  18:24  19:1
19:2  19:8  19:11
19:22  20:2  20:6
20:7  20:10  20:10
20:17  20:19  20:24
20:24  21:3  21:4
21:8  21:13  21:17
21:18  21:20
**today** [2]          5:25
20:8
**TOLKIN** [2]          23:2
23:14
**Tom** [1] 8:16
**trademark** [15]          4:10
4:18  4:23  5:4
6:3  6:13  6:13
7:12  7:16  7:18
7:24  8:1  10:8
14:15  10:23
**transaction** [1] 21:9
**TRANSCRIPT** [2]
1:10  23:8
**TRANSCRIPTION** [1]
23:4
**transfer** [1]          16:6
**transferred** [5]          3:11
8:20  9:1  10:18
11:22
**trial** [1] 21:23
**trips** [1] 20:10
**try** [1] 20:10
**tune** [1] 5:25
**two** [7]  2:9  2:12
10:21  15:4  18:10
18:11  19:4
**U.S** [7] 1:8  4:18
4:23  6:5  6:13
19:23  19:25
**U.S.** [1] 6:4
**under** [5]          13:4
14:7  14:10  15:9
16:16
**understand** [7] 4:15
4:25  5:9  5:25
6:11  12:23  18:20
**understanding** [1]
11:8
**unfortunately** [1]
3:18
**Uniondale** [1]          1:8
**United** [8]          1:1
1:13  5:14  5:21
8:2  14:17  16:3
23:5
**unless** [1]          6:15
**until** [1] 8:23
**up** [5]  8:24  10:19
16:6  16:7  17:15
**urge** [1]  21:3
**us** [1] 19:12
**use** [4]  16:3  18:24

19:13  21:23
**v** [1]  1:8
**valid** [1] 10:2
**validity** [6]          10:24
11:24  12:1  12:10
13:8  18:7
**validly** [1]          19:22
**verdict** [2]          19:10
19:15
**versus** [2]          2:7
16:11
**very** [1]  9:10
**violating** [1]          4:12
**vital** [1] 20:24
**vouch** [1]          19:22
10:2  12:14  15:17
17:11  17:12  19:2
**vouching** [2]          19:13
21:11
**VS** [1]  23:7
**W** [4]  1:3  2:19
2:23  3:7
**Wait** [1] 4:11
**waive** [1]          21:19
**want** [10]          3:20
3:23  5:23  5:24
9:17  10:9  12:4
12:20  21:1  21:13
**wanted** [1]          19:1
**warrant** [1]          15:18
**was** [13] 3:10  8:19
9:1  9:5  9:7
9:13  10:7  11:16
11:21  14:8  17:9
17:12  20:11
**Washington** [2] 14:1
16:16
**wasn't** [1]          19:14
**way** [4]  5:24  7:6
7:21  12:9
**we** [41]  2:23  2:24
3:9  3:25  4:10
4:22  5:2  6:12
7:11  7:16  7:18
9:10  9:24  10:15
10:17  10:17  10:20
11:1  11:16  12:9
12:9  13:1  13:1
13:6  13:13  13:16
13:20  14:8  14:21
15:5  15:9  15:15
15:20  17:7  20:5
20:7  20:10  20:11
20:14  20:19  21:3
**We're** [1]          13:3
**we've** [4]          12:11
12:13  16:4  18:1
**weaken** [1]  5:4
**well** [8]  10:20  14:6
14:25  15:1  16:22
21:10  21:12  21:22
**went** [2]  10:20  20:14
**were** [7]  3:9  9:8
9:21  10:16  11:2
16:14  17:15
**weren't** [1]          14:12
**what** [17]          4:12
4:25  5:9  7:3

8:22  9:3  10:4
11:15  11:24  12:16
14:6  15:19  16:9
16:18  19:16  21:10
21:12
**whatever** [3]          4:13
19:1  19:10
**whatsoever** [1]          18:9
**when** [7] 7:16  9:21
10:17  10:19  11:16
15:12  21:1
**where** [6]          3:18
6:19  6:24  7:12
9:9  15:13
**whether** [7]          10:2
10:2  12:14  15:17
17:11  17:12  19:2
**which** [9]          2:17
3:13  9:8  11:1
12:21  13:3  14:21
17:25  19:7
**While** [1]          9:13
**who** [4]  2:10  2:22
20:2  20:17
**whole** [1]          10:4
**why** [3]  4:8  14:11
16:11
**will** [10] 3:25  4:16
5:8  8:5  8:7
10:23  16:21  19:9
19:9  21:7
**win** [1]  5:24
**with** [27] 2:14  2:20
3:11  4:2  4:9
4:13  5:2  5:11
5:13  6:1  6:2
6:3  6:5  6:6
6:10  6:16  6:18
7:25  8:6  9:18
12:12  12:19  12:21
15:15  16:5  17:12
21:4
**without** [3]          3:7
3:22  6:20
**world** [1]          6:1
**would** [9]          2:20
4:2  4:4  5:15
6:16  7:3  11:11
19:5  21:3
**X** [2]  1:2  1:11
**year** [2]  9:21  14:22
**yes** [11]  3:2  5:21
8:8  8:13  8:19
10:12  12:8  18:19
14:13  15:4  19:20
**yesterday** [1]  9:1
**yet** [1]  11:14
**York** [14]          1:1
1:8  1:16  1:16
1:19  1:19  1:22
1:22  1:24  2:3
2:3  14:7  16:7
23:6
**you** [88]  2:9  2:22
3:3  3:15  3:15
3:20  3:23  4:2
4:4  4:6  4:12
4:13  4:13  4:14

8:22  9:3  10:4
11:15  11:24  12:16
14:6  15:19  16:9
16:18  19:16  21:10
21:12

4:15  4:25  5:1
5:6  5:7  5:8
5:8  5:15  5:16
5:23  5:24  5:24
6:6  6:7  6:7
6:15  6:15  7:3
7:6  7:6  7:7
7:7  7:13  7:23
8:2  8:4  8:8
8:9  8:10  8:15
8:21  9:3  9:8
9:15  9:17  9:17
10:9  11:3  11:11
11:13  11:16  11:24
12:4  12:23  12:24
12:24  13:10  13:19
14:10  14:11  14:12
15:19  16:9  16:14
16:19  16:21  18:10
18:10  18:22  19:16
19:17  19:21  20:1
20:12  20:17  21:1
21:8  21:10  21:15
21:18  22:1  22:3
22:4  22:5
**You're** [1]          3:1
**your** [54] 2:12  2:25
3:3  3:11  3:17
3:20  4:3  4:4
4:9  4:16  4:22
4:24  5:2  5:10
6:19  6:19  6:23
7:11  7:19  8:23
9:19  10:9  10:24
11:5  11:8  11:11
11:15  12:1  13:12
13:16  14:2  14:13
14:18  15:4  15:11
15:22  15:24  16:12
17:1  17:11  17:16
17:24  18:17  18:21
19:20  21:15  21:16
21:25  22:3  22:4
22:5
**yourself** [1]          5:23
**Zivin** [31]          2:4
2:12  3:8  3:8
3:13  11:5  11:8
11:15  12:1  12:6
12:8  12:16  13:1
13:16  13:20  13:25
14:6  14:13  14:24
16:25  17:10  17:21
17:24  18:12  18:23
21:2  21:16  21:19
21:22  21:25  22:5
**Zivin's** [1]          9:24