Page 130

1  Q  Well, then I guess what you're saying -- well,
2     let me move on to another question.
3  A  What I'm saying is it's a very complicated
4     detailed question.
5  Q  I'm moving on to another question. You've got
6     to listen.
7  A  I apologize.
8  Q  So, basically, until Jarrow Industries is up and
9     running, throughout its history Jarrow Formulas
10    has basically ordered products that have then --
11    that Jarrow Formulas then turned around and sold
12    at the wholesale level; is that correct?
13 A  Correct.
14 Q  And the products that come in, are they then
15    sold in the same form in which they were
16    received?
17 A  If you are asking, do we receive finished form
18    product and sell them? The answer is yes.
19 Q  So, for example, with your dietary supplements,
20    which come for the most part in capsules,
21    correct, do you -- no, they don't?
22 A  Yes.
23 Q  Or some type of pill or capsule form; is that
24    correct?
25 A  Yes. There's various dosage forms --

Page 131

1  Q  I'm not talking --
2  A  -- about which one is the most common to make
3     sure that when I say correct, I was correct in
4     saying correct. Because, again, there's various
5     dosage forms. You had identified one. I wanted
6     to check in my mind that that was the most
7     common one, as you had stated that's the most
8     common one. Correct. Go ahead.
9  Q  So, Jarrow Formulas traditionally has ordered
10    those dietary supplement capsules, or tablets,
11    from a contract manufacturer, and then has sold
12    that same product on to retailers or other
13    wholesalers; is that correct?
14 A  Rarely wholesalers. Mostly retailers, yes.
15 Q  Has Jarrow Formulas reformulated, or
16    formulated, any of the product it received in
17    from contract manufacturers into another form
18    for resale?
19 A  That makes no sense. No. Not to insult you,
20    but I don't understand the question.
21 Q  Okay.
22 A  Are you asking if we do any manufacturing or
23    physical processing of the product?
24 Q  Yes.
25 A  No. Our plant opens next month.

Page 132

1  Q  So, it's not that you receive a certain type of
2     product and then compound it into capsules
3     yourself?
4  A  Jarrow Formulas is not a manufacturer, as I've
5     stated.
6  Q  Okay. Have you heard the phrase formulator?
7  A  I'm familiar with the word.
8  Q  Okay. Has Jarrow Formulas served as a
9     formulator?
10 A  It's in the name; Jarrow Formulas.
11 Q  Well. Okay. Maybe we're not -- what do you
12    think a formulator is?
13 A  Well, it can -- there are actually more than one
14    type of formulator. You could be a formulator
15    in a factory. You could be a formulator for
16    purposes of designing a formula. And the
17    functions would actually be different. Because
18    what you need to know and put on paper to
19    formulate a product is very often different than
20    what you need to know to formulate the
21    manufacturing of the product. It's different.
22    It's different functions. It's different types
23    of formulating.
24 Q  Has Jarrow Formulas given the equivalent of
25    recipes to contract manufacturers to produce

Page 133

1     product?
2  A  Thousands.
3  Q  But Jarrow Formulas doesn't take the separate
4     ingredients itself and mix them together and
5     produce the capsules; correct?
6        MR. WIECHMANN: Object. Asked and
7     answered. But you can answer again.
8        THE WITNESS: Fifth, sixth, seventh
9     time, yes.
10 BY MR. ORDER:
11 Q  Now, Jarrow Formulas has sold proanthocyanidins
12    for scavenging of free oxygen radicals; isn't
13    that true?
14 A  It's sort of a bit of an over-simplification;
15    but, yes.
16 Q  And what are the names of the products in which
17    Jarrow Formulas has sold proanthocyanidins for
18    scavenging of free oxygen radicals?
19       MR. WIECHMANN: Are you talking about
20    any time period?
21 BY MR. ORDER:
22 Q  Yes.
23 A  Well, with more correct -- I would prefer to
24    think of it as antioxidant. Broader category.
25    It's more inclusive. OPC-95. OPC+95.

