

FORMULAS™ OPC-25™

Grape Seed Extract 100:1
Oligomeric Proeyanidins
Phyto-Antioxidant
100 mg. per Capsule

Each
100:1
(Cons
Cont
(hypo
magn
of ge
Conta
salt, s
or pr



**Each capsule of OPC-95™ contains:**

100:1 Grape Seed Extract..................100 mg
(Consisting of 95% OPCs or Oligomeric Procyanidins)

**Contents:** Microcrystalline cellulose (hypoallergenic filler), 100:1 grape seed extract, magnesium stearate (lubricant). Capsule consists of gelatin.

Contains **NO** soy, wheat, yeast or dairy; nor any salt, sugar or starch; nor any artificial flavor, color or preservative; nor other common allergen.

7 90011-14013

**SUGGESTED USAGE:** As a dietary supplement take 1 to 4 **OPC-95**™ capsules per day or as directed by your qualified health consultant. **JARROW FORMULAS' Grape Seed OPCs** (oligomeric procyanidins) contain 95% Proanthocyanidin B2-3'-o-gallate. **OPCs** from grape seeds are also called leucoanthocyanins. **Grape Seed OPCs** are a more potent antioxidant than those from pine bark. Pycnogenols is a generic chemical term used to distinguish the polyphenolic class of bioflavonoids which contain flavan-3-ols from the simpler bioflavonoids. These pycnogenols are also called **OPCs**. The terms pycnogenol and **OPC** both refer to the condensed structure of the flavanol molecules.

Lot # & Exp:

SUPERIOR NUTRITION AND FORMULATION BY
**JARROW FORMULAS, INC.**™
1824 S. Robertson Blvd., Los Angeles, CA 90035