# TAB 15

**CONTAINS CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
FILED UNDER SEAL AND NOT TO BE
OPENED EXCEPT BY ORDER OF THE COURT**

Filed in accordance with Stipulated Order
Granted by the Court on September 14, 2001

Filed in Hardcopy only

CTDOCS:14582.1