# JARROW FORMULAS

**JARROW FORMULAS, INC.**
1824 SO. ROBERTSON BLVD.
LOS ANGELES, CA 90035-4317
TEL: (310) 204-6936 / (800) 726-0886
FAX: (310) 204-2520

# INVOICE

Invoice Date: 02/14/96     Invoice #: 73114
Due Date: 02/14/96         Page #: 1

**SOLD TO:**

SWEETWATER            Tel: (203) 255-4333
SWEETWATER HEALTH FOOD STORE
1591 POST ROAD

FAIRFIELD CT  06430

Invoice Summary:
----------------
Date:       02/14/96
Terms:      COD
Invoice #:  73114

| SHIP VIA | FOB | TERMS | ORDERED BY/P.O.# | SERVICED BY | SALES REP |
|---|---|---|---|---|---|
| /UPS | /2ND DAY AIR | 0/ 0/ NO | SARA | CLAUDIA | |

| DESCRIPTION | ORDERED | SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| OPC-95/50 caps >> | 6.0 | 6.0 | 12.5000 | 75.00 |
| OPC-95/small 25 caps >> | 6.0 | 6.0 | 6.7500 | 40.50 |
| 2nd day delivery charge by UPS 2ND DAY AIR CHARGE WAVED PER NEW ACCT. | | | | 0.00 |

DEFENDANT'S EXHIBIT 118

INVOICE done by: _____ ORDER packed by: _____
<<<<<<<TO GET SAME DAY SHIPPING, >>>>>>>
Please order by 3 P.M. Pacific Time>>>>>

Help us keep our excellence in service & product quality by paying on time, and including invoice with remittance.

SUB TOTAL    115.50
TAX            0.00
Ref#: INVOICE TOTAL  115.50

NET/OPA       115.50

*Thank You - We appreciate your business!!*

SEND YOUR COMMENTS/SUGGESTIONS TO BEN OR CHARLIE.   CUSTOMER COPY

D 00 5772