JUL-12-96 FRI 07:31                                                                 P. 3


**Canandaigua Wine Company**

July 12, 1996

Via telefax -- 212-391-0525

Plf. EXHIBIT
(ZIVIN) 57
JAS 2/22/02

Norman H. Zivin, Esq.
Cooper & Dunham
1185 Avenue of the Americas
New York, NY 10036

Dear Norm:

As you know, Steve Lee, Esq., of Kenyon and Kenyon, has been investigating the respective claims of Horphag and INC both in the United States and in the French action.

In connection with the French action, Steve advises me that all he has received is the Horphag complaint. Based on the Horphag complaint and his discussions with his French associates, they were not able to confirm that Horphag did not have a valid claim. Therefore, for us to determine that Horphag does not have a valid claim that could result in the divestiture of INC's patent rights, we will need more information pertaining to the arguments against this position. We would appreciate it if you could provide INC's answer to the complaint in the French action to Kenyon and Kenyon as well as any other substantive pleadings in this regard. Also, to the extent that you have received any opinions of French counsel on this matter, we would appreciate a copy thereof (which of course we will maintain in strictest confidence). Lastly, it may be productive for our French associate working with Kenyon and Kenyon to have a conversation with you and your French associate to close the loop. Obviously, this is of importance to us in that we do not want to find ourselves in a position of having paid a substantial sum for a license of which the underlying joint patent rights could be extinguished.

Please give Steve Lee a call at Kenyon and Kenyon to work out the simplest way to provide the information we need with regard to this matter.

On another note, we are in the process of reviewing the license agreement and would expect to have comments to you in the very near future.

Please do not hesitate to call me if you have any questions.

Sincerely yours,

CANANDAIGUA WINE COMPANY, INC.

Robert S. Sands
Executive Vice President
and General Counsel

RESTRICTED CONFIDENTIAL INFORMATION
OUTSIDE ATTORNEYS AND
OUTSIDE EXPERTS ONLY

c:  Steve Lee
RSS/kjm ZIVIN2.SAM (Dictated but not read.)

Canandaigua Wine Company, Inc., 116 Buffalo Street, Canandaigua, New York 14424-1086
Telephone (716) 394-7900 / Telex 856762 (CDGWINE) / Corp. Fax (716) 394-6017 / Winery Fax (716) 394-4839

D 00 2382