# TAB 20

LICENSE AGREEMENT BETWEEN INTERNATIONAL NUTRITION
COMPANY AND CANANDAIGUA WINE COMPANY
DATED AUGUST 20, 1996 (D 00 2304 – D 00 2317)

**CONTAINS CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
FILED UNDER SEAL AND NOT TO BE
OPENED EXCEPT BY ORDER OF THE COURT**

Filed in accordance with Stipulated Order
Granted by the Court on September 14, 2001

Filed in Hardcopy only

CTDOCS:14582.1