

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

JANUARY 15, 1997

PTAS

COOPER & DUNHAM LLP
NORMAN H. ZIVIN
1185 AVENUE OF THE AMERICAS
23RD FLOOR
NEW YORK, NY 10036

*100305701A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF THE
U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS AVAILABLE
AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED
BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE
PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR
HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE
NAME APPEARS ON THIS NOTICE AT 703-308-9723. PLEASE SEND REQUEST FOR
CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE, ASSIGNMENT DIVISION,
BOX ASSIGNMENTS, NORTH TOWER BUILDING, SUITE 10C35, WASHINGTON, D.C. 20231.

RECORDATION DATE: 11/04/1996          REEL/FRAME: 8215/0955
                                      NUMBER OF PAGES: 3

BRIEF:  ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
    MASQUELIER, JACK                  DOC DATE: 10/10/1996

ASSIGNEE:
    INTERNATIONAL NUTRITION COMPANY
    L'ESTORIL, BLOC C, 31, AVENUE PRINCESSE GRACE
    MONTE CARLO, MONACO, CHANNEL ISLANDS
    MC 98000

SERIAL NUMBER: 06721434               FILING DATE: 04/09/1985
PATENT NUMBER: 4698360                ISSUE DATE: 10/06/1987


SHIRLIE SIMON, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

Tobin Declaration
Exhibit E

FORM PTO-1595
1-31-92
Case 3:01-cv-00478-AVC   Document 238-21   Filed 07/18/2005   Page 2 of 4
11-18-1996
U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

58140

RECEIVED
NOV 04 1996
RECEIPT ACCTING. DIV.

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

100305701

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies): |
|---|---|
| Dr. Jack Masquelier | Name: International Nutrition Company |
| Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No | Internal Address: |
| 3. Nature of Conveyance: | Street Address: L'Estoril, Bloc C |
| ☒ Confirmatory Assignment   ☐ Merger | 31, Avenue Princesse Grace |
| ☐ Security Agreement   ☐ Change of Name | City Monte Carlo   Country MONACO   ZIP MC 98000 |
| ☐ Other _____ | Additional name(s) & address(es) attached? ☐ Yes ☒ No |
| Execution Date: October 10, 1996 | |

4. Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is: _____

| A. Patent Application No.(s) | B. Patent No.(s) |
|---|---|
| | 4,698,360, issued October 6, 1987 |
| Additional numbers attached? ☐ Yes ☒ No | |

| 5. Name and address of party to whom correspondence concerning document should be mailed: | 6. Total number of applications and patents involved: 1 |
|---|---|
| Name: Norman H. Zivin | 7. Total fee (37 CFR 3.41): $ 40.00 |
| Internal Address: Cooper & Dunham LLP | ☒ Enclosed |
| | ☐ Authorized to be charged to deposit account |
| Street Address: 1185 Avenue of the Americas | 8. Deposit account number: |
| 23rd Floor | 03-3125 (Attach duplicate copy of this page if paying by deposit account) |
| City: New York   State: New York   ZIP 10036 | |

DO NOT USE THIS SPACE

9. Statement and signature.

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

Norman H. Zivin        [signature]            October 30, 1996
Name of Person Signing    Signature              Date

Total Number of pages including cover sheet: 3

OMB No. 0651-0011 (exp. 4/94)

**Do not detach this portion**

Mail documents to be recorded with required cover sheet information to:

160 DM 11/15/96 4698360        2 581        40.00 CK

Commissioner of Patents and Trademarks
Box Assignments
Washington, D.C. 20231

Public burden reporting for this sample cover sheet is estimated to average about 30 minutes per document to be recorded, including time for reviewing the document and gathering the data needed, and completing and reviewing the sample cover sheet. Send comments regarding this burden estimate to the U.S. Patent and Trademark Office, Office of Information Systems, PK2-1000C, Washington, D.C. 20231, and to the office of Management and Budget, Paperwork Reduction Project. (0651-0011). Washington, D.C. 20503

CONFIRMATORY ASSIGNMENT
=========================

WHEREAS,
Dr. Jack Masquelier, a citizen of France ("MASQUELIER"), is the inventor of the invention described and claimed in United States Patent 4,698,360, issued October 6, 1987, entitled PLANT EXTRACT WITH A PROANTHOCYANIDINS CONTENT AS THERAPEUTIC AGENT HAVING RADICAL SCAVENGING EFFECT AND USE THEREOF ("Patent"); and

WHEREAS,
MASQUELIER previously has assigned undivided fifty percent (50%) interests in the aforesaid patent to SOCIETE CIVILE D´INVESTIGATIONS PHARMACOLIGIQUES D´AQUITAINE, a company of France ("SCIPA"), and to HORPHAG OVERSEAS LTD., a company of Guernsey, Channel Islands ("HORPHAG"), pursuant to an agreement dated 29 April 1985; and

WHEREAS,
the agreement between SCIPA and HORPHAG dated 29 April 1985 expired by its terms on 29 April 1995, such that any right, title and interest granted to SCIPA and HORPHAG may have terminated, and such right, title and interest has reverted to MASQUELIER; and

WHEREAS,
MASQUELIER wishes to definitely terminate the confusion and troubles that have marked his and SCIPA´s relationship with HORPHAG and consequently desires to confirm that all right, title and interest which he has had or may have in the aforesaid patent is assigned and transferred to International Nutrition Company Establishment, a company of Liechtenstein, having its place of business at Josef Rheinbergerstrasse 6, Vaduz, Liechtenstein (INC);



-2-

NOW, THEREFORE,
in consideration of One Dollar ($1.00) and other good and valuable consideration, the receipt of which is hereby acknowledged;

MASQUELIER hereby sells, assigns and transfers to INC, and its successors and assigns, any reversionary or other right, title and interest which he has had or may have in and to such Patent; authorizes the Commissioner of Patents and Trademarks of the United States to issue to INC, and its successors and assigns, any and all United States Patent on the invention described in the aforesaid United States Patent; and conveys to INC, and its successors and assigns, all rights to sue for past, present or future infringement of such Patent.

This Assignment is effective as of April 29, 1995.

Dated at   BORDEAUX · 33200.   , France,

this   10th   day of   October   , 1996.


_____
Jack Masquelier


WITNESS: _____

GERMAINE DESHORMIERES