UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INTERNATIONAL NUTRITION,
    Plaintiff,

v.                              Civil No. 3:96CV386(DJS)

HORPHAG RESEARCH, ET AL,
    Defendants.

## RULING ON MOTION FOR A PROTECTIVE ORDER

This is an action for infringement and damages brought pursuant to 35 U.S.C. § 271(a). On June 29, 1998, the defendant Horphag filed a motion to dismiss, for a permanent injunction, and motion to extend comity to a decision of a French Court of Appeals in a parallel action involving some of the same claims and parties as this matter.

On October 19, 1999, defendant Usana filed a reply memorandum in support of its motion to dismiss. In support of that motion, Usana filed a document entitled the McCandless declaration. Annexed as Exhibit A to the McCandless declaration was a copy of a licensing agreement between defendants Horphag Research and Indena, S.p.A. These documents have not yet been docketed. On October 27, 1998, the defendants Usana and Horphag filed motions to withdraw the McCandless declaration or, in the alternative, to issue a protective order to prevent the

dissemination of the licensing agreement.

The motions to withdraw are denied (document numbers 269-1, 271-1). The motions for a protective order are granted (document number 269-2, 271-2). The clerk shall file Usana's memorandum of law, as well as the McCandless declaration, under seal. The license agreement may be used only for purposes of this litigation. All parties and counsel are prohibited from using, distributing, or disclosing the license agreement in any manner outside of this litigation. Counsel shall make reasonable attempts to retrieve any copies of the license agreement and shall inform all parties who received the agreement not to further disseminate the license agreement.

The defendants' motions to adopt are granted (document numbers 309, 310, 312).

It is so ORDERED this 29th day of June 1999 at Hartford, Connecticut.

Dominic J. Squatrito
United States District Judge