US004698360B1

# REEXAMINATION CERTIFICATE (3366th)

## United States Patent [19]

### Masquelier

[11] **B1 4,698,360**

[45] Certificate Issued **Nov. 4, 1997**

[54] **PLANT EXTRACT WITH A PROANTHOCYANIDINS CONTENT AS THERAPEUTIC AGENT HAVING RADICAL SCAVENGER EFFECT AND USE THEREOF**

[75] Inventor: **Jack Masquelier**, Parc des Tourelles, France

[73] Assignees: **Societe Civile d'Investigations Pharmacologiques d'Aquitaine**, Bordeaux, France; **Horpah Overseas Ltd.**, St. Peter Port, Channel Islands; **International Nutrition Company**, Vaduz, Liechtenstein

**Reexamination Request:**
No. 90/004,223, Apr. 17, 1996

**Reexamination Certificate for:**
Patent No.: 4,698,360
Issued: Oct. 6, 1987
Appl. No.: 721,434
Filed: Apr. 9, 1985

[51] Int. Cl.$^6$ ............... A61K 31/35; A61K 35/78
[52] U.S. Cl. ........................... 514/456; 424/195.1
[58] Field of Search ..................... 514/456; 424/195.1

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 3,270,003 | 8/1966 | Van Blaricom et al. | 549/212 |
| 3,433,805 | 3/1969 | Kramer et al. | 540/400 |
| 3,436,407 | 4/1969 | Masquelier et al. | 540/400 |
| 3,549,661 | 12/1970 | Masquelier et al. | 540/400 |
| 3,888,990 | 6/1975 | Courbat et al. | 514/456 |
| 4,166,861 | 9/1979 | Bonati et al. | 514/456 |
| 4,255,336 | 3/1981 | Albert et al. | 540/400 |
| 4,268,517 | 5/1981 | Niebes et al. | 514/457 |
| 4,285,964 | 8/1981 | Niebes et al. | 514/457 |
| 4,376,781 | 3/1983 | Lietti et al. | 514/457 |
| 4,413,004 | 11/1983 | Lietti et al. | 514/456 |
| 4,515,804 | 5/1985 | Marti et al. | 514/456 |
| 4,613,672 | 9/1986 | Hara | 549/399 |
| 4,617,296 | 10/1986 | Albert et al. | 514/100 |
| 4,644,011 | 2/1987 | Ballenegger et al. | 514/456 |

**FOREIGN PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 61-016982 | 7/1984 | Japan | 549/400 |

**OTHER PUBLICATIONS**

Shinji Uchida, et al., "Condensed Tannins Scavenge Active Oxygen Free Radicals". Med. Sci. Res. 15:831–832, 1987.

Jorge M. Ricardo da Silva, et al., "Oxygen Free Radicals Scavenger Capacity in Aquewous Models of Different Procyanidins from Grape Seeds". J. Agr. Food chem., 39:1549–1552, 1991.

R. Maffei Facino, et al., "Free Radicals Scavenging Action and Anti-enzyme Activities of Procyanidines from Vitis vinifera". Arzneim.-Foprsch./Drug Res. 44(1), No. 5:592–601, 1994.

Joseph E. Pizzorno, Jr., N.D., et al., A Textbook of Natural Medicine, vol. 1, "Procyanidolic Oligomers", Bastyr College Publications, Seattle, Washington, pp. 795–797, 1993.

Richard A. Passwater, Ph.D., et al., "Pycnogenol The Super 'Protector' Nutrient", Keats Pub., pp. 50–51.

E. C. Bate–Smith, et al., "Identification of Leuco–Anthocyanins as 'Tannins' in Foods", Chem. and Indust. pp. 377–378, Apr. 18, 1953.

OPC in Practice, Bert Schwitters, "Bioflavanols and Their Application", pp 1–99, Jul. 30,1993.

Harold Aaron, ed. (1968) "Requiem for Flavonoid Drugs", *The Medical Letter on Drugs and Therapeutics*, 10:9–10 (Exhibit 1).

E. C. Bate–Smith and T. Swain (1953) "Identification of Leuco–Anthocyanins as 'Tannins' in Foods", *Chemical and Industry*, 377–378 (Exhibit 2).

