IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

INTERNATIONAL NUTRITION
COMPANY,

        Plaintiff,

     v.

HORPHAG RESEARCH LTD., MW
INTERNATIONAL, INC., KAIRE
INTERNATIONAL, INC., TRACO LABS,
INC., CHEMCO INDUSTRIES, INC.,
GREATER CONTINENTS, INC., INDENA
U.S.A., TWIN LABORATORIES, INC.,
USANA, INC., FREE LIFE
INTERNATIONAL LTD., NOW FOODS,
ENZYMATIC THERAPY, INC.,
NUTRACEUTICAL CORPORATION, ESTEE
LAUDER, INC., ARKOPHARMA, INC.,
JARROW FORMULAS, INC., NEW VISION
INTERNATIONAL, INC. and CHANGES
INTERNATIONAL OF FORT WALTON BEACH,
INC.,

        Defendants.

Civil Action No.
3-96 CV 00386 (DJS)

## DECLARATION OF FREDERIC BENECH

I, FREDERIC BENECH, hereby declare as follows:

1.    I am an attorney licensed to practice in France. I maintain an office in Paris, France.

2.    I am also a patent attorney allowed to practice before the French Patent Office, and I am a European Patent Attorney allowed to practice before the European Patent Office.

3.    I represent International Nutrition Company ("INC") in various matters in France, and represented INC in connection with the lawsuit brought by Horphag Research, Ltd. against it in France concerning the '360 patent. I was involved in the matter on behalf of INC on both the trial and appellate levels in that

case.   I was present in Court for the pleadings on INC's behalf and was involved in all aspects of INC's defense.   I did not represent S.C.I.P.A. or any of the other parties, who had their own counsel, other than for INC Agency B.V., in that case.

4.   The French lower court's decision was rendered without trial. There was no examination or testimony of witnesses at any point, nor was any discovery conducted or obtained by any party.

5.   I also was involved in legal matters regarding the merger of S.C.I.P.A. into CEP, a French company controlled by INC.   That merger took place on 3 June 1998, and was published on 27 August 1998.   Attached hereto as Exhibit A is a copy of the publication evidencing the merger, and an English translation.

6.   In France, patent rights, trademarks and design patents are referred to as "propriété industrielle", or Industrial Property.   Indeed, the French Patent Office is referred to as "L'Institut National de la Propriété Industrielle" ("INPI").

7.   The same French Statute, L 613-29, which precludes a co-owner of a patent from assigning its rights without first offering to assign the patent to the other co-owner, also precludes a

2

co-owner from licensing the patent to third-parties without first offering an assignment to the other co-owner.

I declare that the foregoing is true under the penalties for perjury.

Dated: *October 28th, 1998*

F. Benh

**Frederic Benech**

3

A

*¦ août au 3 septembre 1998*

---

| 2782 |

## Étude de Lucien ISNARDY Notaire

THÉNIERS 06260, B.P. 5

---

f'un acte reçu par Maître Lu-
f, Notaire à Puget-Théniers,
18, enregistré à Nice Arenas
ciété dénommée "L'ELISA-
été à Responsabilité Limitée
50.000 F. ayant son siège à
-THÉNIERS, Quartier de l'Ile,
latriculée au R.C.S. de Nice
82 524 205, a vendu à Mon-
ALIA Jean-Pierre, Charles,
f d'entreprise et Maire de la
Malauseène 06710, y de-
onds de commerce de bar,
estaurant, pizzeria, entrepre-
scies, connu sous le nom de
T. exploité à PUGET-THÉ-
er de l'Ile, Siret n° 382 524 205

---

da commerce comprenant :
, le nom commercial, la clien-
indage y attachés,
l et mobilier commercial ser-
ploitation,
e de la licence de débit de
' catégorie,

ouissance au 1er septembre

le prix principal de neuf cent
(900.000 F) s'appliquant aux
orporels pour huit cent mille
00 F), aux éléments corporels
e francs (100.000 F), étant pré-
inte dudit fonds de commer-

---

| 2777 |

## Centre d'Expérimentation Pharmaceutique

Société à Responsabilité Limitée
au capital de 65.000 F
Siège social :
Route des Dolines, Villantipolis 11
06560 VALBONNE
R.C.S. Grasse 469 202 022

---

Au terme du procès-verbal en date du 20
juillet 1998, l'Associé Unique de la Société
**Centre d'Expérimentation Pharmaceu-
tique "CEP"** a approuvé le projet de fusion
signé le 3 juin 1998 avec la Société SCIPA,
Société Civile au capital de 4.000 F. dont le
siège est Résidence Maintenon, 75, rue de
Ségur, 33000 BORDEAUX, et accepté son
apport d'une valeur nette de 62.776 F.

La prime de fusion s'élève à 22.776 F.

L'Associé Unique a décidé en consé-
quence d'augmenter le capital social de
40.000 F. pour le porter de 65.000 F à
105.000 F, par la création de 400 parts nou-
velles, jouissance au 1er janvier 1997, attri-
buées aux associés de la Société SCIPA, à
raison de 10 parts CEP pour une par SCIPA.

L'Associé Unique a constaté la réalisation
de l'augmentation de capital de "CEP", la
réalisation de la fusion-absorption et la dis-
solution de la Société SCIPA.

Les articles 6 et 7 des statuts ont été mo-
difiés en conséquence.

Mention en sera faite au Registre du Com-
merce et des Sociétés de Grasse.

Pour avis ; le Gérant.

| 2768 |

TRANSLATION
*from:*

**Centre d'Expérimentation Pharmaceutique**
Limited Liability Company with a capital of FF 65,000
Registered office:
Route des Dolines, Villantipolis 11
08580 VALBONNE
R.C.S. [Commercial and Companies Register] Grasse 469 202 022

According to a report dated July 20, 1998, the sole partner in the company **Centre d'Expérimentation Pharmaceutique "CEP"** has approved the draft merger signed on June 3, 1998 with **SCIPA**, a non-trading company with a capital of FF 4,000, whose registered office is at Résidence Maintenon, 75 rue de Ségur, 33000 BORDEAUX, and accepted its capital contribution of a net value of FF 62,776.

The merger premium comes to FF 22,776.

The sole partner has therefore decided to increase the share capital by FF 40,000, in order to bring it from FF 65,000 to FF 105,000, by creating 400 new shares, with a due date of January 1, 1997, allocated to the partners of SCIPA at the rate of 10 CEP shares for one SCIPA share.

The sole partner stated that the increase in the capital of "CEP" and the merger/takeover had been achieved and that SCIPA had been wound up.

Articles 6 and 7 of the Articles of Association have consequently been amended.

A note of this will be made in the Grasse Commercial and Companies Register.

Information from: the management.

**LAWYERS' AND MERCHANTS' TRANSLATION BUREAU INC.**
Legal, Financial, Scientific, Technical and Patent Translations
11 BROADWAY, NEW YORK, NY 10004

Tel: (212) 344-2930/2931
Consultant
WM. BERTSCHE, J.D., CH.E., A.C.S.

Fax: (212) 422-6877
Founded in 1903 by