UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INTERNATIONAL NUTRITION
COMPANY

v.                                                                        No. 3:96CV386(DJS)

HORPHAG RESEARCH LTD.
et al.

## RULING ON THE DEFENDANTS' MOTIONS FOR ATTORNEYS' FEES

Following the Court's decisions on the defendants' motion for summary judgment and the plaintiff's motion for reconsideration, the defendants moved for an award of attorneys' fees. The plaintiff subsequently appealed this Court's rulings to the United States Court of Appeals for the Federal Circuit.

When presented with a motion for attorneys' fees and a pending appeal, a district court has the discretion to defer its ruling on the motion or deny the motion without prejudice and establish a new filing period after the appeal has been resolved. See Fed.R.Civ.Pro. 54, Advisory Committee Notes to 1993 Amendments. In light of the pending appeal, and in the interests of judicial economy, the defendants' motions for attorneys' fees (Docs. 337, 341, 347, 361 and 362) are hereby **DENIED, without prejudice** to being refiled within thirty days after the entry of a final decision by the Court of Appeals. Jarrow Formula's motion to join the opposition memorandum of the other defendants (Doc. 336) is **DENIED, as moot**.

So ordered this 25th day of July, 2001.

_____
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE

DEFENDANT'S EXHIBIT 237

D 000 503