# CUMMINGS & LOCKWOOD

A Partnership of
Professional Corporations

CityPlace I
185 Asylum Street
Hartford, CT 06103-3495
860-275-6700
Fax 860-724-3397
www.cl-law.com

Greenwich
New Haven
Stamford
Bonita Springs
Naples
Palm Beach

October 10, 2000

Mark D. Giarratana
Also Admitted in New York
860-275-6719, Fax 860-560-5919
mgiarr@cl-law.com

**Via Express Mail**

Clerk
United States Court of Appeals for the Federal Circuit
Howard T. Markey Nat'l Courts Bldg.
717 Madison Place, N.W.
Washington, D.C. 20439

EK371194736US

Re:   *International Nutrition Co. v. Horphag Research, Ltd., et al.*
      *Appeal No. 00-1408*
      *Notice of Joinder*

Dear Sir/Madam:

Please accept this correspondence and the enclosed for filing on behalf of Appellee Jarrow Formulas, Inc., in the above-referenced civil action.

In order to avoid burdening the Court with repetitious briefs and arguments, and because the below-referenced briefs fully address the factual and legal misrepresentations contained in the Brief of Appellant International Nutrition Company, Defendant-Appellee Jarrow Formulas, Inc., hereby joins in the following briefs: (1) the Brief of Defendants-Appellees Horphag Research, Ltd., Kaire International, Inc., M.W. International, Inc., and NOW Foods; and (2) the Brief of Defendant-Appellee USANA, Inc.

Also, enclosed please find the following documents for filing with the Court: Certificate of Interest of Appellee Jarrow Formulas, Inc.; and Certificate of Service.

An additional copy of this Notice of Joinder is also enclosed. Please date-stamp this copy and return it to us in the enclosed stamped, self-addressed envelope as proof of filing.

Respectfully submitted,

*[signature]*

Mark D. Giarratana
Eric E. Grondahl

Attorneys for Appellee Jarrow
Formulas, Inc.

MDG/jpw
Enclosures

cc:   All Counsel of Record (w/encl.)

D 000 821

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

International Nutrition Company v. Horphag Research. Ltd., et al.

No. 00-1408

**CERTIFICATE OF INTEREST**

Counsel for Appellee Jarrow Formulas, Inc. certifies the following:

1. The full name of every party or amicus represented by the undersigned is:

   Jarrow Formulas, Inc.

2. The name of the real party in interest represented by the undersigned is:

   Jarrow Formulas, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by the undersigned are:

   None

4. The names of all law firms and the partners or associates that appeared for the party now represented by the undersigned in the trial court or are expected to appear in this Court are:

   Cummings & Lockwood
   McCormick, Paulding & Huber, L.L.P.
   Mark D. Giarratana
   Eric E. Grondahl
   Joseph S. Kentoffio
   Philip S. Polisky

D 000 822

Date: October 10, 2000

_____
Mark D. Giarratana
Eric E. Grondahl
Cummings & Lockwood
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3495

Attorneys for Appellee Jarrow Formulas, Inc.

D 000 823