RECEIVED

NOV - 3 2000

Appeal No. 00-1408

United States Court of Appeals
For The Federal Circuit

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
U.S COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

INTERNATIONAL NUTRITION COMPANY,

Plaintiff-Appellant, NOV - 3 2000

v.

JAN HORBALY
CLERK

HORPHAG RESEARCH LTD., MW INTERNATIONAL, INC., KAIRE INTERNATIONAL, INC., NOW FOODS, TRACO LABS, INC., CHEMCO INDUSTRIES, INC., GREATER CONTINENTS, INC., TWIN LABORATORIES, INC., USANA, INC., FREE LIFE INTERNATIONAL LTD., ENZYMATIC THERAPY, INC., INDENA U.S.A., NUTRACEUTICAL CORPORATION, ARKOPHARMA, INC., JARROW FORMULAS, INC. and NEW VISION INTERNATIONAL, INC.,

Defendant-Appellees.

Appeal from the United States District Court for the District of Connecticut in 96-CV-386, Judge Dominic J. Squatrito

APPELLEE NEW VISION INTERNATIONAL, INC'S
MOTION FOR ATTORNEYS' FEES AND DOUBLE COSTS AGAINST
APPELLANT INTERNATIONAL NUTRITION COMPANY FOR
FILING AND PROSECUTING A FRIVOLOUS APPEAL, PURSUANT TO
RULE 38 OF THE FEDERAL RULES OF APPELLATE PROCEDURE

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 0 2001

JAN HORBALY
CLERK

The motion is DENIED.

7/20/01
Date

FOR THE COURT,
Jan Horbaly
JAN HORBALY
Clerk

Edwin D. Schindler
Five Hirsch Avenue
P. O. Box 966
Coram, New York 11727-0966
Tel: (631)474-5373
Fax: (631)474-5374

Charles L. Howard
Patrick M. Fahey
Sheila A. Huddleston
SHIPMAN & GOODWIN LLP
One American Row
Hartford, Connecticut 06103-2819
Telephone: (860)251-5616
           (860)251-5824
Fax:       (860)251-5699
           (860)251-5600

Attorneys for Defendant-Appellee
New Vision International, Inc.

DEFENDANT'S
EXHIBIT
342