# CUMMINGS & LOCKWOOD

A Part[...] of
Professio[...] Corporations

CityPlace I
185 Asylum Street
Hartford, CT 06103-3495
860-275-6700
Fax 860-724-3397
www.cl-law.com

Stamford
Hartford
Greenwich
New Haven
Naples
Palm Beach
Bonita Springs

January 17, 2001

Mark D. Giarratana
Also Admitted in New York
860-275-6719; Fax 860-560-919
mgiarr@cl-law.com

**Via UPS Overnight**

Jan Horbaly, Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Pl., NW
Washington, D.C. 20439

*Re:*   *International Nutrition Company v. Horphag Research Ltd., et al.*
         *Appeal No. 00-1408*
         *Notice of Joinder of Appellee Jarrow Formulas, Inc.*

Dear Honorable Horbaly:

Appellee Jarrow Formulas, Inc. respectfully joins in the motion for attorneys' fees and double costs, dated November 2, 2000, entitled "Appellee New Vision International, Inc.'s Motion for Attorneys' Fees and Double Costs Against Appellant INC for Filing and Prosecuting a Frivolous Appeal, Pursuant to Rule 38 of the Federal Rules of Appellate Procedure." Enclosed are twelve copies of this letter and certification list.

Further, a photocopy of the first page of the above-identified document is also enclosed. Please date stamp the copy and return it to us in the enclosed stamped, self-addressed envelope as proof of service. Thank you.

Very truly yours,

Mark D. Giarratana

Enclosures

cc:   All Counsel of Record (By First-Class Mail)

D 000 824

Clerk of Court                          -2-                          January 17, 2001

## CERTIFICATE OF SERVICE

This is to certify that two copies of the foregoing Notice of Joinder of Appellee Jarrow Formulas, Inc., have been mailed, postage prepaid, this 17th day of January, 2001, to:

*Arkopharma, Inc:*
Joseph A. Calvaruso
Richard C. Komson
MORGAN & FINNEGAN
345 Park Avenue
New York, NY 10154-0053

*Chemco Industries, Inc. & USANA:*
Philmore H. Colburn
Michael J. Rye
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, CT 06002

*Free Life Int'l Ltd.:*
Steven P. Ciardiello
2840 Whitney Avenue
Hamden, CT 06518

*Greater Continents, Inc.:*
Richard A. Merriam
President, Greater Continents, Inc.
140 Arrowood Lane
San Mateo, CA 94403

*New Vision Int'l, Inc:*
Edwin D. Schindler
Five Hirsch Avenue
P.O. Box 966
Coram, NY 11727-0966

*Traco Labs, Inc.:*
Eric D. Daniels
ROBINSON & COLE
One Commercial Plazea
Hartford, CT 06103

*Horphag Research, Ltd., Kaire Int'l Inc., MW Int'l Inc., NOW Foods:*
Marvin S. Gittes
COBRIN & GITTES
750 Lexington Avenue
New York, NY 10022

*Indena U.S.A. & Enzymatic Therapy, Inc.:*
Thomas G. Rowan
Brian M. Poissant
PENNIE & EDMONDS
1155 Avenue of the Americas
New York, NY 10036

*International Nutrition Co.:*
Norman H. Zivin
Donna A. Tobin
COOPER & DUNHAM LLP
1185 Avenue of the Americas
New York, NY 10036

*Nutraceutical Corp.:*
Mark A. Pals
Jay I. Alexander
KIRKLAND & ELLIS
200 East Randolph Drive
Suite 5300
Chicago, IL 60601

D 000 825

Clerk of Court  -3-  January 17, 2001

*New Vision Int'l, Inc.:*
Patrick M. Fahey
SHIPMAN & GOODWIN
One American Road
Hartford, CT 06103

*Traco Labs, Inc.:*
Robert Ullman
ULLMAN SHAPIRO & ULLMAN
299 Broadway, Suite 1700
New York, NY 10007

*Twin Laboratories, Inc.:*
Daniel Ebenstein
Charles Macedo
AMSTER, ROTHSTEIN & EBENSTEIN
90 Park Avenue
New York, NY 10016

*USANA, Inc.*
Brent Lorimer
Eric Maschoff
H. Ross Workman
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

MARK D. GIARRATANA

.HrtLib1:353657.1 01/17/01

D 000 826