UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. _____ |
| v. | ) | |
| | ) | |
| CENTRE D'EXPERIMENTATION | ) | |
| PYCNOGENOL SARL, | ) | |
| INTERNATIONAL NUTRITION | ) | |
| COMPANY and HORPHAG | ) | |
| RESEARCH LTD. | ) | |
| | ) | |
| Defendants. | ) | March 31, 2004 |

## COMPLAINT

Plaintiff, Jarrow Formulas, Inc. ("JFI"), by its attorneys, McCarter & English, LLP, for its complaint against Centre d'Experinentation Pycnogenol Sarl ("CEP"), International Nutrition Company ("INC") and Horphag Research Ltd. ("Horphag"), alleges as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction as the matter in controversy raises a question under the Patent Laws of the United States, 35 U.S.C. § 271 et seq. The specific remedy sought is based on the laws authorizing an action for declaratory judgment in the Courts of the United States, 28 U.S.C. §§ 2201 and 2202.

2. Jurisdiction is conferred on this Court under 28 U.S.C. §§ 1331 and 1338(a).

3. Venue is proper in this Court under 28 U.S.C. §§ 1391(b) and 1400.

1

## THE PARTIES

4. Plaintiff JFI is a corporation organized and existing under the laws of the State of California and having its principal place of business in the City of Los Angeles, California. Plaintiff is doing business within this judicial district.

5. Defendant INC is a corporation organized and existing under the laws of Liechtenstein and having its principal place of business at Josef Rheinbergerstrasse 6, Vaduz, Liechtenstein. INC has and is doing business within the United States and this judicial district.

6. Defendant CEP is a company organized and existing under the laws of France and having an address at 52 Boulevard de Sebastopol, Paris, France. CEP is doing business within the United States and this judicial district. On information and belief, CEP is wholly owned by INC.

7. Defendant Horphag is a company organized and existing under the laws of the United Kingdom and having its registered office at 1 Le Marchant Street, St. Peter's Port, Guernsey, British Channel Islands, United Kingdom. Horphag is doing business within the United States and this judicial district.

## GENERAL FACTS

8. Plaintiff JFI is a world leader in the formulation, manufacture and wholesale of a comprehensive line of nutritional supplements. JFI is presently manufacturing and selling, and since 1995 has manufactured and sold, oligomeric proanthocyanidins ("OPCs") in the United States and abroad. JFI's products contain OPCs extracted from grape seed, and the labels and/or product literature recommend administration for scavenging free radicals.