UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JARROW FORMULAS, INC.,
  Plaintiff,

vs.

INTERNATIONAL NUTRITION
COMPANY, ET AL.,
  Defendants.

Civil No. 3:01CV478(AVC)

## RULING ON THE DEFENDANTS' SECOND MOTION FOR CONTINUANCE OF JURY SELECTION AND TRIAL

The defendants' motion (document no.232) "for continuance of jury selection and trial" is DENIED as moot. On June 15, 2005 the court cancelled jury selection, which had previously been set for July 15, 2005, and the jury trial, which had previously been set to commence on July 18, 2005.

It is so ordered this 22nd day of July, 2005 at Hartford, Connecticut.

Alfred V. Covello
United States District Judge