UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>INTERNATIONAL NUTRITION )<br>COMPANY, INTEGRATED )<br>BIOCEUTICALS, LLC, PRIMARY )<br>SERVICES, INC., PRIMARY SOURCE, )<br>LLC, EGBERT SCHWITTERS, NORMAN )<br>H. ZIVIN, and JACK MASQUELIER, )<br>)<br>Defendants ) | CIVIL ACTION NO. 3:01-CV-00478 (AVC)<br><br><br><br><br>AUGUST 5, 2005 |

**MOTION FOR EXTENSION OF TIME TO OPPOSE
DEFENDANTS' MOTION IN LIMINE**

Pursuant to Federal Rule of Civil Procedure 6(b)(2) and Connecticut Local Rule 7(b), Plaintiff Jarrow Formulas, Inc. ("Plaintiff"), respectfully requests that it be granted an extension of time of two (2) days, up to and including August 10, 2005, in which to file an opposition to the Motion in Limine to Exclude Evidence of Patent Invalidity, Inequitable Conduct of Fraud ("Motion in Limine") filed by Defendants International Nutrition Company, Integrated Bioceuticals, LLC, Primary Services, Inc., Primary Source, LLC, Egbert Schwitters, Norman H. Zivin, and Jack Masquelier ("Defendants") on July 18, 2005 [Dkt. # 236]. Plaintiff's Opposition Memorandum is currently due on August 8, 2005.

Defendants filed their Motion in Limine concurrently with their Motion for Summary Judgment [Dkt. # 234]. Pursuant to the Court's Scheduling Order dated July 5, 2005, Plaintiff has "to and including August 10, 2005 to file a response" to Defendants' Motion for Summary Judgment [Dkt. # 233]. Plaintiff seeks an extension of just two (2) days so that it may file its Opposition to Defendants' Motion for Summary Judgment concurrently with its

Opposition to Defendants' Motion in Limine as both Oppositions will address the evidence that Defendants' seek to exclude in their Motion in Limine.

Counsel for Defendants, Richard Order, Esq., has been contacted and consents to this Motion for Extension of Time.

WHEREFORE, Plaintiff Jarrow Formulas, Inc. respectfully requests that the Court grant its Motion for Extension of Time to Oppose Defendants' Motion in Limine and permit Plaintiff an extension of time up and until August 10, 2005 to file its Opposition Memorandum.

THE PLAINTIFF,
JARROW FORMULAS, INC.
BY MCCARTER & ENGLISH, LLP
ITS ATTORNEYS

By_____
ERIC WATT WIECHMANN (CT 04331)
JASON C. WELCH (CT 23418)
CityPlace I
185 Asylum Street
Hartford, CT  06103
(860) 275-6700
(860) 724-3397 (fax)
jwelch@mccarter.com
    -and-
ALEXANDRA B. STEVENS (CT 20300)
Four Stamford Plaza
107 Elm Street
Stamford, CT  06901
(203) 965-0823
(203) 323-6513 (fax)

SO ORDERED:

_____          _____
Date                             Clerk / District Court Judge

-2-

-3-

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing CONSENTED TO MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION IN LIMINE has been mailed, postage prepaid, this 5th day of August, 2005, to

      RICHARD S. ORDER, ESQ.
      ERIC D. BEAL, ESQ.
      Axinn, Veltrop & Harkrider LLP
      90 State House Square
      Hartford, CT  06103

                        _____
                        JASON C. WELCH

HARTFORD: 645845.01