UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>INTERNATIONAL NUTRITION )<br>COMPANY, NORMAN H. ZIVIN, AND )<br>JACK MASQUELIER, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:01-CV-00478 (AVC)<br><br><br><br><br><br><br><br>August 10, 2005 |

## **DECLARATION OF JOY WHITNEY PURSUANT TO F.R.C.P. § 6(e)**

JOY WHITNEY hereby declares as follows:

1.   I am a Paralegal at the law firm of McCarter & English, LLP, CityPlace I, 185 Asylum Street, Hartford, Connecticut, 06103.

2.   I have been assisting in the defense and prosecution of the following cases on behalf of Jarrow Formulas, Inc.: 1) *International Nutrition Company v. Horphag Research, et al.*, *3:96CV00386 (D. Conn. 1996)* and 2) *Jarrow Formulas, Inc. v. International Nutrition Company, et al.*, *3:01CV00478 (D. Conn. 2001)*.

3.   I am over the age of eighteen, believe in the obligations of an oath, and have personal knowledge of the facts stated herein.

4.   Attached to this Declaration as **Ex. 1** is a true and accurate copy of the Assignment dated April 1, 1985.

5.	Attached to this Declaration as **Ex. 2** is a true and accurate copy of the April 9, 1985 recordation of the Assignment dated April 1, 1985, with the Patent and Trademark Office, produced by Defendants bearing bates nos. D005550-D005551.

6.	Attached to this Declaration as **Ex. 3** is a true and accurate copy of the U.S. Assignment dated March 18, 1994, as recorded on March 28, 1994, produced by Defendants, bearing bates no. D001007.

7.	Attached to this Declaration as **Ex. 4** is a true and accurate copy of the Complaint dated, March 6, 1996, in *International Nutrition Co. v. Horphag Research, et al., 3:96CV00386 (D. Conn. 1996)*.

8.	Attached to this Declaration as **Ex. 5** is a true and accurate copy of the French decision dated, March 25, 1997, from the Court of Primary General Jurisdiction of Bordeaux, Docket No. 13618/95.

9.	Attached to this Declaration as **Ex. 6** is a true and accurate copy of the cease and desist letter to Estee Lauder Companies, dated September 8, 1995, produced by Defendants bearing bates nos. D005742-D005743.

10.	Attached to this Declaration as **Ex. 7** is a true and accurate copy of the cease and desist letter to Traco Laboratories, dated December 18, 1995, produced by Defendants bearing bates nos. D005830-D5831.

11.	Attached to this Declaration as **Ex. 8** is a true and accurate copy of the cease and desist letter to Donald R. Grice, dated December 20, 1999, produced by Defendants bearing bates nos. D005740-D005741.

12. Attached to this Declaration as **Ex. 9** is a true and accurate copy of the cease and desist letter to Royal Body Care, Inc., dated November 28, 2000, produced by Defendants, bearing bates nos. D005738-D005739.

13. Attached to this Declaration as **Ex. 10** is a true and accurate copy of the cease and desist letter to Roex, Inc., dated April 30, 2001, produced by Defendants, bearing bates nos. D005726-D005727.

14. Attached to this Declaration as **Ex. 11** is a true and accurate copy of the Complaint dated, January 31, 1997, in *International Nutrition, et al. v. Interhealth Nutrition, et al., 3:97CV00377 (ND Calif. 1997)*.

15. Attached to this Declaration as **Ex. 12** is a true and accurate copy of the Order dated March 21, 1997, in *International Nutrition Co. v. Horphag Research, et al., 3:96CV00386 (D. Conn. 1996)*.

16. Attached to this Declaration as **Ex. 13** is a true and accurate copy of the Motion and Memorandum of Plaintiff International Nutrition Company for Limited Discovery Pursuant to Rule 56(f), Fed. R. Div. P., filed on March 11, 1999, in *International Nutrition Co. v. Horphag Research, et al., 3:96CV00386 (D. Conn. 1996)*.

17. Attached to this Declaration as **Ex. 14** is a true and accurate copy of Plaintiff's Motion for Leave to Amend Complaint, dated July 24, 2000, *International Nutrition, et al. v. Interhealth Nutrition, et al., 3:97CV00377 (ND Calif. 1997)*.

