UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> INTERNATIONAL NUTRITION ) <br> COMPANY, INTEGRATED ) <br> BIOCEUTICALS, LLC, PRIMARY ) <br> SERVICES, INC., PRIMARY SOURCE, ) <br> LLC, EGBERT SCHWITTERS, NORMAN ) <br> H. ZIVIN, and JACK MASQUELIER, ) <br> ) <br> Defendants ) | CIVIL ACTION NO. 3:01-CV-00478 (AVC) <br><br><br><br><br><br><br><br><br><br> AUGUST 10, 2005 |

## JARROW FORMULAS, INC.'S MOTION IN LIMINE TO LIMIT THE TESTIMONY AT TRIAL OF NORMAN ZIVIN

Pursuant to Federal Rule of Civil Procedure 37(c) and Local Rule 7(a), Plaintiff Jarrow Formulas, Inc. ("JFI") hereby submits this Motion in Limine to limit the testimony at trial of Norman H. Zivin. As set forth in detail in the Memorandum of Law filed herewith, Defendants did not identify Zivin as an expert witness pursuant to Federal Rule of Civil Procedure 26(a) and Zivin refused to respond to questions during his deposition which he deemed to call for expert testimony. In addition, Defendants invoked the attorney-client privilege and attorney work product doctrine to limit Zivin's testimony during his deposition. Accordingly, Plaintiff JFI seeks an order precluding Zivin from providing expert opinion testimony at trial, and precluding Zivin from testifying as to any subjects that he and/or his client invoked the attorney-client privilege or the attorney work product doctrine at Zivin's deposition.

**ORAL ARGUMENT REQUESTED**

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, Plaintiff Jarrow Formulas, Inc. respectfully requests that the Court grant its Motion in Limine and enter the following order:

1. An order in limine prohibiting Norman Zivin from rendering expert testimony, and prohibiting Defendants and their attorneys from soliciting testimony from Zivin, concerning legal opinions or the legal effect of Defendants' actions related to the '360 patent at any time before or during trial of this action;

2. An order in limine prohibiting Defendants and Norman Zivin from testifying, and prohibiting Defendants' attorneys from soliciting testimony, on the following subjects at any time before or during the trial of this action:

    (a) the legal basis or any advice given to International Nutrition Company ("INC") regarding the grounds for INC's suit against JFI for infringement of U.S. Patent No. 4,698,360 ("the '360 patent"),

    (b) the legal basis or any advice given to INC regarding INC's claim of ownership of the '360 patent,

    (c) any legal advice given to INC regarding the effect of the various purported assignments of the '360 patent to INC and the recording of those assignments at the Patent and Trademark Office,

    (d) any advice that Zivin provided INC regarding INC's press releases regarding the '360 patent and the infringement suit against JFI, and

-2-

    (e) any analysis or advice given to INC regarding SCIPA's right to transfer its interest in the '360 patent to INC;

   3. An order in limine prohibiting Defendants, their attorneys, and their witnesses from mentioning or referring to the fact that this Motion in Limine has been filed and/or granted; and

   4. An order in limine directing attorneys for Defendants to immediately inform Defendants and its witnesses of the terms and effect of these orders in limine.

        THE PLAINTIFF,
        JARROW FORMULAS, INC.
        BY MCCARTER & ENGLISH, LLP
        ITS ATTORNEYS


By_____
  ERIC WATT WIECHMANN (CT 04331)
  ERIC E. GRONDAHL (CT 08988)
  JASON C. WELCH (CT 23418)
  CityPlace I
  185 Asylum Street
  Hartford, CT 06103
  (860) 275-6700
  (860) 724-3397 (fax)
    -and-
  ALEXANDRA B. STEVENS (CT 20300)
  Four Stamford Plaza
  107 Elm Street
  Stamford, CT 06901
  (203) 965-0823
  (203) 323-6513 (fax)
  astevens@mccarter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing JARROW FORMULAS, INC.'S MOTION IN LIMINE TO LIMIT THE TESTIMONY AT TRIAL OF NORMAN ZIVIN has been hand-delivered this 10th day of August, 2005, to

    RICHARD S. ORDER, ESQ.
    ERIC D. BEAL, ESQ.
    Axinn, Veltrop & Harkrider LLP
    90 State House Square
    Hartford, CT  06103

_____
JASON C. WELCH

HARTFORD: 643599.01