UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC.. <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL NUTRITION COMPANY, INTEGRATED BIOCEUTICALS, LLC, PRIMARY SERVICES, INC., PRIMARY SOURCE, LLC, EGBERT SCHWITTERS, NORMAN H. ZIVIN, and JACK MASQUELIER, <br><br> Defendants | CIVIL ACTION NO. 3:01-CV-00478 (AVC) <br><br><br><br><br><br><br><br><br><br> AUGUST 10, 2005 |

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE CERTAIN EVIDENCE
REGARDING UNRELATED PRIOR LAWSUITS AND STATEMENTS**

Plaintiff Jarrow Formula's, Inc. ("JFI") hereby submits this Motion in Limine to to preclude Defendants International Nutrition Company, Integrated Bioceuticals, LLC, Primary Services, Inc., Primary Source, LLC, Egbert Schwitters, Norman H. Zivin, and Jack Masquelier ("Defendants') in this case from (1) offering any evidence at trial regarding prior lawsuits to which JFI was a party, (2) offering any evidence of statements or communication made by Jarrow Rogovin connected with those prior lawsuits, and (3) offering any evidence regarding events connected with Jarrow Rogovin's attendance at a trade show in Baltimore, Maryland in 1996.

As set forth in detail in the Memorandum of Law filed herewith, this evidence is inadmissible pursuant to Fed. R. Evid. Rules 402, 403 and 404 because it is irrelevant, it is prejudicial, and it improperly attempts to inject character evidence into this case.

**ORAL ARGUMENT REQUESTED**

-2-

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, Plaintiff Jarrow Formulas, Inc. respectfully requests that the Court grant its Motion in Limine and enter the following orders in limine:

1. An order in limine prohibiting Defendants and their witnesses from referring to or mentioning (a) prior lawsuits to which JFI was a party, (b) statements or communication made by Jarrow Rogovin connected with those prior lawsuits, and (c) events connected with Jarrow Rogovin's attendance at a trade show in Baltimore, Maryland in 1996, and prohibiting their attorneys from soliciting testimony or referring to these topics, in the presence or the hearing of jurors at any time before or during trial of this action;

2. An order in limine prohibiting Defendants, their attorneys and their witnesses from mentioning or referring to the fact that this Motion in Limine has been filed and/or granted; and

3. An order in limine directing attorneys for Defendants immediately to inform Defendants and their witnesses of the terms and effect of these orders in limine.

-3-

        THE PLAINTIFF,
        JARROW FORMULAS, INC.
        BY MCCARTER & ENGLISH, LLP
        ITS ATTORNEYS

By _____
        ERIC WATT WIECHMANN (CT 04331)
        ERIC E. GRONDAHL (CT 08988)
        JASON C. WELCH (CT 23418)
        CityPlace I
        185 Asylum Street
        Hartford, CT 06103
        (860) 275-6700
        (860) 724-3397 (fax)
        egrondahl@mccarter.com
            -and-
        ALEXANDRA B. STEVENS (CT 20300)
        Four Stamford Plaza
        107 Elm Street
        Stamford, CT 06901
        (203) 965-0823
        (203) 323-6513 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE CERTAIN EVIDENCE REGARDING UNRELATED PRIOR LAWSUITS AND STATEMENTS has been hand-delivered this 10th day of August, 2005, to

RICHARD S. ORDER, ESQ.
ERIC D. BEAL, ESQ.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT  06103

_____
Jason C. Welch

HARTFORD: 641530.01