UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JARROW FORMULAS, INC. )
)
Plaintiff, ) CIVIL ACTION NO. 3:01-CV-00478 (AVC)
v. )
)
INTERNATIONAL NUTRITION COMPANY, INTEGRATED BIOCEUTICALS, LLC, PRIMARY SERVICES, INC., PRIMARY SOURCE, LLC, EGBERT SCHWITTERS, NORMAN H. ZIVIN, and JACK MASQUELIER, )
)
Defendants ) AUGUST 10, 2005

**JARROW FORMULAS, INC.'S MOTION IN LIMINE TO PRECLUDE WITNESSES LIEF, BENECH, AND GITTES FROM OFFERING EXPERT TESTIMONY AT TRIAL**

Pursuant to Federal Rule of Civil Procedure 37(c) and Local Rule 7(a), Plaintiff Jarrow Formulas, Inc. ("JFI") hereby submits this Motion in Limine to preclude certain witnesses identified by Defendants International Nutrition Company, Integrated Bioceuticals, LLC, Primary Services, Inc., Primary Source, LLC, Egbert Schwitters, Norman H. Zivin, and Jack Masquelier ("Defendants") at pages 20 and 21 of the parties' Joint Trial Memorandum, dated January 7, 2005 [Dkt. # 216], from offering expert testimony and opinion at the trial of this case. JFI submits that any testimony related to any legal or expert opinion to be offered at trial by witnesses Marvin Gittes, Frederic Benech, and Philippe Lief should not be permitted because

**ORAL ARGUMENT REQUESTED**

Defendants did not identify these witnesses as experts pursuant to Federal Rule of Civil Procedure 26(a)(2) and therefore their testimony should be limited solely to fact testimony.

As stated more fully in the accompanying Memorandum of Law, the identity of these witnesses and their alleged testimony concerning the trademark and patent litigation between Horphag and INC was not identified to JFI until the Joint Trial Memorandum. Additionally, on at least one occasion prior to the close of discovery, JFI requested information concerning the identity of any expert witnesses. In such situations, Rule 26(a) is clear that Defendants are not "permitted to use as evidence at trial any witness or information not disclosed."

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, Plaintiff Jarrow Formulas, Inc. respectfully requests that the Court grant its Motion in Limine and enter the following order:

1. An order in limine prohibiting witnesses Gittes, Benech, and Lief from rendering expert testimony concerning legal opinions or the legal effect of their actions in the presence or the hearing of jurors at any time before or during trial of this action, and prohibiting Defendants and their attorneys from soliciting such testimony;

2. An order in limine prohibiting Defendants, their attorneys, and their witnesses from mentioning or referring to the fact that this Motion in Limine has been filed and/or granted; and

3. An order in limine directing attorneys for Defendants to immediately inform Defendants and its witnesses of the terms and effect of these orders in limine.

THE PLAINTIFF,
JARROW FORMULAS, INC.
BY MCCARTER & ENGLISH, LLP
ITS ATTORNEYS

By ______________________
ERIC WATT WIECHMANN (CT 04331)
ERIC E. GRONDAHL (CT 08988)
JASON C. WELCH (CT 23418)
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
-and-
ALEXANDRA B. STEVENS (CT 20300)
Four Stamford Plaza
107 Elm Street
Stamford, CT 06901
(203) 965-0823
(203) 323-6513 (fax)
astevens@mccarter.com

SO ORDERED:

______________________ Date

______________________ District Court Judge

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing JARROW FORMULAS, INC.'S MOTION IN LIMINE TO PRECLUDE WITNESSES LIEF, BENECH, AND GITTES FROM OFFERING EXPERT TESTIMONY AT TRIAL has been hand-delivered this 10th day of August, 2005, to

RICHARD S. ORDER, ESQ.
ERIC D. BEAL, ESQ.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103

Jason C. Welch

HARTFORD: 641701.01