Section 5:  PATENT ADDENDUM

Date:  28 August 1996

Claims re U.S. Patent No. 4,698,360 ("the 360 Patent")

Introduction

The 360 patent makes certain background statements and asserts thereon its claim of discovery of free radical scavaging by proanthocyanidins (PACs).  The essential statements are:

Title:  "Plant Extract with a Proanthocyanidins Content as Therapeutic

Agent Having Radical Scavenger Effect and Use Thereof."

It will be essentially a question hereafter of a pine bark extract, but this expression should be considered as covering "any plant extract with a proanthocyanidins content."

See Patent 1.31-35

I.    Radical Scavenger Effect (R.S.E.) of Proanthocyanidins.  **The R.S.E. has never been claimed in favor of proanthocyanidins. Although proanthocyanidins are polyphenols, it was not at all evident that they are endowed with R.S.E., whose intensity varies within wide limits depending on the molecular structure.**

See Patent 2.20-27.  (Emphasis added.)

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page two

IV.  A Therapeutical Indication

On this [R.S.E] are based the new indication claimed for such plant extracts.

1.  Cerebral involution troubles in aged people...ALZHEIMER's....

2.  Hypoxia following atherosclerosis....

3.  Tumor promotion process....

4.  Any illness generated by free radicals....

See Patent 5.1-61.

The patent then claims:

1.  A method for preventing and fighting the harmful biological effects of free radicals in a warm blood animals (sic), including a human being, comprising administering the extracted proanthocyanidin content from a plant containing same, said extract having a bioavailable radical scavenger effect, to an animal exposed to said free radical in an amount effective to reduce said harmful free radical effect, said extracted proanthocyanidin content being incorporated into a pharmaceutically acceptable medicament.

See Patent 6.66-7.7.

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page three

None of said claims was novel nor discovered by Masquelier. The 360 suffers from prior art and obviousness.

There are three basic claims made in the patent:

a) FRS by PACs,

b) bioavailability of PACs, and

c) using a bioavailable FRS, i.e., PACs, to treat diseases.

The refutations to the patents claims lie in five categories:

a) The free radical scavenging effect was known to be a function predictable from the molecular structure of the polyphenol, and the structure of PACs had already been elucidated.

b) Catechins, the monomeric flavan building blocks of proanthocyanidolic flavanols, were already demonstrated to be FRSs, thus substantiating the functionality of the molecular structure of this class of compounds. The condensation of monomers -- which creates PACs -- increases the hydroxylation (and thereby increases the FRS capacity) of the PAC. The enhancement of FRS due to condensation and increased hydroxylation is an expected result.

c) Flavanols yielding red on a Bate-Smith reaction had

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page four

demonstrated lipophilic radical quenching capability which
constitutes FRS by a PAC.

d) The extant bioavailability studies were indicative of FRS
due to the modes of efficacy that were described.

e) The 360 Patent is an unlawful reiteration of the claims made in
U.S. Patent 3,436,407.  (See 407 Appendix hereto.)

The patent claims are analyzed and refuted as follows:

1. <u>Re:  Claim That Proanthocyanidins (PACs) Are Antioxidants Like
Other Polyphenols but Uniquely Endowed with Free Radical
Scavenging Activity</u>

To repeat, the 360 states:

**The R.S.E. has never been claimed in favor of
proanthocyanidins.  Although proanthocyanidins are
polyphenols, it was not at all evident that they
[PACs] are endowed with R.S.E., whose [polyphenols?]
intensity varies within wide limits depending on the
molecular structure.**

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page five

The tortured language of the above sentence seems contrived to create confusion. If Masquelier's "whose intensity varies" means PACs, the entire claim for FRS by PACs is internally contradicted. By default, then, the twisted syntax of "whose intensity varies" means it is polyphenols that vary in FRS intensity. Not only the sentence begs clarification: So does the status of the FRS "intensity" of the various polyphenols -- and *that* clarification Masquelier assiduously eschews throughout the entire patent file.

Masquelier alludes in the above quote to the seeming "chaos" of polyphenols -- a class composed of hundreds of thousands of greatly diversified structures. While polyphenols represent a wide variety of structures, flavanols -- the class of polyphenols to which PACs belong -- are characterized by their distinct uniformity in possessing a radical scavenging structure: the hydroxylated B ring. Masquelier cleverly acknowledges that RSE is structure-dependent and correctly describes *polyphenols* as widely divergent in the "intensity" of their radical scavenging, but he clearly evades the issue of the flavanolic structure itself. Masquelier makes two fundamental errors: He omits any discussion of prior art on the FRS function of flavanolic structures, and second, makes a statement defective on its face: That RSE had never been claimed for proanthocyanidins: The claim *had* been made and it was simply a matter of

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page six

nomenclature, i.e., whether a synonym, in effect, had been used, or, in the alternative, that the art was otherwise obvious to the well-versed.

As will be seen later, Masquelier used an error by the patent office to further distract any discussion away from flavanolic structure and scavenging in favor of a less relevant comparison to bilberry flavonoids, or anthothocyanidins.

a. <u>Nomenclature and certain characteristics of the flavanols and antioxidants</u>

I. <u>Antioxidants and FRS Are Virtually Synonymous</u>

All of the antioxidant (AOX) functions -- hydrophilic free radical scavenging antilipidperoxidation, quenching singlet oxygen, and the redox function (reducing oxidized antioxidants) -- were known in 1985.  Masquelier was disingenuous to distinguish between general antioxidant (AOX) effects and specific free radical scavenging (FRS) activities in order to deny pre-patent attribution of FRS to PACs.  (As will be discussed *infra*. (Nozaki *et al.*, 1984), there exists specific early literature on a lipophilic FRS effects by a molecule that yields red on a Bate-Smith challenge.)  The patent fails to specify whether a hydrophilic (e.g., $O_2^-$, OH•) or lipophilic (ROO•) effect is exclusively intended or both.  In either case, both categories constitute FRS function.  Further, the known bioavailability establishes FRS activity for both lipid and aqueous milieus.

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page seven

What is painfully absent from Masquelier's patent is disclosure of the history of the structure-dependent nature of AOX effects of flavanol compounds. Masquelier's later discussion of the reputed non-bioavailability of bioflavonoids was little more than an opportunistic subterfuge to avoid a proper description of the molecular structure of flavanols which would have led to disclosure of prior publication of their bioavailability as well as free radical scavenging effect. Indeed, the 360 patent is more notable for what it omits than what it includes.

Interestingly, INC's own logo obliterates the overly nice distinction in the patent made between general antioxidant activity (which Masquelier's concedes is typical of polyphenols) and supposedly more specifically radical scavenging. As can be seen from the logo on the lower left of exhibit 1 hereto, Masquelier's associates represent the "free radical scavenging effect" to be identical with an "antioxidant." The logo states: "Antioxidant -- OPC 85 -- U.S. Patent 4,698,360." Therefore, it is evident that plaintiff cannot claim a distinction between a "free radical scavenging effect" and an "antioxidant," and since the 360 admits that polyphenols are generally antioxidants, plaintiff's suit should not stand.

ii.  PACs may be called "flavonolic compounds" to demonstrate the overly selective choice of terms by Masquelier

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page eight

The basic flavan unit, flavan-3-ol monomers (the catechins and epicatechins), are not at all procyanidins: Their condensed versions as dimers and trimers, etc., are referred to as condensed proanthocyanidins. The flavan-3,4-diols monomers are another matter. (See *infra*.) (For further information of flavanol nomenclature, see Weinges (1972, *Arz Forsch*, 22(1):166-8), which gives a general OPC structure of 5,7,3,4-tetrahydroxy-flavanol-3.) The modifier "oligo" before proanthocyanidins is a minor convenience to refer to molecules starting at the configuration of tetramers if not trimers. The following outlines the relevant categories of flavanols:

Monomers: Flavan-3-ols - Catechins

- Epicatechins (stereo isomers, or mirro image,

of catechins.)

