# Exhibit B



# NEAL T. WIENER

**ATTORNEY AT LAW**
9100 WILSHIRE BOULEVARD
7TH FLOOR - WEST TOWER
BEVERLY HILLS, CALIFORNIA 90212
(310) 276-2889 • FAX (310) 276-0774

October 16, 1996

Norman H. Zivin, Esq.
COOPER & DUNHAM LLP
1185 Avenue of the Americas
New York, New York 10036

Jonathan A. Flatow, Esq.
WAKE, SEE, DIMES & BRYNICZKA
27 Imperial Ave., P.O. Box 777
Westport, CT 06881

Re: INC vs. Horphag, etc.; et al.

Dear Mssrs. Zivin and Flatow:

The undersigned is corporate and, generally, litigation counsel for Jarrow Formulas, Inc. (JFI). On behalf of JFI I request that you reply to Mr. Rogovin's letter sent to you August 28, 1996. Please reply to Pennie & Edmonds with a copy to the undersigned. Considering that you offered to respond upon receipt of the other studies JFI cited, failure to respond within ten days of this letter, or by October 30, 1996, will be considered bad faith conduct.

Please consider that the extensive work undertaken by a busy corporate executive evidenced by the August 28th documents -- followed by 34 scientific articles sent to you next day air September 26 pursuant to your request -- should indicate to you not only no lack of resolve, but also a clear intent to follow through.

It is evident to this office that the evidence invalidating the patent is overwhelming, and the reasonable course is to seek a graceful means of withdrawing your action. Otherwise, please be advised that it is the experience of this office that my client deems filing a counterclaim as crossing the Rubicon. JFI will almost certainly take the matter to trial in order to seek damages for inequitable conduct and to clear its good name.

As you know, the risk of a finding of inequitable conduct re the patent will expose Dr. Masquelier to liability for the collective attorneys' fees for all defendants, which

Mssrs. Zivin & Flatow
October 16, 1996
Page 2

already approximate $1,000,000.  Needless to say, this would
occur after the good doctor has been brought into the
Connecticut action.  Please confirm whether you have
forwarded a copy of Mr. Rogovin's missive to Dr. Masquelier.

Very truly yours,

Neal T. Wiener

NTW:fl

cc: Pennie & Edmonds
    Scott Poliski, Esq.
\CJFI-TM\LOPC-DBM.