Exhibit E

JAR 0147



# OPC

## in practice

bioflavanols and
their application

By
**Bert Schwitters**
*in collaboration with*
Prof. Jack Masquelier

JAR  0148

# OPC IN PRACTICE

bioflavanols and their application

## Bert Schwitters

in collaboration with
Prof. Jack Masquelier

© 1993 Bert Schwitters

All rights reserved. No part of this book may be reproduced or utilized in any form or by any means, electronic or mechanical, including photo-copying, recording or by any information storage and retrieval system, without permission in writing from the publisher.

Finished printing 30 July 1993
by: Spaziostampa - via dei Conciatori, 32 - 00154 Roma, Italy

ISBN 88-86035-05-5

Alfa Omega
Vicolo di San Giuliano, 5
00186 Roma - Tel. 06/6868950

CONTENTS:

Foreword . . . . . . . . . . . . . . . . . . . . . . . . 5
The discovery of OPC . . . . . . . . . . . . . . . 8
The finishing touch . . . . . . . . . . . . . . . . 19
OPC in scientific tests . . . . . . . . . . . . . . 24
OPC patented as a free radical scavenger . . . 31
Lack of OPC in nutrition . . . . . . . . . . . . . 36
OPC and the vascular wall . . . . . . . . . . . . 39
Allergies and inflammations . . . . . . . . . . . 48
Clinical studies . . . . . . . . . . . . . . . . . . . 57
    Capillary resistance . . . . . . . . . . . . . . 57
    Venous problems in the legs / varicose veins . . . 58
    Retinopathy . . . . . . . . . . . . . . . . . . 60
    Eyesight . . . . . . . . . . . . . . . . . . . . 61
    Premenstrual syndrome / PMS . . . . . . . 61
    Edema . . . . . . . . . . . . . . . . . . . . . 62
To all "prescribers" . . . . . . . . . . . . . . . . 64
Conclusion . . . . . . . . . . . . . . . . . . . . . 68
Excerpts . . . . . . . . . . . . . . . . . . . . . . 70
Index . . . . . . . . . . . . . . . . . . . . . . . . 104

JAR 0149

# FOREWORD

### By Professor Jack Masquelier

According to a humorist, if someone has something to say, the most difficult thing is not to make him say it, but to prevent him from saying it too often. I would have liked to avoid this difficulty and then, I accepted to write this foreword . . . It is true that it is Bert Schwitters who formulated this wish, and that the person who will resist his gift of persuasion has not been born yet!

But other reasons force me to write these lines. In particular because "OPC in Practice" is a book that I should have published long ago, were it not that I have been distracted from such a project by numerous other occupations. So far, medical and paramedical circles, nutritional and dietetic specialists and cosmetologists did not have at their disposal a work of this kind. Everything that was published about OPC has been dispersed in scientific magazines, which are hardly accessible to the general public, and a good part of this literature deals with the technicalities of chemistry, the structures of molecules and analytical techniques, subjects that hardly interest those who prescribe or use OPC. The work of Bert Schwitters assembles the essential information about OPC and presents it in an attractive and orderly form.

Another reason that restrained me from writing this anthology is that I am still continuing my research on OPC and that numerous other laboratories throughout the world do the same. Moreover, medical doctors in various specialist fields begin to take an interest in these molecules, which until recently were not well distinguished from bioflavonoids. Enologists themselves are staggered by finding that the wine, which they know so well as far as its cultivation, preparation and maturing is concerned, possesses, apart from alcohol, constituents which are truly active on human health. So to me this field seemed a whirl of ideas and discoveries, and I feared that I would publish a work that would have been obsolete at the time it came into circulation. Certainly, Bert Schwitters does not escape this danger, but I trust him - he is a master of the tech-



*Professor Jack Masquelier*



JAR  0150

niques of communication and I am convinced that he will be able to steer clear of this rock.

Things have come a long way since the day I isolated the first OPC from plant sources. That happened in 1947 in the laboratory of biochemistry at the Medical Faculty of Bordeaux University. If this discovery would have passed unnoticed. But I worked in a center of experimental medicine, where it was easy for me to undertake a pharmacological screening of my substance. In 1950, OPC entered the field of therapeutics as a vascular protector.

It was in 1986 that I unveiled the intense free radical scavenging effect of OPC. Ever since, I have placed high expectations on this property. OPC is the pertinent answer to the scepticism in certain scientific circles, according to which "free radicals will have become 'old hat' before the finishing touches are put on a really effective antidote". The reason for such defeatism may be that the market has seen a host of products whose efficacy in vivo has never been demonstrated.

With OPC we finally have at our disposal a real weapon against premature aging of living structures. A broad consensus is developing now that oxygen free radicals are responsible for the deterioration of these structures. The lengthening of life expectancy, observed for the last 50 years in the western world, seems to have reached its limits: little by little we have found remedies for the accessible causes of aging. What remains is oxygen, of which nobody had thought 20 years ago and of which we presently know that it constitutes life's principal wear and tear factor. Certainly, oxygen free radicals do have a physiological mission to accomplish - the burning of waste matter. But we should prevent them from extending the fire to the sensitive structures of the living cell. This way man may hope to fulfill his personal genetic program to the end.

The need for a trustworthy biological antioxidant has now been well established. Amongst the various proposed candidates to play this role,

we must give preference to the substance of greatest innocuousness, because the protection against oxygen free radicals supposes a long term, even permanent use of the scavenging antidote. OPC fulfils this condition. Used in therapeutics for 40 years, it has never provoked direct or secondary effects of a toxic nature. Personally, this hardly surprises me, because we find it in the various foods that man has consumed since the beginning of his history.

In publishing "OPC in Practice", Bert Schwitters is fighting the right battle. Let this foreword be the expression of my cordial acknowledgement for the interest he takes in these marvellous molecules, that have occupied a great part of my life as a researcher.

Jack Masquelier,
Marillac, France - July 1, 1993



*Professor Jack Masquelier, 1950, in the laboratory of chemistry of Bordeaux University's Medical Faculty. In that year OPC entered the field of therapeutics as a vascular protector.*

6

## THE DISCOVERY OF OPC

### Jack Cartier

The discovery of OPC, one of today's most beneficial and health supporting plant extracts, has a long and colorful history that begins in the winter of 1534 to 1535. At that time in Quebec, on the St. Lawrence Gulf in Canada, the French explorer Jacques Cartier tried to survive an expedition with a crew of more than one hundred men. The group encountered serious difficulties. Cartier's annalist recorded, "Some of them lost all their strength and could no longer stand on their feet. Their legs were swollen, their tendons deteriorated and became as black as coal. Others got reddish, purple spots on their skin. They began to suffer from halitosis and their gums were so rotten that they receded to the roots of their teeth, which almost fell out. That day Philippe de Rougemont died . . . our captain allowed his body to be dissected in order to see if one way or another we could discover what the problem was. We found that his heart was white but rotten and it was surrounded by a litre of red water." Twenty-five men had already died and another fifteen were in a very bad state. Only a few were still in reasonable condition, although they were too weak to bury their own comrades. Instead they only covered them with some snow.

### Anneda

Then Cartier came across an Indian who explained to him what could be

8

done about his ailment. He directed the Frenchman towards a tree which he identified with the name "Anneda". He explained how you could concoct an extract from the needles and the bark of the tree. The extract had to be drunk and the remainder of the bark and needles made into a poultice, placed on the swollen joints. Cartier tried this out on two of his men and they recovered within one week. This is how the expedition survived.

### Dreaded scurvy

At the time of explorers, scurvy was a dreaded problem. The loss of crew during journeys was unbelievably high due to scurvy. Sometimes only ten out of one hundred survived. Vasco da Gama, who sailed around the Cape of Good Hope in 1498, lost one hundred men from his force of a hundred and sixty. Even after Cartier's discovery, the misery wasn't over. It was not until the eighteenth century in England that another practical solution against scurvy was found: the lemon. In 1757 the British marine doctor James Lind described how to cure and prevent scurvy with lemons and oranges. However, it was not until 1804 that the British marines required lemon juice as a part of their daily ration. In 1865, only a century and a quarter ago, the British Board of Trade included lemon juice as part of the daily intake of the merchant navy.

### Vitamin C

In 1928 the Hungarian scientist and researcher Albert Szent-Györgyi isolated a substance from adrenal gland tissue, cabbage plants and citrus fruits which he called hexuronic acid. At that time he still didn't make the connection with the substance he isolated and scurvy. Four years later in 1932, at the University of Pittsburgh, USA, two researchers named Waugh and King isolated a substance from lemon juice that had the same properties as Szent Györgyi's hexuronic acid. The Americans called this substance "vitamin C". They did, however, make the connection between this substance and scurvy. This is how, for vitamin C, the generally accepted name ascorbic acid quickly came into being (a-scorb-ut-ic = ascorbic). In 1933 in Birmingham (UK), H.C. Haworth established the

9



JAR 0152

structural formula of ascorbic acid and in the same year, together with his Swiss colleague T. Reichstein, they managed to synthetically fabricate ascorbic acid. In 1937, when Szent-Györgyi received the nobel prize in recognition for his work, ascorbic acid was already widely used in the food industry, for example as a taste balancer in beer. Presently ascorbic acid is not only a stabilizer in foods but also a healing agent. As a feed supplement it is without a doubt the best-selling vitamin.

