* A similar study with elderly people also took place in 1980. The results were less pronounced than in the previously mentioned research. In ten of the twenty-nine cases, OPC appeared to work efficiently. Nevertheless, the researchers concluded that they achieved improved capillary resistance and permeability in this group of elderly people, who didn't suffer from pathological changes in the microcirculation, by administering them 100 mg of OPC per day.

* In 1981 capillary resistance was tested in two groups of people averaging 46 years of age. They were treated with 150 mg of OPC. In one of the groups, capillary resistance increased from 15.4 cm Hg to 18.1 cm Hg and in the other (double-blind test) group it increased from 14.8 cm Hg to 18 cm Hg.

* Because bleeding is one of the complications encountered in patients who suffer from cirrhosis of the liver, the effectiveness of OPC on improving capillary resistance was tested (double-blind) on such a group in 1983. The researchers reported that with a dosage of 100 mg of OPC per day, they significantly improved capillary fragility without varying the biological hepatic parameters.

Venous problems in the legs / varicose veins

Capillary problems manifest themselves mainly as a series of symptoms resulting from poor circulation in the legs. This complex of symptoms is classified as varicose veins. Amongst these are obviously the varicose veins themselves, that may or may not be visibly deformed. In addition to these deformations of structure, we find that people complain about functional problems such as: pain, swelling, itching, restlessness and cramps which, in many cases, also can cause insomnia. All these functional problems, as we shall see, are favourably influenced by OPC. The extract cannot make seriously deformed varicose veins disappear. It can, however, decrease the extent to which they occur, which is often the

58

result of accompanying swelling. In the case of surgical removal of varicose veins, OPC is a very useful means to support recovery.

* In 1980, seventy-eight patients with serious venous problems in the legs were tested with 150 mg of OPC per day. The researchers described the results as favourable.

They noted the results as follows:
22 . . . . . . . . . very good
32 . . . . . . . . . good
21 . . . . . . . . . average
3 . . . . . . . . . no result

The capillary fragility index was in:
24 . . . . . . . . . cases normalized
20 . . . . . . . . . cases improved considerably
18 . . . . . . . . . cases improved
13 . . . . . . . . . cases unchanged
3 . . . . . . . . . cases raised

* In 1981, effectiveness with regard to functional venous problems in legs was tested on patients that didn't have varicose veins (structural deformations). First the group was tested with a placebo and subsequently with another medicine (Diosmine). In both cases it appeared that 150 mg of OPC per day lessens the functional problems which can arise during impaired venous backflow. The researchers point out the importance of recognizing these functional problems and treating them even before the varicose veins are visible.

* In 1981 OPC was once again tested on fifty patients with functional disorders (chronic venous insufficiency). Also in this test OPC was compared to Diosmine. All functional symptoms appeared to have improved after thirty days (150 mg of OPC per day). Both remedies appeared to be effective, but with regard to OPC, the

59

JAR  0177

researchers noted a significant advantage in terms of speed and the duration of its effectiveness.

* Venous insufficiency was again tested (in 1985) on ninety-two patients who were administered 300 mg of OPC per day. Also in this case, the patients had functional disorders such as "heavy legs", "itching", "nighttime cramps" and (subjective) edema. After using OPC for four weeks, the treatment appeared to be successful for 75% of the patients.

## Retinopathy

Retinopathy is especially a problem for diabetics. These patients suffer greatly from increased capillary permeability, not only in the eyes but also in the rest of the body. The vascular wall and eye lens of a diabetic are especially affected by the disease. This causes, in particular, deteriorating eyesight.

* The effects of 100 mg of OPC per day were measured on one hundred and forty-seven retinopathy patients (1978). The researchers concluded that OPC acts as a "trump card" in the treatment of all cases of exudations linked to ischemia that are of a diabetic, arteriosclerotic, inflammatory, degenerative and myopic nature.

* In 1981 the effects of OPC were investigated again on twenty-six retinopathy patients. During five to twenty-one weeks (average 5.1 days) they were treated with 100 mg of OPC per day. The researchers concluded that, especially in cases of developing diabetic retinopathy, the treatment of OPC indisputably has a favourable effect, in particular with microaneurisms and exudates.

* Once again in 1982 thirty retinopathy patients were observed who suffered from microaneurisms, haemorrhages, exudations and neovascularization after capillary hypoxia. The dosage was 50 mg three times per day. The results were again positive. In eighty percent of the cases it was possible to stabilize retinopathic lesions.

## Eyesight

Everyone has at one time or another looked directly into the sun and therefore knows that after being exposed to bright light, eyesight is temporarily impaired. For example, a bright light leaves a "spot" which only slowly disappears. People who continually sit in front of a screen make themselves susceptible to eye damage. Eyesight can also deteriorate in cases where there is little light (night blindness).

Otherwise healthy testees, not suffering from eye defects or eye disease, were tested for the effects of OPC on their eyesight (1988). These testees were chosen from two groups: motorists/night drivers and screen-watchers. They took 200 mg of OPC per day. After four weeks, their resistance to blinding was measured as well as their eyesight in dim light. Ninety-eight out of one hundred people who participated in the test showed an improvement.

## Premenstrual syndrome / PMS

During the premenstrual period women can be confronted with a wide variety of psychological and physical symptoms which are classified as PMS. In general people agree that these symptoms occur because of an increased sensibility of the body to normal physiological variations in estrogen and progesterone levels. The most common symptoms are painful, swollen breasts, an inflated stomach, a puffy face, undefined pelvic pain, weight-gain, functional disturbances in the legs, irritation, depression and headaches.

* The effect of 200 mg of OPC per day was tested on one hundred and sixty-five patients suffering from one or more PMS complaints during the second half of the cycle (1987). In sixty percent of the women the physical disorders disappeared after two cycles, in eighty percent of the women the physical disorders disappeared after four cycles. Of the women suffering from psychological PMS symptoms, half of them reported that these problems disappeared after the fourth cycle.

61

JAR 0178

In addition, OPC also appeared to take effective action against menstrual problems (dysmenorrhoea), which disappeared in sixty-six percent of the women after the fourth cycle.

Edema

OPC was researched in three types of edema:

• in sport injuries
• in plastic surgery (face lifting)
• in operational intervention of breast cancer.

Sport injuries

Most sport injuries result in edema. This usually involves ripped capillaries which are the result of torn muscles, sprains, fractures, twisting and whiplash injuries. Such an injury is annoying, painful and uncomfortable for anyone. However, the achievement oriented sportsman suffers most from this. He is often confronted with a loss in his physical condition due to the fact that he cannot train or compete.

The effect of OPC was measured on forty soccer players that sustained an injury (1983). Immediately after the injury, on the first day they took 400 mg of OPC, on days two through eight they took 300 mg per day, and on days nine and ten they took 200 mg per day.

On the tenth day edema appeared to a lesser extent in the OPC group than in the control group that didn't receive OPC. In some cases the edema disappeared. The researchers also concluded that the overall condition of the OPC group was better than that of the non-OPC group.

Face lift

• A test was conducted on thirty-two patients to establish whether after a face-lift less edema would occur with the ingestion of OPC

62

(1984). From five days before until six days after the operation, 300 mg of OPC per day were given to half of the patients, the other half did without OPC. The operations were performed by the same surgeon, with the same technique and under the same sort of anaesthesia.

The difference between the two groups was significant. The most important criterion in assessing the results was the disappearance of edema. The OPC group fulfills this criterion on the twelfth day (11.4 days). The other group needed sixteen days to achieve the same result (15.8 days).

