198:18 213:12,13,15
paid 50:2 52:19,24
  54:13
paper 38:9 150:8
  191:10 192:12 194:2
papers 99:20 118:22
  119:6
paragraph 15:9,19,20
  75:13,19 77:4 79:1
  82:2 86:18 87:9
  90:12,24 91:12,13
  93:1,2 98:1 103:17
  116:19 117:19,19
  122:18 129:11 143:5
  143:12,23 161:24
  162:5 179:9,10
  201:15 202:12,13
  204:2 206:2
paragraphs 14:11,18
  14:21 15:5 100:16
  101:6 143:12
parsing 91:5
part 51:20 53:25 80:17
  80:23 86:25 87:13
  93:3 107:1,15 123:19
  127:6,7 157:24
  164:13 166:13 171:12
  175:13 179:9 192:23
  205:15 208:15 211:10
  213:4 220:17
partial 131:14 136:24
participant 113:24
particular 52:24 81:25
  86:18 95:9 143:22
  146:13 158:1 169:11
particularly 156:25
  220:3
parties 11:9 29:17
  35:13 36:2,11,24 37:7
  39:4 44:4,10 51:21
  52:14 59:4 60:7,16
  76:25 80:17,24 81:13
  84:3 88:1 102:15
  103:2 147:11 148:6
  148:10 164:4 170:6
  173:20 176:8 190:5
  226:15,18
partner 7:3 9:4 106:6
  134:6 199:8
partners 40:16 42:3,21
  43:1 70:16 75:5 86:9
  161:6,16 188:5
parts 161:12
party 8:18 9:5 16:13,15
  29:7 30:11 41:9
  44:11,19,22 45:9,11

48:20 49:6 53:1
101:18 102:6 104:23
123:22,24 126:13,22
126:22 128:3 132:8
147:7,8 163:2 164:12
218:18 219:3
passage 36:8
past 11:7,10 15:23 17:3
  17:5
patent 16:19 23:16,18
  23:19,21,24 24:4,5,15
  24:16 25:18,18,21
  26:1,4,8 27:21 28:3
  28:21,24 29:15 41:14
  44:17 45:19,23 46:17
  47:25 49:14,18 50:14
  50:16,24 51:8,9,17
  52:7 55:25 56:6,21,22
  57:7 59:11,21 60:3,4
  60:8,10,19 62:25
  63:11,20 65:9 66:7
  67:13 69:13 72:23
  73:20 75:22 77:8,14
  77:15,17,20,25 78:6,9
  78:12,14,18,20 79:3
  79:13 80:12 82:9
  83:20 87:11,23 88:1
  89:17,17,21,25 90:6
  90:22,25 91:3,8,15,20
  91:25 93:3 94:6
  95:11 96:11,21,25
  97:14 99:22 100:2,8
  100:14 101:8,10,13
  101:25 102:6 103:14
  103:14,20 104:3
  106:18 115:9 116:2
  116:19,23,24 117:4,5
  117:13 118:9 119:4
  122:20,21 123:9,23
  124:3,10,17,20 125:4
  125:12 126:21,21
  128:5,5,7,12,12
  129:14,21,22,25
  130:7,9,16,25 131:6
  131:15,24 132:17
  133:13,18,19 134:18
  135:4,5,7,16 136:24
  137:2,5,11,20,20,22
  138:4,5,7,22 140:2
  143:11 160:22 161:21
  162:9,14 169:22,23
  170:2,6,9 171:7,14
  172:4 173:9 174:21
  174:21 175:15 176:6
  178:5 185:14,17
  190:24 194:17,20,24

194:25,25 195:4,5,8
195:13,25 196:13
198:15 202:3 204:3
210:17,20,22,25
216:9,18 217:12,21
217:23,24 218:19
220:17,21 221:1
patented 161:25
patents 219:21
Patricia 135:2
pattern 54:17
Paul 122:9,13 224:12
Pause 102:13,21
  122:17 140:11 152:14
pay 11:1 50:5,8,16
  166:3
paying 53:11
payment 11:3 167:8,9
pays 53:15
pen 14:7
pendency 48:12,14
  69:12
pending 8:6 10:17 11:4
  33:6 42:23 47:23
  62:1 84:7 115:25
  206:19 218:18
people 52:1,9,10 53:3
  70:6 80:23 81:19
  187:3 189:13 190:21
  193:15 202:17 213:14
percent 116:23 117:4
  122:20 153:21,23
  194:21,21 210:15
percentage 152:2
perception 201:18
performed 4:11
perhaps 17:1 22:25
  85:3 101:2 109:22
  118:12 121:12 137:16
  138:2 139:20
period 16:13,14 129:21
permission 101:14
  102:10 210:1
permitting 145:5
person 189:12 226:6
personal 9:23 72:19
  73:3
personally 16:5,8,10,11
  16:16 21:23,23,24
  23:11 66:16 171:8
  192:16 222:14 223:21
persons 40:25
pertaining 35:21
Philipe 42:12
phon 179:12 181:7
  203:21

phone 70:14,20
photocopy 135:21
  224:16
phrased 35:10
piece 154:8
pieces 38:9 150:8
  215:20
Pierre 33:10
pile 171:5 188:12
pine 189:5
place 8:15 17:19,20
  60:24 84:21 180:7
places 68:10
plaintiff 1:4 2:4 34:2
  84:15,18,23 91:17
  92:3,16,19,24 103:17
plaintiff's 13:18 34:3
  50:21 66:9 74:21
  82:6 84:13 96:5
  105:19,23 106:2
  116:4 119:13 122:8
  128:20 134:16 135:20
  140:7 151:8 163:16
  172:20 194:7 212:8
  212:12
plant 24:2
Platt 47:19 48:6,7,19
  48:21
Plaza 1:18
pleadings 31:2,14 36:1
  36:6 38:21 47:2
  85:24 134:10 191:3
  191:14 193:1,8
  202:16 219:7
please 18:3 35:15 61:19
  64:9 73:23 75:13
  94:3 99:24 105:23
  122:16 160:6 220:1
  227:11,13,15,17
plus 87:24
point 15:12 76:17
  77:18 102:18,24
  148:24 152:21 158:11
  205:17
pointed 50:22 112:18
policy 54:17,20,23
  120:7 167:12
portion 105:16 147:20
position 5:2,3,4 14:23
  76:22 82:5 83:22
  84:4,6,18 86:3 89:19
  90:4,9,21 99:25 100:5
  100:7,13 101:5,13
  102:4,9,12 103:8,12
  115:7,17 118:24
  127:2 128:10 140:16

145:4 195:21 196:2
  197:1,2 204:16
positions 101:7,17
  102:4,8
possession 14:15
possible 26:10,25 38:22
  70:1 73:15 78:16
  121:2
possibly 3:13 186:12
power 25:19 26:9,12,13
  26:16 27:6 172:9,12
  172:16 174:3,7,11
  210:19
powers 173:25
practice 7:9,20 9:22
  62:4 120:10 174:24
  193:17 221:2
practices 216:20 217:4
precedent 82:23
preemption 143:7
preemptory 143:7
preparation 12:9,18
  167:23
prepare 176:24 179:1
  212:14
prepared 32:25 96:10
  105:8 168:2,24 169:2
  170:22 194:2 202:8
preparing 12:3 96:15
  105:12 146:1 168:17
present 2:18 5:20 16:15
  25:2 90:14,19 121:7
  227:16
presently 6:2 41:19
  84:7
president 119:15
  224:10
press 115:21,24 129:7
  141:2,6,10,14,18,23
  141:25 142:6,13,14
  142:19,22 143:15,18
  144:24 145:7,13,14
  145:20,25 146:4,14
  149:22 151:14,18,21
  152:1,12,24 153:1,2,4
  153:9,21 154:6,8
  156:17 157:16,21,24
  158:4,6,13,23,25
  159:20,24,25 160:3
  160:18,23 161:1,21
  163:5,13 179:25
  187:4,7,10 200:15
  224:20,21
previous 199:20
previously 14:16,21
  15:10 97:19 128:8,14

**Primary** 27:10,11,16 28:1,8,11,13,16,17 29:11 45:11
**principal** 137:25 182:4
**principally** 89:14
**principals** 49:12,13 71:5
**prior** 15:3 25:13 35:2 37:12,14 51:15 57:25 61:18 78:14 79:11 80:9 83:18 87:6,10 93:21 98:23 107:2 108:22 114:14 125:18 125:19 129:5 137:16 138:1 139:23 140:19 140:22 142:5 151:14 152:16 153:13 160:3 160:13,19 163:21 168:12 171:17 180:2 185:24 186:23 187:5 194:12 207:9
**privilege** 4:16,20,20,23 5:5 15:4,11 20:6 53:17 74:7 76:8,24 79:21 82:12,25 83:25 84:19 92:5 110:18 127:7 132:6 152:6 157:10,14 159:11,13 162:23 186:7 195:11 209:3 212:9,12,15 213:8 214:5,14,22 216:2,6,11 219:17 225:2
**privileged** 5:16 74:13 108:19 127:16 132:11 132:12,14,20 153:7 158:17 161:15 170:5 174:18 186:1,11,20 187:1 206:9 214:16
**privileges** 85:2 91:23 102:2 104:2
**pro** 218:6
**proanthocyanidins** 24:9,10,17 179:15 189:5
**probably** 3:9 16:6,22 25:7 38:6,15,17 43:13 43:16,23 58:19 63:8 65:20 75:1 77:21 80:8 84:7 96:8 120:25 126:16 135:15 156:11,15 167:14 201:7,24 206:16 215:6 218:8
**procedure** 1:17 37:3 101:19 119:23,24

