B

Page 238

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF CONNECTICUT
 2
 3
 4                                              ORIGINAL
    ------------------------------)
 5
    JARROW FORMULAS, INC.         )
 6        Plaintiff               ) Civil Action No.
    VS                            ) 3:01 CV 478(AVC)
 7                                )
    INTERNATIONAL NUTRITION COMPANY )
 8  NORMAN H. ZIVIN, and          )
    JACK MASQUELIER,              )
 9        Defendants              )
    ------------------------------)
10
11
12
13
14         DEPOSITION OF:  JARROW ROGOVIN
           DATE:  MARCH 15, 2002
15         HELD AT:  UPDIKE, KELLY & SPELLACY
           ONE STATE STREET
16         HARTFORD, CONNECTICUT
17
18
19
20
21
22
          Reporter: WENDY J. ALLEN, RPR, CRR, LSR #00221
23              BRANDON REPORTING SERVICE
                  11-A Capitol Avenue
24                Hartford, CT 06106
                  Tel (860) 549-1850
25
```

Page 393

1   decision to make, he would have joined it.

2       Q    As a plaintiff, correct?

3       A    Yeah.  Well, his company, yes.

4       Q    Do you have any claims in this case against

5   Norman Zivin for doing anything other than serving as a

6   lawyer?

7       A    It's what he did as a lawyer.

8            MR. WIECHMANN:  Well, no.  First I object

9   as to form.

10  BY MR. ORDER:

11      Q    Let me ask you this question.

12           MR. WIECHMANN:  First, as to his claim.

13           MR. ORDER:  Are you objecting as to form?

14  I'm going to --

15           MR. WIECHMANN:  I know, but I --

16           MR. ORDER:  -- withdraw the question and

17  I'll move on.

18  BY MR. ORDER:

19      Q    Is there anything that you allege that Norm

20  Zivin did that gives rise to liability to Jarrow

21  Formulas that did not relate to his action or conduct as

22  an attorney?

23           MR. WIECHMANN:  Object as to form, so far

24  as it calls for a legal conclusion as opposed to

25  knowledge of fact.