E

SENT BY:                    4- 5-96 ;10:15AM ;        COOPER→ 310 204 2520;# 2/ 2

# COOPER & DUNHAM LLP

1185 AVENUE OF THE AMERICAS, NEW YORK, N.Y. 10036

TELEPHONE: (212) 278-0400

FACSIMILE: (212) 391-0525
(212) 391-0526
(212) 391-0630

April 5, 1996

**BY FAX**

Mr. Jarrow Rogovin
Jarrow Formulas, Inc.
1824 S. Robertson Blvd.
Los Angeles, CA 90035

Re: INC v. Horphag et al
Dkt. 48993

Dear Mr. Rogovin:

You have called my office and our Connecticut associate's office, and in both cases you were rude and insulting.

Henceforth, we will not accept any telephone calls from you. We will communicate only with your counsel.

Very truly yours,

Norman H. Zivin

NHZ/mn

cc: Jonathan A. Platow, Esq.

[Handwritten annotations:]
"That's a joke coming from a lawyer whose suit is a pack of lies."

"Not unless I hire one. Until then you're stuck with me."

"Your suit is rude and insulting. It's a lie. You'll have a substantial written response soon. You answer or else I'll take you to court on bad faith. I'm sick of lawyers. Further your clients are rude as hell. They hung up when challenged on basic facts. I was no ruder than your own clients."

D 000 505                                         TOTAL P.01