F

Voicemail
7:46 pm Friday, April 5, 1996:

Mr. Zivin this is Mr. Rogovin from Jarrow Formulas. I received your fax and it's incorrect. You ought to call people and ask them. I spoke in this kind of tone of voice which is no more rude and insulting than your lawsuit, number one.

Number two, uh Mr. LeFebvre hung up on me when I asked him about his mislabeling his product. He's off by only about 60 percent. I believe these are Lanham Act violations and I said that your mislabeling and your false advertising makes your suit moot.

Now in a panic and stammering he starts stuttering, "Well call my lawyer, you can speak to Zivin", and all that nonsense and hangs up the phone on me. I call back and he refuses to take it.

Now listen Mr. uh Flatow, when you sue people you talk to them. You get in their face and you talk to them ok? Don't play games, don't pretend that it's polite. It isn't polite. Suits are disgusting, especially when there a pack of lies and this one is a pack of lies and you'll find out about it real fast how much bullshit this is and if you don't like my language right now its because I'm ticked off at your client and I don't like the letter.

Now your client Bert Schwitters wrote a book. He knows the prior art. He knows the uh false mischaracterizations and the nomenclature of OPC's. He knows it goes back to the 40's, 50's, 60's and 70's. He knows they were characterized as antioxidants in the 60's and 70's. He knows the antioxidant effect was recognized in the 70's and early 80's. It goes on and on, Ok?

This is a damm lie from day one and both Schwitters and LeFebvre know that OPC 85 is mislabeling. Get it! Now you'll get all this in writing and your going to have to deal with me Mr. LeFebvre and I'll tell you. Mr. LeFebvre, Mr. Flatow and I'll tell you right now you better deflate your pompous attit.... (tape ends)


DEFENDANT'S EXHIBIT 130

D 00 5769

Voicemail
7:49 pm Friday, April 5, 1996:

Alright so this Zivin instead of Flatow, same difference.
As I was saying, deflate you attitude because I'll tell you right now, your clients know their mislabeling and they think their gonna sue? What kind of game is this anyway?

Oh well, lets, lets, lets, have a phony patent, lets mislabel, lets commit Lanham Act violations, let's say we have a trademark and that permits us to commit advertising fraud and we'll just sue people.

Now you two lawyers get out of my face! Because if you don't I'm gonna sue you two. You understand that! You hold me responsible for my actions, I hold you responsible for your actions. I'm sick and tired of lawyers, you people are scum! You're liars!

You people think you can just go and drop lawsuits on people's desks and walk away and then you're immune. You've full of it. You're not immune. The buck stops here on my desk. Any lawyer wants to sue me they better be righteous and not full of it like their clients are. And I'll tell you something more about your clients, ok. They're running around the country defaming all the defendants in this suit. That's right your clients are defaming everybody. So you tell your clients to stop behaving rudely. Because I'm sick of them holding up this suit with my company's name on it. And then saying how we're behaving unethically because their running all over the country doing that. Ok? And then you've got these Lifesource yahoos with some MLM company, putting out a mass mailing, a mass mailing, SIR!

So you people get yourselves under control and you cut out these phony lawsuits, these phony claims, defaming people in the marketplace, because Jarrow Formulas isn't going to put up with it.

Now your going to get my response in another day or two and you had better respond point by point to the science because right now you guys owe me $6,000 for (tape ends).

D 00 5770

Voicemail
7:52 pm Friday, April 5, 1996

So you're gonna get three messages from me alright. Now you ask your client, as I say, but you people owe me $6,000 for my time, ok, you robbed my time for me to go to the library pull these things and write this nonsense up and talk to a few people. Ok, you wasted my time. This is a fraud. This is a scam lawsuit. You're liable to me for my time. You have a duty of due diligence. And let me tell you something about your client. Ok, he wrote a book right, <u>OPC's In Practice</u>. You know he wrote that. Now you're telling me he spent no time in the library. He has no idea of prior art? Bullpucky,ok, horsefeathers. Now you send him, or or I probably will my self. You get back to him. You talk to him and you have him put in writing his response to the bibliography on prior art I have. You understand me? I want a written response from both of you, the legal side and the client side on this bibliography of prior art.

And I want that, I want that response immediately. I want a specific written response! No, No games about have your lawyer call me. No you call me, you deal with me, you look, you talk to me straight, like a mensch. You tell me what's going on here. You understand me? You tell me how all those scientists in 30,40 years of publication, somehow don't apply.

D 00 5771