H



**JARROW FORMULAS, INC.**
**SUPERIOR NUTRITION**
**AND FORMULATION**

1824 South Robertson Boulevard
Los Angeles, CA 90035-4317
(310) 204-6936
Toll Free (800) 726-0886
FAX (310) 204-2520

26 Sept 1996
Tel Aviv, Israel

To: Norman H. Zivin, Esq.

One Page Only.

Re: <u>INC vs The World</u>
[Zivin letter to Rowan – 18 Sept]

Your referenced letter requested "copies of the numerous references" in my "[massive] missive." I have directed my staff to make three (3) copies of the studies we have with a cover sheet listing same. They will be sent next day air to you, Brian Poissant and Scott Polisky. These studies are available at public scientific libraries. Since you are apparently unwilling to do the work necessary to support your "case," JFI will bill your firm for all three copies at the usual rate of $.25/sheet unless you <u>immediately</u> tell Poissant you don't want the copies after all.

I can safely assume that you will have your copy by the morning, Friday 27 Sept., and I likewise assume that my lawyers will want you to communicate with them in regard to JFI's 28 August communiqué. Indeed, by copy of this letter, they are instructed to be thus embued with desire that you do something other than have another snit when you're told you have problems with your case. I expect you to have some straight answers Friday for my lawyers.

Also, if there are any references in the Addendum or Appendix that you do not receive, your staff or a library service can obtain them for you. I will do no more in this regard. The evidence you have is overwhelming and any missing items would be redundant. Do your own make /work.

I am returning from abroad 7 October. Shortly afterward, I will direct suit be filed against you, Schwitters, INC, PSI and Masquelier if this obnoxious little farce isn't over. Schwitters has set the tone for this whole thing: He's an arrogant fellow that has libeled and slandered defendants including JFI. I also think he knew from the day one the patent was a fraud but he's such a conceited, arrogant Scientology-type wierd-o — who thinks he's though smarter and better than everyone else — that he could get away with this con. Don't get sucked in by him, just drop it.

Kindest regards,
Jarrow

D 000 648