Case 3:01-cv-00478-AVC   Document 257-10   Filed 08/31/2005   Page 1 of 3

# Jarrow FORMULAS, INC™        Superior Nutrition and Formulation℠

1824 South Robertson Blvd.
Los Angeles, CA 90035-4317
310/204-6936 • 800/726-0886

FEB 2 0 1997

Fax Numbers
Orders    800/890-8955
General   310/204-2520
Administrative  310/204-5132

By fax - 708/579-6152

February 20, 1997

TO: HENKEL CORPORATION
ATTN:  KEN FOX          ----------please pass on to Henkel's in-house counsel
RE:  INC lawsuit, etc.

Dear Ken:

My rage over the phone this morning derives from a number of factors related to the referenced litigation. I have never experienced so many incompetent attorneys or parties principal in a case in my life. At one time I worked as a legal secretary and then a paralegal plus I have -- unfortunately -- experienced a certain amount of corporate litigation as CEO of Jarrow Formulas. The stupidity in the INC case abounds without bounds: Thus, my rage: Generally, I am able to litigate a matter with a sense of progress, even if expensive, painful and difficult. I am able to push the matter ahead and achieve a finish. This case is just pure garbage with the consistency of tar. Everything that could be done wrong by parties and their counsel has been done -- or virtually so. Very, very little has been done that makes sense, bad faith abounds and the collective arrogance in the face of incompetence, cowardice and stupidity is revolting.



Charles Haimoff is no exception in the matter [to me]: If he doesn't know that the 360 patent is crap, he's ignorant if not a fool. Certainly MW's principals have not gainsayed the truth of the matter and I can't believe that Michael and Lew haven't told Haimoff that the 360 is a fraud. Nevertheless, Haimoff filed suit in France for control of a worthless hoax and Schwitters wreaked his revenge on Haimoff, MW and a multitude of others in the industry by suing in Connecticut and then in San Francisco. (Legal defense fees to date are in excess of $1 million while a coordinated effort targeting the patent could have dispensed of it for less than $100,000. However, the damn fools have tied it up in jurisdictional motions and requests for stays that procedurally have created a bog while spending enough to make a gold-plated marina. They don't even know how to write a protective order: It's pathetic; it's sickening.) So Haimoff is having a pissing contest with Masquelier in France over a patent that -- apparently -- Horphag is not defending in the patent office matter. Unless I am going to be very much surprised by March 13 (the deadline for filing a response to Dr. Rollins' rejection of the patent claim on SEVEN (7) grounds -- most of them based on Masquelier's own prior 407 and 661 patents and even Schwitters' own book "OPCs in Practice" -- only Zivin (who is, in my experience in this case, a compulsive if not pathological liar) is going to file a response. (Schwitters' filthy little press release through AdInfinitum (another bunch of irresponsible brats who commit libel against a total stranger) appears to reveal their strategy with the patent office: To claim that Rollins' rejection is merely "hindsight." Not true if you read the documents.)

So what's Haimoff got to do with all this -- and Marvin Gittes? Apparently Gittes -- at Haimoff's instructions, of course -- intends to file a motion to stay the San Francisco proceedings pending the outcome of the case in France. The problem is that neither Jarrow Formulas nor anyone else who's a defendant cares about who owns the patent: The patent is crap. We want it gone. We have all been libeled, we have all been dragged through financial and legal

RESTRICTED        JAR 1559
CONFIDENTIAL

Ken Fox/Henkel
Re: INC lawsuit re OPCs
20 Feb '97 -- page 2

expense and tumult. We want to be made whole: We want our legal fees back and we want to sue the hell out of Scwitters and Zivin for malicious prosecution and Masquelier for inequitable conduct by lying to the patent office when he applied for the 360 -- and then conspiring with Schwitters and Zivin to concoct this disgusting farce.

In other words, Mr. Haimoff is unnecessarily running up everyone's legal fees and getting in our way. If Gittes files papers requesting a stay or claiming lack of jurisdiction, we are going to have to spend time and money opposing his nonsense.

Would someone at Henkel clue in Haimoff and Gittes that people are getting real frustrated and real pissed off. There's another issue: Pycnogenol is a nice little mark, but that's all. Jarrow Formulas can do plenty of damage to it by saying -- quite truthfully -- that:

1) There are competitors -- lots of them -- that are just as good and cost less;
2) The mark is held by and licensed to companies who are protecting a fraud against the U.S. patent office; and
3) That the parties responsible for and benefitting from the mark are refusing to help end a meritless, malicious, bad faith litigation against many of the industry's best companies.

So people can decide from that what product they want to support.

Gittes asked me if I was threatening him. I said no. I'm threatening his client. I'm just willing to inflict some of the pain on him and his cohorts that's being inflicted on me.

I want this miserable charade to stop: NOW! And Henkel is not helpless in this matter, is it? Enough is enough. Henkel should not pretend that there is nothing going on while it markets Pycnogenol®.

Sincerely,

Jarrow L. Rogovin
President

cc: All defendants and counsel; NNFA

P.S. How many lawyers and companies do you know that would file a second lawsuit in the same matter -- but do so two weeks after the patent office has rejected the one simple claim of a patent on seven different grounds and mostly based upon the patentee's own prior patents? Something is very, very wrong here.

RESTRICTED
CONFIDENTIAL
JAR 1560