FILED

2005 SEP -8 P 3: 57

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:01-CV-00478 (AVC) |
| v. | ) | |
| | ) | |
| INTERNATIONAL NUTRITION | ) | |
| COMPANY, INTEGRATED | ) | |
| BIOCEUTICALS, LLC, PRIMARY | ) | |
| SERVICES, INC., PRIMARY SOURCE, | ) | |
| LLC, NORMAN H. ZIVIN, AND JACK | ) | |
| MASQUELIER, | ) | |
| | ) | |
| Defendants. | ) | SEPTEMBER 8, 2005 |

**PLAINTIFF'S MOTION FOR PERMISSION TO FILE SURREPLY MEMORDANDUM IN FURTHER OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Jarrow Formulas, Inc. respectfully requests permission from this Court to file the accompanying Surreply Memorandum in Further Opposition to the Motion for Summary filed by Defendants International Nutrition Company, Integrated Bioceuticals, LLC, Primary Services, Inc., Primary Source, LLC, Norman H. Zivin, and Jack Masquelier ("Defendants") on July 18, 2005 [Dkt. # 234]. The attached Surreply Memorandum is submitted to address specific issues and arguments raised by Defendants in their Reply Memorandum dated August 24, 2005 [Dkt. # 254].

**ORAL ARGUMENT REQUESTED**

THE PLAINTIFF,
JARROW FORMULAS, INC.
BY MCCARTER & ENGLISH, LLP
ITS ATTORNEYS

By_____
ERIC WATT WIECHMANN (CT 04311)
ERIC E. GRONDAHL (CT 08988)
JASON C. WELCH (CT 23418)
CityPlace I
185 Asylum Street
Hartford, CT  06103
(860) 275-6700
(860) 724-3397 (fax)
egrondahl@mccarter.com
         -and-
ALEXANDRA B. STEVENS (CT 20300)
Four Stamford Plaza
107 Elm Street
Stamford, CT  06901
(203) 324-1800
(203) 323-6513 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing PLAINTIFF'S MOTION FOR PERMISSION TO FILE SURREPLY MEMORDANDUM IN FURTHER OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT has been mailed, postage prepaid, this 8th day of September, 2005 to

>RICHARD S. ORDER, ESQ.
>ERIC D. BEAL, ESQ.
>Axinn, Veltrop & Harkrider LLP
>90 State House Square
>Hartford, CT  06103

_____
ERIC E. GRONDAHL

MEI\5212181.1