FILED

2005 SEP -8 P 3:57

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>INTERNATIONAL NUTRITION )<br>COMPANY, INTEGRATED )<br>BIOCEUTICALS, LLC, PRIMARY )<br>SERVICES, INC., PRIMARY SOURCE, )<br>LLC, NORMAN H. ZIVIN, AND JACK )<br>MASQUELIER, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:01-CV-00478 (AVC)<br><br><br><br><br><br><br><br><br><br><br>SEPTEMBER 8, 2005 |

### PLAINTIFF'S MOTION FOR PERMISSION TO FILE SURREPLY MEMORDANDUM IN FURTHER OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PATENT INVALIDITY, INEQUITABLE CONDUCT, OR FRAUD

Plaintiff Jarrow Formulas, Inc. respectfully requests permission from this Court to file the accompanying Surreply Memorandum in Opposition to the Motion in Limine to Exclude Evidence of Patent Invalidity, Inequitable conduct, or Fraud filed by Defendants International Nutrition Company, Integrated Bioceuticals, LLC, Primary Services, Inc., Primary Source, LLC, Norman H. Zivin, and Jack Masquelier ("Defendants") on July 18, 2005 [Dkt. # 236]. The

**ORAL ARGUMENT REQUESTED**

attached Surreply Memorandum is submitted to address specific issues and arguments raised by Defendants in their Reply Memorandum dated August 24, 2005 [Dkt. # 255].

> THE PLAINTIFF,
> JARROW FORMULAS, INC.
> BY MCCARTER & ENGLISH, LLP
> ITS ATTORNEYS
>
> By _____
> ERIC WATT WIECHMANN (CT 04311)
> ERIC E. GRONDAHL (CT 08988)
> JASON C. WELCH (CT 23418)
> CityPlace I
> 185 Asylum Street
> Hartford, CT 06103
> (860) 275-6700
> (860) 724-3397 (fax)
> egrondahl@mccarter.com
>          -and-
> ALEXANDRA B. STEVENS (CT 20300)
> Four Stamford Plaza
> 107 Elm Street
> Stamford, CT 06901
> (203) 324-1800
> (203) 323-6513 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing PLAINTIFF'S MOTION FOR PERMISSION TO FILE SURREPLY MEMORDANDUM IN FURTHER OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PATENT INVAILIDITY, INEQUITABLE CONDUCT, OR FRAUD has been mailed, postage prepaid, this 8th day of September, 2005 to

        RICHARD S. ORDER, ESQ.
        ERIC D. BEAL, ESQ.
        Axinn, Veltrop & Harkrider LLP
        90 State House Square
        Hartford, CT 06103

                            _/s/ E. E. Grondahl_
                            ERIC E. GRONDAHL