UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC., | ) | CIVIL ACTION NO. |
| | ) | 3:01 CV 478 (AVC) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL NUTRITION COMPANY, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | SEPTEMBER 12, 2005 |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTIONS FOR PERMISSION TO FILE SUR-REPLIES**

Defendants respectfully submit this response to plaintiff Jarrow Formulas, Inc.'s ("JFI") motions for permission to file sur-replies to defendants' motion for summary judgment and motion in limine, both dated September 8, 2005. As defendants observed in one of their reply briefs to which JFI now seeks to respond, "[i]n the present case, JFI has repeatedly supplemented its papers and filed many sur-replies to defendants' motions, virtually as a routine practice." Defendants' Reply Brief in Further Support of Their Motion in Limine dated August 24, 2005, at 4 n.1.

JFI's routine attempts to get in the last word flout and relegate to an exception the Local Rules and the convention that expect the final motion paper to be the defendants' reply brief. Moreover, while JFI has repeatedly accused defendants of delaying a trial (which may or may not occur), JFI is not expediting matters by prolonging the briefing of these motions. Nevertheless, because JFI's sur-replies simply repeat arguments that it made in its opposition briefs, defendants do not object to the motions for permission to file.

CTDOCS:14835.1

Defendants assume that likewise, JFI will have no objection to any sur-replies defendants may seek to file in response to JFI's reply briefs on their three motions in limine, in the event that JFI states anything in its reply briefs that warrants further response.

Defendants agree with JFI that oral argument is necessary and would facilitate the Court's ruling on these motions.

> DEFENDANTS,
> INTERNATIONAL NUTRITION COMPANY,
> EGBERT SCHWITTERS, NORMAN H. ZIVIN,
> JACK MASQUELIER, INTEGRATED
> BIOCEUTICALS, LLC, PRIMARY SOURCE,
> LLC, AND PRIMARY SERVICES, INC.
>
>
> By: /s/ Eric D. Beal
>     RICHARD S. ORDER, ESQ.
>     Federal Bar No. ct02761
>     E-mail: rso@avhlaw.com
>     ERIC D. BEAL, ESQ.
>     Federal Bar No. ct23167
>     E-mail: exb@avhlaw.com
>     Axinn, Veltrop & Harkrider LLP
>     90 State House Square
>     Hartford, CT 06103-3702
>     Telephone:    860-275-8100
>     Facsimile:    860-275-8101

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been served by U.S. mail, postage prepaid, this 12th day of September, 2005 to:

Eric W. Wiechmann Esq.
Mark D. Giarratana, Esq.
Alexandra B. Stevens, Esq.
Eric E. Grondahl, Esq.
McCarter & English
CityPlace I
185 Asylum Street
Hartford, CT 06103


                                          /s/    Eric D. Beal
                                          Eric D. Beal
                                          AXINN, VELTROP & HARKRIDER LLP