#259

FILED

2005 SEP -8 P 3: 57

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:01-CV-00478 (AVC) |
| v. | ) | |
| | ) | |
| INTERNATIONAL NUTRITION | ) | |
| COMPANY, INTEGRATED | ) | |
| BIOCEUTICALS, LLC, PRIMARY | ) | |
| SERVICES, INC., PRIMARY SOURCE, | ) | |
| LLC, NORMAN H. ZIVIN, AND JACK | ) | |
| MASQUELIER, | ) | |
| | ) | |
| Defendants. | ) | SEPTEMBER 8, 2005 |

### PLAINTIFF'S MOTION FOR PERMISSION TO FILE SURREPLY MEMORDANDUM IN FURTHER OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Jarrow Formulas, Inc. respectfully requests permission from this Court to file the accompanying Surreply Memorandum in Further Opposition to the Motion for Summary filed by Defendants International Nutrition Company, Integrated Bioceuticals, LLC, Primary Services, Inc., Primary Source, LLC, Norman H. Zivin, and Jack Masquelier ("Defendants") on July 18, 2005 [Dkt. # 234]. The attached Surreply Memorandum is submitted to address specific issues and arguments raised by Defendants in their Reply Memorandum dated August 24, 2005 [Dkt. # 254].

**ORAL ARGUMENT REQUESTED**

September 12, 2005. GRANTED.
SO ORDERED.
/s/ Alfred V. Covello, U.S.D.J.