9-9-05

#260

FILED

UNITED STATES DISTRICT COURT   2005 SEP -9  P 3: 57

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:01-CV-00478 (AVC) |
| v. | ) | |
| | ) | |
| INTERNATIONAL NUTRITION | ) | |
| COMPANY, INTEGRATED | ) | |
| BIOCEUTICALS, LLC, PRIMARY | ) | |
| SERVICES, INC., PRIMARY SOURCE, | ) | |
| LLC, NORMAN H. ZIVIN, AND JACK | ) | |
| MASQUELIER, | ) | |
| | ) | |
| Defendants. | ) | SEPTEMBER 8, 2005 |

## PLAINTIFF'S MOTION FOR PERMISSION TO FILE SURREPLY MEMORDANDUM IN FURTHER OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PATENT INVALIDITY, INEQUITABLE CONDUCT, OR FRAUD

Plaintiff Jarrow Formulas, Inc. respectfully requests permission from this Court to

file the accompanying Surreply Memorandum in Opposition to the Motion in Limine to Exclude

Evidence of Patent Invalidity, Inequitable conduct, or Fraud filed by Defendants International

Nutrition Company, Integrated Bioceuticals, LLC, Primary Services, Inc., Primary Source, LLC,

Norman H. Zivin, and Jack Masquelier ("Defendants") on July 18, 2005 [Dkt. # 236].  The

**ORAL ARGUMENT REQUESTED**

September 12, 2005.  GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.