8/CV478minlimto

248

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:01-CV-00478 (AVC) |
| v. ) | |
| ) | |
| INTERNATIONAL NUTRITION ) | |
| COMPANY, INTEGRATED ) | |
| BIOCEUTICALS, LLC, PRIMARY ) | |
| SERVICES, INC., PRIMARY SOURCE, ) | |
| LLC, EGBERT SCHWITTERS, NORMAN ) | |
| H. ZIVIN, and JACK MASQUELIER, ) | |
| ) | |
| Defendants ) | AUGUST 10, 2005 |

**JARROW FORMULAS, INC.'S MOTION IN LIMINE
TO LIMIT THE TESTIMONY AT TRIAL OF NORMAN ZIVIN**

Pursuant to Federal Rule of Civil Procedure 37(c) and Local Rule 7(a), Plaintiff Jarrow Formulas, Inc. ("JFI") hereby submits this Motion in Limine to limit the testimony at trial of Norman H. Zivin. As set forth in detail in the Memorandum of Law filed herewith, Defendants did not identify Zivin as an expert witness pursuant to Federal Rule of Civil Procedure 26(a) and Zivin refused to respond to questions during his deposition which he deemed to call for expert testimony. In addition, Defendants invoked the attorney-client privilege and attorney work product doctrine to limit Zivin's testimony during his deposition. Accordingly, Plaintiff JFI seeks an order precluding Zivin from providing expert opinion testimony at trial, and precluding Zivin from testifying as to any subjects that he and/or his client invoked the attorney-client privilege or the attorney work product doctrine at Zivin's deposition.

**ORAL ARGUMENT REQUESTED**

March 31, 2006. Granted to the extent that fact witness Norman Zivin may not offer expert opinion testimony at trial or testify concerning matters in which he has previously asserted the attorney-client privilege.
SO ORDERED.

Alfred V. Covello, U.S.D.J.