UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC.. | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:01-CV-00478 (AVC) |
| | ) |
| INTERNATIONAL NUTRITION COMPANY, INTEGRATED BIOCEUTICALS, LLC, PRIMARY SERVICES, INC., PRIMARY SOURCE, LLC, EGBERT SCHWITTERS, NORMAN H. ZIVIN, and JACK MASQUELIER, | ) ) ) ) ) ) |
| | ) |
| Defendants | ) AUGUST 10, 2005 |

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE CERTAIN EVIDENCE REGARDING UNRELATED PRIOR LAWSUITS AND STATEMENTS**

Plaintiff Jarrow Formula's, Inc. ("JFI") hereby submits this Motion in Limine to to preclude Defendants International Nutrition Company, Integrated Bioceuticals, LLC, Primary Services, Inc., Primary Source, LLC, Egbert Schwitters, Norman H. Zivin, and Jack Masquelier ("Defendants') in this case from (1) offering any evidence at trial regarding prior lawsuits to which JFI was a party, (2) offering any evidence of statements or communication made by Jarrow Rogovin connected with those prior lawsuits, and (3) offering any evidence regarding events connected with Jarrow Rogovin's attendance at a trade show in Baltimore, Maryland in 1996.

As set forth in detail in the Memorandum of Law filed herewith, this evidence is inadmissible pursuant to Fed. R. Evid. Rules 402, 403 and 404 because it is irrelevant, it is prejudicial, and it improperly attempts to inject character evidence into this case.

**ORAL ARGUMENT REQUESTED**

*[Handwritten margin note: March 31, 2006. SO ORDERED. The motion is denied without prejudice to its reargument at trial. Alfred V. Covello, U.S.D.J.]*