UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:01-CV-00478 (AVC) |
| v. | ) | |
| | ) | |
| INTERNATIONAL NUTRITION COMPANY, INTEGRATED BIOCEUTICALS, LLC, PRIMARY SERVICES, INC., PRIMARY SOURCE, LLC, EGBERT SCHWITTERS, NORMAN H. ZIVIN, and JACK MASQUELIER, | ) ) ) ) ) ) ) | |
| Defendants | ) | AUGUST 10, 2005 |

### JARROW FORMULAS, INC.'S MOTION IN LIMINE TO PRECLUDE WITNESSES LIEF, BENECH, AND GITTES FROM OFFERING EXPERT TESTIMONY AT TRIAL

Pursuant to Federal Rule of Civil Procedure 37(c) and Local Rule 7(a), Plaintiff Jarrow Formulas, Inc. ("JFI") hereby submits this Motion in Limine to preclude certain witnesses identified by Defendants International Nutrition Company, Integrated Bioceuticals, LLC, Primary Services, Inc., Primary Source, LLC, Egbert Schwitters, Norman H. Zivin, and Jack Masquelier ("Defendants") at pages 20 and 21 of the parties' Joint Trial Memorandum, dated January 7, 2005 [Dkt. # 216], from offering expert testimony and opinion at the trial of this case. JFI submits that any testimony related to any legal or expert opinion to be offered at trial by witnesses Marvin Gittes, Frederic Benech, and Philippe Lief should not be permitted because

**ORAL ARGUMENT REQUESTED**

March 31, 2006. Granted to the extent that the witnesses indentified herein may not offer expert opinion testimony at trial.
SO ORDERED.

Alfred V. Covello, U.S.D.J.