234

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JARROW FORMULAS, INC.,                )    CIVIL ACTION NO.
                                      )    3:01 CV 478 (AVC)
        Plaintiff,                    )
                                      )
v.                                    )
                                      )
ITIONAL NUTRITION COMPANY,            )
                                      )
        endants.                      )    JULY 18, 2005

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

ccordance with the Court's Amended Scheduling Order dated July 5, 2005, defendants

al Nutrition Company ("INC"), Egbert Schwitters, Jack Masquelier, Norman H. Zivin,

BioCeuticals, LLC ("IBC"), Primary Source, LLC ("PS"), and Primary Services, Inc. ("PSI")

submit this motion for summary judgment on the objective prong of the sham litigation test.

trated in Defendants' Local Rule 56(a)(1) Statement and Memorandum of Law filed

y with this motion, there are no genuine issues of material fact and the defendants are entitled

l as a matter of law.

core allegations made by plaintiff Jarrow Formulas, Inc. ("JFI") focus on INC's

n litigation in commencing and maintaining a patent and trademark infringement

st JFI and others in this Court and a patent infringement action against others in the

strict of California.[1]  These allegations form the nucleus for JFI's federal and

ntitrust claims (Counts 1 and 2), Connecticut Unfair Trade Practices Act

[1] e other defendants in this action were parties to the underlying litigation,
al Nutrition Company v. Horphag, Civil Action No. 3:96-CV-00386 (DJS) (D.
e "Connecticut action"), and International Nutrition Company v. Interhealth
ls, Inc., Civil Action No. C97-0377 SI (N.D. Cal.) (the "California action").

GUMENT REQUESTED

The motion is denied as there are genuine issues of material fact as to whether the underlying patent and trademark infringement litigation was commenced or maintained without probable cause.

Alfred V. Covello, U.S.D.J.

3:01cv478 (AVC). April 18, 2006.

SO ORDERED.

2006 APR 18 P 3:08