UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTIUCT

JARROW FORMULAS, INC., :
　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff. :
　　　　　　　　　　　　　　　　　　　:
vs. : Civil Action No. 3:01-cv-00478
　　　　　　　　　　　　　　　　　　　:
INTERNATIONAL NUTRITION :
COMPANY, et al. :
　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants. : November 3, 2006

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned hereby moves to withdraw his appearance on behalf of the plaintiff, Jarrow Formulas, Inc. ("Plaintiff"). In support of such motion, the undersigned represents as follows:

1.　　This attorney previously entered his appearance while in practice at McCarter & English, LLP, on behalf of Plaintiff.

2.　　The undersigned is no longer in practice at McCarter & English, LLP.

3.　　Plaintiff is currently represented by other counsel at McCarter & English, LLP, including Eric Wiechmann.

Dated: November 3, 2006  
      Hartford, Connecticut

RESPECTFULLY SUBMITTED,  
THE PLAINTIFF,  
JARROW FORMULAS, INC.

By:   /s/ Jason C. Welch  
      Jason C. Welch  
      Federal Bar No.: ct 23418  
      jwelch@mccarter.com  
      McCARTER & ENGLISH LLP  
      CityPlace I  
      185 Asylum Street  
      Hartford, CT 06103  
      Tel: 860.275.6700  
      Fax: 860.724.3397

## CERTIFICATE OF SERVICE

    I hereby certify that on this 3rd day of November, 2006 a copy of the foregoing Motion to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/ Jason C. Welch  
          Jason C. Welch  
          Federal Bar No.: ct23418

ME1\5926998.1