UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC. | ) | CIVIL ACTION NO.: |
| | ) | 3:01 CV 478 (AVC) |
| Plaintiffs, | ) | |
| | ) | |
| INTERNATIONAL NUTRITION COMPANY, INTEGRATED BIOCEUTICALS, LLC, PRIMARY SERVICES, INC., PRIMARY SOURCE, LLC, EGBERT SCHWITTERS, NORMAN H. ZIVIN, and JACK MASQUELIER, | ) | |
| Defendants. | ) | JANUARY 12, 2007 |

## APPEARANCE

Please enter my appearance on behalf of the plaintiff, Jarrow Formulas, Inc.

Dated: January 12, 2007
Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE PLAINTIFF,
JARROW FORMULAS, INC.

By: _____
Andrew D. Moore
Federal Bar No.: ct 22281
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
Tel.: (860) 275-6700
Fax: (860) 724-3397

-2-

## CERTIFICATION

This is to certify that on this 12th day of January 2007, a copy of the foregoing Appearance was sent by first-class mail, postage prepaid, to:

Richard S. Order, Esq.
Eric D. Beal, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, Connecticut 06103-3702

_____
Andrew D. Moore