UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC. | ) | CIVIL ACTION NO.: |
| | ) | 3:01 CV 478 (AVC) |
| Plaintiffs, | ) | |
| | ) | |
| INTERNATIONAL NUTRITION COMPANY, INTEGRATED BIOCEUTICALS, LLC, PRIMARY SERVICES, INC., PRIMARY SOURCE, LLC, EGBERT SCHWITTERS, NORMAN H. ZIVIN, and JACK MASQUELIER, | ) | |
| Defendants. | ) | JANUARY 12, 2007 |

## PLAINTIFF'S MOTION FOR EXTENSION OF SCHEDULING ORDER

The plaintiff, Jarrow Formulas, Inc. ("JFI"), hereby moves for an extension of time of approximately four (4) months, up to and including June 18, 2007, to begin jury selection and trial, and for an order scheduling the dates for filing or re-filing and arguing motions in limine, Daubert motions, and any dispositive motions to dates closer in proximity to the new trial date.

Richard S. Order, counsel for all of the defendants in this action, has advised JFI that the defendants have no objection to the requested extension of time, provided that the trial not be scheduled between May 12, 2007, and June 15, 2007, due to scheduling conflicts. JFI respectfully requests that the Court extend the foregoing dates to dates that will work for both parties, as the parties' experts are from the west coast, JFI's principal resides in California, one of the defendants' principals resides in Europe, and defendant Norman Ziven resides in New York and has a busy law practice. This is the first motion for extension of time with respect to this matter.

INFORMATION
REDACTED

INFORMATION
REDACTED

INFORMATION
REDACTED

In the meantime, the parties will continue to engage in discussions geared toward resolving this litigation. The Honorable Thomas P. Smith has scheduled a settlement conference with the parties for January 31, 2007. In the event that this motion is granted, the parties will contact Magistrate Judge Smith regarding that conference and determine if another settlement conference with the parties' principals closer to the new trial date would also be worthwhile.

WHEREFORE, the plaintiff, Jarrow Formulas, Inc., respectfully requests that the Court grant its motion for extension of the scheduling order and order that the start of jury selection commence no earlier than June 18, 2007. The plaintiff also requests that the Court schedule the dates for filing or re-filing and arguing motions in limine, Daubert motions, and any dispositive motions to dates closer in proximity to the new trial date.

---

[1] JFI assumes that the Court will order trial to begin shortly after jury selection. However, if the Court determines that the parties should select a jury in February and defer that jury to a trial in June, that is acceptable to JFI.

-3-

Dated: January 12, 2007
      Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE PLAINTIFF,
JARROW FORMULAS, INC.

By: *[signature]*

Eric Watt Wiechmann
Federal Bar No.: ct 04331
Andrew D. Moore
Federal Bar No.: ct 22281
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
Tel.: (860) 275-6700
Fax: (860) 724-3397

-and-

Alexandra B. Stevens
Federal Bar No.: ct 20300
McCarter & English, LLP
Financial Centre, Suite 304A
695 East Main Street
Stamford, Connecticut 06901
Tel.: (203) 399-5900
Fax: (203) 399-5830

## CERTIFICATION

This is to certify that on this 12th day of January 2007, a copy of the foregoing Motion for Extension of Scheduling Order was sent by first-class mail, postage prepaid, to:

Richard S. Order, Esq.
Eric D. Beal, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, Connecticut 06103-3702

_____
Andrew D. Moore

# EXHIBIT A

INFORMATION
REDACTED

INFORMATION
REDACTED

INFORMATION
REDACTED