UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC. | ) | CIVIL ACTION NO.: |
| | ) | 3:01 CV 478 (AVC) |
| Plaintiffs, | ) | |
| | ) | |
| INTERNATIONAL NUTRITION COMPANY, INTEGRATED BIOCEUTICALS, LLC, PRIMARY SERVICES, INC., PRIMARY SOURCE, LLC, EGBERT SCHWITTERS, NORMAN H. ZIVIN, and JACK MASQUELIER, | ) | |
| | ) | |
| Defendants. | ) | JANUARY 12, 2007 |

### MOTION TO SEAL
### PLAINTIFF'S MOTION FOR EXTENSION OF SCHEDULING ORDER

Pursuant to Rule 5(d) of the Local Rules of the United States District Court for the District of Connecticut, the plaintiff, Jarrow Formulas, Inc. ("JFI"), hereby moves to seal its Motion for Extension of Scheduling Order, dated January 12, 2007 ("Motion for Extension"). In its Motion for Extension, JFI has requested an extension of time of approximately four (4) months, up to and including June 18, 2007, to begin jury selection and trial, and for an order scheduling the dates for filing or re-filing and arguing motions in limine, Daubert motions, and any dispositive motions to dates closer in proximity to the new trial date. A redacted version of JFI's Motion for Extension has been filed with the Court. An unredacted version of the Motion for Extension is attached hereto in an unsealed envelope.

Richard S. Order, counsel for all of the defendants in this action, has consented to the sealing of the redacted portions of the Motion for Extension. On the date of this motion, JFI will

-2-

provide Mr. Order with a copy of the unredacted Motion for Extension under his agreement to keep the redacted information confidential.

When a district court considers a motion to seal, it enjoys considerable discretion in determining whether good cause exists to overcome the presumption of open access to documents filed with the court. See Geller v. Branic Int'l Realty Corp., 212 F.3d 734, 738 (2d Cir. 2000). JFI's Motion for Extension is based on a personal and sensitive medical matter that has no relation to the merits of the above-captioned litigation and should not be disclosed to the public. The individual to whom the medical matter relates plainly has a privacy interest in the medical information contained in the Motion for Extension. Indeed, the federal legislature recognized this right to privacy in enacting the Health Insurance Portability and Privacy Act of 1996 ("HIPPA"), and mandating that the Secretary of Health and Human Services make recommendations for the creation of standards to keep individually identifiable medical records confidential. See Pub. L. No. 104-191, § 264 (1996). Accordingly, because the information in the Motion for Extension would identify an individual's medical information – and because that information is not at issue in the case, but merely the impetus behind a motion for extension of time – it should not be disclosed to the public.

WHEREFORE, the plaintiff, Jarrow Formulas, Inc., respectfully requests that the Court grant Motion to Seal Plaintiff's Motion for Extension of Scheduling Order and enter an order that the redacted portions of Plaintiff's Motion for Extension of Scheduling Order, dated January 12, 2007, be sealed from public record.

Dated: January 12, 2007          RESPECTFULLY SUBMITTED,
      Hartford, Connecticut

THE PLAINTIFF,
JARROW FORMULAS, INC.

By: _____
    Eric Watt Wiechmann
    Federal Bar No.: ct 04331
    Andrew D. Moore
    Federal Bar No.: ct 22281
    McCarter & English, LLP
    CityPlace I
    185 Asylum Street
    Hartford, Connecticut 06103
    Tel.: (860) 275-6700
    Fax: (860) 724-3397

      -and-

    Alexandra B. Stevens
    Federal Bar No.: ct 20300
    McCarter & English, LLP
    Financial Centre, Suite 304A
    695 East Main Street
    Stamford, Connecticut 06901
    Tel.: (203) 399-5900
    Fax: (203) 399-5830

## **CERTIFICATION**

This is to certify that on this 12th day of January 2007, a copy of the foregoing Motion to Seal Plaintiff's Motion for Extension of Scheduling Order was sent by first-class mail, postage prepaid, to:

Richard S. Order, Esq.
Eric D. Beal, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, Connecticut 06103-3702

                                                 Andrew D. Moore