287

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC. | ) | CIVIL ACTION NO.: |
| | ) | 3:01 CV 478 (AVC) |
| Plaintiffs, | ) | |
| | ) | |
| INTERNATIONAL NUTRITION COMPANY, INTEGRATED BIOCEUTICALS, LLC, PRIMARY SERVICES, INC., PRIMARY SOURCE, LLC, EGBERT SCHWITTERS, NORMAN H. ZIVIN, and JACK MASQUELIER, | ) | |
| Defendants. | ) | JANUARY 12, 2007 |

**PLAINTIFF'S MOTION FOR EXTENSION OF SCHEDULING ORDER**

The plaintiff, Jarrow Formulas, Inc. ("JFI"), hereby moves for an extension of time of approximately four (4) months, up to and including June 18, 2007, to begin jury selection and trial, and for an order scheduling the dates for filing or re-filing and arguing motions in limine, Daubert motions, and any dispositive motions to dates closer in proximity to the new trial date.

Richard S. Order, counsel for all of the defendants in this action, has advised JFI that the defendants have no objection to the requested extension of time, provided that the trial not be scheduled between May 12, 2007, and June 15, 2007, due to scheduling conflicts. JFI respectfully requests that the Court extend the foregoing dates to dates that will work for both parties, as the parties' experts are from the west coast, JFI's principal resides in California, one of the defendants' principals resides in Europe, and defendant Norman Ziven resides in New York and has a busy law practice. This is the first motion for extension of time with respect to this matter.

[Margin annotation, left side, vertical:] 3:01CV0478(AVC) January 23, 2007. The motion is GRANTED in part, and DENIED in part. The jury selection set for February 1, 2007, is cancelled. SO ORDERED. Alfred V. Covello, U.S.D.J.