UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC. | ) | CIVIL ACTION NO. |
| | ) | 3:01 CV 478 (AVC) |
| Plaintiffs, | ) | |
| | ) | |
| INTERNATIONAL NUTRITION COMPANY, INTEGRATED BIOCEUTICALS, LLC, PRIMARY SERVICES, INC., PRIMARY SOURCE, LLC, EGBERT SCHWITTERS, NORMAN H. ZIVIN, and JACK MASQUELIER, | ) ) ) ) ) ) ) | |
| Defendants. | ) | JANUARY 12, 2007 |

## MOTION TO SEAL
## PLAINTIFF'S MOTION FOR EXTENSION OF SCHEDULING ORDER

Pursuant to Rule 5(d) of the Local Rules of the United States District Court for the District of Connecticut, the plaintiff, Jarrow Formulas, Inc. ("JFI"), hereby moves to seal its Motion for Extension of Scheduling Order, dated January 12, 2007 ("Motion for Extension"). In its Motion for Extension, JFI has requested an extension of time of approximately four (4) months, up to and including June 18, 2007, to begin jury selection and trial, and for an order scheduling the dates for filing or re-filing and arguing motions in limine, Daubert motions, and any dispositive motions to dates closer in proximity to the new trial date. A redacted version of JFI's Motion for Extension has been filed with the Court. An unredacted version of the Motion for Extension is attached hereto in an unsealed envelope.

Richard S. Order, counsel for all of the defendants in this action, has consented to the sealing of the redacted portions of the Motion for Extension. On the date of this motion, JFI will

3:01CV0478(AVC) January 23, 2007. The motion is GRANTED.
SO ORDERED
Alfred V. Covello, U.S.D.J.