UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JARROW FORMULAS, INC.<br><br>                Plaintiff,<br><br>vs.<br><br>INTERNATIONAL NUTRITION COMPANY, et al.<br><br>                Defendants. | Civil Action No. 3:01-cv-00478<br><br><br><br>January 31, 2007 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned hereby moves to withdraw his appearance on behalf of the defendant, International Nutrition Company, et al. ("Defendant"). In support of such motion, the undersigned represents as follows:

1.     This attorney previously entered his appearance while in practice at Axinn, Veltrop & Harkrider LLP.

2.     The undersigned is no longer in practice at Axinn, Veltrop & Harkrider LLP.

3.     Plaintiff is currently represented by other counsel at Axinn, Veltrop & Harkrider LLP, including Richard S. Order.

Dated: January 31, 2007  
Hartford, Connecticut

RESPECTFULLY SUBMITTED,  
THE DEFENDANTS,

By: _____  
Eric D. Beal  
Federal Bar No.: ct23167  
exb@avhlaw.com  
AXINN, VELTROP & HARKRIDER LLP  
90 State House Square  
Hartford, CT 06103  
Tel: 860.275.8100  
Fax: 860.275.8101

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 31st day of January, 2007 a copy of the foregoing Motion to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept eletronic filing as indicated onthe Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                       Eric D. Beal
                                                                       Federal Bar No.: ct23167