# United States District Court

DISTRICT OF  CONNECTICUT

JARROW FORMULAS, INC.,
         Plaintiff

**APPEARANCE**

v.

INTERNATIONAL NUTRITION COMPANY,
INTEGRATED BIOCEUTICALS, LLC,
PRIMARY SERVICES, INC., PRIMARY
SERVICES, INC. PRIMARY SOURCE, LLC,
EGBERT SCHWITTERS, NORMAN H. ZIVIN,
AND JACK MASQUELIER,
         Defendants

CIVIL ACTION NO. 3:01-CV-00478 (AVC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JARROW FORMULAS, INC.

June 4, 2007
*Date*

*Signature*

Mark D. Giarratana
*Print Name*

ct CT 10401
*Bar number*

MCCARTER & ENGLISH, LLP
*Address*

(860) 560.5919
*Fax Number*

CityPlace I, 185 Asylum Street
*City*    *State*    *Zip Code*

mgiarratana@mccarter.com
*E-mail Address*

Hartford    CT    006103-3495

(860) 275-6700
*Phone Number*

ME1 6469174v.1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2007, a copy of the foregoing APPEARANCE was filed electronically and served by mail on parties unable to accept electronic filing. Notice of this filing will be sent to e-mail to all parties by operation of the Court's electronic filing system or by mail to parties unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Mark D. Giarratana
*Alex*

ME1 6469174v.1