UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JARROW FORMULAS, INC., | ) | CIVIL ACTION NO. |
| | ) | 3:01 CV 478 (AVC) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL NUTRITION COMPANY, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | SEPTEMBER 12, 2007 |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

In accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff and defendants hereby stipulate to the voluntary dismissal of all claims **with prejudice**, each party to bear its or his own costs and attorney's fees.

PLAINTIFF,
JARROW FORMULAS, INC.

By: _____
ERIC W. WIECHMANN (ct04331)
MARK D. GIARRATANA (ct10401)
ALEXANDRA B. STEVENS (ct20300)
McCarter & English LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 (fax)
E-Mail: (ewiechmann@mccarter.com)

DEFENDANTS,
INTERNATIONAL NUTRITION
COMPANY, INTEGRATED
BIOCEUTICALS, LLC, PRIMARY
SERVICES, INC., PRIMARY SOURCE,
LLC, EGBERT SCHWITTERS,
NORMAN H. ZIVIN, and JACK
MASQUELIER

By: _____ /EW/
RICHARD S. ORDER (ct02761)
ELIZABETH T. TIMKOVICH (ct24982)
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100
(860) 275-8101 (fax)
E-Mail: rso@avhlaw.com
E-Mail: ett@avhlaw.com

CTDOCS:20119.1

ME1 6713492v.1

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been served by U.S. mail this 12th day of September 2007, to:

RICHARD S. ORDER
ELIZABETH T. TIMKOVICH
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103


_____
Eric W. Wiechmann Esq.
MCCARTER & ENGLISH, LLP