Page 134

1  Q  Are those two separate products?
2  A  Yes. Ginkgo plus OPCs: Possibly antioxidant
3     optimizer. And whatever we are calling the
4     product right now, OPCs, our current name.
5  Q  Which is what?
6  A  I don't know precisely. I sort of almost have a
7     repugnance for the product already with all
8     that's gone on. It's been a real turn-off.
9  Q  Well, do you recall the names of any other
10    products sold by Jarrow Formulas that contain
11    proanthocyanidins for scavenging of free oxygen
12    radicals?
13 A  OPCs are ubiquitous in nature. They are found
14    in many phyto -- phytonutrients, let's just say
15    that. So, for instance, you would find them in
16    cranberry, which we sell; Bilberry, which we
17    sell; hawthorne, which we sell. Anything that
18    comes from nature that is a polyphenol from
19    certain parts of the plant, woody parts, seed
20    parts, would contain oligo proanthocyanidins --
21    or, I should just say proanthocyanidins.
22 Q  How did you gain your knowledge about the
23    dietary supplement industry?
24 A  Experience, reading, many hours in the UCLA
25    biomed library. And I'm a member of a number of

Page 135

1     scientific organizations, or at least associated
2     with them and attend their conferences.
3  Q  Which associations?
4  A  America Association for Advancement of Science,
5     American Oil Chemists Society, International
6     Phospholipid Society, International Association
7     for Coenzyme Q10. International Probiotic
8     Association, International Society for Free
9     Radical Research. And I would have to check
10    with my bookkeeper, but if she paid my bill, I
11    may still be a member of the International AIDS
12    Society.
13 Q  International?
14 A  AIDS.
15 Q  Anything else?
16 A  I don't stay on top of the bills. They
17    sometimes get missed. And you have to be a dues
18    paying member. But normally I'm a member of the
19    IAS. International -- well, how do I say this?
20    Well, I said or associated with in some ways.
21    Like attending conferences; International
22    Dairies Federation; the US equivalent on dairy.
23 Q  Is that it?
24 A  I don't know if that's it. But that's what
25    comes to mind at present.

Page 136

1  Q  Now, getting back to the products that you
2     identified that Jarrow Formulas has sold that
3     contain proanthocyanidins for scavenging of free
4     oxygen radicals, when did Jarrow Formulas first
5     begin selling those products? Let's start
6     with, you said OPC-95?
7  A  November '94. But actually, I think ginkgo
8     would have a small amount of proanthocyanidins
9     -- well, I'll wait. He's changing the tape --
10    actually, no. Go back further than that. There
11    are small amounts of proanthocyanidins actually
12    in gingko, as well.
13 Q  But at the time you were selling gingko were
14    you promoting that it contained
15    proanthocyanidin?
16 A  It may have been in a piece of literature back
17    then. I don't remember. Because we've had a
18    few pieces of literature on it.
19 Q  But on the product itself?
20 A  On the label, no.
21 Q  So, I guess my focus is, while products may have
22    contained proanthocyanidins, my question is,
23    when did -- let me ask a new question. Which
24    is; when did Jarrow Formulas begin to sell
25    products in which it made clear that the product

Page 137

1     contained proanthocyanidins?
2  A  November '94.
3  Q  And what prompted Jarrow Formulas to begin
4     selling products touting proanthocyanidins in
5     November of 1994?
6  A  What prompted?
7  Q  Well, how did it come about that Jarrow Formulas
8     started in November of 1994 selling products
9     that made it clear that it contained
10    proanthocyanidins?
11 A  It's a popular product. A reasonable priced
12    version of it was available. And so we added it
13    to the line.
14 Q  Did the reasonably priced version of the
15    product become available at that time, or had it
16    been on the market for a while?
17 A  I don't know. Because I'm not sure when the
18    manufacturer made it available.