J. Baumann, F. Bruchhausen and G. Wurm (1981) "Flavonoids and Arachidonic Acid Metabolism", *Proceedings of the International Bioflavonoid Symposium*, Munich, FRG 411–419 (Exhibit 3).

J. Baumann, G. Wurm and F. Bruchhausen (1980) "Hemmung der Prostaglandinsynthetase durch Flavonide und Phenolderivate im Vergleich mit deren $O_2^-$ –Radikalfangereigenschaften", *Arch. Pharm.*, 313:330–337 (Exhibit 4).

L. Cavallini, A. Bindoli and N. Siliprandi (1978) "Comparative Evaluation of Antiperoxidative Action of Silymarin and Other Flavonoids", *Pharmacological Research Communications*, 10: 133–136 (Exhibit 5).

O. Danni, B. C. Sawyer and T. F. Slater (1977) "Effects of (+)–catechin in vitro and in vivo on disturbances produced in rat liver endoplasmic reticulum by carbon tetrachloride" *Biochemical Society Transactions*, 5:1029–1032 (Exhibit 6).

N.P. Das (1971) "Studies on Flavonoid Metabolism", Biochemical Pharmacology, 20: 3435–3445 (Exhibit 7).

R. F. Del Maestro (1982) "Role of superoxide anion radicals in microvascular permeability and leukocyte behaviour", *Canadian Journal Of Physiology and Pharmacology*, 60:1406–1414 (Exhibit 8).

Rolando F. Del Maestro, Howard H. Thaw, Jakob Björk, Manfred Planker and Karl–E. Arfors (1980) "Free radicals as mediators of tissue injury", *Free Radicals in Medicine Biology*, 45–57 (Exhibit 9).

J.M. Gazave, J.L. Parrot, A. Saindelle and P. Canu, "Recherches sur la vitamine C2 (facteur d'economie de l'acide ascorbique)", *Laboratoire de Physiologie pathologique de L'Ecole Pratique des Hautes–Etudes*, 251 (Exhibit 10).

(List continued on next page.)

*Primary Examiner*—John Rollins

[57] **ABSTRACT**

The invention provides a method for preventing and fighting the harmful biological effects of free radicals in the organism of warm blooded animals and more especially human beings, namely cerebral involution, hypoxia following atherosclerosis, cardiac or cerebral infarction, tumour promotion, inflammation, ischaemia, alterations of the synovial liquid, collagen degradation, among others. The method consists in administering to said animals and especially to human beings an amount efficient against said effects, of a plant extract with a proanthocyanidins content which has a radical scavenger effect, the extract being in the form of a medicament and coming more especially from the bark of conifers.

Tobin Declaration
Exhibit I

OTHER PUBLICATIONS

T. A. Geissman and N. N. Yoshimura (1966) "Synthetic Proanthocyandin". *Tetrahedron Letters*, 24:2669–2673 (Exhibit 11).

P. Gendre, J. Laparra and E. Barraud (1985) "Effet protecteur des oligomeres procyanidoliques sur le lathyrisme experimental chez le Rat". *Ann. Pharmaceutiques francaises*, 43: 61–71 (Exhibit 12).

E. Haslam. "Proanthocyanids". *The Flavonoids: Advances in Research*, Chapman and Hall, New York. 417–437 (Exhibit 13).

E. Haslam. "Natural Proanthocyanidins". *The Flavonoids*, Chapman and Hall, New York. 505–559 (Exhibit 14).

J. Laparra, J. Michaud, M.F. Lesca, P. Blanquet and J. Masquelier (1978) "Etude Pharmacocinetique des Oligomeres Procyanidoliques totaux du Raisin". *Acta Therapeutica* 4: 233–246 (Exhibit 15).

J. Laparra, J. Michaud and J. Masquelier (1979) "Action des Oligomeres Procyanidoliques sur le Cobaye Carence en Vitamine C". *Reproduction interdite sans indication de souree*, 7–13 (Exhibit 16).

J. Laparra, J. Michaud and J. Masquelier (1977) "Etude pharmacocinetique des oligomeres flavanoliques". *Plantes medicinales et phytotherapie*, 11: 133–142 (Exhibit 17).

J. Lavollay and J. Neumann (1959) "Problems Posed by the Activity of Certain Flavonoids on Vascular Resistance". *The Pharmacology of Plant Phenolics*, 103–122 (Exhibit 18).