18. Attached to this Declaration as **Ex. 15** is a true and accurate copy of the printout of the docket in *International Nutrition, et al. v. Interhealth Nutrition, et al., 3:97CV00377 (ND Calif. 1997)*.

19. Attached to this Declaration as **Ex. 16** is a true and accurate copy of the Court Order, July 7, 2000, in *International Nutrition, et al. v. Interhealth Nutrition, et al., 3:97CV00377 (ND Calif. 1997)*.

20. Attached to this Declaration as **Ex. 17** is a true and accurate copy of the French decision dated, May 28, 1998, from the Court of Appeal of Bordeaux, Docket No. 97003242.

21. Attached to this Declaration as **Ex. 18** is a true and accurate copy of the French decision dated, February 5, 2001, from the Commercial Court of Grasse, Docket No. 1999F00237.

22. Attached to this Declaration as **Ex. 19** is a true and accurate copy of U.S. Patent Registration No. 4,698,360, dated October 6, 1987.

**23.** Attached to this Declaration as **Ex. 20** is a true and accurate copy of the French article and an English translation of same titled, "Therapeutical Trial of Endotelon, a peripheral angioprotector."

24. Attached to this Declaration as **Ex. 21** is a true and accurate copy of pages 57 – 61 taken from the book titled, OPC in Practice, authored by E. Schwitters.

25. Attached to this Declaration as **Ex. 22** is a true and accurate copy of pages 111 - 117 taken from the book titled, OPC in Practice, 3rd Edition, authored by E. Schwitters.

26. Attached to this Declaration as **Ex. 23** is a true and accurate copy of a photograph of a bottle of Flavay™.

27. Attached to this Declaration as **Ex. 24** is a true and accurate copy of product literature regarding Flavay™.

28. Attached to this Declaration as **Ex. 25** is a true and accurate copy of the Information Disclosure Statement filed with the Patent and Trademark Office, dated April 17, 1996.

29. Attached to this Declaration as **Ex. 26** is a true and accurate copy of the Office Action Response filed with the Patent and Trademark Office on March 17, 1997.

*30.* Attached to this Declaration as **Ex. 27** is a true and accurate copy of the Order dated April 16, 1997, in *International Nutrition Co. v. Horphag Research, et al., 3:96CV00386 (D. Conn. 1996).*

31. Attached to this Declaration as **Ex. 28** is a true and accurate copy of the September 24, 1993 letter from Robert P. Simpson, Esq. to SCIPA, produced by Defendants, bearing bates no. D008080.

32. Attached to this Declaration as **Ex. 29** is a true and accurate copy of the letter from E. Barraud to Charles Haimoff dated July 27, 1987.

33. Attached to this Declaration as **Ex. 30** is a true and accurate copy of the October 28, 1994 Transcript of Motion, Horphag v. Consac, CV-93-2552.

34. Attached to this Declaration as **Ex. 31** is a true and accurate copy of the letter from Richard Order, Esq. to Eric Watt Wiechmann, Esq. dated September 4, 2003.

35.     Attached to this Declaration as **Ex. 32 (Not Used)**.

36.     Attached to this Declaration as **Ex. 33** is a true and accurate copy of press release dated May 29, 1998, produced by IBC, bearing bates nos. IBC0542-IBC543.

37.     Attached to this Declaration as **Ex. 34** is a true and accurate copy of press release dated July 31, 1998, produced by Defendants, bearing bates nos. D002287-D002288.

38.     Attached to this Declaration as **Ex. 35** is a true and accurate copy of press release dated December 16, 1998, produced by IBC, bearing bates nos. IBC0521-IBC0522.

39.     Attached to this Declaration as **Ex. 36** is a true and accurate copy of press release dated March 23, 2000, produced by Defendants, bearing bates nos. D002291.

40.     Attached to this Declaration as **Ex. 37** is a true and accurate copy of press release dated March 24, 2001, produced by Defendants, bearing bates nos. D005842-D005846.