Flavan-3,4-diols - also called Leucoanthocyanidins

Flavan-4-ols - also called Leucoanthocyanidins

The monomers are also called simply flavans.

Condensed Monomers (Proanthocyanidins):

Dimers

Trimers (These are perhaps oligomers)

Oligomers (Tetramers to Nonamers)

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page nine

The condensed monomers (flavans) are called flavanols.

(The flavanolic tannins are longer chained condensations and are not pertinent to the 360. They are considered to be weaker antioxidants though there are substantial physiological differences between hydrolyzable and non-hydrolyzable tannins. The metabolites of the hydrolyzable tannins are bioavailable and provide an FRS effect.)

As monomers, leucoanthocyanidins differ from catechins in that the former will yield anthocyanidins (red color) upon heating in mineral acid in the same manner as PACs, the condensed catechin molecules beginning with dimers. (See *infra.*) These leucoanthocyanidins (flavan-3,4-diols), however, are unstable and are merely metabolic synthesis intermediaries in that they readily condense into more typical PAC configurations.

Masquelier's 1979 publication (*Int. J. Vitamin Res.*) proposed the term "pycnogenol" as a generic name intended to avoid the confusion of the multiple sound-alike flavonoid names (flavan, flavanone, flavone, flavanal, flavanol, flavananol) as well as to indicate that *any* condensation of *any* of the flavan monomers, i.e., dimers as well as oligomers, are condensed flavanols and thereby qualify as a "pycnogenol." Masquelier, however, did not disclose in the 360 that his exemplar product -- pine bark -- contains a mixture of flavanols that

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page ten

includes catechin *monomers*. (This disclosure was made, however in the 407 but the implications are absent from the 360.) The monomers, therefore, are correctly part of the compounds referred to as "pycnogenols" (otherwise meaning "that which is condensed") even though the monomers are not condensations. Catechins were already known to be FRSs, bioavailable, and to comprise the most basic structure of the very class "patented" by Masquelier. The fact that the 360 refers to the pine bark product as "exemplar" means that the 360's FRS claims must include the FRS activity of the monomers, and catechins had already been heavily published on as free radical scavengers.

The structure and stereochemistry of one type of flavanols, once referred to as leucocyanidins (the OPCs in grape seeds), was fully elucidated by Weinges *et al.* (1969), Clark-Lewis (1968), Clark-Lewis *et al.* (1969), Drewes (1968), Bate-Smith (1954). Previous studies by Bate-Smith (1962) demonstrated three classes of phenol compounds in vascular leaves: hydroxycinnamic acids, the glycosylated flavonols and the proanthocyanidins. OPCs are predominant in woody tissue and primitive vascular plants such as ferns and gymnosperms. For discussion of nomenclature see "The Flavonoids: Advances in Research," Harborne JB and Mabry TJ, eds, 1982, Chapman and Hall, pp 418-447.

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page eleven

Jack Masquelier published on procyanidin biosynthesis in 1973 (Michaud, Masquelier and Roudge. "Synthese des procyanidines naturelles," *Annales Pharmaceutiques francaise*, 31(5): 385-95.) The paper is less original research than a review citing research from 1935 (Appel and Robinson using flavanol monomers), the classic procyanidin studies of Bate-Smith (Bate-Smith EC and Swain T, April 18, 1953, "Identification of leuco-anthocyanins as 'tannins' in food," *Chemistry and Industry*, 377-8; and 1957), whose heated acid reaction is still the standard for determining the presence of PACs; Weinges (1967, 1968, 1969, 1970 and 1971) and Lavollay (1943, studying monomers). Rosenheim (1920 *Biochem J*, 14:178-88) is cited as having first employed the term leucocyanidol, designating a substance which transformed into a cyanidol (a reddish flavonoid or anthocyanidin) when mixed with heated hydrochloric acid. Thus, the first proanthocyanidin extraction was had from grape material (leaves), not pine bark. The basic science on PAC biosynthesis was actually done by Geissman and Yoshimura (1966, *Tetrahedron Letters*, 2669) and Weinges *et al.*, (1968 *Liebigs Ann*, 711:184). (One begins to sense that Masquelier's claim in the 360 to have "developed the science" of proanthocyanidins barely rises to the level of commercial hype.)

In sum, and as will continue to be made clear, it is inappropriate to create any too great a distinction between red-yielding PACs and their non-cyanidolic monomer building blocks: In their most fundamental respects -- with their B ring catechols and *their* attendant AOX and FRS functions -- these compounds are all

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page twelve

of the same class and essentially same structure and functionality. In the final

analysis, one must conclude that the 360 patent is not really based on FRS

because there was substantial literature on these co-existing and closely related

molecules -- the monomers and their condensations; rather the 360 patent seems

to be based on almost a kitchen chemist's trick: turning a plant extract red with a

little warm acid. There is no other way to discard the substantial body of scientific

literature on hydroxylated B ring-containing flavonolic polyphenols.

b.  The AOX effects of Proanthocyanidins were well-established prior

art on both a theoretical and practical basis.

I.  Masquelier's Patent was rejected twice and succeeded only

by a failure to disclose and a fortuitous clever ruse.

If Masquelier had disclosed prior art, he would have had to deal

with two intimately connected considerations: (a) flavanols, from monomers to

oligomers, should be considered a single class due to the consistent pattern of

the structure and radical scavenging functions of their B rings,* and (b) that the

proven FRS by monomeric catechins render obvious FRS by the rest of the class'

---

*Haslam (see *infra*: E Haslam in "The Flavanoids: Advances in
Research," 1982, Harborne and Mabry, editors) states:

"The fundamental flavan structural units of proanthocyanidin
oligomers are defined in terms of the familiar monomeric
flavan-3-ols."

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirteen

condensed flavanols.  Given the patent examiner's obviousness objections based on flavanoids, i.e., that FRS was predictable, disclosure of the literature on flavanols should have been fatal to all claims because Masquelier would have had no basis for claiming novelty.

Masquelier's failure to disclose five (5) categories of prior art is as follows:

(1) <u>Flavanols - analytical methods and chemical structure</u>.

360 cites the Bate-Smith test as the basis for determining the presence of a procyanidin.  360 then cites Masquelier's use of NBT (nitro blue tetrazolium) as the test for the FRS claim made by the 360.  However the NBT test is actually redundant to Bate-Smith.  T.W. Goodwin (*Chemistry and Biochemistry of Plant Pigments*, 1965, Academic Press, pp. 544 *et seq.*) explains the colorimetric test, i.e., Bate-Smith, are all tests of *redox potential*.  In other words, the analysis for identity simultaneously demonstrates the compound's redox status.

Even while stating "R.S.E... varies... depending on the molecular structure," all of the 360's structural and chemical citations omitted existing literature on the antioxidant functionality of structure, particularly regarding radical scavenging, for the flavans -- the building blocks of the entire proanthocyanidolic

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 — page fourteen

class.

### (2) Prior use of proanthocyanidins

Though the 360 states that proanthocyanidin containing products had been in use for 30 years (actually, it is ancient herbal art), the application did not disclose publications that identified OPCs as the active component of such herbal preparations e.g., hawthorn extracts. Masquelier did not disclose that it was not 30 years of serendipity: The utility of OPCs in these products was known and published. (See *infra*.)

### (3) Free radical scavenging by antioxidants and its role in disease

While a 1983 <u>Science</u> article (Kensler) was referenced, there is still earlier art. (Without limitation Del Maestro, 1980, 1982.) See discussion *infra*.

### (4) Antioxidant activity by flavanoids (bilberry extract) cited by patent examiner was irrelevant to literature on flavanols.