### Unexplained questions

From experimental research with ascorbic acid on animals performed in the early years, it appeared that purified ascorbic acid was less effective against scurvy than the unpurified ascorbic acid from a natural source whose remnants of the original raw materials still remained. This raised the question if there was yet another anti-scurvy factor that was perhaps stronger than ascorbic acid and it provoked the search for the co-factor of vitamin C.

In 1936 Szent-Györgyi and his colleagues extracted a complex substance from the peels of lemons. They called it "citrin". Experiments were conducted with citrin and it was discovered that it possessed vascular wall strengthening properties. For this reason, Szent-Györgyi took the "P" from permeability and baptized the extract "vitamin P". Citrin has never really acquired real vitamin status because it turned out that it wasn't possible to create a citrin-avitaminosis. It did become clear that citrin contained one or more of the co-factors that strengthen the effects of ascorbic acid. Szent-Györgyi was under the impression that scurvy was a combined C and P avitaminosis.

### The lemon and the tree

Apparently Szent-Györgyi never knew that in the sixteenth century Jacques Cartier had already found an anti-scurvy remedy, which had a tree as its source and not a citrus fruit. This could have possibly enlightened him about the identity of co-factors in his citrin and especially

10

about the differences that exist between these co-factors that all belong to a group of substances chemically indicated by the name "polyphenols".



BASIC STRUCTURE OF BIOFLAVONOIDS

BENZENE RING (A) + PYRAN RING (C) + BENZENE RING (B)

FLAVANS

FLAVAN DERIVATIVES

Polyphenols are molecules composed of a nucleus of two benzene rings that are linked to each other by a third pyran ring. There is always a phenolic acid group connected to one of these benzene rings, hence, the name phenols or polyphenols. These benzene-pyran-phenolic acid nuclei are indicated by the name "flavan".

The flavan nucleus forms the basic structure for many hundreds of molecules. In 1952 they were identified by the researchers Geissmann and Hinreiner for the first time as "bioflavonoids" or "flavonoids". Flavonoids exist in all plants, citrus fruits and trees.

11

JAR 0153

The charting of different bioflavonoid molecules seems like an atrocious job. It is true that for their flavan nucleus all flavonoids are the same, but the differences in chemical composition reveal a large multiformity inside the group of flavonoids. In addition to this, and taking into consideration their effect and effectiveness, it is unjust to regard the flavonoids as a homogeneous group of substances, which only because they have identical flavan nuclei would also have similar properties. For that, the differences in character between some of the members of the bioflavonoid family are too large.

### Sloppy

In many publications the term "bioflavonoids" is used very carelessly and inaccurately. One speaks about bioflavonoids as a group of substances that have the same effect and properties. As a matter of convenience some authors identify "bioflavonoids" with one or more of the citrus flavonoids, especially with rutin and hesperidin. However, it is of great importance to ascertain that such use of this encompassing definition is impure and confusing. Rutin is definitely a bioflavonoid but not all bioflavonoids are identical to or resemble rutin. Ascorbic acid is certainly a vitamin, but not all vitamins are identical or similar to ascorbic acid. No one would attempt to identify ascorbic acid interchangeably with any of the other vitamins. Whoever uses the term bioflavonoids must use it as another word for polyphenols, as an indication of molecules that have no more in common than an identical flavan structure.

### Flavonoids and flavans

The french biochemical researcher, Professor Jack Masquelier (University of Bordeaux) made a great contribution to the charting of different chemical and pharmacological properties of flavonoids. In 1979, together with his colleagues M. J. Michaud, J. Laparra and M.C. Dumon, he published a notable article wherein he clarifies that the criterion for admission to the group of flavonoids (the flavan nucleus) has become

useless because molecules with a flavan nucleus can differ biochemically and pharmacologically so much, that admission to one and the same group would unjustly suggest that the molecules would also be similar in behaviour.

In any case, in his article Masquelier argues that one specific group of flavonoids, the flavanols, should no longer be regarded as a subcategory of flavonoids but rather as a separate, independent class of its own that is hierarchically seen as completely equivalent to the flavonoids. This group is made up of all sorts of compositions that are built out of merely one molecule, the flavan-3-ol. This molecule distinguishes itself by its natural tendency towards condensation, also known as polymerization, or phrased in yet another way, towards forming stable compositions of two, three, four or more flavan-3-ol molecules bonded to each other. The whole group of flavan-3-ol compositions is identified as: "BIOFLA-VANOLS" or "FLAVANOLS".

The distinguishing feature of bioflavanols is that all members of this group are made up of only 1 molecule: the flavan-3-ol.



FLAVAN - 3 - OL MONOMER ("CATECHIN")

JAR    0154

## Bioflavanols

When Masquelier introduced the bioflavanoids as an independent group outside the family of the bioflavonoids, as a matter-of-course, many studies were directed to the various flavanol compositions. By that time (1979) Masquelier was already working on this for more than thirty years.

Although all flavanol-compositions are made up of one basic molecule, (flavan-3-ol) it is not quite so simple to isolate and identify the various compound molecules. This is mainly because there are two stereo-isomers (mirror image structures of each other) of flavan-3-ol. One isomer is called catechin and is denoted with a "c" or a "(+)". The other isomer is called epicatechin and is denoted with an "e" or a "(-)". This means that from the two types of flavanols (the dimers), we obtain four variations: c-c, c-e, e-c, e-e.

It becomes even more complicated. One of the two flavanol molecules can bend itself in two places with its like or mirror image. For the enthusiast: one molecule always condenses in the C4 position and the others can condense in positions C4 and C6. These C4-C6 and C4-C8 compositions (in total 8 compositions) are identified with the letter B ($B_1$, $B_2$ etc.)

The total number of compositions increases as a matter of course with the increase in the number of flavanol molecules that partake in condensation. In addition to this, flavanols also appear in connection with organic acids, primarily with gallic acid as flavanol-gallate-esters. The flavanols also appear in connection with sugars (xylose, rhamnose, glucose etc.) This is an amusing puzzle for the analyst.

Flavanols are not only designated with the technical terms stated above. Some also have their own names. In France the dimers are called "procyanidols" or "procyanidines" and in the Anglo-saxon countries "proanthocyanidins". Those who like to use a fancy word for dimer may also say "oligomer" (oligo = some). This is why the proanthocyanidins are also called "procyanidolic oligomers". In France the words "oligomeres procyanidoliques" are shortened to "OPC". Since a great deal of the original literature is written in French and because the abbreviation is agreeable to the ear, many other countries use the term OPC.

NOTE: In 1979, Professor Jack Masquelier coined the word PYCNOGENOLS, to designate a special group of bioflavanoids: the bioflavanols. Pycnogenol means; that which creates condensation. The word refers to the natural and spontaneous way in which the flavan-3-ol molecule forms its oligo and polymers. It was Masquelier's intention that this name would be used as a generic name for the totality of the extract, as it is obtained by means of his many extraction patents. However, Professor Masquelier has not been able to maintain control over the name he invented. Pycnogenols (or Pycnogenol) has become a trademark, deposited and registered in many countries by many different companies. Only in France does Professor Masquelier control the use of this trademark.

In all other countries Masquelier has lost control over the use of the word of which he is the undisputed author: PYCNOGENOLS.

## Tannin

The more highly condensed flavanols are known as tannin. With this name we are back to the more familiar framework of traditional crafts and nutrition. Tannin is actually present in many foods (tea, cocoa, coffee, fruit, fruit juice, red wine, beer, vinegar, vegetables). It gives these foods their "astringent" taste. Technically speaking we are dealing with flavan-3-ol polymers. These polymers have a function in the maintenance of our health (anti-viral), but they are not nearly as effective as the oligomers, that is to say OPC.

In the days when man didn't know all the chemical terms, he was however familiar with the disinfectant, antiseptic, brownish-yellow material

14

15



JAR 0155

called "tan". Tan is an extraction from oak bark, but the word is also used for other types of bark extract. Tan works because it contains tannin. The word tan traces its origin back to the Gallic word "tanno" which means oak. Another word for tan is tannum, the archaic word for oak bark. The origin of the word tannum comes from "thundra" which means to shred. The bark of the tree was shredded, just as the Indian did it for Jacques Cartier and his men to cure them of scurvy.

To "tan" means to boil in tan in order to make something more durable. Leather is being tanned in the tannery. The French know the same word as "tannerie". Those who allow their skin to be "tanned" by the sun get a "sun tan", the same colour brown as tannin.

The fact that tan is used by the fisheries to make nets and sails durable, that it is used in the tannery to convert animal hide into leather, and that it preserves food, indicates that tan was already experimentally determined as a valuable, protective material.

### Red wine

In the thirties, Szent-Györgyi's citrin and "vitamin P" research aroused a lot of interest in polyphenols. His work did however raise more questions than answers and thus more and more contemporary researchers plunged into the study of polyphenols, which they found in so many plants.