Breast cancer

• After the surgical treatment of breast cancer, edema sometimes occurs in the arms. This is often accompanied by pain, tension in the skin and difficulties in shoulder and arm movements. In 1989 researchers reported that they tested the effects of OPC, with regard to this problem, on a group of sixty-three women, of which thirty-three received OPC and thirty received a placebo. During the first six weeks of the research, the placebo was just as effective as OPC but after a longer period of time (six months in total), the placebo effect disappeared and it became evident that the positive effects of OPC endured longer.

(Excerpts: 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53)

63

JAR  0179

the communicative value of products that, in the instance of illness, are "prescribed".

Because of this communication pattern the average patient has little insight into the true nature of the treatment. The difference between homeopathy and allopathy, medicine and healthfood, escapes him. He is hardly or not at all aware of the fact that a world of differences may be hidden behind this communication pattern.

These differences stem from diverging viewpoints about and equally diverging definitions of illness. For you, is sickness the accumulation of symptoms that the patient informs you about? Or is sickness a bioclinical disorder in which the symptoms take priority? Is illness, in your eyes, the attempt of the body to cure itself? Or is illness a symptom that must be suppressed and taken away?

One thing is sure, the patient wants to be rid of his ailments as soon as possible. From the standpoint of "convenience", an immediate satisfying of the patient's wishes makes the allopathic way of suppressing symptoms very popular. The superficial and limited purpose of allopathic treatment can be achieved more quickly than the act of removing the underlying causes of the disorder.

However, the average patient is not familiar with the jungle of often contradictory interpretations and methods of treatment. However, the health-seeking consumer expects much more from an "alternative" doctor than he does from his general practitioner. All doctors are M.D.s, however, many patients see the non-conventional doctor as a specialist who knows more than his general practitioner. Although doctors do not compete with each other, a family doctor that prescribes "homeopathic remedies" can, in this case, distinguish himself from his ordinary colleagues.

Speaking with his patient, the non-conventional practitioner is truly involved in a constant translation battle. Today's consumers are more or less "trained" in the regular methods of healing and they all ask if you

65

## TO ALL "PRESCRIBERS"

As a professional prescriber you have a predominant influence on the consumption patterns of your clients. You play a very important role in the forces that influence health care, whereby large and small (not yet) established companies compete in guiding your prescribing hand.

Your influence is, by definition, of such great extent and convincing that manufacturers are even forbidden to use the words "doctor" or "physician" in their advertisements or on their products. Even a "white overall" and other medical attributes are not allowed to be depicted. In the marketing world this means your profession constitutes great communicative value. It stands for trustworthiness, reliability, integrity, service and unselfishness.

For this reason your dietary suggestions carry more weight than all advertising bombardments combined. When your prescribed diet forbids the use of coffee, the country's leading coffee roaster may do whatever he wants, but your patient will probably be able to resist all temptations. When you prescribe a medicine or health food, the patient will think twice about taking something different on his own initiative.

In the eyes of the consumer, a doctor prescribes "medicine", even when the prescribed products are not medicines. Your patients are most likely under the impression they will be receiving medicine from you. That is

64

JAR 0180

can do something about their disorder. The regular allopathic doctor can immediately answer such a question without interpretation. The non-allopathic doctor must constantly, whether it be directly with his patient or not, give an interpretation of his way of thinking and doing in terms of the ideas of his patients.

This translation must bridge an enormous gap and the chance of misinterpretation is large. Hence, the non-conventional "specialist" particularly benefits from products that combine the speed and noticeability of allopathy as well as a fundamental, thorough action on the cause of the symptom. No matter how eagerly the patient wants to understand you, he is not coming to you for a lecture on the principles of health. He wants to be relieved of his pains as quickly and effectively as possible.

In the unorthodox doctor's office consumers have high expectations with regard to lasting and definite effectiveness from the treatment and the natural quality, purity and innocuity of prescribed products. The consumer has already, in many cases, learned about the side effects and limitations of allopathic medication. Therefore, every patient-friendly, vegetable based, non synthetic, quick reacting, system regulating, but at the same time non-damaging (even in high doses) product, that focuses on the cause *and* the symptoms, is an indispensable element in every practice - especially in the non-traditional practice. "Noblesse oblige....."

A product that satisfies all these high requirements, obviously plays an affirmative role in the communication and interpretation battle between the non-conventional prescriber and the user.

OPC is a purely standardized vegetable extract that holds a unique position in both the conventional and non-conventional practice. Since OPC is vegetable based it therefore meets the demand of the consumer for a natural, preferably vegetarian remedy. OPC eliminates noticeable symptoms and thus suits the demand for a rapid perceivable disappearance of disorders. OPC, on a biochemical level, picks up the cause of the disorder and therefore satisfies the wishes of every health professional who

66.

strives to heal bodily disfunctions. Through its effectiveness and its many-sided attributes, OPC fulfils the demands of a registered medicine and of a natural, patient-friendly product. For these reasons OPC has the status of a pharmaceutical speciality (France) as well as a food supplement. Both recognized forms are pre-eminently used in conventional and non-conventional practice.

67

JAR 0181

*OPC is ubiquitous in the plant kingdom. We find it especially in bark, pellicules, skins and woody parts. The maritime pine, growing in the French Les Landes area, is not only a geographical "neighbor" of hazelnut vines, but an excellent source of OPC as well.*

69

## CONCLUSION

OPC puts into the hands of the health professional an effective tool to handle a broad spectrum of conditions. This vegetable extract can be characterized as a safe and effective nutritional supplement. Few substances have undergone such rigorous testing as OPC. The most important advantages for the prescriber and for the individual user are, that OPC works effectively and fast on a great number of conditions that are the result of vitamin P deficiency.

68

JAR 0182

## EXCERPTS

Instead of the usual list with literature references, this text gives full excerpts of all relevant literature.

The numbers of the excerpts correspond with the numbers at the end of each chapter.

\* \* \* \* \*

1. Wld Rev. Nutr. Diet., vol. 24, pp. 117-191
Joachim Kühnau,
Karger, Basel 1976.

p. 141: "The catechins or flavanols, colourless and water-soluble, oxygen-sensitive substances, may be regarded as the group of flavonoids with the lowest oxidation level of their pyran ring C since it contains only one hydroxyl in position C3 (therefore also the term 'flavan-3-ols' for catechins), and no double bonds."

"Together with the flavandiols and their oligomers, catechins represent that group of flavonoids which occur in highest concentrations in green plants (Lavollay et al., 1944); dried tea leaves, for

instance, contain about 30% of monomolecular catechins. Like flavandiols, catechins are optically active substances, but they contain only two centres of asymmetry (C2 and C3), generating four active and two racemic isomers for each catechin. Only those with the 2R configuration, i.e., (+)-catechins and (-)-epicatechins, have been found so far in nature."

2. THESIS, Analytical Researches on Pycnogenols
Marie-Claire Dunon,
28 Juin 1990,
University of Bordeaux.

p. 24: "2.1.1. Differentiation of flavanic compounds and flavonoids.

There are many diverse vegetable polyphenols which are structurally based on the FLAVAN nucleus (two benzene A nuclei and one oxygenated heterocycle). The main groups are:

FLAVANIC compounds - colourless or of a reddish brown coloration because of the presence of oxydation polymers - whose heterocycle is partially saturated.

FLAVONOIDS - whose heterocycle has a chetone funtion in C-4 - which constitutes the yellow colorants much prevalent in vegetables.

These terms which phonetically are very similar, designate however two polyphenol categories which have different chemical, physical and biological properties. In order to avoid ambiguities, MASQUE-LJER and colleagues (1979) have proposed to designate the flavanic compounds with the term

JAR 0183

pycnogenols, thus recalling their specific chemical properties, that is, their propensity to generate condensation products (pycnogenol from pukno; to condense, to make dense, to bring together).

In fact, in the case of flavonoids, the condensation effect is very rare and is limited to the association of two, sometimes three molecules.