**proceed** 102:6
**proceeding** 33:1 63:15 63:23 178:20
**proceedings** 64:3,5,7
**process** 64:11,16 75:6,9 81:3 127:18 162:11
**processes** 79:16 86:16 91:4 99:12 108:16 112:25 115:3 124:22 144:18 197:8
**produce** 14:14 34:4 190:4 191:2,12
**produced** 14:16,22,24 15:3,9,10 34:7 37:9 89:9 114:24 127:15 146:25 155:15 190:25 191:4,6,6,7 192:1 193:4,10,12,21 201:25 202:5 214:18 214:20 215:10,23 216:2,5,10 217:7 219:16
**producing** 14:22
**product** 4:16,24 31:12 74:2,8,11 76:9 77:2,3 77:5 79:17 81:25 82:25 83:25 84:19 85:2 91:23 92:5 93:20 99:7,9 102:2 104:2 110:17 115:4 118:12,14 126:7,9,11 127:3,7 155:6 159:14 161:16 162:2,6,10 169:4,9 171:19 186:12 195:12 198:16 206:17 208:5 209:5,5 209:8,11,15
**production** 34:2 215:12
**productions** 212:10
**products** 179:12,17
**profess** 135:17
**Professional** 1:16
**prompt** 227:16
**pronouncing** 22:20
**proof** 50:24 220:16
**proper** 123:22 124:2 133:7
**property** 7:22 9:12,15 9:18
**proposed** 141:3 151:21
**prosecute** 86:10 101:13
**prosecuting** 179:22 209:7
**prosecution** 101:25
**protect** 102:16
**protected** 4:14 74:7

83:24 84:2 161:7 209:2
**protection** 127:7 149:6
**protections** 4:23
**protective** 146:23 147:12 148:25 149:1
**provide** 29:21 30:9,21 58:24 85:3 123:25 165:23 227:14
**provided** 29:9 30:24 35:25 36:16,19,23 37:5 59:16
**provisory** 143:24 144:6
**PSI** 28:6,6 45:11 50:8 50:11,15,17 52:5,23 53:6 54:1,2,5,6 131:20 140:15 145:19 146:3,7 151:9 186:23 198:9,14
**PSI's** 68:19
**public** 1:16 4:4 64:20 85:5 89:8 157:16 222:19 223:23 226:2 226:24
**publication** 153:13
**pull** 125:4
**punctuation** 141:22
**purchaser** 206:3
**purpose** 14:13 24:1 69:20 97:4,7 99:4,19 125:14 127:9 156:17 157:23,24 158:5,24 173:7
**purposes** 158:12 182:8
**pursuant** 1:17 137:4,11 226:4
**put** 3:20 14:3,7 87:13 93:16 113:21 118:21 123:10 127:13 154:8 202:14,16,19,22 221:4
**putting** 193:7 212:25 212:25
**Pycno** 64:12
**Pycnogenol** 23:6,14 43:17 46:20,22 48:3 59:7,12,21 60:23 63:19 65:5 73:1,5,9 166:21,24 167:4 179:14 217:17
**P-y-c-n-o** 64:14
**P.C** 2:12 227:8
**p.m** 83:15 112:15 160:8 176:10
**P.O** 2:13 227:9

**Q**
**qualification** 64:19
**qualifications** 62:16
**qualified** 226:3
**qualify** 25:8 38:7
**qualifying** 152:2
**quantify** 153:24
**question** 8:24 14:25 15:6,15 17:16,21 18:3 18:25 20:5 24:18 29:20 30:2,7 31:10,17 32:18 35:10,15,16,18 35:23 36:4,7 43:3,4 43:23 46:8 49:15 53:24 56:23 58:7 60:6,13 61:4,6,18,21 62:23 66:1 72:10 73:24 74:1,14 77:9 79:7,15 80:1,3,4,7,9 80:20,21 81:5 84:6,10 85:15 87:16 89:22 90:7 94:3,4 98:18 100:3,9,11 103:16 104:25 107:14 112:1 120:20,21 123:5 125:3 127:8,11 131:19 132:16,25 133:6 136:19 137:8 137:15,17,18 138:2 138:25 142:3 143:1 149:25 152:5 154:4 154:10,20 159:10,16 165:17 169:10 173:19 185:16 205:16 207:4 207:25 208:1 210:5,6 212:1 213:7,24 214:4 215:15
**questioning** 197:7
**questions** 4:14 11:17 13:4 37:18 50:19 87:7 157:3 184:7 196:6 227:17
**quick** 11:17 83:5 112:1
**quickly** 148:20 209:10
**quite** 137:17
**quote** 125:21

**R**
**R** 4:1
**radicals** 24:1
**raise** 5:11
**raised** 35:4,22 44:7 63:10 176:8
**Ramirez** 216:23
**ran** 97:20
**rather** 83:11

**Raymond** 134:25
**read** 3:17 14:18 18:2 35:16 43:3,4 46:10,12 61:18,20 73:22,24 80:1,2,4 87:15,16 90:23 94:4 104:2,12 109:24 112:6 117:19 119:8 122:16,17,23 123:20 124:20 125:4 136:6 137:2 147:23 148:1 155:2 196:11 197:9,10,10 207:25 208:1 210:20 215:14 215:17 227:13
**reading** 99:13 109:19 125:8 143:19 196:3 196:10
**reads** 91:14 96:14 109:15 116:20 161:24
**real** 157:8
**really** 50:18,21 51:23 76:8 84:13 85:19 157:2 197:8
**realm** 85:5
**reason** 54:4 58:12 94:12,15,17 106:8 169:6 220:25 223:4
**reasonable** 120:13
**reasons** 186:5,5
**rebuttal** 202:7
**recall** 8:2,3,8,9,14 9:8 10:5,11 16:23,24 20:8 23:13 24:22 25:24 26:9 27:3,22,23,25 28:4 32:17 33:5 34:5 34:25 35:5 36:15,22 37:11 38:16,19,23 39:2,6,19 40:5,17 42:6 43:14,19 45:2,25 46:23 47:16,18 49:2,5 53:3 61:14 65:10,12 65:17 66:25 67:17,22 68:12 69:10,14,19,20 70:9,15,17,18,24 71:14,16 73:11 78:16 78:24 79:4 91:11 93:11 96:9,14 97:3,7 109:4,8,11,14 110:24 111:12,20,23 114:21 117:11 118:25 119:5 119:22 121:2,17 122:2 123:2 128:9,15 129:6,7,10,11,17,23 130:9,11,12,14 133:15 134:22 135:5 138:9,19 139:14,17

139:23 140:4,21,25
141:4,5,12 142:5,9,12
142:18,22,25 144:2,4
144:23 145:17,23
146:2,7,9,11,13 147:4
149:11,14,18 150:19
150:22,24 151:3,6,13
151:16,17,20,21,24
152:15,18,22,25
153:19 154:1 155:18
155:19,21 158:3
159:7,18 160:2,12,14
160:17 161:10,11,18
162:18,19 163:8,9,15
164:19 165:9 166:1,5
166:6,7,17,22 167:11
167:16,22 168:1,1,3
168:17 169:2,19
170:9,14 172:6,10,12
175:5,8,10,16,17,22
177:7,23 179:4,8
180:3,7,18 181:1,5,22
182:24 183:24 185:12
185:14 186:16,22
187:3,23 188:18,19
188:20,22 189:3,4,8
189:19 190:8,12
191:5 192:5,9,15
193:19,25 194:1
197:12,17,18 198:11
198:12,13,17 200:1,2
200:4,8,9,10,15,18,21
200:22 201:5,8,13,20
202:5,6,21 203:5,10
203:17 209:14 216:21
218:11,15 219:15
220:11,14
recalls 158:5
receivable 55:21
receive 38:20,24 39:3,3
  39:7,16 80:16 93:10
  110:19 170:22 209:23
received 13:21 39:13
  39:19,20,22,25 40:4
  81:13 93:18 104:7
  111:1 119:9 130:24
  134:5 151:14 155:22
  170:19 171:2 175:10
  200:13 201:17,24
  206:12,13 210:4
  214:24 215:2,5
receives 130:24
receiving 114:14
  129:12 134:9,22
  149:11,14 197:12
  200:5,8 201:5,13,20