                                                      if the
25 A  All the people involved in product development

Page 138

1  would have known it. I mean, it's general
2  knowledge of people that are in the wholesale
3  business. I mean, there's nothing unique there.
4  Q  Whose idea at Jarrow Formulas was it to begin
5     selling proanthocyanidins?
6  A  No memory. No record.
7  Q  Does that mean you don't remember?
8  A  I said no memory, no record.
9  Q  Right. Well, there --
10 A  The particular person? Whether I said to
11    somebody, or somebody said to me, there's no
12    memory. We have 400 formulations. And many of
13    them have varying history lengths. And there's
14    nothing so unique about grape seed extract that
15    it would stick out in my memory as being an
16    outstanding accomplishment to decide to sell
17    this.
18
19
20
21
22
23
24
25

Page 139

1
2
3
4
5
6  A  Yes, I want this marked higher restricted, by
7     the way.
8         MR. WIECHMANN: All this about sales
9     and your customers is going to be
10    restricted. We're going to go through at
11    the end of the session and we'll send a
12    letter to Richard to confirm it.
13        MR. ORDER: Yes. Because, while
14    lawyers are often good at designating when
15    the confidentiality begins during a
16    deposition, they are often not good at
17    saying it's ended. So, it's going to make
18    things easier, probably, after you get the
19    transcript the designation will be --
20        MR. WIECHMANN: We will designate it
21    specifically, so there's no
22    misunderstanding. But I think for all of
23    these, just so -- you know, if somebody
24    gets a transcript before somebody else, we
25    have to assume nothing is distributed until

Page 140

1  the other side gets a chance to designate.
2  Do you understand what I mean?
3      MR. ORDER: Well, I think what I --
4      MR. WIECHMANN: I just don't want if
5  you get it a day before me, or I get it a
6  day before you, and then spread out saying
7  there was no designation because you didn't
8  beat -- on the record, if we're going to go
9  this way, then there has to a little time
10 to have the other side have it, and send a
11 letter over to designate it.
12     MR. ORDER: First, we are both local,
13 so I assume we will both be receiving the
14 transcript on the same day. Second, I
15 believe this is all addressed in the
16 protective order. And I don't think we
17 need to discuss it on the record.
18     MR. WIECHMANN: Okay. I just wanted
19 to make sure to avoid any mistakes.
20     THE WITNESS: I recall, also, I think
21 at one point there may have been some
22 nonsensical name like oligo
23 proanthocyanidins plus monomers and dimers,
24 or something like that. I think that was
25 my response to the so called trademark

Page 141

1  claim made by your clients.
2      I should explain myself. Because,
3  actually, as I looked into the trademark
4  name, I found that OPC-95 was actually not
5  a correct -- albeit, actually a grademark,
6  not a correct characterization of the
7  goods. And that OPC-95 likewise was false,
8  misleading and consumer fraud. So, I
9  changed the name of my product to something
10 that would more appropriately reflect the
11 actual contents of the product and not
12 constitute the type of consumer fraud that
13 your clients were committing.
14 BY MR. ORDER:
15 Q  And what was the name that you changed the
16    product to?
17 A  As I said, something like oligo
18    proanthocyanidins plus monomers and dimers.
19 Q  Okay. The reason I sometimes ask you to repeat,
20    is because you have a tendency to zip through
21    very long words and names which may be very
22    familiar to you. And that's why I'm asking you
23    to repeat them, because they're not quite as
24    familiar to me.
25 A  That's not the only time I've been asked to

Page 166

1  through three or four name changes, whatever.
2  Two, three, four.
3  Q  Has OPC+95 ever been a big seller for Jarrow
4     Formulas?
5  A  It was before the lawsuit. It was a good
6     seller.
7  Q  Before the lawsuit that you are referring to
8     that was early 1996. So, basically OPCs+95 had
9     only been on the market for a little bit more
10    than a year; isn't that correct?
11 A  You're talking the -- well, not -- OPCs?
12 Q  Well, either OPC-95 or OP -- it was the same
13    product, right; it was just given a different
14    name; correct?
15 A  Correct.
16 Q  So, OPC-95 and OPCs+95 were the same product,
17    different name?
18 A  Correct.
19 Q  Okay. So, OPC-95 you started in November of
20    1994.
21 A  Correct.
22 Q  By the way, why did you add -- you explained why
23    you added a plus sign to the name --
24 A  I already did.
25 Q  Yes, I know that. But I don't believe you've