A. Letan (1966) "The Relation of Structure to Antioxidant Activity of Quercetin and Some of Its Derivatives I. Primary Activity". *Journal Of Food Science*, 31: 518–523 (Exhibit 19).

A. Letan (1966) "The Relation of Structure to Antioxidant Activity of Quercitin and Some of Its Derivatives II. Secondary (Metal–Complexing) Activity". *Journal of Food Science*, 31: 395–399 (Exhibit 20).

I. Maridonneau, P. Braquet and R. P. Garay. (1981) "Bioflavonoids protect human erthrocytes against the K+–loss induced by free radicals". *Proceedings of the International Bioflavonoid Symposium*, Munich, FRG, Munich. 427–436 (Exhibit 21).

J. Masquelier (1963) "Dosage des Leucoanthocyannes du Vin Blanc Emploi de la Poudre de Polyamide" *Bull Soc. Pharm. Bordeaux*, 102: 31–32 (Exhibit 22).

Jack Masquelier (1948) "Etude Biologique du Chromogene". *Recherches sur le Pigments de la Graine D'Arachide*, Bordeaux, 84–101 (Exhibit 23).

J. Masquelier (1972) "La Vitamine C2". *Extrait des Journees Pharmaceutiques Internationals de Paris*, 3–12 (Exhibit 24).

Masquelier (1980) "Pycnogenols: Recent Advances in the Therapeutical Activity of Procyanidins". *Natural Products as Medicinal Agents, Plenary Lectures of the International Research Congress on Medicinal Plant Research*, Strasbourg. 243–256 (Exhibit 25).

Jack Masquelier (1948) *Recherches sur les Pigments de la Grains D'Arachide* Bordeaux, 1–117 (Exhibit 26).

Jack-Arthur Masquelier, No. 1,036,922 (1953) "Procede d'extraction du leucocyanidol". *Brevet D'Invention*, Francaise (Exhibit 27).

J. Masquelier, M.C. Dumon and J. Dumas. (1981) "Stabilisation du collagene par les oligomeres procyanidoliques". *Acta Therapeutica*, 7: 101–5 (Exhibit 28).

J. Masquelier and J. Golse. (1961) "Presence du Complexe Leucocyanidol Catechine de Forsyth dans le Chocolat". *Bull. Soc., Pharm. Bordeaux*, 100: 241–247 (Exhibit 29).

J. Masquelier and J. Michaud. (1965) "Etat des Leucoanthocyannes Dans le Rhytidome de Pinus Maritima Lamk". *Bull. Soc. Pharm. Bordeaux*, 104: 33–36 (Exhibit 30).

J. Masquelier, J. Michaud, J. Laparra and M. C. Dumon. (1979) "Flavonoids and Pycnogenols". *International Journal for Vitamin and Nutrition Research*, 49: 307–311 (Exhibit 31).

J. Masquelier, J. Michaud and J. Triaud. (1965) "Fractionnement des Leucoanthocyannes du Vin" *Bulletin de la Societe de Pharmacie de Bordeaux*, 104: 85 (Exhibit 32).

J. Masquelier and G. Point (1956) "Le Leucoanthocyane des Cepages Blancs de Vitis Vinifera". *Bull. Soc. Pharm. Bordeaux*, 95: 6–11 (Exhibit 33).

J. Masquelier and G. Point (1956) "Les Substances Vitaminiques P des vins Blancs Extraction et Dosage". *Bulletin de la Societe de Pharmacie de Bordeaux*, 80–84 (Exhibit 34).

J. Masquelier and J. Roux (1960) "Sur la Stabilite des Leucoanthocyannes dans les Medicaments Galeniques". *Bull. Soc. Pharm. Bordeaux*, 65–72 (Exhibit 35).

J. Masquelier and G. Sansous (1953) "Un Nouveau Facteur Vitaminique P Isole du Pin des Landes". *Bulletin de la Societe de Pharmacie*, 91: 16–19 (Exhibit 36).

J. Masquelier and F. Tayeau (1950) "Recherches Comparatives sur L'Activite de Diverses Substances Vitaminiques P". *Societe de Pharmacie*, 88: 168–171 (Exhibit 37).

J. Masquelier, G. Vitte and M. Ortega (1959) "Dosage Colorimetriques des Leucoanthocyannes dans les vins Rouges". *Bull. Soc. Pharm. Bordeaux*, 98: 145–148 (Exhibit 38).