41.     Attached to this Declaration as **Ex. 38** is a true and accurate copy of press release dated March 27, 1997, produced by Defendants, bearing bates nos. D002277-D002278.

42.     Attached to this Declaration as **Ex. 39** is a true and accurate copy of press release dated August 27, 1997, produced by Defendants, bearing bates nos. D002279-D002280.

43.     Attached to this Declaration as **Ex. 40** is a true and accurate copy of press release dated April 3, 2000, produced by Defendants, bearing bates nos. D002292-D002294.

44.     Attached to this Declaration as **Ex. 41** is a true and accurate copy of press release dated July 19, 2001, produced by Defendants, bearing bates nos. D002302-D002303.

45. Attached to this Declaration as **Ex. 42** is a true and accurate copy of the September 24, 1993 letter from Robert P. Simpson, Esq. to SCIPA, produced by Defendants, bearing bates no. D008080.

46. Attached to this Declaration as **Ex. 43** is a true and accurate copy of the Second Amended Answer and Counterclaims, Horphag v. Consac, CV-93-2522, dated November 29, 1993, produced by Defendants, bearing bates nos. D007741-D007756.

47. Attached to this Declaration as **Ex. 44** is a true and accurate copy of the Complaint, Consac v. INC, CV-94-1886, dated August 29, 1994, produced by Defendants, bearing bates nos. D007836 – D007840.

48. Attached to this Declaration as **Ex. 45** is a true and accurate copy of Answer and Crossclaims, Horphag v. Consac, CV-93-2522, dated April 8, 1994.

49. Attached to this Declaration as **Ex. 46** is a true and accurate copy of the Information Disclosure Statement filed with the Patent and Trademark Office on October 8, 1996.

50. Attached to this Declaration as **Ex. 47** is a true and accurate copy of the Patent Ownership Confirmatory Agreement, dated April 24, 2003, produced by Defendants, bearing bates nos. D011128 - D011130.

51. Attached to this Declaration as **Ex. 48** is a true and accurate copy of the letter from Mr. Egbert Schwitters to Mr. Gary Crossover, dated February 7, 1991.

52. Attached to this Declaration as **Ex. 49** is a true and accurate copy of deposition excerpts taken from the deposition transcript of Egbert Schwitters dated, March 13, 2002.

53. Attached to this Declaration as **Ex. 50** is a true and accurate copy of deposition excerpts taken from the deposition transcript of Jarrow L. Rogovin dated, January 29, 2002.

54. Attached to this Declaration as **Ex. 51** is a true and accurate copy of a License Agreement bearing bates nos. D002304 – D002317 filed under seal herewith.

55. Attached to this Declaration as **Ex. 52** is a true and accurate copy of the letter from Robert S. Sands to Norman H. Zivin, Esq. dated, July 12, 1996, produced by Defendants, bearing bates nos. D002382.

56. Attached to this Declaration as **Ex. 53 (Not Used)**.

57. Attached to this Declaration as **Ex. 54** is a true and accurate copy of the Brief in Support of Motion to Dismiss, dated March 22, 1995, Consac v. International Nutrition Company, CV-94-4576.

58. Attached to the Declaration as **Ex. 55** is a true and accurate copy of the Confirmatory Assignment dated October 10, 1996.

59. Attached to the Declaration as **Ex. 56** is a true and accurate copy of International Nutrition Company's Memorandum in Opposition to Motions to Dismiss, dated September 28, 1998, International Nutrition Company v. Horphag Research Ltd., 3:96-CV-0386.

I declare that all statements made herein of my own knowledge are true and all statements made on information and belief are believed to be true; and, further, that these statements were made with the knowledge that willful false statements and the like are

punishable by fine and imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

_____8/10/05_____         _____*Joy Whithey*_____
Date                          Joy Whithey

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing DECLARATION OF JOY WHITNEY PURSUANT TO F.R.C.P. § 6(e) has been mailed, postage prepaid, this 10th day of August, 2005 to:

>RICHARD S. ORDER, ESQ.
>ERIC D. BEAL, ESQ.
>Axinn, Veltrop & Harkrider LLP
>90 State House Square
>Hartford, CT  06103

_____
JASON C. WELCH

HARTFORD: 646331.01