The Maridonneau paper (1981, *Proceeding of the Int'l Bioflavonoid Symposium*, Farkas L *et al.*, eds., Elsiviaer, NY, pp. 427-36) on bilberry extract flavonoids was cited by the U.S. Patent Office as prior art as grounds for the

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page fifteen

Patent Office's first rejection for "obviousness."  The Patent Office, though not entirely wrong in principle, had missed the real issue -- which was flavanols and not flavonoids.  Masquelier seized with alacrity the opportunity to avoid examination on the subject of flavanols:  Masquelier "distinguished" the art of the 360 flavanol patent:  It was, however, a red herring:  By centering the discussion around flavonoids -- why Pycnogenols are better than bilberries --  Masquelier further distracted the patent office from the substantial body of knowledge on flavanols.  If the art on flavonoids had seemed obvious to the examiner, who twice rejected the 360, how much more obvious would have been the art on flavanols?  To compound his misrepresentation of the science, Masquelier admittedly used an oxidized bottle of bilberries when he performed a comparison to "pycnogenols" from pine bark and presented the corrupted data to the Patent Office to obtain the final approval.  (See Patent file.)  For reasons utterly inexplicable, the Patent Office never objected to nor demanded an explanation from Masquelier as to why he compared pine bark to an expired bilberry product.  Perhaps worse, the Patent Office failed to point out that the comparison of flavanols to anthocyanidins (flavonoids) had already been made in Masquelier's 407 patent of 1969.

INC vs. Herphag, etc., et al.
Patent Addendum
28 August 1996 -- page sixteen

(5) <u>Bioavailability of proanthocyanidins</u>

Again, taken as a class, flavanols were known to be bioavailable. Extensive blood work existed on catechins: OPCs were otherwise identified as the active principle in hawthorn extracts used for arterial disease. Masquelier failed to discuss that the mechanisms of OPC-containing products known to be bioavailable presented apparent FRS mechanisms.

2. <u>Prior Art had already established the antioxidant functionality of the molecular structure of the flavanols.</u>

a) <u>The vascular activity of flavans (monomers) was discovered in 1942, and the activity of flavans is predictive of the activity of the flavanols (PACs)</u>

Lavollay and Neumann (1959, "Problems posed by the activity of certain flavonoids on vascular resistance," in: "The Pharmacology of Plant Phenolics," J.W. Fairburn, ed., Academic Press, Inc., New York, pp. 103-122,

INC vs. Herphag, etc., et al.
Patent Addendum
28 August 1996 — page seventeen

[Proceedings of a Symposium Held at Oxford, April 1958]*) state:

"The activity of catechins was discovered in 1942

[citing Lavollay et al., C R Acad Sci, (1942) 215:496;

(1943) 217:50]...."

Hughes and Parkes [citing Volume Jubile E.C. Barrell.

F. Rheinhardt, Basil, 216 (1949)] later found that

3:4 dihydroxy chalkone was active, and Tayeau and

Masquelier [citing Bull Soc Chim Biol (1948) 30:1107;

(1949) 31:72] isolated a leuco-anthocyanidin from

ground nuts which had a positive effect on vascular

resistance.  In 1952, Ozawa and his co-workers

[citing S J Pharm Soc Japan, 1951, 71:1173] demonstrated

that 3':4'-dihydroxyflavonol reinforced pulmonary

capillary resistance.'

The activity of some ['flavonoids'], catechins...and

---

*The following paper in the Symposium Proceedings was presented
by Masquelier so he certainly was aware of Lavollay's paper.

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page eighteen

leucoanthocyanidins is obviously of particular importance."
[Lavollay at 110.]


It has been suggested that the inhibition of
hyaluronidase by certain flavonoids accounts for their action
on the *permeability* of capillaries (citing Beiler and Martin,
1947, *J Biol Chem*, 171:507), but it should be noted that
whereas eriodictyol, (+) catechin, and quercetin are
inhibitors of the enzyme, hesperidin, quercitirn, and
rutin are not.


Histidine decarboxylase, which produces histamine, is
inhibited *in vitro* by quercetin, (+) catechin, aesculetin,
and homoeriodictyol, but not by rutin, hesperidin, or
aesculin (citing Martin GJ *et al.*, 1949, *Arch Biochem*,
21:177; Moss JN *et al.*, 1950, *Science*, 112:16). Moreover,
Malkiel and Werle (citing Malkiel and Werle, 1951 *Science*,
114:98) have shown (+) catechin has an antihistamino-
genetic activity. Finally, it should be mentioned that the

INC vs. Harphag, etc., et al.
Patent Addendum
28 August 1996 -- page nineteen

decarboxylation of dihydroxyphenylalanine is strongly inhibited by several flavonoid compounds.  In this system catechin is the most active inhibitor, phloretin is slightly less active, and rutin only slightly inhibitory; aesculin has no activity but aesculetin-4-carboxylic acid is active (citing Clark and MacKay, 1950, *JAMA*, 143:1411).

The oldest interpretation of the mechanism of the action of active flavonoids upon vascular resistance was given by Lavollay and Neumann (citing Lavollay J, 1945 Congres de Paris, *Ass Franc Avanc Sci*, 3:367; Lavollay and Neumann, 1949, *Expos Ann Biochim Med*, 10:59; Lavollay and Neumann, 1941, *C R Acad Sci*, 212:251):  this interpretation was based on the fact that these compounds have the ability of increasing the intensity and lengthening the duration of the effects of adrenaline on isolated muscle.  (Figs 9-10 omitted).  This effect had been related to an inhibition of the oxidation of adrenaline in the solution in which the muscle is immersed (citing Lavollay, 1943; Lavollay, *C R Soc* Biol, 1941, 135:1193; 1942, 214:287)

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page twenty

by chelating metallic ions which catalyse the oxidation; it was suggested that flavonoids exert similar effects *in vivo*. [Lavollay at 115-116.]

As discussed *infra*. regarding the 1977 review by Pratt, the metal chelating role and the direct free radical scavenging activity of the flavan-based molecules are both a function of the hydroxylated B ring. Though Lavollay discusses only metal ion chelating (which *prevents* free radical formation) in the 1940s and 1950s (!), the connection between such metal-binding and direct radical scavenging by B-ring OH groups was a foregone conclusion by 1985: It was *at least* readily foreseeable regarding the PACs and an established fact with regard to the monomers.

Throughout this discussion of Lavollay, it must be borne in mind that Masquelier himself states in the 1969 407 patent that catechin and the flavanols have "a close chemical link." How close could they be if they are not both free radical scavengers? Indeed, Masquelier falsely states in the 407 that catechins are unstable (407 at 5:52) in order to dispense with these otherwise inconvenient -- that is, unpatentable -- molecules.

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page twenty one

## b) Further evidence of the structural significance of flavans

The condensation of monomers into longer chain PACs was known to involve oxidation and addition of hydroxyl (OH) groups which *increased* the antioxidant (and FRS) capacity of the molecules' B rings.

The Israeli scientist A. Letan (1966, "The relation of structure to antioxidant activity of quercetin and some of its derivatives," *J Food Science*, 31(4): 518-23) cites Heiman and Reiff (1953, "The relationship between chemical constitution and antioxidant activity of flavonols," *Fette u. Seifen*, 55:451), and states:

> "...studied the antioxidant effects of a number of flavonoids...and
> deduced that the ...3',4'-o-diphenolic [another term for the
> monomeric flavan-3-ol catechin] grouping in the B ring were the
> main contributors to antioxidant capacity in flavonoids...."
> ["Flavonoids" is used generally and generically to include
> flavanols  rather than as precise nomenclature]

Bl Medovar (1967, Mar-Apr, 26(2):  53-6, <u>Voprosy Pitaniia</u>) published a paper entitled "Relationship between the structure and antioxidant properties of

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page twenty two

polyphenols" nearly twenty years before Masquelier's "patent." This aspect of applied phenolic biochemistry was well understood decades before the 360 patent application.