In 1944 the Frenchman J. Lavollay demonstrated that red wine had a vitamin P effect. He experimented with red wine on animals and found that their capillary resistance increased. A lack of sufficient possibilities and knowledge about isolating these vitamin P factors directed Lavollay to the effects of epicatechin. Lavollay's "epicatechin" appeared to have much more effect than Szent-Györgyi's citrin. A few years later, in 1950, J.P. Rouge observed a particular phenomenon: red wine is tolerated better, (given equal amounts of ethanol) than pure (diluted) alcohol. Alcohol alone causes poisonous intoxication in rats. Red wine does this to a much lesser extent, therefore, the legitimate conclusion was that wine contains

16

a natural "antidote". This is not a volatile antidote, because distilled alcohol from wine appears to be just as toxic as synthetic alcohol. This phenomenon was confirmed by the research of M. Flanzy one year later. He also discovered that the protective effect was strongest when the wine had been stored longer, thus having attained a higher content of polyphenols.

### Tree bark, peanuts and wine

Eventually Jack Masquelier would succeed in isolating and giving a name to the long sought vitamin P factor. In 1948 and in 1951 Masquelier already registered his first patents. These patents described the method of making an extract from the skin of peanuts and from pine bark, both of which have a powerful vascular wall strengthening effect. With this extract, research on humans was conducted, and on the basis of very positive results, it was brought onto the French market as a vascular wall protector under the name Resivit. At that time the active ingredient was determined as hydroxyflavan-3-4-diol.

Armed with his growing knowledge about extraction and analysis of bioflavanols, in 1955 Masquelier was able to demonstrate the constituents of wine that would later acquire the name pro(antho)cyanidins. With an improved chromatographic method, Masquelier demonstrated that wine contained condensed molecules: the flavan-3-ol compositions. They were the same bioflavanols that he had found in the skins of peanuts and in pine bark.

Slowly but surely a complete picture came into being with respect to the structure and nature of this extremely effective substance. It was this substance that gave such a strong vitamin P effect to plants and food. In each case it was determined that this constituent was many times more effective than the (citrus) bioflavonoids, in particular more effective than rutin. It became more and more certain that of all the vegetable polyphenols, the bioflavanols have the strongest vitamin P action. They are far superior to bioflavonoids.

17

JAR 0156

## THE FINISHING TOUCH

### Further research

Jacques Cartier's Indian tale was now well confirmed. The bark of the Canadian Anneda tree was replete with bioflavanols and, in addition, the needles must have contained vitamin C. A better anti-scurvy remedy probably doesn't exist. But what "the Indians" tell us we would nowadays also like to have scientifically proven, even though in practice such an Indian tale is serious buisness. For that matter, the Indians are not the only ones familiar with natural remedies before they were scientifically proven. Herbal extracts are about as old as the world itself.

### Survival

In order to survive, man has always been making use of extracts. In the field of nutrition, the extraction method is used to obtain a longer lasting, more digestible or tastier product. The removal of water from a food already means we are making an extract. Dried food can be more easily stored and transported. In earlier times this was of essential importance in order to survive. However, we can use water as a means of extraction as well. Plants that contain vital elements but whose natural form we cannot, or do not want to use, can be "brewed" (extracted) in water and this is how we get tea, beer or coffee. We obtain wine by squeezing the juice out of grapes and letting the juice mature. We have already noticed that the bioflavanols in all these cases have a preserving and product-improving effect.

19

Without exaggerating, it may be said that bioflavanols always play an influential role where plants, plant extracts, foods and remedies are used for their health-promoting effects. Whether we deal with hawthorn, mistletoe, red wine, green tea or Ginkgo biloba, over and over again we are confronted with the bioflavanols as the superior, active element.

(Excerpts: 1, 2, 3, 4)



*Demographic surveys demonstrate that people who live in wine regions live longer, since red wine is one of the major nutritional sources of OPC. For one thing, red wine reduces the effects of cholesterol and has a positive influence on cardiovascular health.*

18

JAR   0157

## Phytotherapeutics

We only have to go one step further and we begin to deal with plant extracts in the scope of medicine. Ginkgo biloba leaves, the ginseng root, lime blossom, grape seeds and willow bark are just a few examples of plants or parts of plants that provide a rich, multifaceted spectrum of extracts that have for centuries been used for therapeutic or preventive means. We have empirically known for a long time what the effects of these phytotherapeutic products on health are. There have been many sizeable books written about this subject.

Through modern methods of isolation and analysis, we are in a better position to know which active substances give so many extracts their therapeutical value. This means that with specific extraction methods we can subsequently isolate the active elements in plants. The more efficient the extraction method, the more pure the extract.

The merit goes to Professor Masquelier, who developed an extraction method whereby a virtually pure mixture of bioflavanols could be manufactured. Therefore we now had at our disposal the pure, natural form of the most active vitamin P factor, which was later to become known as the strongest vegetable based free radical scavenger.

## Flavanol targeted

Masquelier's extraction method is to such an extent flavanol-targeted, that it doesn't matter which plant materials are chosen as a source of flavanols. The application of his method always supplies a flavanol powder, which is relatively pure and which for the major part contains the least condensed bioflavanols. This implies that it contains the most active bioflavanols. Masquelier's bioflavanol extracts consist of proanthocyanidolic monomers and oligomers (mostly dimers and trimers). The polymers (tannin) are not extracted. The underlying relationship between the various monomers and oligomers is determined by the bioflavanol make-up of the plant from which the mixture was taken.

20

## Fingerprint

Molecules such as bioflavanols are produced in the plant with the help of enzymes. Every enzyme controls a particular biochemical reaction. Every type of plant has its own specific "set" of enzymes and therefore every plant produces its own "set" of bioflavanols. These "sets" are so specific that they are referred to as fingerprints. One can recognize the plant by its bioflavanol make-up. This comes in handy, for instance, in wine making. Since every grapevine has its own fingerprint, it is possible to determine if the wine in the bottle is in fact the wine identified on the label. This is how the legitimate wine business protects itself from imitation and fraud.

Using Masquelier's extraction method we can accurately remove the proanthocyanidolic monomers and oligomers from plant materials. Economically speaking, it is obviously advantageous to look for raw materials rich in bioflavanols that are easily accessible. Generally, it is no problem to find bioflavanols in plants.

The study of 500 different types of plants demonstrated that bioflavanols are spread widely throughout the plant kingdom. They are ubiquitous, especially in the ligneous sections (bark), in fruit (peels/skin), in the pits (pellicles) and in the leaves and blossoms of woody plants (trees and shrubs).

## Yield

In terms of the availability and manageability of raw materials, it is clear that pine bark and grapeseeds are reliable and industrially processable sources of bioflavanols. Both sources give a high yield. Inasmuch as we are dealing with vegetable materials, we cannot rule out the effects of climate (drought, temperature etc.). Since bioflavanols, by definition, are retrieved from "leftovers" (bark, pits, skins, peels etc.), one also has to consider the methods of cultivation and harvesting. It happens that for the wood and paper industry pine trees are being chopped down earlier and earlier during their growth. Older trees have thicker bark than young

21

JAR    0158

trees, but they appear to be less and less numerous. This could mean that in the long term pine tree bark may no longer be a feasible source for the extraction of bioflavanols.

## Radioactive marking

The choice, however, for a specific vegetable source of bioflavanols is determined on completely different grounds. If we want to know whether a substance is bioavailable, we must radioactively mark the substance so that after it is administered, it can be traced in the body. The radioactive marking of organic materials is done by letting a plant grow in an isolated area, a so called mycrophytotrone with an atmosphere enriched with radioactively tagged carbon dioxide (14CO2). Because the plant "inhales" the radioactive carbon dioxide, the radioactivity will eventually spread throughout the whole plant. The extract that is obtained from the plant is marked and can therefore always be traced, for example by taking an x-ray of a laboratory animal or a blood sample of a human being.

## Medicine

Any company wanting to introduce a medicine on the market will have to at least prove that the substance is bioavailable and in what amount. When Masquelier's research really took shape and it could safely be said that the extract produced with his method showed the strongest vitamin P action compared with all the other bioflavanol and bioflavanoid extracts, the french company Sanofi/Labaz decided to introduce an extract with pronanthocyanidic monomers and oligomers as a medicine into the market. Which of the available raw materials should one choose? Pine bark or grape seeds? One of the decisive factors in choosing grape seeds at that time was that the grape vine fit into a mycrophytotrone and a pine tree didn't. The extract from grape seeds could therefore be radioactively marked and was thus the more suitable of the two for research concerning its biological availability. This is a requisite for bringing a medicine onto the market. This however, does not discredit the pine tree. Bioflavanols are bioflavanols, but within the strict realms of the high and

straightforward demands applied to medicine, the extract that has undergone all tests may not casually be exchanged for another extract, even if it appears to be almost equivalent in terms of its bioflavanol make-up.

The fact that, from 1972 until 1978, intensive biological, toxicological, pharmacological and analytical research was conducted with the "Masquelier" grape seed extract for the purpose of registering it as a medicine, means that a gold mine of data regarding bioflavanols was created. The product was of course also clinically tested, particularly for all sorts of symptoms related to venolymphatic insufficiencies such as varicose veins, heavy, over-tired, painful legs, claudication and (diabetic) retinopathy.