3. Flavonoids and pycnogenols
J. Masquelier, J. Michaud, J. Laparra and M.C. Dumon, Interat.J.Vit.Nutr.Res. 49, 1979.

pages 307-308. "Summary: Pycnogenols is the term put forward by the authors to designate flavan-3-ol derivates, so as to distinguish these substances, on chemical and pharmacological grounds, from the heterogeneous group of flavonoid compounds.

In 1952, when Geissmann and Hinreiner first described the totality of vegetable polyphenols with the flavan carbon skeleton as "flavonoids", these flavonic pigments formed a homogenous chemical class. This term describes not only the old flavonic colorants, but more generally all these compounds of C6-C3-C6 that consist of two benzene rings, bound together by a chain of 3 atoms of C, such as anthocyans and catechins. Later on, when biogenetic criteria became of greater importance than chemical considerations, more and more diverse molecules became part of the flavonoid group, such as cumarins, chlorogenic acid and even some synthetic molecules.

Amid this heterogenous collection, a group of substances started to gain recognition as and when its chemical and pharmacological properties got to be

recognized: the catechins and their derivatives which had a flavan-3-ol structure. We think that due to our increased knowlege it is no longer possible to consider these substances to be bioflavonoids.

Unfortunately we do not have a valid term to designate them. The terms catechic tannins, condensed tannins and procyanidols cannot in fact be applied to all these derivatives. HASLAM has demonstrated clearly that a main characteristic of the flavan-3-ols is the presence of condensation reactions and that the catechins, although they are monomers, participate in the polymerisation process (4). Because of this generalized type of behaviour we prefer the term Pycnogenol (ethymologically: that which engenders condensation products) for designating the various members of this category. Catechins, flavan-3-diols, oligomers of the A and B series, condensed tannins; all of these substances are pycnogenols. Chemical as well as pharmacological considerations speak in favor of this new designation."

4. Clarification: Procyanidins or Proanthocyanidols ?
Michel Bourzeix and Vladimir Kovac,
IIe Rencontre Internationale de Coursan,
I.N.R.A. Institut des produits de la vigne, Narbonne, France,
Faculté de technologie, Novi Sad, Yugoslavia.

In the english language we speak about "proanthocyanidins".

In french we speak about "procyanidols".

Oligomeric Proanthocyanidins / Oligomères Procyanidoliques (OPC) are defined by Michaud et al. (1971) as: "The natural stable form of the vita-

JAR  0184

min P substances found in numerous vegetables". They mainly contain the stereoisometric forms of the proanthocyanic dimers of the B series among which the derivatives of (-)epicatechin are of special importance".

More precisely, Masquelier et al. state that only OPC "can lay claim to vitaminic properties".

5. THESIS, Analytical Researches on Pycnogenols.
Marie-Claire Dinnun.
28 June 1990.
University of Bordeaux.

pages 55,56: "A study of 500 species from 175 different families shows the wide distribution of these substances. This analysis shows that in certain families there is a particular abundance of species containing catechic tannins: Anacardiaceae, Caprifoliaceae, Ericaceae, Fagaceae, Saxifragaceae, Hamamelidaceae, Lauraceae, Leguminosae, Myrtaceae, Rosaceae, Rubiaceae."

"Together with the oligomers we find the monomeric molecules, which are particularly abundant in the areas of active metabolism. These pycnogenols accumulate in the woody parts of the plant. In fact, they are isolated most often in wood and bark (Pinus Pinaster / Aiton, Aesculus hippocastanum L., Cinchona succirubra / Pavon, Viburnum prunifolium L ...).

We find them however also in the leaves (Rubus fruticosus L., Aesculus hippocastanum L., Vaccinium myrtillus L., Quercus robur L ...), the

seeds (Cola nitida A., Theobroma cacao L., Persea gratissima / Gaertn., Vitis vinifera L ...), in fruit (Rubus fruticosus L., Malus sylvestris / Miller, Sorbus aucuparia, Crataegus oxyacantha L., Cupressus sempervivens L ...), in roots and rhizomes (Fragaria vesca L., Krameria triandra / Ruiz ...), as well as in stems and flowers (Tilla sp., Crataegus oxyacantha L ...).

6. Procyanidine aus Früchten
(procyanidins from fruits)
Klaus Weinges, et al.
Zur Kenntis der Proanthocyanidine,
Liebigs A. Chem. 711, 184-204 (1968).

pages 184-185: "Proanthocyanidins, which consist of two flavonoid units, are very widely present in fruits."

"The Proanthocyanidins are responsible for certain quality traits of fruits and fruit juices. Being polyphenols, they have astringent properties and thus have a determining influence on taste."

"After orientative testing of about 60 kinds of fruit which contained proanthocyanidins, some were found to be especially useful for further testing because of their high content of proanthocyanidins. These were hawthorn fruits (Crataegus oxyacantha), the seed pods of honey locust (Gleditsia triacanthos) and of chinese wisteria (Wistaria sinensis); red bilberries (Vaccinium vitis idaea) and especially sudan cola nuts (Cola acuminata).

The content depends very much on the degree of ripeness of the fruits."

75

74

7. Condensed Proanthocyanidins from Cranberries and Cola Nuts
K. Weinges and K. Freudenberg.
Universität Heidelberg und Forschungsinstitut für die Chemie des Holzes und der Polysaccharide, Heidelberg, Germany.
Chemical Communications.
nr 11, 1965

p. 220: "Condensed proanthocyanidins are members of a widespread group of natural products which occur mainly in fruits ..."

8. Plant Proanthocyanidins. Part I. Introduction; the Isolation, Structure, and Distribution in Nature of Plant Procyanidins.
R.S. Thompson, D. Jacques, E. Haslam.
Dpt. of Chemistry, University of Sheffield, U.K.,
J.C.S. Perkin 1, 1972.

p. 1388: "Smith also correlated his observations with various botanical features and drew attention to the fact that 'leucoanthocyanins' were confined mainly to the tissues of plants with a woody habit of growth. He also suggested that these substances are probably most commonly responsible for the broad range of reactions in plant tissues generally attributed to tannins. Fruit, for example, often contains substantial quantities of these substances which make important contributions to the quality, color, and taste of the fruit and the products derived therefrom. Various workers have since examined the chemical properties of the 'leucoanthocyanins' and, contrary to Rosenheim's earlier suggestion, have concluded that two groups of substances, flavan-3,4-diol and flavan-3-ol dimers and higher oligomers are principally responsible for the properties defined by earlier work."

9. Recherche et dosage des Oligomères Flavanoliques dans les Aliments d'Origine Végétale
(Analsis and content of flavanolic oligomers in foods of vegetable origin).
J. Masquelier, J. Michaud and K. Brennum-Hansen.
Faculty of Pharmacy, Bordeaux.

pages 1-2: "... flavanolic oligomers ... are practically the only source of vitamin P in our diets. It is wrong to consider bioflavonoids as a source. Their difficult solubility renders them inactive through the digestive route, because the organism is unable to absorb them. Also, their mutagenic properties, which are due to their flat structure, put their harmlessness in doubt. The flavanolic oligomers do not have these drawbacks: they are well soluble, perfectly bioavailable, non-toxic, non-mutagenic and are not carcinogenic. They are the only ones with a justified claim to vitaminic action."

It would be important therefore, to analyze for the content of these nutritive factors, which often are still very much neglected."

10. Effets physiologiques du vin,
(Physiological effects of wine)
Jack Masquelier,
Exposé présenté au Symposium International sur "Le Vin et la Santé", Mendoza, Argentine, 18 au 21 novembre 1987.
(Lecture held at the International symposium "Wine and Health" in Mendoza)

76

77

JAR 0186

p. 559: "In 1955, I succeeded, using an improved chromatografic technique, to isolate new substances in wine which later were to be named procyanidins. These are condensed molecules; they are the result of the combination of at least two flavan-3-ols (catechins) by means of a C-C bridge".