220:11
recently 214:6
Recess 49:24 83:15
  112:15 160:8 176:10
recited 110:21
recognize 119:17
  176:21
recollection 16:18
  180:9 200:17
record 4:7 14:6 24:4
  29:21,25 31:20 41:1
  42:14,18 46:12,15
  49:11 50:10 51:12
  53:23 59:5 61:20
  63:14 64:20 89:3,5
  95:15 107:5 114:10
  115:2,14 116:22
  117:3 124:15 125:5
  131:4 134:4,6,15
  139:4,6,21 140:13
  147:22,22 148:17
  156:1 173:1,11
  174:22 176:16 178:25
  194:9 211:14 213:6
  213:11 221:4 226:11
recordation 105:3
  118:6 124:16 135:6
  135:14 137:13 138:12
  138:17,24 139:2
recordations 136:22
recorded 105:1 115:1,6
  122:21 123:8 124:10
  136:21 139:19 211:16
recording 108:7 117:14
  118:19,23 119:2,3
  124:19 125:21,25
  128:6,11 136:3,7,10
  136:14,17 137:10
records 54:12 55:5,18
  129:14 174:22 201:23
reduced 226:10
refer 91:23,25 113:9,16
  118:19,23 125:20
reference 3:10 79:10
  86:18 89:11 102:2
  117:3 132:7 149:15
  175:24 202:7 216:16
  216:21
referenced 56:8 106:21
references 149:20
  171:4,5,6,14,18
referencing 85:4
referred 23:16 24:8
  28:16 82:8 89:14
  97:20 98:2,11 106:13
  117:15,18 144:5,6,11

144:20 149:23 150:17
  179:19 199:1 202:14
  204:11
referring 24:5,8 37:22
  39:9 62:21 85:23
  88:8 97:25 98:3,5,8
  107:7,9 119:2 142:4
  150:5 168:7 172:7
  207:7 210:12 213:13
refers 107:4 143:24,25
  168:9
reflect 80:8 139:6
  189:20
reflected 103:15 174:22
  175:1
refuse 205:3
refusing 130:4
regard 4:11 94:7
regarding 33:2 73:5
  141:16 159:13 201:18
register 117:24
registered 1:16 118:2
  211:16
regulations 135:4,6,24
  136:16 138:10,11
  195:6
rejected 195:16,21
rejects 143:6
relate 24:21 46:16
  208:25
related 21:18 31:5
  45:18 46:19 108:4
  128:4,4 141:20
  186:11 191:8 226:14
relates 87:14 107:11
  123:21 136:12
relating 17:25 28:24
  30:17 35:8 46:2
  50:16 51:7,17 56:21
  81:8 156:18 166:20
  180:1 190:4,24 217:6
relations 157:16
relationship 51:21,21
  52:5 53:14 56:12
  72:8,12,13,15 131:16
  207:14
relationships 51:19
relative 226:16
release 129:5 139:23,24
  141:3,10 142:6,19,23
  143:15,18 144:24
  145:14 146:1,4,12,13
  149:22 151:14,18,22
  152:12,16,19,24
  153:1 154:6,8 159:24
  161:21 187:4,7,10

200:15 224:17,20
released 140:22
releases 115:21,24
  129:7 140:8 141:6,14
  141:18,24,25 142:13
  142:14 145:8,13,20
  146:14,14 152:1
  153:2,4,9,21 156:17
  157:21,25 158:4,6,13
  158:23,25 159:21,25
  160:3,19,20,23 161:1
  163:5,13 180:1
  224:21
relevance 50:19 175:25
relevant 14:16,23 50:3
  51:10 52:3,12 75:20
  88:15 103:18 176:2
relied 5:7
remained 117:3
remains 116:22
remanded 64:1
remember 10:5 26:11
  54:9 70:1 84:8,9
  111:6 122:13 150:7
  157:19 158:8 167:11
  173:16 189:15 198:3
  198:6 200:14 201:11
  211:22,25 212:3,4,7
  220:2
removed 213:12
render 30:4 38:3 50:11
  68:2 167:3
rendered 31:7,8 32:21
  38:1 39:8 47:5 55:4
  58:22 131:13 183:23
repeat 35:15
repeated 125:21
repeatedly 192:4
rephrase 16:1 88:23,24
  215:19
reporter 1:16 3:6 22:11
  226:1 227:21
Reporter's 225:12
reporting 1:23 227:1
represent 16:11 17:5
  19:9 20:24 22:1,21
  25:14,25 26:3,6,13,14
  28:6,17,22 29:17 41:7
  59:20 61:12 62:6
  65:14 66:5 108:1
  120:3 164:4 169:21
  173:1
representation 20:21
  24:19 25:1 36:1 44:1
  49:9 50:8,15 51:25
  52:13 53:12,13 54:1

56:20 57:6 58:21
  105:9 108:4 115:19
  164:14 172:8 187:14
representations 50:6
  50:13 59:2 198:14
  209:24 210:3
representative 70:11
  163:10
representatives 35:14
  35:21 80:14 81:14,19
  191:23 192:7,18
represented 4:8 11:9
  15:22 16:4,8,10,16,24
  17:2,4,11,17 18:21
  20:1,17,23 21:20,21
  22:4 23:7,10 24:23
  25:5 27:10,14,16,20
  28:8,20 42:9,11 43:7
  43:12,15,21 44:2
  51:18 53:5,6 55:23
  59:10,19 61:9,10 64:5
  66:3,11 122:2 143:22
  164:20 174:2 181:24
  207:6,8
representing 2:4,11
  25:20 26:24 27:25
  35:7,8 38:13 40:7
  41:8 42:1 44:24 45:1
  51:23 52:1,9,10 53:11
  59:15 65:13 71:1,3
  81:3 86:6 105:14
  131:10,20 133:23,25
  134:7 178:17 187:9
  193:16 199:21,24
  207:23
represents 22:13 131:7
  131:8,21 182:2
request 12:2 34:1,9,11
  34:12 52:10 58:10
  64:6,23,25 153:3
  190:4 214:8,8 215:11
  215:24
requested 15:13 33:1
  54:6,7,9 58:14,23
  59:20 61:11,11 65:14
  66:4 190:6,13
requests 123:25 192:21
  202:4
require 138:11
required 94:5 115:13
requirement 3:12
  75:10,11,12
requirements 55:6
reschedule 31:21
Research 48:25 64:12
  65:24 179:13,18

resent 84:13
reserved 3:7,8
reserves 3:16
resolution 87:2 139:17
  165:11
resolved 10:19 220:5
respect 64:12 124:22
respond 86:20 173:10
responded 86:20 196:7
responding 173:13,13
  173:14
response 34:8 122:3
  123:12 172:21 173:2
  173:5 192:20 224:22
responses 87:17 91:23
  101:3,15 170:8,15
responsible 189:9,12
responsive 14:20 15:5,8
  34:11,13 202:4
  214:16
restricted 3:12 105:20
  105:22
result 165:15 189:6
resulted 37:25
resulting 61:15
resumption 31:22,22
  32:4
retain 55:22 114:25
retained 30:3,8 68:1,7
  225:13
retainer 21:6,9,19
  24:24 25:3 27:4
  29:11
retention 27:5 54:16,17
  54:24
rethink 57:20
retired 174:23
return 227:15
returned 106:19
returns 124:6
reveal 112:24
reverse 49:1
reversed 48:21 63:24
reverted 88:2
review 13:24 14:17
  36:13 75:2 78:18
  80:16 81:7 98:25
  105:5 114:8 115:20
  115:24 116:15 121:20
  129:5 140:9,25 141:2
  141:5,10 144:9 145:7
  145:21 146:14 152:23
  153:2,12 155:8
  157:20 160:5,10
  179:25 192:16,24
  202:25 214:18 220:1

reviewed 82:1 99:3
  129:17 140:21 142:19
  144:22 149:16,22,24
  157:18 190:1,3,7
  213:10 214:15
reviewing 112:12
  121:17 129:7,12
  130:9 139:23 141:6
  141:14 142:5,12,22
  144:23 151:21 152:18
  160:2,12 200:15
  215:7
revise 12:24 13:1,8
revocation 174:11,14
re-examination 25:17
  25:21 26:1,4,7 56:21
  137:20 150:20 151:5
  169:22 170:3,7,18
  173:20 174:2,8 175:2
  175:15,21 178:19
  180:2
re-examiner 175:20
Rice 41:4
Richard 2:12 68:25
  227:7
Rick 146:8
right 3:17 7:6 40:17
  53:24 56:16 57:16
  66:1 101:13 103:5
  122:17 125:2 137:22
  140:11 143:7 152:7
  152:14 158:2 185:19
  185:22 188:12 196:13
  196:17 205:8 206:5,8
  207:24 210:15
rightful 152:2
rights 57:7 78:9 88:1
  91:7 93:3 103:9,9,14
  103:14 143:8 162:14
  201:19 208:12 209:25
  220:17,18
right-hand 168:6
ring 199:11
ringing 57:13
risk 84:21
Robert 199:2
Rockefeller 6:9
Rod 219:24 225:3
Roex 220:2,4,22
rogovin 2:19 30:19
  31:19 32:10 106:19
  132:13 146:21 147:2
  147:22 148:1,5,9
  170:20
Rogovin's 31:23 171:13
  171:17

role 30:15 52:17 207:2
room 31:19 106:20
RPR 226:2,23 227:1,21
rule 47:8,15 75:11,12
  81:8 101:18
rules 1:17 11:13,15
  101:19 227:14
ruling 47:11 48:9
  138:21 161:25 162:8
  197:5 205:22
rulings 36:16 47:9 48:5
  48:11
R.P.R 4:3