Page 167

1     explained why you added a lower case s at the
2     end of OPC in the title. Why did you do that?
3  A  I did explain it.
4  Q  And what was your explanation?
5  A  It's a plural.
6  Q  Well, why wasn't the s there initially?
7  A  Well, if you spelled out the name; oligo
8     proanthocyanidin plus 95 would be incorrect.
9     There are many degrees of polymerization. You
10    have a proliferation of different isomerizations
11    of the molecule. So, it exists in a plural
12    state of the product. It being the broader
13    category of flavanals, F-L-A-V-A-N-A-L-S (sic).
14 Q  You just said earlier that OPC-95 and OPCs+95
15    were the same product. My question is, if they
16    were the same product, then how come the lower
17    case s did not appear in the initial name?
18 A  As I stated -- I think this is the third time --
19    I looked into the developments, as well as what
20    was becoming more available from suppliers,
21    information on it. And this is an admixture --
22    A-D-M-I-X -- this is an admixture of a whole
23    range of polyphenols. So this labeling is -- at
24    the risk of overstating it scientifically more
25    correct. This is a more correct description of

Page 168

1     the goods. I am relying, essentially, upon a
2     grademark approach for this product, so that
3     people understand the nature and quality of the
4     goods. To better represent the nature and
5     quality of the goods the grademark was altered
6     to convey more information.
7         MR. ORDER: I would like to have the
8     reporter mark as Exhibit 4 documents
9     bearings Bates stamp JAR 1494 through 1500.
10         (Exhibit 4, Bates stamped documents
11         JAR 1494-1500, marked for
12         identification)
13 BY MR. ORDER:
14 Q  Mr. Rogovin, I would like to show you what has
15    now be marked as Exhibit 4, and ask that you
16    review it, please?
17 A  Yes.
18 Q  What is reflected in Exhibit 4?
19 A  It's a printout of our web site, looks like from
20    September 17, 2001. And it's the page, or
21    whatever you will, regarding OPCs+95.
22 Q  And you see that there is a product in the size
23    of 25 capsules at 100 milligrams? It's the
24    third one down in the list. 25 capsules, 100
25    milligrams.

Page 169

1  A  Correct.
2  Q  Do you see that?
3  A  Yes.
4  Q  And that's not reflected in Exhibit 2; there is
5     no label for that; right?
6  A  Correct.
7  Q  Okay.
8  A  But you do have the information.
9         MR. WIECHMANN: Yes. I would like to
10    point out on the record, because I didn't
11    before, the way it copied, and the way we
12    got it is, there is a label. It's so dark.
13    It's 100 milligrams. But you can't tell
14    the capsule size. So, possibly that's the
15    one.
16        MR. ORDER: If you look at the UPC
17    code, it's the --
18        MR. WIECHMANN: It's 14.
19        MR. ORDER: Right. If you look at --
20        MR. WIECHMANN: It's 13. Yes. You're
21    right.
22        MR. ORDER: It looks like pages 1183
23    and 1184 are just duplicates. And it
24    doesn't contain the 25 capsule. So, we do
25    request a copy of that.

Jarrow Formulas vs International Nutrition

1/29/2002                                                                                                    Jarrow Rogovin

Page 182

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 183

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 184

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 185

1
2
3
4
5
6
7
8
9
10
11
12
13
14          MR. ORDER: I would like to have the
15     reporter mark this as Exhibit 5.
16          (Exhibit 5, bottle of OPC-95, marked
           for identification)
17
18          MR. WIECHMANN: Could I have my copy?
19     BY MR. ORDER:
20     Q    And I would like you to describe what Exhibit 5
21     is.
22     A    OPC-95 from about 1997 -- early '97, 25
23     capsules, 100 milligrams, with a Victorian pen
24     and ink drawing of a grape cluster hanging off a
25     little bit of grapevine and grape leaves.