S.M. de Matta, F.D. Monache, F. Ferrari and G.B. Marini–Bertolo (1975) "Alkaloids and Procyanidins of an Unicaria sp. From Peru". *Il Farmaco*, 31: 527–535 (Exhibit 39).

J. Michaud, P. Lacaze and J. Masquelier. (1971) "Fractionnement des Oligomeres Flavanoliques du Raisin". *Bull. Soc. Pharm. Bordeaux*, 110: 111–116 (Exhibit 40).

J. Michaud, J. Laparra, M.F. Lesca, M.F. Armand, J. Masquelier and P. Blanquet. (1969) "Phytosynthese de Rutoside Marque au C". *Soc. Pharm. Bordeaux*, 108: 133–142 (Exhibit 41).

J. Michaud, J. Laparra, M.F. Lesca, P. Blanquet and J. Masquelier. (1977) "Preparation D'Oligomeres Procyanidoliques de Vitis Vinifera L. Marques au C". *Bull. Soc. Pharm. Bordeaux*, 116: 21–26 (Exhibit 42).

J. Michaud and J. Masquelier. (1973) "Quelques aspects nouveaux de la connaissance des tanins catechiques leurs relation avec la vitamine C2(P)". *Prod. Et Prob. Pharm.*, 28: 499–520 (Exhibit 43).

J. Michaud, J. Masquelier and M.C. Dumon. (1981) "Etude analytique des tanins catechiques". *Bull. Soc. Pharm. Bordeaux*, 120: 63–74 (Exhibit 44).

J. Michaud, J. Masquelier and A.M. Roudge. (1973) "Synthese des procyanidines naturelles". *Annales pharmaceutiques francaises*, 31: 385–395 (Exhibit 45).

Elliott Middleton Jr., (1984) "The Flavonoids". *TIPS*, 335–338 (Exhibit 46).

J. Monboisse, P. Braquet, A. Randoux and J.P. Borel. (1983) "Non–Enzymatic Degradation of Acid–Soluble Calf Skin Collagen By Superoxide Ion: Protective Effect of Flavonoids". *Biochemical Pharmacology*, 32: 53–8 (Exhibit 47).

N. Nikolov, H. Wagner, J. Chopin, G. Dellamonica, V.M. Chari and O. Seligmann, (1981) "Recent Investigations of Crataegus Flavonoids", *Proceedings Of the International Bioflavonoid Symposium* Munich, FRG. 325–344 (Exhibit 48).

Kazuhiko Nozaki, Tadae Kushida, Tomoyoshi Nakajima, Mizuo Yajima and Koki Yokotsuka, (1984) "Antioxidant Activities of Phenolic Compounds from Seeds and Skins of 33 Grape Varieties", *Yamanashi University*, Tokyo (Exhibit 49 with English Translation).

Brigitte Pignatelli, Jean-Claude Bereziat, Gerard Descotes and Helmut Bartsch, (1982) "Catalysis of nitrosation in vitro and in vivo in rats by catechin and esorcinol and inhibition by chlorogenic acid", *Carcinogenesis*, 3: 1045–1049 (Exhibit 50).

Dan E. Pratt, (1975) "Role of Flavones and Related Compounds in Retarding Lipid-Oxidative Flavor Changes in Foods" ACS Symposium Series, Washington, D.C. (Exhibit 51).

V. W. Rewerski, T. Piechocki, M. Rylski and S. Lewak, (1971) "Einige pharmakologische Eigenschaften der aus Weissdorn (Crataegus oxyacantha) isolierten oligomeren Procyanidine" *Arzneim.–Forsch*, 21: 886–888 (Exhibit 52).

Von C. Roddewig and H. Hensel, (1977) "Reaktion der lokalen Myodkarddurchblutung von wachen Hunden und narkotisierten auf orale und parenterale Applikation einer Crataegudfraktion (oligomere Procyanidine)", *Arzneim.–Forsch.*, 7: 1407–1410 (Exhibit 53).

Otto Rosenheim. (1920) "Observations on anthocyanins. I. The Anthocyanins of the young leaves of the grape vine.", *The Biochemical Journal*, XIV: 178–188 (Exhibit 54).