An American Chemical Society (ACS) symposium held in Washington, D.C., April 25-26, 1975 was published in 1976 under the title "Phenolic, Sulfur, and Nitrogen Compounds in Food Flavors," Charalambous G and Katy I, eds., in which author Pratt (at pg. 6-9) explicitly anticipates Masquelier's "discovery." In a single paragraph, so the context cannot be mistaken, Pratt states:

> "**Flavanols** are known to form complexes with metals... An o-quniol grouping on the B-ring can also demonstrate metal-complexing activity (citing Kelly and Watts, 1957; DeWitt, 1955). However, **the major value of flavonoids and cinnamic acids is in their antioxidant activity (i.e., as free radical acceptors and as chain breakers)."**
>
> (Parenthetical in original text. Emphasis added.)

Pratt clearly uses "flavonoids" in its broadest sense, as embracing the flavonol classification mentioned in the previous sentence. (Though Pratt distinguishes between metal-complexing and the "major value of flavonoids...free

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page twenty three

radical acceptors," metal-complexing actually inhibits free radical initiation.)  Pratt states:

> "1)  The major evidence that these compounds work mainly as antioxidants is their ability to work equally well in metal catalyzed and uncatalyzed systems."

(As will be discussed infra., metal catalyzed activity means the ability of proanthocyanidins to inhibit tissue degrading enzymes which are copper dependent [e.g., collgenase] and thereby protect various connective tissues.  This author speculates that this metal-binding ability probably applies as well to the ferric-dependent Fenton and Haber-Weiss reactions which generate free iron which produces hydroxyl radical from $O_2^-$.  Non-metal catalyzed activity is the ability to quench ROS (reactive oxygen species) such as $O_2\bullet$ and $OH\bullet$ or quench radical-initiated chain lipoperoxidation.  The 360 patent fails to specify whether the FRS activity claimed is metal catalyzed.)

The significance for flavanols (from monomers to proanthocyanidins) of Pratt's observation regarding FRS becomes clearer in his following paragraphs:

> "All flavonoids with the 3',4'-dihydroxy configuration possess

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page twenty four

antioxidant activity....  Hydroxylation of the B ring is a major consideration for antioxidant activity."

Pratt refers to 3 prime and 4 prime molecules which can denominate the flavan *monomers* with hydroxylated C rings but which can also include proanthocyanidins, but then he returns his discussion to the B ring to identify the more functional antioxidant hydroxyl structure.  The structure of OPCs and their monomers having been long established as including a hydroxylated B ring, the subsequent observation that such a structure is "a major consideration for antioxidant activity" precludes any claim of "discovery" by Masquelier.  Pratt further states:

"The position and degree of hydroxylation is of primary importance in determining antioxidant activity.  There is general agreement that orthodihydroxylation of the B ring contributes markedly to the antioxidant activity of flavonoids."

He cites seven papers between 1953 and 1965.  (In using "flavonoids," Pratt specifies the flavanol-distinctive 3'-4'-dihydroxy configuration and the hydroxylated B ring.)  It was already understood that multiple hydroxyl groups increased the antioxidant reducing capacity -- free radical scavenging -- of a

INC vs. Herphag, etc., et al.
Patent Addendum
28 August 1996 -- page twenty five

molecule, and OPCs were noted for their structure as containing multiple OH groups. Pratt's observations exemplify Medovar's principle published eight years prior. The significance of the site of hydroxylation was also studied by Lea and Swoboda (1956), Simpson (1956), Mehta and Seshadri (1959) and Uri (1961).

Pratt makes quite clear that he considers antioxidant activity, i.e., free radical acceptance, as the *sine quo non* -- "the major value" -- of flavanols and that they are endowed with the requisite configuration to perform FRS.

Ironically, Pratt (*Op cit.*) anticipates Masquelier's true claim to fame, an extract from trees: "Perhaps the greatest potential source of flavonoids for food antioxidants is from wood as a by-product of lumber and pulping operations." (Pratt at 11 citing Hergert and Kirth, 1952 *Tappi*, 35:59; Kirth 1953, *Ind Eng Chem*, 45:2096; and Anon., 1958, *Chem Eng. News*, 36(7):58.)

The general characteristics and the history of polyphenol research was reviewed extensively by Bors W *et al., 1990,* "Flavonoids as Antioxidants: Determination of Radical-Scavenging Efficiencies," *Methods in Enzymology,* 186:343-55; (see also *Free Rad Res Comm*, 1987, 2 (4-6):289 94). Though

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page twenty six

published in 1990, to support his review of "radical scavenging efficiency," Bors'
*Enzymology* paper cites Slabbert's (1977) discussion of procyanidin B ring
trapping.  What is not explicitly prior art in Slabbert, is at least obviousness as
elucidated by Bors.

Bors cites the authority of NP Slabbert (1977, *Tetrahedron*, Ionisation of
some flavanols and dihydroflavonols," 33:821-4) in identifying:

"[T]hree structural groups [that] are important determinants for radical

scavenging and/or antioxidant  potential: (a) the o-dihydroxy (catechol)

structure in the B ring, which is the obvious radical target site for all

flavonoids with a saturated 2,3-bond (flavan-3-ols, flavanones ...).  (c) the

additional presence of both 3- and 5-hydroxyl groups for maximal radical-

scavenging potential and strongest radical absorption (from a kinetic

standpoint, the 3- and 5-hydroxyl groups are equivalent owing to their

hydrogen bonds with the keto group)." [Proanthocyanids have OH groups

in the 3 and 5 positions.]

Bors at 353, 354.  (Parenthetical is original.)

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page twenty seven

Bors deftly summarizes the complex chemical equations in the Slabbert paper. Bors' lucid prose makes clear that Slabbert's 1977 discussion of ionisation constants, etc., is sweeping in its scope against the patent: Radical trapping by the B ring with the specific example of flavan-3-ols -- which is structurally representative of the entire class of flavanols, including the proanthocyanidins -- if not literally prior art, is at least overwhelming obviousness.

It must be borne in mind during this entire discussion of structure-as-function that Masquelier first proposed "Pycnogenol" as a *generic*, trivial substitute name for condensed flavanols -- PACs -- but it became synonymous with a mixture also containing flavan-3-ol monomers. Simply put, the monomers and PACs reside in the same mixture and share equivalent structure and functionality.

Having established the existence of pre-1985 publications concerning the effect of the molecular structure of flavanols (the orthodihydroxylation [or catechol structure] of the B ring as scavengers), Jarrow Formulas proceeds to a discussion of direct observations of FRS involving the subject class of polyphenols.

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page twenty eight

3. <u>Studies of FRS by flavan-3-ols and proanthocyanidins.</u>

   a. <u>The Patent Office's citation of the Maridonneau paper, while not
   inappropriate, misses the substantial existing art on flavanols, and
   Masquelier's response constitutes contrivance, and his subsequent
   failure to reveal existing art on flavanols -- which is directly related
   to the substance of the Maridonneau paper -- appears to rise to the
   level of defrauding the U.S. Patent Office.</u>

The overwhelming paucity of the 360's cited art betrays Masquelier's
utterly disingenous "disclosures" as being little more than stonewalling.  The
patent examiner cited Maridonneau *et al.* (*supra.*) as the basis for his rejection of
the 360 for obviousness.  Masquelier used the Maridonneau papers as a
fortuitous opportunity to use flavonoids as a red herring to mislead and distract
the examiner:  Masquelier's "response" focuses more on flavonoids than it does
on flavanols.

Some background on the Maridonneau paper is instructive.  One of the co-
authors of the Maridonneau paper is Pierre Braquet, who during the '70s was a
student of Masquelier's.  During that time, Braquet and other co-students -- *not*

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page twenty nine

Masquelier -- discovered that the major function of flavonoids was antioxidant free radical scavenging. The cited Maridonneau paper studied the FRS effect of anthocyanidins (flavonoids) in a bilberry extract. The gist of the Maridonneau paper is to claim that FRS is bilberry's mode of efficacy.