## Free radical scavenger

Masquelier's success in France was a stimulus for him to continue with his research about the more fundamental aspects of bioflavanols. The result was that in 1986 he discovered that bioflavanols have an intensive free radical scavenging effect. With this discovery Masquelier exposed the core of the biochemical character of bioflavanols and at the same time explained why his extracts play such an important role in the regulating of symptoms which at first appear to have little relation with each other. The reason for this is, that free radicals are the underlying cause for a great number of bodily disorders.

Through his discovery of the free radical arresting effect of bioflavanols, Masquelier has supplied us with the key to classifying all the fragments of scientific research into a related theory.

(Excerpts: 5, 6, 7, 8, 9, 10, 11, 12, 13)

23

22

JAR 0159

# OPC IN SCIENTIFIC TESTS

## Bioavailability

In the course of the years, OPC has been subjected to scientific tests many times in order to see if the substance actually fulfilled all the requirements for effectiveness and safety. First, it had to be determined if, and in what quantity, OPC was bioavailable. In spite of all the positive results gathered during research, it still wasn't possible to prove that these results could be directly attributed to OPC. It was never really sure if OPC could overcome the digestive barriers in an unchanged or unaffected form. It could very well be that the effects on the vascular wall were due to an unspecific fragment of the OPC molecule.

To sort this out, a grape vine was cultivated for forty-five days in a mycophylotrone with radioactively marked carbon dioxide. The OPC extracted from the grape seeds was then orally administered to laboratory animals (mice). During the hours after administration, many different measurements were performed in order to determine where the OPC ended up.

Ten minutes after application, the blood was already highly radioactive, which indicated that entry from the digestive tract occurs immediately. The maximum radioactivity of the blood lasted for forty five minutes. Thereafter the radioactivity dropped slowly and after seven hours the level was still at somewhat more than a third of the maximum. The biological half-life lies at approximately five hours.

The same measurements were also conducted for the bile. Every fifteen minutes, for twelve hours, the radioactivity of the bile was measured. Also in this case, after a few minutes, radioactivity was detected and the observed peak in the bile corresponded to that of the blood and lasted for forty-five minutes as well. It appeared that after eleven hours, fourteen percent of all the administered OPC was excreted through the bile. The excretion of OPC metabolites via the lungs and urine is a very slow process. Only after five hours one encounters radioactive $CO_2$ in the exhaled air.



DPM/ML BLOOD

*By means of autoradiography (the making of an x-ray picture whereby the radioactivity becomes visible) and through research on separate organs, it could be determined in which organs the OPC had settled. Both tests proved that OPC has a propensity for proline-rich tissues in the body; this implies the connective tissue (collagen).*

24

25

JAR 0160

The best illustration of this relationship is the following list, whereby the measured radioactivity (the presence of fixated OPC) is indicated in relation to the blood.

| | |
|---|---|
| blood | 1 **** |
| muscles | 1.09 ***** |
| cardiac muscle | 1.18 ***** |
| plasma | 1.37 ****** |
| lungs | 1.65 ******** |
| adrenal glands | 1.8 ********* |
| spleen | 2.03 ********** |
| cartilage/sternum | 2.77 ************** |
| skin | 2.82 ************** |
| kidneys (cortex) | 3.57 ****************** |
| bronchial tubes | 3.87 ******************* |
| liver | 5.4 *************************** |
| small intestine (wall) | 6.75 ********************************* |
| aorta | 7.8 *************************************** |

Rutin also researched

At the same time the OPC researchers also tested the effectiveness of rutin. Rutin is known to be the leading citrus bioflavonoid used as a vascular wall protecting agent. Radioactively marked rutoside (obtained from Viola tricolor L.) was orally administered to laboratory animals. The results of rutin were nevertheless very disappointing. The autoradiographies showed only some radioactivity in the intestines, which means that rutin remains in the intestinal tract and isn't absorbed by the body. The researchers remarked that the biological availability of orally administered rutin is questionable at best.

The bioavailability of OPC was irrefutably proven. Bioflavanoids turned out to be the substance which, by a large margin, surpassed what was regarded at the time as the substance "vitamin P" (citrin/rutin). OPC is the most active and the only biologically available vitamin P.

JAR  0161





*The above radiographic plates show the locations reached by radioactively marked OPC (top) and rutin (bottom) in the bodies of laboratory animals (mice). In the mouse shown on the top plate, the white coloring (OPC) is distributed all over the body, especially in those locations that have a high concentration of collagen (see listing on page 26).*

*In the mouse shown on the bottom plate, which was given rutin, the white coloring is concentrated in the alimentary tract. The radioactively marked rutin is not distributed in other locations of the body. Conclusion: OPC is bioavailable, rutin is not.*

This had been known for ages in the craft of tanning, where the tanner doesn't use lemon juice or rutin, but tannin = bark extract = flavanols! The affinity of bioflavanols for connective tissue, for proteins in general, actually formed the basis for the old traditional use of tannin in the tannery. Skin is, after all, full of connective tissue and that makes it most suitable in the production of smooth and supple leather.

Apart from this, there is another practical application that everyone is familiar with. For those who want to get rid of the tannin in their tea (tea leaves contains a lot of it), they just need to add a dash of milk. The protein in milk binds itself to the tannin and this is how we get a "milder" tea.

## Antioxidant

Almost ten years after the concrete research into the biological availability, published in 1977, OPC found itself once again "on the rack", this time to determine the strength of the antioxidant forces of the bioflavanols. Once again OPC was compared with the familiar bioflavanols, along with some other substances, including vitamin C.

In order to test the antioxidant effect of a substance, one can use the nitrobluetetrazolium - or NBT - test. Under the influence of oxygen radicals, NBT turns blue. In the test set-up, enzymes producing oxygen radicals are used to stimulate the blue colouring. When an antioxidant is added the blue colouring is countered.

With the NBT test method two tests were conducted. On a scale of 0 (no effect) to 100 (blue colouring completely countered), the substances scored as follows:

| | | |
|---|---|---|
| proanthocyanidolic dimer C-C (OPC). | 75.3 | bioflavanol |
| E-C (OPC) . . . | 71.2 | bioflavanol |
| E-E (OPC) . . . | 64.3 | bioflavanol |
| monomer E . . . | 29.6 | bioflavanol |
| proanthocyanidolic dimer C . . . | 23.8 | bioflavanol |
| hesperidose . . . | 28.6 | bioflavonoid |
| rutoside . . . | 24.2 | bioflavonoid |
| troxerutin . . . | 21.1 | bioflavonoid |
| ascorbic acid . . . | 4.1 | vitamin C |

Anti free radical effect
100 = maximum / 0 = no effect

```
dimer C-C (OPC)   ********************************
dimer E-C (OPC)   ********************************
dimer E-E (OPC)   *****************************
monomer E         ***************
monomer C         *************
hesperoside       ***************
rutoside          ************
troxerutin        ***********
ascorbic acid     **
                  0                            100
```

For the second test the results were obtained in a different manner. The researchers tested, calculated and noted the quantity of substance needed to obtain a certain degree of inhibition of blue colouring. The substance that requires the smallest quantity is the best antioxidant. The results confirm those of the first NBT test:

| | | |
|---|---|---|
| oligomers from pine bark (OPC). | 0.046 | bioflavanols |
| oligomers from grape seeds (OPC) . . . | 0.052 | bioflavanols |
| Daflon . . . | 0.9 | citroflavonoids |
| hesperidin methyl-chalcone . . . | 1.00 | bioflavonoid |

in comparison by means of extrapolation:

| | | |
|---|---|---|
| proanthocyanidolic dimer C-C (OPC). . . | 0.039 | bioflavanols |
| rutoside. . . | 0.128 | bioflavonoid |
| hesperoside. . . | 0.109 | bioflavonoid |

Quantity of substance necessary to determine an anti radical effect (50%). (Elaborated on the basis of the results of the above test).

28

29

JAR 0162

```
pine bark (OPC)     ****************
grape seeds (OPC)   ***************
Daflon              *******************************
hesperidin          ************************************
dimer C C           *************
rutoside            *************************************
hesperoside         *************************************
```

The above scores show us that the separate proanthocyanidolic dimers are the strongest free radical scavengers. The monomers are less than half as strong, and then come the bioflavanols. Vitamin C finishes fast with a performance 18.4 times inferior to that of proanthocyanidolic dimers. Assuming that the antioxidant activity of vitamin C is generally known and praised, a substance that scores almost twenty times better is not that bad . . . . At the time, it actually appeared that the grape seed extract and the pine bark extract also scored very well, and quite equally. The pure dimers seemed to repeatedly be the best.

### Proanthocyanidin B2,3'-o-gallate

In the continuing research regarding the activity of various bioflavanols, a few years ago it appeared that the organic compounds of bioflavanols and gallic acid (gallate-esters) have a stronger antioxidant effect than the unbonded bioflavanols. It has been stated earlier that bioflavanol-gallates are natural, frequently occurring bioflavanol compounds. It was discovered that proanthocyanidin B2,3'-o-gallate has the strongest antioxidant effect. These bioflavanol-esters do appear in grape seeds but not in pine bark.

The fundamental physiological characteristics of OPC are: it is biologically available and is inclined to affix itself to connective tissue; it neutralizes the harm caused by free radicals better than any other vegetable substance. These superior qualities explain why OPC plays such a protective role in our health.