"The procyanidins in wine are derived from the grapes and they are found most abundantly in the seeds. Because of the maceration process used in making red wine, red wines have a higher content of these substances than white wines. Also, the grape seeds allow a massive extraction of oligomers, for purposes of research and for the needs of pharmaceutical industry."

11. Prof. Masquelier specifically patented the free radical scavenging properties of his OPC extracts in the Oct. 6, 1987 United States Patent (nr 4,698,360).

This patent protects a

"PLANT EXTRACT WITH A PROANTHOCYANIDINS CONTENT AS THERAPEUTIC AGENT HAVING RADICAL SCAVENGER EFFECT AND USE THEREOF."

"ABSTRACT

The invention provides a method for preventing and fighting the harmful biological effects of free radicals in the organism of warm blooded animals and more especially human beings, namely cerebral involution, hypoxia following atherosclerosis, cardiac or cerebral infarction, tumour promotion, inflammation, ischemia, alterations of the synovial liquid, collagen degradation, among others."

78

"The proanthocyanidins titrated vegetable extracts are endowed with the 'radical scavenger effect' (R.S.E.).

The R.S.E. does not overcome aging, which is a biological process programmed in the genes, but it may prevent, attenuate or inhibit different harmful effects of aging caused by an excess of free radicals."

Masquelier bases his patent on the following research data:

"The R.S.E. of the pine bark extract may be demonstrated in vitro by different known tests, in particular by the TNB test . . .

With the TNB test, the pine bark extract shows an R.S.E. about 20 times higher than that of ascorbic acid used as reference.

Using a chicken embryo vascular tissue culture, the R.S.E. of the pine bark was also checked. Under certain conditions, these cultures degenerate rapidly and show in particular destruction of the membrane phospholipids under the action of the oxygen radicals (O.R.). The pine bark extract added to the medium maintains these cultures in a normal histologic condition. The same favorable result was observed on a human umbilical cord tissue culture.

Finally, the pine bark extract inhibits the tumour promotion process on the epiderm of mice. It is here also a question of an R.S.E. for the process brings into play the oxygen radicals . . ."

12. Radical Scavenging Action and its Mode in Procyanidins B-1 and B-3 from Azuki Beans to Peroxyl Radicals
T. Ariga and M. Hamano,
Agric. Biol. Chem., 54 (10), 2499-2504, 1990.

79

JAR 0187

p. 2504: "In conclusion, it is now clear that procyanidins B-1 and B-3 act as effective radical scavengers, especially to hydrophilic peroxyl radicals generated from AAPH in an aqueous phase, and that they can trap eight peroxyl radicals per molecule."

"Tannins usually take in many of the oligomeric procyanidins B-type through a variety of foods, especially fruits. Our results raise two interesting possibilities: first, procyanidin oligomers may contribute to protect humans from adult diseases; second, they may have a therapeutic effect in the treatment of disorders suspected to involve lipid peroxylation."

13. Condensed tannins scavenge active oxygen free radicals
Uchida, Edanatsu, Hiranatsu, Mori, Nonaka, Nishioka, Niwa and Ozaki.
Med. Sci. Res. 1987; 15, 831-832.

p. 832: "The concentration of this tannin required for 50% inhibition was 50 times more effective than that of vitamin E."

"Our results suggest that the condensed tannins may aid in the prevention and treatment of clinical disorders attributed to the reaction of radicals. Possible treatment of the sequelae of radiation therapy can also be considered."

14. ÉTUDE PHARMACOCINÉTIQUE DES OLIGOMÈRES FLAVANOLIQUES
(PHARMACOKINETIC STUDY OF FLAVANOLIC OLIGOMERS)
J. Laparra, J. Michaud and J. Masquelier,
Plants médicinales et phytothérapie,

(Medicinal plants and phytotherapy)
1977, Tome XI, no spécial, p. 1331-142.

p. 133: "Oral administration to mouse of 14C labelled flavanols supplies useful information on the absorption, repartition and fixation of these substances, and affords moreover the proof of their bioavailability. Radioautographic survey of whole mice sections, as well as radioactivity measurement of the various organs show a preferential fixation of the oligomeric flavanols on the glycosaminoglucan-rich tissues. When subjected to the same tests, 14C Rutin got poor results, making questionable the bioavailability of such a flavonoid."

The results of this test give the following repartition of OPC in the different organs of the mouse, in percentages of the blood (blood = 1), measured 7 hours after oral intake.

p. 141:

Blood total . . . . . . . 1.00
Muscle . . . . . . . . . 1.09
Cardiac muscle . . . . . 1.18
Plasma . . . . . . . . . 1.37
Lung . . . . . . . . . . 1.65
Adrenal . . . . . . . . . 1.80
Spleen . . . . . . . . . 2.03
Xyphoid cartilage . . . 2.77
Skin . . . . . . . . . . 2.82
Kidney (cortical part) . . 3.57
Trachea . . . . . . . . . 3.87
Liver . . . . . . . . . . 5.40
Duodenum . . . . . . . 6.75
Aorta . . . . . . . . . . 7.80

81

80

JAR 0188

15. Prof. Jack Masquelier explains in his "Historical Note" (Martillac, 20 October 1991) that bioavailability tests with OPC have been performed with grape seed extract because only the grape vine can be radioactively marked.

"This marking is accomplished with plants cultivated in an atmosphere with $14CO_2$, in a mycrophytotrone.

It is evident that only the grape vine fits this type of experience, due to its smaller dimensions. This is why all the results that follow from this marking, that permitted us to learn about the ways in which OPC is active (the specific affinity for connective tissue; the duration of their fixation to living tissues) have been obtained with OPC from grape seeds."

16. In "Effets physiologiques du vin" (Physiologic effects of wine) (Bulletin de l'O.I.V., 1988, 689-690), Prof Masquelier writes:

"In 1955, I succeeded, using an improved chromatografic technique, to isolate new substances in wine which later were to be named procyanidins, these are condensed molecules; they are the result of the combination of at least two flavan-3-ols (catechins) by means of a C-C bridge. Between two and five units of flavan-3-ols, we obtain 'procyanidolic oligomers'. Above five, they have the properties of tannins."

"The procyanidins in wine are derived from grapes and they are found most abundantly in the seeds. Because of the maceration process used in making red wine, red wines have a higher content of these substances then white wines. Also, grape seeds allow a massive extraction of oligomers, for purposes of research and for the needs of pharmaceutical industry."

"... Is it possible to say that the procyanidins are bioavailable? This needs to be verified because there is no proof that these substances arrive in the tissues intact. The passage through the digestive process often leads to a splitting of the larger molecules by way of enzymatic or microbic action. The vascular effects could be due merely to a non-specific fragment. In order to answer these questions, Laparra prepared radioactively marked procyanidins in my laboratory. For this purpose the grape vine has to be cultivated for 45 days in a phytotron with an atmosphere containing a certain quantity of $14CO_2$. The extraction process then furnishes oligomers uniformly marked with $14C$. It is therefore possible to follow their distribution in an animal after oral administration."

"The autoradiographs of cross-cuts of mice show a very wide distribution of radioactivity, even in the skin and the intervertebral disks."

17. This test is well described in "Etude Pharmacocinétique des Oligomères Flavanoliques" (Plantes médicinales et phytothérapie, 1977, Tome XI, no spécial, p. 133-142) by J. Laparra, J. Michaud and J. Masquelier.

"Summary

After establishing the nature and biochemical behavior of flavanolic oligomers, the authors describe the isotopic marking procedures of these substances with carbon 14 and tritium. The administration of these radioactive molecules to laboratory animals makes it possible to show their

JAR 0189

bioavailability as well as their affinity towards various tissues in the organism. The results obtained with oral ingestion of flavanolic oligomers show rapid absorption and selective fixation. A comparative study done with radioactively marked rutoside shows the mediocre bioavailability of that flavonol.