_____ S _____

S 2:12 4:1 227:7
sale 18:1 51:9 52:7
  218:23
same 17:23 19:16 32:23
  37:18 47:24 48:3
  69:18 77:20 140:13
  168:22 203:19 210:5
San 41:2
Sands 199:2,4 225:6,7
  225:10
Sapone 131:3,5,19,23
  132:3,22 133:16
  134:1
Sapone's 131:16
  133:12
sat 148:11
save 88:25 146:16
  194:5
saw 77:15,20 150:4,8
  153:20 156:5 211:20
  211:23 212:2
saying 53:7 80:9 127:1
  149:5 192:6 206:11
  209:14
says 52:8 58:12 75:19
  75:23 90:13,24 92:17
  95:14 98:21 103:17
  107:17,22 109:22
  110:4,8 113:15 124:7
  124:23,24 125:5,5,6
  161:21 173:5 174:10
  198:10
Scalet 20:24
Scally 1:16 4:3 226:2
  226:23 227:1,21
scavenging 24:1
SCERPA 22:9,13,22
  24:24 50:1,6 52:23
schedule 31:22 32:4,13
school 7:8,14
Schwitters 5:10 15:22

16:4 17:9,24 18:23
  19:6,7 20:14,18,19
  21:3,11 23:11 24:19
  30:9 35:8,20 38:4,13
  40:7 41:25 45:9
  51:22 52:2,11 58:3,14
  58:23 59:10,15,19
  60:9 61:10 64:5
  65:13 66:4,11,16,22
  67:19,23,25 68:6,9,13
  68:16 69:7,16,25 70:3
  70:10,14,19 71:24
  72:4,9,16 73:2,4
  80:14 81:14,19 108:8
  108:21 111:11 115:20
  129:4 130:13,16,19
  131:9,11,14,17,23
  132:1,3,23 133:11,17
  134:5,9,12 141:3,7,13
  141:15,23 143:14,17
  144:24 145:10,15,18
  149:21 150:24 151:18
  151:25 153:3 154:7
  154:16 156:16 157:1
  157:4,13 158:5
  160:25 178:13,24
  179:2,7,16 180:5,11
  181:11,18 182:11
  183:8,9,13,15 184:1
  184:22,25 186:17
  188:6 194:3 199:1
  200:11,16,20 201:2
  202:8,14,17 203:3
  206:14 207:2,6,13,16
  224:24 225:10
SCIPA 25:6,13,14,19
  25:20,23 26:6 44:22
  44:24 45:1 49:13
  56:21 57:8 87:22
  88:12 89:15 92:1
  103:10,13 104:7,17
  107:2,18 118:3
  137:24 138:23 143:10
  174:5 204:10 205:1
  207:23 208:12 209:1
  209:24,25 210:14,18
SCIPA's 43:1 56:25
  130:8 206:5,7,8
scrutinized 149:16
seal 226:21
sealed 3:14
second 7:7 15:18 47:22
  49:25 76:11 93:1
  96:1,2 101:11 102:8
  116:19 117:19 122:18
  122:18 123:16 130:19

143:13 148:4 174:3
  179:9 197:15 212:16
  224:7
secondly 89:5 120:5
  145:7 199:19,19
second-to-the-last
  161:24 202:12
secretaries 203:15,18
secretary 121:6,7,9,11
  203:17 212:23
secretary's 119:24
section 135:24,25 136:2
  136:5,8,12,16,22
  137:4,12 195:5,8,13
  196:8,10,11 204:4,18
sections 135:5 136:9
see 35:1 41:17 50:19
  52:18,23 53:13 65:18
  74:13 76:3,16 77:16
  77:19 78:14 92:23
  93:17 97:15 102:25
  103:5,21 105:1 109:9
  110:25 113:12 114:13
  116:25 119:5 122:24
  126:8 145:12,14
  147:16 148:21 153:8
  155:7 156:22 157:6
  162:3 192:17 194:5
  196:12 198:9 199:24
  202:9,15 205:18
  210:21
seed 189:5
seeing 78:15 152:15
  198:11 202:6
seeking 46:16 85:4,10
  85:16,17,23 102:10
  126:3 133:13 169:12
  186:4
seeks 134:17
seem 118:18 125:22
  158:3 176:15
seems 74:10 123:9
  158:7
seen 13:18 35:6 39:16
  96:7 97:17 98:22
  104:12 116:10 119:12
  121:1 123:13 129:1
  135:23 136:4 140:19
  147:1,1 148:25 163:5
  167:19 168:12 172:22
  176:17 219:7,9
selected 153:2
sell 179:16 198:15,15
  204:6
sellers 163:11
sells 179:12,13

send 94:8,24 119:20 141:23 150:25 220:16
sending 123:3 200:2,10 203:10 220:2
sends 38:9
Senecal 27:19,23 53:4 68:22 69:4,15,24 167:23 168:12,17 169:18 201:3
Senecal's 27:25 53:18 168:2
sent 36:8 55:3 93:7 94:10,12,18,25 95:16 108:7 121:18,21,24 123:13 126:22 127:22 141:18 144:9 150:19 194:12 200:12 214:23 220:12
sentence 75:18 76:3,20 78:25 81:8 87:14 90:13,23 91:6,13 93:4 122:18,25 123:10,20 127:13,13 129:18,20 129:24 130:7,10 194:18
sep 57:11,25
separate 3:13 57:6 58:2 60:19 105:17
separately 3:14
served 14:8 215:12
service 1:23 214:8 227:1
services 27:11,16 28:1 28:12,13,17,18 29:11 30:20 31:6,8 32:21 45:11 50:2,11,17 51:7 51:9 52:20 54:6,7,9 54:13 55:4 58:24 68:2
set 75:7 99:19 120:24 133:4 226:20
settle 189:11
settled 165:1 166:11 167:8 188:21 193:19
settlement 10:21,22,23 11:2 96:23 188:22,24 189:2,7,21 190:9 192:11
settlements 189:10,14
settling 189:18 190:5 193:15,16
seven 6:19 73:13 146:10 150:7 180:19
several 17:7 102:5 126:19 136:1 137:15 188:14 215:12 219:2

sham 82:8 84:17
sheet 213:14 223:1
sheets 227:13,15
shield 5:9
short 7:10 121:11 176:15
shortly 7:9 34:22 95:7 95:23
show 13:12,17 34:12 68:14,14 96:4 106:2 116:4 119:13 122:7 123:14,16,18 128:19 134:15 140:6 146:16 151:7 152:9 153:3 156:1 158:19 159:19 167:17 172:18,19 173:15 186:18,25 187:5,8,21,25,25 188:6 212:8 219:23
showed 144:5
showing 51:11
Sid 194:16 198:9
side 89:16 109:1 113:1
sign 3:17 147:18 178:1 178:4 227:14
signature 105:2 110:9 119:19,22 120:19 121:15,16,21 122:11 150:10 168:2,24 176:25 179:2 198:21 198:24,24
signed 76:15 109:25 110:2,3,7 114:9,11 120:22 147:3,7,24 177:3,4,8
signing 146:22 147:11 168:12,17 177:24
similar 17:23 37:6 38:25 57:18 154:6
simple 147:21
simplify 118:16
simply 39:21 47:25 126:10 144:19 145:5
Simpson 174:1,6
since 6:24 29:19 34:14 94:5 123:2,13 125:18 126:21 154:19 158:2 202:2
Sincerely 227:19
single 135:16
single-spaced 156:10 156:12,14
sir 23:24 66:2 96:16 125:10 137:1 196:15 210:20
sit 113:4 121:5 154:21