47 (Pages 182 to 185)

Page 186

1  Q  And how do you know it was from early 1997?
2  A  Well, because of the expiration date of 7/98.
3  Q  And generally what is your lead time on
4     expiration dates?
5  A  18 months. Perhaps two years. So, it could be
6     mid '96.
7  Q  Would it refresh your recollection as to the --
8     or, would it help you determine the time of when
9     that particular bottle was sold by Jarrow
10    Formulas if I told you that that bottle was
11    bought prior to the initiation of the lawsuit by
12    International Nutrition Company in March of
13    1996?
14 A  Would it help me in what sense?
15 Q  Would that change your testimony as to when you
16    believe that particular bottle was sold by
17    Jarrow Formulas?
18 A  Well, then, 1996.
19 Q  Now, you stated earlier that the name of
20    OPCs+95 was initially OPC-95 with nothing
21    between the OPC and 95? Is that --
22       MR. WIECHMANN: Object --
23       THE WITNESS: That misstates my
24    testimony.
25       MR. WIECHMANN: Object as to form. He

Page 187

1     said he couldn't recall the minutia of
2     whether there was a hyphen between OPC and
3     95.
4        THE WITNESS: I think you knew I said
5     that.
6  BY MR. ORDER:
7  Q  Can I see the bottle, please, the exhibit? Next
8     to Jarrow Formulas -- it was hard to see on
9     Exhibit 2, but on the bottle next to Jarrow
10    Formulas TM -- actually, I would like to ask you
11    to hold it, so that the videographer can zoom in
12    on the exhibit so he can see the label. Okay.
13    Next to the name Jarrow Formulas there are the
14    initials TM; isn't that correct? You can look
15    at it again. If you can just put it back, so we
16    can keep in on the camera. Can you put it back
17    where you had it. Thank you. And turn it a
18    little bit to face me a little bit more, please?
19    Okay. Is Jarrow Formulas a trademark?
20 A  Yes. Registered.
21 Q  It's a registered trademark --
22 A  Yes.
23 Q  At the patent and trademark office?
24 A  Yes. That's what registered means.
25 Q  Thank you for reminding me. Now, do you also

Page 188

1     see that next to OPC-95 there is also a TM?
2  A  Yes.
3  Q  And what does that TM mean?
4  A  Well, it means trademark.
5  Q  Did Jarrow Formulas have a trademark for OPC-95?
6  A  Actually, it was -- to cut to the chase. Back
7     then our graphics lady, who is no longer alive,
8     just did it from habit without asking or
9     knowing. And it went -- and she was also the
10    printer broker. So, it just went straight to
11    print. And it was on oversight.
12 Q  And when was that --
13 A  So, Katie O'Hara took it upon herself to put it
14    there.
15 Q  And when was that oversight -- was that
16    oversight ever caught?
17 A  Oh, after the trademark was filed at some
18    point -- the trademark complaint was filed at
19    some point, and I paid attention to it.
20 Q  Did you ever see the label of OPC-95 prior to
21    the Connecticut lawsuit?
22 A  I'm sure I did.
23 Q  And you didn't change the label at that point,
24    did you?
25 A  I really saw it as harmless error and no reason

Page 189

1     to throw out $2,000 or more with the labels.
2     Small businesses make those kinds of decisions.
3     I will add we have other grademark products that
4     didn't make that error.
5  Q  You mean, in general, or are you talking about
6     OPC --
7  A  Yes, we have other grademark products.
8  Q  Did you consider calling your product
9     Pycnogenol, P-Y-C-N-O-G-E-N-O-L?
10 A  No.
11 Q  And were you familiar with that term before
12    November of 1994?
13 A  Well, it was a heavily advertised product.
14 Q  And who manufactured that product?
15 A  I'm not sure. It may have been Berkin. Some
16    French company. I mean, first of all, it
17    depends on what you mean by manufactured.
18 Q  Well, who sold it in the United States?
19 A  Oh. Okay. Well, then it depends upon what you
20    mean by sale. Who was the broker representative
21    of the bulk material representative? Or, who
22    sold finished product?
23 Q  Who sold finished product?
24 A  As I say, you know, I need more specific
25    questions.

48 (Pages 186 to 189)