R. Salvayre, P. Braquet, Th. Perruchot and L. Douste-Blazy, (1981) "Comparison of the Scavenger Effect of Bilberry Anthocyanides with Various Flavonoids", *Proceedings of the International Bioflavonoid Symposium*, Munich FRG. 437–442 (Exhibit 55).

J. Schmidtke and V. Schoop, (1984) "Das hydrostatische Oedem und seine medikamentoese Beeinflussung", *Scheuzerische Geseelschaft fur Phlebologie* (Exhibit 56).

J. Sipos, V. Gabor, Z. Toth and P. Ribiczey, (1984) "Effect to (+)–Cyanidanol–3 on Receptor Activity of Lymphocytes and Hepatocytes and on Hepatocyte–Lymphocyte Conjugation in Alcoholic Liver Disease", *Int. J. Tiss Reac.*, VI(2): 145–154 (Exhibit 57).

N. P. Slabbert, (1977) "Ionisation of some flavanols and dihydroflavonols", *Tetrahedron*, 33: 821–824 (Exhibit 58).

Societe Civile de Recherche Pharmaceutique et Therapeutique No. 4482. (1966) "Nouveau bioflavonoide ou facteur vitaminique P", Bulletin officiel de la Propriete industrielle, 45: 1966 (Exhibit 59).

Societe Civile de Recherche Pharmaceutique et Therapeutique No. 1.427.100. (1966) "Procede pour l'obtention d'hydroxyflavanne-3-4-diols", Bulletin de la Propriete industrielle, 6: 1966 (Exhibit 60).

T. Swain, (1965) "Analytical Methods for Flavonoids", *Chemistry and Biochemistry of Plant Pigments*, 533–549 (Exhibit 61).

F. Tayeau and J. Masquelier, (1949) "Les Pigments de la graine d'Arachide", *Bulletin de la Societe de Chimie biologique*, 31: 72–5 (Exhibit 62).

J. M. Tixier, G. Godeau, A.M. Robert and W. Hornbeck, (1984) "Evidence by in vivo and in Studies that Binding of Pycnogenols to Elastin Affects its Rate of Degradation By Elastases", *Biochemical Pharmacology*, 33: 3933–3939 (Exhibit 63).

Shinji Uchida, Rei Edamatsu, Midori Hiramatsu, Akitane Mori, Gen–ichiro Nonaka, Itsuo Nishioka, Masami Niwa and Masayori Ozaki, (1987) "Condensed tannins scavenge active oxygen free radicals", *Medical Science Research*, 15: 831 (Exhibit 64).

L. A. Videla, (1983) "Assessment of the scavenging action of reduced gluthathione, (+)–cyanidanol–3 and ethanol by the chemiluminescent response of the xanthine oxidase reaction", *Experientia*, 39: 500–502 (Exhibit 65).

U. K. Weinges, P. Kloss and H. Jaggy, (1972) "Uber dimere und oligomere Dehydrocatechine", catechine, *Arzneim.–Forsch.*, 22: 166–168 (Exhibit 66).

C.P. Siegers and M. Younes, (1981) "Effects of Bioflavonoids on Lipid Peroxidation Induced By Glutathione Depletion", *Proceedings of the International Bioflavonoid Symposium*, Munich FRG. 403–409. (Exhibit 68).

T. F. Slater and M.N. Eakins, (1974) "Interactions of (+)–Cyanidol–3 with Free Radical Generating Systems" *International Symposium in New Trends in the Therapy of Liver Diseases*, 84–49. (Exhibit 69).

Kolodziej, et al. (1981) "Structure Elicidation and Hindered Rotation of Two Procyanidins From Nelie Meyeri" *Proceedings of the International Bioflavonoid Symposium*, 353–362. (Exhibit 70).

J. Masquelier, J. Michaud, J. Laparra and M.C. Dumon, (1979) "Pycnogenols" *Bull. Soc. Pharm. Bordeaux*, 118: 95–108. (Exhibit 71).

I. Ueno, M. Kohno, K. Haraikawa and I Hirono, (1984) "Interaction Between Quercetin and Superoxide Radicals. Reduction of the Quercitin Mutagenicity" *Journal of Pharmacobio–Dynamics*, 798–803. (Exhibit 72).

B1 4,698,360

# REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

NO AMENDMENTS HAVE BEEN MADE TO THE PATENT

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims 1–7 is confirmed.

* * * * *