The patent examiner's citation of Maridonneau was not that far afield. As will be seen, Masquelier's counter that the difference between an anthocyanidin and a *pro*anthocyanidin is "surprising," unique, and patent-worthy appears to have been intellectually dishonest and smacks of taking credit for the work of his former students by misapplying it: In other words, Masquelier's claim of discovering the mode of efficacy for flavanols must provoke an opinion of utter dishonesty considering the work of Maridonneau, his former student and renowned researcher Pierre Braquet, and other notables.

Masquelier's statement in this regard must be seen for what it is: "The body of science concerns flavonoids. It's wrong to confuse that with procyanidins, which science I've developed." (The latter claim is quite open to challenge since none of these molecules was characterized by him.)

INC vs. Herphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirty

The totality of Masquelier's response to the patent examiner constitutes little more than an averment that whatever was *known* to be true about flavonoids (anthocyanidins) is even more true about flavanols (proanthocyanidins). Further, whatever science Masquelier claims to have "developed" must be decreased by what was known from the various other researchers of the basic science questions such as nomenclature, molecular structure, antioxidant and free radical trapping, and -- most importantly -- the general relationship between molecular structure and anti-radical function.

Rather than being "wrong" to confuse flavonoids with procyanidins, the science on flavonoids is illuminating of procyanidins -- bearing in mind that researchers often used the term "flavonoids" in a broad, generic sense that includes the flavanols. Indeed, it was Masquelier who sought to sow confusion.

Regarding the body of the science of flavanols, it concerned at the time mostly of flavans -- the monomers. Masquelier no more dealt with the enormous literature on catechin FRS effects than he dealt with the functionality of the B ring catechol structures -- from monomers to oligomers. Masquelier went on to selectively quote, compare and "demonstrate" his way to approval after two

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirty one

rejections for obviousness -- all based on a comparison to an *expired* bilberry product.


Masquelier contrasted his "novel" procyanidin compound -- pine bark extract (while claiming patent rights over other OPC-containing plants!) -- to bilberry -- an *expired* bottle of bilberry at that! Would his application have fared as well using a fresh bottle of bilberry, or, more pointedly, an existing hawthorn extract given the literature on hawthorn and OPC? (See *infra*.) The Maridonneau paper (*supra*.) was co-authored by Pierre Braquet who co-authored the 1981 *Proceedings* paper following Maridonneau's which also examined bilberry and other flavonoids ("Comparison of the scavenger effect of bilberry anthocyanosides with various flavonoids," pp. 437-42). The study includes an evaluation of the radical scavenging ability of the flavan-3-ols catechin and epicatechin against superoxide ($O_2$-):


"-the most antioxidant flavonoids were...catechin, epicatechin...." (pg. 438)


"It appears from these studies that 3-hydroxylation, metahydroxylation of nucleus A and orthohydroxylation

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirty two

of nucleus B are essential to their activity."  (pg. 441)

Salvayre, co-author Braquet, *et al*, state at 437:

"Hypoxia factors can augment the tissular (sic) concentration of superoxide ion and/or of very reactive radical forms (cites omitted) and alkoxy-radicals (cites omitted) in cell membranes induces severe functional perturbations, *for instance permeability* (cite omitted) or increased uptake of lipoproteins, *which are atherosclerosis-inducing factors. These disorders can be cured by using antioxidant substances capable of opposing the lipid peroxide formation* (cites omitted) and settling on the membranes (cite omitted). So we tested *in vitro* the protective effect against the superoxide ion of anthocyanosides and various flavonoids." (Emphasis added.)

The use of "flavonoid" as inept nomenclature aside, this paper co-authored by Braquet explicitly pre-dates Masquelier regarding diseases, mechanisms and treatment by polyphenols in the flavanol family.  It becomes difficult to view the 360 as anything other than intellectual theft:  Masquelier's "rejection" of catechin and epicatechin as being "unstable" (they are not) may justify the 407 patents'

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirty three

claim (in 1969) for the extraction of pine bark, but it cannot be dragged on stage to perform -- or fail to perform -- regarding the 360's claim for FRS: The catechins -- stable or not -- present a stableful of molecules that render flavanols, as an entire class, obvious radical scavengers.

Masquelier's selective bibliography overlooked another 1981 *Proceedings* paper (Siegers C-P and Younes M, "Effects of bioflavonoids on lipid peroxidation induced by glutathione depletion," pp. 403-9). Liver cell homogenates were prepared from GSH-depleted rats, and various flavonoids including catechin and epicatechin were tested for their ability to inhibit lipid peroxidation in the homogenates:

"In conclusion, it must be assumed that all flavonoids tested are well able to inhibit the enhanced spontaneous lipid peroxidation. The 3',4'-dihydroxy-structure in connection with the aromatic ring seems to be of major importance for the effectiveness of these compounds.... These antioxidant effects must be considered in connection with the hepatoprotective or anti-inflammatory activities of these compounds."

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirty four

The above study concerns lipoperoxidation and demonstrates lipophilic radical scavenging.

Again, in the 1981 *Proceedings*, Baumann *et al.*, ("Flavonoids and arachidonic acid metabolism," pp. 411-9) investigate the influence of various flavonoids on arachidonic acid lipid peroxidation including inhibition of prostaglandins and cyclo- and lipooxygenase. It was understood in 1981 that the arachindonate cascade and the generation of prostaglandins was free radical oxidation-dependent. In the closing remarks (pg. 418) on interactions of arachidonate and superoxide free radical ($0_2$-), Baumann states:

"B: Inhibitory efficacy [of lipoxygenase] is enhanced by....

b) 3,'4-dihydroxy substitution of the B-ring."

"Oxygen radicals are generated as by-products of the cyclo-oxygenase and lipoxygenase pathway and are also supposed to be involved in the inflammatory response.... Since several flavonoids are known to possess radical scavenging properties, we had tried to correlate flavonoid structures and their $0_2$- radical scavenging activities.

INC vs Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirty five

"Most active were flavonoids with catechol configuration in the
A-ring and B-ring [citing Baumann *et al.*, 1980, (see following).
Such flavonoids also inhibit both the cyclo-oxygenase and
lipoxygenase pathway."

Again, use of the term "flavonoids" is generic but the discussion clarifies
the matter of nomenclature as referring to the flavanols. The structures
described by Baumann are inclusive of the flavanols from monomers to
condensed PACs. Another Baumann paper (1980, *Archiv. Pharm.*,
"Prostaglandin synthetase inhibition by flavonoids and phenolic compounds in
relation to their $O_2$-•-Scavenging properties," 313, 330-7) confirms the "strong"
radical scavenging effects of the o-dihydroxy structure. The anti-lipid
peroxidation effects reported by Baumann supersede any claim of discovery of an
anti-carcinogenesis mechanism in the 360.

The "Pycnogenol" *mixture* of Masquelier is a combination of flavanols
ranging from monomers to oligomers. The mixture must be viewed as a whole:
The FRS of the proanthocyanidins is the predictable activity of molecules that are
simply polymerizations of smaller FRSs: The surprise would be if the linking of
two scavengers negated the activity. Rather, it is no surprise that the most potent
flavanolic scavengers are the smaller, more bioavailable, pre-oligomer molecules

INC vs Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirty six

called dimers, the modest condensation of just two monomers.  Again,

Masquelier is disingenous on this point:  While commercially popularizing the

longer-chained OPCs, his patent slyly refers only to "proanthocyanidins, " which

term is appropriate use for all flavanols from the smaller dimers but also for

certain monomers (see *infra*.)  Does Masquelier contend that the FRS effect of

the monomers in his mixture is irrelevant?  Or does he concede that they are

intrinsic to and typical of the entire class of pycnogenols?  Why does Masquelier

focus on procyanidins -- and the 360's casual reader's mistaken assumption may

be that only condensed oligomeric molecules are pertinent -- when the mixture

contains active monomers also?  Because Masquelier wished to avoid the

overwhelming problem's of obviousness and prior art.  Disclosure of molecular

structures and the free radical scavenging of monomers both procyanidolic and

not, would have immediately raised obviousness.