Excerpts: (14, 15, 16, 17, 18, 19, 20, 21)

30

OPC PATENTED

## AS A FREE RADICAL SCAVENGER

In recent years free radicals have been identified as the underlying cause of many seemingly unrelated diseases and ailments. Free radicals have such a devastating impact on the structures of our organism, that they are now seen as the major initiating force of widespread chronic illnesses such as cancer, cardiovascular disease and cataract.

Free radicals do have beneficial effects. They play a major role in the body's immune system as a defense mechanism against bacteria and other foreign intruders. But when free radicals occur in places where they "don't belong", they are to be feared as extremely devastating molecules.

### Aggressive oxydation

In simple terms, free radicals cause aggressive oxydation. They cause the "cracks" in the structures of our body, in the same way as they may have caused the cracks in the porous and leaking waterhose of your car engine's radiator. What was once supple and smooth will turn stiff and will eventually crack under the influence of radical molecules. The signs of aging have much to do with an excess of free radicals.

Paradoxically enough, the molecule which we need most for the survival of our organism, is also a major source of free radicals: oxygen. Structurally speaking, free radicals are atoms, ions or molecules which

31

JAR 0163

contain one or more unpaired electrons. Oxygen and oxygen-hydrogen compounds with such unpaired electrons are among the most frequently occurring free radicals. They are being formed endogenously, as a by-product of oxygen mediated production of energy. But they may also come to us from outside sources, as components of water, food and air. Well known examples of exogenous sources of free radicals are smog (photochemical pollution) and cigarette smoke.

## Depletion of our defense mechanism

The body is certainly not without defense against free radicals. It has adapted itself quite well by means of various free radical consuming enzymes such as superoxide dismutase (SOD), catalase and glutathion peroxidase (GP). These endogenous enzymes are the protective antioxidation screen between the free radicals and vitally sensitive target structures such as collagen, cell membranes and DNA.

In today's developed countries, we encounter an overload of free radicals. On the one hand this overload stems from the environmental chemical and photochemical pollution in our industrial and urban areas. On the other hand the overwhelm with free radicals may be endogenously caused as the result of too much stress. Altogether, free radical overwhelm will lead to local depletion of the antioxidant enzyme pool, which then will become the start of decay and degeneration. In turn, the body will try to adapt and the adaptation mechanism will manifest itself as the multifaceted phenomena of disease.

## Help from antioxidant nutrients

But, by means of absorption from food, the body is able to use exogenous scavengers of free radicals. In this respect the vitamins C and E, the provitamin beta carotene and the trace-element selenium have been quite massively put in the spotlight of publicity as successful antioxidant food components and free radical scavengers of choice, especially within the framework of the idea that dietary supplementation with these nutrients is the most convenient and efficient means of repleting the body's antioxi-

32

---

idant capacities. True, these nutrients do have good antioxidant powers, but in comparison with OPC, the free radical scavenging effects are rather modest. OPC scavenges 20 times better than vitamin C and even 50 times better than vitamin E. These are facts that should not be over looked when it comes to fighting free radicals.

## The free radical scavenging patent

Already in 1986, Professor Masquelier was able to demonstrate OPC's more than remarkable free radical scavenging effect (FRSE) by means of the NBT test (see page 28). By showing that OPC was nature's best antioxidant and free radical scavenger, Masquelier upgraded OPC from the limited application of vascular wall permeability to a highly efficient tool in the much broader realm of the fight against the major degenerative diseases. In fact, Masquelier had discovered a truly new application of OPC.

Being aware of the importance of this discovery, Masquelier laid his findings down in a United States Patent, which was registered on October 6, 1987 (nr 4,698,360). The patent formalized the new status of OPC as a "plant extract with a proanthocyanidins content as therapeutic agent having radical scavenger effect". To quote from the abstract, "the invention provides a method for preventing and fighting the harmful biological effects of free radicals in the organism of warm blooded animals and more especially human beings, namely cerebral involution, hypoxia following atherosclerosis, cardiac or cerebral infarction, tumour promotion, inflammation, ischaemia, alterations of the synovial liquid, collagen degradation, among others."

## The new applications

It is best to follow Masquelier's own words where he explains in his patent about the new indications of OPC: "The radical scavenger effect does not overcome aging, which is a biological process programmed in the genes, but it may prevent, attenuate or inhibit different harmful effects of aging caused by an excess of free radicals.

33

## 1. Cerebral involution troubles in aged people.

With aged people, hypoxia of the tissues causes psychic and somatic troubles which are manifested in particular by Alzheimer's illness. Hypoxia produces an accumulation of reduced substances (flavins, coenzymes, etc), whose autoxidation generates free radicals. These latter, if they go beyond the limits of the normal purifying mechanisms which bring enzymes into play, damage the cellular walls of the nervous tissue and lead to cerebral involution. To prevent the failure which is always possible of the purifying enzymes, it is then indicated to administer a medicament with radical scavenger effect, provided that it is bioavailable. Proanthocyanidins fulfil the conditions. . . .

## 2. Hypoxia following atherosclerosis.

The atheromatous illness, which does not occur only in old people, well represents however the picture of vascular aging and causes progressive hypoxia of the adjacent tissues. This hypoxia, through the free radicals which it generates, increases the lipid peroxidation, itself implied in the pathogenesis of atherosclerosis. Through an identical mechanism, a modification of the platelet functions promoted by the free radicals causes the formation of thrombi which are the basis of infarction. Proanthocyanidins are therefore indicated both for preventing the harmful effects of hypoxia following atheromatosis and also as agents for preventing cardiac or cerebral infarction.

## 3. Tumor promotion process.

Oxygen radicals play an essential role in the tumor promotion process (in the promotion stage of carcinogenesis). Superoxide dismutase, tried as a protector, is a failure in this field for it is destroyed by the digestive enzymes and in any case does not clear the cellular barrier very well (KENSLER, T. W. et coll., SCIENCE, 1983, 221, 75-77). Similarly lipid peroxidation is implied in the transformation of the aromatic hydrocarbons into carcinogens (in the metabolism of polycyclic aromatic hydro-

carbon derivatives to ultimate carcinogens) (DIX, T.A., MARNETT, L. J., SCIENCE, 1983, 221, 77-79). By their high radical scavenger effect combined with their rapid diffusion in the connective tissue, proanthocyanidins are therefore indicated as protectors against risks of cancerization by chemical, or physical (ionizing radiations), or biological (oncogens) agents.

## 4. Any illness generated by free radicals.

The three preceding examples are in no wise limitative. Since the therapeutic effect is based on the scavenging of the free radicals, any pathology resulting from the direct or indirect action of these free radicals, or else following the temporary or definitive inefficiency of the normal enzymatic defense systems (peroxidase, catalase, superoxide-dismutase, etc.) forms an indication for the therapeutic use of proanthocyanidins titrated extracts.

Cellular death forms the final step in aging on the cytologic scale. The free radicals, when they escape from the biological systems provided for eliminating them, attack first of all the fragile architecture of the membrane. The alterations thus produced accelerate cellular aging, characterized by the collapse of the primordial functions of the membrane system. Inflammation and ischaemia bring such a mechanism into play and so treatment by proanthocyanidins is indicated.

Similarly, alterations of the synovial liquid by depolymerization of hyaluronic acid during articular diseases as well as collagen degradation during so-called collagen diseases (for instance multiple sclerosis) spring from the action of free radicals and so enter into the therapeutic indications of proanthocyanidins."

Excerpt 11

35

JAR 0165

34

## LACK OF OPC IN NUTRITION

As is the case with vitamins, the question arises if OPC is a vegetable nutritive substance or if it is a medicine. There can't be any doubt that OPC is a nutritive substance. Our body is not able to produce OPC and consequently plants are our only source of OPC. This applies to most vitamins as well. In this respect it is worth noting the observations Professor Masquelier wrote down in 1965 in one of the many patents he registered in his long career.

Masquelier wrote: "The hydroxyflavan-diol (OPC) is found in nature, in an unprocessed state, especially in fruits and vegetables. Normal nutrition should therefore provide us with adequate amounts of vitamin P in order to prevent any form of deficiency. However, these elements (and bioflavonoids in general) are found primarily in the bark, the pellicules, the skin and the ligneous parts of plants, and normally these parts are removed before or during the consumption of fruit and vegetables. It is therefore not surprising to encounter people that have problems as a result of a lack of vitamin P, even though these people have a healthy and balanced diet. Moreover, many natural bioflavonoids are poorly dissolved or completely insoluble in water. For this reason one can expect little activity from them when they are ingested together with foods."

In the year 1992, we can supplement Masquelier's observations with a number of other points on the grounds of explosively growing knowledge and experience in the fields of nutrition and health.

36

Industrially processed foodstuffs, in many cases, no longer contain the parts of plants rich in OPC. Vegetable nutrition is stripped by industrial processing even more than in our own kitchen; for example, all canned foods are peeled and pitted.

However, those who think that fresh fruit is always O.K. may be wrong. German research has proven that the quantity of bioflavanols in fruit increases as the fruit becomes more mature. There is little OPC in unripe fruit. In ripe fruit there are large quantities. The more mature the fruit, the more antioxidant protection it needs, hence, the fruit produces more OPC. Since the current, large scale methods of food distribution necessitate the picking of fruit before it is ripe, much of the fruit we find in the store is OPC deficient.