Marking procedures.

1. Uniform marking with 14C.

This is done by photosynthesis in a $CO_2$ mycrophytotrone (Michaud, Laparra et al., 1969) and is effective for both the monomers and the actual oligomers.

B. - procyanidolic oligomers.

Obtained from grape vines (Vitis Vinifera L., Cabenet or Merlot) placed during the ripening process of the fruits for 40 days in a $14CO_2$ atmosphere. The oligomers are extracted from the seeds of the ripe grapes, according to a patented procedure (French patent number 2092743 Michaud, Lacaze and Masquelier, 1971)."

18. "The Fate of Total Flavanolic Oligomers (OFT) Extracted from 'Vitis Vinifera L.' in the Rat" (European Journal of Drug Metabolism and Pharmacokinetics, 1978, no 1, p. 15-30).

"MATERIALS AND METHODS

1. Labelled compounds.

1.1 The OFT were uniformly labelled with 14C by photosynthesis, using the following procedure: small 'Vitis Vinifera L.' plants, supporting a bunch of green grapes, were grown for 8 days in a 5 % $14CO_2$ (18 mCi/mmole) atmosphere. The (U-14C)-

OFT with a specific activity of 1 µCi/ng were extracted from the bunch by Masquelier's technique."

The authors note that they established that the metabolic fate of OPC from grape seeds "concords" with the fate of OPC-monomers, researched by others.

"This concordance and parallelism in the results in rat concerning the metabolic fate of leucocyanidol, a synthesized monomeric leucoanthocyanidin, and of OFT, oligomeric proanthocyanidins extracted from 'Vitis Vinifera L.', as well as those concerning the metabolism of (+)-catechin reported by Oshima et al. in rabbit, and of Das and Griffiths in the rat and guinea pig led us to suppose that a similar metabolic pathway exists for flavanolic compounds, i.e. flavan-diols-3,4 and flavanol-3, the more reduced forms of flavanoid compounds."

19. In Acta Therapeutica 4 (1978) J. Laparra, J. Michaud, M.F. Lesca, P. Blanquet and J. Masquelier summarize their findings in the article "Etude Pharmacocinétique des Oligomères Procyanidoliques Totaux du Raisin".

"INTRODUCTION

The presence of catechin derivatives in the form of proanthocyanic dimers in a large number of vegetables has been well established. It is possible now to extract these substances in the form in which they exist in the vegetables.

In this way, MICHAUD and LACAZE have isolated and extracted from the seeds of grapes (Vitis Vinifera L.) several catechin dimers which in this paper we term O.P.C. (Total Procyanidolic Oligomers)."

JAR 0190

**1. – Preparation of 14C marked OPC**

Organic synthesis of these compounds is possible but with very scarce results. Therefore, we have prefered to obtain them biologically by way of photosynthesis.

This technique utilizes the capability of plants to produce a host of natural organic substances by way of photosynthesis. It is sufficient to replace part of the natural $CO_2$ by $14CO_2$. The plant will synthesize the same substances, but its carbon skeleton is replaced partially by 14C. A selective extraction procedure then makes it possible to isolate considerable quantities of the desired radioactively marked substance.

Thus the grape vines of the variety Merlot or Cabernet starting with shoots of 30 to 40 cm, are grown in hydroponic culture in a phytotron where the atmosphere is enriched with $14CO_2$.

20. In Acta Therapeutica no 8 (1982) A. Pfister, M.T. Simon and J.M. Gazave published an article describing another basic test done with grape seed extract. The authors researched "fixation sites of procyanidolic oligomers in the blood capillary walls of the lungs of guinea pigs."

"Summary

The fixation sites of O.P.C. (procyanidolic oligomers) were studied at the alveolo-capillary barrier of the guinea pig. They are evidenced under the electron microscope by coupling "in vivo" of the polyphenols with a specific polyphenol oxydase. The complex thus formed is temporarily inhibited by osmium, uranyl and lead, before the appearance of digestion images.

O.P.C. has a particular affinity for the cell membranes and it lodges in the dense lamina of the basal membrane. It seems to facilitate the formation the of collagen microfibrils. All these morphological data confirm the pharmacological effect of these substances to be an increase of capillary resistance.

The material used for the study: "Natural substances extracted from the woody tissues of grape vines, procyanidolic oligomers (O.P.C.) with a well defined chemical structure forming a mixture of mono, di, tri and tetramers of procyanidol, polyphenols of the flavan class".

21. Radical scavenger capacity of different procyanidins from grape seeds.
J.M. Ricardo Da Silva, N. Darmon, Y. Fernandez, M.T. Canal and S. Mitjavila. Resumé du poster présenté ay Symposium "Free Radicals in Biotechnology and Medicine". Royal Society of Chemistry. London, January 1990, 79-80.

"(-)-Epicatechin-3-o-gallate and all procyanidins are potent scavengers of the superoxide and hydroxyl radicals comparing to trolox (for SOA) ethanol and mannitol (for hydroxyl). Catechin monomers are also potent scavengers, especially for the hydroxyl radical.

Esterification of (-)-epicatechin and procyanidin B2 by gallic acid increases their SOA-scavenger ability. Concerning hydroxyl, this is also true for procyanidin B2. However the esterification in 3' gives the most effective compound.

Dimer procyanidin having a C4-C8 linkage is more performant, i.e. has a higher capacity to scavenge O2 than the dimer having a C4-C6 linkage.

87

86

Up to a degree of polymerisation of 3, there is no proportionality between the SOA and the hydroxyl scavenging capacity and the degree of polymerisation. Procyanidin B2-3'-o-gallate was found the most effective compound in trapping free radicals".

22. In his March 12, 1965 french patent, Prof. Masquelier explains why especially OPC plays such an important role in our nutrition:

"Hydroxyflavan-diols are found in nature, in their natural state, especially in fruit and vegetables. Normal diet should therefore supply enough of the P factors to avoid any deficiency. But these substances (and in general all bioflavonoids) are located most often in peels, teguments, skins and woody parts of the plants and are thus eliminated before eating the fruit or vegetables. It is not surprising therefore, to find individuals who present symptoms of insufficiency of the P factor, even if they consume a healthy and balanced diet. Also many natural bioflavonoids are not well soluble or even insoluble in water; it is clear therefore that they have very little effect when absorbed with foods." (4:a).

In 1965, most of the OPC research had been done in the field of capillary fragility and capillary permeability, which was the traditional indication for vitamin P activity (rutin).

This is why Masquelier lists the following conditions as results of "factor P insufficiency":

"I. capillary fragility:

Tendency to bruise

Vascular trouble of hypertense subjects

Diabetic retinopathy

Capillary fragility in renal insufficiency, in hepatic insufficiency and in infectious diseases

Haemorrhoidal abscesses

Prevention of capillary fragility in the course of treatment with anticoagulants.

II. Abnormally high capillary permeability:

Edema in legs, "swollen legs"

Varicose conditions, varicose ulcers

Posthumous conditions after phlebitis

Edema in premature births

Edema of hepatic insufficiency

Pleuretic cardiac extravasation

Pleurisy

Periarthritis

Allergic problems (urticaria, eczema)

Quincke's edema, (dishydrosis)

Dermatosis (pemphigus, psoriasis)

Cellulitis."

23. In "Pycnogenols: Recent Advances in the Therapeutic Activity of Procyanidins", Prof. Jack Masquelier puts forward a comprehensive theory about the way OPC protects the vascular wall, i.e. the angio-dynamic system. (Hyprocrates Verlag, 1981, Stuttgart; Natural Products as Medicinal Agents) (6.a).

p. 252: "It was found that the wine imbibing animals had a lower cholesterol level and total lipid count in the blood and various organs than did the reference rats and hamsters . . .