192:6 203:23
situation 57:20
six 73:13 146:10 150:7 180:19
skimmed 116:9
slightly 138:2
small 215:20
smith 1:23 40:16 41:1 227:1
snippets 119:12
social 183:16,20
solely 8:20 46:16
solicitation 132:18 133:3
some 5:10 11:3 14:7 16:17,22 17:15 23:3 27:15 29:9 31:12 36:8 37:8 44:9,9 54:1 54:2 59:8,8,9 69:11 70:6 77:1,18 86:7,11 86:11 87:10 93:14 94:10,12 97:11 99:13 103:11 104:12 121:14 125:18,18,23 130:21 142:6 152:21 159:2 184:2 191:25 193:16 194:5 199:3 200:17 214:21 215:3 219:9
somebody 14:2,9 111:7 120:15,21 168:23 176:24 189:9 190:2
somehow 106:8 120:23
someone 52:8 53:15 82:15 120:6 127:6 203:2
someplace 41:23,23
something 9:23 24:8,14 36:9 60:22 87:1 104:12 111:20 144:18 148:21 154:6 156:5 158:22 161:5 171:2 180:4 189:25 212:17 212:21 215:4
sometime 8:16 17:24 38:1 43:13 79:11 111:13,18 142:16 201:8
sometimes 19:23 24:8 57:19 115:23 116:3 150:6 157:15
soon 83:1 124:5
sorry 18:2 45:6 46:7 98:15 200:24 211:4
sort 23:3 86:16 125:23 152:18 157:4 161:5
sought 44:9,10

sound 57:18
Sounds 185:22
Source 27:11
Sources 28:8
Southern 11:5
sp 179:12 181:7 203:21
spaced 156:11
speak 109:21 112:9
speaking 109:20
speaks 126:25 150:22
special 94:7 113:20,25
specific 23:25 31:1,6 41:8 88:3,7,9 97:7 102:18 107:8,15 135:12 148:22 158:7 159:5 168:9 195:5,8
specifically 53:4 58:9 85:19 93:9 101:22 102:24 157:19 158:4 163:7 164:17 174:10 174:15 193:6 195:19 198:4 203:12 210:12 220:13,14
specifics 54:21
spell 64:13
spellacy 2:12 227:8
spellings 141:21
spend 12:3 62:17
spent 32:15
Spires 165:16,21 166:15 167:4
Stacey 121:8
stage 123:18 133:5 165:3
Stamford 1:18,18 106:10
stand 133:7
stands 22:14 121:3 127:23
start 5:23 21:24 30:4 61:7 76:19 82:9 116:12 186:10
started 82:7 87:5,5 100:6 142:12,17 185:13,15,20,24 186:6,17,23 187:20 196:4,6 208:9
starting 82:11 96:20
starts 86:9
state 1:17 2:13 4:4 8:9 59:24 60:25 61:3,5,13 63:6 67:2 153:25 158:20 195:19 206:2 226:3 227:8
stated 83:22 89:12 100:16 101:2,6,15

115:1 124:20 197:3
statement 47:6,7 55:3 76:6 83:18 88:9 129:12,15 132:22 144:25 206:6
statements 54:24,25 55:2,8 125:19,21 133:12,14 143:3,9 144:12 163:4,12
states 1:1 23:17 28:23 52:8 59:25 66:23 68:1,11 83:21 91:25 115:22 116:1 140:1 144:15 153:11 180:8 180:12 185:1 188:3 *204:4 205:12 210:14 210:16,24
stating 89:16 113:11 149:6
status 62:8 63:25 64:1 64:15 162:1,9
statute 125:4,9,20 135:5,17 195:5 196:9 196:12,18,20
statutes 135:4
stay 39:14
stayed 39:10
step 85:17
Sterling 10:7 164:12,14 165:16,18,19,21 166:16
stevens 2:6 32:2 124:5 212:19,22
still 10:16 33:24 41:17 54:15 55:11,22,24 56:4,10,15,19,24 62:1 114:22 131:20 139:4 201:22
stipulated 3:7
stipulating 198:23
stipulation 3:19 96:23 189:24
stipulations 3:2,21
stop 221:10
Street 2:7,13 227:8
Streets 6:16
strengthen 118:8
strike 7:19 8:17 23:9 28:10 30:18 46:2 55:23 67:24 71:10 73:17 88:5 104:15 108:11 115:17 136:13 159:21 177:25 178:2 191:17 195:20
stupid 148:13
subject 60:12 63:6

137:3 147:8,23,24
148:2,10 160:17,22
**submission** 172:3
**submit** 170:11 171:6,12
171:16
**submitted** 32:25 170:14
171:11 172:9 175:14
175:19 176:1 185:5
185:10
**submitting** 172:12
**subpoena** 190:3
**subscribed** 222:16
223:22
**subsequent** 78:10
**substance** 11:22 31:3
**substantive** 30:16 47:9
48:5,9
**substitute** 44:10
**sue** 123:24 150:21
**sued** 151:22 165:18,22
**sufficient** 123:25
**suggest** 145:8 147:19
**suggested** 31:23 145:10
**suit** 10:16 11:4 23:21
37:23 44:20,22 45:21
45:24 62:6 83:20
87:4 99:22 100:14
185:24 186:6 187:19
208:8,23,25 209:8,9
209:10,13 219:16
**suits** 29:14,17 31:5,6
45:18 219:2,5,5,8
**summary** 63:22 86:10
87:18 89:12 91:24
101:3,15 102:3
129:22,25
**summer** 7:12
**supervision** 226:10
**supplement** 68:14
163:3 172:3 187:25
**supplied** 33:15 36:5,10
156:8
**supply** 33:19
**support** 82:21 86:6
**supports** 82:23
**supposedly** 50:14 202:8
**sure** 11:13 16:6 22:16
23:3 37:22 40:21
43:8 53:22 54:25
57:22 75:6,10 84:2
87:13 88:8 101:2
106:14 112:2 123:14
130:18 136:4 140:3
142:3 145:7 148:24
149:5 152:21 155:16
157:12 169:15 172:6

172:14 177:6 190:12
190:18 193:20
**Surgical** 162:13
**surprise** 168:4,11,15,16
168:21,25
**surrounding** 186:9
**survive** 86:10
**suspect** 167:25
**Swit** 203:3
**sword** 5:10
**sworn** 4:3 226:7
**system** 55:10,11,14,19
55:20
**S-c-e-r-p-a** 22:12
**s-c-i-p-a** 25:14 103:10

---
**T**
**tactic** 84:13
**Taggert** 150:21
**take** 5:3,4 12:1 16:9
24:12 49:21 82:5
83:5,8 93:22 96:5
111:24 112:14 115:17
125:13 127:3 128:10
145:6 160:5 170:6
182:21
**taken** 1:16 11:6 71:22
73:12 116:21 166:15
166:15 182:12,15
183:3,5 184:1,2,3,4
207:22 222:4 223:3
226:16 227:12
**taking** 11:22 14:22
66:12 100:7 182:13
213:3
**talk** 12:8,15 132:13
169:17
**talked** 42:20 51:24 61:8
96:24
**talking** 51:8 59:6 60:16
150:11,13 154:19
162:15 184:15 187:11
191:13 201:8 205:20
210:22,24 216:17,24
**talks** 76:20 96:25
179:10 202:13
**tandem** 31:24 32:4
**technical** 141:24,25
**telephone** 69:23 70:3,6
70:9,11,18,22,25
**tell** 23:5 30:23 99:24
109:12 118:15 124:9
129:19 132:3,13
148:15 160:24 165:10
166:2,2 185:23
190:23 205:3 207:11

213:16,21 214:21
**telling** 31:3 76:21
135:11 176:9 186:23
**ten** 17:1 20:9 22:23
58:18 62:17 66:20
97:20 148:4,8 167:14
**tendency** 113:21
**tends** 80:8
**term** 7:1 17:7 18:16
22:19 23:2,3 24:7
26:18 55:1,2 57:15,21
87:24 112:18 113:2,5
113:12,21,24 114:20
152:1
**terms** 107:19 110:12
147:24 188:22 189:21
**testified** 4:5 89:3
114:15 119:11 123:2
184:10
**testify** 11:19,23 81:2
89:4 130:5 185:1
226:8
**testimony** 53:18,20
184:18 185:2 221:11
222:4 226:11
**text** 143:21
**Thank** 48:17 75:25
151:12 227:16
**their** 38:16 39:5 46:4
47:3,4 51:19 73:7
74:12 81:7 85:18
86:15 93:3 103:2
138:6 153:13 154:2
154:16 160:3,13
166:8 169:18 180:2
189:6 194:2 197:5
198:15 203:22 219:19
**themselves** 84:22
143:20
**theory** 82:16,16
**THEREOF** 226:20
**thereto** 106:11
**thing** 5:14 52:9,12
76:22,22 126:18
148:10
**things** 3:13 5:10 85:1
86:16 119:12 124:23
148:12
**think** 5:12 8:7 11:5
16:6 17:10 20:2
21:25 23:15 25:15,17
25:24 26:2,17 28:7,11
28:14 30:1 31:13
35:10 38:22 43:18
46:19 47:18 50:3,19
53:10,19 60:1 61:2