Four additional pre-1985 papers provide conclusive data that the catechin

(flavan monomer) molecule was being actively studied for its FRS capacity:


Videla LA, 1983, "Assessment of the scavenging action of reduced

glutathione, (+)-cyanidanol-3 [catechin] and ethanol by the chemiluminescent

response of the xanthine oxidase reaction," *Experientia*, 39:500-2;

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirty seven

Danni O, Sawyer BC, Slater TF, 1977, "Effects of (+)-catechin in vitro and in vivo on disturbances produced in rat liver endoplasmic reticulum by carbon tetrachloride," *Biochem Soc Trans*, 5: 1029-30;

Pignatelli B, Bereziat JC, Descotes G, Bartsch H, 1982, "Catalysis of nitrosation *in vitro* and *in vivo* in rats by catechin and resorcinol and inhibition by chlorogenic acid," *Carcinogenesis*, 3: 1045-49;

Steele CM, Lalies M, Ioannides C, 1985, "Inhibition of the mutagenicity of aromatic amines by the plant flavonoid catechin," *Cancer Res*, 45: 3573-77.

b) <u>In addition to the obviousness of flavan-3-ols and their condensations as FRSs, specific art exists on PACs as FRSs.</u>

Nozaki K. *et al.*, 1984, "Antioxidant activities of phenolic compounds from seeds and skin of 33 grape varieties," *Japanese Inst. Enology Vitacul.* (Yamanashi University, Kofu, Japan) 19:29-38, concerns the antioxidant activity of the very product Jarrow Formulas vends, *Vitis vinifera*. The Nozaki paper (translation at pg. 11) describes a "flavonoid fraction" that "developed a red color by the vanillin-HCL reaction" [Bate-Smith]. Nozaki consistently refers to grape-

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirty eight

derived PACs as "flavonoids" while delineating three categories of polyphenols in his study: 1) catechins, 2) flavonoids (including PACs), and 3) tannins. Nozaki's paper is rife with specific art on the subject of FRS by PACs. It must first be understood that though he does not specifically use the term "PAC," and he uses "flavonoids" interchangeably between the anthocyanidins in grape *skin* and the PACs in grape *seed*, Nozaki's paper nevertheless presents graphic prior art: By meticulously separating and analyzing the different classes of polyphenols from 33 varieties of grapes and seeds, Nozaki thoroughly documents the issue.

His work is particularly significant because grape pips contain no -- or virtually no -- "bioflavonoids" or anthocyanins. Grape pip polyphenolic contents are most   specific to the 360 patent: Grape pips contain predominately condensed flavanols, or PACs,  and lesser amounts of catechin monomers and tannin polymers. Nozaki carefully differentiates between catechin monomers and *tannin* polymers (while he presents data on FRS activity for all three classes). The remaining compounds he groups as "flavonoids," but there is no mistaking the correct nomenclature of the compounds he tests: Proanthocyanidins, the red-yielding

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page thirty nine

components referred to on pg. 11 of the translation which describe the red reaction to acid.

In fact, Nozaki states of the *seed* extracts:

"Antioxidant activities were observed even when the catechin and epicatechin content was substantially zero, and some samples showed a relatively high antioxidant activity at high flavonoid contents. *It is presumed from these facts that other flavonoids than catechin and epicatechin may exhibit antioxidant activity.*" (Emphasis added.)

Nozaki's study uses a lipoperoxide challenge to linoleic fatty acid and reports on the degree of lipoperoxide radical quenching by various polyphenols. The polyphenols were extracted from 33 varieties of grapes using both seeds and skins. After determining total polyphenols of each pip and skin (66 categories), he painstakingly separated all 66 samples into 3 further subdivisions: catechins, "flavonoids," and tannins.

(The "flavonoids" classification seems to have been based upon molecular weight since Nozaki does not differentiate between the colorless

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page forty

*pro*anthocyanidins and the brightly pigmented anthocyanidins

Bioavailability is not at issue in Nozaki's paper and so there was no

particular reason -- nor an oversight -- in not further subdividing the

flavanols from the bioflavonoids, but Nozaki did perform the requisite

Bate-Smith test to demonstrate the presence of PACs.)


Commercial D-(+)-catechin was used as the antioxidant

(lipoperoxide radical scavenging) standard, and each of the components

extracted from the 33 seeds and 33 skins was measured for its AOX

activity in comparison to the commercial standard.  What was the

commercial standard for FRS in this 1984 paper?  Catechin, the

flavan-3-ol monomer.


The 360 patent (at 5:51) references "lipid peroxidation" in relation to

carinogenesis.  The peroxide value challenge in a lipophilic system

employed by Nozaki establishes FRS for all relevant subclasses of

flavanols -- which confirms the issue of obviousness discussed *supra*.

The Nozaki paper was published and available in the United States in

1984.  Neither should it be discounted that the Nozaki paper is in an

enology journal and much of Masquelier's work was in the wine industry.

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page forty one

The product sold by Jarrow Formulas was presaged by Nozaki and the

360 patent is utterly defeated.


Thus, the monomers are a fundamental problem for Masquelier's

claim of radical scavenging by PACs since monomers were already known

to be scavengers:  And one class of monomers were also known to be

PACs:


"The terminology of *leucoanthocyanidin* was reserved

(Weinges *et al.*, 1969) for the monomeric proanthocyanidins such

as the phenolic flavan-3,4-diols and the name condensed

proanthocyanidin for the various flavan-3-ol dimers and

higher oligomers which, on the basis of present evidence, constitute

the overwhelming majority of proanthocyanidins found in plants."

(At 417-8.)  Haslam E. *Proanthocyanidins* (Chapter 7) in:  "The Flavonoids:

Advances in Research."  Harborn JB and Marby TJ, eds. 1982,

Chapman and Hall; New York, pp. 417-47.


See also Haslam, pg. 424 which states:


"The hallmark of phenolic flavan-3,4-diols is their

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page forty two

partial (up to 50%) conversion with hot mineral acid to

the corresponding anthocyanidin." (citing Robertson AV,

1959, *Can J. Chem*, 37:1946).


The 360 patent describes " a plant extract with a

proanthocyanidin content as therapeutic agent with radical scavenger

effect." 360 does not specify "oligomeric" PACs; 360 does not specify

PACs derived from condensed catechin-type monomers; 360 does not

differentiate between monomeric or condensed proanthocyanidins.

Baumann, Haslam and other authors are clearly fatal to the 360.

Whatever claim is not disallowable due to specific prior art, that claim

must, in the aggregate also fall from obviousness.


2. <u>Patent claims of bioavailability and pre-existing product</u>.


It belabors the point to state that publications of pharmacological

effects are *prima facie* evidence of bioavailability. To contend

otherwise is pettifoggery. The bioavailability of flavanol compounds,

including OPCs, was already known at the time of the patent. Flavanols

even strongly appear to have been the molecules intended by the

designation   Vitamin P by Szent-Gyorgyi, the discoverer of Vitamin C

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page forty three

(Randoin, 1920; Bentsath A, Rusznyak S and Szent-Gyorgi A, 1937, *Nature*, 139, 326). Endotelon, an OPC-based pharmaceutical was labeled for treatment of the microcirculation. The literature on Endotelon was undoubtedly published in the United States though this product was sold in Europe. A modest review of effects/bioavailability is preferred:


Beginning with the monomers, biological effects were known. Due largely to the interest in green tea, the antioxidant capabilities and metabolism of the flavanol monomers -- catechin, epicatechin, catechin gallate, epigallocatechin gallate -- were well studied, published and understood by the early 1980s. To claim that the metabolism or scavenging capabilities of the condensed flavanols -- the procyanidins or OPCs -- were somehow mysteriously distant in understanding from either class of monomers and represented a surprise in the art would be flimflammery: To assert that oxidative linkage (condensation) of the monomers -- resulting in further hydroxylated dimers and trimers, etc. -- would yield a "surprising " result would, as Lewis Carroll might have put it, "annoy the pig," so supercilious would be the contrivance.