Rapid changes in our eating and drinking habits, in which half or fully pre-treated food products are becoming more and more common, make it consequently more uncertain if we do or don't obtain the minimal amounts of micronutrients necessary. This is not only true for vitamins, minerals and enzymes but obviously also for OPC.

### Growing oxidative stress

As the last but certainly not the least important point, the oxidative stress (free radicals, smoke, smog, chemical pollution) that we are constantly exposed to is greater than it has ever been and the end is not nearly in sight. This increasing oxidative burden irrevocably carries with it the danger of a relative lack of antioxidants.

### "Latecomer"

The plant-extracted and bioavailable bioflavanols are preeminently suitable to use as a food supplement in capsule, tablet or powder form. It is striking that vitamins are fully accepted and are being regularly used by an ever increasing group of consumers, whereas this is not yet the case with bioflavanols. This is undoubtedly because, in actuality, the media have given very little attention to these essential nutrients. The

37

JAR 0166

classification of OPC as a "late-comer" is due to the fact that research pertaining to the nature and effects of bioflavonoids has provided conclusive and unequivocal answers at a much later date than in the case of other vitamins. The fact that bioflavonoids have not appeared to be very successful, in addition to the fact that the bioflavonoids have unjustly been identified as bioflavonoids, certainly is one of the reasons why bioflavonoids have attained only scant public exposure. With regard to the communicative aspects of OPC, there are still quite a few obstacles to overcome. However, the old adage that "the last will be first" may very well be applicable here.

An antioxidant twenty times stronger than vitamin C should surely be able to go a long way, especially since this antioxidant also appears to be the leading vegetable, biologically available co-factor of that same vitamin C.

(Excerpts 22)

38

## OPC AND THE VASCULAR WALL

### The condition of the vascular wall is determinant

In combination with the proper functioning of the heart, a complete and unhindered blood flow is, without a doubt, the most essential physiological function of the body. It is no surprise that defects in the cardiovascular system are the reason why heart and vascular diseases are the number one killer in Western countries. One out of every two people (46% of all deceased men and 53% of all deceased women) die from a vascular and/or heart disorder.

The condition of the vascular wall is a determinant factor in cardiac and vascular diseases. After all, the vascular system regulates the blood stream, and the blood supply is of vital importance for all organs. In this respect it is obviously important that, particularly the heart muscle, the driving force of blood circulation, is itself copiously saturated with blood since heart failure means: death.

### Wine is heart strengthening

In 1979 A.S. St-Léger published a statistical research of the factors that could be linked to heart and vascular diseases in the magazine "The Lancet". The research included the official death rates of 18 Western countries. These death rates were related to sixteen parameters. St-Léger discovered a negative correlation between death due to heart failure and the consumption of wine.

39

JAR 0167

This correlation had already been demonstrated in France (in 1933) when F. Duguise compared the number of old people in his own region (the Médoc wine district) with the total number of old people in the whole of France. With advancing years, counting from the age of sixty onward, the percentages increase as follows: in the 60 - 64 age category 34% more people lived in the Médoc region than in all of France; in the category 65 - 69 it was 37% more; for people in their seventies it was 42%; and for people above 80 it was as much as 83%!

```
Years old
60 - 64    ***************
65 - 69    ***************+
70 - 79    *****************
above 80   *********************************
0%    ..................................    100%
```

Wine and the French are sometimes linked to alcoholism. Duguise's figures strongly contradict this relationship. Also, the officially published figures in France concerning the mortality rate due to alcoholism show repeatedly every year that these figures are lowest in the wine regions.

So, demographically speaking, the correlation between wine and health was already determined in 1933. Eleven years later, in 1944, Lavollay had proven that wine had a vascular wall strengthening effect. In 1950, Rougie discovered that wine contained an "antitoxic" which greatly reduced the effects of alcohol. This explains why alcoholism as a cause of death in some regions is lower than in others. What was exactly happening on the biochemical level in and around the vascular wall would, however, remain a mystery for still some time.

## Cross-linking

In 1981 Professor Masquelier presented for the first time a coherent theory about the influence of OPC on the essential factors that are determining the stability of the vascular wall. As the first factor, there is the stability of collagen and elastin. These two building blocks of the vascu-

40

far will determine its elasticity and permeability. The stability of collagen is ascertained by the presence of the so-called cross-links that connect the polypeptide chains. Bioflavanols help collagen with the construction of these cross-links and in this manner they help to aid in the stability of the connective tissue. Cross-links are often referred to in a negative sense, especially when they are formed in excess under the influence of free radicals. Excess cross-linking suffocates and stiffens the connective tissue. OPC helps prevent undesired excessive cross-linking (aging). OPC enhances the natural renewal and production of collagen, as regulated by the body itself.

For this renewal (bio-synthesis) of collagen, vitamin C is the absolutely vital element. In fact, the decay of collagen due to lack of vitamin C produces all the symptoms of scurvy! OPC is important because it is vitamin C's most powerful co-factor. The vitamin C sparing effect of OPC was well documented by Masquelier and his colleague and friend Prof. M.J. Michaud. Their experiment (more fully described later in this book) showed that in the absence of OPC one needs more ascorbic acid. OPC provides optimal use of the vitamin C available in the body and thus helps the naturally controlled formation of collagen. In doing this, bioflavanols and in particular OPC (the proanthocyanidolic dimers), provide a properly dosed, optimal amount of cross-linking. Additionally, OPC, acting as an on the spot (connective tissue) antioxidant, keeps the influence of free radicals under control. In this manner OPC plays a vital role in the bio-synthesis, maintenance and repair of collagen.

## Hot water test

This collagen protection can be demonstrated in a simple test whereby collagen is submersed in hot water. The hot water causes the collagen to shrink. However, when the collagen is "drenched" with OPC beforehand, it shrinks much less and slower. This test was executed with five collagen strips. The "reference" strip was not pretreated and the other strips were each treated separately with bioflavonoids, catechin (bioflavin monomers), condensed tannin (bioflavanol polymers) and with OPC

41

(bioflavanol dimers). Also this test is revealing in terms of the exceptional qualities of OPC.

Where the reference strip contracted in ten seconds, the OPC strip contracted in TWO HUNDRED AND TEN seconds. The tannin strip contracted in seventy seconds and the catechin strip in forty-five. The strip pretreated with bioflavanols contracted just as quickly as the untreated ones.

Shrinking time of collagen strips: (in seconds)

Reference strip                              * 10
Strip prepared with bioflavanols            * 10
Strip prepared with catechin              ***** 45
Strip prepared with tannin              ******* 70
Strip prepared with OPC        ******************** 210

Measuring the force of contraction, it appeared to be inversely proportional to contraction time. Setting the maximum contraction strength of the untreated strip at 100, OPC measured only 4.76, tannin was second with 14.28 and catechin was third with 22.1. The strip impregnated with bioflavanols contracted with just as much force as the untreated one measuring at 100.

Contractive force of collagen strips

Reference strip                  *********************************
Strip prepared with bioflavon.    *********************************
Strip prepared with catechin    *******
Strip prepared with tannin    *****
Strip prepared with OPC    **
                                          0 . . . . . . . . . . . . . . . . 100

Mosquelier concluded that the configuration of OPC was optimally suitable for the stabilizing of collagen. He also determined that the bioflavanols were inactive.

42

---

## Protection against enzymes

Bioflavanols also cooperate in another manner in the stabilization of collagen and elastin. Both building blocks of the vascular wall are, as it happens, subject to degradation by enzymes. Collagen is attacked by the enzyme collagenase and elastin by the enzyme elastinase.

In the beginning of the eighties, research in vitro and in vivo was conducted in the US as well as in France to see to what degree bioflavanols (catechin and OPC) could inhibit the influence of enzymes on the substrates collagen and elastin. These enzymes are released in large amounts by inflammation processes and their concentration then quickly exceeds that of the enzyme inhibitors present. All the tests demonstrated that catechin and OPC protected the collagen and elastin and therefore the vascular wall against the influence of the above-mentioned enzymes.

## No transformations

Researchers eagerly want to prove the same thing in all possible ways. Thus in 1984, the effectiveness of OPC in protecting the vascular walls was demonstrated in a different manner. By means of a substance called 3'aminopropionitril fumarate, it is possible to cause injuries to the vascular wall. The transformations that appear are so forceful that they are very well observable.

Laboratory animals that were administered OPC prior to this test appeared to be completely resistant to the influence of the damaging substance. Their vascular wall tissue remained similar to that of healthy control animals.

## Cholesterol

OPC regulates cross-linking. It protects the vascular wall against desiccation by enzymes and against the harm caused by aminopropionitril. OPC also protects the vascular wall against cholesterol.