We therefore postulated that only a nonalcoholic

JAR  0192

88

89

constituent may be involved and put forward the hypothesis that the flavan-3-ols, which occur abundantly in red wine, may well be responsible for the phenomenon. Our hypothesis was to be confirmed in 1967 when Merck took out a patent on various flavan derivates to be used as hypocholesterolemics.

In his article (Pycnogenols, Recent Advances) Masquelier further explains how OPC helps to control cholesterol.

p. 253: "A short time later, GINTER showed that cholesterol degraded into bile acids under the influence of ascorbic acid. Experimentally induced vitamin C deficiency was accompanied by a slowing down of the rate of catabolism of cholesterol."

p. 253: "OWENS and HOLLIS... reported that an increased production of histamine caused by histidine decarboxylase is significantly high in the wall of the aorta of animals suffering from an experimentally induced atherosclerosis."

"The pycnogenols are also histidine decarboxylase inhibitors. This has been demonstrated in vitro by LORENZ using (+)-catechin. REIMANN claims that catechin has an 80% protective action on stress ulcers in the rat ulcers which are brought on by excessive quantities of histamine in the stomach wall."

24. STABILISATION DU COLLAGENE PAR LES OLIGOMERES PROCYANIDOLIQUES; J. Masquelier, J. Dumon et J. Dumas; Acta Therapeutica 7 (1981) pp. 101/105.

p. 5: "It is possible to measure the stabilising effect of various polyphenols on collagen by observing:

the thermal contraction of the fibres onto which they are fixed. The common flavonoids are completely inactive, whereas the oligomeric procyanidins have the maximum activity."

25. Collagen treated with (+)-catechin becomes resistant to the action of mammalian collagenase

R. Kuttan, Patricia V. Donnelly and N. Di Ferrante, Experientia 37 (1981). Birkhauser Verlag, Basel, Schweiz.

p. 221: "Treatment of radioactively labeled guinea-pig skin soluble collagen or calf skin collagen with the flavonoid (+)-catechin makes the collagen resistant to the action of mammalian collagenase but not to the action of bacterial collagenase."

26. EVIDENCE BY IN VIVO AND IN VITRO STUDIES THAT BINDING OF PYCNOGENOLS TO ELASTIN AFFECTS ITS RATE OF DEGRADATION BY ELASTASES

J.M. Tixier, G. Godeau, A.M. Robert and W. Hornebeck, Laboratoire de Biochimie du Tissue Conjonctif, University of Paris, 25 June 1984.

p. 3933: "We conclusively evidenced that PCO's bind to skin elastic fibres when injected intradermally into young rabbits. As a result, these elastic fibres were found more resistant to the hydrolytic action of porcine pancreatin elastase when injected to the same site."

27. THE EFFECT OF PROCYANIDOLIC OLIGOMERS ON THE COMPOSITION OF NORMAL AND HYPERCHOLESTEROLEMIC RABBIT AORTAS

JAR 0193

J. Wegrowski, A.M. Robert and M. Moczar,
Laboratoire de Biochimie du Tissu Conjonctif,
Université de Paris, 6 June 1984 (6.b).

p. 3496: "Although the penetration of cholesterol into the aorta during hypercholesterolemia was not reduced by the PCO treatment, significantly lower amounts of cholesterol were bound to aortic elastin in the PCO treated, hypercholesterolemic rabbits, than in the untreated hypercholesterolemic rabbit aortas."

28. ACTION OF PROCYANIDOLIC OLIGOMERS ON GUINEA PIGS DEFICIENT IN VITAMIN C

J. Laparra, J. Michaud et J. Masquelier,
Travaux originaux,
University of Bordeaux, 1976.

p. 13: "When a vitamin C deficient diet is fed to guinea-pigs, daily ingestion of oligomeric procyanidins jointly with a suboptimal dose of ascorbic acid extends the survival and improves the gain in weight of the animals."

29. VASCULAR EFFECTS OF OXYGEN-DERIVED FREE RADICALS

G. M. Rubanyi: Free Radical Biology & Medicine, Vol. 4, pp. 107-120, 1988.

p. 107: "The individual oxygen radicals may have different (sometimes opposite) vascular effects. Superoxide anion inactivates endothelium-derived relaxing factor and the adrenergic neurotransmitter norepinephrine. Hydrogen peroxide and the hydrox-

yl radical evoke vasodilation by acting directly on vascular smooth muscle and also by stimulating the synthesis/release of endothelium-derived relaxing factor. In acute arterial hypertension or experimental brain injury oxygen radicals are important mediators of vascular damage. Production of oxygen-derived free radicals by activated neutrophils may be responsible for vasodilation and increased permeability of capillary membrane during the acute inflammatory process. Free oxygen radicals also play an important role in reperfusion injury of various organs, and vascular actions of the free radicals may contribute to the damage of parenchymal tissues."

30. ACTION OF LEUCOCYANIDOL ON HYALURONIDASE.

M.F. Tayeau et Mme G. Lefevre.; Bull. Soc. Pharm. Bordeaux, 1956, 95, 132-136.

p. 132: "Leucocyanidol, a pigment extracted from peanut shells, has an inhibiting effect on hyaluronidase. This observation makes it possible to explain its antianaphylactic properties."

31. Inhibitory Effects of Tannins on Hyaluronidase Activation and on the Degranulation from Rat Mesentry Mast Cells
Kakegawa, Matsumoto, Endo, Satoh, Nonaka and Nishioka, Chem. Pharm. Bull. 33(11)5079-5082(1985).

p. 5079: "The inhibitory effects of tannins on the activation of inactive hyaluronidase and on the degranulation from rat mesentry mast cells induced by compound 48/80 were investigated."

"These results suggest that many tannins may pos-

93

92

JAR 0194

sess anti-inflammatory activity and anti allergic activity."

32. EDEMA INHIBITING EFFECT OF PROCYANIDIN.
G. Blasco and M. Gabor; Acta Physiologica Academiae Hungaricae. Tomus 65 (2) pp. 235-240 (1980).

p. 235: "The magnitude of rat paw edema induced with serotonin, carrageenin or prostaglandin E1 is decreased to a statistically significant extent with the naturally occurring procyanidin. In the case of carrageenin-edema, procyanidin-es about twice as effective as phenylbutazone."

33. Histamine and Acute Haemorrhagic Lesions in Rat Gastric Mucosa: Prevention of Stress Ulcer Formation by (+) catechin, an Inhibitor of Specific Histidine Decarboxylase in vitro
H.J. Reimann, W. Lorenz, M. Fischer, R. Fröllich, H.J. Meyer. Birkhäuser Verlag, Vol 7/1 (1977). University of Marburg/Lahn, Germany.

p.(1): "Since histamine was suggested to be involved in the pathogenesis of stress ulcer disease, (+) catechin, a rather specific inhibitor of specific histidine decarboxylase from rat stomach, was tested in immobilized rats. It prevented the formation of acute gastric lesions by 80% in seven series of experiments for half a year."

34. Protective action of wine on gastric ulcers
J. Masquelier.

p. 61: "RESULTS
Inhibition of HD.

On ten in vitro dosages, expressed in percentage of the theoretical histamine value, results were:
Control mixtures: 92 %
OPC: 6 %

Therefore, OPC from grapes or wine is an inhibitor of histidine decarboxylase. In its presence, and under the conditions described, the production of histamine is reduced by an average of 86%. The results obtained by Lorenz and by Parmar with (+)-catechin are thus confirmed."

35. ALLERGIES AND INFLAMMATIONS
ORTH(O)supplement nr. 1 (1991); Drs. Gert E. Schuitemaker with a contribution of Prof. Jack Masquelier.