66:21 67:4 68:3,21,24
69:3 72:11 76:7 77:9
77:11 79:15 83:10
84:3,9 85:9,21,22
86:19 90:23 93:19
98:2 100:20 102:21
103:1 110:17 112:24
113:9 115:3,11
117:22 124:14,15
126:8,23 127:21
128:14,17 130:2
132:17 133:6 138:1
139:16,16 144:16
146:25 148:9,23
150:23 152:5 153:6
155:1 162:10,11
165:5,21 167:16
169:20 172:2 173:23
177:9 178:7,11 179:3
179:5 182:20,23
186:1,8,20 187:1
189:1 193:4,10
195:12 196:2,11,18
197:7 201:21 202:24
205:3,8,15 206:9
208:5 209:18 210:20
211:11 214:17 215:16
218:13 219:22 220:19
220:23
**third** 7:7 59:4 76:25
80:17,24 81:13 90:23
102:12 107:17 126:13
126:22,22 129:11
132:8 143:23 148:5
220:10
**third-party** 76:19
81:18
**Thomas** 48:7
**though** 57:14 143:21
156:21
**thought** 124:22 125:24
127:17 129:20,21
147:10 148:16 155:23
161:12 165:24
**threat** 61:2 221:1
**threatened** 34:24
**threatening** 192:4
**three** 17:25 33:12
40:10 102:8 138:1
172:25
**through** 11:15 14:11,18
21:15 55:8 76:23
81:18 91:4 96:6
106:10 116:9,13
134:9 148:11,20
159:25 194:10 199:16

**time** 3:8 7:10 12:3
15:23 16:13,14 19:7
23:8,11 32:13 34:15
34:18 37:12 43:11,21
45:17 49:17,20 64:24
69:18 72:7,14,21,25
73:8,16,18 77:10,20
77:23 78:2,3,10,11,19
82:14,25 84:5,6 87:10
87:13,21 88:25 89:17
93:16 96:5 103:11
114:14 121:14 123:4
124:15 131:9,13
138:4 146:16 157:5
158:7,9 178:2,3,10,17
179:21 180:22,25
182:6,15,18 183:4
186:24 187:20 194:6
198:7,7 199:5 204:23
205:11 207:12 208:7
208:17 211:15,16,20
211:23 213:25 214:7
214:9,12
**times** 8:1 9:7 66:20,25
75:20 86:24 103:18
145:9 153:16 158:3
180:5,16
**timing** 73:10,11 86:24
150:1
**title** 48:23 130:8 144:19
210:15
**titled** 136:10
**Tobin** 96:1,3,15 102:13
104:4 106:1,5,5,22
121:13 163:17,22
189:17 224:7,8
**Tobin's** 210:8
**today** 11:18 13:22
14:22,24 34:18 41:4
98:23 113:4 117:8,11
121:5 123:5 138:22
139:4 140:19 154:21
163:5 164:11 167:7
167:20 173:18 192:6
215:11,23 216:16
218:21,24
**together** 69:8 93:16
202:14,16,19,23
207:17,19 212:25
213:1
**told** 5:13 31:25 50:10
117:24 132:4,23
133:11 186:16 196:8
**Tom** 181:21,23
**tongue** 184:10
**top** 96:18 103:3 135:9

143:11 173:16
topic 156:24
Tortola 20:15
total 52:4
towards 86:15
towns 181:5
Traco 193:20,21 194:1
  194:12 198:13 200:5
  200:23
Traco's 199:12
Tracy 194:16 198:9,19
  199:15,25 200:13
trade 62:3 68:14
  186:18,25 187:5,8,21
  187:24,25 188:6
  216:20 217:3 221:1
trademark 16:23 20:7
  22:25 23:1,5,12,12
  24:20 27:21 28:2,18
  28:21 43:16,17,19
  46:19,22,24 48:1,2,3
  51:7 59:3,5,7,7,9
  60:23 63:15,18,22
  64:2 65:3,5 73:1,5,9
  95:13,18,21 122:22
  123:9 124:10 128:7
  128:13 166:21,24
  167:1,5 170:9 173:10
  179:14 217:15,17
  219:5
trail 192:12
training 5:2
transcript 182:19
  223:3
transfer 57:7 206:5,8
  207:24 208:12,17,20
  208:22,22 209:1,25
  210:19
transferred 55:19
transit 106:9
translatable 39:17
translated 39:20
  109:13 155:8 184:8,9
  184:11
translation 39:17,21,22
  98:7 102:21 119:9
  141:1 156:2,3 175:10
translations 36:6 156:7
trial 3:9 39:8,24 40:8
  64:2 82:15,20 118:17
  125:1,3 155:8,9 156:3
tried 139:8 157:6
true 168:14,20 217:5
  222:5 223:3 226:11
trusts 213:1
truth 222:15 223:21

226:8,8
try 57:21 213:24
trying 31:21 44:16
  57:17 77:6 86:12
  91:5 157:9 158:9
  159:11,12 181:22
  197:8
turn 97:13 163:18
Twenty-four 75:15
twice 156:11
two 3:11 17:24 32:9,13
  42:14,22 49:10 52:22
  72:22 101:7,8,17,19
  102:4 112:3 116:11
  135:7 136:7,15,17,22
  139:15 143:20 147:11
  156:6 185:2 187:22
  198:18 203:18 204:10
  211:1 217:19 218:10
two-page 128:20,24
  194:11 224:15
type 31:8 159:3 216:5
typical 97:10

U

Ullman 197:13,18,19
  199:9,23 201:4,8,10
  203:8,11 204:23
ultimate 87:2 164:24
  165:10
ultimately 213:25
unaware 90:21 193:22
unclear 199:21
under 90:24 91:3
  101:18 103:9,10
  105:16 116:19 121:21
  130:7 136:22 179:13
  226:10
underlies 83:19
underlying 76:14 87:18
  96:11 99:21 118:2
  134:10 156:8 166:4
understand 5:1 8:24
  14:25 15:6 18:4,8
  30:7 35:18,23 36:4,7
  37:3 43:23 44:15
  49:15 56:23 60:6
  61:6 64:21 68:3
  72:10 74:12 79:7
  80:21 86:2,3,22 89:22
  90:1,7 96:13 100:3,11
  103:16 104:25 112:20
  120:20 123:4,6
  131:19 149:4 154:10
  157:2 165:17 173:11
  185:16 207:4

understanding 24:13
  32:8 53:12 72:8,14
  74:9,10 80:7,11 91:2
  99:4,11,19 100:19,22
  101:1 103:7,7 104:6
  104:10,13 112:23
  117:2,10,11 130:15
  130:16,19 131:15
  143:14,19 147:6,9
  148:24 168:23 191:16
  194:23 207:13
understandings 130:20
  130:21
understood 30:2 57:16
  73:18 110:11 149:5
  176:9 177:21
undertake 75:5 220:21
undertaken 191:18
undertook 85:18,19
undisclosed 166:13
undivided 75:21
  103:19 194:16,20
  210:14
undoubtedly 191:11
  205:7
unenforceable 46:24
unfair 62:3 216:20
  217:3 221:1
unfortunately 57:17
  176:14 188:12 212:24
unique 162:2
unite 103:2
united 1:1 23:17 28:23
  52:7 59:25 66:23
  68:1,10 83:21 115:21
  116:1 140:1 144:15
  153:11 180:8,12
  185:1 188:3 205:12
  210:16,24
unless 88:22 104:14
  186:4
unrelated 27:21 28:18
  50:14 51:7 59:6,21
until 3:8 49:15 116:20
updike 2:12 227:8
upper 168:5
USC 204:3
use 5:9 17:7 23:25
  24:12 33:1 55:2
  57:21 65:4 73:1,9
  82:20 86:5 102:23
  126:16,19 127:2
  152:1 166:24 167:1,4
used 6:9 24:7 26:17
  33:6,20,22 57:15,25
  86:6 87:3 174:8

using 7:1 18:16 23:2,2
  23:20 28:16 59:15
  79:9 126:17 189:5
usual 3:2
usually 3:20 51:11
utilizing 5:7
U.S 24:5 59:3 96:25
  103:20 104:3 116:19
  116:23,24 117:4,5
  119:4 122:21 124:10
  128:7 129:14,22,25
  130:7,16,25 131:15
  131:24 132:17 133:13
  133:18,19 135:7,18
  152:20 153:5,22
  156:18 162:13 194:17
  204:3

V

V 4:1
vague 200:17
vaguely 140:20
valid 176:6
validity 136:23
Valley 5:24
valuable 104:7 206:3
variety 27:18
various 28:20 33:16
  40:16,25 52:20 59:3,4
  115:20,25 128:6
  133:23 142:1 157:20
  163:5,12,13 166:19
  170:8 171:14 179:16
  202:16,17 213:14
  216:17
vast 192:2
vehicles 157:16
version 39:20,21
  114:14 135:24 147:7
  155:8,19 156:11,12
versions 140:12
versus 8:4 10:7 47:10
  48:25 61:24 65:23
very 22:19 48:15 53:4
  53:13 69:20 112:8,8
  126:10 147:21
vice 218:6
violate 4:19
violated 209:11
violations 95:17,21
Virgin 17:11 20:15
virtue 85:5
visit 31:24 32:8 188:2
visited 68:19 178:9
voluntarily 45:15 47:14
voluntary 91:17 92:16