The bioavailability and metabolism of the monomers was as well understood as their molecular structure. Das NP, 1971, *Biochem. Pharmacol,*

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 — page forty four

"Studies on Flavonoid Metabolism:  Absorption and Metabolism of (+)-catechin in

man," 20:3435-45; Sipos J et al.,  1984, *Int J Tiss Reac.* "Effect

of (+)-cyanidinol-3 on receptor activity of lymphocytes and hepatocytes and on

hepatocyte-lymphocyte conjugation in liver disease," VI(2): 145-54.


Further to his 1977 paper on the same subject, it is stated by Gendre,

et al., 1985, "Effet protecteur des oligomeres procyanidoliques sur la lathyrisme

experimental chez le rat," *Annales Pharmaceutiques Francaises*, 43(1): 61-71:


"Procyanidolic oligomers (extracted from grapes were tested for a

preventive action against lathyric induced lesions.... All the treated rats

[with OPCs and a toxin] have revealed arterial ultrastructures quite

comparable with the normal ones....  The way in which this remarkable

preventive action is to be done is unknown.  But the procyanidolic

oligomers are supposed to stimulate cellular connective tissue

biosytheis...."


Gendre's puzzlement over the molecular mechanism aside, the

inhibition of lysine-oxidase (antilathyrogen effect that *prevents oxidation* of lysine

into allysine and subsequent degeneration due to lathyrogens) was elucidated by

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page forty five

Cetta G *et al.* (1971, "Protective effect of flavonoid on the collagen of lathyric rat," *Experientia*, 27:1046-8); see also: Gendre P *et al.* (1977, "Etude Infrastructurale de l'action de certains flavonoides sur le lathyrisme experimental chez le rat," *Annis Pharm Fr.*, 35(5-6):61 - 71). All three studies cite the procyanidins/flavan-3-ols/flavan-3,4-diols. The prevention of the oxidation of lysine is an anti-oxygen effect, and therefore bioavailability of a metal chelator is self-evident.

Likewise, the inhibition by OPCs of hyaluronidase and elastase which act against connective tissue structure mucopolysaccharides was studied by Jonadet M *et al.* (1977, " Catechines et oligomeres flavanoliques du Cupressus semper Vireus L. Activities inhibitrices vis-a-vis de l'elastase in vitro et activities angioprotectrices comparees in vivo." *Annis Pharm Fr.*, 42(2):117-913).

Thus, Roger CR (1988, "The nutritional incidence of flavonoids: Some physiological and metabolic consideration," *Experientia*, 44(9):725- 33) concludes:

> "These activities appear to be the result of the antioxidizing activity of the flavonoids and their capacity to form complexes with metals, particularly with copper, which is necessary for the efficient activity of the above-mentioned enzymes." (Roger at 727.)

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page forty six

Roger describes an antioxidant cascade whereby chelating to copper prevents the initiation of a radical cascade. This effect was known for at least ten years. Roger's paper explains that this effect is an antioxidative mechanism, but the issue of obviousness predates Roger's 1988 publication.

An additional antioxidant role of flavan-3-ols that might be unique to them while other flavonoids are unable to participate along with PACs is the reduction of dehydroascorbic acid (DHAA, oxidized vitamin C). (This redox potential of PACs could be the basis for once having considered it the vitamin P which was attributed to be the secondary anti-scurvy factor.) The restoration of vitamin C from DHAA is described by Regnault RC (1982, "Reduction de l'acide dehydroascorbique par les thiols en presence de biocatalyseurs: etude polarographique," *Int J Vit Res*, 52:159-68.) This is an antioxidant reducing effect other than radical trapping. It is not, however, a "discovery" in the art that a reducing agent would also have scavenging capacity. The latter frequently entails the capacity to do the former.

Bioavailability was self-evident and it was well published by the early 1980s. Reviews including the subject of metabolism were published by Griffiths

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page forty seven

LA (1982, "Mammalian Metabolism of Flavonoids, in: The Flavonoids: Advances in Research," pp. 681-718, eds J.B. Harbone and T.J. Mabry, Chapman Hall, London); Hacklett AM (1986, "The Metabolism of flavonoid compounds in mammals," in: Plants, Flavonoids in Biology and Medicine: Biochemical, Pharmocological and Structure Relationships, pp. 174-194. Eds V. Cody *et al.*, Alan Riss, Inc., New York.

Leng-Levy J and Masquelier J, 1968 Oct., "Renewal in protective vascular therapy." *Semaine Therapeutique*, 44(8):460-1; Masquelier J *et al.,* 1967 Jan., "Current vitamin P therapy and diabetic retinitis." *Bulletin des Societies D'Opthalamologie de France.* 67(1):204-9.

Masquelier himself had pre-published on biological effects and therefore on bioavailability because it was a known phenomena. As to Masquelier's claims of cardiac protection or antiatherogensis, these claims had already been published for OPCs:

Rewerski VW et al., 1971, "Some pharmacological properties of oligomeric procyanidins isolated from hawthorn *Crataegus oxyacantha*." *Arzneimittel - Forschung.* 21(6): 886-8.

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page forty eight

A decade later, Rewerski's work is cited in a paper on the same subject by Nikolov at the 1981 symposium in Hungary. (*Infra.*); Roddewig C and Hensel H. 1977. "Reaction of local myocardial blood flow in non-anesthetized dogs and anesthetized cats to the oral and parental administration of a *Crateagus* fraction (oligmere procynidines)." *Arzneimittel-Furschung.* 27(7):1407-10. [Note: language of "OPC fraction."]

It seems hardly a defensible position for Masquelier to admit that hawthorn may be administered for its OPC content to treat hypoxia due to restricted blood flow, *etc.*, but then to *restrict* any claim for the mode of efficacy, i.e., antioxidant FRS effect, particularly when the antioxidant capacity of OPCs was already known, as was the FRS effect of antioxidants on hypoxia and repercussion injury.

Another paper "overlooked" by Masquelier from the same 1981 *Hungarian Proceedings* as the patent's cited Maridonneau paper is N. Nikolov *et al.*, "Recent investigations of Crataegus flavonoids," which states:

"*Crataegus* flavonoids participate significantly in the cardiac effects of hawthorn extracts. First a cardioprotective heptahydroxyflavan glycoside was found (citing Bersin *et al.*, 1955), which is a

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page forty nine

component of the preparation "Eurhyton" (Hausmann) (citing
Engelking *et al.*, 1958). According to other authors, a compound
isolable from *Crataegus* extract by acid treatment [Bate-Smith,
which identifies PACs] is the factor responsible for the beneficial
effect due to increased coronary flow caused by the dilation of blood
vessels (Hahn, 1960). This product should be a poly-condensation
product [OPCs] of flavan units [the flavanol monomers] (citing Boser
*et al.*, 1962). It has been pointed out (citing Rewerski *et al.*, 1967;
Lewak *et al.*, 1970) that flavan polymers [procyanidins] isolated from
the leaves of hawthorn have remarkable prolonged hypotensive and
cardiotonic effects. With oligomeric procyanidins, isolated from
*Crataegus* leaves, hypotensive and body temperature decreasing
effects were detected (citing Rewerski *et al.*, 1971)."

Rewerski specifically cites PACs as the active, bioavailable components in
hawthorn.

Other articles post-date the patent but are reviews and their references
and substance pre-dates the 360 patent:

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page fifty

Boissin JP *et al.*, 1988 Feb, "Chorioretinal circulation and dazzling:  Use of procyanidol oligomers (Endotelon*).*" *Bull des Soc Ophtal de France*,  88(2):173-4.