43

JAR 0169

In 1957 A. Fay Morgan reported that animals that have been administered wine appeared to be unaffected by a diet rich in cholesterol. These animals appeared to have a much lower cholesterol level. The total amount of lipids in the blood and in the organs was lower than that of animals that had been fed bread and water. A third group that was given a solution of alcohol dissolved in water, appeared to also have higher cholesterol and lipid levels. The conclusion was, therefore, that alcohol in wine couldn't be the cholesterol and lipid restraining factor. When Masquelier learned about this research he naturally assumed immediately that the bioflavanoids in wine were responsible for the protection against excess cholesterol. His assumption was confirmed in 1967 when the Merck company registered a patent describing flavanol derivatives as cholesterol regulating substances. In 1984 J. Wegrowski and his colleagues determined that OPC does even more than just lower the cholesterol level. Their research demonstrated that in the presence of OPC much less cholesterol was deposited on the elastin tissue in the vascular wall than if OPC was absent. OPC therefore keeps cholesterol deposits from forming on the vascular wall and hence fights the process of atherogenesis. The cholesterol remains present in free form and can, in the case of excess, be eliminated by the body.

## OPC's cardioprotective effects reconfirmed

Early in 1993 Dr. Edwin Frenkel of the University of California (Department of Food Science and Technology) confirmed what the French have instinctively known for ages, and what Masquelier and his french colleagues had already shown in many experiments, articles and lectures to the scientific community. In England's foremost medical magazine, The Lancet of February 20, 1993, Edwin Frenkel writes: "The French Paradox" (apparent compatibility of a high fat diet with a low incidence of coronary atherosclerosis) has been attributed to the regular drinking of red wine. However, the alcohol content of wine may not be the sole explanation for this protection. Red wine also contains phenolic compounds, and the antioxidant properties of these may have an important role.

44

In in-vitro studies with phenolic substances in red wine and normal human low-density lipoprotein (LDL) we found that red wine inhibits the copper-catalyzed oxidation of LDL. Wine diluted 1000-fold containing 10 μmol/L total phenolics inhibited LDL oxidation significantly more than α-tocopherol (vitamin E/BS). Our findings show that the non alcoholic components of red wine have potent antioxidant properties toward oxidation of human LDL."

During a scientific symposium, held in Bordeaux on the 22nd of June, 1993, Doctor Edwin Frenkel explained, that since LDL is implied in the initial stage of atherosclerosis, the protective effects of wine and grape antioxidants (OPC) represent a positive potential in the diet. This is especially so, since vitamin E has already been associated with reduced heart diseases in human population studies. The Californian researcher told the audience: "In addition to preventing LDL oxidation, phenolic flavonoids are reported to inhibit phospholipase A2 and cyclooxygenase, which play a key role in the arachidonic acid cascade. Therefore, by down regulating cyclooxygenase and lipooxygenase, phenolic flavonoids in wine and grapes may reduce the thrombotic tendencies and inflammatory reactions in the body. We thus believe that the antioxidant activity of phenolic compounds in wine and grapes supports the epidemiological evidence that wine has a cardioprotective effect." It is obvious that although Frenkel still speaks of "phenolic flavonoids", he cannot be referring to anything else than OPC, which Masquelier isolated from red wine in 1955. Being a bioflavanol, OPC is the only antioxidant "phenolic bioflavonoid" found in wine.

## Vitamin C and cholesterol

The elimination of cholesterol occurs under the influence of vitamin C. Hence, the less vitamin C available, the slower the elimination of cholesterol that takes place by means of degradation of cholesterol into bile salts. This effect of vitamin C on cholesterol catabolism was proven by E. Ginter.

45

Since the discovery by Szent-Györgyi, it had been known that ascorbic acid is more effective in the presence of its co-factors. To prove that the bioflavonoids fully satisfy the definition of a vitamin C co-factor, Masquelier and his colleagues conducted a test in 1976.

Guinea pigs are just as dependent on the supply of vitamin C in foods as are humans. They therefore react to a scurvy diet and it can be determined what the daily dosage should be for the normal survival of guinea pigs. Whenever the animals were administered a sub-optimum dosage of vitamin C, it appeared they couldn't cope as well as laboratory animals that received the optimum dosages. UNLESS the sub-optimum dosage was supplemented with OPC. This unique experiment demonstrated that OPC has a vitamin C sparing effect. This means that foods rich in OPC make more vitamin C available, and that all bodily functions in need of this vitamin can be more readily carried out, including important processes such as the elimination of cholesterol.

## Connective tissue - scurvy

As explained earlier, vitamin C also plays an essential role in the production of connective tissue. Ascorbic acid stimulates the formation of hydroxyproline by activating the enzyme propyl hydroxylase. Hydroxyproline is an integral element of connective tissue. Without vitamin C the connective tissue formed is infirm and soft. Wounds no longer heal. The vascular wall becomes porous (permeable) and brittle. Haemorrhages occur because the capillaries tear. These are all characteristics of scurvy.

Therefore, if one deals with a limited sub-optimum supply of vitamin C in a frugal and efficient way, by means of a good supply of OPC, one can prevent symptoms of C avitaminosis from arising. With all due respect for Linus Pauling and his position in orthomolecular nutrition, it seems, in light of the foregoing, more appropriate to first try to adjust the balance between OPC and vitamin C in case of necessity before dealing with certain problems by administering inflated dosages of vitamin C and

46

ignoring OPC. Not only does OPC allow one to use less vitamin C but it fulfills its own functions as well. Therefore, it is possible that OPC is the missing link in a stagnant or slow healing process and making OPC available could either speed up or initiate the healing process. In this case, Szent-Györgyi was absolutely correct. His problem at the time was that he did not have at his disposition a biologically available and efficient co-factor such as OPC.

## Free radical control

Although free radicals are the last to be discussed in this chapter, they are, cardiovascularly speaking, not less dangerous. Oxygen radicals cause very conflicting, but always drastic disorders in the vascular wall. They provoke turbulent and uncontrolled cross-linking in the connective tissue, which reduces elasticity in the vascular wall. However, they can also stimulate vasoconstriction (superoxide anion) and vasodilation (hydrogen peroxide and the hydroxyl radical). Vasodilation occurs as part of the inflammation process and is accompanied by the flow of macromolecules in the tissue because the capillary membranes have become more permeable. The result is pain and swelling (edema). A free radical fighter such as OPC can combat the undesired influences in the affected area.

Also indirectly, through the peroxidation of cholesterol, free radicals act as a threat to the vascular wall. It is known after all, that particularly the peroxidized cholesterol under the influence of free radicals, contributes to atherogenesis. One can imagine what a free radical fighter such as OPC can do about this. . . .

(Excerpts: 23, 24, 25, 26, 27, 28, 29)

47

JAR 0171

# ALLERGIES AND INFLAMMATIONS

## The last phase

There is an important element in cardiovascular activity that was not raised in the last chapter: the inflammation process. The reason for this is that the inflammatory reactions are determined by factors that not only have cardiovascular effects but also reappear in allergy symptoms, such as hay-fever. Inflammation processes are only the last phase of microangiopathology (capillary vein disease). They only come into action when the disorders, as described in the previous chapter, have already occurred and the vascular wall area is seriously disturbed. The series of events initiated by:

- consistently high blood pressure,
- weakening of connective tissue,
- cholesterol problems,
- oxidative stress and
- enzymatic stress

eventually leads to an excessive permeability of the capillary wall (microangiopermeability). In general, the capillary is capable of allowing the selective passage of substances; however, in a disorganized state selectivity is impossible. Molecules of all sizes and shapes can penetrate

48

the capillary tissues aided by the force of high blood pressure. At the same time a situation arises in the blood in which the red blood cells agglutinate and flow with greater difficulty or not at all. This results in a local lack of oxygen, thrombosis, acidification and a rapid increase of enzymatic action. This enzymatic action is not only limited to the affection of collagen and elastin as mentioned before. Under the influence of lysosomes, for instance, the cells rupture. They completely lose their structure and the end result is an undifferentiated connective tissue proliferation (scars; fibrosis). The vascular wall is irreplaceably damaged and we encounter lymphoedema.

## Degranulation

When the cells fall apart in the last phase of this process, it comes to degranulation of smaller cell components, amongst other Mast cells. Degranulation releases inflammation-stimulating substances:

- histamine
- serotonin
- bradykinin

Histamine, serotonin and bradykinin increase angiopermeability, whereby the edema and accompanying pain also increase. Bradykinin also stimulates the forming of histamine by Mast cells, initiating a self-stimulating cycle.

## Through the walls...

Degranulation of Mast cells not only occurs in the final stage of microangiopathology. Mast cells appear everywhere in the body and they can release their inflammation mediators everywhere. With that, we have literally and figuratively gone through the walls of the vascular system and we find ourselves in the area of inflammations and allergies. In case the activity of OPC were limited to the vascular wall and did not have

49

JAR 0172

any direct connection with the production of inflammation mediators, the discussion of OPC would end here.

As far as Professor Masquelier is concerned we may continue. Already in 1956 his colleagues M.F. Tayeau and G. Lefevre conducted an experiment with his bioflavanol extract of peanut pellicles, whereby the conclusion reads as follows: "We have demonstrated that leukocyanidol (the name for OPC in those days), the extract of peanut pellicles is an effective antagonist of hyaluronidase and thus appears to be one of the most active vitamin P substances. This observation not only explains the effects of leukocyanidol on vascular resistance but also its anti-anaphylactic (anti-allergic) qualities."

## Inhibiting histamine

Hyaluronidase is an enzyme that takes part in the inflammation process. It works as a releaser of histamine during degranulation of Mast cells. In the Mast cells histamine is retained in the vesicles. These are little "blisters" made visible by the microscope as granules in the plasma. In this form histamine is not active. The hyaluronidase contributes to the disintegration of the membranes of the vesicles which causes the release of histamine in its active form.