36. BRONCHIAL ASTHMA
ORTH(O)supplement nr. 1 (1990); Drs. Gert E. Schuitemaker.

37. PROBLEMS OF PERIPHERAL CIRCULATION
ORTH(O)supplement nr. 2 (1990); Drs. Gert E. Schuitemaker.

38. Evolution of capillary resistance, spontaneously or artificially diminished by the action of capillarytoxic substances in the aged (G. Dubos, G. Durst et R. Hugonot. La Revue de la Gériatrie, Tome 5, no 6, septembre 1980).

"Conclusion:
This clinical and angiostereometric study of the efficacy of Endotelon on spontaneous or aspirin induced capillary fragility, conducted as a double-blind test on an aged population, confirm the results of previous studies. The administration of 150 mg daily of the product has been shown to restore nor-

nal values in subjects who showed capillary fragili-
ty due to various pathologies. It has also counteract-
ed lessening of capillary resistance brought about
by certain capillary-toxic substances.

In this latest study the effects of the product are sta-
tistically significant in comparison with the placebo."

39. Capillary resistance in geriatrics. Study of a microangioprotector:
Endotelon. J.Y. Dantenne, P. Marache et H. Choussat. Bordeaux Médical,
1980; 13: 993-7.

"Conclusions:

It seems that, besides being well tolerated clinically
and biologically Endotelon is capable, at a medium
dose of 100 mg a day (two tablets) to normalize
capillary permeability values.

Our study has been conducted on a group of aged
persons and we have shown an increase of capillary
resistance and a bettering of capillary permeability
values in aged subjects who did not suffer from
microcirculatory pathologies."

40. Study of the effects of procyanidol oligomers on the capillary resis-
tance in arterial hypertension and in certain kidney diseases. G. Lagrue,
F. Olivier Martin, A. Grillot. Sem Hop Paris, 18-25 septembre, 1981.

"The effects of Endotelon, especially with regard to
capillary resistance, can be judged very satisfactory
(bettering in eighteen cases out of twenty-six, which
is more than two thirds).

The efficacy of the product was objectively demon-
strated in a clinical study conducted with the double
blind method."

96

JAR 0196

---

41. Effect of Endotelon on the capillary fragility index in a specific pop-
ulation: cirrhotic subjects. F.X. Leclerc and J.D. Tignand. Gaz. Med. de
France - 90, no 24 du 24-VI-1983.

"Conclusion:

With a controlled study, conducted in double blind
with placebo on twenty cirrhotic patients, we have
shown that a treatment with Endotelon, supplying
300 mg a day of OPC, significantly improves the
capillary fragility index of the patients, without
changing the biological hepatic parameters."

42. Therapeutic study of a peripheral angioprotector: Endotelon.
C. Beylot et P. Bioulac. Gaz. Med. de France - 87, no 22 du 13-6-1980.

"Conclusions

We have utilized Endotelon with 78 patients with
diseases that had led to capillary fragility. The
results obtained are very positive, we found:

• 22 very good results,

• 32 good results,

• 21 medium results,

• 3 nul results.

The fragility index of these patients, which before
treatment had been increasing in all of them, was:

• normalized in 24 cases,

• bettered ↓↓ in 20 cases,

• bettered ↓ in 18 cases,

• unchanged in 13 cases,

• increased in 3 cases,

97

Thus Endotelon has effectively corrected the capillary fragility in 62 cases out of 78."

43. Therapeutic approach of funtional disorders of the lower limbs with a micoangioprotector. Endotelon. By L. Sarrat. Bordeaux Méd 1981; 14: 685-8.

"Conclusion.

We have arrived at the conclusion that a medical treatment directed towards reinforcing the consistency of the microcirculatory unit can bring about an improvement of funtional disorders of the return circulation in the same way as a phlebotonic treatment."

44. Double blind study on Endotelon in chronic venous insufficiency
L. Delacroix. La Revue de Médecine no. 27-28.
31 August - 7 September, 1981.

"Summary

Double-blind trial of Endotelon in chronic venous insufficiency

This article reports a double blind study comparing procyanidolic oligomers (Endotelon) with semi synthetic diosmine in 50 patients with symptoms of chronic venous insufficiency.

Both drugs were effective in peripheral venous insufficiency but there was a statistically significant advantage in favor of procyanidolic oligomers (Endotelon) with regard to rapidity and duration of action."

45. Study of Endotelon in funtional manifestations of peripheral venous insufficiency. Results of a double-blind study on 92 patients. J.L. Thebaut, P. Thebaut and E. Vin. Gazette Médicale 1985, 92, no 12

98

"Conclusion

The therapeutic success, defined as a diminution of the initial score by more than half, was observed in 75% of the patients on Endotelon and in 41% of the patients on placebo. (p < 0.01). Similarly, the evolution of the symptoms of edema taken by itself has shown better results in the Endotelon group."

46. Retinopathies and O.P.C. by MM. Ph. Vérin, A. Vildy and J.F. Maurin. Bordeaux Médicale, 1978, 11, no 16, p. 1467.

"Conclusion.

The importance and gravity of degradations of the central retina justify the use of medicines that have an objective effect on the various problems observed.

O.P.C. . . . is a therapeutic instrument of choice in all exudates of diabetic, arteriosclerotic, inflammatory, degenerative and myopic origins which are accompanied by ischemia, as shown by systematic fluorescine angiographies."

47. Procyanidolic oligomers in the treatment of capillary fragility and retinopathy in diabetics. Study of 26 cases. by M. Fromantin. Méd. Int. -- Vol. 16  no 11 -- November 1981 -- pages 432 - 434.

"Conclusion

The results of the present study indicate that Endotelon has shown a very appreciable effect in improving vascular lesions in 26 diabetic patients.

Particularly diabetic retinopathy, at least in the initial stages, seems to be positively affected by this substance. In a matter of weeks, Endotelon brings

99

about a clear improvement of the following vascular phenomena: microaneurisms and exudates."

48. Contribution to the study of procyanidolic oligomers. Endotelon in diabetic retinopathy (observation of 30 cases). J.L. Arne. Gaz. Med. de France 89, no. 30 du 8-X-1982.

"Conclusion

The treatment has brought about a stabilization of retinopathic lesions in 80% of the patients that were given the active substance. This is a different result from that of the placebo group, where a stabilization was observed only in 47 of the cases."

49. Luminous sensibility and chorioretinal circulation. Study of the effects of O.P.C. (Endotelon). Ch. Corbé. J.P. Boissin. A. Siou. J. Fr. Ophtalmol 1988, 11 5 pages 453-460.

"Summary:

We have worked to obtain better light sensitivity by providing a better nutrition of the retinal structures using procyanidolic oligomers (Endotelon). The efficacy of the product in improving resistance to dazzling light as well as improving the nocturnal mesphoscopic threshold was shown using the following three tests: nictometer of Crunberg, scotop tometer of Beyne, Ergovision."

50. Endotelon in the treatment of venolymphatic problems in premenstrual syndrome. Multicentered study on 165 patients. M. Amsellem, J.M. Masson, B. Negui, F. Sailly, J. Sentenac, A. Siou, J.C. Tissot. Temps Medical No. 282 - November 1987.

"IN BRIEF:

The efficacy of Endotelon was judged on 165

patients undergoing ambulatory treatment for various premenstrual problems.

Mammary symptoms, abdominal swelling, pelvic pains, weight variations and venous problems of the legs disappeared or improved in 60.8% of the cases after 2 cycles of treatment and in 78.8% of the cases after 4 cycles of treatment.

The beneficial effect of Endotelon is prolonged and reinforced with the passage of time and regards not only the intensity of the symptoms but also their duration.

The effect of this product on the vasculatory constituents offers an effective and well tolerated alternative to hormonal treatment of premenstrual syndrome."