VS 1:5

W

Wait 18:6
waive 4:21,22
waiving 85:1 91:22
  102:1 104:1 159:15
  195:11
Wake 41:17
Walton 188:15 190:15
  193:24
want 5:3 13:8 31:1,6,18
  32:6 46:10 57:22,22
  58:1 64:18 84:8 86:4
  88:20 113:23 123:17
  123:20 147:17 148:21
  151:10 155:5 157:23
  208:6 213:24
wanted 15:14 84:5
  106:10 115:21 127:12
  154:8 157:17 158:4
  159:5 171:1 185:24
  186:17 196:9 209:12
wants 5:11 82:15
warning 126:15
warranties 209:24
  210:3
wasn't 27:24 53:10,11
  84:2 126:16 191:12
  217:1
waste 157:4
wasting 158:9
Watt 2:6
way 10:21,22 11:19
  24:21 29:13 30:1
  35:10 51:12 59:11
  74:11 79:10 83:3
  85:3,15 86:14 87:7
  99:8 105:5,6,7 107:23
  109:22 118:7,21
  120:11 124:16 129:12
  129:20 139:2 142:6
  142:10 147:12 152:22
  160:15 165:19 190:19
  196:10 197:3 210:18
  213:20
ways 82:19 137:16
  184:11
Webster's 113:12,14
week 181:6 183:10
  187:22
weeks 65:1
Weiss 21:1
well 5:1 21:24 26:10
  27:19 28:7 30:3,18
  32:17 33:5 34:14

48:2 50:5,20 52:15
53:19 54:20 62:22
71:10 76:10,18 79:25
80:23 86:14,22 88:18
112:22 113:4 124:20
137:18 141:22 147:6
148:3 149:1 166:2
169:25 177:25 183:19
191:17 192:15 198:6
199:19 205:10 208:6
210:20 211:12 212:16
213:23 217:22 221:4
went 86:15 132:16
  183:18
were 8:18,20 9:15,16
  9:17,25 14:3,8,16,21
  18:22 29:7,13,14 30:3
  30:8 31:8 32:13
  33:20,22 34:23 35:3
  35:25 36:5,10,13,16
  36:19,23,23 37:5,9,12
  38:3 42:7,17 44:4,6
  44:16,17,24 45:17
  46:21 47:2,3 48:5,10
  49:17 50:23 52:22
  54:1,2,4,6,8,9,13 55:8
  55:19 60:12 61:4
  62:20 68:6 70:5 71:7
  71:7,15 72:11,11,17
  72:18,21,25 73:6,16
  75:7 76:23 77:23
  78:4,11,19 81:6,12,18
  85:5 86:3,7,15,24
  88:15 89:9,18,23
  90:21 91:9 92:22,22
  93:9 94:10,12,17,21
  94:23 95:3,8,9 97:3,4
  97:5,25 98:5,8 101:6
  101:11,16 102:4,8
  103:10 104:14,16,22
  105:4,12,13 106:25
  107:23 108:3,11
  110:12 112:16 113:23
  114:19 115:25 119:1
  119:7,7 124:22
  136:14 139:4 141:17
  144:9 145:15,20
  146:1,4 149:5 152:23
  157:13,18 161:1,13
  163:21 165:18 166:13
  166:14 169:2,5,7,20
  170:8 171:4,11
  173:12,13,20 174:7
  175:1,23 176:2,7,8
  177:10,11 178:14,17
  182:8,9,12 183:8,10

183:15 184:7,7,8
185:9 187:18,20,21
188:17,20 189:13,14
190:7,9,17,18,21,25
191:3,7 192:1,19
193:10,11,15,16
198:14 199:21,24
206:11 207:1 209:6,6
210:3 211:4,17
213:17 214:5,9,15,17
214:20,21 215:9,10
215:23 216:5,10,17
218:18 219:5,6,13,16
we'll 7:2 51:2 83:1
  127:2,20
we're 24:4 82:17
  124:25 126:24 154:19
  159:7 186:13 191:13
  213:13
we've 21:14 42:4 77:22
whatsoever 175:25,25
when's 208:15
while 93:21 121:12
  183:10
white 122:14 194:2
whole 148:11 186:8
Whoops 212:19
wiechmann 2:6 3:1,5
  3:18 4:7 5:1,19 8:25
  9:16,21 10:16 13:12
  13:17 14:6,9 15:2,17
  15:20,21 16:2 17:17
  18:5,7,10,15,21 19:25
  20:8,23 21:21 22:6,16
  22:21 26:17,24 28:10
  28:13,15 29:2,5,10,23
  30:3,8,18,20,25 32:6
  32:17 33:4,20 34:6,10
  34:14,17,19 35:19
  36:5 37:5,18 42:7
  43:6,11 44:19 46:11
  46:14,21 49:22,25
  50:18 51:1,6 53:1,22
  54:3 56:4,10 57:5
  59:18 61:23 62:17,19
  62:25 63:10 64:18
  65:21 66:3 74:3,16,20
  75:15,18,25 76:1,18
  77:6,12 78:3,23,25
  79:9,23 80:2,13,22
  81:6,12,17 82:4 83:7
  83:16 84:11 86:2,22
  87:8 88:3,20,25 90:3
  90:8,17,18 92:2,7,10
  92:13,14 94:8 95:24
  96:4 97:13 99:8,15,18

100:12,24 104:22
105:12,18,21 106:2
106:24 107:13 108:20
111:17,18,25 112:3,5
112:6,14,16 113:11
114:5 115:13 116:7
116:12 117:9,18,23
118:6,13,21 119:17
122:7,11 124:14,25
125:17 126:10 127:12
127:20,24 128:2,16
128:19 129:1,19
130:4,23 131:22
132:7,10,21 133:1,8
133:11 134:22 135:11
135:23 136:2,20
137:4,9 138:3 140:9
142:15,18 143:2
144:2 145:9,24 147:6
147:14,17,21 148:8
148:18,19,23 149:4,8
149:10 150:15 151:3
151:10,13 152:9,15
153:8,14,16 154:21
155:7 157:11 158:2
158:19 159:1,4,17,19
160:2,7,9 161:8,11
162:12,21 163:1
164:2 168:22 169:5
169:13,17 171:24
172:22 174:25 176:11
176:14,17,21 178:8
179:1 186:3,14,16,22
187:12,18 189:17
190:8,19 191:2
192:16,22,24 193:5
194:5,10 196:23,25
198:1,3 201:1,5
204:22 206:18,23
208:3 209:21,23
210:8 211:15 212:14
212:24 213:5,9,11,16
214:7,13 215:19
220:1 221:9 224:2
225:13 227:15
wife 178:10,11 183:14
  183:16
Wine 179:11
Wines 199:6
wish 24:12
wit 226:6
withdraw 87:6 138:12
  138:24 139:9 165:3
withdrawal 193:22,23
withdrawn 47:5,14
  138:16

withdrew 165:2,11
withhold 193:6
witness 3:16 4:2,18
  8:20,20,25 12:22,24
  13:9 51:3 64:17 71:8
  71:15 74:15,18 79:24
  79:25 80:5 83:4,12,14
  93:24 94:1,2 118:11
  125:12,16 174:19
  176:20 197:24 209:16
  209:19 214:3 215:16
  226:12,20 227:13
witness's 3:19 110:9
Wolf 7:13
woman 181:22
won 132:13
word 102:23 113:18,19
  135:16 144:19
worded 85:15
words 101:3
work 4:16,24 25:22
  27:2 31:11 41:3,5,17
  50:1 58:10,12,12,14
  74:2,8,11 76:9 77:2,3
  77:5 79:16 81:25
  82:24 83:25 84:19
  85:2 91:22 92:5
  93:20 99:7,9 102:1
  104:1 110:17 115:4
  118:11,14 126:7,9,10
  127:3,7 155:6 159:13
  161:16 162:6,10
  169:4,9 171:19
  186:12 195:12 206:16
  208:5 209:5,5,8,11,15
worked 6:23 7:1,9,15
  121:12 207:2,17
working 81:19 146:4
  161:9 171:9 187:3
works 41:4 147:13
world 18:1
wouldn't 22:7 76:12
  113:3 168:15,21,25
  191:6
write 137:3 194:15
writes 120:6
writing 123:14,17,18
  127:9,10,19 226:10
writings 192:25
written 21:5,8 24:24
  25:3 27:4 29:10 77:1
  93:4,7,10,14,18 94:5
  102:5 120:11,15,18
  120:18 170:11 171:1
  189:2 209:24
wrong 55:13 148:7

wrongly 166:23
wrote 120:21,23 123:1
  123:15 143:18 199:15
  204:16,23

---

X

x 1:3,8

---

Y

Yankees 132:13
Yanok 179:12
year 8:14 49:2,5 117:10
  117:12 185:15,25
  207:5 218:9
years 6:1,19 7:7 16:17
  17:1 19:6 20:9 22:23
  69:11 73:13 87:24
  97:21 139:15 146:10
  146:10 150:8 180:19
  207:1 218:10
yes-or-no 156:22,24
York 5:24 6:7 11:5
  45:8 47:12,20 67:6,11
  67:20 68:10 69:5,8,16
  166:20 177:4 178:1,4
  178:9 180:6,6,8
  181:24 182:1 183:6
  184:15