The use of Endoleton predates the patent date of April 1985.

Codget J, 1988 Apr-Jun, "Medical and surgical therapies: Their respective indications in lymphedema." *Phebologie.*  41(2): 359-69, stating:

The treatment of lymphadema, medical or surgical remains a difficult one...procyanoside oligomers are the most prescribed."

This prescriptive activity predates the patent.

Brasseur T, 1989 Nov-Dec, "Flavonoids as Medicines.*"* *J de Pharmacie de Belgique,* 44(6):403-10.  Brasseur's review cites procyanindin containing medicines that pre-date the 360 patent.

An early work on monomers and procyanidins is by Lavollay J and

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page fifty

Boissin JP *et al.*, 1988 Feb, "Chorioretinal circulation and

dazzling:  Use of procyanidol oligomers (Endotelon)." *Bull des Soc*

*Ophtal de France*, 88(2):173-4.


The use of Endoleton predates the patent date of April 1985.


Codget J, 1988 Apr-Jun. "Medical and surgical therapies:

Their respective indications in lymphedema." *Phebologie.* 41(2):

359-69, stating:


The treatment of lymphadema, medical or surgical

remains a difficult one...procyanoside oligomers are the most

prescribed."


This prescriptive activity predates the patent.


Brasseur T, 1989 Nov-Dec, "Flavonoids as Medicines." *J de Pharmacie de*

*Belgique*, 44(6):403-10.  Brasseur's review cites procyanindin containing

medicines that pre-date the 360 patent.


An early work on monomers and procyanidins is by Lavollay J and

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page fifty one

Neumann J, "Problems posed by the activity of certain flavonoids on vascular resistance," in: The Pharmacology of Plant Phenolics, Proceedings of a Symposium Held in Oxford April 1958, J.W. Fairbairn, ed., Academic Press, 1959, New York, pp. 103-22. (At the same symposium, Masquelier presented a paper on "The bactericidal action of certain phenolics of grapes and wine.")

Even Masquelier's cancer claim was anticipated by prior art in a paper on the herb Uncaria (cat's claw) which author S. Montenegro de Matta mentions contains PACs and has a reputed antitumor activity (1975, "Alkaloids and procyanidins of an *Uncaria* sp. from Peru." *Il Farmaco*, 31(7):527-35.

3. Claim that mode of efficacy is AOX/FRS activity

Having established prior art that OPCs were known to be free radical scavenging antioxidants and that the biological effects of OPCs were known to be antioxidant related, Masquelier and Schwitters have a further problem: Masquelier did not discover the concept of free radical pathology and antioxidant adaptation. Numerous authors precede him: Richard Passwater (1980, "Selenium As Food and Medicine"); Del Maestro RF *et al.*, (1980, "Free radicals as mediators of tissue injury," *Acta Physiol Scand., Supp.* 492-43-57) and:

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 — page fifty two

Rolando F. Del Maestro *et al.*, (1982) concludes:

It is suggested that the permeability changes and resultant edema observed during release of $O_2^-$ from activated polymorphonuclear leukocytes and other cells. This results in further generation of HO. and possibly $O_2^-$ which may mediate the cellular and bipolymer damage resulting in altered microvascular permeability." ("Role of superoxide anion radicals in microvascular permeability and leukocyte behavior," *Canadian J, Phys Pharm*, 60 (11):1406-14.) [OH• is hydroxyl radical and $O_2^-$ is superoxide radical.]

There is no patentable surprise that antioxidants scavenge radicals; there is no lack of prior art that procyanidins are antioxidants. To "discover" that PACs scavenge radicals as their pharmacological mode of action is to state the obvious to anyone versed in the art.

Conclusion re 360 Patent

To summarize what was known about flavanols by 1985:

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 — page fifty three

1. OPCs were discovered in 1920 by Rosenheim.

2. The structure of OPCs was elucidated by Weinge (Germany) by 1962.

3. By the 1960s if not before, it was understood that PACs are condensations of flavan-3-ols (catechin, epicatechin) and flavan-3,4-diols (leucoanthocyanidins), though the latter were also known to be PACs as well.

4. Masquelier's 1969 407 patent uses the term hydroxy-flavan 3,4-diols to describe the entire class of flavanols from monomers and PACs through condensed tannins. The 407 identifies the molecules of interest to be "in particular" the monomers up to the pentamers. 16 years before filing the 360, the 407 in 1969 describes flavanols as a single class with a basically common structure, particularly hydroxylated B rings.

5. The commonality of structure and function of the hydroxy-flavan 3,4-diols (from monomers through *all* polymer linkages)

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996  -- page fifty four

described in the 407 in 1969 is abandoned in the 1987 360

patent when the term "proanthocyanidin" is used exclusively

to deflect attention away from the monomers and to avoid the

well-proven activity of FRS by the monomers.  This is particularly

significant because the 407 describes the monomers and

proanthocyanidins as having a "close chemical link."


6. The 407 patent claims a method to extract hydroxyflavan

3,4-diols and their use, particularly "PACs" to treat abnormal

capillary fragility and permeability, which use was known by

1942 (Lavollay).  The 1987 360 patent constitutes a fraudulent

extension of the 1969 407 patent in that the 360 merely claims

discovery of an already-known mechanism:  free radical

scavenging by PACs (and monomers) and other duplicates

the 407.


7. It was reiterated in 1962 (Weinge) and 1977 (Pratt) from still

earlier work that hydroxylation of the B ring determines the

antioxidant activity including FRS of flavans and flavanols.

It was published in Russia (Medovar; 1967) that the antioxidant

activity of *any* flavonoid, which nomenclature includes the

INC vs. Herphag, etc., et al.
Patent Addendum
28 August 1996 -- page fifty five

flavanols, could be predicted from it molecular structure.

8.  It was known that flavans and flavanols have a hydroxylated
    B ring which has FRS activity.  It is also stated in Masquelier's
    1969 407 patent that *all* hydroxyflavan 3,4-diols have B rings.

9.  It was known that monomers were free radical scavengers due to
    their B rings and that the condensation of monomers *increases*
    hydroxylation of the B ring.  Therefore, PACs were known to have
    multiple OH groups on their B rings and would be expected to
    maintain FRS activity.

10. PACs were identified as the active component in hawthorn
    products already on the market.  Hawthorn was and is used
    to treat circulatory problems.

11. Nozaki (1984) specifically demonstrated FRS effects against
    lipoperoxides by PACs from grape seeds.  The 360 references
    "lipid peroxidation" in relation to carcinogenesis at 5:51.

12. The monomers and PACs were known to be bioavailable.

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 -- page fifty six

13. PACs were known to be cardioprotective and suspected to have anti-tumor effects.

14. Masquelier failed to disclose to the Patent Office -- if not consciously concealed -- all of the above.

Speaking of prior art, it appears that Masquelier's patent in some sense "trespasses" on traditional folk medicine -- along with well-established phenolic chemistry. It seems incongruous that Masquelier promotes his product by telling the ancient tale of French explorers rescued by Indians making pine bark tea and then turns around and claims a patent that might very well have prevented the legendary rescue of old.

Masquelier made no FRS discovery for proanthocyanidins: He merely obfuscated what was known in order to gainsay the obvious. He was less the scientist and more the frustrated entrepreneur when he wrote the patent. Masquelier's legitimate claim to fame was his pycogenols from pine bark, a novel name for a new source to the market of OPCs. In the aggregate, Masquelier overreached himself and apparently deliberately misrepresented the science to the U. S. Patent Office. If Masquelier did not omit by design, he was at the least incredulously incompetent.

INC vs. Horphag, etc., et al.
Patent Addendum
28 August 1996 — page fifty seven

In either event, the patent is not worth a paltry pittance.  The suit is moot.

Respectfully submitted:

JARROW FORMULAS, INC.

By_____
      Jarrow L. Rogovin, President

See following "Appendix - U.S. Patent No. 3,436,407"