HYALURONIDASE

HISTAMINE ⟶ ACTIVE HISTAMINE

The enzyme hyaluronidase itself is also retained and is only released in the presence of an activator.



ACTIVATOR

HYALURONIDASE ⟶ HYALURONIDASE

In 1985 Japanese biologists showed that in this chain of reactions, bioflavanols become active the moment the activator is about to release hyaluronidase. Bioflavanols (OPC) block the activator and hyaluronidase is not released. That is how OPC exercises its anti-histamine activity in an indirect but fundamental way.

ACTIVATOR     ACTION SITE OF OPC

HYALURONIDASE ⟶ HYALURONIDASE ⟶ HISTAMINE ⟶ HISTAMINE

This also clarifies why OPC can be classified with various other anti-allergic substances. The fact that hyaluronidase plays a part in releasing histamine is also confirmed by the following: The chemical substance indicated with the figures "48/80" is used in many experiments to stimulate histamine. We also know that "48/80" is an activator of hyaluronidase, which explains the relationship between hyaluronidase and histamine.

JAR 0173

## Edema

The anti-inflammatory effect of OPC has also been studied on laboratory animals by means of serotonin, carrigenin or prostaglandin E1 stimulated edema. It was demonstrated that OPC's anti-edema activity is twice as strong as that of phenylbutazon, a frequently used inflammation inhibitor.

Histamine is not only produced under the influence of hyaluronidase in Mast cells. It is also a product of decarboxylation of the amino acid histidine, for example, in the stomach lining. This decarboxylation takes place under the influence of the enzyme histidine decarboxylase (HD). OPC inhibits HD's activity and thereby prevents the production of histamine in the (stomach-)tissues.

## Ulcers

This direct restraining of histamine production was already described by German researchers in 1967. They worked out to what extent bioflavonols could be used for curing or preventing stomach ulcers and haemorrhages. Stomach haemorrhages can be especially dangerous for the patient. Since catechin (bioflavanol monomer) was already established in vitro to be a specific histidine decarboxylase (HD) inhibitor, the German researchers conducted a test using one thousand laboratory animals which were exposed to ulcer-provoking stress for a period of a half year. Catechin was also administered to the animals. The result was that 80% of the animals didn't develop acute ulcers. According to Professor Masquelier, the biological availability of catechin is only optimal when catechin appears in combination with OPC (monomer and dimer). The extracts of pine bark and grape seeds completely fulfill this demand.

To show that the procyanidolic oligomers themselves also can inhibit the activity of the HD enzyme, Masquelier performed another anti-HD test with OPC obtained from grape seeds. The extract indeed appeared to lower the production of histamine by as much as eighty-six percent through inhibition of HD. This confirmed the German stomach-research.

52

## Inflammation inhibitors

Pharmaceutical preparations that inhibit inflammations and allergic reactions and suppress their symptoms, belong to the most prescribed medicines in the world. In these cases, we are having to do with disorders of the:

- skin (psoriasis, eczema, nettle rash, sunburn, itching).

- nose and air passages (bronchitis, asthma, coughing, hay-fever).

- joints (rheumatism), as well as

- stomach (ulcer, haemorrhage).

These symptoms are not only histamine related. There are other factors involved, such as other inflammation mediators released from degranulation of the Mast cell: leukotriene D4 and Platelet Activating Factor (PAF).

### Leukotrienes and PAF

Leukotrienes belong to the family of fatty acid derivatives, just like prostaglandins and thromboxanes. Leukotrienes are very active substances, extremely small quantities of which can bring about enormous reactions in the body. The activity of leukotrienes is many times stronger (one thousand to ten thousand times) than that of histamine. Leukotrienes are especially implicated in asthma, inflammations such as arthritis, oversensitivities (allergics), skin inflammations, suppression of the immune system and in bringing about vascular wall leakage (permeability) in general and particularly that which occurs in diabetic retinopathy.

Also the PAF is an active player in the deregulation that results in the above mentioned group of symptoms; allergies, angiopermeability, formation of edema, inflammation, low blood pressure, bronchial asthma and cerebral damage. The leukotrienes and PAF not only work on the

53

JAR 0174

'substrate' (the body) but they also trigger the production of histamine, whereby their already aggressive activity is re-enforced.

## What does OPC do about it?

The activity of bioflavanols against these overwhelmingly reactive substances has not been investigated in detail, except for histamine inhibition. Elaborate clinical research has not been performed, but it has been empirically known for centuries that bioflavanols counteract allergic reactions. Professor Masquelier explains how it is customary in France to ease the pain and swelling of an insect bite (Mast cell degranulation) by rubbing the leaves of the three nearest plants on the painful spot. Chances are high that in the leaves of the three different plants there is enough OPC present to cause a histamine-inhibiting effect.

## Gastritis, hay-fever and sunburn

Furthermore, it is certain that in case histories which have developed in the meantime, with regard to the use of OPC as a medicine and food supplement, it is confirmed by many users that OPC is the natural relief factor in cases of gastritis, hay-fever and other allergic reactions in the nose, throat and air passages. OPC in the form of a cream has been researched and proven to be effective against sunburn (UV rays). When OPC cream is applied to the skin before exposure to the sun, less erythema (reddish colouring of the skin) will occur.

## Free radicals

Masquelier explains the anti-inflammatory and anti-allergic activity of bioflavanols, on the basis of their antioxidant activity. He writes, "there exists a great variety of histamine-releasing substances, mostly of exogenous origin, of which the effects can be felt either locally or in the whole of the organism. On the top of this list of substances, we find the free radicals". With these words Masquelier finds himself in good company. The American expert in the field of free radicals, Stephen Levine confirms, "Production of free radicals is intrinsically linked with the enzy-

54

matic production of prostaglandins, thromboxanes and leukotrienes". Apart from direct inflammation-stimulating substances such as histamine, the free radicals form an essential component in the development of inflammations and allergic reactions.

Free radicals can immediately stir up inflammations. Masquelier proved that OPC cream works effectively against such reactions, as well as against sunburn. He did this by putting a small dose of dithranol on two places on his arm. Dithranol is a substance that even in small dosages causes secondary lesions while producing free radicals. After evaporation of the applied dithranol, Masquelier covered one of the two spots with OPC cream. After forty-eight hours a serious inflammation manifested itself on the uncovered spot. The spot treated with OPC showed greatly abated reaction, without edema.



## Fatty acid protection

It was already described earlier that you need less vitamin C when you use OPC. This is especially important in connection with fatty acids and with prostaglandins, thromboxanes and leukotrienes formed by them. The production of these fatty acid derivatives, some of which are very aggressive inflammation provokers, can under the influence of inflammation inhibitors (medicines such as corticosteroids and aspirin), but also of

55

JAR 0175

certain nutrients (e.g. vitamin C), be directed to one of the three mentioned groups. This is of importance since certain "good" prostaglandins, in opposition to the bad prostaglandins with negative effects, leukotrienes and thromboxanes, fulfill a very positive role in the body. Vitamins, including vitamin C, "push" the fatty acid transformation in the direction of the good prostaglandins and away from all the "bad guys". The vitamin C saving effect of OPC thus helps to give that little extra push in the right direction.

### Once again the radicals

It sometimes appears that free radicals are continually used as a measure to prove that one on the other antioxidant is, in one way or another, active in that particular area. At the risk of repetition, it has to be mentioned that the production of leukotrienes is accompanied by the release of free radicals. Whether we want it or not, free radicals turn up everywhere as the most important fundamental factor in bodily disorders. It is OPC's by no means tragic fate to be constantly referred to in this context

OPC as an antioxidant underlines another aspect with regard to fatty acids, namely the intactness of the cell membrane. The wholeness of the cell membrane is determined by the completeness of the essential fatty acid compounds. Fatty acids peroxidize very readily and therefore have to be protected against excessive oxidation. This especially plays a role in inflammations and allergies where damage to membrane structures is an accelerating factor. One can imagine what OPC as a free radical fighter can do about this...

(Excerpts: 30, 31, 32, 33, 34, 35, 36)

56

JAR 0176

# CLINICAL STUDIES

Case studies, public health data, histological, biological or pharmacological laboratory research (conducted in vitro and in vivo), biochemical observations, a firm belief in antioxidants as omnipotent problem solvers, hundreds of references from which we may draw valid and useful conclusions, all this cannot substitute CLINICAL RESEARCH. The most important clinical studies conducted with the OPC-based product "Endotelon" (Sanofi/Labaz) are brought together in this last chapter.

### Capillary resistance

* In 1980 OPC was tested in a double-blind trial on a group of elderly people who, either spontaneously or by means of a dosage of one gram of acetyl-salicylic acid per day, had a very low capillary resistance. For the whole group treated with 100 to 150 mg of OPC per day, the following results were obtained:

20% . . . . . . . very good
53% . . . . . . . good
6% . . . . . . . reasonable/fair
21% . . . . . . . no result

A good result means patients had a noticeable improvement in capillary resistance after approximately two weeks. After approximately three weeks the maximum attainable result was reached for all patients.

57