51. Post-traumatic edema in athletes: controlled study of Endotelon. J.L. Parieni and J. Parieni Amsellem. Gaz. Med. de France '80, No. 3 of 21-1-1983

"Conclusion

At the dosage used in this study (D1: 8 tablets; D2 to D4: 6 tablets, D5 to D10: 4 tablets) and without any additional treatment except a simple bandage, the treatment was effective on edematous lesions in the case of traumas that need at least a 15-day immobilization.

The diminishing of the swelling on the tenth day in fact was more pronounced in the group treated with Endotelon than in the control group."

52. Effect of Endotelon in postoperative edema. Results of a double-

101

JAR 0198

100

blind study with placebo on a group of thirty-two patients. J. Barneh, Ann Chir Plast Esthet, 1984 - vol XXIX - no 4.

"SUMMARY

This article reports on a double-blind test versus a placebo to assess the prophylactic effect of these compounds on the formation of postoperative edema following face-lifting.

The main criteria was the speed of disappearance of the edemas after the operation. A statistically significant difference (p = 0.01) was found in favour of the active ingredient. The mean figures were 11.4 days for the treated group and 15.8 days for the control group."

51. Procyanidolic oligomers (ENDOTELON) in post therapeutic lympho edema of the superior articulations A. Pecking, J.P. Despre Cuely, G. Mepret. Symposium Satellite, Congrès International d'ANGIOLOGIE. Toulouse (France), 4-7 octobre, 1989.

"SUMMARY

A double blind study with placebo was undertaken to evaluate the efficacy of procyanidolic oligomers (Endotelon) in the medical treatment of swelling of the lymph nodes of the superior articulations after treatment of breast cancer. After 6 months, the active product appears superior to the placebo as the initial positive effect of the latter wears off. There was a clear improvement with regard to pain, skin tension and movements with the active product. The functional isotopic parameters regarding intralym phatic transport captation remained unchanged.



*Pinus Maritimus*

103

JAR 0199

## INDEX

**A**

Acetyl-salicylic acid, 57
Aging, 6, 31, 33, 34, 35, 41
Alcoholism, 40
Allergies, 48, 53, 56, 95
Anemia, 8, 19
Antioxidants
  bioflavanoids as, 28, 30
  nutrients, 32, 33
Arthritis, 89
Ascorbic acid (see vitamin C)
Aspirin, 55, 95
Asthma, 53, 95
Atherosclerosis, 11, 44

**B**

Beer, 10, 15
Beta carotene, 32
Bioflavanoid, 11-13
Bioflavonols, 11-13
Blood
  concentration of OPC in, 81
  lack of oxygen in, 49
  pressure high, 48
  pressure low, 51
Bronchitis, 51

**C**

Cancer, 62, 63
Canned foods, 17

Capillary
  fragility, 58, 50, 88, 89, 96, 99
  permeability, 48, 49
  resistance, 16, 57, 87, 95, 96
Catechin, 14
Cellulitis, 89
Cerebral damage, 53
Cerebraldyspraxia, 33, 34
Cholesterol, 43-48, 90, 92
Circulation, 39, 58, 95, 98, 100
Cirrhosis, 58
Citrin, 10, 16, 26
Claudication, 23
Cocoa, 15
Coffee, 15, 19, 61
Collagen, 32, 35, 40, 43, 49, 78, 87, 91
Collagenase, 43, 91
Connective tissue, 41
Corticosteroids, 55
Cross-linking, 40, 41, 43, 47
Cyanidolic monomers, 20

**D**

Degranulation, 49, 50
Dermatosis, 89
Diabetic retinopathy, 53, 99
Diuretics, 14, 20
Dissunine, 59
Diftranol, 55

DNA, 32
Dysmenorrhoea, 62

**E**

Eczema, 53, 89
Edema, 52, 55, 62, 61, 89, 91, 99, 101, 102
Elastin, 43
Elastinase, 43
Embolism, 57
Enzyme, 28, 32, 43, 46, 50-52
Epicatechin, 74
Erythema, 54
Estrogen, 61
Ethanol, 16
Extracts, 19
Exudations, 60
Eyesight, 60, 61

**F**

Face-lift, 62
Fatty acids, 55
Flavan 11-13
Flavan-3-ol, 14, 15, 73
Flavanic compounds, 71
Flavanols 11-13
Flavonoids, 11-13
Free radical, 6, 20, 23, 29, 37, 41, 47, 54-56, 78-80, 87-93
Free radical scavenger, 32, 33
Fruit, 15, 37, 75, 88

**G**

Ginseng, 20

Grape seeds, 20-23, 30, 52, 78

**H**

Haemorrhages, 46
Heart, 8, 30, 45
Hesperidin, 12
Hexuronic acid, 9
Histamine, 49-55, 90-95
Histidine decarboxylase (HD), 52
Hyaluronidase, 50-52, 93
Hydroxyproline, 46
Hydroxyflavan-3-4-diol, 17
Hypoxia, 33, 34

**I**

Inflammation, 33, 35, 48
Ischemia, 60, 99

**K**

Kidney disease, 96

**L**

Lemon, 9
Leukocyanidol, 50
Leukotrienes, 53, 55, 56
Lime blossom, 20
Lymphoedema, 49

**M**

Mannitol, 87
Mast cells, 49, 50
Microaneurisms, 60
Mistletoe, 18

JAR 0200

104

**N**
NBT test, 28
Neovascularization, 60

**O**
OPC (see proanthocyanidin)
Oxidative stress, 37
Oxygen, 6, 39, 70, 71, 80, 92

**P**
Painful legs, 23
Paramedical, 5
Peanut, 17, 50, 93
Peroxyl Radicals, 79, 80
Phenylbutazone, 52
Phlebitis, 89
Pine bark, 29, 30, 52, 79
Polymerization, 11
Polyphenol, 11, 16, 17
Polyphenol oxidase, 86
Premenstrual syndrome/PMS, 61
Proanthocyanidin, 14, 15, 24, 30, 35, 73, 78, 85
Procyanidolic oligomer, 15
Propyl hydroxylase, 46
Prostaglandin, 52, 94
Psoriasis, 51
Pycnogenol, 15, 71, 74, 89, 91

**R**
Radiation therapy, 80
Radioactive marking, 22
Radioactivity, 22, 26, 81, 83
Retinopathy, 21, 60, 89, 99, 100

Rheumatism, 53
Rutin, 17, 26, 28, 81, 88

**S**
Scurvy, 8, 9, 10, 16, 41, 46
Selenium, 12
Serotonin, 49, 52, 94
Skin inflammations, 53, 54, 81, 83
Sport injures, 62
Stomach, 52, 53, 61, 91, 94
Stress, 32, 37, 48, 52, 94
Sunburn, 83

**T**
Tannin
  in foods, 15, 16
  in the tannery, 28
  inhibitory effects of, 93
Tea, 15, 18, 19, 28, 70
Thromboxane, 53, 55, 56
Trimers, 20
Trolox, 87
Tumor, 61, 79

**U**
Ulcers, 52, 53, 89, 91, 94

**V**
Varicose veins, 23, 58, 59
Vascular wall, 10, 17, 24, 26, 33, 39, 40, 43, 47, 49, 53, 60, 89
Vegetables, 15, 36, 71, 74, 85, 88
Venolymphatic insufficiency, 23
Venous insufficiency, 58, 60, 101

Vesicles, 50
Vinegar, 15
Vitamin C, 9, 12, 19, 28, 33, 38, 41, 45-47, 55, 56, 90, 92
Vitamin E, 45
Vitamin P, 16, 17, 20, 22, 26, 36, 50, 68, 77, 88

**W**
Willow bark, 20
Wine, 15-18, 44, 45, 78, 82, 90

JAR 0201