---

Z

Z 4:1
zivin 1:7,12 4:8 5:6,11
  5:20 7:23 11:6 13:13
  13:16,18 34:19 50:1
  52:16 53:5,7,10 77:7
  83:2,17,23 85:18 86:5
  86:19 87:8 112:6
  119:15,18 122:10
  126:4 127:18 134:20
  157:2,5,12,18 201:3
  219:25 222:3,11,14
  223:19,21 224:5,11
  224:12,13 225:3,5,7,8
  226:7 227:12
Zivin's 4:21 5:2 31:25
  51:14,20 86:5,8

---

$

$10,000 167:13

---

#

#80 227:21

---

0

00386 65:23
06103-3495 2:8

| | | | | |
|---|---|---|---|---|
| 06106 1:25 227:2 | 1994 43:24 45:17 46:15 | 24 6:1 75:13,14,19 77:4 | 126:21,21 128:5,5 | 55 156:2 219:23,24 |
| 06123-1277 2:14 227:9 | 73:14 96:22 118:3 | 79:1 82:2 87:9 90:12 | 130:8 133:19 136:24 | 220:1 225:3 |
| | 123:8 136:14 139:5 | 98:1 100:16,19 101:1 | 137:20 140:2 143:11 | 5559 116:13 |
| **1** | 165:15 206:19 207:1 | 101:6 | 161:21 169:22 174:21 | 5561 116:18 |
| 1 14:11 15:9,17,19,20 | 207:5,5,9 208:17,19 | 25 91:13 100:16,19 | 178:5 194:20 210:17 | 5562 116:13 |
| 55:17 66:8 173:15 | 211:15,17 | 101:1,6 | 217:12,21,23 218:19 | 56 225:4 |
| 227:5 | 1995 8:16 87:25 91:3 | 26 213:15 224:20 | 37 119:13,14 135:21 | 57 225:5 |
| 1st 97:1 | 107:19 119:20 121:10 | 262 204:4,18 | 136:2 138:11 224:10 | 58 225:7 |
| 1/10/96 122:9 224:12 | 194:23 | 27 156:4,14 213:13 | 224:16 | 5829 197:16 |
| 1/9/96 134:20 224:13 | 1996 23:17 65:6 67:14 | 271 195:14 | 38 122:8,9 134:19 | 5840 201:1 |
| 1:12 83:15 | 80:10 83:20 85:13 | 272 195:14 | 224:12 | 59 225:8 |
| 10th 126:5 | 87:3,10 89:18,23 90:3 | 28 129:9 156:4 | 39 134:16,20 224:13 | |
| 10/27/95 119:14 224:10 | 90:20 100:6,13 | 28th 175:3 | 396-CV 65:22 | **6** |
| 10:40 31:20 | 106:17 107:2 111:19 | 29 107:18,19 224:17,18 | | 6 80:10 216:7,13 |
| 100 167:15 194:21 | 111:20 126:5 136:14 | 29th 140:23 201:12 | **4** | 218:18,23 |
| 105 224:8 | 139:5 180:21 185:13 | | 4 150:4 224:2 | 6th 185:21 187:5 |
| 11 75:11,12 81:8 | 185:14,18,21 197:16 | **3** | 4,698,360 24:5 103:20 | 60 225:10 |
| 11-A 1:24 227:2 | 200:7 212:6 216:7,13 | 3 5:24 96:19 143:5 | 116:20 194:17 | 65 224:6 |
| 11:12 49:23 | 218:18,23 219:14 | 150:3 179:9,10 | 4/30/01 219:24 225:3 | |
| 11:15 49:24 | 1997 40:8 41:5 49:8 | 197:14 | 4:02 160:8 | **7** |
| 11:28 49:24 | 154:9 172:10 173:15 | 3.54 136:2,22 137:4,12 | 4:33 176:10 | 7 75:15 103:17 |
| 116 224:9 | 175:3,8 224:20 | 3/2/00 110:5 | 4:39 176:10 | 7th 197:16 |
| 1185 6:7,14,17 | 1998 49:4 129:9 140:23 | 3/26/97 152:12 | 40 128:20,24 224:15 | 7/12/96 225:5,7 |
| 119 224:11 | 155:10 159:22,23 | 3:01-CV-00478(AVC) | 41 135:20,21 224:16 | 7/22/97 225:10 |
| 12:20 83:7 | 205:4 208:16 224:17 | 1:6 | 41(A)(1) 193:23 | |
| 12:23 83:15 | 224:18 | 3:44 160:8 | 42 140:6,7,10,14 143:3 | **8** |
| 122 224:12 | 1999 87:2 | 30 6:8 151:8 227:13 | 144:13 224:17 | 8 91:12,13 225:6,7,9,10 |
| 128 224:15 | | 31 93:1,2 | 43 140:6,7,10 143:3 | 8/1/96 225:8 |
| 13 224:5 | **2** | 31st 159:22 | 144:13 224:18 | 85 59:7 95:13,17 |
| 134 224:14 | 2 96:19,20 103:3 110:4 | 32 13:14,15,18 34:3,3 | 44 146:18,19 224:19 | 217:14 |
| 135 224:16 | 150:2 179:9,10 | 224:5 | 45 128:23 152:11,12 | 860 1:24 |
| 14th 201:17 | 194:21 197:12,14 | 33 65:22,25 66:9 74:21 | 224:20 | |
| 140 224:17,18 | 198:22 | 79:12 90:12 188:11 | 46 159:20,22,25 160:10 | **9** |
| 146 224:19 | 2:09 112:15 | 224:6 | 224:21 | 9 93:2 |
| 15 19:5 167:18 | 2:20 112:15 | 34 95:25 96:2,5 102:14 | 46th 6:16 | 9:57 1:19 226:6 |
| 152 224:20 | 20 41:23 155:16 | 104:5 106:12,23,25 | 47 159:20,22 160:10 | 90s 43:13 |
| 159 224:21 | 20th 172:10 | 107:4 210:9 224:7 | 47th 6:16 | 95 121:13 |
| 16 14:11,18,21 15:5 | 200-page 96:16 202:13 | 35 105:19,24,25 106:3 | 48 159:20,23 160:10 | 96 91:3 224:7 |
| 167:19 | 202:15 | 106:12,25 163:17 | 48993 168:7 | 98 159:23 |
| 16th 159:23,23 | 2000 55:17 159:21,24 | 204:3 224:8 | 49 159:20,24,25 160:10 | |
| 172 224:22 | 161:21,25 201:17 | 36 116:4,5 224:9 | 161:20 224:21 | |
| 176 224:23,24 | 2001 38:1 196:23 | 360 16:19 23:18 24:15 | | |
| 18 161:25 | 200:22 201:9,12 | 25:18,21 26:1,4,8 | **5** | |
| 185 2:7 | 202:16 204:8,16 | 27:21 28:3,24 29:15 | 5 225:4 | |
| 19 101:18 205:10 | 2002 1:18 222:4,13 | 44:17 45:18,23 46:17 | 5/31/04 226:25 | |
| 19th 200:7 | 223:3,21 226:6,21 | 47:25 49:14,18 50:14 | 50 116:23 117:4 122:20 | |
| 194 224:25 | 227:5,12 | 50:16,24 51:8,9,17 | 153:21,23 155:3,23 | |
| 1968 6:24 | 212 225:2 | 52:7 56:22 59:11,21 | 156:15 172:19,20 | |
| 1980s 207:20 | 219 225:3 | 72:23 73:20 75:22 | 175:1 210:14 224:22 | |
| 1985 78:18,21 81:23 | 22 1:18 222:4 223:3 | 77:25 78:6,12,14,20 | 51 176:11,12,22 224:23 | |
| 87:21 88:12,16 89:14 | 227:12 | 79:3 80:12 87:11,23 | 52 176:11,12,14 178:23 | |
| 97:1,20 107:8,18 | 22nd 226:5 | 89:16,20,25 91:15,25 | 224:24 | |
| 211:18 | 226 135:21 224:16 | 100:8,14 103:14 | 53 194:7,11 224:25 | |
| 1987 111:14 | 23 103:17 | 106:17 115:8 116:1 | 54 212:8,12 213:13 | |
| 1990s 10:1 55:7 | 23rd 159:21,24 | 116:24 117:5 118:9 | 225:2 | |
| 1992 207:10 | 231277 2:13 227:9 | 122:20 123:23 124:2 | 549-1850 1:24 | |